IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CV-63-D

| | |
|---|---|
| KAREN CAHOON, as Executrix of the Estate of Grace H. Webster, ) ) ) Plaintiff, ) ) v. ) ) EDWARD ORTON JR. CERAMIC ) FOUNDATION, METROPOLITAN LIFE ) INSURANCE COMPANY, and UNION ) CARBIDE CORPORATION, ) ) Defendants. ) | **ORDER** |

On February 20, 2018, Edward Orton, Jr. Ceramic Foundation moved to dismiss the claims against it in plaintiff's complaint [D.E. 18]. See Fed. R. Civ. P. 12(b)(2), (6). On March 13, 2018, plaintiff moved for leave to file a first amended complaint [D.E. 21]. On April 19, 2018, the court granted plaintiff's consent request for jurisdictional discovery.

The court GRANTS plaintiff's motion for leave to file a first amended complaint [D.E. 21]. Plaintiff's first amended complaint is due no later than April 26, 2018. Defendants may plead in response to the first amended complaint no later than July 19, 2018, including filing an answer or motion to dismiss. See Fed. R. Civ. P. 15(a)(3). Edward Orton, Jr. Ceramic Foundation's motion to dismiss [D.E. 18] is DISMISSED as moot.

SO ORDERED. This 19 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge