IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CV-63-D

KAREN CAHOON, as Executrix )
of the Estate of Grace H. Webster, )
 )
Plaintiff, )
 )
v. ) **ORDER**
 )
EDWARD ORTON JR. CERAMIC )
FOUNDATION, METROPOLITAN LIFE )
INSURANCE COMPANY, and UNION )
CARBIDE CORPORATION, )
 )
Defendants. )

On February 6, 2019, the parties filed a joint motion for a briefing schedule on defendant

Edward Orton, Jr. Ceramic Foundation's long pending motion to dismiss [D.E. 48]. The motion

[D.E. 48] is GRANTED. Plaintiff's response in opposition is due no later than March 4, 2019.

Defendant's reply is due no later than March 11, 2019.

SO ORDERED. This _8_ day of February 2019.


JAMES C. DEVER III
United States District Judge