IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CV-63-D

KAREN CAHOON, as Executrix )
of the Estate of Grace H. Webster, )
)
Plaintiff, )
)
v. ) ORDER
)
EDWARD ORTON JR. CERAMIC )
FOUNDATION, METROPOLITAN LIFE )
INSURANCE COMPANY, and UNION )
CARBIDE CORPORATION, )
)
Defendants. )

Defendant's motion to dismiss [D.E. 38] is DENIED without prejudice. Defendant can file a new motion to dismiss by March 8, 2019. Plaintiff can respond by March 29, 2019. Defendant can reply by April 9, 2019. The motion for a new briefing schedule [D.E. 50] is DENIED as moot.

SO ORDERED. This _18_ day of February 2019.

JAMES C. DEVER III
United States District Judge