1                    IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF NORTH CAROLINA

3

4

5

6    KAREN CAHOON, AS EXECUTRIX      )

7    OF THE ESTATE OF GRACE          )

8    WEBSTER, DECEASED,              )

9                                    )

10                    Plaintiff,     ) Civil Action No:

11                                   ) 2:17-CV-63-D

12   v.                              )

13   EDWARD ORTON, JR., CERAMIC      )

14   FOUNDATION, METROPOLITAN LIFE)

15   INSURANCE COMPANY, and          )

16   UNION CARBIDE CORPORATION,      )

17                                   )

18                    Defendants. )

19

20

21

22           DEPOSITION UPON ORAL EXAMINATION
                     OF ELAINE GARRETT
            TAKEN ON BEHALF OF THE DEFENDANTS
23           ELIZABETH CITY, NORTH CAROLINA
                     April 3, 2019
24

25

www.huseby.com          **Huseby, Inc.  Regional Centers**          800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 1 of 35

**Page 2**

```
 1  APPEARANCES:
 2
 3          SIMMONS HANLY CONROY
 4          ONE COURT STREET
 5          ALTON, ILLINOIS 62002
 6      BY:  JAMES ANDREW SEALEY, ESQUIRE
 7              Counsel for the Plaintiff
 8
 9          DEAN & GIBSON, PLLC
10          301 S. MCDOWELL STREET, SUITE 604
11          CHARLOTTE, NORTH CAROLINA 28204
12      BY:  AMY C. DRAYTON, ESQUIRE
13              Counsel for Edward Orton, Jr., Ceramic
14              Foundation
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1                 I N D E X
 2  DEPONENT                            PAGE
    Elaine Garrett    By Ms. Drayton      4
 3                    By Mr. Sealey
 4
 5              E X H I B I T S
 6  NO.  DESCRIPTION                    PAGE
    Exhibit 1   Notice of Deposition       6
 7  Exhibit 2   Affidavit of Elaine Garrett   38
    Exhibit 3   Affidavit of Mark Lawson     44
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1          Deposition Upon Oral Examination of ELAINE
 2  GARRETT, taken on behalf of the Defendants, before Bria
 3  Pintado, a Notary Public for the State of North Carolina
 4  at large, taken by agreement of counsel, commencing at
 5  11:29 a.m. on April 3, 2019, at the College of the
 6  Albemarle, 1208 N. Road Street, Elizabeth City, North
 7  Carolina.
 8
 9                  EXAMINATION
10  BY MS. DRAYTON:
11      Q.  Good morning, Ms. Garrett.  My name is Amy
12  Drayton, and I represent the Edward Orton Foundation in
13  a lawsuit that's been filed by Karen Cahoon.
14          Before we get started, if you could just state
15  your full name for the record.
16      A.  Elaine White Garrett.
17      Q.  And, Ms. Garrett, just to make things a little
18  bit easier, although I don't think we are going to be
19  here that long, have you ever given a deposition before?
20      A.  No, I haven't.
21      Q.  Okay.  I'm just going to say a couple of ground
22  rules.  It's much like a conversation where we are
23  talking back and forth.  For purposes of the court
24  reporter, if we'll just try not to talk over each other
25  at the same time.  I'm going to ask you some pretty easy
```

**Page 5**

```
 1  questions that you can anticipate and give the response.
 2  If you will just pause so that she can record those, and
 3  I will try to do the same and not speak at the same
 4  time.
 5          If you will also -- sometimes like a
 6  conversation, we like to shake our heads yes or no or
 7  say "uh-huh" or "huh-uh," and that's literally how it
 8  gets recorded, so when we go back and look at it, it's
 9  hard to figure out was that a "yes" or was that a "no"
10  --
11      A.  Okay.
12      Q.  -- or just nodding the head, so if you will try
13  and say "yes" or "no."  I'm bad about looking at you.  I
14  know what you're saying so I don't even stop, I just
15  keep going, but if you will help me remember to do that,
16  that will be very helpful.
17          If you do get hungry, feel free to eat your
18  lunch.  I appreciate you taking the time to do that.
19      A.  Okay.
20      Q.  For -- let me say this:  If I at any point ask
21  any bad questions, which inevitably is going to happen,
22  please ask me to repeat it or rephrase it.  If my
23  questions don't make sense, let me know, and I will ask
24  a better question.
25          If you are able to answer my questions or you do
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 2 of 35

**Page 6**

1 answer them, then I will assume that you understood it
2 and were able to answer.  Is that fair enough?
3    A.  Yes.
4          (Notice of Deposition marked as Deposition
5          Exhibit No. 1)
6          MS. DRAYTON:  I'm just going to introduce
7 here as Exhibit 1 -- and, Drew, I only had one copy of
8 this, if that is okay -- the notice of deposition and
9 subpoena.
10 BY MS. DRAYTON:
11    Q.  I just want to show you that Ms. Garrett and ask
12 you did receive that in the mail, gosh, within the last
13 few days?
14    A.  Yes, I got it Friday.
15    Q.  Okay.  Perfect.  You have a copy right there with
16 you.
17    A.  Um-hmm.
18    Q.  And just want to put that in as an exhibit.
19          And is your address listed there on the front
20 under the bold lettering, is that your current address?
21    A.  Yes, it is.
22    Q.  Okay.  Perfect.  I will also tell you I am just
23 going to ask you a few background questions.  They are
24 not intended to be nosy for any purposes.  For any
25 reason if this case were to go to trial, we would have

**Page 7**

1 jurors from this area, so I'm just trying to get a good
2 idea of how long you've lived here, who you have known,
3 if you will know anyone in the potential jury pool, all
4 those kinds of things.
5    A.  Okay.
6    Q.  Are you originally from Elizabeth City?
7    A.  Well, actually, I'm from Hertford, North
8 Carolina, and I moved in Elizabeth City -- oh, gee, I
9 don't know the year.  I was 13 years old, and I'm 62 now
10 so.
11    Q.  Okay.  Thank you.  I always hate to ask folks
12 their age.  I appreciate you volunteering that.  Not to
13 be nosy.  Just to get a good idea what --
14    A.  It is what it is.
15    Q.  And are you currently married?
16    A.  Yes, I am.
17    Q.  And what is your husband's name?
18    A.  Lloyd Garrett.
19    Q.  Okay.  And how long have you been married?
20    A.  It will be 37 years this year.
21    Q.  Congratulations.  Again, that's not intended to
22 test your memory there.
23          And do you have children and family that live in
24 the general area?
25    A.  I don't have any children.

**Page 8**

1    Q.  Okay.
2    A.  But I do have family -- well, they're not --
3 they're, like, Edenton, North Carolina.
4    Q.  Okay.  What county is that, do you know?
5    A.  Chowan County.  I live in Perquimans, and I have
6 one brother that lives in Perquimans.
7    Q.  Clemmons County?
8    A.  Perquimans.
9    Q.  Okay.  And, Ms. Garrett, of course, what we're
10 here to talk about today is your prior employment with a
11 company called Ceramics by Stu-doodle.  I understand
12 that you worked for that company once upon a time?
13    A.  Yes, I did.
14    Q.  Okay.  You can tell me when you first started
15 working there.
16    A.  I started in I believe it was February -- I know
17 it's 1974.  Right when I graduated from high school, and
18 I worked there until 1984, May, when I started my
19 current job now.
20    Q.  And what do you currently do?
21    A.  I'm an account manager in sales.
22    Q.  Okay.  And what's the company that you work for?
23    A.  Universal Forest Products.
24    Q.  Well, congratulations on a long employment
25 history there.  That makes that a whole lot easier.

**Page 9**

1    A.  Yes.
2    Q.  Can't always say that for folks.
3    A.  Two jobs.
4    Q.  Yes, ma'am.  That is a good record.
5    A.  Yes.
6    Q.  And I believe you already answered this question:
7 Were you 18 years old when you first started working at
8 Ceramics by Stu-doodle?
9    A.  No, I don't believe I was 18.  I got -- I started
10 right out of school, right when I graduated and --
11    Q.  Okay.
12    A.  -- half a year in '74.  I think I was maybe
13 almost 17.
14    Q.  Okay.
15    A.  Yeah.  Anyway, I think it was a little bit before
16 18.
17    Q.  Okay.  Sure.  And what took you to Ceramics by
18 Stu-doodle?
19    A.  I lived about a mile from there.  At the time, I
20 was living in Elizabeth City.  Well, that was outskirts
21 of Elizabeth City, and I was best friends with their
22 daughter.
23    Q.  Okay.  And I think you're anticipating my
24 question.  When you said "their daughter," that's the
25 owner?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 3 of 35

Page 10

1    A.  Well, it's Marie and Eddie Stuart were the
2  owners, and Lisa at that time was their daughter.
3    Q.  Okay.  Marie and Eddie Stuart owned Ceramics by
4  Stu-doodle?
5    A.  Yes, they did.  They were originally I think
6  from, like, Virginia Beach, and they had just moved down
7  here maybe a year or two --
8    Q.  Okay.
9    A.  -- before I started, so it was like a new
10  business.
11    Q.  Okay.  Do you know -- so they started the
12  business a year or two before you started working --
13    A.  Yeah.  I'm not sure how long it was there, but I
14  know then they moved down here.  Lisa and I became
15  friends because I lived near there.
16    Q.  And Lisa Stuart is the daughter's name?
17    A.  Yeah, that was her name then.  She is Lisa
18  Winslow now.
19    Q.  Lenslow?
20    A.  Winslow.
21    Q.  "Winslow."
22        Okay.  And if I don't catch it, the court
23  reporter may ask you some spellings when we're done
24  here.
25    A.  Sure.  Sure.

Page 11

1    Q.  Did Lisa Stuart also work there?
2    A.  She -- a little bit, yes, she did.  She did a
3  little bit of the bookkeeping I think for her mother,
4  and we worked together a little bit.  It was a ceramic
5  shop, so we poured molds then sold to the public.  We
6  sold to a lot of -- at that time, ceramics was a big
7  thing, and they were, like, the wholesale company.  We
8  did some retail, and people would come there and buy the
9  raw materials and supplies.
10    Q.  Okay.  What do you mean by it was a "wholesale
11  company?"
12    A.  It was like -- well, they sold a lot of greenware
13  is what they called the pottery type that they made out
14  of the molds, and they would sell it to, like, naval
15  bases, and I guess that was what I mean by wholesale
16  because then we would have dealers come in that they had
17  ceramic shops and buy supplies.
18    Q.  Okay.
19    A.  And they were teaching classes, you know,
20  ceramics classes.  It was just a thing at that time.
21    Q.  Okay.  I'm going to come back to that and ask you
22  in just a moment.
23    A.  Okay.
24    Q.  Marie and Eddie Stuart, do you know how long the
25  store was open or how long it was there in business?

Page 12

1    A.  I really don't know exactly when they closed.
2  Maybe -- I know I was there 10, and I think they were
3  open another -- I don't even know.  It was 10 more than
4  years after that.  It was either 15 or 20.  I don't
5  think any longer.
6    Q.  Okay.
7    A.  I'm not sure.
8    Q.  So maybe the early '90s, is that the time period?
9    A.  Probably I'm thinking.
10    Q.  Okay.  So they didn't sell @business to anyone,
11  it just --
12    A.  No, it just -- yeah, he passed away.  The --
13  Eddie did.  I'm not sure the year.  I would have to -- I
14  don't know right off, and then they just ended up
15  closing shop.
16    Q.  Okay.  And do you know when you were working
17  there who else was working there about the same time,
18  names of anyone?
19    A.  There was Ray Eason, which she's deceased now.
20  She was an older lady; Bonnie Hoffman; and there was
21  Ricky Upton.  When I first started there, wasn't -- or I
22  think Ricky came later.  Bonnie came later, but Ray, she
23  may have been there at the time.  Then there was a
24  couple of people that just worked just a short while.
25    Q.  Okay.

Page 13

1    A.  But -- I can't remember all the names, but --
2    Q.  Sure.
3    A.  Yeah.  But that was the main people --
4    Q.  I'm sorry.  Go ahead.
5    A.  I'm sorry.
6    Q.  That's what I meant.  I'm looking down so feel
7  free.  I just don't want to interrupt you.
8        Marie and Lisa Stuart, do you know if they are
9  still in the area or they still live --
10    A.  They are --
11    Q.  Okay.
12    A.  They live -- they're still near where the shop
13  was.  The shop's been torn down.  Marie, I always
14  referred to her as Ms. Stuart.  I never called her by
15  her first name, but she's, like, 94 now, and from what I
16  understand, she has dementia and Lisa, her daughter,
17  lives kind of, like -- they're right beside each other.
18    Q.  Okay.  How do you know -- I'm going to jump
19  around from topic to topic --
20    A.  Sure.
21    Q.  -- Karen Cahoon?
22    A.  Well, her mother, which I know as Holly, that was
23  her -- is Grace -- I think would come there and buy her
24  supplies from Stu-doodle, and Karen would come with her.
25  That's how I know.  I would see her with her mother.

www.huseby.com              Husely, Inc.  Regional Centers              800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 4 of 35

Page 14

1    Q.  Okay.  Are you related in any way?
2    A.  No, I'm not.
3    Q.  Okay.  When -- have you talked to her in the last
4  year, Karen Cahoon?
5    A.  I -- well, it's kind of -- no, I've only seen her
6  one time in the last year and that's when her
7  brother-in-law had a heart attack, and I went -- we
8  worked with his wife, Terry, which is Karen's
9  sister-in-law.
10      When we went up to the hospital to see him, Karen
11  came in, and that's the first time I saw her, and she
12  mentioned this -- the case to me, and I have not seen
13  her or talked to her since.
14   Q.  Okay.  At that point, did she ask you to prepare
15  an affidavit in this case?
16   A.  She asked for my phone number, said someone would
17  -- you know, if I didn't mind giving her my number for
18  somebody to contact me, and I said, yes, it would be
19  okay.
20   Q.  Okay.  I'm going to come back and ask you about
21  that.  When.
22      You were working at Ceramics by Stu-doodle, what
23  were your job responsibilities or duties?  I don't know
24  if you had a title --
25   A.  Well, I kind of -- well, my title was in sales.

Page 15

1  We were -- like I said, because I refer to it as
2  wholesale, we didn't have that much walk-in trade.  I
3  would pour -- I did a lot of pouring of the molds to
4  make the greenware, and then if a customer came in, I
5  would wait on them.
6    Q.  Okay.
7    A.  Then we did hire some more people, you know, as
8  time went on as they got a little bit busier, you know,
9  to do the pouring and the molds, and then I worked
10  mostly in the sales.
11   Q.  Okay.  I know a little bit about the pouring or
12  making the molds.  What products did you use to make
13  those molds?
14   A.  It was, like -- they call it slip.  It was just a
15  liquid clay.  It was not the pottery type of course.
16  They did sell that, but it was just liquid slip.  That's
17  all.
18   Q.  Okay.
19   A.  That we would just pour in the molds and let it
20  sit for a while, and then they'd dump it out, and then
21  when the molds were ready, when it just hardened some,
22  we would take it out and put it on the shelf, and that
23  was kind of the greenware process.
24      And then it would sit a day, you know, to dry
25  where we would put it out in the sales area for sale or

Page 16

1  keep it in the back, you know, for orders because mostly
2  they would pour for orders they had to go out.
3    Q.  Okay.  The slip product that you used -- I really
4  want to test your memory -- do you know what it was
5  called?
6    A.  They just call it slip.  That's all I know.
7    Q.  I'll ask you a better question.  Do you know who
8  made it or can you describe --
9    A.  Well, we made it there.  It was --
10   Q.  Okay.
11   A.  -- they would buy the powder.  It came in bags
12  and all the ingredients, and it -- Edward Stuart would
13  mix it up together in a tank and, like, people would
14  come there with buckets and then fill the buckets for
15  them, so they would buy the slip from us and then -- but
16  it was a product that we made.
17   Q.  Okay.  So would it be, like, a five-pound bag of
18  dried powder --
19   A.  Yeah, probably -- well --
20   Q.  -- or --
21   A.  -- 10 maybe.
22   Q.  Okay.
23   A.  It would come, like, on a railroad car, and then
24  when the car came in I think up here in town, they
25  would, you know, go pick it up then take it back, and it

Page 17

1  will mix with water and different ingredients to make
2  the slip.
3    Q.  Okay.  Sure.  And do you know who made that
4  five-pound bag, do you remember?
5    A.  I have no idea.  I do not.
6    Q.  Don't remember, like, a name of the --
7    A.  I don't.
8    Q.  -- Chick-fil-a, a name on the bag or anything
9  like that?
10   A.  No, I do not.  I don't remember it.
11   Q.  I know you mentioned other dry products?
12   A.  Yes.
13   Q.  Did you all sell, like, bags so that someone --
14   A.  Um-hmm.  Nobody could purchase it.  The only
15  thing they could buy was the slip, the liquid.
16   Q.  Okay.  And so you didn't sell -- again, I'm just
17  going to go with a number, like, a paint can, a gallon
18  of wet slip with the lid on it and a prepackage that
19  somebody else made and --
20   A.  Not that anybody else made, uh-uh.  It was all
21  made there.
22   Q.  Okay.
23   A.  And you could get, like, a two-gallon bucket or
24  five.  Mostly it was, like, two -- anyway, it was a
25  small bucket because that -- you know, where you can

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 5 of 35

**Page 18**

1  handle it.  You know, like, if a lady or anybody came
2  and bought slip, they could load it -- you know, we had
3  somebody there to load it, but it was more manageable in
4  the smaller buckets.
5  Q.  Okay.
6  A.  And then they did have some bigger five-gallon
7  buckets also.
8  Q.  Okay.  That's helpful.
9      Do you know where -- I know you mentioned it came
10  in on a railroad car.  Do you know where it was
11  purchased from?
12  A.  No, not the bag.  The dry material, I sure don't.
13  I don't have any -- I have no idea.  I don't remember
14  that.
15  Q.  Sure.  This isn't a test.
16  A.  Probably at that time I did, but --
17  Q.  It's been a while?
18  A.  -- it's been a long time.
19  Q.  Okay.  How large was the store, the Ceramics by
20  Stu-doodle, just in terms --
21  A.  It was an old schoolhouse originally that they
22  converted into -- well, they actually lived in it.  One
23  part of it, they converted into their home.  The other
24  part was the shop, so it was big.  It had tall ceilings.
25  It was just a pretty big place.

**Page 19**

1  Q.  Okay.  And I know I've already asked about in
2  terms of the wholesale, they -- you sold mostly -- or
3  you described it as a wholesale business?
4  A.  Yes.
5  Q.  So were Ceramics by Stu-doodle selling to other
6  distributors or other folks that sold --
7  A.  Well, they -- no, because there used to be a
8  distributor in Norfolk.  We -- they were, like, in
9  competition, same.  They were called Pottery Arts, and
10  we were Stu-doodle, but we would be -- that's how -- why
11  I call it, like, a wholesale.  People would just come
12  and buy from us because we had the retail people, and
13  people, if they had a shop and they had license, we
14  would sell wholesale to them or, yeah, give them a
15  discount.
16  Q.  Okay.  In terms of the clients and the time
17  period that you were there, would you say you sold
18  mostly to retail people as you described it?
19  A.  No, not mostly retail.  We had -- most of the
20  retail people would buy from the shops that we sold to
21  because there were several shops that were set up, and
22  we sold to people in Ahoskie and some in Virginia, too.
23  Some would come down.
24      I remember Ahoskie because there were ladies --
25  there was a school there that -- you know, a lot of

**Page 20**

1  these schools would have programs where they would teach
2  ceramics --
3  Q.  Sure.
4  A.  -- so -- and then of course people like Holly --
5  and we had -- there was several shops that were in
6  Elizabeth City, Edenton, surrounding areas that would
7  buy from us, and then we would have some people -- some
8  of their customers were walk-in maybe, the retail
9  people, and buy if they needed a little something, but
10  mostly, they bought from what we call our dealers.
11  Q.  Okay.  What other products or materials or what
12  all did Ceramics by Stu-doodle sell other than slip that
13  we've talked about?
14  A.  Okay.  Yeah, they sold the greenware, they sold
15  paints.  They did sell the molds like you could pour.
16  They would buy molds, and they bought -- they sold the
17  cones for firing kilns, to fire the material in, brushes
18  that you would paint with.  Paint, the -- let's say they
19  just sold a little bit of the clay, like -- but not much
20  because the people that did the pottery type would buy
21  -- they had their own places they would buy from.
22      Now, the only prepackaged slip that we would buy
23  would be porcelain, which was a completely different
24  product.  It's more delicate, and we would buy that from
25  the manufacturer, and we would sell that by the gallon,

**Page 21**

1  and it was just a round gallon jug.  I forgot about
2  that.
3  Q.  Okay.  Do you remember who -- when you say you
4  bought that from the manufacturer --
5  A.  Oh, gosh.  What was that porcelain by?  I'm not
6  sure.  I'm thinking Gare.  We bought a lot from G-a-r-e,
7  which were a distributor for their paints, their
8  kilns, and I think it was the porcelain came from them,
9  too.
10  Q.  And I believe you said the distributor for Gare
11  for their paint and the kilns?
12  A.  Um-hmm.
13  Q.  Did Ceramics by Stu-doodle actually sell kilns?
14  A.  Yes, they did.  They sold Gare kilns.  As a
15  matter of fact, I had even gotten one.  I had purchased
16  one, and then they sold the supplies that go in the kiln
17  like the stilts I think we call them, and then the posts
18  where you put shelves, and then there would be the kiln
19  wash that you would paint on the shelves to keep the
20  stuff from adhering to the shelf.
21      Of course, you had the stilts that keep it off
22  the shelf, but then it had to be coated in this -- I
23  don't remember.  It's a lot of memory here.
24  Q.  Sure.
25  A.  You know, I'm trying to think back.  So they

www.huseby.com     Huseby, Inc.  Regional Centers     800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 6 of 35

**Page 22**

1  would sell all -- any kind of products that would go
2  with ceramics.
3      Q.  Okay.  And in terms of the -- are there any other
4  slip products other than the ones that you all mixed
5  there in-house, the dry bags that -- you didn't sell
6  those to anyone?
7      A.  No, we didn't.
8      Q.  Any other type of slip products?
9      A.  Just the porcelain.
10     Q.  Okay.  "Porcelain?"
11     A.  The porcelain, that was the only -- only other
12  that would -- yeah, because the regular was just a --
13  what we call greenware that you use the slip to make the
14  greenware.
15         The regular ceramics that's what you call
16  ceramics, and then porcelain was the real delicate -- it
17  required higher firing and different kind of paints.  It
18  was a different product, but they still sold it.
19     Q.  Okay.  And the glazes, is that the same thing as
20  the paint?  Are those two different things --
21     A.  Yes, it's a paint.  The glazes is what you would
22  paint on the porcelain -- okay.  Not porcelain.
23         When you had the greenware, you would have to
24  clean it, which created the dust because it would be
25  just greenware, very breakable, and it will have to be

**Page 23**

1  fired in the kiln.
2         And then once -- there was a type of paint where
3  you could paint on the greenware, and then put it in the
4  kiln, fire it, then you would put this glaze on it to
5  make it have color.
6      Q.  Okay.
7      A.  So it's just, like, a finish, hard finish type.
8      Q.  Okay.  The -- just going back to Gare, is it
9  possible that Gare supplied those large bags of --
10  10-pound bags of slip?
11     A.  I don't know.
12     Q.  Not sure?
13     A.  I hate to say.
14     Q.  Okay.
15     A.  But could be a possibility.  I don't know.  I
16  don't know if I've got any -- I don't know.
17     Q.  Okay.  This is -- some information's new to me,
18  too.  That's why I'm trying to figure out --
19     A.  Yeah.
20     Q.  -- gather information here.
21         I think you may have already answered one of
22  these questions, and I can't remember the name that you
23  said, but in terms of competitors of Ceramics by
24  Stu-doodle, who else in the area --
25     A.  There was -- well, there was a Pottery Arts, and

**Page 24**

1  they were in Virginia.  I'm thinking they were in
2  Norfolk.  I don't even know if they are still open or
3  not.
4      Q.  Okay.
5      A.  I've never been there, but I know they were --
6  they sold a different brand of paint than we did.
7  That's basically how I know because we sold Gare.
8         And then there was a paint, Africana, I believe
9  was the name, and that was a type of paint -- I know
10  Gare.  We used mostly their glaze, which was what you
11  would put on after it had been fired, and you would
12  paint the green product to make that glossy finish.
13         And then there's a paint you would have to fire
14  the material first, which it turns the greenware into
15  bisque.  What they call bisque, and then you would paint
16  it.  We used mostly the Africana -- I think that's the
17  name -- brand for that, and that was just where you
18  would just paint it.
19         And then you could spray it with -- they did
20  carry spray.  I forgot that.  That was -- could be matte
21  or gloss just to kind of seal it.
22     Q.  Okay.  The Pottery Arts, do you know if that
23  store is by chance -- or if it was at the time off of
24  Witchduck Road in Virginia, and I asked @Karen described
25  for us a store that she would visit --

**Page 25**

1      A.  That sounds like it could be.
2      Q.  Okay.
3      A.  Yeah.
4      Q.  Did you ever visit that store --
5      A.  I did not.
6      Q.  -- yourself?
7         Okay.  Can you think of any other competitors or
8  other folks in the general area, and I would mean here
9  in Eastern North Carolina or I guess that would be
10  Southeast Virginia, other competitors that sold ceramic
11  supplies or products?
12     A.  They're the only ones really that I remember, you
13  know, because I know some of our customers would buy
14  from us, and then they would buy from Pottery Arts, and
15  you know, I remember hearing the boss, they would --
16  that was, like, don't talk about them --
17     Q.  Okay.
18     A.  -- in the shop because it was a competitor.
19     Q.  Well, that was one of my questions.  Would
20  Ceramics by Stu-doodle ever buy things from Pottery
21  Arts --
22     A.  No.
23     Q.  -- to sell --
24     A.  Uh-uh.
25     Q.  -- for resale?

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 7 of 35

Page 26

1    Okay. In terms of your responsibilities at the
2  store, were you responsible for purchasing products and
3  materials --
4    A. No, I didn't do it. That was Marie Stuart. She
5  did, her and Eddie, and I think Mrs. Stuart did. She
6  would do all the purchasing.
7    Q. Okay. And I'm really bad about this. I'm just
8  going to tell you for your purposes, I'm going -- I know
9  my questions are really easy to anticipate your answers,
10  but I'm just going to finish and try not to talk over
11  you either. I think the court reporter, will make it
12  easier for her.
13    So Marie and Eddie Stuart did most of the
14  purchasing from other companies, like, for example
15  buying from Gare?
16    A. Yes.
17    Q. Okay. Were there any other employees there that
18  did purchasing other than the two of them?
19    A. No.
20    Q. Okay.
21    A. Not to my knowledge. Unless -- well, their
22  daughter did most of the book work, but I don't believe
23  she would purchase because most of the time they were
24  there, and the only times they would not be there is if
25  they had to go out of town for, like, a -- they would

Page 27

1  pick up molds from the companies up north that we -- if
2  -- and they may be gone just a weekend, but really, they
3  were there most of the time.
4    Q. Okay. When you say they will go up north to
5  purchase some of the products, what do you mean by that?
6    A. Well, like, the molds that we would -- there was
7  -- instead of having them shipped -- a lot of times we
8  had -- most everything was shipped in, but a lot of the
9  molds, they would go to the companies and buy. There
10  was one, like, White Plains.
11    Well, that way they would go, and then they would
12  see the new molds that maybe come out, and if they were
13  having a mold show, and that was just the molds were
14  just what they would use to pour the slip into to make
15  the greenware.
16    And a lot of companies would order ahead or
17  dealers that we dealt with if, you know, we had books
18  where the mold companies would send us a catalog, they
19  would pick out molds that they want, and they would
20  occasionally go up.
21    And a lot of these I say up north because that's
22  the ones I remember. There was maybe a couple they will
23  go to, but if they were far off or other places would
24  just ship them in, and I know Gare had molds, too. They
25  sold a lot of products. We bought a lot from them.

Page 28

1    Q. Okay. And when you say "White Plains," is that
2  New York?
3    A. Yes.
4    Q. Okay. Can you remember anywhere else that --
5    A. I can't. I just remember that one stuck in my
6  mind and Gare. I can't -- I don't even know where Gare
7  was for sure. I know they did molds, and White Plains,
8  they would go up there, but that's all I can remember
9  right off.
10    Q. Okay. Do you ever remember a clay slip product
11  made by Duncan?
12    A. Duncan had molds.
13    Q. Okay.
14    A. But I don't believe we bought -- that was a paint
15  product. I think Pottery Arts carried that.
16    Q. Okay. You don't remember Ceramics by Stu-doodle
17  selling --
18    A. They didn't sell Duncan because Duncan was like
19  Gare. We were a Gare -- we sold Gare products where
20  Pottery Arts, they sold Duncan, their paints and
21  products. I do remember that. I hadn't remembered that
22  in a long time.
23    Q. Okay. And while we're talking about Gare, do you
24  ever remember selling to Holly Webster any kilns?
25    A. Yes, she would buy them. Um-hmm.

Page 29

1    Q. Okay. Do you remember when that was?
2    A. I don't.
3    Q. Okay.
4    A. It was just within probably in the early years
5  because she had a shop, so I'm sure she would have got
6  it pretty early, but I don't remember it. It would have
7  to be just the time period I was there in the early
8  part.
9    Q. Do you remember if that was a Gare kiln that you
10  sold to her?
11    A. Yes, I would think, yeah, it was Gare.
12    Q. Because that's all that you all sold?
13    A. Yes, that was what we sold unless she -- I don't
14  know if Pottery Arts sold kilns, but yeah, I'm pretty
15  sure she would have bought Gare because she bought --
16  she would come to the shop and buy her paints and
17  supplies, and then we sold the cones and --
18    Q. Okay. I want to ask you --
19    A. -- and slip.
20    Q. -- okay -- about the cones. Can you describe the
21  cones that you're referencing there for me.
22    A. The cones, I remember came in a little square
23  white box, and they would say -- they were Orton cones,
24  and they were, like, little -- it had packing material.
25  They were a little triangle shape hard things, but then

www.huseby.com          **Huseby, Inc. Regional Centers**          800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 8 of 35

Page 30

1  they were packed in this -- I don't know how to describe
2  it.  It was, like, curly stuff packing material.  I
3  can't -- I can't think of how to describe it.
4     Q.  Okay.  Do you remember seeing the name "Orton" on
5  the box -- on the outside of the box?
6     A.  Yes.  Um-hmm.
7     Q.  Did Ceramics by Stu-doodle sell these types of
8  cones that were made by anyone else?
9     A.  Not to my knowledge.
10    Q.  Okay.
11    A.  Because as a matter of fact, I have -- I think
12  there's one box I have at home that's got -- it's an
13  Orton cone box.
14    Q.  Okay.  And do you remember what type of box, what
15  the box looked like?
16    A.  It was a white little -- a white little
17  cardboard.  It was probably four-inch square, maybe
18  couple -- two to three inches high.
19    Q.  Okay.
20    A.  There were small boxes.
21    Q.  Do you remember the boxes if they opened from the
22  top --
23    A.  Opened from the top.  It was just, like, a -- it
24  opened from to top.
25    Q.  Okay.  I'll ask you a better question.

Page 31

1     A.  Sure.
2     Q.  I just saw hand motions --
3     A.  Okay.
4     Q.  -- can't get down on the record.
5     A.  Okay.
6     Q.  And you sort of pulled that off.  Was it -- let
7  me finish my question here for a better description.
8        Did the flap or the top of the box, was it
9  attached to the box so that you opened it and the lid
10  stayed on the box, or was it a lid that completely came
11  off the box, you had a bottom of the box and you had a
12  lid to the box that were separate?
13    A.  It's, like, a bottom of the box, and the top of
14  the box was almost like a box.  It was, like, the lid
15  fit over the box, but it was about the same size as the
16  box.
17    Q.  Okay.
18    A.  Like, if you picked up the lid and you were
19  picking up this big part, and it just slipped over the
20  bottom box.
21    Q.  Yes, ma'am.
22        And do you remember what size of the cones -- and
23  by cones, are we talking about pyrometric cones here?
24    A.  Yes.
25    Q.  Do you remember what size?

Page 32

1     A.  They were -- oh, they were really tiny.  Probably
2  maybe an inch.
3     Q.  Okay.
4     A.  But -- and they were skinny little cones.
5     Q.  Okay.
6     A.  They were just, like, a little triangle that went
7  to a point and had a big end and went to a point so when
8  they fired, they will just bend it and it would shut the
9  kiln off.  That was the purpose of them.
10    Q.  Okay.  Did you ever purchase these Orton cones on
11  behalf of Ceramics by Stu-doodle?
12    A.  I did not.
13    Q.  Okay.  Do you know where those Orton cones came
14  from, how they came to be at Ceramics by Stu-doodle for
15  sale?
16    A.  I assume that they would buy -- purchase them
17  directly from the company, the manufacturer, because
18  that's what they mostly did to the best of my knowledge.
19  I -- you know, because a lot of times I will do the
20  inventory.  If we got low, I would just give Ms. Stuart
21  the order, you know, that we were down to "X" amount of
22  boxes, and we need to -- they need to be reordered, and
23  she would order them.
24    Q.  Okay.  Do you know if Marie or Eddie Stuart would
25  go to other -- I know you mentioned shows -- or they

Page 33

1  would go up north to White Plains.  Would they purchase
2  other products such as cones and bring them back for
3  sale?
4     A.  Not to my knowledge.  I don't remember any other
5  types because I think Orton also had them in a blister
6  pack, but I'm not -- I do remember that there was some
7  blister packs that we had, but most people bought them
8  by the box because it was lot less expensive.  If you
9  were maybe somebody just doing, like, a -- somebody like
10  me that had a home -- you know, just wanted to do a
11  little bit, you could have just bought the blister packs
12  of them, but I don't remember buying anything like that
13  at shows.
14        Mostly, when they went to shows, it was just
15  different molds that came out or -- because a lot of
16  times when you were a distributor for these people, you
17  would have to meet a quota.  Like, the paints, you will
18  have to buy so much to maintain your discount or
19  whatever to get a better price.
20    Q.  Okay.  Do you ever remember receiving a shipment
21  of cones?
22    A.  Um-hmm.  Yes I remember.  They would come in,
23  like, a big box, and we would just unpack them and put
24  them on the shelf.  They were -- all the boxes of them
25  were in just a big cardboard box.

Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 9 of 35

**Page 34**

1      Q.  Do you know where those were shipped from?
2      A.  I can't say.  I'm just assuming it's from the
3  name that was on the box.  You know, I can't remember.
4      Q.  Okay.  Do you know where the Orton company is
5  located?
6      A.  No, I can -- I would have to look on the box of
7  cones.  Right off to say I know, I can't --
8      Q.  Okay.
9      A.  -- verify that.
10     Q.  And you don't know for certain if the box or the
11 shipment that you received there at Ceramics by
12 Stu-doodle, if those came directly from Orton or if they
13 came from another supplier?
14     A.  I just have to assume they came from Orton.  I --
15 to say they actually did, I can't 100 percent say.
16     Q.  Okay.
17     A.  But I just assumed that they did because, you
18 know, she would order from the different -- all -- you
19 know, manufacturers.  I just don't know.
20     Q.  Okay.  In this case, there was evidence from
21 Orton, from their sales records, that they sold directly
22 to Ceramics by Stu-doodle starting in November of 1977.
23 That's the first --
24     A.  Okay.
25     Q.  -- sale to Ceramics by Stu-doodle, and I know

**Page 35**

1  that you started working for Ceramics by Stu-doodle in
2  1974?
3      A.  Um-hmm.
4      Q.  Is that right?
5      A.  That is correct.
6      Q.  So between 1974 and 1977, do you have any idea
7  where Ceramics by Stu-doodle would have purchased Orton
8  cones or bought them from?
9          MR. SEALEY:  Before you answer that, let me
10 log an objection.  Objection.  Assumes facts not in
11 evidence and mischaracterizes testimony of their
12 corporate witness.  There's no evidence that -- Orton
13 does not have any record of sales from 1974 to 1977.
14 Their -- you're making a misrepresentation to the
15 witness in an attempt to get her to testify to something
16 that your own corporate witness has testified he doesn't
17 know one way or the other.
18 BY MS. DRAYTON:
19     Q.  Do you have any information that Ceramics by
20 Stu-doodle purchased directly from Orton, pyrometric
21 cones prior to November of 1977?
22     A.  I don't know.  I don't remember.
23     Q.  Okay.  Okay.  In terms of other distributors or
24 other shops, other companies where Marie or Eddie Stuart
25 would purchase products from, do you know the names of

**Page 36**

1  any of those?
2      A.  Just the ones that I have mentioned.  I just know
3  Gare and Africana.  I don't know of all the places they
4  would purchase from.  I just know they -- you know, that
5  was the only cones that we carried, and Gare, we carried
6  their supplies, and Africana, their supplies which was
7  paint.
8      Q.  Okay.  And you never personally placed an order
9  with the Orton Foundation --
10     A.  No, I did not.
11     Q.  -- for any materials, right?
12     A.  Right.
13     Q.  Okay.  Do you know if -- well, let me first ask
14 you:  Did Ceramics by Stu-doodle -- I believe you have
15 mentioned a couple of things that they sold.  Did they
16 sell things, like, kiln furniture and that may have been
17 like the post or the stilts that you were describing?
18     A.  Yes, that -- yeah, because they had to be used in
19 the kilns.
20     Q.  Okay.  Do you know where the @I want to kiln
21 furniture.  I don't know if you used that word @ the
22 stilts or the posts where Ceramics by Stu-doodle
23 purchased those materials?
24     A.  I -- I'm assuming that came from Gare who sold
25 the kilns, but --

**Page 37**

1      Q.  Okay.
2      A.  -- I don't know.
3      Q.  Do you know if any kiln furniture was ever
4  purchased directly from Orton?
5      A.  I don't know.
6      Q.  Okay.  Did Ceramics by Stu-doodle sell any gloves
7  that you would use when operating the kiln?
8      A.  Not to my knowledge, uh-uh.
9      Q.  Okay.
10     A.  Because what we had -- what came with the kiln
11 was, like, a hook that you would use to open it, but I
12 don't remember any gloves.
13     Q.  Okay.  Do you remember any other what I'm just
14 going to generally call tools or equipment used in the
15 kilns or to use the kilns, to help you use those that
16 they sold at Ceramics by Stu-doodle?
17     A.  Not that I know of.  Just the kiln and the
18 furniture or whatever, the stilts, the posts, the kiln
19 wash that you put on the shelves, and the shelves that
20 go in the kiln.  That is all I know.
21     Q.  Okay.  Did you ever -- as part of your job
22 responsibilities or duties at Ceramics by Stu-doodle,
23 did you ever write any checks or make payments to
24 suppliers?
25     A.  No, I did not.

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 10 of 35

**Page 38**

1    Q.  Is that something that Eddie and Marie Stuart
2  were responsible for?
3    A.  Yes.
4    Q.  Okay.  Did you ever in your time working there at
5  Ceramics by Stu-doodle see any invoices from Orton or
6  from the Orton Foundation?
7    A.  No.  Uh-uh.
8    Q.  Do you have any information about how the
9  purchasing process, particularly with Orton, how that
10  worked?
11    A.  No.
12    Q.  Okay.
13    A.  Uh-uh.
14       (Affidavit of Elaine Garrett marked as Deposition
15         Exhibit No. 2)
16  BY MS. DRAYTON:
17    Q.  Ms. Garrett, I'm going to show you Exhibit No. 2
18  that I'm going to mark here, a document I believe you
19  have seen before.  It's labeled "Affidavit," and is that
20  your signature there at the bottom?
21    A.  Yes, it is.
22    Q.  Okay.  Did you type this affidavit?
23    A.  No.
24    Q.  Okay.  How did you receive the document?
25    A.  I received it in the mail.

**Page 39**

1    Q.  Okay.  And in order to prepare the document, did
2  you speak with someone over the phone?
3    A.  I believe someone -- yeah.  Someone called me on
4  this.
5    Q.  Okay.  Was that someone --
6       THE DEPONENT:  Was it you, Drew?
7       MR. SEALEY:  I can represent that it was me.
8  BY MS. DRAYTON:
9    Q.  Okay.  So -- and Mr. Sealey is not counsel
10  representing you in this case --
11    A.  Okay.
12    Q.  -- is that right?  He is not your attorney --
13    A.  Right.
14    Q.  -- representing you?  Okay.  I just wanted to
15  make sure.
16       What did the two of you talk about over the phone
17  when you were working on this affidavit or preparing it?
18    A.  We just talked about just what it says here, that
19  I did work there and that -- just what it says here.
20    Q.  Okay.
21    A.  That is all.
22    Q.  Okay.  And I want to ask you specifically --
23  well, let me go back and ask:  You only received one
24  draft of this affidavit in the mail; is that right?
25    A.  Yes.

**Page 40**

1    Q.  Okay.  So you didn't make revisions to it or call
2  him back a second time with any revisions?
3    A.  No.
4    Q.  Okay.  And have the two of you only talked once
5  over the phone about the affidavit?
6    A.  We only talked about this this time, and then
7  about what date I would be available for this meeting,
8  so it's just been twice.
9    Q.  Okay.  Perfect.  You only --
10       MR. SEALEY:  And before we walked in today
11  when I met --
12       THE DEPONENT:  Yes, that was right, when he
13  was out there waiting.
14  BY MS. DRAYTON:
15    Q.  Yes, ma'am.  I'm not going to be that technical.
16       Other than this affidavit, have the -- what have
17  the two of you talked about, and pleasantries obviously
18  or the weather or those kinds of things?
19    A.  Yes, that's -- that's basically it.
20    Q.  Okay.  I want to ask you about paragraph number
21  four, and it states, just for the record, Ceramics by
22  Stu-doodle sold Orton pyrometric cones which were
23  purchased directly from Orton on a regular and
24  continuous basis during my employment.
25       How do you know that those cones were purchased

**Page 41**

1  directly from Orton?
2    A.  Well, because they -- that's where they usually
3  -- that's the boxes that they came in that had the Orton
4  cones on it, so I'm saying that's where they purchased
5  them directly from.
6    Q.  Do you know how often Ceramics by Stu-doodle
7  purchased cones from Orton?
8    A.  On a regular basis as we got low.  I can't say
9  exactly how often, but I mean, they used -- that's what
10  we used during the time that I was employed there, so --
11    Q.  Okay.
12    A.  And we sold a lot of cones to the different
13  places, you know, dealers.
14    Q.  Okay.  And when you say "sold a lot of
15  cones," do you have any idea how many cones you sold?
16    A.  No, I don't.
17    Q.  Weekly, monthly basis?
18    A.  No, it's been a long, long time ago.  I -- I
19  don't know.  I mean, I know that the dealers would come
20  there, and they will buy a lot of different supplies,
21  and they would buy boxes.  There was different types of
22  cones, you know.  You had them for different
23  temperatures that you were firing, so, you know, we just
24  sold -- I just -- you know, we sold them.
25    Q.  Okay.  And when you say that you -- by "you," I'm

www.huseby.com    Huseby, Inc.  Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 11 of 35

**Page 42**

1  going to say Ceramics by Stu-doodle purchased cones
2  directly from Orton on a regular basis. How often is a
3  regular basis, what do you mean by that?
4       A. Well, since, you know, we bought -- they bought
5  from that company, and that was the only cones that we
6  sold, we kept them in stock. I don't know. I would say
7  maybe every -- at least every three or four months. You
8  know, I'm just guessing.
9       I have -- I don't know. It's just I know we
10  just, you know, sold them, and whatever their quota was
11  that they had to buy, that's what they would always buy.
12       Q. Okay.
13       A. Because I know because we did inventory so, you
14  know, when I had -- gave her the sheet what she needed
15  to buy, that's --
16       Q. Okay. And that's when you would tell
17  Mrs. Stuart, as you called her, you know, we're low on
18  these types of cones, we need to order more; is that
19  right?
20       A. Yes.
21       Q. And then Ms. Stuart would go and order those
22  cones?
23       A. That is correct.
24       Q. You don't have any information to know where
25  Mrs. Stuart was purchasing those cones from?

**Page 43**

1       A. Well --
2            MR. SEALEY: Form.
3       A. -- since Orton was on the box, I would say that
4  she would be buying them from Orton. You know, I don't
5  remember her -- or, you know, buying from anywhere else.
6            THE COURT REPORTER: Did you say just
7  "form?"
8            MR. SEALEY: Form. Foundation.
9            THE COURT REPORTER: Okay.
10  BY MS. DRAYTON:
11       Q. Okay. And do you remember when you first started
12  doing the inventory there for Ceramics by Stu-doodle,
13  when you first started?
14       A. Well, it may have been a little while after I
15  first started, you know, because like I said, I was in
16  different areas. It wasn't as busy when I first
17  started, but it was growing so --
18       Q. Okay.
19       A. -- I just, you know, did it quite often.
20       Q. Okay. I'm going to come back to that in a second
21  and go back off the topic.
22       I know that Marie and Eddie Stuart moved here
23  from Virginia; is that right?
24       A. Um-hmm.
25       Q. And did they operate the same or -- type of

**Page 44**

1  business in Virginia before they moved here?
2       A. I don't believe so. I think he was in the Navy,
3  and they retired and moved down here, and that's when --
4  I don't know. I can't remember. I don't believe they
5  did. I think that's when they bought the old
6  schoolhouse and remodeled it with the idea they were
7  going into ceramics --
8       Q. Okay.
9       A. -- to do that. She was an artist. You know, she
10  was very good at painting and --
11       Q. Okay. And she was an artist even when she lived
12  in Virginia or before she moved here?
13       A. I don't know if that was her profession, but she
14  was very talented. I mean, she did paintings and all,
15  but I don't know what she did before she moved down
16  here. I really don't.
17       Q. Do you know if they would go to Virginia to
18  purchase any supplies or products that were sold in the
19  store?
20       A. Not to my knowledge.
21       Q. Okay.
22       A. I don't know.
23       (Affidavit of Mark Lawson marked as Deposition
24       Exhibit No. 3)
25  BY MS. DRAYTON:

**Page 45**

1       Q. I just want to introduce one more document.
2       Ms. Garrett, I'm going to show you another
3  document, and I promise you you're not going to read -- I'm
4  not going to ask you to read the whole thing there.
5  We're not going to go through the whole thing. It's
6  just there's a complete copy to make things easier.
7       I've shown you what's marked the bottom
8  right-hand corner as Exhibit 3, and at the top, in bold
9  letters, Affidavit of Mark Lawson in Support of
10  Defendant Edward Orton, etc., etc., but you can read
11  through the document if you would like to.
12       I'm not going to ask you a lot of questions about
13  it, but I will assert to you for your reference
14  Mr. Lawson in the first paragraph states that he's the
15  general manager for Edward Orton Foundation and has been
16  since January 2018.
17       I want to ask you a couple -- a question or two
18  of page three. Feel free to read that if you feel more
19  comfortable.
20       A. That's fine.
21       Q. Okay. I would like to direct you to the
22  paragraphs numbered on the left-hand side, number 22 at
23  the bottom of page 3, and I'd just like to read this
24  with you. It states, The Foundation recently discovered
25  daily ledgers or receipt journals dated December 2nd,

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 12 of 35

Page 46

1  1963, through December 30th, 1985.  According to the
2  journal entries, it appears that the Foundation sold
3  products to a company listed in the receipts journal as
4  Ceramics by Stu-doodle.
5        May I first ask you or have you ever heard of any
6  other company names Ceramics by Stu-doodle?
7  A.  Uh-uh.
8  Q.  Just this one here in Elizabeth City is the only
9  one that you're aware of?
10  A.  Um-hmm.
11  Q.  Okay.  Continuing on to page four, it states
12  there at the top, There were a total of 12 transactions
13  amounting to approximately $1,496.99 between the
14  Foundation and Ceramics by Stu-doodle.  The 12 pages
15  reflecting those transactions are attached hereto.
16        And for your ease of reference, I will ask you
17  just to flip to -- it's on the side of the page, it's
18  page 9 of 20, and it's on the -- yeah, right there.  The
19  side, and at the top it says, in the right corner,
20  Exhibit B, and then it's got a handwritten document at
21  the top, it says, Receipts, Journals, November 1977.
22        Do you see that there at the top?
23  A.  Um-hmm.
24  Q.  And on this page -- I was trying to point to the
25  line number.

Page 47

1  A.  Yes, I see Ceramics, line 8.
2  Q.  You see that number 8, and it has the company
3  listed there with an amount of $226.06.  I ask you to
4  read all of that to simply ask you:  Do you have any
5  different information in your work there at Ceramics by
6  Stu-doodle that would account for any other direct
7  transactions between Orton, the Orton Foundation and
8  Ceramics by Stu-doodle other than those 12 transactions
9  that were referenced in the affidavit that you just
10  read?
11        MR. SEALEY:  Objection to form.
12  BY MS. DRAYTON:
13  Q.  That was long question.  Do you want me to
14  reask --
15  A.  Yes.  I don't have a -- I don't know.
16  Q.  Okay.  If the entry that I just showed you,
17  November --
18  A.  Um-hmm.
19  Q.  -- 1977, that handwritten entry, if that is the
20  very first entry showing any direct transaction between
21  Orton and Ceramics by Stu-doodle, do you have any
22  information to dispute that?
23        MR. SEALEY:  Objection to form.  And the use
24  of this document as evidence that that was the first
25  transaction that took place between Orton and Ceramics

Page 48

1  by Stu-doodle, again, the same corporate representative
2  who signed this affidavit acknowledged that he doesn't
3  know one way or the other if these -- if this document,
4  Exhibit B, is inclusive of all transactions conducted by
5  Orton.
6        You're using it to misrepresent to the
7  client that that was the first transaction between Orton
8  and Ceramics by Stu-doodle when your own corporate
9  representative says he doesn't have any evidence if
10  that's case.
11        MS. DRAYTON:  I will object to the speaking
12  objection.
13  BY MS. DRAYTON:
14  Q.  Let me ask you again, Ms. Garrett:  Do you have
15  any knowledge or information about direct transactions
16  between the Orton Foundation and Ceramics by Stu-doodle
17  prior to November of 1977?
18        MR. SEALEY:  Form.  Foundation.
19  A.  I don't have any.
20  BY MS. DRAYTON:
21  Q.  Okay.
22  A.  Anything.
23  Q.  Do you have any way of knowing for certain that
24  Ceramics by Stu-doodle purchased directly from Orton
25  prior to November 1977?

Page 49

1        MR. SEALEY:  Form.  Foundation.
2  A.  No, because I didn't do the purchasing.
3  BY MS. DRAYTON:
4  Q.  Okay.
5  A.  I just -- and I don't remember.  That's been a
6  long time ago.
7  Q.  Okay.  And along those same lines, is it possible
8  that Marie and Eddie Stuart purchased products through
9  another distributor or another company, even Gare,
10  buying Orton cones directly from other stores other than
11  Orton?
12        MR. SEALEY:  Form.  Foundation.  Calls for
13  speculation.
14  A.  I don't know.
15  BY MS. DRAYTON:
16  Q.  You don't -- you just don't know one way or
17  another?
18  A.  (Deponent nodded)
19  Q.  I want to also ask you, you told me about the
20  Gare and the Duncan.  We talked about Duncan products.
21  You don't remember Ceramics by Stu-doodle selling those
22  products?
23  A.  We didn't carry Duncan, no.
24  Q.  The wet slip product that you were telling me
25  about, this is a question I'm not sure if you can

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 13 of 35

**Page 50**

1 answer, but if someone would come in and buy a
2 two-gallon bucket worth of wet slip, is that right,
3 about how long would that last a customer? How many
4 molds could you make with that?
5   A. You could make quite a bit of items, greenware
6 from that. It just depends. You could get 10 or 20
7 pourings depending on how big the mold you had,
8 depending on what you were using.
9   Q. Did you say "10 or 20" molds?
10   A. Yeah, you do -- it's -- each of that goes into a
11 mold. If you have a mold that size -- I mean, there's
12 all different size molds, different products. You can
13 do Christmas ornaments. You can do figurines, plaques.
14 It just depends. I mean, it went a little ways.
15   Q. Okay. Do you have a memory or recollection of
16 Ms. Holly Webster purchasing the wet slip product there
17 at Ceramics by Stu-doodle?
18   A. Yes. Um-hmm.
19   Q. Okay. Do you have a memory or reference as to
20 how often she would purchase that product from Ceramics
21 by Stu-doodle?
22   A. No, not how often. I mean, she came in pretty
23 often. What products she bought as far as the slip, I
24 mean, I don't remember how often she would purchase
25 that.

**Page 51**

1   Q. Okay. How often would you see Ms. Holly Webster
2 there at Ceramics by Stu-doodle?
3   A. She would come either -- at least probably every
4 other week.
5   Q. Okay. And when she came to Ceramics by
6 Stu-doodle, was she always there to purchase items or
7 was she there --
8   A. Yes, to purchase items.
9   Q. Do you remember what items she would purchase?
10   A. She purchased the paint, the cones, the slip,
11 some greenware because she would pour some of her own
12 molds, and then she would buy, you know, items that we
13 had, too.
14   Q. In terms of molds that were already, @she would
15 buy molds there?
16   A. Um-hmm. Yeah, we sold molds and the greenware,
17 the greenware, too, so --
18   Q. Okay. Do you have a memory or recollection of
19 Ms. Holly Webster purchasing Orton cones from Ceramics
20 by Stu-doodle?
21   A. Yes, she would purchase cones. Um-hmm.
22   Q. Do you remember how often she would purchase
23 those cones?
24   A. No.
25   Q. Do you remember -- I know you referenced every

**Page 52**

1 other week, would she purchase cones every time she came
2 to Ceramics by Stu-doodle?
3   A. I don't think so. Not every time.
4   Q. And I think I've asked you a similar question,
5 but I just want to make sure. In terms of the Ceramics
6 by Stu-doodle clients or customers, you talked about the
7 retail customers and then individuals like Ms. Holly
8 Webster, was there any other type of customer other than
9 those two individuals versus retail?
10   A. What do you mean? I'm sorry.
11   Q. Sure. And I'll ask a better question.
12       The Ceramics by Stu-doodle, the types of
13 customers that you all sold to there, would be a type
14 like Ms. Webster, individuals?
15   A. Right.
16   Q. Then you referenced a retail customer --
17   A. Yes.
18   Q. -- that you sold to. Was there any other type of
19 customer that you would -- that the store would sell --
20   A. Oh.
21   Q. -- to that. I'm not -- that we haven't talked
22 about?
23   A. No, I mean, we would just have a customer like
24 Ms. Holly that we called dealers that had a shop and
25 would sell supplies to students they taught classes to,

**Page 53**

1 and then when I say "retail," it could be people coming
2 -- like, some of their students maybe or people in the
3 area that went to different classes, ceramics classes,
4 that would come buy supplies or just to see what we had.
5   Q. Okay. If you could estimate a percentage of how
6 many customers were the retail customers versus the
7 individual customers like Ms. Webster, do you have any
8 percentage of -- how would you break that down?
9   A. Probably 80 -- I would say 80 percent was dealers
10 like Ms. Webster. Maybe 20 percent for retail people.
11   Q. Okay. And the retailers that you would sell to,
12 were all here in North Carolina or I guess they could
13 have been from Virginia?
14   A. They come from Virginia, too.
15   Q. Okay. When Holly Webster would come in and shop
16 at Ceramics by Stu-doodle, do you remember anyone being
17 with her?
18       MR. SEALEY: Asked and answered.
19   A. Her daughter would come a lot.
20 BY MS. DRAYTON:
21   Q. Okay. Do you remember anyone else that was there
22 with her or with Ms. Webster, Holly Webster?
23   A. Sometimes she would have one of her students with
24 her maybe.
25   Q. Okay. And are you able to estimate how many

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 14 of 35

**Page 54**

1 boxes of cones Ms. Holly Webster would buy at a time
2 when she would come to Ceramics by Stu-doodle?
3    A. No, it's been a long time ago.
4    Q. And I think I generally asked you terms of
5 Ceramics by Stu-doodle being in business, their entire
6 tenure there, was it a 15, 20-year period or how long
7 were they in business, do you remember?
8    A. I don't remember.
9    Q. Okay. The Pottery Arts store in Virginia that we
10 talked about did you ever visit the store?
11    A. I did not.
12    Q. Okay. And as far as you know, did they sell the
13 same types of things that Ceramics by Stu-doodle sold?
14    A. Yes.
15         MR. SEALEY: Asked and answered. Calls for
16 speculation.
17 BY MS. DRAYTON:
18    Q. You believe that store was located off Witchduck
19 Road in -- was that in Norfolk or Virginia Beach?
20    A. Yeah, I believe so. It sounds familiar, but I've
21 never been there. I just heard of them. I just knew
22 they were our competitor --
23    Q. Okay.
24    A. -- at the time I worked there.
25    Q. Ms. Garrett, I believe I'm almost done. I asked

**Page 55**

1 you about everything I want to ask. I just want to
2 check to make sure I don't waste any more of your time.
3         Did you ever see -- I'm going to jump around from
4 topic here to topic -- any checks that were written by
5 Ceramics by Stu-doodle or from Ceramics by Stu-doodle
6 directed to the Orton Foundation?
7    A. I didn't see any.
8    Q. Okay. And I believe -- I just want to ask you
9 about a couple of names. You said that Eddie Stuart has
10 passed away, and did you say Ray Eason has passed away?
11    A. Yes. Um-hmm.
12    Q. And the other two, do you know the other two
13 ladies, Bonnie Hoffman or Ricky Upton?
14    A. Ricky was a gentleman, but --
15    Q. Man. Okay.
16    A. Yeah.
17    Q. Do you know if they are still living?
18    A. Yeah, they are.
19    Q. Are they still in the same area, is that
20 Elizabeth City?
21    A. As far as I know, they are.
22    Q. And do you keep in touch with Lisa Stuart?
23    A. Occasionally, yeah, I see her. Um-hmm.
24    Q. Okay. And I just want to make sure I understand
25 in terms of your relationship with Karen Cahoon, her

**Page 56**

1 sister-in-law Terry --
2    A. Um-hmm.
3    Q. What's Terry's last name?
4    A. Cahoon.
5    Q. Okay. And Terry's brother, how are they related?
6    A. Terry -- let's see. They married brothers.
7    Q. Okay.
8    A. Karen's husband and Terry's husband are brothers.
9    Q. And aside from seeing Karen Cahoon I believe at
10 the hospital for the family member --
11    A. Yes.
12    Q. -- when was the last time prior to that that you
13 saw her?
14    A. Probably when I worked at Stu-doodle and she
15 would come in with her mom.
16    Q. Okay. And I don't believe I asked, but what did
17 Karen Cahoon tell you about this case?
18    A. Well, she just told me that she was filing suit
19 because of the cones and what they used to pack the
20 cones in.
21    Q. Did she tell you anything else?
22    A. I don't believe so. That was just the basis of
23 it, and that, you know, she wanted my number in case
24 somebody wanted to contact me, and I said, Okay. And we
25 were at the hospital, so we didn't talk a whole lot

**Page 57**

1 about it.
2    Q. Sure. Ms. Holly Webster, when is the last time
3 that you spoke to her?
4    A. I would see her -- geez. I don't know, and in
5 town now and then, in Elizabeth City, out to eat, lunch
6 hour, but I can't say exactly the last time it was.
7         MS. DRAYTON: Okay. I think those are all
8 the questions that I have. Mr. Sealey may have
9 questions.
10         MR. SEALEY: I just have just a couple of
11 minutes, and then we'll leave you alone.
12         THE DEPONENT: Okay.
13 BY MR. SEALEY:
14    Q. You have come here today on your own free will,
15 no one has offered you anything to come testify today,
16 correct?
17    A. Right.
18    Q. Okay. You started with Ceramics by Stu-doodle
19 when you graduated from high school about 1974. At that
20 period of time, you remember them carrying Orton cones
21 as well, correct?
22    A. That's correct.
23    Q. And this affidavit spells it out, but it might
24 refresh your recollection that Orton cones was a
25 foundation that was based in Ohio, specifically,

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 15 of 35

**Page 58**

1  Westerville, Ohio, and they moved to Columbus, Ohio.
2  Does that ring a bell also where Orton cones were
3  located?
4     A.  Yes, I believe so.
5     Q.  Okay.  In fact, it will say that name on the
6  boxes of cones?
7     A.  Right.
8     Q.  Okay.  And when you would receive those cones to
9  open and stack them on the shelves, they were packaged
10  in an external box?
11     A.  Right.
12     Q.  They would have the -- bear the Orton name as
13  well, correct?
14     A.  Yes.  Um-hmm.
15     Q.  Okay.  To your knowledge, Ceramics by Stu-doodle
16  never purchased Orton cones from Gare, correct?
17     A.  To my knowledge, they didn't.
18     Q.  From time to time, you said that you would
19  be looking at the stack of the Orton cones and you would
20  let Ms. Stuart know if more inventory needed to be
21  ordered.  Were Orton cones always stocked at Ceramics by
22  Stu-doodle?
23     A.  Yes, they were.
24     Q.  So you don't ever remember Holly or somebody else
25  coming into the store and asking for Orton cones that

**Page 59**

1  you didn't have, correct?
2     A.  Correct.
3     Q.  Okay.  So is it fair to say that you would have
4  to purchase Orton cones on a regular and continuous
5  basis to keep them stocked in the store?
6     A.  Correct.
7     Q.  Okay.  And you said that Holly came into the
8  store pretty regularly, at least every other week to
9  purchase items?
10     A.  Um-hmm.  Correct.
11     Q.  As you indicated, you don't believe that she
12  always purchased Orton cones, but you believe that she
13  purchased Orton cones frequently?
14     A.  Oh, yeah.  Um-hmm.
15     Q.  Are you aware of any other distributors of
16  Orton cones within 50 miles of Elizabeth City, North
17  Carolina during that period of time?
18     A.  No, I'm not aware of any.
19     Q.  Okay.  And your competitor in Norfolk -- see how
20  I said that.  I lived there for a bit.  I got it right.
21  Norfolk -- Pottery Arts, you don't know one way or
22  another if they sold Orton cones, correct?
23     A.  I don't know.
24     Q.  Okay.  Do you know how close Holly Webster lived
25  to Ceramics by Stu-doodle?

**Page 60**

1     A.  Let's see.  It was probably at that time about
2  maybe a 30-minute drive, so whatever --
3     Q.  Okay.
4     A.  She lived on one side of Elizabeth City, and
5  Ceramics by Stu-doodle was clear on the other side.
6     Q.  Okay.
7     A.  It was north of town.
8     Q.  Okay.  And yet, she still managed to come in
9  every other week to purchase products?
10     A.  Yeah, I would say about that.  I mean, it may not
11  have been quite as frequently, but if I had to guess
12  because I know she taught classes.
13     Q.  Okay.  Was she one of your largest customers?
14     A.  Oh, yes.  Um-hmm.
15     Q.  You indicated that Bonnie Hoffman and Ricky Upton
16  came along later in terms of their employment there?
17     A.  Yeah.
18     Q.  Do you remember --
19     A.  -- Ricky was -- I don't know what time they
20  started.  He was still in school, and he would come,
21  like, part-time.  We -- they needed somebody to pour
22  molds, and that's mainly what he did.
23     Q.  Okay.
24     A.  Now, Bonnie worked there because she lived like I
25  did, was -- she lived close to there, and she would come

**Page 61**

1  -- she worked in sales to kind of help in sales if they
2  got busier and materials had to be packed and --
3     Q.  Okay.  Do you think that was in the last four or
4  five years of your employment there or --
5     A.  I would probably -- it could have been a little
6  bit longer than that.
7     Q.  Okay.  It was the practice of Ceramics by
8  Stu-doodle and the Stuart family to the best of your
9  knowledge to purchase directly from manufacturers of
10  products, correct?
11     A.  Yes, that is correct.
12        MR. SEALEY:  Sorry.  I'm also looking over
13  my notes here.
14        THE DEPONENT:  That's okay.
15        MR. SEALEY:  Ms. Garrett, I think that's all
16  the questions I have for you.  Amy --
17        MS. DRAYTON:  I have one or two.
18  BY MS. DRAYTON:
19     Q.  How long would the Stuarts -- right?
20     A.  Yes.
21     Q.  -- the Stuarts go to shows?
22     A.  Maybe once a year or every two years.  It wasn't
23  that often, but they would like to -- you know, they
24  would go.
25     Q.  And where were some of those shows they went to?

www.huseby.com     Huseby, Inc.  Regional Centers     800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 16 of 35

Page 62

1    A.  I know one -- now, I think about it, might have
2  been in Lynchburg, Virginia.  That was a show, but most
3  of the times, they would go to, like -- I would hear
4  them up north, like, to some of the mold -- if they were
5  going to the mold shows, it was up near White Plains.
6    Q.  Okay.  When you said they were going to White
7  Plains, were those to shows or artist --
8    A.  They would buy molds, but I would -- I'm not
9  sure.  I just thought there was a show that they would
10  have, like, a mold sale up there, but --
11    Q.  Okay.  Sort of like a trade show?
12    A.  Yes.  Yes.
13    Q.  Or -- do you know if they purchased other
14  products when they were up there, bought products of
15  different types to assemble --
16    A.  I don't know.
17    Q.  Okay.  Did they go certain times of the year, do
18  you remember?
19    A.  I think it was more like during the winter months
20  they will go.
21    Q.  Perfect.  I do have one other question that again
22  is not intended to be nosy, but just because you're a
23  witness in this case and when it goes to trial we may be
24  ask -- or may ask you to testify, would you be willing
25  to share with me, even off the record, your phone number

Page 63

1  or the best way to get in touch with you?
2    A.  Yeah, I can give you my number.  It's --
3    Q.  Would you prefer to do that off the record?  Does
4  it matter?  We can go off the record.
5    A.  Okay.
6        (Off the record)
7        MS. DRAYTON:  We appreciate your time.
8        MR. SEALEY:  I might just have one or two
9  follow-ups.
10  BY MR. SEALEY:
11    Q.  Did you, yourself, ever go to any of those shows?
12    A.  No, I went to -- no, not really.  I went to the
13  one in I think it was Lynchburg one time with them, and
14  that was -- we just walked around, and it was a whole
15  show, but that was -- that was the only one I went to.
16    Q.  Okay.  And the purpose of those shows is to show
17  off new molds, correct?
18    A.  Mostly, yeah.  The new -- um-hmm.
19    Q.  You never saw a stand or a booth for Orton
20  pyrometric cones --
21    A.  No.
22    Q.  -- they were selling?
23        So that wasn't the kind of shows where they were
24  selling product, right, they would just introduce you to
25  new molds?

Page 64

1    A.  Yes.  Um-hmm.  Because that's what kind of the
2  basis of everything is, the new molds --
3    Q.  Gotcha.
4    A.  -- what's ceramics, is the molds is what it was
5  or it could be paint, but --
6        MR. SEALEY:  Okay.  Thank you.  That's all
7  the questions I have.
8        MS. DRAYTON:  Thank you very much.
9        (Whereupon, the deposition was concluded at
10        12:42 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 65

1  STATE OF NORTH CAROLINA AT LARGE, to wit:
2        I, Bria L. Pintado, a Notary Public for the State
3  of North Carolina at Large, of qualification in the
4  County of Currituck, and whose commission expires
5  January 20, 2024, do hereby certify that the
6  within-named deponent, ELAINE GARRETT, appeared before
7  me at Elizabeth City, North Carolina, as hereinbefore
8  set forth, and after being first duly sworn by me, was
9  thereupon examined upon her oath by counsel for the
10  parties; that her examination was recorded in Stenotype
11  by me and reduced to computer printout under my
12  direction; and that the foregoing constitutes a true,
13  accurate, and complete transcript of such proceedings.
14        I further certify that I am not related nor
15  otherwise associated with any counsel or party to this
16  proceeding, nor otherwise interested in the event
17  thereof.
18        Given under my hand and notarial seal this
19  April 15, 2019, at Elizabeth City, North Carolina.
20
21
22        Bria L. Pintado
23        #200902300105
24
25

Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 17 of 35

| Exhibits | 54:6 | 60:2 | A |
|---|---|---|---|

**Exhibits**

**GarrettE - 1**
  3:6 6:5,7

**GarrettE - 2**
  3:7 38:15,
  17

**GarrettE - 3**
  3:7 44:24
  45:8

**$**

**$1,496.99**
  46:13

**$226.06**  47:3

**1**

**1**  6:5,7

**10**  12:2,3
  16:21
  50:6,9

**10-pound**
  23:10

**100**  34:15

**11:29**  4:5

**12**  46:12,14
  47:8

**1208**  4:6

**12:42**  64:10

**13**  7:9

**15**  12:4

**17**  9:13

**18**  9:7,9,16

**1963**  46:1

**1974**  8:17
  35:2,6,13
  57:19

**1977**  34:22
  35:6,13,21
  46:21
  47:19
  48:17,25

**1984**  8:18

**1985**  46:1

**2**

**2**  38:15,17

**20**  12:4
  46:18
  50:6,9
  53:10

**20-year**  54:6

**2018**  45:16

**2019**  4:5

**22**  45:22

**2nd**  45:25

**3**

**3**  4:5 44:24
  45:8,23

**30-minute**

**30th**  46:1

**37**  7:20

**5**

**50**  59:16

**6**

**62**  7:9

**7**

**74**  9:12

**8**

**8**  47:1,2

**80**  53:9

**9**

**9**  46:18

**90s**  12:8

**94**  13:15

**@**

**@business**
  12:10

**@I**  36:20

**@karen**  24:24

**@she**  51:14

**A**

**a.m.**  4:5

**account**  8:21
  47:6

**acknowledged**
  48:2

**address**
  6:19,20

**adhering**
  21:20

**affidavit**
  14:15
  38:14,19,
  22 39:17,
  24 40:5,16
  44:23 45:9
  47:9 48:2
  57:23

**Africana**
  24:8,16
  36:3,6

**age**  7:12

**agreement**
  4:4

**ahead**  13:4
  27:16

**Ahoskie**
  19:22,24

**Albemarle**
  4:6

**amount**  32:21
  47:3

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 18 of 35

amounting
  46:13
Amy  4:11
  61:16
answers  26:9
anticipate
  5:1 26:9
anticipating
  9:23
appears  46:2
approximately
  46:13
April  4:5
area  7:1,24
  13:9 15:25
  23:24 25:8
  53:3 55:19
areas  20:6
  43:16
artist  44:9,
  11 62:7
Arts  19:9
  23:25
  24:22
  25:14,21
  28:15,20
  29:14 54:9
  59:21
assemble
  62:15
assert  45:13
assume  6:1
  32:16

34:14
assumed
  34:17
Assumes
  35:10
assuming
  34:2 36:24
attached
  31:9 46:15
attack  14:7
attempt
  35:15
attorney
  39:12
aware  46:9
  59:15,18

—————————
        B
—————————

back  4:23
  5:8 11:21
  14:20
  16:1,25
  21:25 23:8
  33:2 39:23
  40:2
  43:20,21
background
  6:23
bad  5:13,21
  26:7
bag  16:17
  17:4,8
  18:12

bags  16:11
  17:13 22:5
  23:9,10
based  57:25
bases  11:15
basically
  24:7 40:19
basis  40:24
  41:8,17
  42:2,3
  56:22 59:5
  64:2
Beach  10:6
  54:19
bear  58:12
behalf  4:2
  32:11
bell  58:2
bend  32:8
big  11:6
  18:24,25
  31:19 32:7
  33:23,25
  50:7
bigger  18:6
bisque  24:15
bit  4:18
  9:15 11:2,
  3,4 15:8,
  11 20:19
  33:11 50:5
  59:20 61:6
blister

33:5,7,11
bold  6:20
  45:8
Bonnie
  12:20,22
  55:13
  60:15,24
book  26:22
bookkeeping
  11:3
books  27:17
booth  63:19
boss  25:15
bottom
  31:11,13,
  20 38:20
  45:7,23
bought  18:2
  20:10,16
  21:4,6
  27:25
  28:14
  29:15
  33:7,11
  35:8 42:4
  44:5 50:23
  62:14
box  29:23
  30:5,12,
  13,14,15
  31:8,9,10,
  11,12,13,
  14,15,16,
  20 33:8,

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 19 of 35

23,25
34:3,6,10
43:3 58:10

**boxes** 30:20,
21 32:22
33:24
41:3,21
54:1 58:6

**brand** 24:6,
17

**break** 53:8

**breakable**
22:25

**Bria** 4:2

**bring** 33:2

**brother** 8:6
56:5

**brother-in-law**
14:7

**brothers**
56:6,8

**brushes**
20:17

**bucket**
17:23,25
50:2

**buckets**
16:14
18:4,7

**busier** 15:8
61:2

**business**
10:10,12

11:25 19:3
44:1 54:5,
7

**busy** 43:16

**buy** 11:8,17
13:23
16:11,15
17:15
19:12,20
20:7,9,16,
20,21,22,
24 25:13,
14,20 27:9
28:25
29:16
32:16
33:18
41:20,21
42:11,15
50:1
51:12,15
53:4 54:1
62:8

**buying** 26:15
33:12
43:4,5
49:10

---
**C**
---

**Cahoon** 4:13
13:21 14:4
55:25
56:4,9,17

**call** 15:14
16:6 19:11
20:10

21:17
22:13,15
24:15
37:14 40:1

**called** 8:11
11:13
13:14 16:5
19:9 39:3
42:17
52:24

**Calls** 49:12
54:15

**car** 16:23,
24 18:10

**cardboard**
30:17
33:25

**Carolina**
4:3,7 7:8
8:3 25:9
53:12
59:17

**carried**
28:15 36:5

**carry** 24:20
49:23

**carrying**
57:20

**case** 6:25
14:12,15
34:20
39:10
48:10
56:17,23
62:23

**catalog**
27:18

**catch** 10:22

**ceilings**
18:24

**ceramic**
11:4,17
25:10

**ceramics**
8:11 9:8,
17 10:3
11:6,20
14:22
18:19 19:5
20:2,12
21:13
22:2,15,16
23:23
25:20
28:16 30:7
32:11,14
34:11,22,
25 35:1,7,
19 36:14,
22 37:6,
16,22 38:5
40:21 41:6
42:1 43:12
44:7 46:4,
6,14 47:1,
5,8,21,25
48:8,16,24
49:21
50:17,20
51:2,5,19
52:2,5,12
53:3,16

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 20 of 35

54:2,5,13
55:5 57:18
58:15,21
59:25 60:5
61:7 64:4

chance   24:23

check   55:2

checks   37:23
55:4

Chick-fil-a
17:8

children
7:23,25

Chowan   8:5

Christmas
50:13

City   4:6
7:6,8
9:20,21
20:6 46:8
55:20 57:5
59:16 60:4

classes
11:19,20
52:25 53:3
60:12

clay   15:15
20:19
28:10

clean   22:24

clear   60:5

Clemmons   8:7

client   48:7

clients
19:16 52:6

close   59:24
60:25

closed   12:1

closing
12:15

coated   21:22

College   4:5

color   23:5

Columbus
58:1

comfortable
45:19

commencing
4:4

companies
26:14
27:1,9,16,
18 35:24

company
8:11,12,22
11:7,11
32:17 34:4
42:5 46:3,
6 47:2
49:9

competition
19:9

competitor
25:18
54:22
59:19

competitors
23:23
25:7,10

complete
45:6

completely
20:23
31:10

concluded
64:9

conducted
48:4

cone   30:13

cones   20:17
29:17,20,
21,22,23
30:8
31:22,23
32:4,10,13
33:2,21
34:7 35:8,
21 36:5
40:22,25
41:4,7,12,
15,22
42:1,5,18,
22,25
49:10
51:10,19,
21,23 52:1
54:1
56:19,20
57:20,24
58:2,6,8,
16,19,21,
25 59:4,

12,13,16,
22 63:20

congratulation
s   7:21 8:24

contact
14:18
56:24

Continuing
46:11

continuous
40:24 59:4

conversation
4:22 5:6

converted
18:22,23

copy   6:7,15
45:6

corner   45:8
46:19

corporate
35:12,16
48:1,8

correct   35:5
42:23
57:16,21,
22 58:13,
16 59:1,2,
6,10,22
61:10,11
63:17

counsel   4:4
39:9

county   8:4,
5,7

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 21 of 35

couple   4:21
  12:24
  27:22
  30:18
  36:15
  45:17 55:9
  57:10

court   4:23
  10:22
  26:11
  43:6,9

created
  22:24

curly   30:2

current   6:20
  8:19

customer
  15:4 50:3
  52:8,16,
  19,23

customers
  20:8 25:13
  52:6,7,13
  53:6,7
  60:13

───────────
        D
───────────

daily   45:25

date   40:7

dated   45:25

daughter
  9:22,24
  10:2 13:16
  26:22

  53:19

daughter's
  10:16

day   15:24

days   6:13

dealers
  11:16
  20:10
  27:17
  41:13,19
  52:24 53:9

dealt   27:17

deceased
  12:19

December
  45:25 46:1

Defendant
  45:10

Defendants
  4:2

delicate
  20:24
  22:16

dementia
  13:16

depending
  50:7,8

depends
  50:6,14

deponent
  39:6 40:12
  49:18
  57:12

61:14

deposition
  4:1,19
  6:4,8
  38:14
  44:23 64:9

describe
  16:8 29:20
  30:1,3

describing
  36:17

description
  31:7

direct   45:21
  47:6,20
  48:15

directed
  55:6

directly
  32:17
  34:12,21
  35:20 37:4
  40:23
  41:1,5
  42:2 48:24
  49:10 61:9

discount
  19:15
  33:18

discovered
  45:24

dispute
  47:22

distributor

19:8 21:7,
  10 33:16
  49:9

distributors
  19:6 35:23
  59:15

document
  38:18,24
  39:1 45:1,
  3,11 46:20
  47:24 48:3

draft   39:24

Drayton
  4:10,12
  6:6,10
  35:18
  38:16 39:8
  40:14
  43:10
  44:25
  47:12
  48:11,13,
  20 49:3,15
  53:20
  54:17 57:7
  61:17,18
  63:7 64:8

Drew   6:7
  39:6

dried   16:18

drive   60:2

dry   15:24
  17:11
  18:12 22:5

dump   15:20

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 22 of 35

Duncan
  28:11,12,
  18,20
  49:20,23

dust  22:24

duties  14:23
  37:22

_____

        E

early  12:8
  29:4,6,7

ease  46:16

easier  4:18
  8:25 26:12
  45:6

Eason  12:19
  55:10

Eastern  25:9

easy  4:25
  26:9

eat  5:17
  57:5

Eddie  10:1,3
  11:24
  12:13
  26:5,13
  32:24
  35:24 38:1
  43:22 49:8
  55:9

Edenton  8:3
  20:6

Edward  4:12

16:12
45:10,15

Elaine  4:1,
  16 38:14

Elizabeth
  4:6 7:6,8
  9:20,21
  20:6 46:8
  55:20 57:5
  59:16 60:4

employed
  41:10

employees
  26:17

employment
  8:10,24
  40:24
  60:16 61:4

end  32:7

ended  12:14

entire  54:5

entries  46:2

entry  47:16,
  19,20

equipment
  37:14

estimate
  53:5,25

evidence
  34:20
  35:11,12
  47:24 48:9

Examination

4:1,9

exhibit  6:5,
  7,18
  38:15,17
  44:24 45:8
  46:20 48:4

expensive
  33:8

external
  58:10

_____

        F

fact  21:15
  30:11 58:5

facts  35:10

fair  6:2
  59:3

familiar
  54:20

family  7:23
  8:2 56:10
  61:8

February
  8:16

feel  5:17
  13:6 45:18

figure  5:9
  23:18

figurines
  50:13

filed  4:13

filing  56:18

fill  16:14

fine  45:20

finish  23:7
  24:12
  26:10 31:7

fire  20:17
  23:4 24:13

fired  23:1
  24:11 32:8

firing  20:17
  22:17
  41:23

fit  31:15

five-gallon
  18:6

five-pound
  16:17 17:4

flap  31:8

flip  46:17

folks  7:11
  9:2 19:6
  25:8

follow-ups
  63:9

Forest  8:23

forgot  21:1
  24:20

form  43:2,
  7,8 47:11,
  23 48:18
  49:1,12

foundation

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 23 of 35

4:12 36:9
38:6 43:8
45:15,24
46:2,14
47:7
48:16,18
49:1,12
55:6 57:25

**four-inch**
30:17

**free** 5:17
13:7 45:18
57:14

**frequently**
59:13
60:11

**Friday** 6:14

**friends** 9:21
10:15

**front** 6:19

**full** 4:15

**furniture**
36:16,21
37:3,18

—————————
          **G**
—————————

**G-A-R-E** 21:6

**gallon** 17:17
20:25 21:1

**Gare** 21:6,
10,14
23:8,9
24:7,10
26:15

27:24
28:6,19,23
29:9,11,15
36:3,5,24
49:9,20
58:16

**Garrett** 4:2,
11,16,17
6:11 7:18
8:9 38:14,
17 45:2
48:14
54:25
61:15

**gather** 23:20

**gave** 42:14

**gee** 7:8

**geez** 57:4

**general** 7:24
25:8 45:15

**generally**
37:14 54:4

**gentleman**
55:14

**give** 5:1
19:14
32:20 63:2

**giving** 14:17

**glaze** 23:4
24:10

**glazes**
22:19,21

**gloss** 24:21

**glossy** 24:12

**gloves** 37:6,
12

**good** 4:11
7:1,13 9:4
44:10

**gosh** 6:12
21:5

**Gotcha** 64:3

**Grace** 13:23

**graduated**
8:17 9:10
57:19

**green** 24:12

**greenware**
11:12
15:4,23
20:14
22:13,14,
23,25 23:3
24:14
27:15 50:5
51:11,16,
17

**ground** 4:21

**growing**
43:17

**guess** 11:15
25:9 53:12
60:11

**guessing**
42:8

—————————
          **H**
—————————

**half** 9:12

**hand** 31:2

**handle** 18:1

**handwritten**
46:20
47:19

**happen** 5:21

**hard** 5:9
23:7 29:25

**hardened**
15:21

**hate** 7:11
23:13

**head** 5:12

**heads** 5:6

**hear** 62:3

**heard** 46:5
54:21

**hearing**
25:15

**heart** 14:7

**helpful** 5:16
18:8

**hereto** 46:15

**Hertford** 7:7

**high** 8:17
30:18
57:19

**higher** 22:17

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 24 of 35

hire   15:7

history   8:25

Hoffman
 12:20
 55:13
 60:15

Holly   13:22
 20:4 28:24
 50:16
 51:1,19
 52:7,24
 53:15,22
 54:1 57:2
 58:24
 59:7,24

home   18:23
 30:12
 33:10

hook   37:11

hospital
 14:10
 56:10,25

hour   57:6

huh-uh   5:7

hungry   5:17

husband   56:8

husband's
 7:17

_____
         **I**
_____

idea   7:2,13
 17:5 18:13
 35:6 41:15

44:6

in-house
 22:5

inch   32:2

inches   30:18

inclusive
 48:4

individual
 53:7

individuals
 52:7,9,14

inevitably
 5:21

information
 23:20
 35:19 38:8
 42:24
 47:5,22
 48:15

information's
 23:17

ingredients
 16:12 17:1

intended
 6:24 7:21
 62:22

interrupt
 13:7

introduce
 6:6 45:1
 63:24

inventory
 32:20

42:13
43:12
58:20

invoices
 38:5

items   50:5
 51:6,8,9,
 12 59:9

_____
         **J**
_____

January
 45:16

job   8:19
 14:23
 37:21

jobs   9:3

journal
 46:2,3

journals
 45:25
 46:21

jug   21:1

jump   13:18
 55:3

jurors   7:1

jury   7:3

_____
         **K**
_____

Karen   4:13
 13:21,24
 14:4,10
 55:25
 56:9,17

Karen's   14:8
 56:8

kiln   21:16,
 18 23:1,4
 29:9 32:9
 36:16,20
 37:3,7,10,
 17,18,20

kilns   20:17
 21:8,11,
 13,14
 28:24
 29:14
 36:19,25
 37:15

kind   13:17
 14:5,25
 15:23
 22:1,17
 24:21 61:1
 63:23 64:1

kinds   7:4
 40:18

knew   54:21

knowing
 48:23

knowledge
 26:21 30:9
 32:18 33:4
 37:8 44:20
 48:15
 58:15,17
 61:9

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 25 of 35

---

## L

labeled
  38:19

ladies  19:24
  55:13

lady  12:20
  18:1

large  4:4
  18:19 23:9

largest
  60:13

Lawson  44:23
  45:9,14

lawsuit  4:13

leave  57:11

ledgers
  45:25

left-hand
  45:22

Lenslow
  10:19

lettering
  6:20

letters  45:9

license
  19:13

lid  17:18
  31:9,10,
  12,14,18

lines  49:7

liquid
  15:15,16
  17:15

Lisa  10:2,
  14,16,17
  11:1 13:8,
  16 55:22

listed  6:19
  46:3 47:3

literally
  5:7

live  7:23
  8:5 13:9,
  12

lived  7:2
  9:19 10:15
  18:22
  44:11
  59:20,24
  60:4,24,25

lives  8:6
  13:17

living  9:20
  55:17

Lloyd  7:18

load  18:2,3

located  34:5
  54:18 58:3

log  35:10

long  4:19
  7:2,19
  8:24 10:13
  11:24,25
  18:18

28:22
  41:18
  47:13 49:6
  50:3 54:3,
  6 61:19

longer  12:5
  61:6

looked  30:15

lot  8:25
  11:6,12
  15:3 19:25
  21:6,23
  27:7,8,16,
  21,25
  32:19
  33:8,15
  41:12,14,
  20 45:12
  53:19
  56:25

low  32:20
  41:8 42:17

lunch  5:18
  57:5

Lynchburg
  62:2 63:13

---

## M

made  11:13
  16:8,9,16
  17:3,19,
  20,21
  28:11 30:8

mail  6:12
  38:25

39:24

main  13:3

maintain
  33:18

make  4:17
  5:23 15:4,
  12 17:1
  22:13 23:5
  24:12
  26:11
  27:14
  37:23
  39:15 40:1
  45:6 50:4,
  5 52:5
  55:2,24

makes  8:25

making  15:12
  35:14

Man  55:15

manageable
  18:3

managed  60:8

manager  8:21
  45:15

manufacturer
  20:25 21:4
  32:17

manufacturers
  34:19 61:9

Marie  10:1,3
  11:24
  13:8,13
  26:4,13

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 26 of 35

32:24
35:24 38:1
43:22 49:8

mark 38:18
44:23 45:9

marked 6:4
38:14
44:23 45:7

married
7:15,19
56:6

material
18:12
20:17
24:14
29:24 30:2

materials
11:9 20:11
26:3
36:11,23
61:2

matte 24:20

matter 21:15
30:11 63:4

meant 13:6

meet 33:17

meeting 40:7

member 56:10

memory 7:22
16:4 21:23
50:15,19
51:18

mentioned

14:12
17:11 18:9
32:25
36:2,15

met 40:11

mile 9:19

miles 59:16

mind 14:17
28:6

minutes
57:11

mischaracteriz
es 35:11

misrepresent
48:6

misrepresentat
ion 35:14

mix 16:13
17:1

mixed 22:4

mold 27:13,
18 50:7,11
62:4,5,10

molds 11:5,
14 15:3,9,
12,13,19,
21 20:15,
16 27:1,6,
9,12,13,
19,24
28:7,12
33:15
50:4,9,12
51:12,14,

15,16
60:22 62:8
63:17,25
64:2,4

mom 56:15

moment 11:22

monthly
41:17

months 42:7
62:19

morning 4:11

mother 11:3
13:22,25

motions 31:2

moved 7:8
10:6,14
43:22
44:1,3,12,
15 58:1

_____

**N**

names 12:18
13:1 35:25
46:6 55:9

naval 11:14

Navy 44:2

needed 20:9
42:14
58:20
60:21

nodded 49:18

nodding 5:12

Norfolk 19:8
24:2 54:19
59:19,21

north 4:3,6
7:7 8:3
25:9 27:1,
4,21 33:1
53:12
59:16 60:7
62:4

nosy 6:24
7:13 62:22

Notary 4:3

notes 61:13

notice 6:4,8

November
34:22
35:21
46:21
47:17
48:17,25

number
14:16,17
17:17
40:20
45:22
46:25 47:2
56:23
62:25 63:2

numbered
45:22

_____

**O**

object 48:11

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 27 of 35

objection
  35:10
  47:11,23
  48:12

occasionally
  27:20
  55:23

offered
  57:15

Ohio  57:25
  58:1

older  12:20

open  11:25
  12:3 24:2
  37:11 58:9

opened
  30:21,23,
  24 31:9

operate
  43:25

operating
  37:7

Oral  4:1

order  27:16
  32:21,23
  34:18 36:8
  39:1
  42:18,21

ordered
  58:21

orders  16:1,
  2

originally

7:6 10:5
18:21

ornaments
  50:13

Orton  4:12
  29:23
  30:4,13
  32:10,13
  33:5 34:4,
  12,14,21
  35:7,12,20
  36:9 37:4
  38:5,6,9
  40:22,23
  41:1,3,7
  42:2 43:3,
  4 45:10,15
  47:7,21,25
  48:5,7,16,
  24 49:10,
  11 51:19
  55:6
  57:20,24
  58:2,12,
  16,19,21,
  25 59:4,
  12,13,16,
  22 63:19

outskirts
  9:20

owned  10:3

owner  9:25

owners  10:2

─────────────
        P
─────────────

p.m.  64:10

pack  33:6
  56:19

packaged
  58:9

packed  30:1
  61:2

packing
  29:24 30:2

packs  33:7,
  11

pages  46:14

paint  17:17
  20:18
  21:11,19
  22:20,21,
  22 23:2,3
  24:6,8,9,
  12,13,15,
  18 28:14
  36:7 51:10
  64:5

painting
  44:10

paintings
  44:14

paints  20:15
  21:7 22:17
  28:20
  29:16
  33:17

paragraph
  40:20
  45:14

paragraphs
  45:22

part  18:23,
  24 29:8
  31:19
  37:21

part-time
  60:21

passed  12:12
  55:10

pause  5:2

payments
  37:23

people  11:8
  12:24 13:3
  15:7 16:13
  19:11,12,
  13,18,20,
  22 20:4,7,
  9,20 33:7,
  16 53:1,2,
  10

percent
  34:15
  53:9,10

percentage
  53:5,8

Perfect
  6:15,22
  40:9 62:21

period  12:8

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 28 of 35

19:17 29:7
54:6 57:20
59:17

**Perquimans**
8:5,6,8

**personally**
36:8

**phone** 14:16
39:2,16
40:5 62:25

**pick** 16:25
27:1,19

**picked** 31:18

**picking**
31:19

**Pintado** 4:3

**place** 18:25
47:25

**places** 20:21
27:23 36:3
41:13

**Plains** 27:10
28:1,7
33:1 62:5,
7

**plaques**
50:13

**pleasantries**
40:17

**point** 5:20
14:14 32:7
46:24

**pool** 7:3

**porcelain**
20:23
21:5,8
22:9,10,
11,16,22

**possibility**
23:15

**post** 36:17

**posts** 21:17
36:22
37:18

**potential**
7:3

**pottery**
11:13
15:15 19:9
20:20
23:25
24:22
25:14,20
28:15,20
29:14 54:9
59:21

**pour** 15:3,
19 16:2
20:15
27:14
51:11
60:21

**poured** 11:5

**pouring**
15:3,9,11

**pourings**
50:7

**powder**
16:11,18

**practice**
61:7

**prefer** 63:3

**prepackage**
17:18

**prepackaged**
20:22

**prepare**
14:14 39:1

**preparing**
39:17

**pretty** 4:25
18:25
29:6,14
50:22 59:8

**price** 33:19

**prior** 8:10
35:21
48:17,25
56:12

**process**
15:23 38:9

**product**
16:3,16
20:24
22:18
24:12
28:10,15
49:24
50:16,20
63:24

**products**
8:23 15:12
17:11
20:11
22:1,4,8
25:11 26:2
27:5,25
28:19,21
33:2 35:25
44:18 46:3
49:8,20,22
50:12,23
60:9 61:10
62:14

**profession**
44:13

**programs**
20:1

**promise** 45:3

**public** 4:3
11:5

**pulled** 31:6

**purchase**
17:14
26:23 27:5
32:10,16
33:1 35:25
36:4 44:18
50:20,24
51:6,8,9,
21,22 52:1
59:4,9
60:9 61:9

**purchased**
18:11

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 29 of 35

21:15
35:7,20
36:23 37:4
40:23,25
41:4,7
42:1 48:24
49:8 51:10
58:16
59:12,13
62:13

**purchasing**
26:2,6,14,
18 38:9
42:25 49:2
50:16
51:19

**purpose** 32:9
63:16

**purposes**
4:23 6:24
26:8

**put** 6:18
15:22,25
21:18
23:3,4
24:11
33:23
37:19

**pyrometric**
31:23
35:20
40:22
63:20

---
### Q
---

**question**
5:24 9:6,
24 16:7
30:25 31:7
45:17
47:13
49:25
52:4,11
62:21

**questions**
5:1,21,23,
25 6:23
23:22
25:19 26:9
45:12
57:8,9
61:16 64:7

**quota** 33:17
42:10

---
### R
---

**railroad**
16:23
18:10

**raw** 11:9

**Ray** 12:19,
22 55:10

**read** 45:3,
4,10,18,23
47:4,10

**ready** 15:21

**real** 22:16

**reask** 47:14

**reason** 6:25

**receipt**
45:25

**receipts**
46:3,21

**receive** 6:12
38:24 58:8

**received**
34:11
38:25
39:23

**receiving**
33:20

**recently**
45:24

**recollection**
50:15
51:18
57:24

**record** 4:15
5:2 9:4
31:4 35:13
40:21
62:25
63:3,4,6

**recorded** 5:8

**records**
34:21

**refer** 15:1

**reference**
45:13
46:16

50:19

**referenced**
47:9 51:25
52:16

**referencing**
29:21

**referred**
13:14

**reflecting**
46:15

**refresh**
57:24

**regular**
22:12,15
40:23 41:8
42:2,3
59:4

**regularly**
59:8

**related** 14:1
56:5

**relationship**
55:25

**remember**
5:15 13:1
17:4,6,10
18:13
19:24
21:3,23
23:22
25:12,15
27:22
28:4,5,8,
10,16,21,

www.huseby.com    Huseby, Inc. Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 30 of 35

24 29:1,6,
9,22 30:4,
14,21
31:22,25
33:4,6,12,
20,22 34:3
35:22
37:12,13
43:5,11
44:4 49:5,
21 50:24
51:9,22,25
53:16,21
54:7,8
57:20
58:24
60:18
62:18

**remembered**
28:21

**remodeled**
44:6

**reordered**
32:22

**repeat**  5:22

**rephrase**
5:22

**reporter**
4:24 10:23
26:11
43:6,9

**represent**
4:12 39:7

**representative**
48:1,9

**representing**
39:10,14

**required**
22:17

**resale**  25:25

**response**  5:1

**responsibiliti
es**  14:23
26:1 37:22

**responsible**
26:2 38:2

**retail**  11:8
19:12,18,
19,20 20:8
52:7,9,16
53:1,6,10

**retailers**
53:11

**retired**  44:3

**revisions**
40:1,2

**Ricky**  12:21,
22 55:13,
14 60:15,
19

**right-hand**
45:8

**ring**  58:2

**Road**  4:6
24:24
54:19

**round**  21:1

**rules**  4:22

---

**S**

---

**sale**  15:25
32:15 33:3
34:25
62:10

**sales**  8:21
14:25
15:10,25
34:21
35:13 61:1

**school**  8:17
9:10 19:25
57:19
60:20

**schoolhouse**
18:21 44:6

**schools**  20:1

**seal**  24:21

**Sealey**  35:9
39:7,9
40:10
43:2,8
47:11,23
48:18
49:1,12
53:18
54:15
57:8,10,13
61:12,15
63:8,10
64:6

**sell**  11:14
12:10

15:16
17:13,16
19:14
20:12,15,
25 21:13
22:1,5
25:23
28:18 30:7
36:16 37:6
52:19,25
53:11
54:12

**selling**  19:5
28:17,24
49:21
63:22,24

**send**  27:18

**sense**  5:23

**separate**
31:12

**set**  19:21

**shake**  5:6

**shape**  29:25

**share**  62:25

**sheet**  42:14

**shelf**  15:22
21:20,22
33:24

**shelves**
21:18,19
37:19 58:9

**ship**  27:24

**shipment**

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 31 of 35

33:20
34:11

shipped
27:7,8
34:1

shop 11:5
12:15
13:12
18:24
19:13
25:18
29:5,16
52:24
53:15

shop's 13:13

shops 11:17
19:20,21
20:5 35:24

short 12:24

show 6:11
27:13
38:17 45:2
62:2,9,11
63:15,16

showed 47:16

showing
47:20

shown 45:7

shows 32:25
33:13,14
61:21,25
62:5,7
63:11,16,
23

shut 32:8

side 45:22
46:17,19
60:4,5

signature
38:20

signed 48:2

similar 52:4

simply 47:4

sister-in-law
14:9 56:1

sit 15:20,
24

size 31:15,
22,25
50:11,12

skinny 32:4

slip 15:14,
16 16:3,6,
15 17:2,
15,18 18:2
20:12,22
22:4,8,13
23:10
27:14
28:10
29:19
49:24
50:2,16,23
51:10

slipped
31:19

small 17:25
30:20

smaller 18:4

sold 11:5,
6,12 19:2,
6,17,20,22
20:14,16,
19 21:14,
16 22:18
24:6,7
25:10
27:25
28:19,20
29:10,12,
13,14,17
34:21
36:15,24
37:16
40:22
41:12,14,
15,24
42:6,10
44:18 46:2
51:16
52:13,18
54:13
59:22

sort 31:6
62:11

sounds 25:1
54:20

Southeast
25:10

speak 5:3
39:2

speaking
48:11

specifically
39:22
57:25

speculation
49:13
54:16

spellings
10:23

spells 57:23

spoke 57:3

spray 24:19,
20

square 29:22
30:17

stack 58:9,
19

stand 63:19

started 4:14
8:14,16,18
9:7,9
10:9,11,12
12:21 35:1
43:11,13,
15,17
57:18
60:20

starting
34:22

state 4:3,14

states 40:21
45:14,24
46:11

stayed 31:10

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 32 of 35

stilts
 21:17,21
 36:17,22
 37:18

stock   42:6

stocked
 58:21 59:5

stop   5:14

store   11:25
 18:19
 24:23,25
 25:4 26:2
 44:19
 52:19
 54:9,10,18
 58:25
 59:5,8

stores   49:10

Street   4:6

Stu-doodle
 8:11 9:8,
 18 10:4
 13:24
 14:22
 18:20
 19:5,10
 20:12
 21:13
 23:24
 25:20
 28:16 30:7
 32:11,14
 34:12,22,
 25 35:1,7,
 20 36:14,

22 37:6,
16,22 38:5
40:22 41:6
42:1 43:12
46:4,6,14
47:6,8,21
48:1,8,16,
24 49:21
50:17,21
51:2,6,20
52:2,6,12
53:16
54:2,5,13
55:5 56:14
57:18
58:15,22
59:25 60:5
61:8

Stuart   10:1,
3,16 11:1,
24 13:8,14
16:12
26:4,5,13
32:20,24
35:24 38:1
42:17,21,
25 43:22
49:8 55:9,
22 58:20
61:8

Stuarts
 61:19,21

stuck   28:5

students
 52:25
 53:2,23

stuff   21:20
 30:2

subpoena   6:9

suit   56:18

supplied
 23:9

supplier
 34:13

suppliers
 37:24

supplies
 11:9,17
 13:24
 21:16
 25:11
 29:17 36:6
 41:20
 44:18
 52:25 53:4

Support   45:9

surrounding
 20:6

_____

_____ T _____

taking   5:18

talented
 44:14

talk   4:24
 8:10 25:16
 26:10
 39:16
 56:25

talked   14:3,

13 20:13
39:18
40:4,6,17
49:20
52:6,21
54:10

talking   4:23
 28:23
 31:23

tall   18:24

tank   16:13

taught   52:25
 60:12

teach   20:1

teaching
 11:19

technical
 40:15

telling
 49:24

temperatures
 41:23

tenure   54:6

terms   18:20
 19:2,16
 22:3 23:23
 26:1 35:23
 51:14 52:5
 54:4 55:25
 60:16

Terry   14:8
 56:1,6

Terry's

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 33 of 35

```
    56:3,5,8        19:16           43:21 55:4      33:5 41:21
                    24:23                           42:18
test  7:22          26:23 27:3      torn  13:13     52:12
    16:4 18:15      28:22 29:7      total  46:12    54:13
                    38:4 40:2,                      62:15
testified           6 41:10,18      touch  55:22
    35:16           49:6 52:1,         63:1
                    3 54:1,3,
testify             24 55:2         town  16:24        U
    35:15           56:12           26:25 57:5
    57:15           57:2,6,20       60:7           uh-huh  5:7
    62:24           58:18
                    59:17           trade  15:2     uh-uh  17:20
testimony           60:1,19        62:11              25:24 37:8
    35:11           63:7,13                           38:7,13
                                    transaction      46:7
thing  11:7,        times  26:24    47:20,25
    20 17:15        27:7 32:19      48:7            um-hmm  6:17
    22:19           33:16                             17:14
    45:4,5          62:3,17         transactions      21:12
                                    46:12,15          28:25 30:6
things  4:17        tiny  32:1      47:7,8           33:22 35:3
    7:4 22:20                       48:4,15          43:24
    25:20           title  14:24,                    46:10,23
    29:25           25             trial  6:25       47:18
    36:15,16                        62:23            50:18
    40:18 45:6      today  8:10                      51:16,21
    54:13           40:10          triangle          55:11,23
                    57:14,15        29:25 32:6       56:2 58:14
thinking                                             59:10,14
    12:9 21:6       told  49:19    turns  24:14      60:14
    24:1            56:18                            63:18 64:1
                                    two-gallon
thought  62:9       tools  37:14    17:23 50:2     understand
                                                    8:11 13:16
time  4:25          top  30:22,     type  11:13      55:24
    5:4,18          23,24           15:15
    8:12 9:19       31:8,13         20:20 22:8     understood
    10:2 11:6,      45:8            23:2,7          6:1
    20 12:8,        46:12,19,       24:9 30:14
    17,23           21,22           38:22          Universal
    14:6,11                         43:25           8:23
    15:8            topic  13:19    52:8,13,18
    18:16,18                       types  30:7     unpack  33:23
```

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 34 of 35

Upton   12:21
  55:13
  60:15

_____
          **V**
_____

verify   34:9

versus   52:9
  53:6

Virginia
  10:6 19:22
  24:1,24
  25:10
  43:23
  44:1,12,17
  53:13,14
  54:9,19
  62:2

visit   24:25
  25:4 54:10

volunteering
  7:12

_____
          **W**
_____

wait   15:5

waiting
  40:13

walk-in   15:2
  20:8

walked   40:10
  63:14

wanted   33:10
  39:14
  56:23,24

wash   21:19
  37:19

waste   55:2

water   17:1

ways   50:14

weather
  40:18

Webster
  28:24
  50:16
  51:1,19
  52:8,14
  53:7,10,
  15,22 54:1
  57:2 59:24

week   51:4
  52:1 59:8
  60:9

weekend   27:2

Weekly   41:17

Westerville
  58:1

wet   17:18
  49:24
  50:2,16

white   4:16
  27:10
  28:1,7
  29:23
  30:16 33:1
  62:5,6

wholesale
  11:7,10,15
  15:2 19:2,

3,11,14

wife   14:8

Winslow
  10:18,20,
  21

winter   62:19

Witchduck
  24:24
  54:18

word   36:21

work   8:22
  11:1 26:22
  39:19 47:5

worked   8:12,
  18 11:4
  12:24 14:8
  15:9 38:10
  54:24
  56:14
  60:24 61:1

working   8:15
  9:7 10:12
  12:16,17
  14:22 35:1
  38:4 39:17

worth   50:2

write   37:23

written   55:4

_____
          **Y**
_____

year   7:9,20
  9:12 10:7,
  12 12:13

14:4,6
  61:22
  62:17

years   7:9,20
  9:7 12:4
  29:4 61:4,
  22

York   28:2

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 2:17-cv-00063-D   Document 63-2   Filed 05/21/19   Page 35 of 35