Receipts Journal – November 1977

| Date | | Name | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Misc. Account # | Misc. Amount |
|---|---|---|---|---|---|---|---|---|
| Cont | 7 | Stewarts of Calif | 35925 | | | 35925 | | |
| | | USCC Centralab | 2529 | | | 2529 | | |
| | | Valley Potters Guild | 7082 | 695948 | | 7082 | | |
| | | | 1523121 | 1516549 | 6572 | 1519999 | | 3122 |
| | | Good Cookie Tammy Cole | 695 | | 695 | | A/c 2001 3153 | 695 |
| Nov | 8 | Buffalo China Inc. | 30700 | | | 30700 | | |
| | | Byrne Ceramic Supply | 100000 | | | 100000 | | |
| | | The Ceramic Barn | 415 | | | 415 | | |
| | | Ceramics by Stu-Doodle | 22606 | | | 22606 | | |
| | | Dicor Ceramic Supplies | 7382 | | | 7382 | | |
| | | Dell Hawk Ceramics | 18350 | | | 18350 | | |
| | | Dollman Ceramic Supplies | 30000 | | | 30000 | | |
| | | Duncan Gar Inc | 40179 | | | 40179 | | |
| | | Montana Ceramic Supply | 32950 | | | 32950 | | |
| | | Rockwell International | 17238 | 299820 | | 17238 | | |
| | | | 1823236 | 1816369 | 7267 | 1819819 | | 3817 |
| Nov | 9 | American Standard | 32185 | | | 32185 | | |
| | | Arketex Ceramic Corp | 13624 | | | 13624 | | |
| | | Bay Shore Ceramic Sup | 44760 | | | 44760 | | |
| | | Center Engineering | 11324 | | | 11324 | | |
| | | Hobby Corp Ceramics | 18605 | | | 18605 | | |
| | | Leo Corporation | 17460 | | | 17460 | | |
| | | Lewis Bros Ceramics | 4645 | | | 4645 | | |
| | | Lockheed Missiles & Co | 13453 | | | 134 | | |
| | | Middle Tennessee State Univ | 8970 | | | 8970 | | |
| | | Pots Inc | 94645 | | | 94645 | | |
| | | Willow Haven Ceramics | 13310 | 272981 | | 13310 | | |
| | | | 2096617 | 2089350 | 7267 | 2092800 | | 3817 |
| Nov | 10 | California College of Arts & Crafts | 21960 | | | 21960 | | |
| | | Cecas Enterprises Inc | 17863 | | | 17863 | | |
| | | Ceramic Barn | 12454 | | | 12454 | | |
| | | Creative Crafts Supplies | 13915 | | | 13915 | | |
| | | Dobe Depot Inc. | 61260 | | | 61260 | | |
| | | E I Dupont de Nemours | 30097 | | | 30097 | | |
| | | Univ of South Florida | 8391 | | | 8391 | | |
| | | Gladding McBean & Co | 70640 | | | 70640 | | |
| | | The Good Earth | 13136 | | | 13136 | | |
| | | Northwest Ceramic Supply | 26991 | | | 26991 | | |
| | | Rackliffe Pottery | 877 | | | 877 | | |

ORTON 0474

# Receipts Journal - January 1978

| | Date | | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Misc. Account # | Misc. Amount |
|---|---|---|---|---|---|---|---|---|
| Cont | 30 | General Refractories | 128.94 | | | 128.94 | | |
| | | Gorham - Div of Textron | 463.50 | | | 463.50 | | |
| | | Duromet Corp | 214.00 | | | 214.00 | | |
| | | Dutone Industries | 140.00 | | | 140.00 | | |
| | | Indiana University S.E. | 36.16 | | | 36.16 | | |
| | | Johns Manville Prod Pla | 82.44 | | | 82.44 | | |
| | | Johnson's Cer. Supply | 186.67 | | | 186.67 | | |
| | | Kickwheel Pottery Sup | 217.72 | | | 217.72 | | |
| | | Kohl Ceramics | 127.42 | | | 127.42 | | |
| | | Lightaround, Inc. | 132.16 | | | 132.16 | | |
| | | Louisville Fire Brick | 62.70 | | | 62.70 | | |
| | | Muse Ceramics | 3.56 | | | 3.56 | | |
| | | N.L. Industries | 19.77 | | | 19.77 | | |
| | | Poole's Ceramics | 2.74 | | | 2.74 | | |
| | | Portland Pottery | 138.52 | | | 138.52 | | |
| | | Rising Pottery | 59.10 | | | 59.10 | | |
| | | Robinson Ransbottom | 3.85 | | | 3.85 | | |
| | | Seattle Pottery Supply Inc. | 292.45 | | | 292.45 | | |
| | | Southern Illinois Univ | 84.12 | | | 84.12 | | |
| | | Terra Ceramics Inc. | 7.94 | | | 7.94 | | |
| | | Thermo Materials Corp | 176.64 | | | 176.64 | | |
| | | U.S. Ceramic Tile | 381.00 | | | 381.00 | | |
| | | Valley Foundry Supply | 47.62 | | | 47.62 | | |
| | | C.B. Watty Inc. | 141.78 | | | 141.78 | | |
| | | Waugh's Ceramic Studio | 153.75 | | | 153.75 | | |
| | | WeLongin Porcelain Co. | 190.50 | | | 190.50 | | |
| | | Zane Trace Tile Works | 12.59 | | | 12.59 | | |
| | | | 105510 44 | 1513220<br>10542558 | 8429 | 10274804 | | 27622.43 |
| Jan | 31 | Peck Federal S+L Int | 211.77 | | | | A/c 30009151 | 211.77 |
| | | Ohio State Federal S+L Int | 220.26 | | | | A/c 30009151 | 220.26 |
| ☆ | | Ceramics by Stew+Doodle | 185.68 | | | 185.68 | | |
| | | Ceramics Unlimited | 309.40 | | | 309.40 | | |
| | | Graham Ceramics Ltd | 329.12 | | | 329.12 | | |
| | | A.P. Green Refractories | 254.00 | | | 254.00 | | |
| | | House of Em Bl Ceramics | 87.29 | | | 87.29 | | |
| | | Laughing Lion Ceramics | 43.60 | | | 43.60 | | |
| | | McSavage Refractories | 71.21 | | | 71.21 | | |

ORTON 0499

# Receipts Journal – February 1978

| Date | | Name | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Misc Account # | Misc Amount |
|---|---|---|---|---|---|---|---|---|
| Cont | 8 | Stewarts Ceramics Studios | 12.58 | 665.87 | | 12.58 | | |
| | | | 13315.95 | 13286.74 | 29.21 | 12239.42 | | 1076.03 |
| | | Capt. Cookie Money Cole | 8.30 | | 8.30 | | A/C 2001315 | 8.30 |
| Feb | 9 | Aggie's Ceramic Corner | 107.92 | | | 107.92 | | |
| | | Industrial Ceramic Products | 55.00 | | | 55.00 | | |
| | | Mid America Ceramic Supply | 795.00 | | | 795.00 | | |
| | | Mildred's Hillside Ceramics | 363.00 | | | 363.00 | | |
| | | Ohio Ceramic Supply | 974.12 | | | 974.12 | | |
| | | Porcelain Products Co. | 142.44 | | | 142.44 | | |
| | | Riverview Ceramics | 74.02 | | | 74.02 | | |
| | | Top Hatters Ceramics | 65.83 | 2577.33 | | 65.83 | | |
| | | | 15901.58 | 15864.07 | 37.51 | 14817.25 | | 1084.33 |
| Feb | 10 | American Standard Inc | 726.30 | | | 726.30 | | |
| | | Autolite | 30.83 | | | 30.83 | | |
| | | Ceramic Arts Inc | 230.15 | | | 230.15 | | |
| ☆ | | Ceramics by Stew Doodle | .25 | | | .25 | | |
| | | Corpus Christi Ceramics | 191.29 | | | 191.29 | | |
| | | Liberty Bell Ceramics | 130.50 | | | 130.50 | | |
| | | Maryland China Co. Inc. | 178.67 | | | 178.67 | | |
| | | N. American Refractories | 444.50 | | | 444.50 | | |
| | | Rolene Ceramic Studio | 183.23 | | | 183.23 | | |
| | | Sandy's Ceramics | 2.78 | | | 2.78 | | |
| | | Sanger Ceramics | 136.99 | | | 136.99 | | |
| | | Sue Lon Ceramic Studio | 156.41 | | | 156.41 | | |
| | | Tru Tile Inc | 117.64 | | | 117.64 | | |
| | | R. B. Walter Inc. | 8.37 | 2537.91 | | 8.37 | | |
| | | | 18439.49 | 18401.98 | 37.51 | 17355.16 | | 1084.33 |
| Feb | 13 | American Clay Forming | 190.50 | | | 190.50 | | |
| | | Basic Refractories | 63.57 | | | 63.57 | | |
| | | Champion Spark Plug | 70.71 | | | 70.71 | | |
| | | A.P. DeSanno & Son Inc | 57.60 | | | 57.60 | | |
| | | Engineered Ceramics | 36.99 | | | 36.99 | | |
| | | Esther's Ceramics | 121.00 | | | 121.00 | | |
| | | Ferro Corporation | 3694.50 | | | 3694.50 | | |
| | | J.P. Ceramics | 55.00 | | | 55.00 | | |
| | | Lava Crucible Refractories | 31.16 | | | 31.16 | | |
| | | Mayfield Ceramics | 332.08 | | | 332.08 | | |
| | | Potters World | 134.76 | | | 134.76 | | |
| | | Taylor Refractories | 34.19 | | | 34.19 | | |

ORTON 0503

Receipts Journal April 1978

| Cont | | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Misc. Account # | Misc. Amount |
|---|---|---|---|---|---|---|---|
| Apr 17 | Stewart Clay Co Inc. | 94350 | | | 94350 | | |
| | S. Paul Ward | 13500 | | | 13500 | | |
| | Westwood Ceramic Supply Co. | 244430 | | | 244430 | | |
| | Finance Div. (U. S. Government) | 2209 [illegible] | 1201130 [illegible] | [illegible] | 2209 [illegible] | | [illegible] |
| | Repro Arts Money Cab | 1582 | | 1582 | | A/c 20015153 | 1582 |
| Apr 18 | Linda's Ceramics | 13732 | | | 13732 | | |
| | Madison Potters Guild | 6602 | | | 6602 | | |
| | Ohio Ceramic Supply | 59530 | | | 59530 | | |
| | Old Church Pottery | 7250 | | | 7250 | | |
| | Stratford Clay Supply | 150270 | 237384 | | 150270 | | |
| Apr 19 | A. D. Alpine Inc | 567?? 87 / 5211 | 5464188 | 9896 | 565?? 89 / 5211 | | 14795 |
| | Bethlehem Steel Corp | 5254 | | | 5254 | | |
| | Cardinal Stone Co | 22640 | | | 22640 | | |
| | Clemson University | 3918 | | | 3918 | | |
| | Epps Inc | 4295 | | | 4295 | | |
| | L & R Specialties | 29383 | | | 29383 | | |
| | Mayon Ceramic Inc | 34156 | | | 34156 | | |
| | Monarch Tile Mfg Co. | 62500 | | | 62500 | | |
| | Rinaldy's | 21004 | | | 21004 | | |
| | Spencer Pottery | 15287 | | | 15287 | | |
| | W. M. Stewart Mfg Co | 35808 [illegible] | 239456 [illegible] | 9896 | 35808 [illegible] | | 14795 |
| Apr 20 | Antioch College | 2056 | | | 2056 | | |
| | Ceramic Arts & Supplies | 9956 | | | 9956 | | |
| ☆ | Ceramics by Stu - Doodle | 18300 | | | 18300 | | |
| | Enoch Wedgwood (Tunstall) Ltd | 2811 | | | 2811 | | |
| | Gouveia Ceramics Corp | 91435 | | | 91435 | | |
| | Johnson & Johnson Dent. Prod | 12145 | | | 12145 | | |
| | Lewis Bros. Ceramics | 7123 | | | 7123 | | |
| | Joy Reed Ceramic Studio | 180730 | | | 180730 | | |
| | Shreveport Ceramic Supply | 21797 | | | 21797 | | |
| | Stewart's of Calif | 118040 / 6378533 | 464393 / 6308637 | 9896 (Void) | 118040 / 6367738 | | 14795 |
| Apr 21 | Brown's Ceramic Supply | 29933 | | | 29933 | | |
| | C & C Ceramic Shop | 12463 | | | 12463 | | |
| | Capital Ceramic | 237350 | | | 237350 | | |
| | Ceramically Yours | 800 | | | 800 | | |
| | Coors Porcelain | 19050 | | | 19050 | | |

ORTON 0525

# Receipts Journal April 1978

| Date | Cont | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Misc. Account # | Misc. Amount |
|---|---|---|---|---|---|---|---|
| Apr 25 | Carborundum | 3171 | | | 3171 | | |
| | Dunkin Creative Arts | 5000 | | | 5000 | | |
| | Ruthie Ceramics | 37842 [illegible] | 115627 [illegible] | [illegible] | 37842 [illegible] | | [illegible] |
| Apr 26 | Peggy Ustkowich - Phone Pics | 289 | | | ~~289~~ | A/c 10051331 | 289 |
| | Marguerite Lind - Phone Pics | 571 | | | | A/c 10051331 | 571 |
| | Railroad Savings & Loan Int | 22026 | | | | A/c 30009151 | 22026 |
| | American Art Clay | 10350 | | | 10350 | | |
| | Ceramic Circle | 12090 | | | 12090 | | |
| | The Ceramic Green House Ltd | 26685 | | | 26685 | | |
| ☆ | Ceramics by Stu-Doodle | 980 | | | 980 | | |
| | Corning Glass Works | 5023 | | | 5023 | | |
| | Ferro Corporation | 795230 | | | 795230 | | |
| | Ferro Corporation | 37590 | | | 37590 | | |
| | Graffon Ceramics Ltd | 19777 | | | 19777 | | |
| | Hoffman's Ceramic Studio | 24925 | | | 24925 | | |
| | Kermit Corporation | 5695 | | | 5695 | | |
| | Ann Openhouse Ceramics | 192 | | | 192 | | |
| | Maryland China Co. Inc. | 19343 | | | 19343 | | |
| | R.F. Tusick Company | 7119 | | | 7119 | | |
| | Thiem Corporation | 21500 / 8455550 | 1009385 / 8454304 | 11296 | 21500 / 8356905 | | 108615 |
| April 27 | First Federal Savings - Int | 22028 | | | | A/c 30009151 | 22028 |
| | Avanty & Ines Ceramics | 73390 | | | 73390 | | |
| | Babcock & Wilcox Co. | 36813 | | | 36813 | | |
| | Bay Shore Ceramic Supply | 17437 | | | 17437 | | |
| | Building Products Co. | 12380 | | | 12380 | | |
| | Ceramic Elements Inc. | 4727 | | | 4727 | | |
| | Ceramic Store Inc. | 7834 | | | 7834 | | |
| | " " " | 7000 | | | 7000 | | |
| | Clark Enterprises | 7781 | | | 7781 | | |
| | Coy Ceramic Supply | 11547 | | | 11547 | | |
| | Cynthia Carr Int. | 273 | | | 273 | | |
| | Dorothy's Ceramic Studio | 6179 | | | 6179 | | |
| | Eagle Ceramics | 122000 | | | 122000 | | |
| | General Electric Co. | 7861 | | | 7861 | | |
| | Globe Refractories | 24773 | | | 24773 | | |
| | The Good Earth | 20008 | | | 20008 | | |

ORTON 0527

# Receipts Journal - April 1978

Boorum & Pease 822-6 G22-6

| Date | Name | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Misc. Account # | Misc. Amount |
|---|---|---|---|---|---|---|---|
| Apr 27 | Vull Pottery Co. | 7757 | | | 7757 | | |
| | Joanna's Ceramic Supply | 20082 | | | 20082 | | |
| | Millard Ceramics | 50000 | | | 50000 | | |
| | N.C. State Univ @ Raleigh | 18130 | | | 18130 | | |
| | Pelican Pottery | 2020 | | | 2020 | | |
| | Pittsburg Pottery Co. | 6452 | | | 6452 | | |
| | Trinity Ceramic Supply | 41040 | 527512 | | 41040 | | |
| | | 8993062 | 8981216 | 17246 | 8862389 | | 130173 |
| Apr 28 | Park Federal Savings & Loan Co | 21177 | | | | AK 30009151 | 21177 |
| | Franklin Federal S&L | 22026 | | | | AK 30009151 | 22026 |
| | Ohio State Federal S&L | 22026 | | | | AK 30009151 | 22026 |
| | Ohio Federal S&L | 22025 | | | | AB 30009151 | 22025 |
| | Berea Ceramics Inc | 14816 | | | 14816 | | |
| | Ceramic Supply Center | 13091 | | | 13091 | | |
| ☆ | Ceramics By Stu Doodle | 507 | | | 507 | | |
| | Cosco Porcelain Co | 22345 | | | 22345 | | |
| | Dixie Ceramic Supply | 9568 | | | 9568 | | |
| | Earthworks Studio Supply | 20512 | | | 20512 | | |
| | Goebel Crafts of N America | 4772 | | | 4772 | | |
| | Johns-Manville | 12778 | | | 12778 | | |
| | Naomi's Ceramic Supply | 17118 | | | 17118 | | |
| | State University of New York | 2498 | | | 2498 | | |
| | Pelican Ceramic Supply | 18751 | | | 18751 | | |
| | Pickard Inc | 32928 | | | 32928 | | |
| | Portland Pottery | 6796 | | | 6796 | | |
| | Robbin Clay | 20814 | | | 20814 | | |
| | Rosette Ceramic Supply | 13552 | | | 13552 | | |
| | Willoyd Enterprises | 16643 | | | 16643 | | |
| | Wilmas Ceramic Supply | 13269 | 328012 | | 13269 | | |
| | | 9321074 | 9309828 | 11246 | 9103147 | | 217927 |
| | Pop & Cookie - Cols | 1107 | | 1107 | | AK 20013153 | 1107 |
| | Pop & Cookie Westerville | 2738 | | 2738 | | | 2738 |
| | | 9324919 | 9309828 | 15091 | 9021947 | | 302972 |

Recap

30019451 812.00

3,029.72

10051331 - 26.84
20013123 - 6.82
20013153 - 149.34
20023331 - 104.00
30009151 - 1,313.08
40274114 - 25.00
40307153 - 592.14
40327169 - .30

2,217.72

ORTON 0528

# Receipts Journal – June 1978

| Date | Description | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Misc. Account # | Misc. Amount |
|---|---|---|---|---|---|---|---|
| Con't 26 | Locke Insulators Inc. | 254 00 | | | 254 00 | | |
| | Marion Ceramic Shop | 631 57 | | | 631 57 | | |
| | Newton Pottery Supply | 28 99 | | | 28 99 | | |
| | The Pfaltzgraff Co. | 561 00 | | | 561 00 | | |
| | Scott Ceramic Supply | 237 35 | | | 237 35 | | |
| | Seattle Pottery Supply Co. | 156 20 | | | 156 20 | | |
| | Valley Pottery Guild | 80 45 | | | 80 45 | | |
| | Washington University | 184 36<br>68816 63 | 59988 98<br>68782 48 | 74 15<br>20 35 | 184 36<br>68742 48 | | 74 15 |
| | Pop Cookie Money – Cols. | 20 35 | | | | A/C 20013153 | 20 35 |
| June 27 | Ceramics by Stu-Doodle | 196 43 | | | 196 43 | | |
| | Ferro Corporation | 13205 67 | | | 13205 67 | | |
| | Ferro Corporation | 1008 68 | | | 1008 68 | | |
| | The Ohio Brass Co. | 381 00 | | | 381 00 | | |
| | Universal Bundle | 206 00 | 14991 78 | | 206 00 | | |
| | Pop Cookie Money – Westerville | 44 31 | | 44 31 | | A/C 20013153 | 44 31 |
| June 28 | Piggy Vukovich Phone Pers. | 5 30 | | | | A/C 10051331 | 5 30 |
| | Buckeye Federal Savings Int | 220 26 | | | | A/C 30009151 | 220 26 |
| | Franklin Federal Savings Int | 220 26 | | | | A/C 30009151 | 220 26 |
| | Ohio State Federal – Int | 220 26 | | | | A/C 30009151 | 220 26 |
| | Ohio Federal Savings – Int | 230 25 | | | | A/C 30009151 | 230 25 |
| | Park Federal Savings Int | 211 77 | | | | A/C 30009151 | 211 77 |
| | Railroad Savings & Loan Int | 220 26 | | | | A/C 30009151 | 220 26 |
| | First Federal Savings Int | 220 28 | | | | A/C 30009151 | 220 28 |
| | C & F Wholesale Ceramics | 886 55 | | | 886 55 | | |
| | Cedar House Ceramics | 80 71 | | | 80 71 | | |
| | Crown Corporation | 73 76 | | | 73 76 | | |
| | Creative Crafts Supplies | 258 91 | | | 258 91 | | |
| | Workshop Ceramic Studio | 3 33 | | | 3 33 | | |
| | Georgia Ceramic Supply Inc. | 654 04 | | | 654 04 | | |
| | Bohler Company | 726 35 | | | 726 35 | | |
| | Locke Insulators Inc. | 625 00 | | | 625 00 | | |
| | Logan Clay Products | 130 60 | | | 130 60 | | |
| | London Tile | 23 90 | | | 23 90 | | |
| | Macomb Pottery Co. | 94 28 | | | 94 28 | | |
| | Pelican Pottery | 1 28 | 5091 35 | | 1 28 | | |
| | | 82976 42 | 82837 61 | 138 81 | 81229 97 | | 1677 45 |

ORTON 0541

Receipts Journal - November 1978

| Date | | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Misc Acct # | Misc Amount |
|---|---|---|---|---|---|---|---|
| Nov 6 cont | NASCO west | 195.02 | | | 195.02 | | |
| | Robinson-Ransbottom Pottery Co | 397.44 | | | 397.44 | | |
| | Rusty Kiln | 119.33 | | | 119.33 | | |
| | Sherwood Ceramics | 252.00 | | | 252.00 | | |
| | Southside Ceramics | 7.20 | | | 2.20 | | |
| | The Star Porcelain Company | 207.00 | | | 207.00 | | |
| | Stark Ceramics | 552.00 | | | 552.00 | | |
| | Stovers' Ceramic Supply | 142.34 | | | 142.34 | | |
| | Terra Ceramics Inc | 147.50 | | | 147.50 | | |
| | Thomas Ceramic Supplies | 436.02 | | | 436.02 | | |
| | Town & Country Crafts & Hobby Center Inc | 138.47 | | | 138.47 | | |
| | Wilton Porcelain Company | 102.56<br>27,057.16 | 15,765.28<br>27,029.72 | 17.44 | 102.56<br>27,033.78 | | 24.38 |
| Nov 7 | Ceramic Peoples | 1,210.84 | | | 1,210.84 | | |
| * | Ceramics by the Doodle | 205.50 | | | 205.50 | | |
| | Dells Ceramics | 7.77 | | | 7.77 | | |
| | Gladding McBean | 207.00 | | | 207.00 | | |
| | Mansfield Sanitary | 33.42 | | | 33.42 | | |
| | Marin Ceramic Supply | 162.84 | | | 162.84 | | |
| | Marshall Craft Inc | 158.70 | | | 158.70 | | |
| | Nancy's Ceramics | 119.88 | | | 119.88 | | |
| | Rieck Ceramics | 206.78 | | | 206.78 | | |
| | Deekays Ceramic Service | 314.96<br>29,664.83 | 2,627.69<br>29,657.41 | 17.44 | 314.96<br>29,650.4[illegible] | | 24.38 |
| | Pop & Cookie Money - Cols | 8.45 | | 8.45 | | A/C 20013153 | 8.45 |
| Nov 8 | American Art Clay | 1,993.31 | | | 1,993.31 | | |
| | Baldwin Pottery | 314.10 | | | 314.10 | | |
| | Ceramic House Supply | 447.00 | | | 447.00 | | |
| | Clay Sorcery | 65.93 | | | 65.93 | | |
| | Corpus Christi Ceramic | 207.44 | | | 207.44 | | |
| | Jackson China | 937.50 | | | 937.50 | | |
| | Ohio Ceramic Supply | 737.50 | | | 737.50 | | |
| | Pottery Art Studio | 148.01<br>34,5[illegible].04 | 4,850.79<br>34,518.20 | 35.89 | 148.01<br>34,51[illegible] | | 32.73 |
| | Pop & Cookie Money Westerville | 15.50 | | 15.50 | | A/C 20013153 | 15.50 |
| Nov 9 78 | Amer Standard Bd & Div | 146.44 | | | 146.44 | | |
| | Diamonite Prod Mfg Co | 360.90 | | | 360.90 | | |
| | Dotties Art Corner | 177.42 | | | 177.42 | | |
| | Gen Electric Co | 840.00 | | | 840.00 | | |
| | | 36,064.35 | 34,511.20 | [illegible] | 36,636.02 | | 47.33 |

ORTON 0587

# Receipts Journal

| | Date | Name | Receipts | Deposits Bank | Petty Cash | Accounts Receivable | Misc Acct | Misc Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Nov 16 | Clay Pursery | 162.53 | | | 162.53 | | |
| 2 | | Cress Mfg Co | 920.20 | | | 920.20 | | |
| 3 | | A P Green Refractories | 92.53 | | | 92.53 | | |
| 4 | | Genevieve's Ceramic Studio | 641.24 | | | 641.24 | | |
| 5 | | Minn Mining & Mfg Co | 10.53 | | | 10.53 | | |
| 6 | | Pee Dee Ceramics | 37.23 | | | 37.23 | | |
| 7 | | Stratford Clay Supply | 254.25 | | | 254.25 | | |
| 8 | | Dunlop Street's Ceramics | 36.65 | | | 36.65 | | |
| 9 | | V L Wilson | 31.36 | | | 31.36 | | |
| 10 | | Wallace Murray Corp | 222.40 | | | 222.40 | | |
| 11 | | R Paul Ward Inc | 609.50 | 6951.75 | | 609.50 | | |
| 12 | | Exp Cookie Money Cabo | 4.15 | | 4.15 | | A/C 20013153 | 4.15 |
| 13 | Nov 17 | R L Anderson Ceramics | 34.64 | | | 34.64 | | |
| 14 | | Bay State Abrasives | 51.95 | | | 51.95 | | |
| 15 | | Case Corporation | 8.00 | | | 8.00 | | |
| 16 | ☆ | Ceramics By Stu Doodle | 5.24 | | | 5.24 | | |
| 17 | | Coors Porcelain Co | 331.78 | | | 331.78 | | |
| 18 | | Crowne Industries Inc | 125.19 | | | 125.19 | | |
| 19 | | Cutter Ceramics | 838.29 | | | 838.29 | | |
| 20 | | Eagle Ceramics | 71.50 | | | 71.50 | | |
| 21 | | Foss Ceramic Supply | 130.25 | | | 130.25 | | |
| 22 | | Interpace Corporation | 1309.95 | | | 1309.95 | | |
| 23 | | MC Associates | 32.23 | | | 32.23 | | |
| 24 | | Polly's Play House | 145.62 | | | 145.62 | | |
| 25 | | Rutgers The State University | 3.02 | | | 3.02 | | |
| 26 | | Dwark Refractories | 150.76 | 3238.42 | | 150.76 | | |
| 27 | | Exp Cookie Money Westerville | 18.00 | | 18.00 | | A/C 20013153 | 18.00 |
| 28 | | American Standard Plumb & Heat | 225.00 | | | 225.00 | | |
| 29 | | Blue Page Pottery | 7.33 | | | 7.33 | | |
| 30 | | Ceramic Time | 127.95 | | | 127.95 | | |
| 31 | | A B Chance | 688.50 | | | 688.50 | | |
| 32 | | Commercial Decal Inc | 23.57 | | | 23.57 | | |
| 33 | | Creative Crafts Supplies | 125.19 | | | 125.19 | | |
| 34 | | Creek Turn Pottery | 156.21 | | | 156.21 | | |
| 35 | | D A M Ceramics | 123.93 | | | 123.93 | | |
| 36 | | D C I Ceramics | 33.26 | | | 33.26 | | |

ORTON 0591

February 1979

| Line | Date | | Name | Receipts | Deposit To Bank | Petty Cash | Accounts Receivable | Miscellaneous Account # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Feb | 1 | Arts & Crafts Colony | 86.39 | | | 86.39 | | |
| 2 | | | C & J Wholesale Ceramics | 613.37 | | | 613.37 | | |
| 3 | | | Dickey Company | 40.64 | | | 40.64 | | |
| 4 | | | Fox Lux Inc | 89.08 | | | 89.08 | | |
| 5 | | | General Refractories Company | 127.44 | | | 127.44 | | |
| 6 | | | Herin Clay Works | 133.42 | | | 133.42 | | |
| 7 | | | Jan's Ceramics | 196.01 | | | 196.01 | | |
| 8 | | | L & G Ceramics | 100.00 | | | 100.00 | | |
| 9 | | | Miami Clay Company | 137.74 | | | 137.74 | | |
| 10 | | | Mid State Tile Company | 148.05 | | | 148.05 | | |
| 11 | | | Millers Ceramics | 500.00 | | | 500.00 | | |
| 12 | | | Rising Pottery | 73.65 | | | 73.65 | | |
| 13 | | | Rolene Ceramic Studio Inc. | 353.81 | | | 353.81 | | |
| 14 | | | Skutt Ceramics Supply Inc | 809.36 | | | 809.36 | | |
| 15 | | | Sunstone Corp | 90.00 | 3486.96 | | 90.00 | | |
| 16 | Feb | 2 | American Olean Tile | 3486.96<br>414.00 | 3486.96 | | 3486.96<br>414.00 | | |
| 17 | | | Blue Bird Ceramics | 121.00 | | | 121.00 | | |
| 18 | | | Ceramic Store Inc | 774.67 | | | 774.67 | | |
| 19 | X | | Ceramics by Stu Doodle | 235.75 | | | 235.75 | | |
| 20 | | | Chicago Metropolitan Ceramic Sup | 313.86 | | | 313.86 | | |
| 21 | | | Cutters Ceramics | 1004.08 | | | 1004.08 | | |
| 22 | | | Dorothy's Ceramic Studio | 65.30 | | | 65.30 | | |
| 23 | | | Esther's Ceramics | 121.00 | | | 121.00 | | |
| 24 | | | Friendship Pottery Inc | 146.29 | | | 146.29 | | |
| 25 | | | Hagerstown Ceramic Art & Sup | 202.65 | | | 202.65 | | |
| 26 | | | [illegible] Creek Ceramics | 71.00 | | | 71.00 | | |
| 27 | | | Intern'l Grinding Abrasives | 45.32 | | | 45.32 | | |
| 28 | | | J & C Ceramics | 34.13 | | | 34.13 | | |
| 29 | | | L & B Specialties | 649.34 | | | 649.34 | | |
| 30 | | | Royal Hue Ceramics | 82.11 | | | 82.11 | | |
| 31 | | | Wynne China | 923.12<br>8140.58 | 4653.62<br>8140.58 | | 923.12<br>8140.58 | | |
| 32 | | | Girl Scout Cookie Money - Westerville | 19.03 | | 19.03 | | A/C 20013153 | 19.03 |
| 33 | | | Girl Scout Cookie Money - Cole | 14.84 | | 14.84 | | A/C 20013153 | 14.84 |
| 34 | Feb | 5 | American Art Clay Co | 239.85 | | | 239.85 | | |
| 35 | | | Edward Marshall Boehm | 1098.60 | | | 1098.60 | | |

ORTON 0614

February 1979

| Date | Name | Receipts | Deposits Cash | Petty Cash | Accounts Receivable | Miscellaneous Acct # | Miscellaneous Amount |
|---|---|---|---|---|---|---|---|
| Feb 14 cont | Gulfstream Ceramics | 125 19 | | | 125 19 | | |
| | Mari Ceramic Supply | 333 88 | | | 333 88 | | |
| | Mida's Ceramic Shoppe | 125 26 | | | 125 26 | | |
| | National Musketics | 40 23 | | | 40 23 | | |
| | Pottery Bowed | 70 00 | | | 70 00 | | |
| | Wallace Murray Corp | 296 55 | 4541 59 | | 296 55 | | |
| | | 44295 75 | [illegible] | 47 97 | [illegible] 78 | | 47 97 |
| | Pops Cookie Money - Westerville | 12 60 | | 12 60 | | A/C 20013153 | 12 60 |
| | Pops Cookie Money - Westerville | 5 20 | | 5 20 | | A/C 20013153 | 5 20 |
| | Pops Cookie Money - Cols | 19 53 | | 19 53 | | A/C 20013153 | 19 53 |
| Feb 15 | Land Ceramics | 392 88 | | | 392 88 | | |
| | Ceramics by Studesdle | 5 60 | | | 5 60 | | |
| | Chesapeake Ceramic Supply Inc | 238 16 | | | 238 16 | | |
| | Dell's Ceramics Inc | 219 75 | | | 219 75 | | |
| | Denver Brick & Pipe Co | 23 59 | | | 23 59 | | |
| | Florida Ceramics Supply Inc | 142 15 | | | 142 15 | | |
| | Florida Clay Arts | 171 90 | | | 171 90 | | |
| | Pacific Coast Building Products | 207 00 | | | 207 00 | | |
| | A/P Green Refractories | 124 84 | | | 124 84 | | |
| | Roger Hall Kiln Sales | 550 00 | | | 550 00 | | |
| | Hobby Hill Ceramic Supply Inc | 103 96 | | | 103 96 | | |
| | James Stein | 36 47 | | | 26 47 | | |
| | MCT Export Electronics Ltd | 34 24 | | | 34 24 | | |
| | Madison Potters Guild | 52 86 | | | 52 86 | | |
| | Miller Ceramics Inc | 844 02 | | | 844 02 | | |
| | Neely's Ceramics Inc | 197 00 | | | 197 00 | | |
| | Painter Place Ceramics | 294 20 | | | 294 20 | | |
| | Paramount Ceramics | 143 00 | | | 143 00 | | |
| | Sherwood Refractories | 86 94 | | | 86 94 | | |
| | Tick Tock Ceramics | 322 25 | 4130 81 | | 322 25 | | |
| | | [illegible] | [illegible] 51 | 25 20 | [illegible] | | 25 20 |
| Feb 16 | Almar Ceramics | 96 66 | | | 96 66 | | |
| | Ceramic City Inc | 138 59 | | | 138 59 | | |
| | Dobe Depot Inc | 675 12 | | | 675 12 | | |
| | Elmwood Ceramic Studio | 391 17 | | | 391 17 | | |
| | Terra Corp | 6021 30 | | | 6021 30 | | |
| | Genevieve Ceramic Studio | 414 69 | | | 414 69 | | |

ORTON 0618

# Receipts Journal - May 1979

| Date | Name | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Miscellaneous Account # | Miscellaneous Amount |
|---|---|---|---|---|---|---|---|
| May 1 | Gloria Ceramics Inc | 5000 | | | 5000 | | |
| | ITT Abrasive Prod | 16560 | | | 16560 | | |
| | Pif C's Workshop | 11489 / 33049 | 33049 / 33049 | | 11489 / 33049 | | |
| | Pop & Cookie Money - Cols | 624 | | 624 | | A/C 20013153 | 624 |
| May 2 | Amber Hocking Corp | 9360 | | | 9360 | | |
| | Contemporary Ceramics | 2692 | | | 2692 | | |
| | Dipp & Dibb Ceramics | 6627 | | | 6627 | | |
| | Doris Ceramics | 216 | | | 216 | | |
| | General Electric | 5261 | | | 5261 | | |
| | Lehr Ceramics Supply | 2814 | | | 2814 | | |
| | Dolly's Play House | 21823 | | | 21823 | | |
| | Rutter Ceramics | 32494 | | | 32494 | | |
| | Sargent Ceramics | 2193 | | | 2193 | | |
| | Todd's Ceramics Supply | 13987 / 134122 | 102449 / 135473 | 634 | 13987 / 135473 | | 634 |
| May 3 | Gary Sheffield - ACS Meeting | 9299 | | | | 10111713 CS | 20000 |
| | | | | | | 40347191 Dw | 10701 |
| | Arlene's Ceramics | | | | | | |
| | Arlines Ceramics | 10557 | | | 10557 | | |
| | Chesapeake Ceramic Supply | 7480 | | | 7480 | | |
| | Chris Gift Shop | 8950 | | | 8950 | | |
| | Delporte Studio | 4554 | | | 4554 | | |
| | Hartford Faience Co | 22200 | | | 22200 | | |
| | Locke Insulators | 135000 | | | 135000 | | |
| | Manor Industries | 38730 | | | 38730 | | |
| | Pat's Ceramics | 12454 | | | 12454 | | |
| | Serengeti Ceramic Studio | 11032 | | | 11032 | | |
| | Sir Amic Supplies | 12588 | | | 12588 | | |
| | Sister's House of Ceramics | 2760 | | | 2760 | | |
| | Trinity Ceramic | 36900 / 448626 | 312504 / 448803 | 624 | 36900 / 438703 | | 9923 |
| | Pop & Cookie Money - Cols | 549 | | 549 | | A/C 20013153 / A/C 10111713 / A/C 40347191 | 549 / 20000 CS / 11465 Dw |
| | Dale Franke - ACS Meeting | 8535 | | 8535 | | | |
| May 4 | Ceramics By Stu-Doodle | 19545 | | | 19545 | | |
| | Ferro Corp | 517750 | | | 517750 | | |
| | Gladding McBean Co | 16690 | | | 16690 | | |
| | Hadley Pottery | 2278 | | | 2278 | | |
| | J L Hammett Co | 9236 | | | 9236 | | |

Boorum & Pease

ORTON 0646

# Receipts Journal

| Date | | Name | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Miscellaneous Account | Miscellaneous Amount |
|---|---|---|---|---|---|---|---|---|
| | | C E Refractories Inc | 44850 | | | 44850 | | |
| | | Ceramic Cupboard | 18094 | | | 18094 | | |
| | | Ceramic Store Inc | 16385 | | | 16385 | | |
| | ☆ | Ceramics By Otu-Doodle | 577 | | | 577 | | |
| | | Coors Porcelain Co | 10423 | | | 10423 | | |
| | | Cress Mfg Co | 67895 | | | 67895 | | |
| | | Cybis Inc | 22250 | | | 22250 | | |
| | | A P Desanno & Son | 8595 | | | 8595 | | |
| | | Design Technic Ceramics | 6762 | | | 6762 | | |
| | | E I Dupont De Nemours | 5087 | | | 5087 | | |
| | | Elsie's Ceramics | 27616 | | | 27616 | | |
| | | Eric Tech Prod Inc | 12877 | | | 12877 | | |
| | | Evans Ceramics | 179150 | | | 179150 | | |
| | | Exxon Company | 520 | | | 520 | | |
| | | General Porcelain Mfg | 27600 | | | 27600 | | |
| | | General Refractories | 69000 | | | 69000 | | |
| | | Glidden-Durkee | 5784 | | | 5784 | | |
| | | Gloria Ceramics | 10000 | | | 10000 | | |
| | | The Good Earth | 63039 | | | 63039 | | |
| | | Green Abrasive Co | 5321 | | | 5321 | | |
| | | G L Hammet Co | 12454 | | | 12454 | | |
| | | Harriett Clark Ceramics | 12913 | | | 12913 | | |
| | | Hitchines Mfg | 2885 | | | 2885 | | |
| | | Miami Studio Shop | 16971 | | | 16971 | | |
| | | National Artcraft | 326825 | | | 326825 | | |
| | | Ozark Ceramic Co | 6009 | | | 6009 | | |
| | | Roman Ceramics Corp | 23724 | | | 23724 | | |
| | | Sel Arts & Crafts | 83100 | | | 83100 | | |
| | | Stovers Ceramic Supply | 284 | | | 284 | | |
| | | Valley Potters Studio | 6732 | | | 6732 | | |
| | | Wallace Murray | 14776 | 1414587 | | 14776 | | |
| | | Pop Cookie Money Cabs | [illegible] 1528 | [illegible] | [illegible] 1528 | [illegible] | A/C [illegible] | [illegible] 1528 |
| May 15 | | Building Products Co. | 15180 | | | 15180 | | |
| | | Dills Ceramics | 24224 | | | 24224 | | |
| | | Helen's Clay Shop | 4130 | | | 4130 | | |

ORTON 0649

# Receipts Journal October 1999

| Date | Name | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Miscellaneous Acct # | Miscellaneous Amount |
|---|---|---|---|---|---|---|---|
| | Robbins Clay Co | 124 11 | | | 124 11 | | |
| | Ruthe Ceramics | 303 55 | | | 303 55 | | |
| | Shreveport Ceramic Supply | 981 00 | | | 981 00 | | |
| | Universal Rundle Corp | 236 00 | | | 236 00 | | |
| | Wenczel Tile Co of Fl | 16 72 | | | 16 72 | | |
| | Wisconsin Porcelain Co | 75 74 | 10068 54 | | 75 74 | | |
| | | 10068 54 | | | 10068 54 | | |
| Oct 2 | Bills Ceramic Supply | 186 50 | | | 186 50 | | |
| | Ceramic Hobby Supply | 126 26 | | | 126 26 | | |
| | Ceramics Etc | 27 60 | | | 27 60 | | |
| | Chesapeake Ceramic Supply | 187 13 | | | 187 13 | | |
| | Dobe Depot Inc | 795 00 | | | 795 00 | | |
| | Edie's House of Ceramics | 3 92 | | | 3 92 | | |
| | General Electric | 20 97 | | | 20 97 | | |
| | Glorias Ceramics | 177 57 | | | 177 57 | | |
| | Trolley Car Ceramics | 141 62 | | | 141 62 | | |
| | Waycraft | 893 90 | | | 893 90 | | |
| | Wheaton Industries | 82 35 | 2642 82 | | 82 35 | | |
| | | 12711 36 | 12711 36 | | 12711 36 | | |
| | Papa Cookie Money Cols | 20 51 | | 20 51 | | a/c 2001353 | 20 51 |
| | Papa Cookie Money Westerville | 40 02 | | 40 02 | | a/c 2001353 | 40 02 |
| Oct 3 | American Standard | 154 50 | | | 154 50 | | |
| | The Ceramic Greenhouse Ltd | 380 05 | | | 380 05 | | |
| | Harbison Walker | 438 00 | | | 438 00 | | |
| | Hull Pottery | 858 00 | | | 858 00 | | |
| | North Florida Pottery Supply | 20 81 | | | 20 81 | | |
| | Pablo Clay Co | 71 69 | | | 71 69 | | |
| | Rountree Ceramic Supplies | 13 80 | | | 13 80 | | |
| | Dial Ltd | 1235 04 | | | 1235 04 | | |
| | Washington University | 125 02 | 3296 91 | | 125 02 | | |
| | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| | Papa Cookie Money Cols | 8 48 | | 8 48 | | a/c 2001353 | 8 48 |
| Oct 4 | Creative Ceramics Inc | 288 41 | | | 288 41 | | |
| X | Ceramic Buy Store Noodler | 175 08 | | | 175 08 | | |
| | W.D. Dickey Clay Mfg Co | 197 10 | | | 197 10 | | |
| | Emac | 24 01 | | | 24 01 | | |
| | Epro Incorporated | 43 23 | | | 43 23 | | |
| | Evelyns Ceramics | 202 54 | | | 202 54 | | |

ORTON 0693

# Cash Receipts November 1979

| Line | | Name | Receipts (1) | Deposit to Bank (2) | Petty Cash (3) | Accounts Receivable (4) | Miscellaneous Acct # (5) | Miscellaneous Amount (6) | Line |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Ceramic Arts & Supplies | 2628 98 | | | 2628 98 | | | 1 |
| 2 | ☆ | Ceramics By Stu-Doodle | 259 64 | | | 259 64 | | | 2 |
| 3 | | Clay & Color | 26 49 | | | 26 49 | | | 3 |
| 4 | | Corning Glass Works | 21 93 | | | 21 93 | | | 4 |
| 5 | | Creative Ceramics Studio | 141 03 | | | 141 03 | | | 5 |
| 6 | | Frederick J Dands Co | 78 19 | | | 78 19 | | | 6 |
| 7 | | Dollie's Ceramics | 315 40 | | | 315 40 | | | 7 |
| 8 | | Dotties Art Corner | 187 63 | | | 187 63 | | | 8 |
| 9 | | Exxon Company USA | 134 98 | | | 134 98 | | | 9 |
| 10 | | Ferro Corp | 126 40 | | | 126 40 | | | 10 |
| 11 | | Ford Aerospace & Comm Co | 29 17 | | | 29 17 | | | 11 |
| 12 | | Georgia Ceramic Supply | 811 60 | | | 811 60 | | | 12 |
| 13 | | Green Hills Pottery | 159 28 | | | 159 28 | | | 13 |
| 14 | | A P Green Refractories | 524 52 | | | 524 52 | | | 14 |
| 15 | | Hall China Co | 154 50 | | | 154 50 | | | 15 |
| 16 | | V R Hood | 51 60 | | | 51 60 | | | 16 |
| 17 | | House of Ceramics | 155 46 | | | 155 46 | | | 17 |
| 18 | | Karshners Ceramics Inc | 234 74 | | | 234 74 | | | 18 |
| 19 | | Katherine's Ceramic Studio | 68 32 | | | 68 32 | | | 19 |
| 20 | | J B Latta Co | 26 02 | | | 26 02 | | | 20 |
| 21 | | Leslie Ceramics Supply | 925 40 | | | 925 40 | | | 21 |
| 22 | | Locke Insulators | 1231 55 | | | 1231 55 | | | 22 |
| 23 | | Louis Ceramic Supply | 118 04 | | | 118 04 | | | 23 |
| 24 | | Marlellas Ceramics | 249 36 | | | 249 36 | | | 24 |
| 25 | | Marin Ceramic Supply | 185 42 | | | 185 42 | | | 25 |
| 26 | | Maryland China Co | 246 64 | | | 246 64 | | | 26 |
| 27 | | University of Michigan | 24 01 | | | 24 01 | | | 27 |
| 28 | | Model Ceramics Inc | 123 68 | | | 123 68 | | | 28 |
| 29 | | Monarch Tile Mfg Co | 914 98 | | | 914 98 | | | 29 |
| 30 | | Nasco | 4 78 | | | 4 78 | | | 30 |
| 31 | | National Micronetics | 159 28 | | | 159 28 | | | 31 |
| 32 | | Nelya Ceramics | 355 21 | | | 355 21 | | | 32 |
| 33 | | Nelson McCoy Pottery | 345 00 | | | 345 00 | | | 33 |
| 34 | | Pacific Construction Products | 21 26 | | | 21 26 | | | 34 |
| 35 | | Paragon Industries | 3545 70 | | | 3545 70 | | | 35 |
| 36 | | | | | | | | | 36 |

ORTON 0713

Cash Receipts Journal - February 1980

| Line | Date | | Description | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Miscellaneous Account # | Miscellaneous Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Cress Mfg Co | 2607 52 | | | 2607 52 | | |
| 2 | | | Cybis Inc | 312 00 | | | 312 00 | | |
| 3 | | | Ferro Corporation | 2772 00 | | | 2772 00 | | |
| 4 | | | General Electric Co | 64 53 | | | 64 53 | | |
| 5 | | | A.P. Green Refractories | 196 69 | | | 196 69 | | |
| 6 | | | Harbison Walker | 434 97 | | | 434 97 | | |
| 7 | | | Harbison Walker | 950 00 | | | 950 00 | | |
| 8 | | | Indiana Ceramic Supply | 179 44 | | | 179 44 | | |
| 9 | | | Interpace Corporation | 57 60 | | | 57 60 | | |
| 10 | | | Lightcraft Inc | 610 18 | | | 610 18 | | |
| 11 | | | Mid-Ill Ceramic Supply | 259 00 | | | 259 00 | | |
| 12 | | | Mineral Ceramic Products | 889 00 | | | 889 00 | | |
| 13 | | | National Artcraft Co | 5962 15 | | | 5962 15 | | |
| 14 | | | Rainbow Ceramics Studio | 171 25 | | | 171 25 | | |
| 15 | | | Ronaldy's | 156 99 | | | 156 99 | | |
| 16 | | | Schola Inc. | 930 30 | | | 930 30 | | |
| 17 | | | Sikes Corp. | 45 70 | | | 45 70 | | |
| 18 | | | Taylor Clay Prod. Inc. | 1144 00 | | | 1144 00 | | |
| 19 | | | Town and Country | 157 12 | | | 157 12 | | |
| 20 | | | Trinity Ceramic Supply | 1505 00 | | | 1505 00 | | |
| 21 | | | Valley Potters Guild | 128 57 | 20206 37 | | 128 57 | | |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| 22 | Feb | 19 | Pop! Cookie Money - Coke | 11 76 | | 11 76 | | 2001 3153 | 11 76 |
| 23 | | | Mr. Coffee Rebate | 5 00 | | | | 4030 7151 | 5 00 |
| 24 | | | American Art Clay Co. Inc. | 486 50 | | | 486 50 | | |
| 25 | | | Ceramic Arts Inc | 171 32 | | | 171 32 | | |
| 26 | ✗ | | Ceramics by Stu Doodle | 142 78 | | | 142 78 | | |
| 27 | | | Coleman's Ceramic Studio | 37 65 | | | 37 65 | | |
| 28 | | | Georgia Ceramic Supply | 933 45 | | | 933 45 | | |
| 29 | | | Kings Mountain Bisk | 53 22 | | | 53 22 | | |
| 30 | | | Irene Nowak Ceramics | 63 00 | | | 63 00 | | |
| 31 | | | Texas Internation Tech Corp | 116 80 | | | 116 80 | | |
| 32 | | | Whitacre - Greer | 73 67 | 2083 39 | | 73 67 | | |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| 33 | Feb | 20 | Clemson University | 604 00 | | | 604 00 | | |
| 34 | | | Denver Brick + Pipe Co | 241 12 | | | 241 12 | | |
| 35 | | | Halls Ceramic Supply | 83 40 | | | 83 40 | | |
| 36 | | | | | | | | | |

ORTON 0741

## Cash Receipts Journal – February 1980

| Date | | Name | Receipts | Deposit to Bank | Petty Cash | Accounts Receivable | Miscellaneous Account # | Miscellaneous Amount |
|---|---|---|---|---|---|---|---|---|
| Feb | 22 | Pop + Cookie Money – Westerville | 31 62 | | 31 62 | | 200 13 53 | 31 62 |
| Feb. | 25 | Alamo Clay Products Co Inc | 47 05 | | | 47 05 | | |
| | | Albuoy Corp | 252 44 | | | 252 44 | | |
| | | American Art Clay Co Inc | 110 69 | | | 110 69 | | |
| | | Art-Tek Products | 130 13 | | | 130 13 | | |
| | | Becker Ceramic Supply | 235 01 | | | 235 01 | | |
| | | Carborundum | 219 00 | | | 219 00 | | |
| | | Ceramic House Supply | 829 60 | | | 829 60 | | |
| | | Ceramic Distributors Inc | 318 78 | | | 318 78 | | |
| ☆ | | Ceramics by Stu-Doodle | 16 12 | | | 16 12 | | |
| | | Chess Ceramic & Supply | 137 70 | | | 137 70 | | |
| | | Coleman's Ceramic Studio | 105 82 | | | 105 82 | | |
| | | Coors Porcelain Co. | 219 00 | | | 219 00 | | |
| | | Cutter Ceramics | – 659 96 | | | 659 96 | | |
| | | Cybis Inc | 1287 00 | | | 1287 00 | | |
| | | Dentsply International | 160 81 | | | 160 81 | | |
| | | CoTec Corp | 361 31 | | | 361 31 | | |
| | | Fair Bluff Ceramics | 135 81 | | | 135 81 | | |
| | | Ferro Industrial | 2689 50 | | | 2689 50 | | |
| | | Floral Ceramics | 55 04 | | | 55 04 | | |
| | | French's Pineview Ceramics | – 204 81 | | | 204 81 | | |
| | | United Parcel Service | 87 43 | | | 87 43 | | |
| | | Globe Union Inc | 14 61 | | | 14 61 | | |
| | | Hall China Co. | 166 78 | | | 166 78 | | |
| | | Hecia Clay Works | 16 22 | | | 16 22 | | |
| | | Jeffco Ceramics | 238 20 | | | 238 20 | | |
| | | Johnson's Ceramic Studio | – 15 75 | | | 15 75 | | |
| | | KCAI Clay Fees | 2 74 | | | 2 74 | | |
| | | Le Bouff Corp. | 658 35 | | | 658 35 | | |
| | | Liberty Air Products Inc | 41 81 | | | 41 81 | | |
| | | Kasco | 101 61 | | | 101 61 | | |
| | | O & G Ceramics | 71 51 | | | 71 51 | | |
| | | Ohio Ceramic Supply | – 851 90 | | | 851 90 | | |
| | | The Pottery Supply House Ltd | 529 80 | | | 529 80 | | |
| | | RJ & D Screenprinting | 23 57 | | | 23 57 | | |

ORTON 0743