EXHIBIT 6



SEARCH

ABOUT    TEMPERATURE VERIFICATION    PRODUCTS FOR KILNS    INSTRUMENTS    TESTING    RESOURCES    CONTACT US    RESELLERS

# About

## History

The roots of the Edward Orton Jr. Ceramic Foundation date back to the establishment of the Standard Pyrometric Cone Company in 1896. Dr. Orton was a pioneer in developing and applying scientific principles to ceramic manufacturing. In 1894, he was appointed the first Chairman of the Ceramic Engineering Department at The Ohio State University, the first ceramic engineering school in the United States.



Dr. Orton recognized the ceramic industry's need to have a calibrated visual device to measure the amount of heat work delivered to ceramic products during the firing process to validate thermal processing. To meet this need he developed a series of pyrometric cones and established the Standard Pyrometric Cone Company to manufacture the cones. Even with the subsequent development of thermocouples and electronic temperature controllers, Orton's pyrometric products continue to be a vital part of process control systems around the world.

Upon his death in 1932, Dr. Orton established in his Will, for creation of The Edward Orton Jr. Ceramic Foundation to operate as a charitable trust to continue the operation of the Standard Pyrometric Cone Company for the benefit of the ceramic arts and industry. The primary purpose of the Foundation is to provide products to assist and enhance high temperature processing of ceramics and other materials. The secondary purpose of the Orton Ceramic Foundation is to utilize the net proceeds from the primary purpose to support investigations and studies that will aid in the processing of materials for its customers.

## About the Foundation

The Foundation has three distinct areas of products and services:

- Pyrometric Monitoring Devices for thermal processing.
- Thermanalytical Instruments for measuring thermal properties.
- Material Testing Services to measure thermal properties.

Orton provides its products and services to more than 70 countries worldwide. The Foundation currently occupies a 33,000 square foot facility in Westerville, Ohio, a northeastern suburb of Columbus, Ohio, approximately 20 minutes from Port Columbus International Airport. Orton's 30+ employees are committed to providing the highest quality products and services to it customers.

---

Did you know Orton is the longest continuous manufacturer of Pyrometric Cones in the world today? Orton Cones- Shipped worldwide to customers who believe monitoring their thermal process is important to the quality of their product.

### REFRACTORY SHORT COURSE ANNOUNCED!

A Three Day Course, "Introduction to Refractories", Sponsored by the Edward Orton Jr. Ceramic Foundation will be held in Columbus, Ohio June 15.

### UPCOMING TRADE SHOWS

Metal Injection Molding Conference - Tampa, FL  February 23-24, 2015
NCECA - Providence, RI  March 25-28, 2015
Brazing & Soldering Conference -...

## Featured
### LINKS

Frequently Asked Questions

Request Software Download

Select Language ▼
Powered by
Google **TRANSLATE**

## About
### ORTON CERAMIC

Fulfilling the directive of our founder and benefactor, the Edward Orton Jr. Ceramic Foundation deploys its profits to support studies and research at the university level to promote and advance the science of materials processing.

Learn more about our history. »

## Contact
### INFORMATION

**Mailing Address**
P.O. Box 2760
Westerville, Ohio, USA
43086-2760
Telephone: 614-895-2663

**Shipping Address**
6991 Old 3C Highway
Westerville, Ohio, USA
43082-9026
Fax: 614-895-5610

About   Temperature Verification   Products for Kilns   Instruments   Testing   Resources   Contact Us   Resellers

© 2015 Edward Orton Jr. Ceramic Foundation. All rights reserved.