EXHIBIT 7

VIDEO DEPOSITION OF GARY CHILDRESS - 11/28/2007

1

1    IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2         IN AND FOR THE COUNTY OF SAN FRANCISCO

3                    --o0o--

4

5  NORMA SCHLESINGER,              )
                                   )
6              Plaintiff,          )
                                   )
7     vs.                          )    No. CGC-07-274200
                                   )
8  AMERICAN BILTRITE, INC., et al.,)
                                   )
9              Defendants.         )
   _____)

10

11

12

13

14              Video Deposition of

15                GARY CHILDRESS

16             November 28, 2007

17

18

19

20  Reported by:

21  James Matthews, CSR 7916

22

23                TOOKER & ANTZ
            COURT REPORTING & VIDEO SERVICES
24           350 SANSOME STREET, SUITE 700
             SAN FRANCISCO, CALIFORNIA 94104
25                (415) 392-0650

2

I N D E X

---o0o---

Deposition of GARY CHILDRESS                                    Page
Examination by Mr. Hames                                          4

Plaintiff's Exhibits (GARY CHILDRESS)                          Iden
1   Plaintiff's Notice of Deposition                             5
2   Declaration of Gary Childress                               43
3   97 pages of copies of checks                                52
4   10-8-76 letter from Atlanta Testing & Engineering           89
    to American Vermiculite Corporation
5   9-2-81 letter from Fronk to W.R. Grace & Co.                90
6   9-25-81 letter from O'Donnell to Fronk and attached         91
    Material Safety Data Sheet
7   9-1-83 memo from Chase to Vukovich                          92
8   J.P. Austin Associates, Inc. Material Safety Data           92
    sheet
9   Color copy of photo of a box of Orton Standard             120
    Pyrometric Cones

Defendant's Exhibits (Childress)
A   Objections to Plaintiff's Notice of Videotaped              5
    Deposition

3

1   Be it remembered that, pursuant to notice of taking
2   deposition, and on Wednesday, the 28th day of November, 2007
3   commencing at the hour of 10:28 o'clock a.m. thereof, at
4   TOOKER & ANTZ COURT REPORTING AND VIDEO SERVICES, 350 Sansome
5   Street, Suite 700, San Francisco, California before me, James
6   Matthews, duly authorized to administer oaths pursuant to
7   section 2093(b) of the California Code of Civil Procedure,
8   personally appeared
9                  GARY CHILDRESS
10  called as a witness by the plaintiff; and the said witness,
11  having stated that he would testify the truth, the whole
12  truth, and nothing but the truth, was thereupon examined and
13  testified as hereinafter set forth.
14       LAW OFFICES OF LEVIN, SIMES, KAISER & GORNICK, 44
15  Montgomery Street, 36th Floor, San Francisco, California
16  94104, represented by SCOTT HAMES, Esq., appeared as counsel
17  on behalf of the plaintiff.
18       LAW OFFICES OF JACKSON & WALLACE, 55 Francisco
19  Street, 6th Floor, San Franciso, California 94133,
20  represented by CATHERINE E. GOLDEN, Esq. and DANIEL D.
21  O'SHEA, Esq., appeared as counsel on behalf of the defendant
22  Edward Orton Ceramic Foundation.
23       ALSO PRESENT:  Dan DeFrank, videographer.
24                  --o0o--
25

4

1                  GARY CHILDRESS
2   having first stated that he would testify the truth, the
3   whole truth, and nothing but the truth, testified as follows:
4            EXAMINATION BY MR. HAMES
5       THE VIDEOGRAPHER:  Ladies and gentlemen, we are on
6   video record on November 28th, 2007.  The time is 10:28.  I'm
7   Dan DeFrank, a Notary Public for the County of San Francisco
8   representing Tooker & Antz, 350 Sansome Street, Suite 700,
9   San Francisco, California 94106.  The phone number is
10  415-392-0650.
11       This is the beginning of Tape 1 of Volume I in the
12  case of Norma Schlesinger versus American Biltrite, Inc. et
13  al. in the Superior Court of California in and for the County
14  of San Francisco, case number is CGC-07-274200 for the
15  deposition of Gary Childress.  We are located at Tooker &
16  Antz, 350 Sansome Street, San Francisco.  Deposition was
17  noticed by attorneys for plaintiff and videotape is produced
18  by the same.
19       Counsel, would you please identify yourselves and
20  your clients?
21       MR. HAMES:  My name is Scott Hames.  I'm from the
22  law firm of Levin, Simes, Kaiser & Gornick and I represent
23  the plaintiff in this action.
24       MS. GOLDEN:  Yes, Catherine Golden from Jackson &
25  Wallace representing Edward Orton Ceramics Foundation.

5

1       THE VIDEOGRAPHER:  Court reporter may swear in the
2   witness.
3       MS. GOLDEN:  We have one more attorney here.
4       MR. O'SHEA:  Daniel O'Shea, Jackson & Wallace on
5   behalf of Orton as well.
6       (Witness sworn.)
7       MR. HAMES:  Q.  And just for the record, we
8   premarked -- did you use -- so Exhibit number 1 is
9   Plaintiff's Notice of this deposition.
10      (Whereupon Plaintiff's Exhibit 1 was marked for
11          identification.)
12      MR. HAMES:  Did you want to mark some stuff as
13  well, Catherine?
14      MS. GOLDEN:  I would like to mark as Defendant's
15  first exhibit our objections to the depo notice and the
16  document request.
17      (Whereupon Defendant's Exhibit A was marked for
18          identification.)
19      MR. HAMES:  Q.  Good morning, sir.  Again, my name
20  is Scott Hames.  I represent the plaintiff in this case.  Can
21  you please state your full name for the record?
22      A.  Gary Childress.
23      Q.  Okay.  And how do you spell your last name?
24      A.  C-h-i-l-d-r-e-s-s.
25      Q.  Okay.  And I'm just going to start off by going

2 (Pages 2 to 5)

TOOKER & ANTZ COURT REPORTING & VIDEO SERVICES (415-392-0650)
Case 2:17-cv-00063-D   Document 63-7   Filed 05/21/19   Page 2 of 49

6

1 through some of your background and then we'll talk about the
2 company that you work for in some detail.
3     So how old are you, sir?
4 A. 59.
5 Q. What's your date of birth?
6 A. December 20th, 1947.
7 Q. Okay. And where do you currently live?
8 A. Do you want my full address?
9 Q. You can just tell me the city, that's fine.
10 A. Westerville, Ohio.
11 Q. Thanks for coming out.
12 A. Well, the weather's nice here.
13 Q. And you said it was Westerville?
14 A. Yes.
15 Q. Have you ever had your deposition taken before?
16 A. Yes, I have.
17 Q. How many times?
18 A. Once.
19 Q. Do you know when that was?
20 A. It was in -- yeah, 2001.
21 Q. Okay. Well, I'm sure your attorney's advised you
22 on the rules of deposition and the procedure, but let me just
23 mention a couple things.
24     You understand that the oath that you just took has
25 the same force and effect as it would if you were testifying

7

1 in a court of law?
2 A. I do.
3 Q. And that it carries a penalty of perjury?
4 A. I do.
5 Q. In deposition -- people have a tendency to
6 interrupt each other sometimes in normal conversation, but in
7 depositions it's really important that only one of us talk at
8 a time. So I'll try not to interrupt you if you try not to
9 interrupt me. All right?
10 A. Fair.
11 Q. It's going to happen, okay? So if I interrupt you
12 just let me know so you can complete your answer, okay?
13 A. Okay.
14 Q. Also I'm going to assume that you understand all my
15 questions unless you tell me otherwise.
16 A. Okay.
17 Q. There aren't any classes in law school or otherwise
18 that teach people to ask questions that make sense, so if you
19 don't understand something that I ask you let me know, okay?
20 A. Okay.
21 Q. You're doing a great job so far by answering
22 audibly. Nods of the head, shakes of the head, uh-huhs and
23 uh-uhs don't transcribe on the transcript, so you need to
24 answer with a yes or a no or whatever answer you might
25 provide.

8

1 A. I understand.
2 Q. Also I don't want you to speculate or guess about
3 anything. Okay? Do you know what the difference between
4 speculation is and an estimate and a guess?
5 A. Yes.
6 Q. Okay. Good. Then I'm not going to go through the
7 usual definitions of those words, okay? But it's okay for
8 you to provide an estimate if you don't have a precise date
9 or something like that, okay?
10 A. Okay.
11 Q. All right. So the prior deposition that you gave
12 was in 2001. Was that -- did that have anything to do with
13 the Edward Orton Foundation Company?
14 A. No.
15 Q. Okay. What was that case involved, just generally?
16 A. It was -- my employer at that time was the Hecla
17 Mining Company, and it had to do with failure of a -- another
18 party to close one of the acquisition of one of Hecla's
19 assets that was sold.
20 Q. Okay. It wasn't a personal injury case?
21 A. No.
22 Q. It didn't have anything to do with asbestos?
23 A. Oh, no.
24 Q. Okay. All right. And let me just ask you, did you
25 go to high school?

9

1 A. Yes, I did.
2 Q. Where did you go to high school?
3 A. Greenville, South Carolina.
4 Q. And what year did you graduate?
5 A. 1965.
6 Q. Did you go to college of a that?
7 A. I did.
8 Q. Where did you go?
9 A. Clemson University.
10 Q. Where is that?
11 A. Clemson, South Carolina.
12 Q. Okay. Never heard of it. Sorry. And what years
13 did you attend Clemson?
14 A. 1965 through 1969.
15 Q. And did you receive any degrees from that
16 university?
17 A. I did.
18 Q. In what?
19 A. Ceramic engineering.
20 Q. Okay. Did you have any other formal education
21 after Clemson?
22 A. No.
23 Q. Okay. When you attended Clemson was anything
24 related to asbestos ever discussed in any of your classes?
25 That you recall?

3 (Pages 6 to 9)

10

1    A.  Not to my recollection, no.
2    Q.  Okay.  All right.  And then did you enter the work
3  force?
4    A.  Yes.
5    Q.  Okay.  Where did you first start working after
6  college?
7    A.  Drakenfield.  D-r-a-k-e-n-f-e-l-d.
8    Q.  And what sort of business is Drakenfeld in?
9    A.  They manufactured ceramic pigments.  Inorganic
10  pigments for colorants.
11    Q.  Okay.  And what was your position there?
12    A.  I was a process engineer.
13    Q.  Just briefly what were your job duties for
14  Drakenfeld?
15    A.  Primarily designing processes.  The firing of the
16  pigments.  That -- and the handling, material handling
17  aspects.  Primarily.
18    Q.  Okay.  In what years did you work for Drakenfeld?
19    A.  1969 through 1971.
20    Q.  When you were working at Drakenfeld did you have
21  any contact whatsoever with any of your current company,
22  Orton Ceramic -- or Edward Orton, Junior Ceramic
23  Foundation -- I'm just going to refer to it as Orton, okay?
24    A.  Uh-huh.
25    Q.  With any of their products such as the pyrometric

11

1  cones that are at issue in this case?
2    A.  No.
3    Q.  Okay.  Where did you work after Drakenfeld?
4    A.  I worked for Vesuvius Crucible.
5    Q.  Vesuvius?
6    A.  Like the mountain.
7    Q.  And what did you do for them?
8    A.  Sales.
9    Q.  What sort of business were they in?
10    A.  Refractories for the steel industry.
11    Q.  What do you mean by refractories?
12    A.  It's the -- the heat containment material, high
13  temperature bricks that line furnaces, ladles, things like
14  that.
15    Q.  Was Vesuvius manufacturing those?
16    A.  Yes, they were.
17    Q.  And you were a salesman for them?
18    A.  That's correct.
19    Q.  Can you tell me the years that you worked for them?
20    A.  1971 through 72.
21    Q.  Was any asbestos used when you were working for
22  Vesuvius that you know of?
23    A.  Not that I'm aware of.
24    Q.  Okay.  Did you learn anything about asbestos when
25  you were working for them?

12

1    A.  No.
2    Q.  Okay.  All right.  Where did you work after
3  Vesuvius?
4    A.  Houston Ceramics.
5    Q.  And what years did you work for them?
6    A.  1972 through 1975.
7    Q.  And what did you do for them?
8    A.  I was a ceramic engineer for the plant.
9    Q.  And what sort of company was Houston Ceramics when
10  you were working for them?
11    A.  They made ceramic tile.
12    Q.  Okay.  And what were your job duties?
13    A.  I was responsible for all ceramic processing.
14    Q.  Okay.  Do you know if any asbestos was used when
15  you were working for Houston Ceramics?
16    A.  To the best of my knowledge, no.
17    Q.  Okay.  Where was the next company you worked?
18    A.  Eljer Plumbing Ware.
19    Q.  Can you spell that one for me?
20    A.  E-l-j-e-r.
21    Q.  Plumbing?
22    A.  Uh-huh.  Plumbing ware.
23    Q.  And what sort of company was that?
24    A.  Made bathroom fixtures, toilets, sinks, lavatories.
25    Q.  And what years did you work for them?

13

1    A.  1975 through 1979.
2    Q.  And what did you do for them?
3    A.  I was chief ceramic engineer.
4    Q.  So what were your job duties as the --
5    A.  I was responsible for all glaze production, body
6  production, and the firing process.
7    Q.  Okay.  Did you use any of the Orton pyrometric
8  cones that are at issue in this case when you were working
9  for Eljer?
10    A.  Yes, I did.
11    Q.  Was that your -- the first time that you came into
12  contact with their product?
13    A.  Yes, it was.
14    Q.  Okay.  Where did you work after Eljer?
15    A.  Ferro, F-e-r-r-o Corporation.
16    Q.  And what years did you work for Ferro?
17    A.  1979 to 1983.
18    Q.  And what did you do for them?
19    A.  I was a salesman.
20    Q.  And what sort of company was that?
21    A.  They also made ceramic pigments and Frits.
22  F-r-i-t-s.  Frit.
23    Q.  What is a frit?
24    A.  It's basically the materials that are used to make
25  a glaze -- ceramic glaze that are melted into a form of a

4 (Pages 10 to 13)

TOOKER & ANTZ COURT REPORTING & VIDEO SERVICES (415-392-0650)
Case 2:17-cv-00063-D   Document 63-7   Filed 05/21/19   Page 4 of 49

14

1  glass and then ground into a powder.
2    Q.  Okay.  Thank you.  Did you use any of the Orton
3  pyrometric cones there?
4    A.  I wasn't into -- I actually worked out of my home.
5    Q.  Okay.  So you didn't -- just so the record's clear,
6  you didn't?
7    A.  I did not.
8    Q.  Okay.  Okay.  Where did you work after Ferro?
9    A.  ECC America.  ECC is English China clay.
10   Q.  And when did you work for ECC?
11   A.  1983 through 1986.
12   Q.  You're doing a great job with your prior jobs, by
13 the way, with the dates and stuff.
14       Okay.  And what sort of company was ECC?
15   A.  We mined industrial minerals, kaolin, talc, and
16 ball clay for the ceramic industry primarily.
17   Q.  And what was your position there?
18   A.  I was a marketing manager.
19   Q.  When you were working for ECC did issues pertaining
20 to asbestos ever arise?
21   A.  No.
22   Q.  Do you recall if there was ever a concern about
23 asbestos in any of the materials that your company was
24 mining?
25       MS. GOLDEN:  I'm going to object as vague, over

15

1  broad and outside the scope of this deposition.
2        MR. HAMES:  I'm basically just asking because I'm
3  trying to get your knowledge of -- of what asbestos is and
4  when you first heard about it.
5    Q.  So let me just ask that question instead, okay?  At
6  any time have you ever heard that asbestos can be harmful to
7  people?
8        MS. GOLDEN:  Okay, I'm going to object.  This calls
9  for speculation.  It has nothing to do with this case nor
10 Orton Ceramics Foundation which is the reason that he's here
11 is on behalf of the company.
12       MR. HAMES:  I'm just asking just for your
13 background, really.
14       MS. GOLDEN:  I'm going to object.
15       MR. HAMES:  Okay.
16       MS. GOLDEN:  I don't understand the relevance of
17 what his knowledge is.
18       MR. HAMES:  Are you going to instruct him not to
19 answer?
20       MS. GOLDEN:  His personal -- just hear me out.  I
21 need to know what -- how his personal knowledge has anything
22 to do with this case, and what Orton knew or didn't know.
23       MR. HAMES:  Okay.
24       MS. GOLDEN:  Because he didn't even come to Orton
25 until 2001.

16

1        MR. HAMES:  All right, I understand your objection.
2  I'll just withdraw the question, okay?
3    Q.  So let's just continue with your employment history
4  all right?  For ECC America you worked there until 1986.
5  Where did you work after that?
6    A.  Kentucky Tennessee Clay Company.
7    Q.  And what sort of company was that?
8    A.  We also mined industrial minerals.  Ball
9  clay.  Feldspar.
10   Q.  And when did you work for them?
11   A.  1986 to 1994.
12   Q.  And what was your position?
13   A.  President.
14   Q.  Okay.  Where did you work after that?
15   A.  Actually, it was for the parent company that owned
16 KT Clay.  Hecla Mining Company.  H-e-c-l-a.
17   Q.  Okay.  And when did you start working for Hecla
18 Mining Company?
19   A.  In '94.
20   Q.  Until when?
21   A.  2001.
22   Q.  Okay.  And then where did you work in 2001?
23   A.  I began working at the Orton Foundation.
24   Q.  And you're still working there, obviously.
25   A.  Yeah.  As far as I know.

17

1    Q.  All right.  As far as you know.  As of this
2  morning.  Okay.  So when you first started working for Orton,
3  what was your first position there?
4    A.  General manager.
5    Q.  And what were your job duties?
6    A.  Complete P&L responsibility for the facility.
7    Q.  Okay.  And where is that facility located?
8    A.  Westerville, Ohio.
9    Q.  And what sort of company is Orton?  What do they
10 manufacture?
11   A.  We manufacture pyrometric cones.  Thermal
12 analytical instruments.  And electronic temperature
13 controllers.
14   Q.  Okay.  And you understand that the purpose of your
15 deposition today, you're being produced as the person most
16 knowledgeable and the custodian of records for Orton,
17 correct?
18       MS. GOLDEN:  He is not the custodian of records,
19 but we have brought you the records that we have, but he can
20 tell you about -- you know, generally retention policy, that
21 sort of thing.
22       MR. HAMES:  And will you stipulate that those are
23 authentic and business records?
24       MS. GOLDEN:  Yes.
25       MR. HAMES:  And we can use them at trial?

5 (Pages 14 to 17)

18

1    MS. GOLDEN: Yes, absolutely.
2    MR. HAMES: Thank you. And we're going to mark
3  everything, and we're going to go through it briefly --
4    Q. So you understand that you're being produced as the
5  person most knowledgeable for Orton?
6    A. Yes.
7    Q. Okay. How long did you work as the general manager
8  for Orton in that position?
9    A. That's still my job.
10    Q. Okay. Can you elaborate on what your job duties
11  are?
12    A. I'm responsible for the total operations. I report
13  to the board of trustees.
14    Q. Okay Where is Orton's headquarters?
15    A. Westerville, Ohio.
16    Q. Okay. Can you tell me the actual address?
17    A. 6991 Old 3C, the numeral 3, the number 3C
18  Highway. Westerville, Ohio.
19    Q. Okay, and do you know how long they've been at that
20  address?
21    A. They moved there around 1980. 1981. That time
22  frame.
23    Q. Do you know where they were before that?
24    A. Yes. They were at Summit Street, and that's in
25  Columbus.

19

1    Q. Do you know how long they were at Summit Street?
2    A. No, not exactly.
3    Q. Do you know if they've had any other addresses?
4    A. The only thing I know is that they actually started
5  making the cones, General Orton, as he liked to be called, in
6  the basement at Ohio State University.
7    (Court reporter asks for clarification.)
8    MS. GOLDEN: He said General Orton. That's what he
9  preferred to be called.
10    MR. HAMES: Q. Let me just mention something. When
11  the court reporter asks you a question he's just asking to
12  repeat exactly what you said. He just didn't hear the words
13  you said.
14    A. Okay.
15    MS. GOLDEN: Yeah.
16    MR. HAMES: Q. You don't need to elaborate. He's
17  not asking you another question. He just wants you to repeat
18  exactly what you said.
19    So they started making them in the basement at Ohio
20  State.
21    A. Um-hum.
22    Q. Is that a yes?
23    A. Yes.
24    Q. Okay. Do you know -- let's talk about the
25  background of the company a little bit.

20

1    A. Okay.
2    Q. I pulled some information off the website. I'm not
3  going to mark what I have, I'm just going to ask you some
4  questions about it.
5    A. Okay.
6    Q. Do you know when the -- the full name of the
7  company is the Edward J. Orton Junior Ceramic Foundation; is
8  that right?
9    A. Well, it's the Edward Orton Junior Ceramic
10  Foundation.
11    Q. Okay. And do you know when they first went into
12  business?
13    A. The year?
14    MS. GOLDEN: You mean when the foundation was
15  established? It's a nonprofit.
16    MR. HAMES: It's a nonprofit, okay.
17    Q. Do you know when Mr. Orton -- you said he preferred
18  to be referred to as General?
19    MS. GOLDEN: General.
20    MR. HAMES: Q. Was he actually a general?
21    MS. GOLDEN: He was.
22    THE WITNESS: Yes.
23    MR. HAMES: Q. And do you know when he first
24  started make pyrometric cones?
25    A. In 1986.

21

1    Q. Okay. And can you give me a description of what
2  pyrometric cones are, please?
3    A. It's a mixture of ceramic materials that are
4  blended so that they deform at different temperatures.
5    Q. Okay.
6    A. So they measure a combination of temperature and
7  time which we refer to as heat work.
8    Q. Okay. And the mixture that they're actually made
9  of, that's just clay?
10    A. Clay and feldspar, primarily.
11    Q. Okay.
12    A. In varying ratios.
13    Q. Okay. And they started making -- or General Orton
14  started making them I think you said in 17 -- or rather in
15  18 --
16    A. 1896.
17    Q. 1896?
18    A. Yeah.
19    Q. Okay. Okay. And they continue to make those
20  today, correct?
21    A. That's correct.
22    Q. And so the cones themselves, what are they used
23  for?
24    A. To measure heat work. In the firing of ceramics.
25    Q. Right. Okay. So just -- I'm -- and I'm asking you

22

1  these general questions because should this case go to trial
2  a jury may be watching this videotape if you are unavailable
3  and not have the understanding that you do or I do about
4  these cones, okay?
5      So -- or ceramics in general.
6      A.  Sure.
7      Q.  So you're talking about putting these cones inside
8  a kiln when you're firing ceramics; is that right?
9      A.  That's correct.
10     Q.  Okay.  And then how are the cones monitored?
11 Typically?  When they're inside a kiln?
12     A.  There's a couple of ways they're actually
13 used.  One is what we call a witness cone.  A witness cone
14 basically witnesses what has gone on in the furnace or the
15 kiln.
16        There are also cones that are used in shutoff
17 devices where the cone actually, when it -- when it softens
18 and deforms actually trips the power to the kiln and turns
19 the kiln off, indicating that it has reached the proper
20 amount of heat work.  So those are the two ways they're used.
21     Q.  Okay.  And the witness cone, is there some sort of
22 window or something on a kiln that someone looks through to
23 see if it's deformed?
24     A.  Yes.  All kilns have, they call them peep sites,
25 where you pull the plug out and you look in.  You make sure

23

1  they put the cone so when you pull the plug out you can see
2  it, and if you're visually monitoring it, as the cone goes
3  over and tips you know you have reached the proper amount of
4  heat work (indicating).  Turn the kiln off.
5      Q.  Okay.  So there's basically two types.  There's the
6  witness cone, and what did you call the other one?
7      A.  Well, a shutoff device.
8      Q.  Shutoff?
9      A.  Yeah.
10     Q.  Are there any other types of cones?  That Orton
11 manufactures?
12     A.  No.  Those are the only cones.
13     Q.  And just generally how many cones would an
14 individual put inside a kiln when they're firing ceramics?
15 And obviously it may vary on the individual, but just
16 generally?
17     A.  Depending if they're using it as the cutoff device,
18 the shutoff device.
19     Q.  Um-hum.
20     A.  One.
21     Q.  Okay.
22     A.  As witness cones, probably three.
23     Q.  Okay.  There was a witness in this case who
24 testified that he put a lot more than three in there.  And he
25 put them at different levels inside the kiln.  Just assuming

24

1  that he's telling the truth and that's what he did, is
2  there -- can you think of any reason why he might use that
3  many cones?
4      A.  Yes, if he was concerned about the even heat
5  distribution at different levels in his kiln.
6      Q.  Okay.
7      A.  If he had an older kiln.  He might put more in.
8      Q.  Okay.
9      A.  To make sure the heat level, each level had reached
10 the same temperature.
11     Q.  And are the cones rated some way?
12        MS. GOLDEN:  Objection, vague, I don't know what
13 you mean by rated.
14        MR. HAMES:  Q.  In other words, rated like they
15 deform at certain temperatures or a certain period of time?
16     A.  Yes.
17     Q.  Okay.  Can you tell me how many -- let's just start
18 with the witness cones.  How many different types of witness
19 cones either based on their rating, their size -- or however
20 you categorize them -- Orton manufactures?
21     A.  Over 40.
22     Q.  Okay.  And are they numbered or lettered in some
23 way?
24     A.  Numbered.
25     Q.  How are they numbered?

25

1      A.  It starts out at 022 and that counts backward up to
2  1.  022, 021, 020, 19 until you get to 1.  And from 1 to 42.
3      Q.  I'm really confused by that.
4         MS. GOLDEN:  Isn't that more than 40?
5         THE WITNESS:  Yeah, I said more than 40.
6         MS. GOLDEN:  Oh, okay.
7         MR. HAMES:  Q.  There's more than 40 different
8  types.
9      A.  Different cone numbers.
10     Q.  Different cone numbers?
11     A.  And each number represents a different amount of
12 heat work.
13     Q.  Let's take the 022 cone as the first one, okay?
14     A.  (Nodding.)
15     Q.  Which isn't really the first one.  It's number 022.
16     A.  Right.
17     Q.  What does that number represent?
18     A.  It represents the temperature at which that cone
19 will deform based on the time that it saw that temperature.
20     Q.  Okay.  And then cone number 021, would that one --
21 how does that one differ from 022?
22     A.  It was slight -- it would be slightly hotter.
23     Q.  Okay.
24     A.  In other words it would take a little bit more heat
25 to deform it.

7 (Pages 22 to 25)

TOOKER & ANTZ COURT REPORTING & VIDEO SERVICES (415-392-0650)
Case 2:17-cv-00063-D   Document 63-7   Filed 05/21/19   Page 7 of 49

26

1    Q. Okay.
2    A. 022 is -- if you're looking on the temperature
3  scale, it's the coolest.
4    Q. Okay.
5    A. 42 is the hottest.
6    Q. Okay. I'm still really confused about the
7  numbering, okay? I understand that what you're saying is 022
8  is the coolest. In other words it deforms at a lower
9  temperature or heat work --
10   A. That's right.
11   Q. -- than 021.
12   A. Yes.
13   Q. And then the numbers go from 022 through 1 and then
14 they start back up again going from 1 to 40? Two?
15   A. Um-hum.
16   Q. Is that right?
17   A. That's correct.
18   Q. Okay.
19   A. The reason for that is they didn't plan ahead when
20 they were starting the numbering system. And when they
21 started at 1 they later decided they needed something that
22 worked at a cooler temperature.
23        So you don't want to use -- they apparently didn't
24 want to use negative numbers.
25   Q. Right. That's what it sounds like is 022 is

27

1  essentially like a negative number. It's lower than 42.
2  Would be, 42 would be the highest --
3    A. Right.
4    Q. -- correct?
5    A. Yeah.
6    Q. Okay. So let's just take number 42. How does that
7  rating or that number for that cone differ from 022? The
8  cone itself? In other words the heat work, what level does
9  42 deform at versus 022?
10   A. 42 is --
11        MS. GOLDEN: You want to know at the temperature?
12        MR. HAMES: Q. No, I just mean is it -- so -- it
13 deforms at a much --
14   A. Much --
15   Q. -- higher?
16   A. -- much higher temperature.
17   Q. Okay, yeah.
18        MS. GOLDEN: 42 is the highest.
19        THE WITNESS: That's the highest --
20        MS. GOLDEN: Yeah.
21        THE WITNESS: -- temperature we make. Yeah.
22        MR. HAMES: Q. And you raised a good point. Let me
23 just ask, do you know for example at what temperature or how
24 long 022 takes to deform?
25   A. I can't tell you exactly. Off the top of my

28

1  head. But we have a chart, you know -- it's on the Internet.
2    Q. Right.
3    A. That you can look at.
4    Q. Okay.
5    A. But it's, I think it's --
6        MS. GOLDEN: Wouldn't it depend on the kiln also?
7        MR. HAMES: Q. I'm sure there's a lot of variables.
8    A. It's a function of time and temperature.
9    Q. Right.
10   A. But it's below a thousand degrees.
11   Q. Okay. And then number 42 -- is that in the
12 thousands of degrees? That it would deform?
13   A. That's -- yeah -- that's approaching about 1800
14 degrees Centigrade.
15   Q. Okay.
16   A. Which is very, very hot.
17   Q. Right. Okay. I noticed in some of the
18 interrogatory responses it says that Orton's been
19 manufacturing the cones since 1932?
20   A. Um-hum.
21   Q. Is that right?
22   A. As the Edward Orton Junior Foundation.
23   Q. Okay, so what happened in 1932 with the foundation?
24 Was that when it was established?
25   A. That's when it was established upon the death of

29

1  General Orton.
2    Q. Okay. So he died in 1932?
3    A. Um-hum.
4    Q. Is that right?
5    A. Yes.
6    Q. Okay. And then do you know how the foundation
7  itself was established?
8    A. Yes. Through his will.
9    Q. So he must have had some money and then he created
10 this nonprofit upon his death through his will?
11   A. He basically gave the business -- that was the only
12 thing that the foundation got was the business. No money.
13   Q. Okay.
14   A. A way of earning money.
15   Q. Isn't there -- and there's at Ohio State or
16 University of -- which one is it, Ohio State or University of
17 Ohio?
18   A. Ohio State.
19   Q. Ohio State actually has a building there named
20 after him, after General Orton, don't they?
21   A. Actually, it's named after his father, but General
22 Orton funded the building. His father was the first
23 president of Ohio State University.
24   Q. Okay. So was General Orton, was he -- and this is
25 just for my own curiosity. Was he associated with the

8 (Pages 26 to 29)

**30**

1 university somehow?
2    A. Yes.
3    Q. Okay. What was his position there, do you know?
4    A. He -- he created the first school of ceramic
5 engineering in the United States at Ohio State University.
6    Q. Okay. And that just happens to be what your degree
7 is in, right?
8    A. It is.
9    Q. What is that -- can you elaborate on that? What
10 exactly is ceramic engineering?
11    A. Basically, everything inorganic except
12 metals. It's -- inorganic materials that are formed and heat
13 processed to create a ceramic product. It can be from brick
14 to the -- the tile that's used on the reentry of the space
15 shuttle.
16    Q. Okay. So this is generally, I mean, your degree is
17 more associated with the commercial aspect of creating
18 ceramic items versus say an artist?
19    A. Oh, yeah.
20    Q. Okay. Thanks for indulging me in the background of
21 the company.
22    A. No one would ever accuse me of being an artist.
23    Q. All right. So you're not on the potter's wheel or
24 anything like that?
25    A. (Witness shakes head.)

**31**

1    Q. Okay. How were -- let's -- let's start in 1932
2 when the foundation was created.
3      How large was the foundation when it was created?
4 Do you know? Like how many employees were there?
5    A. No, I really don't -- I don't. I'd be guessing,
6 and I --
7    Q. Okay, I don't want you to guess. How big is Orton
8 now? How many employees work there?
9    A. We have 30.
10    Q. Okay. And they're currently on the Old 3C Highway?
11    A. Yes.
12    Q. And what sort of facility is at that location?
13 Is that an office building, or is there some sort of
14 manufacturing plant?
15    A. Both. There's offices and a manufacturing area.
16    Q. Okay. And do you know at the -- the Summit Street
17 one where they were before, what sort of facility was there
18 at that time?
19    A. It was -- it was the same. It was offices and
20 manufacturing.
21    Q. Okay. How large, just generally, so I get some
22 sense of it, is the manufacturing plant?
23    A. It's -- again, this is an estimate.
24    Q. Or you can just describe it however --
25    A. The manufacturing area for cones is probably 10,000

**32**

1 square feet.
2    Q. Okay. In -- do you know in 1932 how the cones were
3 packaged when they were sold to the public?
4    A. In boxes I'm assuming.
5    Q. Okay. You're saying you're assuming. Do you have
6 some basis for knowing that they were packaged in boxes or
7 are you just guessing?
8    MS. GOLDEN: In 1932?
9    MR. HAMES: Q. In 1932.
10    A. Obviously I'm guessing.
11    Q. Okay.
12    A. I wasn't there.
13    Q. And it could be things you've looked at, people
14 you've spoken to that's the foundation for your knowledge.
15 So I'm not just asking you what you have seen, obviously, you
16 weren't alive then.
17      So -- how are the cones packaged today?
18    A. In boxes.
19    Q. And how large are the boxes?
20    A. There's two sizes. The largest size is
21 approximately three inches by three inches by six inches.
22    Q. That's the largest one?
23    A. Yes.
24    Q. What's the smallest one? Or the smaller one?
25    A. It's -- again, I'm estimating on this one. It's

**33**

1 about an inch and a half by two by three. Inches.
2    Q. Okay. Do you know how long Orton has been using
3 those sizes of boxes to package the cones in?
4    A. Do I know how long?
5    MS. GOLDEN: And you can provide approximations,
6 you know. It's not like you need to provide an exact date or
7 year.
8    MR. HAMES: Q. Right. I mean, if it's down to a
9 year or decade or whatever.
10    A. I just -- talking to the people who have worked
11 there who have retired since I've been there, they were in
12 boxes back in the '50's and '60's.
13    Q. Okay. So the earliest date is sometime in the
14 '50's they were in boxes?
15    A. That I can confirm.
16    Q. Okay. Who did you talk to to get that information?
17    A. Dale Fronk.
18    Q. Can you spell his full name, please?
19    A. D-a-l-e F-r-o-n-k.
20    Q. Okay. In preparation for your deposition today,
21 obviously we have some documents which we're going to go
22 through. Is there anything that you reviewed as far as
23 documents that has not been produced here today? That you're
24 aware of? And you can look through this stuff.
25    MS. GOLDEN: Are you done with your question?

9 (Pages 30 to 33)

34

1      MR. HAMES: Yeah.
2      MS. GOLDEN: Okay, I'm going to object. That's
3  over broad. It's vague. It's ambiguous. And I'd also like
4  to call attention once again to our objections to the depo
5  notice and the production of documents request. Further,
6  I -- I'm going to object as, you know, privileged also.
7      MR. HAMES: Yeah, and I'm not talking about
8  anything from your attorneys.
9      MS. GOLDEN: Oh. All right.
10     MR. HAMES: Because that is privileged.
11     MS. GOLDEN: So could you rephrase the question, or
12 would you like the court reporter to read it back?
13     MR. HAMES: Q. I'm just wondering what you reviewed
14 in preparation for your deposition today.
15     MS. GOLDEN: Okay.
16     THE WITNESS: The deposition.
17     MR. HAMES: Q. Excluding anything with your
18 attorneys. Well, I mean, the documents with your attorneys
19 wouldn't be privileged.
20     THE WITNESS: The deposition notice.
21     MR. HAMES: Q. Okay.
22     A. And the documents that I see laying on the table in
23 front of me.
24     Q. Anything else?
25     A. No.

35

1      Q. Okay. You've mentioned one individual, Dale Fronk?
2      A. Um-hum.
3      Q. Have you spoken with anyone else in preparation for
4  your deposition?
5      A. Yes.
6      Q. Who else have you spoken with?
7      A. Bill Chase.
8      Q. Anyone else?
9      A. Yes. Claire Sampson, S-a-m-p-s-o-n.
10     Q. That's C-l-a-i-r?
11     A. E. C-l-a-i-r-e.
12     Q. Anyone else you've spoken to?
13     A. No.
14     Q. Let's take them in order. When did you speak to
15 Mr. Fronk?
16     MS. GOLDEN: Okay, let's go back. I'm going to
17 object, because when did he speak to Mr. Fronk about what?
18 Are we still on the size of the boxes?
19     MR. HAMES: No, I moved away from that. I'm just
20 talking about in preparation for your deposition today.
21 Obviously, you've probably talked to him more than once in
22 your lifetime. I'm just talking about in preparation for
23 your deposition.
24     MS. GOLDEN: Oh, okay. I don't know that he even
25 spoke to Dale in preparation for his deposition. But you can

36

1  answer the question.
2      MR. HAMES: Q. Well, did you speak to him in
3  preparation for your deposition?
4      A. No.
5      Q. When was the last time you spoke to Dale?
6      MS. GOLDEN: About anything?
7      MR. HAMES: Q. Um-hum. Yes
8      A. June of this year. When he retired.
9      Q. Okay. So he retired in June of 2007?
10     A. That's correct.
11     Q. What was his position at Orton?
12     A. He was the manager of engineering.
13     Q. Do you know how long he worked for Orton?
14     A. In excess of 40 years. I'm not sure if it was 42
15 or 43 years.
16     Q. Okay. And to my understanding that from your
17 conversations with Mr. Fronk -- or Dale -- that you have a
18 belief that Orton was packaging the pyrometric cones in the
19 boxes as you described.
20     A. Yes.
21     Q. Okay. Other than Mr. Fronk, is there anyone else
22 or any other documents that have provided you with that
23 information? Regarding the boxes?
24     MS. GOLDEN: Yeah. I guess we're talking about the
25 size of the boxes.

37

1      MR. HAMES: Q. And when they were using them.
2      MS. GOLDEN: I think we go back to that.
3      MR. HAMES: Q. And when they were using them.
4      A. Mr. Chase.
5      Q. Okay. So Mr. Chase told you that also?
6      A. Um-hum.
7      Q. That's a yes?
8      A. Yes.
9      Q. Okay. And what about Claire Sampson?
10     A. What about her?
11     Q. Did she tell you anything about when they were
12 using boxes as packaging?
13     A. No.
14     Q. All right. So what did Mr. Fronk tell you with
15 regards to the packaging and the years that Orton was using
16 boxes?
17     MS. GOLDEN: Okay, I'm going to object. This is
18 vague. It's ambiguous. It's over broad.
19     MR. HAMES: Q. Do you understand my question?
20     MS. GOLDEN: You can --
21     THE WITNESS: Not exactly.
22     MR. HAMES: Q. You're kind of frowning. Okay. So
23 was there an instance when you called up Mr. Fronk or talked
24 to him and asked him specifically how did we package our
25 cones back in the -- you know -- '50's?

10 (Pages 34 to 37)

**38**

1    A. No.

2    Q. Okay. How did -- how did that conversation come

3 about when he told you that they were using boxes in the

4 1950's?

5    A. Just in general conversation when he worked there.

6    Q. Was there one specific conversation or is this just

7 a general recollection?

8    A. Just a general recollection.

9    Q. Okay. Have you ever seen any of the pyrometric

10 cones that were manufactured back in the 1950's? Like they

11 still had some around?

12    A. I don't know. I don't know when -- I don't know

13 that I have.

14    Q. Okay. What about in the 1960's?

15    A. I don't know that I have.

16    Q. Okay. What is the oldest box of pyrometric cones

17 you think you've ever actually seen?

18    A. Oh, wow. I can't -- I'm not sure I can answer that

19 question. Because I don't -- I don't know.

20    Q. Okay.

21    A. I -- it --

22    Q. At least it would be in 2001 when you started

23 working there?

24    A. Certainly. And there was probably something prior

25 to that, because inventory stays around for a while. But I

**39**

1 can't tell you exactly.

2    Q. When you mentioned that when you were working for I

3 think it was Eljer Plumbing Ware that you actually used some

4 Orton cones --

5    A. Eljer.

6    Q. -- in that business.

7    A. Eljer used the Orton cones.

8    Q. Did you ever actually see the boxes of the Orton

9 cones back when you were working for Eljer?

10    A. Yeah, I saw the boxes.

11    Q. Okay. So that was sometime between 1975 and 1979

12 when you were working for them?

13    A. That's correct.

14    Q. All right. So the earliest box of cones that you

15 may have seen would have been sometime between '75 and '79?

16    A. Yes.

17    Q. Do you think that you ever saw any Orton cones in

18 their packaging prior to that?

19    A. I have no way of knowing.

20    Q. Okay. Do you recall how they were packaged when

21 you were working for Eljer Plumbing?

22    A. They were --

23    MS. GOLDEN: Okay, I'm going to object, it's vague

24 and ambiguous and over broad. What do you mean by how are

25 they packaged?

**40**

1    MR. HAMES: Q. Well, were they in boxes?

2    MS. GOLDEN: Okay.

3    THE WITNESS: Yes.

4    MR. HAMES: Q. Did you ever see any of those boxes

5 opened when you were working for Eljer during that time

6 period from '75 to '79?

7    A. Actually, I didn't handle them. We had a kiln

8 fireman who took care of putting them in the kiln every day.

9 So I only saw them on the shelf.

10    Q. Okay, I understand that. I just want to make sure

11 the record's clear. So did you ever see any of the boxes

12 back when you were working for Eljer Plumbing of the Orton

13 pyrometric cones opened at any time?

14    A. No.

15    Q. Okay. So obviously what I'm interested in is the

16 material inside the boxes that's holding the cones, okay?

17    So do you know other than the boxes itself what was

18 inside the boxes of pyrometric cones at the time you were

19 working for Eljer Plumbing back in 1975 through '79?

20    A. No, actually I don't.

21    Q. Okay. What are the cones packaged in today?

22    A. A sheet -- of sheet foam.

23    Q. A sheet of like styrofoam?

24    A. No, it's more like the soft foam that you see put

25 around China plates and things like that. It's a gray

**41**

1 material. It's softer than styrofoam. It's like -- I don't

2 know -- it's about a quarter of an inch thick but it's

3 puffy. Styrofoam is fairly rigid.

4    Q. Um-hum.

5    A. Like a styrofoam cup. This is soft.

6    Q. Okay. And how many cones are in, let's say, the

7 largest box?

8    A. It depends on the -- on the cone.

9    What we call large cones, there's 50.

10    Q. Okay. And what about the small cones? How many

11 would be in the larger box?

12    A. They're not packaged in the larger box.

13    Q. Okay, they're packaged in the small box?

14    A. Yeah.

15    Q. So how many would be in the small box?

16    A. 50.

17    Q. All right. Are there -- is that pretty standard or

18 are there other quantities that are in those boxes? Other

19 than 50?

20    A. What we call a self supporting cone, which is a

21 large cone with its own foot. There's 25.

22    Q. Is that the fewest number that would be in a box?

23    A. Yes.

24    Q. All right. When did Orton start using the foam

25 inside the boxes? To package the cones?

11 (Pages 38 to 41)

TOOKER & ANTZ COURT REPORTING & VIDEO SERVICES (415-392-0650)
Case 2:17-cv-00063-D   Document 63-7   Filed 05/21/19   Page 11 of 49

42

1   A.   In 1983.
2   Q.   And have they used that foam continuously from 1983
3   to the present?
4   A.   Yes.
5   Q.   And I didn't ask you.  With respect to Mr. Chase --
6   A.   Yes.
7   Q.   -- is there one conversation that you had with Mr.
8   Chase pertaining to when Orton was packaging the cones in the
9   boxes?
10      MS. GOLDEN:  I'm sorry, can I have that question
11  read back, please?
12      (Record read.)
13      THE WITNESS:  No.
14      MR. HAMES:  Q.  Did you review or have you seen any
15  documents pertaining to how the cones were packaged?  And
16  let's go back to the time that you mentioned, 1950's when
17  they were using boxes?
18      MS. GOLDEN:  Are you talking -- I'm going to object
19  as vague and ambiguous and over broad.
20      THE WITNESS:  I'm not sure I understand what you're
21  asking me.
22      MR. HAMES:  Q.  Well, other than speaking to Mr.
23  Fronk and Mr. Chase is there any other way that you know that
24  Orton was using boxes to package the pyrometric cones?  In
25  other words have you seen anything?  A photograph?

43

1   Specifications?  Anything like that?
2   A.   No.
3   Q.   Okay.  What was Orton using prior to 1983 for the
4   packaging inside the boxes for the pyrometric cones?
5   A.   The packaging material?
6   Q.   Yes.  Inside the boxes?
7   A.   Vermiculite.
8   Q.   Okay.  And when did Orton start using Vermiculite?
9   A.   1963.
10  Q.   How do you know that?
11      MS. GOLDEN:  I'm going to object.  It's
12  argumentative.  You can go ahead and answer.
13      THE WITNESS:  I know that?
14      MS. GOLDEN:  Um-hum.
15      THE WITNESS:  I reviewed retained canceled checks.
16  And we pulled all the ones that were written to Zonolite,
17  W.R. Grace, and J.P. Austin and that was the first time that
18  we wrote a check to Zonolite was in 1963.
19  Q.   Okay.  Let's -- you know what I want to do right
20  now, is I'm -- I have a copy of your declaration here that
21  you signed in this case.  Let me hand it to your attorney.
22  We'll go ahead and mark this.
23      (Whereupon Plaintiff's Exhibit 2 was marked for
24      identification.)
25      MS. GOLDEN:  How long have we been going now?  Can

44

1   we take a break?
2       MR. HAMES:  Yeah, we can take a break.
3       MS. GOLDEN:  Good.
4       THE VIDEOGRAPHER:  Going off the record now, the
5   time is 11:22.
6       (Brief recess taken.)
7       THE VIDEOGRAPHER:  Back on the record.  The time is
8   11:29.
9       MR. HAMES:  Q.  Okay, I want to ask you some
10  questions about your declaration, so let's go ahead and why
11  don't we mark that copy I handed your counsel.
12      And you've seen this declaration before, obviously,
13  right?
14  A.   Yes.
15  Q.   Okay.  And is that your signature on the second
16  page?
17  A.   It is.
18  Q.   Okay.  I just want to walk through it.
19  A.   Okay.
20  Q.   Now, in paragraph 2?
21  A.   Um-hum.
22  Q.   The second clause there is I have gained intimate
23  and extensive knowledge of the pyrometric cones that Orton
24  manufactures and has distributed over the course of its
25  history.

45

1   Can you elaborate on that and tell me what it is
2   that is the foundation for your intimate and extensive
3   knowledge of -- of Orton's pyrometric cones?
4       MS. GOLDEN:  I'm going to object.  As to -- as to
5   foundation, calls for a legal conclusion.  It's over -- it's
6   vague.
7       Do you understand what foundation means?  That's
8   what I'm thinking.
9       THE WITNESS:  I'm not sure what you're asking
10  about.
11      MS. GOLDEN:  Yeah.
12      MR. HAMES:  Q.  In other words, this sentence here
13  in paragraph 2 is -- there something I'm trying to figure out is
14  there something specific that you have reviewed, or someone
15  you have spoken with to support this sentence that you have
16  gained intimate and extensive knowledge of the pyrometric
17  cones that Orton manufactures and distributes?
18      MS. GOLDEN:  Other than what he's already testified
19  to?
20      MR. HAMES:  Q.  Yes.
21  A.   Other than what I've already testified to?  No.
22  Q.   Okay.  Is there something that you've -- for
23  example, is there something that you've read pertaining to
24  the history of the company and the manufacture of the cones?
25  Other than what has been produced here today?

12 (Pages 42 to 45)

46

1    MS. GOLDEN: Wait a minute, wait a minute. I'm
2  going to object to this. You -- one, I don't understand
3  where this is going, and two, he's already testified about
4  the history of the corporation.
5    MR. HAMES: And I'm trying -- I understand that,
6  and what I'm trying to ascertain is where that knowledge
7  comes from.
8    Q. What you've read. What you've looked at. Who
9  you've spoken with other than what we've already talked about
10  today.
11    MS. GOLDEN: Okay. And right now you're asking
12  about how he found out about the history of the corporation?
13    MR. HAMES: That's right.
14    MS. GOLDEN: Even though -- okay.
15    THE WITNESS: Through documents that are in the
16  file regarding a celebration of General Orton that was held
17  at Ohio State, and that was put together about -- I'm going
18  to say 12 to 15 years ago. And it had all of the information
19  about General Orton, what he did, and all the contributions
20  he's made to the community. How he saw that there was a need
21  for this type of product. He traveled to Germany. Met with
22  Dr. Seager.
23    MS. GOLDEN: That's okay, you don't need to say
24  anything else. You've answered the question.
25    MR. HAMES: Q. Do you still have a copy of that?

47

1  Or does the company have a copy of that?
2    A. Oh, yeah.
3    Q. Okay. Do you know who compiled that information?
4    A. Not for certain who participated in it. I'm
5  assuming the person who was the general manager at the
6  time.
7    Q. Okay.
8    And did you guys bring that today, Catherine?
9    MS. GOLDEN: No, I don't have that with me.
10    MR. HAMES: Okay.
11    Q. And this information is just the background of the
12  company, essentially, and who Mr. -- or General Orton was?
13  Is that right?
14    A. That's correct.
15    Q. Does it say anything that you recall about how the
16  cones were manufactured or how they were packaged?
17    A. Oh, no.
18    Q. It does not?
19    A. No, it doesn't.
20    Q. Okay. So it's just general information about the
21  company and about General Orton himself?
22    A. Primarily about General Orton.
23    Q. Okay. Obviously we think that's responsive. We'd
24  like to get a copy of it. I understand that you guys have
25  your objection as well. So I'm just saying it for the

48

1  record.
2    But -- let's move on.
3    So -- and can you look at paragraph number 3 for me
4  and just review that real quick?
5    MS. GOLDEN: You want him to read the whole
6  paragraph?
7    MR. HAMES: Q. Well, let's just take the first
8  part.
9    (Pause.)
10    THE WITNESS: Okay.
11    MR. HAMES: Q. First sentence.
12    A. Um-hum.
13    Q. Okay. The documents that you have reviewed, are
14  those documents that have been produced here today?
15    A. Yes.
16    Q. Are there any other documents that you've reviewed
17  that you're referencing in paragraph 3 that have not been
18  produced today?
19    MS. GOLDEN: Okay, I'm going to object to
20  this. Because of the only thing that we need to tell you
21  about or produce are documents that are responsive to your
22  request. All right?
23    So -- like I've told you before, we're not going to
24  a big fishing expedition here, okay? A search has been done
25  and this is what we have produced responsive to your

49

1  request.
2    MR. HAMES: I understand that.
3    MS. GOLDEN: Okay.
4    MR. HAMES: I'm not talking about our request right
5  now.
6    MS. GOLDEN: Don't interrupt me. I don't
7  understand your question.
8    MR. HAMES: I'm not asking him about anything
9  pertaining to our document request right now. What I'm
10  talking about is what he's referencing in his declaration.
11    He specifically says in his declaration I have
12  reviewed documents and information --
13    MS. GOLDEN: Right.
14    MR. HAMES: Q. -- in the possession of Orton. So
15  my question is are those the same documents that you're
16  referencing in paragraph 3 that have been produced here
17  today, or are there other documents? Whether or not they're
18  responsive. And need to be produced.
19    MS. GOLDEN: He's asking you about have you
20  reviewed documents.
21    THE WITNESS: Yeah.
22    MS. GOLDEN: Okay.
23    THE WITNESS: These are the documents.
24    MS. GOLDEN: Have you reviewed more documents than
25  this?

13 (Pages 46 to 49)

50

1    THE WITNESS: No.
2    MR. HAMES: Q. Right. That's what my question
3  is. So there's no other documents other than what's here
4  today that you have reviewed?
5    A. No.
6    Q. Okay. Double negative.
7    MS. GOLDEN: Let me take a break.
8    MR. HAMES: Okay.
9    THE VIDEOGRAPHER: Going off the record. The time
10 is 11:35.
11   (Brief recess taken.)
12   THE VIDEOGRAPHER: Back on the record. The time is
13 11:39.
14   MS. GOLDEN: Okay, Mr. -- I mean Scott, you asked
15 Gary about his review of documents. I think there was a
16 little confusion about what you were asking about.
17   MR. HAMES: Okay.
18   MS. GOLDEN: Okay?
19   So I can either ask the question or you can
20 rephrase. Or --
21   We can even have it read back.
22   MR. HAMES: Let me just ask another question.
23   MS. GOLDEN: Yeah.
24   MR. HAMES: Q. Okay. So what I'm referring to
25 specifically is your paragraph number 3 in your declaration,

51

1  okay?
2    A. Um-hum.
3    Q. That first sentence. Do you see that?
4    A. Yes.
5    Q. And it says in this sentence that you have reviewed
6  documents and information in the possession of Orton --
7    A. Um-hum.
8    Q. -- regarding the contents of the packaging
9  materials contained in the boxes of pyrometric cones over the
10 course of the company's history.
11   With respect to that particular sentence, what
12 documents are you referring to?
13   A. Okay. When we came up with this stack of checks
14 that you have --
15   Q. Okay.
16   A. -- I was actually part and party to the team of
17 people who went through all the checks to help come up with
18 these.
19   So I looked at all the checks.
20   Q. Okay.
21   A. Or I helped look at all the checks. That were in
22 Orton's possession.
23   Q. Okay.
24   A. So yeah, I did -- I didn't just look at these
25 checks. I looked at all the checks. I helped create this

52

1  basically stack of canceled checks that you have.
2    Q. Okay. And why don't we just mark these right
3  now. Okay? I don't know how many pages it is. We're going
4  to need to get a page count on this, I think. I'll reference
5  it right now. Why don't we mark it as Exhibit 3.
6    (Whereupon Plaintiff's Exhibit 3 was marked for
7    identification.)
8    MR. HAMES: Q. The first check is dated March 20th,
9  1963 and it's for $662.24 and it's to the Zonolite Company.
10   The last check is dated 3/24/83 to J.P. Austin for
11 $2,350.
12   Okay, so let me mark all this.
13   Okay, thank you. All right, so I understand, you
14 reviewed -- there's more checks than is now in Exhibit 3 that
15 you looked at.
16   A. A lot more.
17   Q. Okay. And you went through and pulled out these
18 particular ones, correct?
19   A. Um-hum.
20   Q. Yes?
21   A. Yes.
22   Q. Okay. And what was it that you were looking for
23 when you were pulling these checks out?
24   A. The name of the company.
25   Q. Which company?

53

1    A. The company that the check was written to.
2    Q. Okay. And which company's names were you looking
3  for?
4    A. Zonolite, W.R. Grace, and J.P. Austin.
5    Q. And why was it that you were looking for those
6  particular companies?
7    A. Because the document request when we found these, I
8  think it asked for any -- any information that we had
9  recording where we had purchased Vermiculite.
10   Q. Okay. And those three companies, the Zonolite
11 Company, W.R. Grace, and J.P. Austin as far as you know are
12 the only companies that have ever supplied Zonolite -- or
13 Vermiculite to Orton; is that correct?
14   A. That's correct.
15   Q. Okay. And how do you know that?
16   A. Conversations with Mr. Fronk.
17   Q. Anyone else?
18   A. Bill Chase.
19   Q. Okay. So essentially you asked those two -- I
20 think you said Mr. Chase has retired as well, right?
21   A. No.
22   Q. He's not retired?
23   A. No.
24   Q. What's his position?
25   A. He's production manager.

14 (Pages 50 to 53)

54

1      Q.  How long has he worked there?
2      A.  Almost 40 years.
3      Q.  Okay.  So you asked Mr. Chase and Mr. Fronk who
4   supplied -- which company supplied the Vermiculite to Orton?
5      A.  (Nodding.)
6      Q.  Is that right?
7      A.  That's correct.
8      Q.  And they gave you the names of those three
9   companies?
10      A.  That's correct.
11      Q.  Okay.  How far back did the checks go?  That you
12   reviewed?
13      A.  We have retained canceled checks through January of
14   1957.
15      Q.  Okay.
16      A.  And we have a disbursement ledger which is like a
17   check ledger that you keep in your checkbook for who you
18   write a check to, when you wrote it and for how much, it goes
19   back to 1910.
20      Q.  Okay.  So is there anything other than these checks
21   and the one -- and the ledger and the other checks that you
22   didn't pull out to make Exhibit number 3 that you reviewed
23   when -- that you're referring to in paragraph number 3 of
24   your declaration?
25      MS. GOLDEN:  Well, we produced other documents to

55

1   you.
2      MR. HAMES:  I understand that.
3      MS. GOLDEN:  So, you know.
4      MR. HAMES:  I'm just talking about --
5      MS. GOLDEN:  You're not asking him about all the
6   documents that have been produced.
7      MR. HAMES:  I know.  I'm limiting it to what he's
8   referencing in paragraph number 3 pertaining to the packaging
9   materials contained in the boxes.
10      MS. GOLDEN:  Okay.  So we're still just on that
11   sentence.
12      MR. HAMES:  Just that sentence.
13      MS. GOLDEN:  Oh, okay.
14      MR. HAMES:  Q.  Other than these checks and the ones
15   that you looked at and the ledger is there anything else that
16   you're referring to pertaining to the packaging material?  Or
17   the packing materials, rather?  In the boxes?
18      MS. GOLDEN:  I'm going to object because the other
19   documents that we gave you refer to packaging material.  They
20   refer to Vermiculite.
21      MR. HAMES:  But I'm asking --
22      MS. GOLDEN:  That's what you want to know, right?
23   Yeah.  That's exactly what it says.
24      MR. HAMES:  Well, okay, Catherine, you're coaching
25   him.  You're answering for him.

56

1      MS. GOLDEN:  You know what?
2      MR. HAMES:  I understand --
3      MS. GOLDEN:  This is where we're going to get into
4   it here, Scott, because you cannot interrupt me when I am
5   speaking, okay?  Everything that we gave you has to do with
6   packaging material.  Okay?
7      MR. HAMES:  I understand that.
8      MS. GOLDEN:  Okay.
9      MR. HAMES:  I'm asking about this particular
10   sentence in his declaration.  I'm asking what he's referring
11   to.  In this one sentence in paragraph 3.
12      MS. GOLDEN:  Packing materials.
13      MR. HAMES:  Yes.
14      MS. GOLDEN:  Right.
15      MR. HAMES:  Yes.
16      MS. GOLDEN:  Okay.  The W.R. Grace materials --
17      MR. HAMES:  I want him to answer.
18      MS. GOLDEN:  Say the data sheet.
19      MR. HAMES:  Okay.
20      MS. GOLDEN:  Okay, fine.
21      MR. HAMES:  You're feeding him the answers.
22      MS. GOLDEN:  This is the problem that we have.
23      MR. HAMES:  It's very simple.
24      MS. GOLDEN:  No, it's not simple, Scott, to
25   somebody that has never had his deposition taken, and your

57

1   questions are over broad, vague, and they're ambiguous.  All
2   right?
3      MR. HAMES:  It's -- look.  This doesn't have to be
4   a fight.
5      MS. GOLDEN:  This is not a fight.
6      MR. HAMES:  I'm actually referring to something
7   that he signed.  I'm asking him what he reviewed.
8   Specifically it says in here I have reviewed documents and
9   information --
10      MS. GOLDEN:  Right.
11      MR. HAMES:  -- in their possession pertaining to
12   the packing materials.  I'm paraphrasing his declaration.
13      MS. GOLDEN:  Right.
14      MR. HAMES:  I'm asking him what he reviewed that
15   he's referring to in his declaration.
16      MS. GOLDEN:  Right.
17      MR. HAMES:  Not what's been produced.  Not what may
18   or may not be responsive to our document request.  But what
19   he's referring to in his declaration.
20      MS. GOLDEN:  Right.
21      MR. HAMES:  If there's anything else.  That's all.
22      MS. GOLDEN:  Right.  And I am telling you that he
23   is thinking in a very narrow frame of mind, and it's not
24   getting to the whole picture here, and I -- I am trying to
25   get you to the whole picture.  All right?

15 (Pages 54 to 57)

58

1       MR. HAMES: Okay.
2       Now that you're -- now that we've had this
3   discussion --
4       Q. Do you understand my question?
5       A. Well -- let me see if I do.
6       Q. Okay.
7       A. You are asking me have I looked at other documents
8   than those documents produced?
9       Q. Yes. Essentially.
10      A. No.
11      Q. Okay. And the documents that are produced -- that
12  have been produced are what you're referring to in paragraph
13  3, the first sentence in paragraph 3 of your declaration,
14  correct?
15      A. Well, and where they came from. Like -- you
16  know -- several boxes of checks that were reviewed to come up
17  with these, yes.
18      Q. Are there any other documents other than the boxes
19  of checks and the ledger that you referenced that you
20  reviewed in reference to paragraph 3 of your declaration?
21      A. Yeah. The ones -- the rest -- everything that we
22  produced I saw.
23      Q. Okay.
24      A. I reviewed all of that. But then it came from us.
25      Q. Okay. Got it. And then you've also -- and then in

59

1   this sentence it says documents and information in the
2   possession of Orton. What information are you referring to?
3       MS. GOLDEN: Objection, that's vague, ambiguous,
4   over broad. Clearly over broad.
5       MR. HAMES: That's because the sentence is vague
6   and over broad.
7       MS. GOLDEN: You know what? Please don't interrupt
8   me, okay? Because that's not going to work.
9       MR. HAMES: All right.
10      MS. GOLDEN: He has already told you people that
11  he's talked to. Okay, that's other information.
12      MR. HAMES: Catherine, you are 100 percent telling
13  him what to answer and coaching him.
14      MS. GOLDEN: No, I'm not. No, I'm not.
15      MR. HAMES: You're make speaking objections. You
16  and I can get along fine. This isn't a huge fight. All I
17  want to do is ask him what information he's referring to in
18  this particular sentence. This sentence is a little over
19  broad.
20      MS. GOLDEN: First of all, you know, you have
21  absolutely no identification of Orton cones in this case. I
22  don't want to get into this. And don't interrupt me, but
23  this is not a fight at all. I am simply trying to direct you
24  in the right direction per our conversation prior to this
25  deposition about the scope of this deposition.

60

1       You have asked him many questions. He has
2   testified about people he's spoke to and where he got
3   information. Okay?
4       MR. HAMES: I'm asking about --
5       MS. GOLDEN: Now you're looking at his declaration
6   and you're asking him the same exact questions he has already
7   answered for you. And I think it is confusing him. I am not
8   trying in any way to stop you from finding out the
9   information that you are looking for. Okay?
10      But he's already answered about people he spoke to
11  and where he got information.
12      Then you're going and you're showing him this
13  declaration, okay, and asking him the same questions again.
14      I would find that confusing also.
15      MR. HAMES: Thank you.
16      MS. GOLDEN: Okay?
17      MR. HAMES: Are you finished? I don't want to
18  interrupt you.
19      MS. GOLDEN: Oh, yes.
20      MR. HAMES: You get upset when I interrupt you.
21      MS. GOLDEN: Okay, I am finished.
22      MR. HAMES: Okay. Do you want to take a break?
23      MS. GOLDEN: No.
24      MR. HAMES: Okay.
25      MS. GOLDEN: We already took a break.

61

1       MR. HAMES: Q. Sir, what I'm asking you is a very
2   specific question. I'm not referring to anything else that
3   we've already talked about in your deposition.
4       Paragraph 3, sentence number 1 --
5       A. Um-hum.
6       Q. -- of that particular paragraph you refer to
7   information in the possession of Orton. That you have
8   reviewed. Has all of that information been produced here
9   today? Or -- in -- the conversations that you had with the
10  three individuals? That you've already talked about?
11      MS. GOLDEN: Okay.
12      MR. HAMES: Q. Is there anything else?
13      MS. GOLDEN: I'm going to object because that is
14  outside the scope of the deposition notice.
15      You are not entitled by any means, Scott, entitled
16  to every single thing that he has looked at, and that is what
17  you just asked him. You asked him if we produced everything
18  that he has looked at.
19      MR. HAMES: Catherine, let's go off the record and
20  have this conversation.
21      MS. GOLDEN: No, let's stay on the record. That's
22  what you just asked him.
23      MR. HAMES: So you're objecting and instructing him
24  not to answer.
25      MS. GOLDEN: I'm not instructing him not to answer.

16 (Pages 58 to 61)

62

1    MR. HAMES:  Okay, you can answer then.
2    MS. GOLDEN:  Would you read back the question
3  please.
4    (Record read.)
5    MR. HAMES:  Go ahead, you can answer, subject to
6  your counsel's objections.
7    MS. GOLDEN:  Yeah, I'm going to object again, it's
8  vague, it's ambiguous, it's over broad and it's asked and
9  answered.  He just told you that he reviewed all types of
10  other documents.  Boxes of checks.  Okay?
11    Obviously those are not here today.
12    MR. HAMES:  Q.  Is there anything --
13    MS. GOLDEN:  You're trying to trap him.  It's
14  argumentative.
15    MR. HAMES:  It's a very simple question.
16    MS. GOLDEN:  No.
17    MR. HAMES:  Q.  Subject to her objections, can you
18  answer the question, please?
19    MS. GOLDEN:  Is everything here today that you
20  looked at?
21    MR. HAMES:  Okay, Catherine, now, you --
22    MS. GOLDEN:  No, it's not.  It's your question.
23    MR. HAMES:  This is incredibly inappropriate.
24    MS. GOLDEN:  Okay, read back the question again.
25    MR. HAMES:  No.

63

1    MS. GOLDEN:  No, I want him to read back the
2  question again, because that's exactly what you asked him.
3  Could you please read back the question again?
4    (Record read.)
5    MS. GOLDEN:  That's exactly what you asked him.
6    Answer the question.
7    THE WITNESS:  No.
8    MR. HAMES:  Q.  Okay.
9    I don't understand why that had to be so
10  difficult.
11    MS. GOLDEN:  You are very, very confusing and
12  you're confusing my witness.  Clearly when he says he
13  reviewed boxes of checks --
14    MR. HAMES:  I --
15    MS. GOLDEN:  -- when he says he reviewed boxes of
16  checks, does this look like boxes of checks to you?
17    MR. HAMES:  We talked about that.  No, other than
18  the boxes of the checks and the ledger.
19    MS. GOLDEN:  That's not how you phrased that
20  question.
21    MR. HAMES:  Okay, let me rephrase it.  Okay, you
22  answered it.  Let me ask you another question.
23    Q.  Other than the boxes of checks and the ledger that
24  you mentioned, is there any other information or documents
25  that you're referring to in this one particular sentence in

64

1  your declaration, of paragraph 3, sentence number 1?
2    MS. GOLDEN:  That's been asked and answered and we
3  were referenced -- he already referenced the other materials
4  we produced.
5    It's been asked and answered.
6    MR. HAMES:  That's the question that I was asking
7  him.
8    MS. GOLDEN:  Yes, and he's asked and answered that
9  because you've already asked it in another way.
10    MR. HAMES:  Are you going to instruct him not to
11  answer that question?
12    MS. GOLDEN:  No, I'm not instructing him not to
13  answer.  I want you to move along and stop badgering him.
14    Answer the question.
15    THE WITNESS:  No.
16    MR. HAMES:  Q.  Okay.  Thank you.  Paragraph number
17  4 on the second page of your declaration.  It says prior to
18  mid-1963 Orton pyrometric cones were not packaged in
19  Vermiculite.  Rather the cones were packaged in non-asbestos
20  sawdust.
21    Do you see that sentence?
22    A.  I do.
23    Q.  Okay.  Let's -- let's take it sentence by sentence,
24  actually, all right?
25    So how is it that you know prior to -- to mid-1963

65

1  that Orton pyrometric cones were not packaged in Vermiculite?
2    A.  One, by reviewing all the checks.
3    Q.  Okay.
4    A.  Orton didn't purchase any Vermiculite.  And two,
5  talking with the gentlemen I've already referred to, Mr.
6  Chase and Mr. Fronk.
7    Q.  Okay.  And the date -- how did you arrive at the
8  date of the mid-- mid-1963?
9    A.  Based on this -- on the date of the check.  The
10  first check that was written to Zonolite.
11    Q.  And that's this first page right here that's been
12  produced that actually has the exhibit sticker on it?
13    A.  Yes.
14    MS. GOLDEN:  I -- I -- I'm not sure that these are
15  in the perfect date order.  Okay?
16    So --
17    MR. HAMES:  Oh.
18    MS. GOLDEN:  But I think they probably are.
19    MR. HAMES:  Q.  Okay.  So -- well, if this refreshes
20  your recollection you can answer the question.
21    This one's dated March 20th, 1963.
22    A.  Okay.
23    Q.  Is that the earliest check that you found --
24  without having to dig through all these?
25    A.  Yes.

17 (Pages 62 to 65)

66

1    Q.  Okay.  And is there anything else other than this
2  particular check that allows you to arrive at the date of
3  when Orton first began purchasing Vermiculite?
4    A.  Well, the review of all the checks that were
5  retained prior to that.
6    Q.  Okay.
7    A.  And not finding a check written to one of the
8  Vermiculite suppliers.  And also again conversation with two
9  long-term employees.
10    Q.  Okay.  And that kind of goes to the second half of
11  this paragraph.  That the cones were packaged in non-asbestos
12  sawdust.  How do you know that?
13    A.  Because they told --
14      MS. GOLDEN:  I'm going to object.  He just -- you
15  just asked it and he answered it.
16      MR. HAMES:  Q.  Well, he -- go ahead.  You can
17  answer.
18      MS. GOLDEN:  Go ahead.
19      THE WITNESS:  Because I talked to those two
20  gentlemen.
21      MR. HAMES:  Q.  And you reviewed the checks?
22    A.  When I -- yeah, I did review the checks.
23    Q.  Let me ask this question, okay?  Who was the
24  supplier of the -- of the sawdust -- prior to 1963 -- that
25  Orton was using to package the cones in?

67

1    A.  I don't know.
2    Q.  Who were the checks made out to?
3    A.  I don't know.  Nobody ever asked me that question
4  until now.
5    Q.  Okay.  So when you were filtering through the
6  checks for these three individual companies that you were
7  asked to look for by the individuals that you referenced,
8  were there other companies that -- were there other checks
9  made out to other companies that you didn't include here
10  today?  Other than those three companies?  In other words --
11  there's more checks made out to other companies, correct?
12      MS. GOLDEN:  I'm going to object.  This is over
13  broad, this is vague.
14      THE WITNESS:  Every check we ever wrote.
15      MS. GOLDEN:  Come here.
16      (Witness and attorney consult off the record.)
17      MR. HAMES:  Q.  Okay.  So --
18    A.  Can I go back?
19    Q.  Yes, absolutely, now that you've talked to your
20  attorney.
21      MS. GOLDEN:  Yes, I spoke with him.
22      MR. HAMES:  Q.  You can clarify something.  That's
23  fine.
24    A.  You asked me where they got the sawdust?
25    Q.  Yes.  The name of the company.

68

1    A.  I don't know the name of the company.  I do know it
2  was a lumber yard in Columbus, but I don't know the name of
3  it.
4    Q.  Do you know if there was more than one supplier of
5  the sawdust to Orton at any time?
6    A.  I do not.
7    Q.  Okay.  How do you know -- how do you know it was a
8  lumber yard in Columbus?
9    A.  Because I was told by Mr. Chase.
10    Q.  Okay.  Did you -- when you were reviewing the
11  checks did you see the name of that -- without recalling it
12  today, did you see the name of a lumber company on the
13  checks?
14    A.  I don't recall, but we were not looking for that.
15    Q.  Okay.
16    A.  That was not -- that was -- I was never asked
17  about.
18    Q.  Right, I understand.  And it sounds like there's
19  probably thousands and thousands of checks; is that right?
20    A.  You're right.
21    Q.  Boxes and boxes?  Okay.  All right.
22      Have you ever seen a box of Orton cones packaged in
23  sawdust?
24    A.  Not to my recollection.
25    Q.  And it was Mr. Chase that told you they were

69

1  packaged in sawdust?
2    A.  And Mr. Fronk.
3    Q.  Okay.  And let's just take those guys one at a
4  time.
5    A.  Okay.
6    Q.  Mr. Chase, when did you have that conversation with
7  him?
8    A.  This morning.
9    Q.  Okay.  Can you just summarize your conversation,
10  please?
11    A.  Basically I asked him when we stopped using
12  sawdust.  And where we got it.
13    Q.  Okay.  Did he -- did he tell you the name of the
14  company that -- the lumber company?
15    A.  No.  He just told me it was a -- we got it from --
16  I think his exact words were the lumber mill.
17    Q.  Okay.  Do you have any way of knowing how he knows
18  that?  That -- let me just clarify.  Do you know how Mr.
19  Chase knows that Orton was using sawdust?
20      MS. GOLDEN:  Okay, I'm going to object.  It calls
21  for speculation.  It's outside the scope of this notice.  And
22  the document request.  And it's double hearsay.
23      But go ahead.
24      MR. HAMES:  I agree, but that's what I'm asking
25  him.

18 (Pages 66 to 69)

70

1    MS. GOLDEN: Go ahead. Well --
2    THE WITNESS: Tell me again.
3    MR. HAMES: Q. How -- do you know how Mr. Chase
4  knows that the cones were packaged in sawdust?
5    MS. GOLDEN: Same objections.
6    THE WITNESS: He told me that he knew.
7    MR. HAMES: Q. Right. I understand that. He told
8  you that he knew. But did he tell you how he knew?
9    A. Mr. Chase's mother was the production manager for
10  like 40 years before he went to work there.
11   Q. When --
12   A. He --
13   Q. Sorry?
14   A. So -- she's no longer alive.
15   Q. Okay. What was her name?
16   A. Mrs. Chase. I don't know her first name.
17   Q. Okay. That's fine. Do you know when she worked
18  for Orton?
19   A. The dates? No.
20   Q. Okay. Do you know when Mr. Chase started working
21  for Orton?
22   A. Roughly 35 to 40 years ago. I don't know exactly.
23   Q. Can you -- okay.
24     Do you know if he was working for Orton in 1963?
25   A. I do not believe he was.

71

1    Q. Okay. Do you know if he worked for Orton prior to
2  1970?
3    A. Yes.
4    Q. Okay. Do you know if he worked for Orton when they
5  were still using sawdust as the packaging material for the
6  cones?
7    A. I'm not sure.
8    Q. Okay. Where does he live?
9    A. Gahana.
10   Q. Okay. And he's still an employee, I think you
11  said?
12   A. Yes, he is.
13   Q. Okay. All right. Did you talk to him about
14  anything else this morning?
15   A. No.
16   Q. Okay. So it's your understanding that Mr. Chase's
17  mom worked for Orton, and that she must have provided the
18  information to him that they were using sawdust?
19   A. I have no idea.
20   MS. GOLDEN: Wait a minute. That misstates prior
21  testimony and it calls for speculation.
22   MR. HAMES: Q. If you know.
23   A. I don't know.
24   Q. Okay. You also spoke to Mr. Fronk who's retired,
25  right?

72

1    A. He is.
2    Q. Do you know where he lives?
3    A. Westerville.
4    Q. Did you talk to him this morning?
5    A. No, I did not.
6    Q. Do you have his phone number?
7    A. Not with me, no.
8    Q. Okay. Is it something that you'd be able to
9  obtain?
10   A. If I were in my office.
11   Q. Okay. And what did he tell you with regards to the
12  pyrometric cones and their packaging?
13   A. He told me that they started using Vermiculite in
14  1963.
15   Q. Okay. And your attorney's probably going to
16  object, but I'm going to ask you essentially the same
17  question with respect to Mr. Fronk.
18     Do you know how it is that he knows that they
19  didn't start using Vermiculite until 1963?
20   MS. GOLDEN: Same objections I made before. It
21  calls for speculation. It calls for hearsay. And it lacks
22  foundation.
23     Do you know how he knows?
24   THE WITNESS: Yeah. I do.
25   MR. HAMES: Q. Okay. How does he know?

73

1    A. He was there.
2    Q. When did he start working for Orton?
3    A. I'm not exactly sure of the exact date.
4    Q. Okay. Can you give me a rough estimate?
5    A. Early '60's.
6    Q. Do you know if he worked there prior to 1963?
7    A. I would have to say that I'm assuming that he did.
8  Because -- and I'm recalling a conversation I had back in
9  2004. Not recently.
10   Q. Okay.
11   A. He did -- he was actually part of the decision
12  making process.
13   Q. Okay. And when you're referring to the decision
14  making process are you talking about the decision to switch
15  from Vermiculite -- or rather switch from sawdust to
16  Vermiculite?
17   A. Yes.
18   Q. Okay. Let's talk about that a little bit.
19     Do you know why that decision was made?
20   A. I know what I was told. I was told that there were
21  a couple of issues. One, no one makes sawdust as a product.
22  It's a by-product. The reliability of supply was very
23  suspect. They never knew if they'd have enough. And the
24  other was it was a fire hazard.
25   Q. Oh. Okay. Were there any other reasons that

19 (Pages 70 to 73)

74

1 you're aware of other than the one you just mentioned?
2     A. I was not told any other reasons.
3     Q. Okay. And so Mr. Chase was involved in that
4 decision. Do you know anyone else that was?
5     A. No, that wasn't what I said.
6        MS. GOLDEN: I'm going to object that it misstates
7 prior testimony.
8        MR. HAMES: Q. Okay, I'm sorry, I must have
9 misunderstood you, then.
10     A. Mr. Fronk.
11     Q. Mr. Fronk was involved in that decision. Okay.
12       Do you know anyone else that was involved in that
13 decision other than Mr. Fronk?
14     A. I would assume that the general manager at that
15 time would have been. It being such a small organization.
16 Nothing happens without the general manager's knowledge.
17     Q. Okay. Do you know the names of any individuals
18 that were involved in that decision?
19     A. I know the name of the general manager at that
20 time.
21     Q. Who was it?
22     A. Mike Vucavich.
23     Q. Can you spell that one?
24     A. No.
25     Q. Can you just say it one more time?

75

1     A. Vucavich.
2     Q. With a V?
3     A. V, yes.
4     Q. Is Mike Vucavich still alive?
5     A. I'm not sure.
6     Q. Do you know where he was last living?
7     A. In the Columbus area. Best of my knowledge.
8     Q. Okay. Other than Mr. Vucavich and Mr. Fronk do you
9 know of anyone else that may have been involved in the
10 decision to switch from sawdust to Vermiculite?
11     A. I do not, no.
12     Q. So was Orton paying for the sawdust? Prior to '63?
13 For the packaging?
14     A. I assume they were. I don't know.
15     Q. Okay. And why was Vermiculite chosen, if you know?
16     A. I would only be speculating if I said why. I don't
17 know why. One thing is it's not flammable.
18     Q. Okay. Well, it just seems to me like sawdust would
19 be a lot cheaper than Vermiculite, so now they're paying for
20 Vermiculite. Do you know if they were paying more for the
21 Vermiculite than they were to the sawdust?
22       MS. GOLDEN: Okay, I'm going to object. Just
23 please proceed by question and answer. I'm going to object
24 to your preface. Whatever your opinions are doesn't really
25 matter. So if you have a question, ask it.

76

1       MR. HAMES: Q. Do you know if they were paying more
2 for the Vermiculite than they were for the sawdust?
3     A. I do not know.
4     Q. Okay. Okay, other than these three companies that
5 were supplying Vermiculite to Orton, do you know of anyone
6 else that may have supplied Vermiculite to Orton at any time?
7       MS. GOLDEN: I'm going to object. It's been asked
8 and answered. Twice.
9       MR. HAMES: Q. Go ahead, you can answer it.
10       MS. GOLDEN: You can answer it one more time.
11       THE WITNESS: I know of no one else.
12       MR. HAMES: Q. Okay. Do you know where W.R.
13 Grace's Vermiculite came from that was supplied to Orton?
14       MS. GOLDEN: I'm going to object. This is beyond
15 the scope of his knowledge.
16       MR. HAMES: Q. Well, he can tell me if it is or if
17 it isn't.
18       MS. GOLDEN: Do you know where it came from?
19       THE WITNESS: Do I know where it was exfoliated?
20       MR. HAME: Q. Yeah, do you know exactly where on
21 the earth it came from?
22       MS. GOLDEN: Okay, I'm going to object. As -- it's
23 vague and ambiguous, and over broad.
24       MR. HAMES: Q. Go ahead. You can answer.
25       MS. GOLDEN: When you say came from are you talking

77

1 about where it was mined?
2       MR. HAMES: Yes.
3       MS. GOLDEN: Where it was exfoliated.
4       MR. HAMES: Exactly. Where it was mined.
5       MS. GOLDEN: Where it was mined, okay.
6       THE WITNESS: I don't know.
7       MR. HAMES: Q. Do you know how many mines W.R.
8 Grace had?
9       MS. GOLDEN: I'm going to object. That's outside
10 his -- it's outside the notice and it's outside the scope of
11 his knowledge.
12       MR. HAMES: Q. I'm just asking if you know.
13       MS. GOLDEN: Okay, it's outside the scope of the
14 notice of the deposition. How many mines does W.R. Grace
15 have?
16       Did you -- does he ever know how many mines they
17 had?
18       MR. HAMES: I completely disagree. I want --
19     Q. Go ahead and you can answer.
20       MS. GOLDEN: You can answer.
21       MR. HAMES: I don't want to drag this out any
22 longer than we already have.
23       THE WITNESS: I know of two.
24       MR. HAMES: Q. Okay.
25     A. That's all I know of.

20 (Pages 74 to 77)

TOOKER & ANTZ COURT REPORTING & VIDEO SERVICES (415-392-0650)
Case 2:17-cv-00063-D    Document 63-7    Filed 05/21/19    Page 20 of 49

78

1    Q.  Let me ask you in particular.  Do you know if any
2    of the Vermiculite ever supplied to Orton came from W.R.
3    Grace's Libby, Montana mine?
4    A.  I do not know.
5    Q.  What about the Zonolite Company's mine?  Do you
6    know where the Zonolite Company's mine was?  Vermiculite
7    mine?
8    A.  Well, actually --
9    MS. GOLDEN:  Wait, wait a minute.  I'm going to
10   object.  It's vague and ambiguous and it's over broad as to
11   time.  Are you talking about any time in the history of the
12   Zonolite company?
13   MR. HAMES:  Let's say in 1963.
14   MS. GOLDEN:  Okay.
15   THE WITNESS:  I'm -- I'm going to have to speculate
16   here.
17   MS. GOLDEN:  We don't want you to speculate.
18   THE WITNESS:  Well, because I don't know.  If I
19   can't speculate then I don't know.
20   MR. HAMES:  Q.  Okay.  Okay.  Are you aware -- let
21   me just ask you just for your background.  Are you aware that
22   there's a Vermiculite mine in Libby, Montana where issues
23   pertaining to it being contaminated with asbestos have been
24   reported?
25   MS. GOLDEN:  Okay, I'm going to object.  I don't

79

1    see the relevance of that at all to this deposition.  Or to
2    the notice.
3    Have you -- you're asking him if he's ever heard of
4    the Libby -- the whole Libby mess?
5    MR. HAMES:  Yes.
6    MS. GOLDEN:  I mean, come on.  What does that have
7    to do with this case?
8    MR. HAMES:  That's exactly what I'm asking him.
9    MS. GOLDEN:  What does that have to do with this
10   case?
11   MR. HAMES:  It's plaintiff's contention that some
12   of the Vermiculite supplied to Orton --
13   MS. GOLDEN:  Uh-huh.
14   MR. HAMES:  -- came from that particular mine.
15   MS. GOLDEN:  Uh-huh.
16   MR. HAMES:  So I'm asking him for his foundation if
17   he's aware there's a Vermiculite mine there.
18   MS. GOLDEN:  First of all, he doesn't even deal --
19   MR. HAMES:  I'm asking him.
20   MS. GOLDEN:  First of all, you are assuming, you
21   are completely assuming -- first of all, he came in 2001.  He
22   has nothing ever to do with ordering Vermiculite, and you're
23   assuming that what is in his brain about what he may have
24   read anywhere in the outside world about Libby Montana has
25   anything to do with this case.

80

1    Where do you make that leap?
2    MR. HAMES:  Can you hand me Exhibit number 1,
3    please?
4    (Pause.)
5    You're instructing him not to answer my question?
6    MS. GOLDEN:  No, I didn't.
7    MR. HAMES:  Q.  Okay, you can answer.
8    MS. GOLDEN:  You show me in your deposition notice
9    where he has to know anything -- what his personal knowledge
10   is.  About Libby, Montana.
11   MR. HAMES:  Are you instructing him not to answer
12   my question?
13   MS. GOLDEN:  Where is the category?  Yes, I'm going
14   to until you tell me what the category is.
15   MR. HAMES:  I don't think there is a particular
16   category.  The questions in the deposition are not limited
17   just to the categories.
18   MS. GOLDEN:  Well, yes, they really are.  Yes, they
19   are.  And they're also supposed to be limited, Scott, to
20   where there is identification in the case.  Of which there is
21   none.
22   MR. HAMES:  I know your arguments for your motion
23   for summary judgment.
24   MS. GOLDEN:  Of which there is none.
25   MR. HAMES:  I know your arguments.

81

1    MS. GOLDEN:  In fact maybe I should attach the
2    separate statement of facts from our motion for summary
3    judgment to the notice, undisputed testimony from your
4    client.  What is -- what he knows about Libby Montana has
5    absolutely no bearing or relevance in this case.
6    Now, if you want to ask him about one of your
7    categories that have to do with W.R. Grace, you can ask him
8    that.
9    MR. HAMES:  Okay.  Look.  You're making this a lot
10   more difficult than it has to be.
11   MS. GOLDEN:  You keep saying that, and the problem
12   is that your questions are not narrowed enough to the issues
13   in this case or the issues that you want him to testify to
14   pursuant to your deposition notice.
15   MR. HAMES:  Q.  Do you know if any of the
16   Vermiculite came from the Libby, Montana mine?  Operated
17   either by the Zonolite Company or W.R. Grace?  That Orton
18   used in the packaging of its cones?
19   A.  I do not know.
20   Q.  Do you know the location of any of the actual mines
21   where any of the Vermiculite came from that Orton used in the
22   packaging of its cones?
23   A.  Yes.
24   Q.  Okay.  Where did it come from?
25   A.  South Africa.

21 (Pages 78 to 81)

82

1    Q.  How do you know that?
2    A.  Because that's where J.P. Austin imported the
3  material from.
4    Q.  Okay.  And how do you know that J.P. Austin got the
5  Vermiculite from South Africa?
6    A.  I spoke with Jerry Austin.
7    Q.  Okay.  And who's Jerry Austin?
8    A.  He's the principal of J.P. Austin.
9    Q.  And he's the one that told you that it came from
10  South Africa?
11    A.  Yes.
12    Q.  Do you know what years they got the Vermiculite
13  from South Africa?
14    A.  His statement was to me we've always gotten it
15  there and we still do.
16    Q.  Okay.  Did he tell you if they got it anywhere else
17  other than South Africa?
18    A.  That was the only place, he said.
19    Q.  Okay.  All right.
20        When did W.R. Grace supply Vermiculite -- well,
21  let's take -- actually, let me back up.  Let me withdraw that
22  question.
23        Do you know when the Zonolite Company supplied
24  Vermiculite to Orton for use in the packaging of the
25  pyrometric cones?

83

1    A.  Yes.
2    Q.  Okay.  What years was that?
3    A.  I'd have to look at the checks.  The canceled
4  checks.
5    Q.  That's fine.  You can go ahead and look at those.
6    MS. GOLDEN:  Okay.
7    MR. HAMES:  Q.  I don't want you to review all of
8  them, but I'm talking about when they first started.
9    MS. GOLDEN:  Okay, wait a minute here.  You've
10  asked him two things, when they first started and what years
11  they supplied it.  For him to give you the years he's going
12  to have to look at all of the checks.  If you want him to do
13  that that's fine, but we can take a break at least while he's
14  doing that, okay?
15    MR. HAMES:  Okay, why don't we do that.
16    Q.  Okay.  I would like you to look through -- before
17  we go off the record, what I'm going to do is I'm going to
18  ask you with respect to each one of those companies I want to
19  know when they first started and when they stopped supplying
20  the Vermiculite, so we have some time frame for who was
21  supplying the Vermiculite to Orton, okay?
22    MS. GOLDEN:  Right.  At the various times.  When it
23  will start, when it will stop, whenever it starts again.
24    MR. HAMES:  However you want to categorize it.
25  It's really important.

84

1    MS. GOLDEN:  I think what we need to do is we might
2  as well take a lunch break.  I have a copy of these.  We can
3  go through them.
4    MR. HAMES:  You sure you want to take a lunch
5  break?  We have to be at court at 2:00 o'clock.
6    MS. GOLDEN:  You have to be at court.  I don't have
7  to be at court.  He doesn't have to be at court.
8    MR. HAMES:  Is it really going to take you that
9  long, do you think?
10    MS. GOLDEN:  Well, we got to look through them.
11    MR. HAMES:  He may know without having to look
12  through them.
13    MS. GOLDEN:  You just asked him and he said he
14  doesn't.
15    THE WITNESS:  I can easily tell by looking.
16    MR. HAMES:  Q.  How long do you think it's going to
17  take you to look through them?
18    A.  I don't have a good estimate.  15 minutes.
19    MR. HAMES:  Why don't we just take 15 minutes.
20    MS. GOLDEN:  Listen to me.  Do you know -- this is
21  one of the things that I'm totally confused about, is checks
22  written to W.R. Grace versus Zonolite.  I have no idea when
23  they changed their name.  Do you know anything about that?
24    THE WITNESS:  No.  The only thing I know is --
25    MS. GOLDEN:  You'll have to look at this, right?

85

1    THE WITNESS:  Have to look at the checks.
2    MS. GOLDEN:  Okay.
3    THE WITNESS:  It was either made out to Zonolite,
4  W.R. Grace or Austin.
5    MR. HAMES:  Okay.  I can probably save us some time
6  then.
7    MS. GOLDEN:  Because I don't know when Zonolite
8  changed to W.R. Grace.  I don't know when they --
9    MR. HAMES:  Q.  We can go through the checks just as
10  well.
11    A.  Sure.
12    Q.  So other than the checks you don't know exactly
13  when any of these three companies was supplying Vermiculite
14  to Orton.  Is that right?
15    A.  Other than my conversations with Mr. Fronk.  And
16  Mr. Chase.
17    Q.  Right.  But they didn't tell you the exact years?
18    A.  Oh, no.
19    Q.  Okay.  So in order to obtain that information, the
20  best source of information is to look through the checks,
21  figure out exactly when they were written --
22    A.  Um-hum.
23    Q.  -- the date on those checks and who they were made
24  out to.
25    A.  That's right.

22 (Pages 82 to 85)

86

1  Q.  As to who supplied the Vermiculite to Orton.
2  A.  Yes.
3  Q.  And when.
4  A.  Sure.
5  Q.  Okay.  Do you know what the dates on the checks
6  themselves represent?  In other words, let's look at the
7  first one as an example.  Okay?  This is dated March 20th,
8  1963.
9  A.  Um-hum.
10  Q.  Do you know if they were paid -- and this is to the
11  Zonolite Company.
12  A.  Um-hum.
13  Q.  Do you know if the Zonolite Company was paid when
14  the Vermiculite was delivered?  Or after some other point?
15  A.  Do I know -- no, I don't know specifically.
16  Q.  Okay.  Do you know if, for example, it took any
17  period of time for Orton to start including the Vermiculite
18  for this particular check into the packaging?
19  Like was there -- in other words, do you understand
20  what I'm getting at?  Like the Vermiculite, was it sitting
21  around for a year before they stuck that particular
22  Vermiculite into the package?
23  A.  Oh, I don't know that.
24  Q.  Okay.  Do you know if Orton had some sort of
25  warehouse or a room or something where they kept the

87

1  Vermiculite?
2  A.  Yes, I -- well -- I'm not sure.
3  Q.  Okay.
4  A.  To be honest with you.
5  Q.  Do you know how the Vermiculite that was supplied
6  by these various companies was packaged?
7  A.  Mr. Fronk told me it came in bags.
8  Q.  Okay.  Do you know if the bags had the names of the
9  suppliers on them?
10  A.  Oh, I don't know that.
11  Q.  Do you know if the bags were stacked somewhere at
12  the -- at Orton?
13  A.  Do I know personally?  No.
14  Q.  What I'm trying to figure out is how long would it
15  take a particular bag to go into one of the boxes of cones?
16  Do you know that?
17  A.  There's no way of me knowing that.
18  MS. GOLDEN:  Let's take a break.
19  MR. HAMES:  Okay.
20  THE VIDEOGRAPHER:  This marks the end of Tape 1 of
21  Volume I of the deposition of Gary Childress.  Going off the
22  record the time is 12:24.
23  (Brief recess taken.)
24  THE VIDEOGRAPHER:  This marks the start of Tape 2
25  of Volume I, the deposition of Gary Childress.  Going on the

88

1  record the time is 12:40.
2  MR. HAMES:  Q.  Okay, I think we've exhausted the
3  issues pertaining to the checks, so I'm not going to ask you
4  any more questions about that right now.
5  I want to talk about some of these other documents.
6  The documents themselves all speak for themselves, but I just
7  need to mark everything.
8  So let's just grab this one right here that's dated
9  October 8th, 1976.  Can you identify what this is, please?
10  A.  Yeah.  It's an analysis of the crude Vermiculite
11  done by the Atlanta Testing and Engineering Company, and the
12  material originated from the Palabora Mine in South Africa.
13  Q.  Okay.  Was this testing done at the request of
14  Orton?
15  A.  No.
16  Q.  Do you know how this testing went about?  How it
17  originated?
18  MS. GOLDEN:  You mean who requested it?
19  MR. HAMES:  Yeah.
20  THE WITNESS:  Well, based on the address that it
21  was sent to, I would assume that American -- what is that --
22  American Vermiculite?
23  MR. HAMES:  Q.  Uh-huh.
24  A.  Requested it.
25  Q.  Okay.  And I just got this before your deposition,

89

1  so I haven't read through everything, but do you know if --
2  do you know if the American Vermiculite Corporation ever
3  supplied Vermiculite to Orton?
4  A.  No, they supplied to J.P. Austin.  They were the
5  importer.
6  Q.  Oh, okay.  That explains it.
7  Was this document -- obviously it must have been
8  provided to Orton at some time.
9  A.  It was.
10  Q.  Do you know when it was?
11  A.  The received date.
12  Q.  Okay, at the top.  Will you just read it for the
13  record?
14  A.  The received date stamped by Orton was December
15  1st, it looks like 1978.
16  Q.  Okay.  Why don't we go ahead and mark that next in
17  order.
18  (Whereupon Plaintiff's Exhibit 4 was marked for
19  identification.)
20  MR. HAMES:  Q.  Okay, and you produced this next
21  document.  Dated September 2nd, 1981.  And essentially that's
22  a request to -- who is it addressed to?
23  A.  W.R. Grace & Company.
24  Q.  For their material safety data sheets, right?
25  A.  That's correct.

23 (Pages 86 to 89)

90

1    Q.  Okay.  And is that Mr. Fronk that you were
2  referring to throughout your deposition?
3    A.  The same.
4    Q.  Okay.  Why don't we go ahead and mark that next in
5  order.
6  (Whereupon Plaintiff's Exhibit 5 was marked for
7        identification.)
8        MR. HAMES:  Q.  Do you know why that request was
9  made?
10        MS. GOLDEN:  I'm going to object.  It calls for
11  hearsay -- I mean it calls for speculation.
12        THE WITNESS:  If the documents speak for
13  themselves, read it.
14        MR. HAMES:  Q.  Okay.
15        MS. GOLDEN:  He'll be a lawyer by the time --
16        MR. O'SHEA:  Picking up the lingo.
17        MR. HAMES:  Q.  And then there was a -- let's see --
18        MS. GOLDEN:  You looking for the response from
19  Grace?
20        MR. HAMES:  Yeah, exactly.
21        MS. GOLDEN:  That was attached to the document
22  request.
23        MR. HAMES:  Right, okay.
24        MS. GOLDEN:  But I'm not quite sure if I provided
25  it again or not.

91

1        MR. HAMES:  I have it.
2        MS. GOLDEN:  But I have it right here.
3        MR. HAMES:  I have it right here.  I just ripped it
4  off the top.
5        MS. GOLDEN:  Okay.
6        MR. HAMES:  Q.  And then you received -- was that
7  the response that you received from Grace?  That Orton
8  received from Grace from Exhibit number 5?  The Fronk letter?
9    A.  Yes.
10    Q.  Okay.  So let's go ahead and mark that next in
11  order.
12  (Whereupon Plaintiff's Exhibit 6 was marked for
13        identification.)
14        MS. GOLDEN:  And that includes the material safety
15  data sheet from Grace.
16        MR. HAMES:  Right.  And the cover letter.
17        MS. GOLDEN:  And the cover letter.
18        MR. HAMES:  Q.  Okay.  Can you -- this next document
19  that's dated September 1st, 1983, can you just briefly
20  describe what that is?
21    A.  It came out of the minutes of the annual board
22  meeting.
23    Q.  And who's the author?
24    A.  The author is Bill Chase.
25    Q.  Okay.  And Mr. Vukovich's name?

92

1    A.  Vukovich -- that's how you spell it.
2    Q.  That's how you spell it.  It's on there, right?
3    A.  Right.
4    Q.  Okay.
5    A.  Mr. Vukovich was the general manager at that time.
6    Q.  Okay.  And then we also have a material safety data
7  sheet from J.P. Austin.
8        Wait, did we mark that one?  Let's mark this.  Just
9  for the record, we're marking the September 1st, 1983 minutes
10  as next in order.
11  (Whereupon Plaintiff's Exhibit 7 was marked for
12        identification.)
13        MS. GOLDEN:  That you already got with the document
14  production.
15        MR. HAMES:  Yeah.  You know, I don't think I marked
16  it though, have I?
17        MS. GOLDEN:  No, I don't think you have.  No, you
18  haven't.
19        MR. HAMES:  Okay.
20    Q.  And the next document is the Material Safety Data
21  Sheet from J.P. Austin; is that right?
22    A.  That's correct.
23    Q.  Okay.  We'll just go ahead and mark that as next in
24  order.
25  (Whereupon Plaintiff's Exhibit 8 was marked for

93

1        identification.)
2        MR. HAMES:  Q.  Okay, is that everything that
3  we've -- that was produced today?
4        MS. GOLDEN:  Yeah.
5        MR. HAMES:  I just want to make sure I didn't leave
6  anything out.
7        MS. GOLDEN:  You've got something laying over there
8  with the sticker on it.  I just want to make sure it gets
9  back in the pile.
10        MR. HAMES:  Yeah, that's the depo notice.
11        MS. GOLDEN:  I've taken them home before.
12        MR. HAMES:  Oh --
13        Can I keep this?
14        MS. GOLDEN:  I don't know what it is.
15        MR. HAMES:  The verifications.
16        MS. GOLDEN:  Yeah, it's for you.
17        MR. HAMES:  I don't know if we served --
18        MS. GOLDEN:  Yeah, I have extra copies of that.
19        MR. HAMES:  That saves us from having to mark all
20  of the --
21        MS. GOLDEN:  Yeah, right.
22        MR. HAMES:  Q.  So let me just ask you some
23  questions.  Have you ever heard -- or at some point did W.R.
24  Grace send you information pertaining -- well, they did send
25  you information pertaining to their Vermiculite being

24 (Pages 90 to 93)

TOOKER & ANTZ COURT REPORTING & VIDEO SERVICES (415-392-0650)
Case 2:17-cv-00063-D   Document 63-7   Filed 05/21/19   Page 24 of 49

94

1 contaminated with asbestos; is that right?
2     A. No, actually, it's --
3     MS. GOLDEN: I'm going to object. It misstates --
4 it misstates what the document says, and it speaks for
5 itself.
6     MR. HAMES: Q. Well, do you have information, or
7 did W.R. Grace ever inform Orton that any of the Vermiculite
8 it supplied -- that it actually supplied to Orton was ever
9 contaminated with asbestos?
10     A. Asbestos?
11     Q. Yes.
12     A. I think it's -- that the MSDS says tremolite.
13     Q. Okay. When was it that Orton first learned that --
14 okay, let me back up.
15     It's not totally responsive to my question.
16     Do you know if any of the Vermiculite that was
17 actually supplied to Orton by W.R. Grace was in fact
18 contaminated with tremolite?
19     A. No.
20     Q. Okay. Is there any way for you to find out that
21 you know of? Any documents or anyone you could talk to?
22 Anything like that?
23     A. If you can get W.R. Grace to produce their records.
24 Lots of luck. I tried.
25     Q. You did? Do you know if Orton has ever tested any

95

1 of the Vermiculite it used in its packaging for the presence
2 of tremolite?
3     A. Not to the best of my knowledge, no. There's no
4 record for that.
5     Q. Okay. Have you ever heard of -- or are you aware
6 of J.P. Austin's Vermiculite ever being contaminated with
7 tremolite?
8     A. No, I've never heard of that.
9     Q. And what about the Zonolite Company? Do you know
10 if their Vermiculite was ever contaminated with tremolite?
11     A. I don't know about Zonolite. We do not -- back in
12 those days I don't even think there was such a thing as an
13 MSDS.
14     Q. Okay. After Orton received the MSDS from W.R.
15 Grace pertaining to the tremolite -- and I think that was in
16 1981; is that right?
17     MS. GOLDEN: That's right. That's when it's dated.
18     MR. HAMES: Yeah, I think it's dated --
19     THE WITNESS: Yeah, September, I think.
20     MR. HAMES: Q. Were there any discussions that
21 you're aware of, were there any decisions made pertaining to
22 whether or not they should continue using Vermiculite?
23     A. The -- the only records that I found in document
24 review was the exhibit from the board minutes. Where it
25 referred to it as -- it was just nuisance dust, and it made

96

1 the plant dirty, and they wanted to get it out of the plant
2 because it was dirty.
3     Q. Okay. Were there any concerns as far as you're
4 aware that Orton had pertaining to any hazards associated
5 with Vermiculite being contaminated with tremolite?
6     A. There -- there's no records that I'm aware of. No.
7 No.
8     Q. Were there ever any like safety precautions given
9 to Orton's own employees pertaining to their handling of
10 Vermiculite that may be contaminated with tremolite?
11     A. Not to my knowledge, no.
12     Q. Were like the Orton employees required to wear any
13 sort of breathing protection?
14     MS. GOLDEN: At any time?
15     MR. HAMES: Q. Well, let's say from '63 to '83.
16     A. To the best of my knowledge they were never
17 required to wear protection.
18     Q. Okay. Do you know why the decision was made to
19 switch from Vermiculite to the foam that they're using today?
20     A. Other than what I just said, that -- in the minutes
21 that said that it was dirty. It created a lot of dust and it
22 made the plant dirty. And that's the only -- the only
23 information that I've found referring to making the change at
24 all.
25     Q. Have you heard of any of Orton's former employees

97

1 ever developing an asbestos-related illness?
2     A. No, I have not.
3     Q. Are you aware of any Workers' Compensation claims
4 or anything like that made against Orton by its own employees
5 for exposure to asbestos?
6     A. None to my knowledge. Certainly none in the time
7 frame that I've been the general manager. I can speak
8 specifically there, no, none during that time frame.
9     Q. Okay. We've talked about a few people that worked
10 for Orton. And Mr. Chase who still works there.
11     A. Um-hum.
12     Q. Can you tell me the names of anyone else that
13 worked for Orton during the time period of 1963 and 1983 that
14 you know is still alive?
15     MS. GOLDEN: Other than the ones he's already told
16 you about?
17     MR. HAMES: Q. Yeah, other than the ones you've
18 already mentioned.
19     MS. GOLDEN: Okay.
20     THE WITNESS: One other that I know.
21     MR. HAMES: Q. Who's that?
22     MS. GOLDEN: Now you can't remember his name?
23 Sounds like me.
24     THE WITNESS: His first name's Jim. Whitfield.
25     MS. GOLDEN: There you go.

25 (Pages 94 to 97)

98

1    THE WITNESS:  Took a minute to drag that one out.
2    MR. HAMES:  Q.  Where does Jim Whitfield live?
3    A.  In Columbus.
4    Q.  Is he retired?
5    A.  Yes.
6    Q.  What was his position within Orton?
7    A.  He was a press operator.
8    Q.  Is that on the line where they were making the
9    cones?
10   A.  Yes.
11   Q.  Okay.  Because Orton makes other stuff that's not
12   at issue in this case, right?
13   A.  Right.
14   Q.  Okay.  And you know, I kind of limited that
15   question.
16       Let me just open it up.  Do you know anyone else
17   that's still alive that you haven't already mentioned that
18   ever worked for Orton prior to 1983?  Because I limited it to
19   '63 to '83.  Do you know anyone who might have worked there
20   before '63, in other words, who's still alive?
21   A.  Other than the ones I've mentioned, no.
22   Q.  Your answer just confused me, so hold on a
23   second.  Correct me if I'm wrong, but are there -- I didn't
24   think that there were any individuals that you knew of that
25   worked there prior to 1963 that were still alive.  Is that

99

1    right?
2    A.  Vukovich.
3    Q.  Oh, okay, Vukovich was.  Do you know when he worked
4    there?  For Orton?
5    A.  I do not know when he started.  No.
6    Q.  Do you know when he left?
7    A.  I don't know the exact time frame, but it was like
8    1991, '92.  Somewhere in that time frame.
9    Q.  What was his job title?
10   A.  General manager.
11   Q.  Okay, you don't know when he started but you're
12   pretty sure that he started before 1963?
13   A.  Yeah.
14   Q.  Okay.  Do you know if he worked there prior to
15   1960?
16   A.  I don't know.
17   Q.  Okay.
18   A.  I'm not -- I just don't know when he started.
19   Q.  Okay.  When was the last time you talked to him?
20   A.  Actually right after I came to work at Orton.
21   Q.  In 2001?
22   A.  2001, 2002 time -- because I came at the end of
23   2001.  It might have actually been 2002.
24   Q.  Okay.  Can you just, if you know, briefly tell me
25   how it was that Orton started using Vermiculite?  I mean,

100

1    were they approached by -- I think Zonolite was the first
2    one.  Like a sales rep or something?
3    MS. GOLDEN:  You mean how they came to the
4    decision --
5    MR. HAMES:  Yeah.
6    MS. GOLDEN:  -- to use Vermiculite as opposed to
7    anything else.
8    MR. HAMES:  Q.  As opposed to any other thing.  We
9    already talked about that sawdust was not as reliable and a
10   fire hazard and stuff, but why -- why Vermiculite?  If you
11   know?
12   A.  I really don't know.  I could make statements
13   regarding the properties of Vermiculite that would make you
14   want to use it.
15   Q.  Right.
16   A.  It's nice and spongy once it's exfoliated.  It
17   would be a good cushioning, packaging material.  I don't
18   think that -- I can't -- I can't tell you this for certain, I
19   don't think we were -- that Orton was the only people who
20   used it for packaging.  There were other things probably
21   packaged in Vermiculite.
22       You probably know that better than I do.  But it --
23   it's a real spongy granule.
24   MS. GOLDEN:  Oh, he's seen it.  They have a
25   picture.

101

1    MR. HAMES:  We have a box of it, actually.
2    THE WITNESS:  Okay.  Well, you know what it looks
3    like.
4    MS. GOLDEN:  I think what you're indicating, it was
5    a common packaging material, it could very well have been a
6    common packaging material.
7    THE WITNESS:  Um-hum.
8    MR. HAMES:  Right, okay.
9    Q.  Between -- okay.  Another area that I'm kind of
10   interested in is do you know who else manufactures pyrometric
11   cones in the United States?  Say who else was doing it in the
12   1950's?  Who else was making them?
13   MS. GOLDEN:  Just in the United States?
14   MR. HAMES:  Yeah, just in the United States.
15   MS. GOLDEN:  Oh.
16   THE WITNESS:  I don't know the date -- the dates
17   when they started and stopped.  But there was a company
18   called Bell Ceramics.
19   MR. HAMES:  Q.  Okay.  Anyone else?
20   A.  In the United States?  Not to my knowledge.
21   Q.  Let's open it up, because I don't think there's
22   going to be that many manufacturers, but you tell me.  Are
23   there a whole bunch of manufacturers that make these
24   pyrometric cones even today?
25   A.  No.

26 (Pages 98 to 101)

102

1    Q.  Or have over the years?
2    A.  No.
3    Q.  Can you tell me the names of Orton's competitors
4    that you're aware of that make the cones?
5    A.  Seager, S-e-a-g-e-r.  That's in Germany.
6    Q.  Right.
7    A.  Seager was the first company that ever made
8    pyrometric cones and General Orton actually went over and
9    talked with Dr. Seager.
10   Q.  Right.  Did they work together?
11   A.  I don't think they actually worked together.  He
12   went over and worked with Dr. Seager for a period of time and
13   then brought that technology back to the United States.
14   Q.  And Dr. Seager was the person that invented them,
15   right?
16   A.  Yes.
17   Q.  So General Orton worked with him and then developed
18   his own company -- or started making them in the United
19   States?
20   A.  Correct.
21   Q.  Other than Bell Ceramics and Seager are you aware
22   of any other companies that have ever manufactured pyrometric
23   cones?
24   A.  Yes.  There's a company in Brazil.  There's a
25   company in Japan.  And there's about -- there's either two or

103

1    three in China.  Mainland China.
2    Q.  Okay.  Any other ones?
3    A.  Those are the only ones I'm aware of.
4    Q.  Do you know the name of the company in Brazil?
5    A.  I can't recall it.
6    Q.  That's okay.
7        MS. GOLDEN:  That's all right.
8        MR. HAMES:  Q.  If it comes to you let me know.
9    A.  All right.
10   Q.  Do you know when they were making pyrometric cones?
11   When they were in business?
12   A.  As far as I know they're still in business, but I
13   do not know when they started.
14   Q.  Okay.  Do you know if they market cones in the
15   United States?
16   A.  I do not know.
17   Q.  Okay.  Do you know the name of the company in
18   Japan?
19   A.  No.  I don't remember the name of that company.
20   Q.  Same question.  Do you know if they marketed cones
21   in the United States?
22   A.  I'm not sure whether they do or not.
23   Q.  And do you know when they were in operation and
24   when they were making them?
25   A.  I don't know when they started, but I believe

104

1    they're still in operation today.
2    Q.  Okay.  Do you know any of the companies in China?
3    You said there were two or three.
4    A.  I don't.
5    Q.  Do you know their names?
6    A.  I don't know, no.
7    Q.  Do you know when they started making pyrometric
8    cones?
9    A.  No.
10   Q.  Do you know if they're still in business today?
11   A.  As far as I know they're still in business.
12   Q.  Do you know if they market their cones in the
13   United States?
14   A.  I do not know.
15   Q.  Okay.  Seager you mentioned is in Germany?
16   A.  Yeah.  Yes.
17   Q.  When did they start actually manufacturing the
18   cones?
19   A.  I don't know, but it would have been before
20   1896.  Since General Orton went there and started his company
21   in 1896.  So it had to be sometime before 1896.
22       MS. GOLDEN:  Well -- right.
23       MR. HAMES:  Q.  Right.
24       MS. GOLDEN:  Just based on logic.
25       MR. HAMES:  Q.  And are they still in operation

105

1    today?
2    A.  No, they are not.
3    Q.  When did they go out of business?
4    A.  Two or three years ago.
5    Q.  Okay.  Do you know how long -- were they making
6    pyrometric cones up to the time that they went out of
7    business two or three years ago?
8    A.  Except for a period during World War II when the
9    factory got bombed.
10   Q.  Where was their factory?
11   A.  In Germany.
12   Q.  Do you know where?
13   A.  I don't know what town, but they were bombed out of
14   business.
15   Q.  Yeah.
16       MS. GOLDEN:  I hope no one was killed.
17       MR. HAMES:  Yeah, no kidding.
18       MS. GOLDEN:  They probably were.
19       MR. HAMES:  Yeah.
20   Q.  Bell Ceramics, do you know when they started doing
21   business?
22   A.  I'm not sure when they started making cones.
23   Q.  Do you know if they're still in business today?
24   A.  They're not.  However, they stopped making cones
25   before they stopped selling cones.

27 (Pages 102 to 105)

TOOKER & ANTZ COURT REPORTING & VIDEO SERVICES (415-392-0650)
Case 2:17-cv-00063-D   Document 63-7   Filed 05/21/19   Page 27 of 49

106

1    Q. Do you know when they stopped selling them?
2    A. No, not exactly. No, I don't. Not exactly.
3    Q. Okay. So on Bell you don't know when they started
4    and you don't know when they stopped?
5    A. No, I don't have the dates.
6    Q. Do you know where they were located?
7    A. I think they had offices in Florida, but I don't
8    know if that's where they actually made the cones. They also
9    had offices in Tennessee and I think West Virginia or Ohio.
10   Over near the river. So it could have been on either side of
11   the river. I'm not sure exactly where. But I'm not sure
12   where they made them. Which location. They had -- I know
13   they had different locations that -- and that wasn't the only
14   thing they did. That wasn't their sole business.
15   Q. Okay. And so are they the only company you're
16   aware of that was in the United States that sold pyrometric
17   cones at any time other than your company?
18   MS. GOLDEN: That made them?
19   MR. HAMES: Q. That made them and sold them in the
20   United States?
21   A. They were the only one that I'm aware of that made
22   them in the United States.
23   MS. GOLDEN: I -- okay, I have a -- an objection.
24   Because it lacks foundation and assumes facts not in
25   evidence.

107

1    MR. HAMES: Q. It's kind of a two part question, so
2    let me just back up. All right?
3    Other than Bell Ceramics and Orton, are you aware
4    of any other companies that actually manufactured pyrometric
5    cones in the United States?
6    A. No.
7    Q. And other than those two companies, Orton and Bell
8    Ceramics, are you aware of any other companies that sold
9    pyrometric cones in the United States? At any time?
10   A. I'm --
11   MS. GOLDEN: Now we're talking worldwide here,
12   okay? That sold to the United States.
13   THE WITNESS: I don't know if they sold to the
14   United States or not.
15   MR. HAMES: Q. Okay. So your answer is you don't
16   know other than those two companies?
17   A. I'm not sure if they did or not.
18   Q. Okay. So did Orton -- did they ever have any
19   lawsuits or patent infringement problems or anything like
20   that with Bell Ceramics?
21   A. There is no patent.
22   Q. There's no patent on the product?
23   A. Um-um.
24   Q. Were they ever involved in any sort of litigation
25   or have any sort of problems with Bell Ceramics moving in on

108

1    their business?
2    A. You mean legal issues?
3    Q. Yeah. Or just, you know, it's their product.
4    Orton essentially created these things in the United States
5    and then they have Bell Ceramics right there in Ohio also as
6    their competitor. Was there any relationship at all either
7    hostile or friendly between those companies?
8    A. Yeah.
9    MS. GOLDEN: I'm going to object. First of all I
10   don't know what this has to do with anything in this case.
11   It's beyond the scope of the depo notice, and it calls for
12   speculation. It's vague -- it's over broad and it lacks
13   foundation.
14   MR. HAMES: Q. Go ahead, you can answer that.
15   MS. GOLDEN: Go ahead.
16   THE WITNESS: Yeah. Bell Ceramics had a problem
17   with Orton.
18   MR. HAMES: Q. And why was that, do you know?
19   A. Because we were a not for profit foundation and on
20   the side of every one of their boxes they put, "We are a tax
21   paying organization." Since we were a not for profit, a
22   501C-3, we were not a tax paying organization.
23   Q. Do you know any people that worked for Bell
24   Ceramics?
25   A. I only know Dick Bell.

109

1    Q. He's the owner?
2    A. He was the owner.
3    Q. Is he still alive?
4    A. Oh, no.
5    Q. Do you know when he passed away?
6    MS. GOLDEN: Decade?
7    THE WITNESS: Oh. At least ten years ago.
8    MR. HAMES: Q. Okay, how did -- if you know -- do
9    you know how Bell Ceramics packaged their pyrometric cones?
10   A. I really do not know. I've actually not seen a
11   package of theirs.
12   Q. Have you ever seen an actual Bell Ceramic cone?
13   A. Actually, we might have one on the board at Orton.
14   Q. Does it look different than Orton's cones?
15   A. No.
16   Q. Are they indistinguishable as far as you know?
17   Other than it being like on a board? Are there any marks,
18   writings, logos on them?
19   A. Nothing that I recall.
20   Q. Okay.
21   A. You'd have to go back to Seager, the formulas, and
22   how they work. It's on the Internet. If you want to make
23   cones -- be my guest.
24   Q. You can figure it out. Right?
25   A. Yes.

28 (Pages 106 to 109)

110

1    Q.  You know, why don't we just go ahead and mark one
2    of these photos that we have -- we had a guy that actually
3    had a box of cones.  He wasn't 100 percent sure when they
4    came from -- what time period.
5        And here's a photograph of it.
6    A.  Um-hum.
7        MS. GOLDEN:  Okay.  Now, is this the photograph
8    that was previously -- it's been previously marked to Mr.
9    Rosen's depo?
10       MR. HAMES:  Yes.  Actually -- you know what?  I'm
11   not 100 percent sure it's the exact same one.
12       MS. GOLDEN:  Well, how many photographs do you have
13   of this Orton box?
14       MR. HAMES:  I think we have two different ones.
15       MS. GOLDEN:  Two photos?
16       MR. HAMES:  And that one doesn't have an exhibit
17   sticker on it.
18       MS. GOLDEN:  No.  That's why I was asking.  I just
19   want to make sure that we have all the photos of this box.
20       MR. HAMES:  I think that there's two of them.
21   There's two kind of different angles on this.
22   Anyway.
23       MS. GOLDEN:  Let me see these.
24       MR. HAMES:  I think that this one is identical.
25       MS. GOLDEN:  This is a photocopy.

111

1        MR. HAMES:  Oh, this one's a little bit different.
2        MS. GOLDEN:  Yeah, I can tell.
3        MR. HAMES:  See, the back's different.  The angle
4    is different.  Let's just mark the clean one.
5        MS. GOLDEN:  Okay, because this one looks like an
6    original.  Is that what you want to mark?
7        MR. HAMES:  Yeah, I just want to ask him some
8    questions about it.
9        MS. GOLDEN:  Okay, all right.
10       MR. HAMES:  Q.  Well, you raise a good point.  We'll
11   mark a copy.  I have a color copy.
12       Take a look at that.
13       Okay.  All I want to do is talk to you a little bit
14   about what's written on the boxes and stuff.
15   A.  Um-hum.
16   Q.  So is that the logo, the O with the, looks like
17   almost like a flag pole with a triangle sticking off to the
18   right?
19   A.  Like a golf mark?
20   Q.  Yeah.
21   A.  Yeah, that's it.
22   Q.  Like a flag on a putting green or something?
23   A.  Yeah.
24   Q.  How long has that logo been used for Orton, if you
25   know?

112

1    A.  As far as I know, since the foundation was in
2    place.
3    Q.  Okay.  And you see the writing on there where it
4    says -- let's just look at the name where it says Orton
5    cones.
6    A.  Orton standard pyrometric cones?
7    Q.  Yes.
8    A.  Yes.
9    Q.  Is that on every single box that's been produced by
10   Orton as far as you know?
11   A.  As far as I know.
12   Q.  Has the writing or the appearance of that ever
13   changed?
14       Let me just ask you about the whole box.
15   A.  Okay.
16   Q.  So we don't have to pick through it.
17       MS. GOLDEN:  Go ahead.
18       MR. HAMES:  Q.  For the entire box, has the
19   appearance of the packaging of the cones ever changed over
20   time that you're aware of?
21   A.  Not that I'm aware of.  Orton is a fairly small
22   organization, as you've already determined.  And we didn't
23   use four color ink and cool things like that.  It was pretty
24   I guess utilitarian.
25   Q.  Okay.

113

1    A.  The way the boxes were printed.
2    Q.  This one has an address on it of 1445 Summit
3    Street?  Columbus Ohio?
4    A.  Yes.
5    Q.  We talked about that address.  That's where they
6    were at one point?
7    A.  That's correct.
8    Q.  Okay.  So -- I can't remember what you said about
9    that.  Let me look at my notes.
10       MS. GOLDEN:  He didn't recall when they moved.  If
11   that's what you're trying to find out.  You can tell -- if
12   you want me to short circuit this.
13       MR. HAMES:  Yeah.
14       MS. GOLDEN:  If you look at the checks, the address
15   on the checks changes in about '79.
16       MR. HAMES:  Okay.
17       MS. GOLDEN:  Okay?
18       MR. HAMES:  Q.  So, all right.  Based on your
19   counsel's representation about that, then we would know that
20   this box must be older than either 1979 or earlier, is that
21   right?
22   A.  It would be older than '79 or '80.  That was the
23   time frame that we moved.
24   Q.  At the moment that they moved did they switch the
25   addresses on the boxes?

29 (Pages 110 to 113)

114

1    A.  The typical way you can run a business is you would
2  use up your inventory.
3    Q.  Do you have any idea how long that took?
4    A.  Knowing how we guard our -- our funds, it wouldn't
5  take very long, because we wouldn't have a lot of inventory.
6    Q.  Okay.  How many boxes of Orton cones does Orton
7  sell like on a daily basis, or an annual basis, if you know?
8      MS. GOLDEN:  You're talking about any type of cone,
9  right?
10      MR. HAMES:  Q.  Yeah, either the shut off ones or
11  the witness ones.
12      MS. GOLDEN:  Okay.
13      MR. HAMES:  Q.  The various sizes.
14      MS. GOLDEN:  You're talking about now.
15      THE WITNESS:  What time frame?  Today?
16      MR. HAMES:  Q.  Like right now.
17    A.  Today?
18    Q.  Yeah.
19      MS. GOLDEN:  Boxes.  I don't know how many boxes
20  are in a batch.
21      THE WITNESS:  How many boxes we sell in a year?
22      MS. GOLDEN:  That's what his question was.
23      THE WITNESS:  I can actually probably tell you how
24  many cones we sell in a year easier, because it depends on
25  whether this is a box of 50 or a box of 25.  You know.

115

1      MR. HAMES:  Q.  Right.
2    A.  We talked about supporting being 25.
3      We do about in excess of 12 million cones a year.
4      MR. HAMES:  Q.  Okay.  Has that number increased or
5  decreased over time?
6    A.  Decreased.
7    Q.  Just generally.
8    A.  Decreased.
9    Q.  It has?  Was there a peak at some point?
10    A.  Yeah.  There was.  I can't tell you exactly which
11  year.  It was probably late '80's -- or excuse me -- late
12  '70's, early '80's.
13    Q.  Okay.  What about just the color of the box?  Has
14  that changed at all over time that you know of?
15    A.  As far as I know, it has always been a white box --
16  or an off white.  Just primarily, because otherwise the
17  printing doesn't show up on it very well.  If you use just a
18  cardboard colored box.  So since we don't put a label, we
19  actually print the box, it's always been either white or off
20  white, I think.
21    Q.  Do you know if Orton ever -- if they ever included
22  any instructions on how to use the cones on their boxes?  Or
23  within their boxes?  Like if there was a pamphlet or
24  something like that?
25    A.  I'm not aware of it in the box, no.

116

1    Q.  Or on the box?
2    A.  Or on the box.  I'm not aware of how to use them,
3  necessarily.
4    Q.  Okay.  Do you know if at any time Orton ever put
5  any warnings on any of their boxes pertaining to any
6  potential hazards from tremolite?  Or asbestos?
7      MS. GOLDEN:  Okay, I'm going to -- I'm going to
8  object, because that lacks foundation and assumes facts not
9  in evidence.
10      You can answer it, though.
11      THE WITNESS:  Okay.  I'm not aware of anyone, no.
12      MR. HAMES:  Q.  I can't remember if I asked you this
13  question, and it's really important.  Do you know if Orton
14  ever tested any of the Vermiculite that they used?
15    A.  You did ask me.
16    Q.  I'm sorry.  What was your answer?
17      MS. GOLDEN:  You can answer again.
18      THE WITNESS:  The answer is still the same.  No, we
19  did not.
20      MR. HAMES:  Q.  Okay, but you were supplied some
21  information of other people -- other companies that had
22  tested Vermiculite that Orton was using?  Is that right?
23    A.  Yeah.  We saw an engineering report from the
24  Atlanta Testing and Engineering Lab on the South African
25  Vermiculite.  And then we had an MSDS from both them and W.R.

117

1  Grace.
2      MR. HAMES:  Q.  Did you ever see any similar
3  engineering report from any of W.R. Grace's or the Zonolite
4  Company's Vermiculite?
5    A.  No.
6      MS. GOLDEN:  They were trying to hide everything,
7  as everybody knows.
8      MR. HAMES:  Q.  Okay.  I think I'm almost done, or I
9  think I might be done, so why don't I just take a minute --
10  you guys, why don't we take a break and I'll look through my
11  notes.
12      MS. GOLDEN:  Okay.
13      THE VIDEOGRAPHER:  Going off the record, the time
14  is 1:18.
15      (Brief recess taken.)
16      THE VIDEOGRAPHER:  Back on the record.  The time is
17  1:24.
18      MR. HAMES:  Q.  I just wanted to ask you a little
19  bit about with respect to the cones that they were selling
20  that were packaged in Vermiculite starting in 1963.  Was
21  there any geographic limitation as to where they were sold?
22    A.  No.
23    Q.  That you know of?
24    A.  No.
25    Q.  Okay.  And then off the record we talked a little

30 (Pages 114 to 117)

TOOKER & ANTZ COURT REPORTING & VIDEO SERVICES (415-392-0650)
Case 2:17-cv-00063-D   Document 63-7   Filed 05/21/19   Page 30 of 49

---

**118**

1  bit about how much Vermiculite Orton was using. Is there any
2  way for you to quantify that over the years? Or how many
3  bags during a week or a month or anything like that?
4      A. Not unless you could go back and find the -- the
5  cost per bag and then look at the checks, you could figure
6  out how many bags each check paid for and the frequency with
7  which the checks were written.
8      Q. Okay. And you don't know how much that would be?
9      A. No.
10     Q. Cost per bag?
11     A. No.
12     Q. Okay. Do you have any sort of understanding as to
13  how often Orton ordered Vermiculite over the years?
14     A. Yeah. It's very obvious in the checks. That --
15  basically when you receive an order of anything when the
16  material is received the clock starts running on most people
17  have net 30 days as your payment terms. Orton's always paid
18  their bills on time, so they would have paid within 30 days
19  of the receipt of the material. And so they would order,
20  obviously, before they ran out. But hopefully in time not to
21  have a lot of inventory, because that just ties up money.
22  And Orton is a -- is a foundation, and we do not work on a
23  revolver like most businesses do where you use a revolver to
24  cover your payments. We work out of a cash box.
25      So -- our cash box isn't that big. So we have to

---

**119**

1  pay for things when we get them, and General -- when you work
2  for the Orton Foundation you feel some responsibility to
3  General Orton and his reputation in the community.
4      Q. Okay. How much does -- do you -- let me ask you
5  this.
6      Are there particular distributors that Orton has
7  used over the years to sell their -- their cones?
8      A. Basically we do not have distributors by
9  territories. To be a distributor all you have to do is order
10  a minimum quantity of cones and you're a distributor.
11      So some of them I'm sure we've had for years. They
12  come and go. You know, the hobby ceramics business kind of
13  peaked in the early '80's and started down. It's been on a
14  pretty much a spiral since then.
15      So these people come and go. They're mostly, I
16  guess you would refer to them as mom and pop stores. They're
17  not big corporations. We're talking about a very niche
18  market. Probably before this all came up you had no idea
19  what a pyrometric cone was.
20      Q. You're right.
21      A. And probably no one else in this room except me
22  did.
23      MS. GOLDEN: I did.
24      THE WITNESS: Before this? Oh, that's right. You
25  used them.

---

**120**

1      Okay, we had two people in this room.
2      MR. HAMES: Q. How much does a box of Orton cones
3  cost, by the way?
4      A. Today?
5      Q. Yeah.
6      A. It's about 6 bucks.
7      Q. Okay.
8      MS. GOLDEN: For 100, or --
9      THE WITNESS: 50.
10      MS. GOLDEN: I mean for 50?
11      THE WITNESS: 50, yeah.
12      MR. HAMES: Q. Okay.
13      A. Used to be a lot less.
14      I should quantify that. That's six bucks retail.
15      Q. Right.
16      A. The distributors get 40 percent off of that.
17      Q. Okay. I think that those are all the questions
18  that I have.
19      You guys have anything to clarify for the record or
20  anything like that?
21      Okay. I really appreciate you coming all the way
22  out so that I could take your deposition.
23      A. Okay. You're welcome.
24      Q. It's been very helpful.
25  (Whereupon Plaintiff's Exhibit 9 was marked for

---

**121**

1      identification.)
2      THE VIDEOGRAPHER: This concludes the deposition of
3  Gary Childress. Two original videotapes will be retained at
4  Tooker & Antz, 350 Sansome Street, Suite 700, San Francisco,
5  California 94104, 415-392-0650. Going off the record, the
6  time is 1:29.
7      (Whereupon the deposition of Gary Childress was
8  concluded at 1:29 p.m.)
9
10      _____
10      GARY CHILDRESS
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

31 (Pages 118 to 121)

TOOKER & ANTZ COURT REPORTING & VIDEO SERVICES (415-392-0650)
Case 2:17-cv-00063-D   Document 63-7   Filed 05/21/19   Page 31 of 49

## A

**able** 72:8
**absolutely** 18:1 59:21
  67:19 81:5
**accuse** 30:22
**acquisition** 8:18
**action** 4:23
**actual** 18:16 81:20
  109:12
**address** 6:8 18:16,20
  88:20 113:2,5,14
**addressed** 89:22
**addresses** 19:3
  113:25
**administer** 3:6
**advised** 6:21
**africa** 81:25 82:5,10
  82:13,17 88:12
**african** 116:24
**ago** 46:18 70:22
  105:4,7 109:7
**agree** 69:24
**ahead** 26:19 43:12,22
  44:10 62:5 66:16,18
  69:23 70:1 76:9,24
  77:19 83:5 89:16
  90:4 91:10 92:23
  108:14,15 110:1
  112:17
**al** 1:8 4:13
**alive** 32:16 70:14
  75:4 97:14 98:17,20
  98:25 109:3
**allows** 66:2
**ambiguous** 34:3
  37:18 39:24 42:19
  57:1 59:3 62:8
  76:23 78:10
**america** 14:9 16:4
**american** 1:8 2:12
  4:12 88:21,22 89:2
**amount** 22:20 23:3
  25:11
**analysis** 88:10
**analytical** 17:12
**angle** 111:3
**angles** 110:21

**annual** 91:21 114:7
**answer** 7:12,24,24
  15:19 36:1 38:18
  43:12 56:17 59:13
  61:24,25 62:1,5,18
  63:6 64:11,13,14
  65:20 66:17 75:23
  76:9,10,24 77:19,20
  80:5,7,11 98:22
  107:15 108:14
  116:10,16,17,18
**answered** 46:24 60:7
  60:10 62:9 63:22
  64:2,5,8 66:15 76:8
**answering** 7:21 55:25
**answers** 56:21
**antz** 1:23 3:4 4:8,16
  121:4
**anyway** 110:22
**apparently** 26:23
**appearance** 112:12
  112:19
**appeared** 3:8,16,21
**appreciate** 120:21
**approached** 100:1
**approaching** 28:13
**approximately** 32:21
**approximations** 33:5
**area** 31:15,25 75:7
  101:9
**arent** 7:17
**argumentative** 43:12
  62:14
**arguments** 80:22,25
**arrive** 65:7 66:2
**artist** 30:18,22
**asbestos** 8:22 9:24
  11:21,24 12:14
  14:20,23 15:3,6
  78:23 94:1,9,10
  97:5 116:6
**asbestosrelated** 97:1
**ascertain** 46:6
**asked** 37:24 50:14
  53:8,19 54:3 60:1
  61:17,17,22 62:8
  63:2,5 64:2,5,8,9

  66:15 67:3,7,24
  68:16 69:11 76:7
  83:10 84:13 116:12
**asking** 15:2,12 19:11
  19:17 21:25 32:15
  42:21 45:9 46:11
  49:8,19 50:16 55:5
  55:21 56:9,10 57:7
  57:14 58:7 60:4,6
  60:13 61:1 64:6
  69:24 77:12 79:3,8
  79:16,19 110:18
**asks** 19:7,11
**aspect** 30:17
**aspects** 10:17
**assets** 8:19
**associated** 29:25
  30:17 96:4
**associates** 2:17
**assume** 7:14 74:14
  75:14 88:21
**assumes** 106:24
  116:8
**assuming** 23:25 32:4
  32:5 47:5 73:7
  79:20,21,23
**atlanta** 2:11 88:11
  116:24
**attach** 81:1
**attached** 2:14 90:21
**attend** 9:13
**attended** 9:23
**attention** 34:4
**attorney** 5:3 43:21
  67:16,20
**attorneys** 4:17 6:21
  34:8,18,18 72:15
**audibly** 7:22
**austin** 2:17 43:17
  52:10 53:4,11 82:2
  82:4,6,7,8 85:4 89:4
  92:7,21
**austins** 95:6
**authentic** 17:23
**author** 91:23,24
**authorized** 3:6
**aware** 11:23 33:24

  66:15 67:3,7,24
  74:1 78:20,21 79:17
  95:5,21 96:4,6 97:3
  102:4,21 103:3
  106:16,21 107:3,8
  112:20,21 115:25
  116:2,11

## B

**back** 26:14 33:12
  34:12 35:16 37:2,25
  38:10 39:9 40:12,19
  42:11,16 44:7 50:12
  50:21 54:11,19 62:2
  62:24 63:1,3 67:18
  73:8 82:21 93:9
  94:14 95:11 102:13
  107:2 109:21
  117:16 118:4
**background** 6:1
  15:13 19:25 30:20
  47:11 78:21
**backs** 111:3
**backward** 25:1
**badgering** 64:13
**bag** 87:15 118:5,10
**bags** 87:7,8,11 118:3
  118:6
**ball** 14:16 16:8
**based** 24:19 25:19
  65:9 88:20 104:24
  113:18
**basement** 19:6,19
**basically** 13:24 15:2
  22:14 23:5 29:11
  30:11 52:1 69:11
  118:15 119:8
**basis** 32:6 114:7,7
**batch** 114:20
**bathroom** 12:24
**bearing** 81:5
**began** 16:23 66:3
**beginning** 4:11
**behalf** 3:17,21 5:5
  15:11
**belief** 36:18
**believe** 70:25 103:25
**bell** 101:18 102:21

105:20 106:3 107:3
107:7,20,25 108:5
108:16,23,25 109:9
109:12
**best** 12:16 75:7 85:20
95:3 96:16
**better** 100:22
**beyond** 76:14 108:11
**big** 31:7 48:24 118:25
119:17
**bill** 35:7 53:18 91:24
**bills** 118:18
**biltrite** 1:8 4:12
**birth** 6:5
**bit** 19:25 25:24 73:18
111:1,13 117:19
118:1
**blended** 21:4
**board** 18:13 91:21
95:24 109:13,17
**body** 13:5
**bombed** 105:9,13
**box** 2:19 38:16 39:14
41:7,11,12,13,15,22
68:22 101:1 110:3
110:13,19 112:9,14
112:18 113:20
114:25,25 115:13
115:15,18,19,25
116:1,2 118:24,25
120:2
**boxes** 32:4,6,18,19
33:3,12,14 35:18
36:19,23,25 37:12
37:16 38:3 39:8,10
40:1,4,11,16,17,18
41:18,25 42:9,17,24
43:4,6 51:9 55:9,17
58:16,18 62:10
63:13,15,16,18,23
68:21,21 87:15
108:20 111:14
113:1,25 114:6,19
114:19,21 115:22
115:23 116:5
**brain** 79:23
**brazil** 102:24 103:4

**break** 44:1,2 50:7
60:22,25 83:13 84:2
84:5 87:18 117:10
**breathing** 96:13
**brick** 30:13
**bricks** 11:13
**brief** 44:6 50:11
87:23 117:15
**briefly** 10:13 18:3
91:19 99:24
**bring** 47:8
**broad** 15:1 34:3
37:18 39:24 42:19
57:1 59:4,4,6,19
62:8 67:13 76:23
78:10 108:12
**brought** 17:19
102:13
**bucks** 120:6,14
**building** 29:19,22
31:13
**bunch** 101:23
**business** 10:8 11:9
17:23 20:12 29:11
29:12 39:6 103:11
103:12 104:10,11
105:3,7,14,21,23
106:14 108:1 114:1
119:12
**businesses** 118:23
**byproduct** 73:22

_____

## C

**california** 1:1,24 3:5
3:7,15,19 4:9,13
121:5
**call** 22:13,24 23:6
34:4 41:9,20
**called** 3:10 19:5,9
37:23 101:18
**calls** 15:8 45:5 69:20
71:21 72:21,21
90:10,11 108:11
**canceled** 43:15 52:1
54:13 83:3
**cant** 27:25 38:18 39:1
78:19 97:22 100:18

100:18 103:5 113:8
115:10 116:12
**cardboard** 115:18
**care** 40:8
**carolina** 9:3,11
**carries** 7:3
**case** 4:12,14 5:20
8:15,20 11:1 13:8
15:9,22 22:1 23:23
43:21 59:21 79:7,10
79:25 80:20 81:5,13
98:12 108:10
**cash** 118:24,25
**categories** 80:17 81:7
**categorize** 24:20
83:24
**category** 80:13,14,16
**catherine** 3:20 4:24
5:13 47:8 55:24
59:12 61:19 62:21
**celebration** 46:16
**centigrade** 28:14
**ceramic** 3:22 9:19
10:9,22,22 12:8,11
12:13 13:3,21,25
14:16 20:7,9 21:3
30:4,10,13,18
109:12
**ceramics** 4:25 12:4,9
12:15 15:10 21:24
22:5,8 23:14 101:18
102:21 105:20
107:3,8,20,25 108:5
108:16,24 109:9
119:12
**certain** 24:15,15 47:4
100:18
**certainly** 38:24 97:6
**cgc07274200** 1:7 4:14
**change** 96:23
**changed** 84:23 85:8
112:13,19 115:14
**changes** 113:15
**chart** 28:1
**chase** 2:16 35:7 37:4
37:5 42:5,8,23
53:18,20 54:3 65:6

68:9,25 69:6,19
70:3,16,20 74:3
85:16 91:24 97:10
**chases** 70:9 71:16
**cheaper** 75:19
**check** 43:18 52:8,10
53:1 54:17,18 65:9
65:10,23 66:2,7
67:14 86:18 118:6
**checkbook** 54:17
**checks** 2:10 43:15
51:13,17,19,21,25
51:25 52:1,14,23
54:11,13,20,21
55:14 58:16,19
62:10 63:13,16,16
63:18,23 65:2 66:4
66:21,22 67:2,6,8
67:11 68:11,13,19
83:3,4,12 84:21
85:1,9,12,20,23
86:5 88:3 113:14,15
118:5,7,14
**chief** 13:3
**childress** 1:15 2:4,7,9
2:22 3:9 4:1,15 5:22
5:24 87:21,25 121:3
121:7,10
**china** 14:9 40:25
103:1,1 104:2
**chosen** 75:15
**circuit** 113:12
**city** 6:9
**civil** 3:7
**claims** 97:3
**clair** 35:10
**claire** 35:9,11 37:9
**clarification** 19:7
**clarify** 67:22 69:18
120:19
**classes** 7:17 9:24
**clause** 44:22
**clay** 14:9,16 16:6,9
16:16 21:9,10
**clean** 111:4
**clear** 14:5 40:11
**clearly** 59:4 63:12

clemson 9:9,11,13,21
9:23
client 81:4
clients 4:20
clock 118:16
close 8:18
coaching 55:24 59:13
code 3:7
college 9:6 10:6
color 2:19 111:11
112:23 115:13
colorants 10:10
colored 115:18
columbus 18:25 68:2
68:8 75:7 98:3
113:3
combination 21:6
come 15:24 38:2
51:17 58:16 67:15
79:6 81:24 119:12
119:15
comes 46:7 103:8
coming 6:11 120:21
commencing 3:3
commercial 30:17
common 101:5,6
community 46:20
119:3
companies 53:6,10
53:12 54:9 67:6,8,9
67:10,11 76:4 83:18
85:13 87:6 102:22
104:2 107:4,7,8,16
108:7 116:21
company 6:2 8:13,17
10:21 12:9,17,23
13:20 14:14,23
15:11 16:6,7,15,16
16:18 17:9 19:25
20:7 30:21 45:24
47:1,12,21 52:9,24
52:25 53:1,11 54:4
67:25 68:1,12 69:14
69:14 78:12 81:17
82:23 86:11,13
88:11 89:23 95:9
101:17 102:7,18,24

102:25 103:4,17,19
104:20 106:15,17
companys 51:10 53:2
78:5,6 117:4
compensation 97:3
competitor 108:6
competitors 102:3
compiled 47:3
complete 7:12 17:6
completely 77:18
79:21
concern 14:22
concerned 24:4
concerns 96:3
concluded 121:8
concludes 121:2
conclusion 45:5
cone 22:13,13,17,21
23:1,2,6 25:9,10,13
25:18,20 27:7,8
41:8,20,21 109:12
114:8 119:19
cones 2:20 11:1 13:8
14:3 17:11 19:5
20:24 21:2,22 22:4
22:7,10,16 23:10,12
23:13,22 24:3,11,18
24:19 28:19 31:25
32:2,17 33:3 36:18
37:25 38:10,16 39:4
39:7,9,14,17 40:13
40:16,18,21 41:6,9
41:10,25 42:8,15,24
43:4 44:23 45:3,17
45:24 47:16 51:9
59:21 64:18,19 65:1
66:11,25 68:22 70:4
71:6 72:12 81:18,22
82:25 87:15 98:9
101:11,24 102:4,8
102:23 103:10,14
103:20 104:8,12,18
105:6,22,24,25
106:8,17 107:5,9
109:9,14,23 110:3
112:5,6,19 114:6,24
115:3,22 117:19

119:7,10 120:2
confirm 33:15
confused 25:3 26:6
84:21 98:22
confusing 60:7,14
63:11,12
confusion 50:16
consult 67:16
contact 10:21 13:12
contained 51:9 55:9
containment 11:12
contaminated 78:23
94:1,9,18 95:6,10
96:5,10
contention 79:11
contents 51:8
continue 16:3 21:19
95:22
continuously 42:2
contributions 46:19
controllers 17:13
conversation 7:6
38:2,5,6 42:7 59:24
61:20 66:8 69:6,9
73:8
conversations 36:17
53:16 61:9 85:15
cool 112:23
cooler 26:22
coolest 26:3,8
copies 2:10 93:18
copy 2:19 43:20
44:11 46:25 47:1,24
84:2 111:11,11
corporation 2:12
13:15 46:4,12 89:2
corporations 119:17
correct 11:18 17:17
21:20,21 22:9 26:17
27:4 36:10 39:13
47:14 52:18 53:13
53:14 54:7,10 58:14
67:11 89:25 92:22
98:23 102:20 113:7
cost 118:5,10 120:3
counsel 3:16,21 4:19
44:11

counsels 62:6 113:19
count 52:4
counts 25:1
county 1:2 4:7,13
couple 6:23 22:12
73:21
course 44:24 51:10
court 1:1,23 3:4 4:13
5:1 7:1 19:7,11
34:12 84:5,6,7,7
cover 91:16,17
118:24
create 30:13 51:25
created 29:9 30:4
31:2,3 96:21 108:4
creating 30:17
crucible 11:4
crude 88:10
csr 1:21
cup 41:5
curiosity 29:25
current 10:21
currently 6:7 31:10
cushioning 100:17
custodian 17:16,18
cutoff 23:17

**D**

daily 114:7
dale 33:17,19 35:1,25
36:5,17
dan 3:23 4:7
daniel 3:20 5:4
data 2:15,17 56:18
89:24 91:15 92:6,20
date 6:5 8:8 33:6,13
65:7,8,9,15 66:2
73:3 85:23 89:11,14
101:16
dated 52:8,10 65:21
86:7 88:8 89:21
91:19 95:17,18
dates 14:13 70:19
86:5 101:16 106:5
day 3:2 40:8
days 95:12 118:17,18
deal 79:18

**death** 28:25 29:10
**decade** 33:9 109:6
**december** 6:6 89:14
**decided** 26:21
**decision** 73:11,13,14
   73:19 74:4,11,13,18
   75:10 96:18 100:4
**decisions** 95:21
**declaration** 2:9 43:20
   44:10,12 49:10,11
   50:25 54:24 56:10
   57:12,15,19 58:13
   58:20 60:5,13 64:1
   64:17
**decreased** 115:5,6,8
**defendant** 3:21
**defendants** 1:9 2:22
   5:14,17
**definitions** 8:7
**deform** 21:4 24:15
   25:19,25 27:9,24
   28:12
**deformed** 22:23
**deforms** 22:18 26:8
   27:13
**defrank** 3:23 4:7
**degree** 30:6,16
**degrees** 9:15 28:10
   28:12,14
**delivered** 86:14
**depend** 28:6
**depending** 23:17
**depends** 41:8 114:24
**depo** 5:15 34:4 93:10
   108:11 110:9
**deposition** 1:14 2:4,8
   2:24 3:2 4:15,16 5:9
   6:15,22 7:5 8:11
   15:1 17:15 33:20
   34:14,16,20 35:4,20
   35:23,25 36:3 56:25
   59:25,25 61:3,14
   77:14 79:1 80:8,16
   81:3,14 87:21,25
   88:25 90:2 120:22
   121:2,7
**depositions** 7:7

**describe** 31:24 91:20
**described** 36:19
**description** 21:1
**designing** 10:15
**detail** 6:2
**determined** 112:22
**developed** 102:17
**developing** 97:1
**device** 23:7,17,18
**devices** 22:17
**dick** 108:25
**didnt** 8:22 14:5,6
   15:22,24 19:12
   26:19,23 40:7 42:5
   51:24 54:22 65:4
   67:9 72:19 80:6
   85:17 93:5 98:23
   112:22 113:10
**died** 29:2
**differ** 25:21 27:7
**difference** 8:3
**different** 21:4 23:25
   24:5,18 25:7,9,10
   25:11 106:13
   109:14 110:14,21
   111:1,3,4
**difficult** 63:10 81:10
**dig** 65:24
**direct** 59:23
**direction** 59:24
**dirty** 96:1,2,21,22
**disagree** 77:18
**disbursement** 54:16
**discussed** 9:24
**discussion** 58:3
**discussions** 95:20
**distributed** 44:24
**distributes** 45:17
**distribution** 24:5
**distributor** 119:9,10
**distributors** 119:6,8
   120:16
**document** 5:16 49:9
   53:7 57:18 69:22
   89:7,21 90:21 91:18
   92:13,20 94:4 95:23
**documents** 33:21,23

34:5,18,22 36:22
42:15 46:15 48:13
48:14,16,21 49:12
49:15,17,20,23,24
50:3,15 51:6,12
54:25 55:6,19 57:8
58:7,8,11,18 59:1
62:10 63:24 88:5,6
90:12 94:21
**doesnt** 47:19 57:3
   75:24 79:18 84:7,14
   110:16 115:17
**doing** 7:21 14:12
   83:14 101:11
   105:20
**dont** 7:19,23 8:2,8
   15:16 19:16 24:12
   26:23 29:20 31:5,5
   31:7 35:24 38:12,12
   38:12,15,19,19
   40:20 41:1 44:11
   46:2,23 47:9 49:6,6
   52:2,3,5 59:7,22,22
   60:17 63:9 67:1,3
   68:1,2,14 70:16,22
   71:23 75:14,16 77:6
   77:21 78:17,18,19
   78:25 80:15 83:7,15
   84:6,18,19 85:7,8
   85:12 86:15,23
   87:10 89:16 90:4
   92:15,17 93:14,17
   95:11,12 99:7,11,16
   99:18 100:12,17,19
   101:16,21 102:11
   103:19,25 104:4,6
   104:19 105:13
   106:2,3,4,5,7
   107:13,15 108:10
   110:1 112:16
   114:19 115:18
   117:9,10 118:8
**double** 50:6 69:22
**dr** 46:22 102:9,12,14
**drag** 77:21 98:1
**drakenfeld** 10:7,8,14
   10:18,20 11:3

**drakenfield** 10:7
**duly** 3:6
**dust** 95:25 96:21
**duties** 10:13 12:12
   13:4 17:5 18:10

**E**

**earlier** 113:20
**earliest** 33:13 39:14
   65:23
**early** 73:5 115:12
   119:13
**earning** 29:14
**earth** 76:21
**easier** 114:24
**easily** 84:15
**ecc** 14:9,9,10,14,19
   16:4
**education** 9:20
**edward** 3:22 4:25
   8:13 10:22 20:7,9
   28:22
**effect** 6:25
**either** 24:19 50:19
   81:17 85:3 102:25
   106:10 108:6
   113:20 114:10
   115:19
**elaborate** 18:10
   19:16 30:9 45:1
**electronic** 17:12
**eljer** 12:18,20 13:9
   13:14 39:3,5,7,9,21
   40:5,12,19
**employee** 71:10
**employees** 31:4,8
   66:9 96:9,12,25
   97:4
**employer** 8:16
**employment** 16:3
**engineer** 10:12 12:8
   13:3
**engineering** 2:11
   9:19 30:5,10 36:12
   88:11 116:23,24
   117:3
**english** 14:9

enter 10:2
entire 112:18
entitled 61:15,15
esq 3:16,20,21
essentially 27:1 47:12
  53:19 58:9 72:16
  89:21 108:4
established 20:15
  28:24,25 29:7
estimate 8:4,8 31:23
  73:4 84:18
estimating 32:25
et 1:8 4:12
everybody 117:7
evidence 106:25
  116:9
exact 33:6 60:6 69:16
  73:3 85:17 99:7
  110:11
exactly 19:2,12,18
  27:25 30:10 37:21
  39:1 55:23 63:2,5
  70:22 73:3 76:20
  77:4 79:8 85:12,21
  90:20 106:2,2,11
  115:10
examination 2:5 4:4
examined 3:12
example 27:23 45:23
  86:7,16
excess 36:14 115:3
excluding 34:17
excuse 115:11
exfoliated 76:19 77:3
  100:16
exhausted 88:2
exhibit 5:8,10,15,17
  43:23 52:5,6,14
  54:22 65:12 80:2
  89:18 90:6 91:8,12
  92:11,25 95:24
  110:16 120:25
exhibits 2:7,22
expedition 48:24
explains 89:6
exposure 97:5
extensive 44:23 45:2

45:16
extra 93:18

## F

facility 17:6,7 31:12
  31:17
fact 81:1 94:17
factory 105:9,10
facts 81:2 106:24
  116:8
failure 8:17
fair 7:10
fairly 41:3 112:21
far 7:21 16:25 17:1
  33:22 53:11 54:11
  96:3 103:12 104:11
  109:16 112:1,10,11
  115:15
father 29:21,22
feeding 56:21
feel 119:2
feet 32:1
feldspar 16:9 21:10
ferro 13:15,15,16
  14:8
fewest 41:22
fight 57:4,5 59:16,23
figure 45:13 85:21
  87:14 109:24 118:5
file 46:16
filtering 67:5
find 60:14 94:20
  113:11 118:4
finding 60:8 66:7
fine 6:9 56:20 59:16
  67:23 70:17 83:5,13
finished 60:17,21
fire 73:24 100:10
fireman 40:8
firing 10:15 13:6
  21:24 22:8 23:14
firm 4:22
first 4:2 5:15 10:5
  13:11 15:4 17:2,3
  20:11,23 25:13,15
  29:22 30:4 43:17
  48:7,11 51:3 52:8

58:13 59:20 65:10
  65:11 66:3 70:16
  79:18,20,21 83:8,10
  83:19 86:7 94:13
  97:24 100:1 102:7
  108:9
fishing 48:24
fixtures 12:24
flag 111:17,22
flammable 75:17
floor 3:15,19
florida 106:7
foam 40:22,24 41:24
  42:2 96:19
follows 4:3
foot 41:21
force 6:25 10:3
form 13:25
formal 9:20
formed 30:12
former 96:25
formulas 109:21
forth 3:13
found 46:12 53:7
  65:23 95:23 96:23
foundation 3:22 4:25
  8:13 10:23 15:10
  16:23 20:7,10,14
  28:22,23 29:6,12
  31:2,3 32:14 45:2,5
  45:7 72:22 79:16
  106:24 108:13,19
  112:1 116:8 118:22
  119:2
four 112:23
frame 18:22 57:23
  83:20 97:7,8 99:7,8
  113:23 114:15
francisco 1:2,24 3:5
  3:15,18 4:7,9,14,16
  121:4
franciso 3:19
frequency 118:6
friendly 108:7
frit 13:22,23
frits 13:21,22
fronk 2:13,14 33:17

33:19 35:1,15,17
  36:17,21 37:14,23
  42:23 53:16 54:3
  65:6 69:2 71:24
  72:17 74:10,11,13
  75:8 85:15 87:7
  90:1 91:8
front 34:23
frowning 37:22
full 5:21 6:8 20:6
  33:18
function 28:8
funded 29:22
funds 114:4
furnace 22:14
furnaces 11:13
further 34:5

## G

gahana 71:9
gained 44:22 45:16
gary 1:15 2:4,7,9 3:9
  4:1,15 5:22 50:15
  87:21,25 121:3,7,10
general 17:4 18:7
  19:5,8 20:18,19,20
  21:13 22:1,5 29:1
  29:20,21,24 38:5,7
  38:8 46:16,19 47:5
  47:12,20,21,22
  74:14,16,19 92:5
  97:7 99:10 102:8,17
  104:20 119:1,3
generally 8:15 17:20
  23:13,16 30:16
  31:21 115:7
gentlemen 4:5 65:5
  66:20
geographic 117:21
germany 46:21 102:5
  104:15 105:11
getting 57:24 86:20
give 21:1 73:4 83:11
given 96:8
glass 14:1
glaze 13:5,25,25
go 8:6,25 9:2,6,8 18:3

22:1 26:13 33:21
35:16 37:2 42:16
43:12,22 44:10
54:11 61:19 62:5
66:16,18 67:18
69:23 70:1 76:9,24
77:19 83:5,17 84:3
85:9 87:15 89:16
90:4 91:10 92:23
97:25 105:3 108:14
108:15 109:21
110:1 112:17 118:4
119:12,15
**goes** 23:2 54:18 66:10
**going** 5:25,25 7:11,14
8:6 10:23 14:25
15:8,14,18 18:2,3
20:3,3 26:14 33:21
34:2,6 35:16 37:17
39:23 42:18 43:11
43:25 44:4 45:4
46:2,3,17 48:19,23
50:9 52:3 55:18
56:3 59:8 60:12
61:13 62:7 64:10
66:14 67:12 69:20
72:15,16 74:6 75:22
75:23 76:7,14,22
77:9 78:9,15,25
80:13 83:11,17,17
84:8,16 87:21,25
88:3 90:10 94:3
101:22 108:9 116:7
116:7 117:13 121:5
**golden** 3:20 4:24,24
5:3,14 14:25 15:8
15:14,16,20,24
17:18,24 18:1 19:8
19:15 20:14,19,21
24:12 25:4,6 27:11
27:18,20 28:6 32:8
33:5,25 34:2,9,11
34:15 35:16,24 36:6
36:24 37:2,17,20
39:23 40:2 42:10,18
43:11,14,25 44:3
45:4,11,18 46:1,11

46:14,23 47:9 48:5
48:19 49:3,6,13,19
49:22,24 50:7,14,18
50:23 54:25 55:3,5
55:10,13,18,22 56:1
56:3,8,12,14,16,18
56:20,22,24 57:5,10
57:13,16,20,22 59:3
59:7,10,14,20 60:5
60:16,19,21,23,25
61:11,13,21,25 62:2
62:7,13,16,19,22,24
63:1,5,11,15,19
64:2,8,12 65:14,18
66:14,18 67:12,15
67:21 69:20 70:1,5
71:20 72:20 74:6
75:22 76:7,10,14,18
76:22,25 77:3,5,9
77:13,20 78:9,14,17
78:25 79:6,9,13,15
79:18,20 80:6,8,13
80:18,24 81:1,11
83:6,9,22 84:1,6,10
84:13,20,25 85:2,7
87:18 88:18 90:10
90:15,18,21,24 91:2
91:5,14,17 92:13,17
93:4,7,11,14,16,18
93:21 94:3 95:17
96:14 97:15,19,22
97:25 100:3,6,24
101:4,13,15 103:7
104:22,24 105:16
105:18 106:18,23
107:11 108:9,15
109:6 110:7,12,15
110:18,23,25 111:2
111:5,9 112:17
113:10,14,17 114:8
114:12,14,19,22
116:7,17 117:6,12
119:23 120:8,10
**golf** 111:19
**good** 5:19 8:6 27:22
44:3 84:18 100:17
111:10

**gornick** 3:14 4:22
**gotten** 82:14
**grab** 88:8
**grace** 2:13 43:17 53:4
53:11 56:16 77:8,14
81:7,17 82:20 84:22
85:4,8 89:23 90:19
91:7,8,15 93:24
94:7,17,23 95:15
117:1
**graces** 76:13 78:3
117:3
**graduate** 9:4
**granule** 100:23
**gray** 40:25
**great** 7:21 14:12
**green** 111:22
**greenville** 9:3
**ground** 14:1
**guard** 114:4
**guess** 8:2,4 31:7
36:24 112:24
119:16
**guessing** 31:5 32:7,10
**guest** 109:23
**guy** 110:2
**guys** 47:8,24 69:3
117:10 120:19

---

### H

**half** 33:1 66:10
**hame** 76:20
**hames** 2:5 3:16 4:4
4:21,21 5:7,12,19
5:20 15:2,12,15,18
15:23 16:1 17:22,25
18:2 19:10,16 20:16
20:20,23 24:14 25:7
27:12,22 28:7 32:9
33:8 34:1,7,10,13
34:17,21 35:19 36:2
36:7 37:1,3,19,22
40:1,4 42:14,22
44:2,9 45:12,20
46:5,13,25 47:10
48:7,11 49:2,4,8,14
50:2,8,17,22,24

52:8 55:2,4,7,12,14
55:21,24 56:2,7,9
56:13,15,17,19,21
56:23 57:3,6,11,14
57:17,21 58:1 59:5
59:9,12,15 60:4,15
60:17,20,22,24 61:1
61:12,19,23 62:1,5
62:12,15,17,21,23
62:25 63:8,14,17,21
64:6,10,16 65:17,19
66:16,21 67:17,22
69:24 70:3,7 71:22
72:25 74:8 76:1,9
76:12,16,24 77:2,4
77:7,12,18,21,24
78:13,20 79:5,8,11
79:14,16,19 80:2,7
80:11,15,22,25 81:9
81:15 83:7,15,24
84:4,8,11,16,19
85:5,9 87:19 88:2
88:19,23 89:20 90:8
90:14,17,20,23 91:1
91:3,6,16,18 92:15
92:19 93:2,5,10,12
93:15,17,19,22 94:6
95:18,20 96:15
97:17,21 98:2 100:5
100:8 101:1,8,14,19
103:8 104:23,25
105:17,19 106:19
107:1,15 108:14,18
109:8 110:10,14,16
110:20,24 111:1,3,7
111:10 112:18
113:13,16,18
114:10,13,16 115:1
115:4 116:12,20
117:2,8,18 120:2,12
**hand** 43:21 80:2
**handed** 44:11
**handle** 40:7
**handling** 10:16,16
96:9
**happen** 7:11
**happened** 28:23

happens 30:6 74:16
harmful 15:6
havent 89:1 92:18
  98:17
hazard 73:24 100:10
hazards 96:4 116:6
head 7:22,22 28:1
  30:25
headquarters 18:14
hear 15:20 19:12
heard 9:12 15:4,6
  79:3 93:23 95:5,8
  96:25
hearsay 69:22 72:21
  90:11
heat 11:12 21:7,24
  22:20 23:4 24:4,9
  25:12,24 26:9 27:8
  30:12
hecla 8:16 16:16,16
  16:17
heclas 8:18
held 46:16
hell 90:15
help 51:17
helped 51:21,25
helpful 120:24
hereinafter 3:13
heres 110:5
hes 15:10 19:11,16
  24:1 45:18 46:3,20
  49:10,19 53:22,25
  55:7 56:10 57:15,19
  59:11,17 60:2,10
  64:8 71:10 79:3,17
  82:8,9 83:11,13
  97:15 100:24 109:1
hide 117:6
high 8:25 9:2 11:12
higher 27:15,16
highest 27:2,18,19
highway 18:18 31:10
history 16:3 44:25
  45:24 46:4,12 51:10
  78:11
hobby 119:12
hold 98:22

holding 40:16
home 14:4 93:11
honest 87:4
hope 105:16
hopefully 118:20
hostile 108:7
hot 28:16
hotter 25:22
hottest 26:5
hour 3:3
houston 12:4,9,15
huge 59:16

**I**

id 31:5 34:3 83:3
idea 71:19 84:22
  114:3 119:18
iden 2:7
identical 110:24
identification 5:11,18
  43:24 52:7 59:21
  80:20 89:19 90:7
  91:13 92:12 93:1
  121:1
identify 4:19 88:9
ii 105:8
ill 7:8 16:2 52:4
  117:10
illness 97:1
im 4:6,21 5:25 6:21
  7:14 8:6 10:23
  11:23 14:25 15:2,2
  15:8,12,14 18:12
  20:2,3 21:25,25
  25:3 26:6 28:7 32:4
  32:10,15,25 34:2,6
  34:7,13 35:16,19,22
  36:14 37:17 38:18
  39:23 40:15 42:10
  42:18,20 43:11,20
  45:4,8,9,13 46:1,5,6
  46:17 47:4,25 48:19
  49:4,8,9 50:24 55:4
  55:7,18,21 56:9,10
  57:6,7,12,14 59:14
  59:14 60:4 61:1,2
  61:13,25 62:7 64:12

65:14 66:14 67:12
  69:20,24 71:7 72:16
  73:3,7,8 74:6,8 75:5
  75:22,23 76:7,14,22
  77:9,12 78:9,15,15
  78:25 79:8,16,19
  80:13 83:8,17,17
  84:21 86:20 87:2,14
  88:3 90:10,24 94:3
  96:6 98:23 99:18
  101:9 103:3,22
  105:22 106:11,11
  106:21 107:10,17
  108:9 110:10
  112:21 115:25
  116:2,7,7,11,16
  117:8 119:11
important 7:7 83:25
  116:13
imported 82:2
importer 89:5
inappropriate 62:23
inch 33:1 41:2
inches 32:21,21,21
  33:1
include 67:9
included 115:21
includes 91:14
including 86:17
increased 115:4
incredibly 62:23
indicating 22:19 23:4
  101:4
indistinguishable
  109:16
individual 23:14,15
  35:1 67:6
individuals 61:10
  67:7 74:17 98:24
indulging 30:20
industrial 14:15 16:8
industry 11:10 14:16
inform 94:7
information 20:2
  33:16 36:23 46:18
  47:3,11,20 49:12
  51:6 53:8 57:9 59:1

59:2,11,17 60:3,9
  60:11 61:7,8 63:24
  71:18 85:19,20
  93:24,25 94:6 96:23
  116:21
infringement 107:19
injury 8:20
ink 112:23
inorganic 10:9 30:11
  30:12
inside 22:7,11 23:14
  23:25 40:16,18
  41:25 43:4,6
instance 37:23
instruct 15:18 64:10
instructing 61:23,25
  64:12 80:5,11
instructions 115:22
instruments 17:12
interested 40:15
  101:10
internet 28:1 109:22
interrogatory 28:18
interrupt 7:6,8,9,11
  49:6 56:4 59:7,22
  60:18,20
intimate 44:22 45:2
  45:16
invented 102:14
inventory 38:25
  114:2,5 118:21
involved 8:15 74:3,11
  74:12,18 75:9
  107:24
isnt 25:4,15 29:15
  59:16 76:17 118:25
issue 11:1 13:8 98:12
issues 14:19 73:21
  78:22 81:12,13 88:3
  108:2
items 30:18
ive 33:11 45:21 48:23
  65:5 93:11 95:8
  96:23 97:7 98:21
  109:10

**J**

**jackson** 3:18 4:24 5:4
**james** 1:21 3:5
**january** 54:13
**japan** 102:25 103:18
**jerry** 82:6,7
**jim** 97:24 98:2
**job** 7:21 10:13 12:12
　13:4 14:12 17:5
　18:9,10 99:9
**jobs** 14:12
**judgment** 80:23 81:3
**june** 36:8,9
**junior** 10:22 20:7,9
　28:22
**jury** 22:2

**K**

**kaiser** 3:14 4:22
**kaolin** 14:15
**keep** 54:17 81:11
　93:13
**kentucky** 16:6
**kept** 86:25
**kidding** 105:17
**killed** 105:16
**kiln** 22:8,11,15,18,19
　22:22 23:4,14,25
　24:5,7 28:6 40:7,8
**kilns** 22:24
**kind** 37:22 66:10
　98:14 101:9 107:1
　110:21 119:12
**knew** 15:22 70:6,8,8
　73:23 98:24
**know** 6:19 7:12,19
　8:3 11:22 12:14
　15:21,22 16:25 17:1
　17:20 18:19,23 19:1
　19:3,4,24 20:6,11
　20:17,23 23:3 24:12
　27:11,23 28:1 29:6
　30:3 31:4,16 32:2
　33:2,4,6 34:6 35:24
　36:13 37:25 38:12
　38:12,12,15,19
　40:17 41:2 42:23
　43:10,13,19 47:3

52:3 53:11,15 55:3
55:7,22 56:1 58:16
59:7,20 64:25 66:12
67:1,3 68:1,1,2,4,7
68:7 69:18 70:3,16
70:17,20,22,24 71:1
71:4,22,23 72:2,18
72:23,25 73:6,19,20
74:4,12,17,19 75:6
75:9,14,15,17,20
76:1,3,5,11,12,18
76:19,20 77:6,7,12
77:16,23,25 78:1,4
78:6,18,19 80:9,22
80:25 81:15,19,20
82:1,4,12,23 83:19
84:11,20,23,24 85:7
85:8,12 86:5,10,13
86:15,15,16,23,24
87:5,8,10,11,13,16
88:16 89:1,2,10
90:8 92:15 93:14,17
94:16,21,25 95:9,11
96:18 97:14,20
98:14,16,19 99:3,5
99:6,7,11,14,16,18
99:24 100:11,12,22
101:2,10,16 103:4,8
103:10,12,13,14,16
103:17,20,23,25
104:2,5,6,7,10,11
104:12,14,19 105:5
105:12,13,20,23
106:1,3,4,6,8,12
107:13,16 108:3,10
108:18,23,25 109:5
109:8,9,10,16 110:1
110:10 111:25
112:1,10,11 113:19
114:7,19,25 115:14
115:15,21 116:4,13
117:23 118:8
119:12
**knowing** 32:6 39:19
69:17 87:17 114:4
**knowledge** 12:16
15:3,17,21 32:14

44:23 45:3,16 46:6
74:16 75:7 76:15
77:11 80:9 95:3
96:11,16 97:6
101:20
**knowledgeable** 17:16
18:5
**knows** 69:17,19 70:4
72:18,23 81:4 117:7
**kt** 16:16

———

**L**

**lab** 116:24
**label** 115:18
**lacks** 72:21 106:24
108:12 116:8
**ladies** 4:5
**ladles** 11:13
**large** 31:3,21 32:19
41:9,21
**larger** 41:11,12
**largest** 32:20,22 41:7
**late** 115:11,11
**lavatories** 12:24
**law** 3:14,18 4:22 7:1
7:17
**lawsuits** 107:19
**lawyer** 90:15
**laying** 34:22 93:7
**leap** 80:1
**learn** 11:24
**learned** 94:13
**leave** 93:5
**ledger** 54:16,17,21
55:15 58:19 63:18
63:23
**left** 99:6
**legal** 45:5 108:2
**letter** 2:11,13,14 91:8
91:16,17
**lettered** 24:22
**level** 24:9,9 27:8
**levels** 23:25 24:5
**levin** 3:14 4:22
**libby** 78:3,22 79:4,4
79:24 80:10 81:4,16
**lifetime** 35:22

**liked** 19:5
**limitation** 117:21
**limited** 80:16,19
98:14,18
**limiting** 55:7
**line** 11:13 98:8
**lingo** 90:16
**listen** 84:20
**litigation** 107:24
**little** 19:25 25:24
50:16 59:18 73:18
111:1,13 117:18,25
**live** 6:7 71:8 98:2
**lives** 72:2
**living** 75:6
**located** 4:15 17:7
106:6
**location** 31:12 81:20
106:12
**locations** 106:13
**logic** 104:24
**logo** 111:16,24
**logos** 109:18
**long** 18:7,19 19:1
27:24 33:2,4 36:13
43:25 54:1 84:9,16
87:14 105:5 111:24
**longer** 70:14 77:22
**longterm** 66:9
**look** 22:25 28:3 33:24
48:3 51:21,24 57:3
63:16 67:7 81:9
83:3,5,12,16 84:10
84:11,17,25 85:1,20
86:6 109:14 111:12
112:4 113:9,14
117:10 118:5
**looked** 32:13 46:8
51:19,25 52:15
55:15 58:7 61:16,18
62:20
**looking** 26:2 52:22
53:2,5 60:5,9 68:14
84:15 90:18
**looks** 22:22 89:15
101:2 111:5,16

**lot** 23:24 28:7 52:16
75:19 81:9 96:21
114:5 118:21
120:13
**lots** 94:24
**lower** 26:8 27:1
**luck** 94:24
**lumber** 68:2,8,12
69:14,16
**lunch** 84:2,4

_____

**M**

**mainland** 103:1
**making** 19:5,19
21:13,14 73:12,14
81:9 96:23 98:8
101:12 102:18
103:10,24 104:7
105:5,22,24
**manager** 14:18 17:4
18:7 36:12 47:5
53:25 70:9 74:14,19
92:5 97:7 99:10
**managers** 74:16
**manufacture** 17:10
17:11 45:24
**manufactured** 10:9
38:10 47:16 102:22
107:4
**manufacturers**
101:22,23
**manufactures** 23:11
24:20 44:24 45:17
101:10
**manufacturing** 11:15
28:19 31:14,15,20
31:22,25 104:17
**march** 52:8 65:21
86:7
**mark** 5:12,14 18:2
20:3 43:22 44:11
52:2,5,12 88:7
89:16 90:4 91:10
92:8,8,23 93:19
110:1 111:4,6,11,19
**marked** 5:10,17
43:23 52:6 89:18

90:6 91:12 92:11,15
92:25 110:8 120:25
**market** 103:14
104:12 119:18
**marketed** 103:20
**marketing** 14:18
**marking** 92:9
**marks** 87:20,24
109:17
**material** 2:15,17
10:16 11:12 40:16
41:1 43:5 55:16,19
56:6 71:5 82:3
88:12 89:24 91:14
92:6,20 100:17
101:5,6 118:16,19
**materials** 13:24
14:23 21:3 30:12
51:9 55:9,17 56:12
56:16 57:12 64:3
**matter** 75:25
**matthews** 1:21 3:6
**mean** 11:11 20:14
24:13 27:12 30:16
33:8 34:18 39:24
50:14 79:6 88:18
90:11 99:25 100:3
108:2 120:10
**means** 45:7 61:15
**measure** 21:6,24
**meeting** 91:22
**melted** 13:25
**memo** 2:16
**mention** 6:23 19:10
**mentioned** 35:1 39:2
42:16 63:24 74:1
97:18 98:17,21
104:15
**mess** 79:4
**met** 46:21
**metals** 30:12
**mid** 65:8
**mid1963** 64:18,25
65:8
**mike** 74:22 75:4
**mill** 69:16
**million** 115:3

**mind** 57:23
**mine** 78:3,5,6,7,22
79:14,17 81:16
88:12
**mined** 14:15 16:8
77:1,4,5
**minerals** 14:15 16:8
**mines** 77:7,14,16
81:20
**minimum** 119:10
**mining** 8:17 14:24
16:16,18
**minute** 46:1,1 71:20
78:9 83:9 98:1
117:9
**minutes** 84:18,19
91:21 92:9 95:24
96:20
**misstates** 71:20 74:6
94:3,4
**misunderstood** 74:9
**mixture** 21:3,8
**mom** 71:17 119:16
**moment** 113:24
**money** 29:9,12,14
118:21
**monitored** 22:10
**monitoring** 23:2
**montana** 78:3,22
79:24 80:10 81:4,16
**montgomery** 3:15
**month** 118:3
**morning** 5:19 17:2
69:8 71:14 72:4
**mother** 70:9
**motion** 80:22 81:2
**mountain** 11:6
**move** 48:2 64:13
**moved** 18:21 35:19
113:10,23,24
**moving** 107:25
**msds** 94:12 95:13,14
116:25

_____

**N**

**name** 4:21 5:19,21,23
20:6 33:18 52:24

67:25 68:1,2,11,12
69:13 70:15,16
74:19 84:23 91:25
97:22 103:4,17,19
112:4
**named** 29:19,21
**names** 53:2 54:8
74:17 87:8 97:12,24
102:3 104:5
**narrow** 57:23
**narrowed** 81:12
**near** 106:10
**necessarily** 116:3
**need** 7:23 15:21
19:16 33:6 46:20,23
48:20 49:18 52:4
84:1 88:7
**needed** 26:21
**negative** 26:24 27:1
50:6
**net** 118:17
**never** 9:12 56:25
68:16 73:23 95:8
96:16
**nice** 6:12 100:16
**niche** 119:17
**nodding** 25:14 54:5
**nods** 7:22
**nonasbestos** 64:19
66:11
**nonprofit** 20:15,16
29:10
**norma** 1:5 4:12
**normal** 7:6
**notary** 4:7
**notes** 113:9 117:11
**notice** 2:8,23 3:1 5:9
5:15 34:5,20 61:14
69:21 77:10,14 79:2
80:8 81:14 93:10
108:11
**noticed** 4:17 28:17
**november** 1:16 3:2
4:6
**nuisance** 95:25
**number** 4:9,14 5:8
18:17 25:11,15,17

25:20 27:1,6,7
28:11 41:22 48:3
50:25 54:22,23 55:8
61:4 64:1,16 72:6
80:2 91:8 115:4
**numbered** 24:22,24
24:25
**numbering** 26:7,20
**numbers** 25:9,10
26:13,24
**numeral** 18:17

---

**O**

**o0o** 1:3 2:2 3:24
**oath** 6:24
**oaths** 3:6
**object** 14:25 15:8,14
34:2,6 35:17 37:17
39:23 42:18 43:11
45:4 46:2 48:19
55:18 61:13 62:7
66:14 67:12 69:20
72:16 74:6 75:22,23
76:7,14,22 77:9
78:10,25 90:10 94:3
108:9 116:8
**objecting** 61:23
**objection** 16:1 24:12
47:25 59:3 106:23
**objections** 2:23 5:15
34:4 59:15 62:6,17
70:5 72:20
**obtain** 72:9 85:19
**obvious** 118:14
**obviously** 16:24
23:15 32:10,15
33:21 35:21 40:15
44:12 47:23 62:11
89:7 118:20
**oclock** 3:3 84:5
**october** 88:9
**odonnell** 2:14
**office** 31:13 72:10
**offices** 3:14,18 31:15
31:19 106:7,9
**oh** 8:23 25:6 30:19
34:9 35:24 38:18

47:2,17 55:13 60:19
65:17 73:25 85:18
86:23 87:10 89:6
93:12 99:3 100:24
101:15 109:4,7
111:1 119:24
**ohio** 6:10 17:8 18:15
18:18 19:6,19 29:15
29:16,17,18,19,23
30:5 46:17 106:9
108:5 113:3
**okay** 5:3,25 6:7,21
7:11,12,13,16,19,20
8:3,6,7,7,9,10,15,20
8:24 9:12,20,23
10:2,5,11,18,23
11:3,24 12:2,12,14
12:17 13:7,14 14:2
14:5,8,8,14 15:5,8
15:15,23 16:2,14,17
16:22 17:2,7,14
18:7,10,14,16,19
19:14,24 20:1,5,11
20:16 21:1,5,8,11
21:13,19,19,25 22:4
22:10,21 23:5,21,23
24:6,8,17,22 25:6
25:13,20,23 26:1,4
26:6,7,18 27:6,17
28:4,11,15,17,23
29:2,6,13,24 30:3,6
30:16,20 31:1,7,10
31:16,21 32:2,5,11
33:2,13,16,20 34:2
34:15,21 35:1,16,24
36:9,16,21 37:5,9
37:17,22 38:2,9,14
38:16,20 39:11,20
39:23 40:2,10,15,16
40:21 41:6,10,13
43:3,8,19 44:9,15
44:18,19 45:22
46:11,14,23 47:3,7
47:10,20,23 48:10
48:13,19,24 49:3,22
50:6,8,14,17,18,24
51:1,13,15,20,23

52:2,3,12,13,17,22
53:2,10,15,19 54:3
54:11,15,20 55:10
55:13,24 56:5,6,8
56:16,19,20 58:1,6
58:11,23,25 59:8,11
60:3,9,13,16,21,22
60:24 61:11 62:1,10
62:21,24 63:8,21,21
64:16,23 65:3,7,15
65:19,22 66:1,6,10
66:23 67:5,17 68:7
68:10,15,21 69:3,5
69:9,13,17,20 70:15
70:17,20,23 71:1,4
71:8,10,13,16,24
72:8,11,15,25 73:4
73:10,13,18,25 74:3
74:8,11,17 75:8,15
75:18,22 76:4,4,12
76:22 77:5,13,24
78:14,20,20,25 80:7
81:9,24 82:4,7,16
82:19 83:2,6,9,14
83:15,16,21 85:2,5
85:19 86:5,7,16,24
87:3,8,19 88:2,13
88:25 89:6,12,16,20
90:1,4,14,23 91:5
91:10,18,25 92:4,6
92:19,23 93:2 94:13
94:14,20 95:5,14
96:3,18 97:9,19
98:11,14 99:3,11,14
99:17,19,24 101:2,8
101:9,19 103:2,6,14
103:17 104:2,15
105:5 106:3,15,23
107:12,15,18 109:8
109:20 110:7 111:5
111:9,13 112:3,15
112:25 113:8,16,17
114:6,12 115:4,13
116:4,7,11,20 117:8
117:12,25 118:8,12
119:4 120:1,7,12,17
120:21,23

**old** 6:3 18:17 31:10
**older** 24:7 113:20,22
**oldest** 38:16
**once** 6:18 34:4 35:21
100:16
**ones** 43:16 52:18
55:14 58:21 65:21
97:15,17 98:21
103:2,3 110:14
111:1 114:10,11
**open** 98:16 101:21
**opened** 40:5,13
**operated** 81:16
**operation** 103:23
104:1,25
**operations** 18:12
**operator** 98:7
**opinions** 75:24
**opposed** 100:6,8
**order** 35:14 65:15
85:19 89:17 90:5
91:11 92:10,24
118:15,19 119:9
**ordered** 118:13
**ordering** 79:22
**organization** 74:15
108:21,22 112:22
**original** 111:6 121:3
**originated** 88:12,17
**orton** 2:19 3:22 4:25
5:5 8:13 10:22,22
10:23 13:7 14:2
15:10,22,24 16:23
17:2,9,16 18:5,8
19:5,8 20:7,9,17
21:13 23:10 24:20
28:22 29:1,20,22,24
31:7 33:2 36:11,13
36:18 37:15 39:4,7
39:8,17 40:12 41:24
42:8,24 43:3,8
44:23 45:17 46:16
46:19 47:12,21,22
49:14 51:6 53:13
54:4 59:2,21 61:7
64:18 65:1,4 66:3
66:25 68:5,22 69:19

70:18,21,24 71:1,4
71:17 73:2 75:12
76:5,6,13 78:2
79:12 81:17,21
82:24 83:21 85:14
86:1,17,24 87:12
88:14 89:3,8,14
91:7 94:7,8,13,17
94:25 95:14 96:4,12
97:4,10,13 98:6,11
98:18 99:4,20,25
100:19 102:8,17
104:20 107:3,7,18
108:4,17 109:13
110:13 111:24
112:4,6,10,21 114:6
114:6 115:21 116:4
116:13,22 118:1,13
118:22 119:2,3,6
120:2
**ortons** 18:14 28:18
45:3 51:22 96:9,25
102:3 109:14
118:17
**oshea** 3:21 5:4,4
90:16
**outside** 15:1 61:14
69:21 77:9,10,10,13
79:24
**owned** 16:15
**owner** 109:1,2

——————————
**P**

**package** 33:3 37:24
41:25 42:24 66:25
86:22 109:11
**packaged** 32:3,6,17
39:20,25 40:2
41:12,13 42:15
47:16 64:18,19 65:1
66:11 68:22 69:1
70:4 87:6 100:21
109:9 117:20
**packaging** 36:18
37:12,15 39:18 42:8
43:4,5 51:8 55:8,16
55:19 56:6 71:5

72:12 75:13 81:18
81:22 82:24 86:18
95:1 100:17,20
101:5,6 112:19
**packing** 55:17 56:12
57:12
**page** 2:4 44:16 52:4
64:17 65:11
**pages** 2:10 52:3
**paid** 86:10,13 118:6
118:17,18
**palabora** 88:12
**pamphlet** 115:23
**paragraph** 44:20
45:13 48:3,6,17
49:16 50:25 54:23
55:8 56:11 58:12,13
58:20 61:4,6 64:1
64:16 66:11
**paraphrasing** 57:12
**parent** 16:15
**part** 48:8 51:16 73:11
107:1
**participated** 47:4
**particular** 51:11
52:18 53:6 56:9
59:18 61:6 63:25
66:2 78:1 79:14
80:15 86:18,21
87:15 119:6
**party** 8:18 51:16
**passed** 109:5
**patent** 107:19,21,22
**pause** 48:9 80:4
**pay** 119:1
**paying** 75:12,19,20
76:1 108:21,22
**payment** 118:17
**payments** 118:24
**peak** 115:9
**peaked** 119:13
**peep** 22:24
**penalty** 7:3
**people** 7:5,18 15:7
32:13 33:10 51:17
59:10 60:2,10 97:9
100:19 108:23

116:21 118:16
119:15 120:1
**percent** 59:12 110:3
110:11 120:16
**perfect** 65:15
**period** 24:15 40:6
86:17 97:13 102:12
105:8 110:4
**perjury** 7:3
**person** 17:15 18:5
47:5 102:14
**personal** 8:20 15:20
15:21 80:9
**personally** 3:8 87:13
**pertaining** 14:19
42:8,15 45:23 49:9
55:8,16 57:11 78:23
88:3 93:24,25 95:15
95:21 96:4,9 116:5
**phone** 4:9 72:6
**photo** 2:19
**photocopy** 110:25
**photograph** 42:25
110:5,7
**photographs** 110:12
**photos** 110:2,15,19
**phrased** 63:19
**pick** 112:16
**picking** 90:16
**picture** 57:24,25
100:25
**pigments** 10:9,10,16
13:21
**pile** 93:9
**place** 82:18 112:2
**plaintiff** 1:6 3:10,17
4:17,23 5:20
**plaintiffs** 2:7,8,23 5:9
5:10 43:23 52:6
79:11 89:18 90:6
91:12 92:11,25
120:25
**plan** 26:19
**plant** 12:8 31:14,22
96:1,1,22
**plates** 40:25
**please** 4:19 5:21 21:2

33:18 42:11 59:7
62:3,18 63:3 69:10
75:23 80:3 88:9
**plug** 22:25 23:1
**plumbing** 12:18,21
12:22 39:3,21 40:12
40:19
**point** 27:22 86:14
93:23 111:10 113:6
115:9
**pole** 111:17
**policy** 17:20
**pop** 119:16
**position** 10:11 14:17
16:12 17:3 18:8
30:3 36:11 53:24
98:6
**possession** 49:14 51:6
51:22 57:11 59:2
61:7
**potential** 116:6
**potters** 30:23
**powder** 14:1
**power** 22:18
**precautions** 96:8
**precise** 8:8
**preface** 75:24
**preferred** 19:9 20:17
**premarked** 5:8
**preparation** 33:20
34:14 35:3,20,22,25
36:3
**presence** 95:1
**present** 3:23 42:3
**president** 16:13
29:23
**press** 98:7
**pretty** 41:17 99:12
112:23 119:14
**previously** 110:8,8
**primarily** 10:15,17
14:16 21:10 47:22
115:16
**principal** 82:8
**print** 115:19
**printed** 113:1
**printing** 115:17

**prior** 8:11 14:12 38:24 39:18 43:3 59:24 64:17,25 66:5 66:24 71:1,20 73:6 74:7 75:12 98:18,25 99:14
**privileged** 34:6,10,19
**probably** 23:22 31:25 35:21 38:24 65:18 68:19 72:15 85:5 100:20,22 105:18 114:23 115:11 119:18,21
**problem** 56:22 81:11 108:16
**problems** 107:19,25
**procedure** 3:7 6:22
**proceed** 75:23
**process** 10:12 13:6 73:12,14
**processed** 30:13
**processes** 10:15
**processing** 12:13
**produce** 48:21 94:23
**produced** 4:17 17:15 18:4 33:23 45:25 48:14,18,25 49:16 49:18 54:25 55:6 57:17 58:8,11,12,22 61:8,17 64:4 65:12 89:20 93:3 112:9
**product** 13:12 30:13 46:21 73:21 107:22 108:3
**production** 13:5,6 34:5 53:25 70:9 92:14
**products** 10:25
**profit** 108:19,21
**proper** 22:19 23:3
**properties** 100:13
**protection** 96:13,17
**provide** 7:25 8:8 33:5 33:6
**provided** 36:22 71:17 89:8 90:24
**public** 4:7 32:3

**puffy** 41:3
**pull** 22:25 23:1 54:22
**pulled** 20:2 43:16 52:17
**pulling** 52:23
**purchase** 65:4
**purchased** 53:9
**purchasing** 66:3
**purpose** 17:14
**pursuant** 3:1,6 81:14
**put** 23:1,14,24,25 24:7 40:24 46:17 108:20 115:18 116:4
**putting** 22:7 40:8 111:22
**pyrometric** 2:20 10:25 13:7 14:3 17:11 20:24 21:2 36:18 38:9,16 40:13 40:18 42:24 43:4 44:23 45:3,16 51:9 64:18 65:1 72:12 82:25 101:10,24 102:8,22 103:10 104:7 105:6 106:16 107:4,9 109:9 112:6 119:19

**Q**

**quantify** 118:2 120:14
**quantities** 41:18
**quantity** 119:10
**quarter** 41:2
**question** 15:5 16:2 19:11,17 33:25 34:11 36:1 37:19 38:19 42:10 46:24 49:7,15 50:2,19,22 58:4 61:2 62:2,15 62:18,22,24 63:2,3 63:6,20,22 64:6,11 64:14 65:20 66:23 67:3 72:17 75:23,25 80:5,12 82:22 94:15 98:15 103:20 107:1

114:22 116:13
**questions** 7:15,18 20:4 22:1 44:10 57:1 60:1,6,13 80:16 81:12 88:4 93:23 111:8 120:17
**quick** 48:4
**quite** 90:24

**R**

**raise** 111:10
**raised** 27:22
**ran** 118:20
**rated** 24:11,13,14
**rating** 24:19 27:7
**ratios** 21:12
**reached** 22:19 23:3 24:9
**read** 34:12 42:11,12 45:23 46:8 48:5 50:21 62:2,4,24 63:1,3,4 79:24 89:1 89:12 90:13
**real** 48:4 100:23
**really** 7:7 15:13 25:3 25:15 26:6 31:5 75:24 80:18 83:25 84:8 100:12 109:10 116:13 120:21
**reason** 15:10 24:2 26:19
**reasons** 73:25 74:2
**recall** 9:25 14:22 39:20 47:15 68:14 103:5 109:19 113:10
**recalling** 68:11 73:8
**receipt** 118:19
**receive** 9:15 118:15
**received** 89:11,14 91:6,7,8 95:14 118:16
**recess** 44:6 50:11 87:23 117:15
**recollection** 10:1 38:7,8 65:20 68:24
**record** 4:6 5:7,21

42:12 44:4,7 48:1 50:9,12 61:19,21 62:4 63:4 67:16 83:17 87:22 88:1 89:13 92:9 95:4 117:13,16,25 120:19 121:5
**recording** 53:9
**records** 14:5 17:16 17:18,19,23 40:11 94:23 95:23 96:6
**reentry** 30:14
**refer** 10:23 21:7 55:19,20 61:6 119:16
**reference** 52:4 58:20
**referenced** 58:19 64:3,3 67:7
**referencing** 48:17 49:10,16 55:8
**referred** 20:18 65:5 95:25
**referring** 50:24 51:12 54:23 55:16 56:10 57:6,15,19 58:12 59:2,17 61:2 63:25 73:13 90:2 96:23
**refractories** 11:10,11
**refreshes** 11:10
**regarding** 36:23 46:16 51:8 100:13
**regards** 37:15 72:11
**related** 9:24
**relationship** 108:6
**relevance** 15:16 79:1 81:5
**reliability** 73:22
**reliable** 100:9
**remember** 97:22 103:19 113:8 116:12
**remembered** 3:1
**rep** 100:2
**repeat** 19:12,17
**rephrase** 34:11 50:20 63:21
**report** 18:12 116:23

117:3
**reported** 1:20 78:24
**reporter** 5:1 19:7,11
34:12
**reporting** 1:23 3:4
**represent** 4:22 5:20
25:17 86:6
**representation**
113:19
**represented** 3:16,20
**representing** 4:8,25
**represents** 25:11,18
**reputation** 119:3
**request** 5:16 34:5
48:22 49:1,4,9 53:7
57:18 69:22 88:13
89:22 90:8,22
**requested** 88:18,24
**required** 96:12,17
**respect** 42:5 51:11
72:17 83:18 117:19
**response** 90:18 91:7
**responses** 28:18
**responsibility** 17:6
119:2
**responsible** 12:13
13:5 18:12
**responsive** 47:23
48:21,25 49:18
57:18 94:15
**rest** 58:21
**retail** 120:14
**retained** 43:15 54:13
66:5 121:3
**retention** 17:20
**retired** 33:11 36:8,9
53:20,22 71:24 98:4
**review** 42:14 48:4
50:15 66:4,22 83:7
95:24
**reviewed** 33:22 34:13
43:15 45:14 48:13
48:16 49:12,20,24
50:4 51:5 52:14
54:12,22 57:7,8,14
58:16,20,24 61:8
62:9 63:13,15 66:21

**reviewing** 65:2 68:10
**revolver** 118:23,23
**right** 7:9 8:11,24 10:2
12:2 16:1,4 17:1
20:8 21:25 22:8
25:16 26:10,16,25
27:3 28:2,9,17,21
29:4 30:7,23 33:8
34:9 37:14 39:14
41:17,24 43:19
44:13 46:11,13
47:13 48:22 49:4,9
49:13 50:2 52:2,5
52:13 53:20 54:6
55:22 56:14 57:2,10
57:13,16,20,22,25
59:9,24 64:24 65:11
68:18,19,20,21 70:7
71:13,25 82:19
83:22 84:25 85:14
85:17,25 88:4,8
89:24 90:23 91:2,3
91:16 92:2,3,21
93:21 94:1 95:16,17
98:12,13 99:1,20
100:15 101:8 102:6
102:10,15 103:7,9
104:22,23 107:2
108:5 109:24 111:9
111:18 113:18,21
114:9,16 115:1
116:22 119:20,24
120:15
**rigid** 41:3
**ripped** 91:3
**river** 106:10,11
**room** 86:25 119:21
120:1
**rosens** 110:9
**rough** 73:4
**roughly** 70:22
**rules** 6:22
**run** 114:1
**running** 118:16

― ― ―
**S**
― ― ―
**safety** 2:15,17 89:24

91:14 92:6,20 96:8
**sales** 11:8 100:2
**salesman** 11:17 13:19
**sampson** 35:9,9 37:9
**san** 1:2,24 3:5,15,19
4:7,9,14,16 121:4
**sansome** 1:24 3:4 4:8
4:16 121:4
**save** 85:5
**saves** 93:19
**saw** 25:19 39:10,17
40:9 46:20 58:22
116:23
**sawdust** 64:20 66:12
66:24 67:24 68:5,23
69:1,12,19 70:4
71:5,18 73:15,21
75:10,12,18,21 76:2
100:9
**saying** 26:7 32:5
47:25 81:11
**says** 28:18 49:11 51:5
55:23 57:8 59:1
63:12,15 64:17 94:4
94:12 112:4,4
**scale** 26:3
**schlesinger** 1:5 4:12
**school** 7:17 8:25 9:2
30:4
**scope** 15:1 59:25
61:14 69:21 76:15
77:10,13 108:11
**scott** 3:16 4:21 5:20
50:14 56:4,24 61:15
80:19
**seager** 46:22 102:5,5
102:7,9,12,14,21
104:15 109:21
**search** 48:24
**second** 44:15,22
64:17 66:10 98:23
**section** 3:7
**see** 22:23 23:1 34:22
39:8 40:4,11,24
51:3 58:5 64:21
68:11,12 79:1 90:17
110:23 111:3 112:3

117:2
**seen** 32:15 38:9,17
39:15 42:14,25
44:12 68:22 100:24
109:10,12
**self** 41:20
**sell** 114:7,21,24 119:7
**selling** 105:25 106:1
117:19
**send** 93:24,24
**sense** 7:18 31:22
**sent** 88:21
**sentence** 45:12,15
48:11 51:3,5,11
55:11,12 56:10,11
58:13 59:1,5,18,18
61:4 63:25 64:1,21
64:23,23
**separate** 81:2
**september** 89:21
91:19 92:9 95:19
**served** 93:17
**services** 1:23 3:4
**set** 3:13
**shakes** 7:22 30:25
**sheet** 2:15,18 40:22
40:22,23 56:18
91:15 92:7,21
**sheets** 89:24
**shelf** 40:9
**shes** 70:14
**short** 113:12
**show** 80:8 115:17
**showing** 60:12
**shut** 114:10
**shutoff** 22:16 23:7,8
23:18
**shuttle** 30:15
**side** 106:10 108:20
**signature** 44:15
**signed** 43:21 57:7
**simes** 3:14 4:22
**similar** 117:2
**simple** 56:23,24
62:15
**simply** 59:23
**single** 61:16 112:9

sinks 12:24
sir 5:19 6:3 61:1
sites 22:24
sitting 86:20
six 32:21 120:14
size 24:19 32:20
  35:18 36:25
sizes 32:20 33:3
  114:13
slight 25:22
slightly 25:22
small 41:10,13,15
  74:15 112:21
smaller 32:24
smallest 32:24
soft 40:24 41:5
softens 22:17
softer 41:1
sold 8:19 32:3 106:16
  106:19 107:8,12,13
  117:21
sole 106:14
somebody 56:25
sorry 9:12 42:10
  70:13 74:8 116:16
sort 10:8 11:9 12:9
  12:23 13:20 14:14
  16:7 17:9,21 22:21
  31:12,13,17 86:24
  96:13 107:24,25
  118:12
sounds 26:25 68:18
  97:23
source 85:20
south 9:3,11 81:25
  82:5,10,13,17 88:12
  116:24
space 30:14
speak 35:14,17 36:2
  88:6 90:12 97:7
speaking 42:22 56:5
  59:15
speaks 94:4
specific 38:6 45:14
  61:2
specifically 37:24
  49:11 50:25 57:8

86:15 97:8
specifications 43:1
speculate 8:2 78:15
  78:17,19
speculating 75:16
speculation 8:4 15:9
  69:21 71:21 72:21
  90:11 108:12
spell 5:23 12:19
  33:18 74:23 92:1,2
spiral 119:14
spoke 35:5 36:5
  60:2,10 67:21 71:24
  82:6
spoken 32:14 35:3,6
  35:12 45:15 46:9
spongy 100:16,23
square 32:1
stack 51:13 52:1
stacked 87:11
stamped 89:14
standard 2:19 41:17
  112:6
start 5:25 10:5 16:17
  24:17 26:14 31:1
  41:24 43:8 72:19
  73:2 83:23 86:17
  87:24 104:17
started 17:2 19:4,19
  20:24 21:13,14
  26:21 38:22 70:20
  72:13 83:8,10,19
  99:5,11,12,18,25
  101:17 102:18
  103:13,25 104:7,20
  105:20,22 106:3
  119:13
starting 26:20 117:20
starts 25:1 83:23
  118:16
state 1:1 5:21 19:6,20
  29:15,16,18,19,23
  30:5 46:17
stated 3:11 4:2
statement 81:2 82:14
statements 100:12
states 30:5 101:11,13

101:14,20 102:13
  102:19 103:15,21
  104:13 106:16,20
  106:22 107:5,9,12
  107:14 108:4
stay 61:21
stays 38:25
steel 11:10
sticker 65:12 93:8
  110:17
sticking 111:17
stipulate 17:22
stop 60:8 64:13 83:23
stopped 69:11 83:19
  101:17 105:24,25
  106:1,4
stores 119:16
street 1:24 3:5,15,19
  4:8,16 18:24 19:1
  31:16 113:3 121:4
stuck 86:21
stuff 5:12 14:13
  33:24 98:11 100:10
  111:14
styrofoam 40:23 41:1
  41:3,5
subject 62:5,17
suite 1:24 3:5 4:8
  121:4
summarize 69:9
summary 80:23 81:2
summit 18:24 19:1
  31:16 113:2
superior 1:1 4:13
supplied 53:12 54:4,4
  76:6,13 78:2 79:12
  82:23 83:11 86:1
  87:5 89:3,4 94:8,8
  94:17 116:20
supplier 66:24 68:4
suppliers 66:8 87:9
supply 73:22 82:20
supplying 76:5 83:19
  83:21 85:13
support 45:15
supporting 41:20
  115:2

supposed 80:19
sure 6:21 22:6,25
  24:9 28:7 36:14
  38:18 40:10 42:20
  45:9 65:14 71:7
  73:3 75:5 84:4
  85:11 86:4 87:2
  90:24 93:5,8 99:12
  103:22 105:22
  106:11,11 107:17
  110:3,11,19 119:11
suspect 73:23
swear 5:1
switch 73:14,15
  75:10 96:19 113:24
sworn 5:6
system 26:20

**T**

table 34:22
take 25:13,24 27:6
  35:14 44:1,2 48:7
  50:7 60:22 64:23
  69:3 82:21 83:13
  84:2,4,8,17,19
  87:15,18 111:12
  114:5 117:9,10
  120:22
taken 6:15 44:6
  50:11 56:25 87:23
  93:11 117:15
takes 27:24
talc 14:15
talk 6:1 7:7 19:24
  33:16 71:13 72:4
  73:18 88:5 94:21
  111:13
talked 35:21 37:23
  46:9 59:11 61:3,10
  63:17 66:19 67:19
  97:9 99:19 100:9
  102:9 113:5 115:2
  117:25
talking 22:7 33:10
  34:7 35:20,22 36:24
  42:18 49:4,10 55:4
  65:5 73:14 76:25

78:11 83:8 107:11
114:8,14 119:17
**tape** 4:11 87:20,24
**tax** 108:20,22
**teach** 7:18
**team** 51:16
**technology** 102:13
**tell** 6:9 7:15 11:19
17:20 18:16 24:17
27:25 37:11,14 39:1
45:1 48:20 69:13
70:2,8 72:11 76:16
80:14 82:16 84:15
85:17 97:12 99:24
100:18 101:22
102:3 111:2 113:11
114:23 115:10
**telling** 24:1 57:22
59:12
**temperature** 11:13
17:12 21:6 24:10
25:18,19 26:2,9,22
27:11,16,21,23 28:8
**temperatures** 21:4
24:15
**ten** 109:7
**tendency** 7:5
**tennessee** 16:6 106:9
**terms** 118:17
**territories** 119:9
**tested** 94:25 116:14
116:22
**testified** 3:13 4:3
23:24 45:18,21 46:3
60:2
**testify** 3:11 4:2 81:13
**testifying** 6:25
**testimony** 71:21 74:7
81:3
**testing** 2:11 88:11,13
88:16 116:24
**thank** 14:2 18:2
52:13 60:15 64:16
**thanks** 6:11 30:20
**thats** 6:9 11:18 18:9
18:24 19:8 21:9,21
22:9 24:1 26:10,17

26:25 27:19 28:13
28:13,25 30:14
32:14,22 34:2 35:10
36:10 37:7 39:13
40:16 45:7 46:13,23
47:14,23 50:2 53:14
54:7,10 55:22,23
57:21 59:3,5,8,11
61:21 63:2,5,19
64:2,6 65:11,11
67:22 69:24 70:17
77:9,25 79:8 82:2
83:5,13 85:25 88:8
89:21,25 91:19 92:1
92:2,22 93:10 95:17
95:17 96:22 98:11
98:17 102:5 103:6,7
106:8 110:18
111:21 112:9 113:5
113:7,11 114:22
119:24 120:14
**theirs** 109:11
**thereof** 3:3
**theres** 22:12 23:5,5
25:7 28:7 29:15
31:15 32:20 41:9,21
50:3 52:14 57:21
67:11 68:18 78:22
79:17 87:17 95:3
96:6 101:21 102:24
102:24,25,25
107:22 110:20,21
**thermal** 17:11
**theyre** 21:8 22:11,12
22:20 23:14,17
31:10 41:12,13
49:17 57:1 75:19
80:19 96:19 103:12
104:1,10,11 105:23
105:24 119:15,16
**theyve** 18:19 19:3
**thick** 41:2
**thing** 17:21 19:4
29:12 48:20 61:16
75:17 84:24 95:12
100:8 106:14
**things** 6:23 11:13

32:13 40:25 83:10
84:21 100:20 108:4
112:23 119:1
**think** 21:14 24:2 28:5
37:2 38:17 39:3,17
47:23 50:15 52:4
53:8,20 60:7 65:18
69:16 71:10 80:15
84:1,9,16 88:2
92:15,17 94:12
95:12,15,18,19
98:24 100:1,18,19
101:4,21 102:11
106:7,9 110:14,20
110:24 115:20
117:8,9 120:17
**thinking** 45:8 57:23
**thousand** 28:10
**thousands** 28:12
68:19,19
**three** 23:22,24 32:21
32:21 33:1 53:10
54:8 61:10 67:6,10
76:4 85:13 103:1
104:3 105:4,7
**ties** 118:21
**tile** 12:11 30:14
**time** 4:6 7:8 8:16
13:11 15:6 18:21
21:7 24:15 25:19
28:8 31:18 36:5
40:5,13,18 42:16
43:17 44:5,7 47:6
50:9,12 68:5 69:4
74:15,20,25 76:6,10
78:11,11 83:20 85:5
86:17 87:22 88:1
89:8 90:15 92:5
96:14 97:6,8,13
99:7,8,19,22 102:12
105:6 106:17 107:9
110:4 112:20
113:23 114:15
115:5,14 116:4
117:13,16 118:18
118:20 121:6
**times** 6:17 83:22

**tips** 23:3
**title** 99:9
**today** 17:15 21:20
32:17 33:20,23
34:14 35:20 40:21
45:25 46:10 47:8
48:14,18 49:17 50:4
61:9 62:11,19 67:10
68:12 93:3 96:19
101:24 104:1,10
105:1,23 114:15,17
120:4
**toilets** 12:24
**told** 37:5 38:3 48:23
59:10 62:9 66:13
68:9,25 69:15 70:6
70:7 72:13 73:20,20
74:2 82:9 87:7
97:15
**tooker** 1:23 3:4 4:8
4:15 121:4
**top** 27:25 89:12 91:4
**total** 18:12
**totally** 84:21 94:15
**town** 105:13
**transcribe** 7:23
**transcript** 7:23
**trap** 62:13
**traveled** 46:21
**tremolite** 94:12,18
95:2,7,10,15 96:5
96:10 116:6
**trial** 17:25 22:1
**triangle** 111:17
**tried** 94:24
**trips** 22:18
**trustees** 18:13
**truth** 3:11,12,12 4:2
4:3,3 24:1
**try** 7:8,8
**trying** 15:3 45:13
46:5,6 57:24 59:23
60:8 62:13 87:14
113:11 117:6
**turn** 23:4
**turns** 22:18
**twice** 76:8

**two** 22:20 23:5 26:14
  32:20 33:1 46:3
  53:19 65:4 66:8,19
  77:23 83:10 102:25
  104:3 105:4,7 107:1
  107:7,16 110:14,15
  110:20,21 120:1
  121:3
**type** 46:21 114:8
**types** 23:5,10 24:18
  25:8 62:9
**typical** 114:1
**typically** 22:11

**U**

**uhhuh** 10:24 12:22
  79:13,15 88:23
**uhhuhs** 7:22
**uhuhs** 7:23
**umhum** 19:21 23:19
  26:15 28:20 29:3
  35:2 36:7 37:6 41:4
  43:14 44:21 48:12
  51:2,7 52:19 61:5
  85:22 86:9,12 97:11
  101:7 110:6 111:15
**umum** 107:23
**unavailable** 22:2
**understand** 6:24 7:14
  7:19 8:1 15:16 16:1
  17:14 18:4 26:7
  37:19 40:10 42:20
  45:7 46:2,5 47:24
  49:2,7 52:13 55:2
  56:2,7 58:4 63:9
  68:18 70:7 86:19
**understanding** 22:3
  36:16 71:16 118:12
**undisputed** 81:3
**united** 30:5 101:11
  101:13,14,20
  102:13,18 103:15
  103:21 104:13
  106:16,20,22 107:5
  107:9,12,14 108:4
**university** 9:9,16
  19:6 29:16,16,23

30:1,5
**upset** 60:20
**use** 5:8 13:7 14:2
  17:25 24:2 26:23,24
  82:24 100:6,14
  112:23 114:2
  115:17,22 116:2
  118:23
**usual** 8:7
**utilitarian** 112:24

**V**

**vague** 14:25 24:12
  34:3 37:18 39:23
  42:19 45:6 57:1
  59:3,5 62:8 67:13
  76:23 78:10 108:12
**variables** 28:7
**various** 83:22 87:6
  114:13
**vary** 23:15
**varying** 21:12
**verifications** 93:15
**vermiculite** 2:12 43:7
  43:8 53:9,13 54:4
  55:20 64:19 65:1,4
  66:3,8 72:13,19
  73:15,16 75:10,15
  75:19,20,21 76:2,5
  76:6,13 78:2,6,22
  79:12,17,22 81:16
  81:21 82:5,12,20,24
  83:20,21 85:13 86:1
  86:14,17,20,22 87:1
  87:5 88:10,22 89:2
  89:3 93:25 94:7,16
  95:1,6,10,22 96:5
  96:10,19 99:25
  100:6,10,13,21
  116:14,22,25 117:4
  117:20 118:1,13
**versus** 4:12 27:9
  30:18 84:22
**vesuvius** 11:4,5,15,22
  12:3
**video** 1:14,23 3:4 4:6
**videographer** 3:23

4:5 5:1 44:4,7 50:9
  50:12 87:20,24
  117:13,16 121:2
**videotape** 4:17 22:2
**videotaped** 2:23
**videotapes** 121:3
**virginia** 106:9
**visually** 23:2
**volume** 4:11 87:21,25
**vs** 1:7
**vucavich** 74:22 75:1
  75:4,8
**vukovich** 2:16 92:1,5
  99:2,3
**vukovichs** 91:25

**W**

**wait** 46:1,1 71:20
  78:9,9 83:9 92:8
**walk** 44:18
**wallace** 3:18 4:25 5:4
**want** 5:12 6:8 8:2
  26:23,24 27:11 31:7
  40:10 43:19 44:9,18
  48:5 55:22 56:17
  59:17,22 60:17,22
  63:1 64:13 77:18,21
  78:17 81:6,13 83:7
  83:12,18,24 84:4
  88:5 93:5,8 100:14
  109:22 110:19
  111:6,7,13 113:12
**wanted** 96:1 117:18
**wants** 19:17
**war** 105:8
**ware** 12:18,22 39:3
**warehouse** 86:25
**warnings** 116:5
**wasnt** 8:20 14:4
  32:12 74:5 106:13
  106:14 110:3
**watching** 22:2
**way** 14:13 24:11,23
  29:14 39:19 42:23
  60:8 64:9 69:17
  87:17 94:20 113:1
  114:1 118:2 120:3

120:21
**ways** 22:12,20
**wear** 96:12,17
**weathers** 6:12
**website** 20:2
**wed** 47:23
**wednesday** 3:2
**week** 118:3
**welcome** 120:23
**went** 20:11 51:17
  52:17 70:10 88:16
  102:8,12 104:20
  105:6
**west** 106:9
**westerville** 6:10,13
  17:8 18:15,18 72:3
**weve** 46:9 58:2 61:3
  82:14 88:2 93:3
  97:9 119:11
**whats** 6:5 32:24 50:3
  53:24 57:17 111:14
**whatsoever** 10:21
**wheel** 30:23
**white** 115:15,16,19
  115:20
**whitfield** 97:24 98:2
**whos** 71:24 82:7
  91:23 97:21 98:20
**window** 22:22
**withdraw** 16:2 82:21
**witness** 3:10,10 5:2,6
  20:22 22:13,13,21
  23:6,22,23 24:18,18
  25:5 27:19,21 30:25
  34:16,20 37:21 40:3
  42:13,20 43:13,15
  45:9 46:15 48:10
  49:21,23 50:1 63:7
  63:12 64:15 66:19
  67:14,16 70:2,6
  72:24 76:11,19 77:6
  77:23 78:15,18
  84:15,24 85:1,3
  88:20 90:12 95:19
  97:20,24 98:1 101:2
  101:7,16 107:13
  108:16 109:7

114:11,15,21,23
116:11,18 119:24
120:9,11
**witnesses** 22:14
**wondering** 34:13
**words** 8:7 19:12
24:14 25:24 26:8
27:8 42:25 45:12
67:10 69:16 86:6,19
98:20
**work** 6:2 10:2,18
11:3 12:2,5,25
13:14,16 14:8,10
16:5,10,14,22 18:7
21:7,24 22:20 23:4
25:12 26:9 27:8
31:8 59:8 70:10
99:20 102:10
109:22 118:22,24
119:1
**worked** 11:4,19
12:17 14:4 16:4
26:22 33:10 36:13
38:5 54:1 70:17
71:1,4,17 73:6 97:9
97:13 98:18,19,25
99:3,14 102:11,12
102:17 108:23
**workers** 97:3
**working** 10:5,20
11:21,25 12:10,15
13:8 14:19 16:17,23
16:24 17:2 38:23
39:2,9,12,21 40:5
40:12,19 70:20,24
73:2
**works** 97:10
**world** 79:24 105:8
**worldwide** 107:11
**wouldnt** 28:6 34:19
114:4,5
**wow** 38:18
**write** 54:18
**writing** 112:3,12
**writings** 109:18
**written** 43:16 53:1
65:10 66:7 84:22

85:21 111:14 118:7
**wrong** 98:23
**wrote** 43:18 54:18
67:14

___

**X**

___

**Y**

**yard** 68:2,8
**yeah** 6:20 16:25
19:15 21:18 23:9
25:5 27:5,17,20,21
28:13 30:19 34:1,7
36:24 39:10 41:14
44:2 45:11 47:2
49:21 50:23 51:24
55:23 58:21 62:7
66:22 72:24 76:20
88:10,19 90:20
92:15 93:4,10,16,18
93:21 95:18,19
97:17 99:13 100:5
101:14 104:16
105:15,17,19 108:3
108:8,16 111:2,7,20
111:21,23 113:13
114:10,18 115:10
116:23 118:14
120:5,11
**year** 9:4 20:13 33:7,9
36:8 86:21 114:21
114:24 115:3,11
**years** 9:12 10:18
11:19 12:5,25 13:16
36:14,15 37:15
46:18 54:2 70:10,22
82:12 83:2,10,11
85:17 102:1 105:4,7
109:7 118:2,13
119:7,11
**youd** 72:8 109:21
**youll** 84:25
**youre** 7:21 14:12
16:24 17:15 18:4
22:7,8 23:2 26:2,7
30:23 32:5,5 33:23
37:22 42:20 45:9

46:11 48:17 49:15
54:23 55:5,16,24,25
56:21 58:2,12 59:15
60:5,6,12,12 61:23
62:13 63:12,25
68:20 73:13 74:1
79:3,22 80:5 81:9
95:21 96:3 99:11
101:4 102:4 106:15
112:20 113:11
114:8,14 119:10,20
120:23
**youve** 32:13,14 35:1
35:12,21 38:17
44:12 45:22,23 46:8
46:8,9,24 48:16
58:25 61:10 64:9
67:19 83:9 93:7
97:17 112:22

___

**Z**

**zonolite** 43:16,18
52:9 53:4,10,12
65:10 78:5,6,12
81:17 82:23 84:22
85:3,7 86:11,13
95:9,11 100:1 117:3

___

**0**

**00** 84:5
**000** 31:25
**020** 25:2
**021** 25:2,20 26:11
**022** 25:1,2,13,15,21
26:2,7,13,25 27:7,9
27:24

___

**1**

**1** 2:8 4:11 5:8,10 25:2
25:2,2 26:13,14,21
61:4 64:1 80:2
87:20 117:14,17
121:6,8
**10** 3:3 4:6 31:25
**100** 59:12 110:3,11
120:8
**10876** 2:11

**11** 44:5,8 50:10,13
**12** 46:18 87:22 88:1
115:3
**120** 2:19
**1445** 113:2
**15** 46:18 84:18,19
**17** 21:14
**18** 21:15 117:14
**1800** 28:13
**1896** 21:16,17 104:20
104:21,21
**19** 25:2
**1910** 54:19
**1932** 28:19,23 29:2
31:1 32:2,8,9
**1947** 6:6
**1950s** 38:4,10 42:16
101:12
**1957** 54:14
**1960** 99:15
**1960s** 38:14
**1963** 43:9,18 52:9
65:21 66:24 70:24
72:14,19 73:6 78:13
86:8 97:13 98:25
99:12 117:20
**1965** 9:5,14
**1969** 9:14 10:19
**1970** 71:2
**1971** 10:19 11:20
**1972** 12:6
**1975** 12:6 13:1 39:11
40:19
**1976** 88:9
**1978** 89:15
**1979** 13:1,17 39:11
113:20
**1980** 18:21
**1981** 18:21 89:21
95:16
**1983** 13:17 14:11
42:1,2 43:3 91:19
92:9 97:13 98:18
**1986** 14:11 16:4,11
20:25
**1991** 99:8
**1994** 16:11

**1st** 89:15 91:19 92:9

---

**2**

**2** 2:9 43:23 44:20 45:13 52:11 84:5 87:24
**2001** 6:20 8:12 15:25 16:21,22 38:22 79:21 99:21,22,23
**2002** 99:22,23
**2004** 73:9
**2007** 1:16 3:2 4:6 36:9
**2093** 3:7
**20th** 6:6 52:8 65:21 86:7
**22** 44:5
**24** 52:9,10 87:22 117:17
**25** 41:21 114:25 115:2
**28** 1:16 3:3 4:6
**28th** 3:2 4:6
**29** 44:8 121:6,8
**2nd** 89:21

---

**3**

**3** 2:10 18:17 48:3,17 49:16 50:25 52:5,6 52:10,14 54:22,23 55:8 56:11 58:13,13 58:20 61:4 64:1
**30** 31:9 118:17,18
**35** 50:10 70:22
**350** 1:24 3:4 4:8,16 52:11 121:4
**36th** 3:15
**39** 50:13
**3920650** 1:25
**3c** 18:17,17 31:10

---

**4**

**4** 2:5,11 64:17 89:18
**40** 24:21 25:4,5,7 26:14 36:14 54:2 70:10,22 88:1 120:16

**415** 1:25
**4153920650** 4:10 121:5
**42** 25:2 26:5 27:1,2,6 27:9,10,18 28:11 36:14
**43** 2:9 36:15
**44** 3:14

---

**5**

**5** 2:8,13,23 90:6 91:8
**50** 41:9,16,19 114:25 120:9,10,11
**501c3** 108:22
**50s** 33:12,14 37:25
**52** 2:10
**55** 3:18
**59** 6:4

---

**6**

**6** 2:14 91:12 120:6
**60s** 33:12 73:5
**63** 75:12 96:15 98:19 98:20
**662** 52:9
**6991** 18:17
**6th** 3:19

---

**7**

**7** 2:16 92:11
**700** 1:24 3:5 4:8 121:4
**70s** 115:12
**72** 11:20
**75** 39:15 40:6
**79** 39:15 40:6,19 113:15,22
**7916** 1:21

---

**8**

**8** 2:17 92:25
**80** 113:22
**80s** 115:11,12 119:13
**83** 52:10 96:15 98:19
**89** 2:11
**8th** 88:9

---

**9**

**9** 2:19 120:25
**90** 2:13
**91** 2:14
**9183** 2:16
**92** 2:16,17 99:8
**92581** 2:14
**9281** 2:13
**94** 16:19
**94104** 1:24 3:16 121:5
**94106** 4:9
**94133** 3:19
**97** 2:10