EXHIBIT 11



# orton
The Edward Orton Jr. Ceramic Foundation

September 2, 1981

W. R. Grace & Co.
112 North Street
Wilder, KY 41071

Dear Sirs

We are required by Federal law to obtain Material Safety Data Sheets for all material we use in the manufacturing of our product, pyrometric cones.

We are currently using and purchasing from your organization Industrial #2 expanded vermiculite. Although this material does not go directly into our product, it is used as packaging material.

We would appreciate obtaining the above mentioned Material Safety Data Sheets from you along with any other data on Industrial #2 expanded vermiculite which may be valuable to us.

Yours very truly


Dale Fronk
Ceramic Engineer

mld

DAF COPY



PLAINTIFF'S EXHIBIT
5
Childress  11-26-07