EXHIBIT 12

# GRACE



**Construction Products Division**

W.R. Grace & Co.
62 Whittemore Avenue
Cambridge, Mass. 02140

(617) 876-1400

September 25, 1981

Mr. Dale Fronk
Ceramic Engineer
ORTON
1445 Summit Street
P.O. Box 8309
Columbus, Ohio 43201

Dear Mr. Fronk:

This is in response to your recent request for a Material Safety Data Sheet for Industrial Vermiculite #2 which you have been using as packing material.

I am attaching a copy of our M.S.D.S. #Z-140, Industrial Vermiculite, Libby Source - Size #1, #2 & #3.

#3 Expanded Vermiculite is also marketed to consumers as Attic Insulation. When processed for this end-use, it is more intensively screened to remove fines (vermiculite dust and tremolite) and in some cases, it is treated with a binder to further reduce airborne dust when used. This further reduces the exposure of the user to airborne tremolite fiber. You may wish to purchase this to limit dust exposure. It is readily available at most building supply houses.

We have prepared the attached Material Safety Data Sheet in a form that is most meaningful to technically aware industrial end-users who will be aware of the responsibilities placed on them by OSHA Regulations.

It has been our experience, handling significant tonnages of expanded products in our own manufacturing plants, that good industrial hygiene practices will limit the airborne exposures of employees to extremely low levels.

If you require additional information, do not hesitate to contact me.

Very truly yours,

Diane O'Donnell
Diane O'Donnell
Technical Administrator

DOD/cm

Attachment

File: Expanded Vermiculite
     Industrial End Use - M.S.D.S.

PLAINTIFF'S EXHIBIT 6

# MATERIAL SAFETY DATA SHEET

Required under USDL Safety and Health Regulations for Ship Repairing Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

## SECTION I

| MANUFACTURER'S NAME | EMERGENCY TELEPHONE NO. |
|---|---|
| W. R. Grace & Company | 617-876-1400 X457 |
| ADDRESS (Number, Street, City, State, and ZIP Code) | |
| 62 Whittemore Avenue-Cambridge, MA 02140 | Quality Assurance Manager |
| CHEMICAL NAME AND SYNONYMS | TRADE NAME AND SYNONYMS |
| Expanded Libby, Montana Vermiculite | Industrial Vermiculite-Size #1, #2, & #3 |
| CHEMICAL FAMILY | FORMULA |
| Magnesium Aluminosilicate Mineral | $(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)_4(O)_{10}(OH)_2 H_2O$ |

## SECTION II - HAZARDOUS INGREDIENTS

Contains less than 0.1% by weight of a naturally occurring contaminant tremolite. OSHA Regulation 1910.1001 defines tremolite as asbestos. Some forms of tremolite are platy. Other forms can be fibrillated by physical handling to release airborne "asbestos fibers". Regulation 1910.1001 places a limit of 2 "asbestos fibers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any one time for airborne fiber exposure.

The physical handling given to expanded Vermiculite can release both airborne fibers and nuisance dust. Refer to OSHA Regulation 1910.1001 for approved control procedures.

## SECTION III - PHYSICAL DATA

| BOILING POINT (°F.) | NA | SPECIFIC GRAVITY ($H_2O=1$) | NA |
|---|---|---|---|
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT, VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE (___ =1) | NA |
| SOLUBILITY IN WATER | slight, if any | Bulk Density lbs/c.f. | 5-7 |
| APPEARANCE AND ODOR | Free flowing dark brown to tan colored particles. | | |

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA    NOT APPLICABLE

| FLASH POINT (Method used) | | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|---|
| EXTINGUISHING MEDIA | | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | | |

PAGE (1)                (Continued on reverse side)                Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable but W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations issued pursuant thereto.

## SECTION V - HEALTH HAZARD DATA

**THRESHOLD LIMIT VALUE**
Dust respirable fraction 5 mgm/$M^3$. Total dust 15 mgm/$M^3$.
Airborne asbestos fiber 2f/cc T.W.A.-Ceiling 10f/cc at one time.

**EMERGENCY AND FIRST AID PROCEDURES**
NA

## SECTION VI - REACTIVITY DATA   NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | | | |

**INCOMPATABILITY** (*Materials to avoid*)

**HAZARDOUS DECOMPOSITION PRODUCTS**

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | WILL NOT OCCUR | | | |

## SECTION VII - SPILL OR LEAK PROCEDURES

**STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED**
Dampen slightly or use other techniques which control airborne fibers and dust within the limits of Section V above.

**WASTE DISPOSAL METHOD**
Use disposal techniques which control airborne fibers and dust within the TLV limits of Section V above. See OSHA Standard 1910.1001. Paragraph (h) (2) Waste Disposal.

## SECTION VIII - SPECIAL PROTECTION INFORMATION

See OSHA 1910.1001-Controls such as isolation, enclosure, exhaust ventilation and dust collection shall be used if necessary to meet exposure limits. Also see OSHA Standard 1910.1001 <u>Personal Protective Equipment</u> for dealing with work environments in excess of exposure limits.

## SECTION IX - SPECIAL PRECAUTIONS

**PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING**

**OTHER PRECAUTIONS**

PAGE (2)
GPO 930-540

Form OSHA-20
Rev. May 72