EXHIBIT 16

# The Edward Orton Jr. Ceramic Foundation

TO: M. Vukovich, Jr.
SUBJECT: Annual Report
FROM: W. Chase
DATE: September 1, 1983



PLAINTIFF'S EXHIBIT 7 Childress

During the first six months of 1983 many projects and goals have been accomplished. This report will summarize what has happened and what future goals we hope to achieve.

I Goal: To make a more efficient and cleaner running air bed dryer. The completion of this goal should be accomplished by the 1st week of September.

II Goal: Continue to improve the quality and consistency of material for pressing. There has been much progress in this area under the direction of D. Fronk. We now test the glomular material to make sure it is within proper size limits. Improvements have been made to the water meter to insure the % of water is accurate and the rate in which water is added is consistent. The granulator is also being overhauled.

III Goal: Continue to improve large cone tooling, i.e. a better fit and a smoother finish on the cast punches. The tooling that is placed into production has improved in quality. We have been using cast punches with flags on large cones 100% of the time for over a year.

IV Goal: Develop a dust-free packing system. Under the direction of M. Delagrange we have stopped using vermiculite, which caused much of the dust in the packing area. Now all cones being packed are placed into boxes containing Micro-Foam.

V Other Improvements:

1. New cleaning equipment has been purchased to improve housekeeping i.e. two vacuum cleaners and a floor scrubber.

2. A power washer was installed at the wash-down area to improve cleaning of production equipment and to reduce the amount of water being used in this process.

3. We have changed the type of Large and Self-Supporting boxes that we use from a two-piece telescope box to a one-piece flip-top box. The ink used to identify cone numbers has been changed from red to black to increase the life of the print. The way the box is sealed has also been improved from white labels that didn't always stick to a clear 3M tape that we have no problems with.

Future Goals - 1983-1984

I Develop a new method or type of dryer to dry Large and Self-Supporting Cones. The purpose of this would be to reduce heat in the production area and eliminate drying problems.

II Reduce or eliminate dust at the DD-2 press. The aim of this goal is to reduce dust generated in this area which is caused from the use of air to knock or move cones off the press.

III  Rebuild F presses for back up of DD-2.

IV  Increase packing productivity. The aim of this goal would be to improve method that cones are packed both in boxes and blister packs.

Proposed Expenditures - 1983-1984

1. Liquids Solids Blender 110 cu. ft.  -  $17,000.00

2. Battery for Big Joe Fork Lift        $    500.00