

EXHIBIT 20

February 15, 1993

I hereby certify that the attached copies of Ceramic Abstracts, Volume 16, 1937, are true and accurate copies, which are maintained in the normal course of business at the American Ceramic Society, 735 Ceramic Place, Westerville, Ohio 43081.

Christine Schnitzer

Christine Schnitzer
Product Manager
Ceramic Information Center

735 Ceramic Place
Westerville, Ohio 43081-8720
614 • 890 • 4700
TWX: 7101109409

PLAINTIFF'S EXHIBIT SC-CER-3200

PLAINTIFF'S EXHIBIT WV-02500

PLAINTIFF'S EXHIBIT 71670

SC-ALL-01285 SCF-ALLF-00415

# CERAMIC ABSTRACTS

Compiled by

The American Ceramic Society

Ross C. Purdy, *Editor*

Mary J. Radcliffe, Emily C. Van Schoick, Dorothy J. Turner } *Assistants*

*Committee on Publications:* J. D. Sullivan, *Chairman*, E. de F. Curtis, R. F. Sherwood, W. W. Wosner, R. C. Purdy

Volume 16, 1937

Abstracters: J. B. Austin, A. A. Ayars, Rudolf Barta, A. C. Bevan, Devidas Biswas, L. T. Brownmiller, W. H. Bruckner, P. P. Budnikoff and E. Stefanowsky, J. C. Chaston, W. M. Cohn, M. V. Condoide, Maurice Delangre, R. W. Devillers, A. H. Emery, W. F. Figée, W. D. Foster, J. L. Gallup, J. D. Gat, P. E. Grotts, Max Hartenheim, F. G. Heck, R. A. Heindl, E. B. Hewitt, J. N. Hill, G. M. Hutt, J. F. Hyde, Herbert Insley, C. B. Jenni, B. Z. Kamich, B. E. Kinkulkin, Seiji Kondo, E. H. McClelland, F. P. Peters, G. M. Petersen, C. J. Phillips, J. G. Phillips, R. H. H. Pierce, Jr., Alexis Pincus, Katherine Reed, H. K. Richardson, A. B. Searle, Stanford Setchell, M. C. Shaw, G. R. Shelton, H. E. Simpson, A. P. Som, Erich Stenzel, H. H. Stephenson, A. G. Stern, B. H. Strom, L. E. Thiess, E. J. Vachuska, F. E. Vaerewyck, F. J. Zvanut.

*Editorial Office:* 2525 North High Street, Columbus, Ohio.
*Publication Office:* 20th and Northampton Streets, Easton, Pa.

have been plotted in a ternary diagram. These results show that the pigments of the best hiding powers were prepared from solutions with a titanium dioxide concentration falling between 13 and 19% and ratios ranging from 1/1 to 1/0.65. Seeding opalescence occurs at different hydrogen-ion concentrations with different concentrations of solutions. Illustrated. F.G.H.

Viscosity and plasticity of disperse systems: VI, Effect of temperature and electrolytes on the plastic properties of kaolin. M. P. Wolarowitsch and D. M. Tolstoi. *Kolloid-Z.*, 73 [1] 92–96 (1935); see *Ceram. Abs.*, 16 [3] 101 (1937). VII, Plastic flow in an apparatus with cylinders displaceable lengthwise. D. M. Tolstoi. *Kolloid-Z.*, 73 [1] 96–101 (1935).—A method for determining the flow resistance and shearing modulus of high concentration mineral suspensions is described. The apparatus was designed particularly to eliminate surface gliding of the cylinders. Results agreed well with those obtained by the rotating cylinder method of Wolarowitsch. At very small velocities, Bingham's equation for plastic flow does not hold for high concentration mineral suspensions. For Parts I–V see *Ceram. Abs.*, 15 [7] 222 (1936). F.P.P.

PATENTS

Alkali silicate. Anders E. A. Cornelius (Helios Kemisk-Tekniska Fabriker A.-B.). Swed. 80,000, April 4, 1934. *Chem. Abs.*, 29, 6000 (1935).—Steam is blown into an electrically heated bath of alkali silicate formed by the reaction of alkali chloride and $SiO_2$. During the process the bath is kept covered by a layer of the unmelted charge of alkali chloride and $SiO_2$, with or without another substance, *e.g.*, lime, for the formation of double silicates.

Method of manufacture of precipitated zinc oxide. G. Antonoff. Brit. 459,238, Jan. 20, 1937 (June 5, 1935).

Production of a calcium aluminate suitable for the manufacture of sodium aluminate by treatment with soda lye. Aktieselskapet Norsk Aluminium Co. Brit. 457,676, Dec. 16, 1936 (Aug. 30, 1934).

## General

Animal silicosis. H. Siegmund. *Verhandl. Deut. Path. Ges.*, pp. 252–71 (1934); *Chem. Abs.*, 29, 8169 (1935).

✓ Causation of pneumonoconioses. Philip Drinker. *Jour. Ind. Hyg. & Toxicol.*, 18 [8] 534–38 (1936).—The various pneumonoconioses and their causative agents are discussed. Silicosis and asbestosis are definite diseases; in anthraco-silicosis and various silicatoses, modifications of normal lung conditions are seen. Effects of carbon or carbonates, gypsum, and iron oxides are also discussed. Methods of estimating dust exposures of a workman include the taking of dust samples from the work place and interpreting the results during the man's total period of exposure. Errors made from estimating the composition of dust from samples which have settled upon rafters instead of using samples taken from the air are emphasized. Permissible dust concentrations need not exceed 50 million particles per cu. ft. for dust with very low quartz content or 5 million for pure quartz. In defense of the use of standards of dustiness, the experience in S. Africa where dust standards have been applied successfully for many years is cited. E.J.V.

Charles N. Brady. Anon. *Bull. Amer. Ceram. Soc.*, 16 [2] 73–74 (1937).

✓ Chemical considerations on some pneumoconioses (anthracosis, silicosis): I, Nature of the problem. René Fabre. *Congr. Chim. Ind.*, *14th Congress, Paris*, 5 pp. (1934); *Chem. Abs.*, 29, 5774 (1935).

✓ Clinical aspects, diagnosis, and treatment of pneumoconiosis. W. Irving Clark. *Jour. Ind. Hyg. & Toxicol.*, 18 [8] 537–49 (1936).—Pneumonoconiosis is a disease resulting from the inhalation of inorganic dust. The two pneumonoconioses which produce disability are silicosis and asbestosis. The pathology of silicosis is characterized by the presence of fibrotic nodules scattered through both lungs, and that of asbestosis is characterized by an interstitial fibrosis involving the lower half of both lungs. The symptoms of silicosis and asbestosis are similar, the most important being dyspnea. The most common complication is pulmonary tuberculosis which, in silicosis, is a frequent cause of death. The diagnosis of both silicosis and asbestosis is made largely by a correlation of history and symptoms with the X-ray examination. The treatment of pneumonoconiosis is preventive and symptomatic. The course of silicosis and of asbestosis is slow but eventually leads to incapacity due either to the disease itself or to a complication, frequently chronic pulmonary tuberculosis. The number of workers exposed to harmful mineral dusts in mining and in industry in the U.S. has been estimated as 500,000. E.J.V.

Clinical hematological studies for the differential diagnosis of industrial silicosis. C. Sokolowska and F. A. Nolte. *Klin. Wochschr.*, 14, 957–62 (1935).—The authors have experimented with the pathological-anatomical actions of the changes of the silicotic lungs in connection with the heart and the complete bloodstream. With the assistance of electrocardiograms, they have been able to investigate the condition of the lungs of silicotic patients. At the policlinic of Bonn University, Röntgen observations of the last 190 silicosis patients were taken, and these were analyzed according to pure radiological points of view. Various tables showing the bloodcounts of several silicotic and tubercular patients were compiled. After certain peculiarities were established in the blood stream of the silicosis patients, it was found necessary to make further investigations of the connections between the studies of the blood and the clinical Röntgenological status. To obtain a most secure foundation, it was decided to separate those silicosis patients from the others who showed an important degree of tubercular complications. A characteristic blood status was shown in stone dust patients. This shows clearly excessive increase of white blood corpuscles with increased sinking at approximate normal counts of red corpuscles and distinct small counts of lymphocytes at relative transitional forms of leukocytes in a streak preparation. The same symptoms, even if less impressive, are shown in a second group from the total of silicosis patients as positive cases with tuberculosis complications. W.F.F.

Colored ceramic aggregate for decorative concrete.

C. W. Planje. *Jour. Amer. Ceram. Soc.*, 20 [3] 90–96 (1937).

Diagnosis of silicosis. Emery R. Hayhurst. *Amer. Labor Leg. Rev.*, 26, 61–66 (1936); abstracted in *Jour. Ind. Hyg. & Toxicol.*, 18 [8] 131–32 (1936).—Factors necessary to diagnose chronic silicosis are: (1) exposure to silica dust in sufficient quantity for 3 to 20 years; (2) determination by intraperitoneal injection of the nodule-forming character of the dust; (3) nature of the work; (4) personal factors such as mouth breathing, previous respiratory diseases, etc.; (5) X-ray findings. Serial pictures should be taken over a period of time. The location of the nodules is characteristic, avoiding the periphery, symmetrical distribution, shape, and size. In this phase chronic silicosis is without disability. (6) Physical examination: no characteristic but some suggestive findings. (7) The patient's complaints: these are negligible in the first and second stages, but later cough, dyspnea, pains in chest, etc., may occur. E.J.V.

Economizers and air preheaters. V. Walker. *Elec. Rev.*, 119 [3082] 353 (1936).—W. discusses the conditions which govern the design of economizers and air preheaters for use with boilers. J.L.G.

Epidemiological aspects of silicosis and tuberculosis. Alton S. Pope and David Zacks. *Amer. Rev. Tuberculosis*, 32, 229–42 (1935); *Chem. Abs.*, 29, 7534 (1935).—In representative groups of both granite and foundry workers in Massachusetts, the frequency of silicosis and of silicosis and tuberculosis was correlated with the duration of exposure to dusts containing free silica and to the concentration of such dusts in the occupational environment. Among granite workers silicosis was found in 15.2% and with tuberculosis in 7.6%. Tuberculosis is the cause of death in over one-third of all granite workers, a proportionate mortality 3 times that in foundry workers and 4 times that in all males of 20 years and over. Among the employees of 10 Mass. foundries, silicosis was found in 8.8% and with tuberculosis in 2.8%, a total frequency of one-half that in granite workers. The silicosis in foundrymen was not only less frequent but also less advanced in degree than in the granite workers. Pneumonia, causing one-fourth of all the deaths of foundrymen, is the greatest occupational hazard in the industry.

✓ Industrial health hazards and employer responsibility. W. J. McConnell. *Trans. Amer. Foundrymen's Assn.*, 7 [1] 161–65 (1936).—The importance of greater attention to the problem of overcoming industrial health hazards for foundry employees is recognized. Medical aspects are discussed, foundry hazards are outlined, and suggestions for a control program are given. D. E. Cummings. *Ibid.*, pp. 166–79.—With the invention of the machine, dust became an industrial hazard. C. discusses the action of dust in the lungs and points out that all dusts are not dangerous. Silica dust is one of the dangerous dusts but only when present in certain concentrations of certain particle sizes. The silicosis problem is complicated by the fact that in many cases there is also decided evidence of the presence of tuberculosis. In foundries many men with normal lungs work for years and do not contract silicosis although there may be evidence of fibrosis. C. explains the action of dust particles inhaled on previous pulmonary injuries and states that workmen who are disabled by occupational fibrosis contracted in the foundry generally are those who exhibit evidence of concurrent pulmonary infection or injury. It is the executive's responsibility to inform himself on dust hazards, conduct surveys of his plant, and inaugurate a program of control. Prospective employees are grouped into three general groups; those which are fair risks and those which should not be employed are indicated. C. recommends that an educational program similar to that used in "Safety First" campaigns be inaugurated to combat the dust hazard. Discussion, Avery *et al. Ibid.*, pp. 180–90.—The various ways of preventing illness are pointed out, and precautionary measures taken in the foundry are outlined. H.E.S.

Industrial pulmonary disease due to inhalation of dust with special reference to silicosis. E. L. Middleton. Milroy Lectures, 1936. *Lancet*, pp. 1–9 (July 4); pp. 59–64 (July 11, 1936); abstracted in *Jour. Ind. Hyg. & Toxicol.*, 18 [8] 129–30 (1936).—The first lecture is devoted to silicosis, as being the most important of the pneumonoconioses. Particular attention is directed to the occurrence of the disease according to occupation. During 1930 to 1934, at least 1521 deaths occurred in England and Wales; of these, 372 were caused in the sandstone industry, and 326 were ascribed to coal mining; the manufacture of pottery claimed 270, metal grinding 142, gold miners, returned from S. Africa, 104, and tin miners 91. The disease is always originated by the dust of fine particles of free silica; the way in which this risk is present in a number of industries is explained. Sandblasting and the manufacture of abrasive soaps receive special note, as in both the hazard is so intensive that the onset of the disease is unusually quick and its course rapid; thus only 3 or 4 years of employment may have preceded the onset, instead of 15 to 20 years as in most other occupations. The occurrence of cases in coal mining is unexpected, since coal itself is not a dangerous dust; apparently the disease is originated by dust arising from the rocks among which silica is found or from impurities in the coal. Out of 169 deaths in all coal fields in Great Britain, 147 came from S. Wales; this undue proportion has not yet been explained. The picture, both clinical and histological, becomes modified when silica is mixed with other forms of dust; when coal is associated in the dust, the condition is known as anthracosis; here the fibrous tissue entangles the coal dust and retains it to help in blocking up the lymphatics. In the second lecture the influence of the dust of silicates, *i.e.*, of chemically combined silica, is considered. Of these asbestosis stands out as most toxic; the particles consist of fragments of fibers, some 3 microns long and ½ micron in diameter. They originate pulmonary fibrosis which is more generalized and less nodular than that of silicosis; the condition develops quicker than silicosis, but the tendency to succumb to superimposed tuberculosis is not so pronounced. Other dusts considered are those of sillimanite, china clay, talc, mica, and sericite; none of these approach asbestos and silica in their dangerous qualities. The harmful nature of any dust may be tested by noting the reactions which follow when it has been either injected subcutaneously or administered by the tracheal route suspended in fluid; injection into the peritoneal cavity may also be employed. The theory adopted is that dusts exert their harmful influence by reacting chemically with

the throats of the lungs, the life and structure of which are thereby modified. Each form of dust stimulates a special reaction of its own, while mixed dusts set up a mixed reaction. No evidence is put forward that dusts other than those of silica or silicates are harmful, or that any dust is capable of reducing the toxic influence of any other.

E.J.V.

**Investigations on quartz and sericite analysis of industrial dusts.** F. SARTORIUS AND K. W. JÖTTEN. *Arch. Hyg. & Bakteriol.*, 113, 135–51 (1935); abstracted in *Jour. Ind. Hyg. & Toxicol.*, 18 [4] 54 (1936).—The separation of various mineral constituents of dusts by the use of liquids having suitable specific gravities is discussed. The standard methods of mineralogical and chemical analysis of dusts are mentioned, with a description of the X-ray examination. Some of the common minerals are shown. Mention is made of the mineralogy of sericite. E.J.V.

**Methods of dust control.** J. D. LEITCH. *Trans. Amer. Foundrymen's Assn.*, 7 [1] 209–21 (1936).—The point to begin elimination of the dust hazard is at the source. Methods used for controlling the dust hazards originating at different types of sources are described. L. discusses the general methods used in dust-suppression problems and the estimation of the hazard, contending that the efficiency of a dust-collection system is best determined by dust counts. Methods used for testing ventilating equipment and the selection of fans are presented. Dust collectors and respirators, such as helmets, filter-type respirators, and positive-pressure masks, are discussed. Maintenance of equipment is necessary to the successful operation of such equipment and to the efficiency of any installation. A discussion is included.

H.E.S.

**Molding of clay after heating at various temperatures.** R. MORETTI. *Corriere Ceram.*, 15, 221–23 (1934); *Chem. Zentr.*, 1934, II, 3298; *Brit. Chem. Abs.-B*, 54 [27] 591 (1935).—Heating at 100 to 500° before molding increases the apparent porosity of the product fired at 9[illegible]° and decreases the resistance to breaking of a specimen dried at [illegible]°.

**Nomograph for ceramic calculations.** A. A. GUSEVSKII. *Ogneupory*, 3 [5] 374–76 (1935).—The nomograph facilitates the chemical analyses and the calculation of the amount of oxides in the fired product and of the raw material required for a given quantity of the latter.

P.B. & E.S.

**Personnel management.** J. E. WALTERS. *Factory Management & Maintenance*, 94 [12] S333–44 (1936).—The topics considered are (1) personnel management costs, (2) selection of employees, (3) personnel maintenance, (4) training and education, (5) medical and health service, (6) safety and accident prevention, and (7) personnel service work. Figures, tables, and photographs are included.

J.L.G.

**Significance of free crystalline silica in the etiology of silicosis and silicotuberculosis.** K. W. JÖTTEN AND H. [illegible]. *Med. Welt.*, 10, 545–50 (1936); abstracted in *Jour. Ind. Hyg. & Toxicol.*, 18 [8] 130–31 (1936).—The authors dusted rabbits over a period of four years, first 2, then 3, then 6 hr. daily, with porcelain dust having 30% free silica and 1 to 2% sericite. After this period the animals showed no typical silicosis although there could be seen sharp, pinpoint-sized, subpleural foci and a slight increase of fibrosis. During the dusting, tubercle bacilli were administered intravenously. These grew slowly, and with indurating processes, into a pulmonary tuberculosis while the controls showed no noteworthy disposition to contract tuberculosis. It is concluded that over a 3 to 4 year period of dusting with tubercle bacilli injected, it was possible to produce a tuberculosilicosis, although with the dust alone it was not possible to show silicosis, in spite of the presence of sericite. By dusting with pure quartz (without tuberculosis injection and without sericite) for 1 hr. daily for 2 years, typical silicotic nodules were produced. E.J.V.

**Silicate analysis in industrial dusts.** F. SARTORIUS AND K. W. JÖTTEN. *Zentr. Gewerbehyg. & Unfallverhüt.*, 21, 65–69 (1934).—Materials studied were from the Rhine Steel Works, the Thyssen, and the U. S. Steel Co. Tables show in detail the procedure and results, accompanied by ample comment and description of methods involved. If dusty occupations are to be graded on a danger scale over long or short periods, the sickness percentages and dust analyses must be carefully compared. These new research methods are concerned with the size of grains in dust raised and the accurate preparation of undissolved acid particles, thus serving the combined purposes of mechanical phase analysis and chemical analysis. Important insight into the structure of different kinds of dust has been gained, and this has been increased by using definite purity tests, e.g., the tetralin method. K.R.

**Silicosis: harmful dusts which cause it.** W. R. JONES. *Trans. Ceram. Soc.*, 34, 300–43 (1935); see *Ceram. Abs.*, 14 [3] 84 (1935).

**Silicosis in the porcelain industry from the standpoint of the physician.** SCHILPFANRT. *Ber. Deut. Keram. Ges.*, 17 [6] 322–30 (1936).—It is pointed out that a silicotic lung rarely occurs by itself, being usually associated with tuberculosis. A description of a silicotic lung is given. S. outlines the two theories of silicosis, mechanical and chemical, and discusses the chemical aspect of the problem. E.J.V.

**Training your own instrument men.** ALFRED G. MOON. *Instruments*, 10 [1] 15–18 (1937).—M. reviews basic considerations, qualifications of candidates, training of instrument men, division of time between various types of repair jobs, supplementary educational work, progress reports, and rating guide to be used in semiannual check-up. R.W.R.

BOOKS AND BULLETINS

**Determination and Control of Industrial Dust.** J. J. BLOOMFIELD AND J. M. DALLAVALLE. *U. S. Pub. Health Bull.*, No. 217, 167 pp. (April, 1935).—This brief but comprehensive work presents "the methods and instruments used in conducting dust studies in industry, the interpretation of results thus obtained, and their practical application to industrial problems, especially those phases relating to control of the dust hazard." Preliminary procedure involves the sanitary and occupational survey of a plant; final emphasis is placed on personal respiratory protection of workers. Between these occurs the dust technique,

ADDRESSES AND ORIGINAL ARTICLES

# INDUSTRIAL PULMONARY DISEASE DUE TO THE INHALATION OF DUST

WITH SPECIAL REFERENCE TO SILICOSIS*

BY E. L. MIDDLETON, M.D. Edin., D.P.H.
H.M. MEDICAL INSPECTOR OF FACTORIES

THE aim in these lectures is to reach some conclusions regarding the ætiology of silicosis from a study of the occupations in which it occurs. In order to save confusion as to the condition to which the term silicosis is applied, the typical form of the disease is briefly described. The spread of the disease over the industries in this country is referred to and some of the occupations are more closely studied. It will be found that in all these occupations in which silicosis occurred there had been exposure to the inhalation of dust of free silica.

Besides the industries in which silicosis occurs, certain occupations are referred to in which the workers are exposed to dust of silicates without free silica, and the changes following such exposure are described. These form a contrast with the characteristics of silicosis and, in general, they conform to the description of a condition which has been called "silicatosis."

## Silicosis

Silicosis is the most important of that group of diseases which have been termed collectively the pneumoconioses. In this country it is always the result of prolonged exposure to certain kinds of dust in the course of occupation. The onset of symptoms is marked by dyspnœa. Slight at first, noticeable only after prolonged or unusual exertion, it remains the most important symptom and is progressive throughout the course of the disease. In the early stage physical signs are characteristic, but they must be sought for with care. In this first stage the radiograph shows the presence of discrete shadows indicative of nodulation. In the second stage dyspnœa and cough become established and greater changes are noted in the physical signs. The radiograph shows the whole of both lung fields occupied by shadows indicative of nodulation, and there is some coalescence to form more or less dense opacities. There is always some degree of impairment of working capacity. The third stage is reached with total incapacity, through increasing severity of symptoms of which dyspnœa is the most distressing. The radiograph indicates areas of massive consolidation. Pulmonary tuberculosis may be present in any stage of silicosis. It may alter the symptoms, physical signs, radiological appearances, and the whole course of the disease. It is the most frequent accompaniment of silicosis.

*Post-mortem appearances.*—In fatal cases of uncomplicated silicosis the lungs are generally large, of increased density, and retain their shape on removal from the chest. Pleural adhesions are nearly always present and may be extensive and of long standing. On parts of the lung not covered by adhesions the pleura is typically mottled a grey colour and studied over with whitish mammillated nodules, each of which can be felt above the general surface and to be part of a nodule which extends into the lung.

The cut surface of the lung shows excess of pigmentation throughout its extent, but the striking and distinctive feature is the presence of numerous rounded nodules. These are dense, tough, or hard, and the cut surface is grey or black. Each nodule is from 2 to 5 mm. in diameter, but several may be aggregated together to form large composite nodules, or many may be united in a massive fibrosis. In old-standing cases individual nodules may be sharply defined from the surrounding lung tissue, which may show emphysema. The centre of the nodule may have undergone calcareous change. In fatal cases, where exposure to dust has been intense and the course of the disease relatively rapid, the nodules may be so crowded that practically no lung tissue can be seen remaining. This condition is found in some sand-blasters and it appears to follow exposure to highly siliceous dust—i.e., dust containing a very high proportion of free silica.

Gardner [1] described the pathological changes of the lungs in 15 cases of so-called "acute" silicosis. There were masses of small nodules embedded in broad sheets of fibrous tissue, a generalised fibrous thickening of the alveolar walls, and slight involvement of the glands.

The distribution of the fibrosis is not always uniform and discrete, but in certain cases it is condensed in large masses, of rounded or oval shape situated centrally or peripherally in the lung and usually about the middle zones, but the masses may be multiple. This form of distribution is met with typically amongst coal-miners and is described by observers in France and Belgium, as well as in this country.[2,3]

The diagnosis of silicosis is made post mortem on the macroscopic evidence of nodules which are palpable. The fibrous nodule is the essential and characteristic lesion of simple silicosis. Recourse to histological examination is usually necessary for diagnosis only in the presence of complications—notably tuberculosis and malignant disease. The presence of tuberculosis may render the diagnosis very difficult. According to Kettle [4] the differential diagnosis depends on the amount and distribution of the collagen in the tissue reaction; it is a matter of degree and there are no definite standards on which to base an opinion. Policard and Morel [5] applied a spectrographic method for the detection of mineral particles in pulmonary tissues, and Irwin [6] has developed a method for the demonstration of siliceous material in histological sections, as an aid to diagnosis, by incineration and treatment with acid.

Clinical and radiological examinations at earlier stages in the progress of the disease can be of immense importance in the diagnosis of complicated cases. Changes in the lymphatic glands usually occur early in the course of silicosis. At first enlarged, they are found in more advanced cases hard and on section dark grey or black, often showing several concentrically arranged systems of nodular fibrosis. The lymphatic glands may show foci of tuberculosis when tuberculous lesions are not apparent in extensively silicotic lungs.

## Examination of the Dust-cloud

The International Conference on Silicosis held at Johannesburg in 1930 [7] adopted the view that in order to produce the pathological condition known

* The Milroy lectures for 1936 delivered before the Royal College of Physicians of London on Feb. 27th and March 3rd. The second lecture will appear in the next issue of THE LANCET.

5888

A

SC-ALL-01205 SCF-FA-0350



as silicosis, silica must reach the lungs: (a) in a chemically uncombined condition, although it might be mixed with other dusts; (b) in fine particles of the order of less than 10 microns in diameter; (c) in sufficient amount, and over a certain period of time. It is generally agreed that the majority of dust particles found in the lungs are under 5μ and very few exceed 10μ. There are exceptions, for example, in the asbestos industry and in coal-mining, where the length of some particles found in the lungs may greatly exceed 10μ.

Special methods are required for determining the concentration, particle-size distribution, and composition of the dust-clouds to which workers are exposed. For the *numerical method* of dust estimation it is necessary to collect the sample in such a way that it can be examined under a high power of the microscope and the particles counted, measured, and their size-distribution ascertained.

The instruments used for this purpose are of two kinds. With one the sample is taken in a fraction of a second; with the other, the process of sampling can be run for over an hour or more. To the first class belongs the original konimeter introduced by Sir Robert Kotzé in 1916 and used as the standard instrument in the South African gold-mines.[6] The Owens Jet Dust-Counter, which also takes momentary samples, was designed by Dr. J. S. Owens,[7] and has been used in this country for estimating industrial dust-clouds since 1922.[8]

The Greenburg-Smith Impinger dust sampling apparatus was first described by Greenburg and Smith in 1922.[9] The standard instrument as now used in the United States Public Health Service was described by Greenburg and Bloomfield in 1932.[10]

The latest method of collecting samples of atmospheric dust for enumeration is by means of the Thermal Precipitator. This instrument was originally developed by Prof. R. Whytlaw-Gray and Dr. Lomax at Leeds and has been adapted by Green and Watson for estimating industrial dust-clouds as a result of work undertaken for the Medical Research Council.[11] The results of the counts obtained by the numerical method are usually expressed as the number of particles in 1 c.cm. of air. In America they are stated as millions of particles in a cubic foot of air. (One million particles in a cubic foot is approximately equivalent to 35 particles in 1 c.cm.) Dust-counts recorded in these lectures are of samples taken at breathing level and are stated as a number indicating particles in 1 c.cm. and, in parentheses, the approximately equivalent number of millions of particles in a cubic foot, thus: wet, hand grinding table-blades, 280 (8). To save the time of counting a comparative method of quantitation may be used.[12]

By the *gravimetric method* the sample of dust is collected from a large volume of air and is then weighed and the result expressed as the weight of dust in a given volume—e.g., mg. per cubic metre. When used alone the method is open to the criticism that particles of large size are included, which, though they have no pathological importance since they cannot reach the alveoli, yet represent a very high proportion of the weight of the sample. It is useful, however, to combine the numerical and gravimetric methods, especially in initial surveys.

The identification of mineral particles of dust is possible by means of the petrological microscope, but even under favourable conditions it is not possible to identify minerals below about 2 microns in size. This is important from the pathological aspect, for it is just below 2μ that the average size of all mineral particles found in the lungs lies, and the majority, over 80 per cent., of particles in an average industrial dust cloud, are under 2μ in diameter. Chemical analysis may be of value, but it does not give all the information necessary for assessing the pathogenic importance of a sample of dust, because the chemical composition may be less important than the mineralogical character.

A method for employing X ray diffraction for analysis has been introduced.[13]

## The Occurrence of Silicosis

Silicosis is not reportable as are certain other occupational diseases, and, until a few years ago, the term had rarely been used for the purpose of certifying the cause of death.

Since the beginning of 1930, by arrangement with the Registrar-General, the Home Office have obtained copies of the certificates of all deaths due to fibrosis of the lungs, silicosis, asbestosis, or pulmonary disease due to dust. It is thus possible, for the first time, to present these data and for the present purpose the five-year period 1930 to 1934 has been taken.

The number of deaths included in the group during the period is 4038. Of these, silicosis was mentioned on the certificate as a cause of death in 1521 cases. The distribution by industries is shown in Table I.

TABLE I.—*Deaths from Silicosis (England and Wales)*

| — | Industry. | 1930 | 1931 | 1932 | 1933 | 1934 | Total. |
|---|---|---|---|---|---|---|---|
| 1 | Sandblasting | 10 | 17 | 5 | 10 | 3 | 45 |
| 2 | Steel dressing and cleaning of castings | 1 | 4 | 1 | 1 | .. | 7 |
| 3 | Flint and pebble crushing | 1 | 1 | 2 | 4 | 1 | 9 |
| 4 | Refractories industries | 11 | 19 | 5 | 7 | 9 | 51 |
| 5 | Scouring powders and abrasive soaps | .. | 1 | 3 | .. | 1 | 5 |
| 6 | Enamel maker | .. | .. | .. | .. | 1 | 1 |
| 7 | Metal grinding | 35 | 37 | 31 | 21 | 18 | 142 |
| 8 | Glaziers' diamond setter | .. | .. | .. | .. | 1 | 1 |
| 9 | Sandstone quarrying and dressing | 17 | 25 | 13 | 29 | 33 | 117 |
| 10 | Sandstone masons | 35 | 48 | 44 | 75 | 53 | 255 |
| 11 | Grave diggers | 1 | .. | .. | .. | 2 | 3 |
| 12 | Tunnel mining (sewage works) | .. | 1 | .. | 3 | 1 | 5 |
| 13 | Granite quarrying and dressing | 2 | 1 | .. | 3 | .. | 6 |
| 14 | Slate quarrying and dressing | 1 | 2 | 5 | 3 | 3 | 14 |
| 15 | Slate dressing, with sand | .. | .. | 1 | .. | .. | 1 |
| 16 | Gold mining (South Africa) | 24 | 23 | 16 | 18 | 23 | 104 |
| 17 | Tin mining | 10 | 18 | 28 | 17 | 18 | 91 |
| 18 | Lead mining | 2 | 4 | 6 | 1 | .. | 13 |
| 19 | Copper mining | .. | 2 | 1 | .. | .. | 3 |
| 20 | Iron ore (hæmatite) mining | .. | 10 | 7 | 6 | 13 | 36 |
| 21 | Barytes mining | .. | 1 | .. | 1 | 1 | 3 |
| 22 | Fluorspar mining | .. | 1 | .. | .. | .. | 1 |
| 23 | Mining engineers | 2 | 2 | 1 | 2 | 1 | 8 |
| 24 | Diamond mine manager | .. | .. | .. | .. | 1 | 1 |
| 25 | Coal mining | 41 | 50 | 76 | 74 | 85 | 326 |
| 26 | Fireclay mining | .. | .. | .. | 1 | .. | 1 |
| 27 | Pottery, manufacture of | 53 | 57 | 63 | 53 | 44 | 270 |
| 28 | Leather dressing | 1 | .. | .. | .. | .. | 1 |
| 29 | Metallurgist | .. | 1 | .. | .. | .. | 1 |
| | Total silicosis | 247 | 330 | 305 | 329 | 307 | 1521 |

It is not claimed that these figures represent, accurately, the occurrence of silicosis. They are almost certainly an understatement.

## Occupations in which Silicosis Occurs

It will be convenient in reviewing some of these occupations to pay special attention to the materials and the kind of dust to which workers are exposed during their employment.

The simplest process, from this point of view, is perhaps *sandblasting*. It is the process of projecting sand or other grit, by means of compressed air, against a surface.

It can be carried out in various ways. For large articles the operator works in a specially constructed room, and he is protected by special clothing, and a helmet which is supplied with pure air under pressure. Small articles are treated in a closed cabinet, the worker passing his arms through guarded holes to direct the abrasive while watching the process through a glass panel.

The dust hazard is from the abrasive, usually quartzose sand or crushed flint. Metal grit or shot has now replaced sand as the abrasive to a considerable extent, and where

it is used on clean metal no siliceous dust is produced. When it is used for cleaning metal castings, dust is produced from the adherent moulding sand, which is highly siliceous.

In the 5-year period under review there were 45 deaths from silicosis amongst sandblasters. Of these, 38 were fully investigated and the ages at death and the period of employment on sandblasting were determined. The striking fact which emerges is the short periods of employment which caused death from silicosis, compared with other occupations. All had been employed less than 20 years; 8 less than 5 years; 15 between 6 and 10 years; 11 between 11 and 15 years; and only 4 over 16 years. In the census of England and Wales, 1931, the total numbers employed do not exceed 1395. This gives with 45 deaths in 5 years a mortality-rate of 6·4 per 1000 living. It is actually higher than this because the census figures include shotblasters working on clean metal, who are not exposed to siliceous dust.

Silicosis is found amongst sandblasters in various parts of the world. The same features, a short period of employment and rapid course of the disease, characterise the cases in this occupation.

*Flint and pebble crushing.*—Flint, a chalcedonic form of silica, is crushed for making chicken grit, sandblasting grit, abrasive papers, and brake-sand for tramcars. The flints may be first calcined, in order to make the material more friable and whiter before crushing. The persons employed are few in number and often the employment is casual or intermittent, so that it is impossible to estimate the actual damage to the health of the men employed. Uncomplicated silicosis, with total disablement, was found in one man who had been employed on flint-grinding during a total period of eleven months, in three months of which there was intermittent exposure to concentrations of dust ranging from 5200 (148) to 10,225 (292). During the five-year period, 1930 to 1934, there were 9 deaths from silicosis.

*Refractories industry.*—Some 3000 workers are employed. The processes include the quarrying or mining of the raw material, usually a sandstone of the coal measures called ganister, which occurs in open quarries and in mines, or, in some localities, sands or "pocket-clays" are used.

The raw material, which contains usually from 92 to 98 per cent. of silica, is crushed, mixed with suitable bonding substances, and made into silica bricks, silica cement, steel moulders' composition, and similar products for use as refractories in the manufacture of metals, especially steel and steel castings, and in the construction of gas-retorts and flues.

During the five-year period, 51 deaths were certified due to silicosis in persons employed in this industry, a rate of about 3 per 1000 employed. There was some diminution in the number in the later years of the period.

*Manufacture of abrasive soaps.*—The raw material may be a highly siliceous quartzite rock containing 98 per cent. of silica, or crystalline quartz or quartz-sand. It is used in the manufacture of abrasive soaps by mixing it with powdered soap, anhydrous sodium carbonate, and sometimes other substances.

About ten years ago numerous firms became engaged in this manufacture, who had no knowledge of the dangers of exposure to the dust and were inadequately provided with protective measures. This resulted in the occurrence at one factory of 3 or 4 cases of respiratory disease which was regarded as an acute form of silicosis.[14]

The manufacture in this factory was commenced in 1910, but was not important in quantity until 1921, and in August, 1928, it was given up owing to the death of workers attributed to the inhalation of the dust. Of a total of 81 persons employed on the process, 22 left during the month in which they joined, or in the month following. One of these, who left in September, 1919, died in 1927 of tuberculosis after ten months' illness. Thirteen deaths are known to have occurred amongst the remaining 59 employed, the cause of death being tuberculosis or silicosis. The Chart shows the total number of persons engaged in the manufacture at this factory, the period of employment, and the date of death of those who are known to have died.

A summary of the history of the fatal cases and of one (No. 31) who developed silicosis and is under treatment is as follows:—

CASES OF RESPIRATORY DISEASE INDICATED ON THE CHART

No.

3. Joined July, 1919, aged 14 (female). Left Nov. 20th, 1928. T.B. in sputum December, 1928. Died Jan. 3rd, 1929. At p.m. the tuberculous lung-lesions appeared to be of about four months' duration. It is not probable that this person was a source of infection in the factory. Symptoms dated only from August, sputum was very scanty and positive on the third examination (December, 1928).
7. Joined August, 1919, aged 14 (female). Left September, 1919. Attended hospital March 26th, 1926. Sputum positive; no X ray. Died Jan. 24th, 1927.
17. Joined January, 1923, aged 14 (female). Left March, 1924; rejoined January, 1926, left April, 1928. Sanatorium March, 1928. Sputum negative three times. Died April 26th, 1928.
19. Joined May, 1923, aged 44 (male). Left 1926. Died March 21st, 1926, after illness of one month (T.B. in sputum). No p.m.
24. Joined March, 1924, aged 14 (female). Died Jan. 10th, 1927, after illness of a few months. Certified P.T. No p.m.
26. Joined August, 1924, aged 15 (female), left May, 1928. Died June, 1928, after an illness of five months. P.m. silicosis. T.B. in glands.
35. Joined September, 1925, aged 14 (female), left 1928. Cervical glands removed 1928. Died Oct. 10th, 1935. P.m. massive silicosis of lungs and glands and miliary silicosis of lungs, glands, and spleen.
36. Joined October, 1925, aged 14 (female), left March, 1928. Died June 4th, 1928, after an illness of three months' duration. Sputum repeatedly negative. P.m. chronic fibrosis of lungs and glands. No evidence of tuberculosis, no T.B. found.
39. Joined October, 1925, aged 14 (female), left June, 1926, rejoined February, 1927, left July, 1927. Died Oct. 21st, 1927, after an illness of five months' duration. No p.m. X ray in August; diagnosis miliary T. No sputum.
42. Joined February, 1926, aged 16 (male), off five weeks August–September, 1927, with cough; returned September, 1927, to April, 1928; then to sanatorium until November, 1928. Admitted hospital January, 1929, T.B. in sputum. Died Dec. 27th, 1929. P.m. very advanced P.T. and silicosis.
44. Joined February, 1926, aged 15 (female), to August, 1928. Died P.T. Sept. 8th, 1933.
48. Joined August, 1926, aged 15 (male), left May, 1927. On Nov. 23rd, 1928, X ray negative, clinical examination indefinite. T.B. in sputum June 18th, 1932. Died April 24th, 1933.
49. Joined September, 1926, aged 15 (male), left August, 1928. T.B. in sputum Feb. 7th, 1934. Died P.T. July 7th, 1935.
63. Joined October, 1927, aged 14 (female), left August 1928. T.B. in sputum on July 23rd, 1930. Died P.T. Sept. 9th, 1930.

31. Joined January, 1925, aged 17 (male), left August, 1926. X ray on Sept. 17th, 1932, diagnosis "miliary tuberculosis," later changed to "silicosis." No sputum. Later abscess in neck. Sputum negative on March 7th, 1935 (under treatment).

Cases of silicosis developing rapidly in workers in the manufacture of abrasive polishes have been described by Giese,[15] Teleky,[16] and Kilgore.[17]

*Polishing compositions and parting powders containing silica.*—The most important forms of silica used for these products are Tripoli and Neuburg chalk. Tripoli is regarded as a chalcedonic variety of silica,[18] and it contains from 96–99 per cent. silica. The substance generally known by the name is imported from Seneca, Missouri. The name comes from Tripoli in North Africa, where the product is a true diatomite.

Two fatal cases of silicosis with tuberculosis have occurred in this country from exposure to dust of Tripoli. The two men had been employed for periods of 10 and 11 years respectively, mixing the ingredients in the manufacture of parting-sand in one case, and of polishing-composition in the other case.

*Neuburg chalk* is a natural deposit of siliceous material at Neuburg on the Danube. The silica content is given as from 65–97 per cent. At one time this material was believed to be harmless, but recently there have been definite cases of pulmonary disease following exposure to the dust in this country. Koelsch and Kaestle[19] examined 30 workers employed with this material and found 8 who showed signs of silicosis.

*Diatomite* (kieselguhr, diatomaceous earth) is composed of minute, siliceous skeletons of aquatic plants. When pure it contains up to 96 per cent. of silica. It is used as a mild abrasive or polishing medium, as filtering material, and for insulating properties.

Radiological examination of six workers exposed to dust of kieselguhr for ten years, in this country, showed slight evidence of fibrosis in two, and none in the others.

Legge and Rosencrantz[20] made an investigation at a diatomaceous deposit in Santa Barbara County in California, and by clinical and radiological examinations of 108 men, silicosis was found in 81, very early in 15, early in 45, moderately advanced in 15, and advanced in 6. Gudjonsson[21] tells of several workers exposed to high concentrations of fine dust of diatomaceous earth, digging and grinding it for many years. It contained over 90 per cent. free silica. No silicosis in an important degree was found.

*Grinding of metals.*—The processes which cause silicosis in the grinding of metals are confined to those in which grindstones composed of natural sandstone are used. These are obtained chiefly from the millstone-grit sandstones of Derbyshire and the Sheffield and Newcastle districts. Grinding may be done wet or dry, and the metal being ground may be moved by hand, or by mechanical power on a machine. The processes of dressing the surface of the grindstone are also very important from the health point of view.

The concentration of dust produced varies with the amount of attrition of the grindstone in these processes. Examples of dust concentrations in wet hand-grinding are: table-blades, 280 (8); chisels, 1150 (33); scythes, 660 (19). At wet machine-grinding: paper-knives, 130 (3·7); files, 270 (7·7); edge-tools, 120 (3·4). Dry hand-grinding (with exhaust); sheep-shears, 240 (7).

During the five years, 1930 to 1934, the total number of deaths certified as due to silicosis was 142. The numbers for the consecutive years show a decline, 36, 36, 31, 20, and 19, and it may be that this decline is due to two causes: (1) the change from sandstone to artificial abrasive wheels, and (2) the effect of stringent preventive measures in the grinding rooms.

It was estimated that in 1926 about 1600 natural grindstones were in use in the Sheffield district for hand-grinding. This number was reduced to about 200 in 1933 and many of these grindstones were not in regular use. In the Birmingham district there were 480 natural sandstone wheels in use in 1926 and 452 persons employed. To-day there are only 22 sandstone wheels in use and 18 persons employed. An interesting survey of the Sheffield experience in tuberculosis amongst grinders is contained in the annual report of Dr. John Rennie, the medical officer of health, for 1934 (Table H, p. 21). In this Table the mortality among grinders is compared with that of all persons over 15, in quinquennia from 1886 to 1934, shown as percentage of deaths from tuberculosis of the lungs to all causes. While this has shown amongst all persons over 15 a steady decline from 14·4 per cent. in 1886–90 to 6·7 per cent. in 1931–34, amongst grinders it has shown a variation between 35·6 per cent. reaching a maximum of 53·5 per cent. in 1911–15; it returns to 38·2 per cent. in 1926–30, and in the last quinquennium falls below the starting point to 27·8 per cent. This may be the first sign of a progressive decline. In Table I. of Dr. Rennie's report the mortality-rates for tuberculosis of the lungs amongst grinders and amongst cutlers are shown in comparison with that for all persons over 15 as a rate per 1000 of the population for the years 1925 to 1934. The figures show a reduction from 6·3 to 4·1 amongst grinders, but no reduction amongst cutlers. The rate for all persons over 15 over the period shows a fall from 1·1 to 0·8 per 1000.

*Glaziers'-diamond setter.*—This unique case was that of a man aged 55, who died of massive and nodular silicosis with tuberculosis. He had been employed for 14 years on a process in which a small abrasive wheel composed of a siliceous stone gave off a fine cloud of dust, which, though scarcely visible, was found to have a concentration of 350 (10). In a petrographic examination of the stone no mineral other than silica was detected.

*Sandstone industry.*—As a cause of silicosis this is the most important of the group of industries in which stone is got and prepared for use or sale. It includes the quarrying, or mining, and dressing of sandstones which are sedimentary siliceous rocks, consisting more or less of quartz-grains, mixed with other minerals, and held together by a cement of varying amount and composition. About 12,000 men are employed on the process in quarries and, in addition, about an equal number of masons are employed in builders' and sculptors' yards throughout the country. The workers who are most affected by silicosis are the stonemasons, and after them the quarrymen and rockgetters.

During the five-year period, 1930 to 1934, the number of fatal cases of silicosis amongst sandstone quarrymen and stonemasons was 372. About 300 of these deaths were amongst stonemasons, and as there are probably about 20,000 sandstone masons in England and Wales, the annual mortality-rate for silicosis is about 3 per 1000 employed.

The following are average concentrations of dust found at various classes of work in the sandstone industry: masons, 545 (16); rockgetters, 319 (9); drillers, 939 (27); quarrymen, 1956 (56); crushermen, 1132 (32). An investigation into the occurrence of silicosis in the sandstone industry was carried out for the Home Office by Sutherland and Bryson[22] in 1929. Of 454 examined clinically, 268 had fibrosis; radiological examination of 286 showed silicosis in 112. In a clinical study of silicosis in 1000 consecutive examinations of workers in quarrying and dressing sandstone, Ferguson[23] found clinical evidence of pulmonary fibrosis in 433. Radiological examination of 173 of these showed silicosis in 109.

Silicosis has been described by Kranenburg[24] in Holland, and by Thiele and Saupe[25] amongst quarry workers in the highly quartzose sandstone of the Elbe district. Koelsch and Kaestle[26] examined 173 sandstone workers and found that 76 per cent. were severely affected after employment for from 20 to 40 years. Telsky and Lochtkemper[27] describe cases of silicosis amongst workers in "grey-wacke." In the sandstone industry of Ohio and Indiana[28] examination of 919 workers showed that the incidence of silicosis and the number of cases of

CHART SHOWING RECORD OF PERSONS EMPLOYED AT ONE FACTORY IN THE MANUFACTURE OF ABRASIVE SOAP-POWDER WITH INCIDENCE OF FATAL RESPIRATORY DISEASE

The horizontal lines show the duration of employment of each worker and the black rectangles the time of death in the fatal cases that are known.

A 2

Case 2:17-cv-00063-D Document 63-20 Filed 05/21/19 Page 3 of 40

Radiological examinations of hæmatite-miners show changes in the lungs which resemble those of silicosis as it occurs in other industries, and the changes progress like those of silicosis. Stewart and Faulds [42] have described 15 fatal cases of pulmonary fibrosis in hæmatite-miners. Fatal cases of silicosis have occurred in a hæmatite-mine in the South of England in which the country rock is granite, which contains 27 per cent. of free silica and 64·5 per cent. of total silica.

*Coal mining.*—During recent years evidence has been accumulating which shows that certain workers employed underground in coal-mines contract a disabling and even fatal fibrosis of the lungs.

In 1909 the Royal Commission on Mines [44] realising the possible danger of drilling in siliceous rock in coal-mines recommended that "water or some equally effective means" should be used when the process is being carried out. Cases of silicosis were found in rock-drillers employed in Somerset coal-mines [45] in 1925, and in 1926, Tattersall [46] reported cases of silicosis among hard-ground workers in coal-mines in South Wales.

The processes underground in a coal-mine which involve direct exposure to siliceous dust are: (1) driving a hard-heading, cross-measure drift, staple pit or sinking pit; and (2) ripping or brushing, i.e., cutting the roof, floor, or sides of a roadway to increase height or width. These processes involve boring the shotholes, shot-firing, and loading the débris.[47]

The following dust-counts are of samples taken by Watson with the thermal precipitator at various distances from the working point in a coal-mine, while means were not taken to suppress the dust. As usual the samples were freed of carbonaceous matter by incineration. Drilling, usually in sandstone, at 15 yards, 10,860 (310); at 65 yards, 860 (25); at 160 yards, 650 (18). Shot-firing (with 24 oz. explosive), at 65 yards distance, 2000 (57); (with 40 oz. explosive), at 160 yards distance, 2300 (66); near the bottoms of the upcast shaft, 550 (15).

In the period June 1st, 1931, to Dec. 31st, 1935, the Silicosis Medical Board issued a total of 987 certificates on account of silicosis in coal-mines. These included 237 suspensions, 581 for total disablement, and 169 for death. The distribution of these cases in the different coal-fields is shown in Table II.

The numbers of certificates issued in respect of fatal cases, if calculated on the number per 100,000 wage-earners employed in December, 1935, is 22·37 for Great Britain; 4·13 for England; and 112·59 for South Wales and Monmouth. The Somerset coal-field has the highest rate, of 146·62 certificates for death per 100,000 wage-earners. No completely satisfactory explanation of this distribution has yet been reached.

Fisher [48] has shown that there is no constant relation between the amount of drilling and the incidence of silicosis. The same is true of the practice of stone-dusting. It is held by some that a risk of bronchitis is incurred,[49] by the men, overheated, travelling out of certain pits by slants through chilling currents of air which reach a velocity of 2500 ft. per minute with a temperature drop of 20° to 40° F. T. David Jones [50] found that four times as many cases of silicosis were certified from collieries with slants as from those without slants. W. R. Jones [51] stated that the mineral sericite is present in the sandstones of the anthracite coal-field, while in those of well-known Scottish collieries, sericite is either absent or rare. According to Cooke,[52] sericite is constantly present in the atmosphere of the Lancashire coal-mines, but he found that silicosis was extremely rare amongst the coal-miners there. That "prolonged exposure to the working conditions incident to coal mining is frequently associated with the gradual development of alterations in the radiological appearances of the lungs" is a conclusion reached as a result of a radiological study of certain groups of industrially healthy South Wales coal-miners.[53] The distinction in the degrees of change found between workers in anthracite coal and in bituminous coal agree with those reported by Russell.[54] In the Welsh study the anthracite group showed a degree of "mottling" greater than that found in the semi-bituminous group. Harper [55] found no radiological difference between cases of silicosis in South Wales and those seen by him in the Belgium coal-fields. Lyle Cummins [56] directed attention to the variety of occupations included in the coal-mining industry.

TABLE II.—*Silicosis in Coal-mines*

*Certificates issued, by the Medical Board, for Silicosis and Silicosis with Tuberculosis during the period June 1st, 1931, to Dec. 31st, 1935.*

| District. | Number of wage-earners on Dec. 14th, 1935. | Number of certificates issued for— | | Suspension. |
|---|---|---|---|---|
| | | Death. | Total disablement. | |
| ENGLAND. | | | | |
| Northumberland | 43,865 | .. | 1 | .. |
| Durham | 104,244 | .. | 2 | .. |
| Cumberland and Westmorland | 4,802 | .. | .. | .. |
| South Yorkshire | 94,437 | 4 | 8 | 10 |
| West Yorkshire | 41,391 | .. | 3 | 1 |
| Lancashire and Cheshire | 59,607 | 5 | 5 | 5 |
| North Derbyshire | 41,623 | .. | .. | .. |
| Nottingham | 44,832 | 1 | 2 | .. |
| South Derbyshire | 3,179 | .. | .. | .. |
| Leicestershire | 9,955 | .. | .. | .. |
| Cannock Chase | 21,366 | 1 | 2 | .. |
| North Staffordshire | 22,343 | 3 | 16 | 6 |
| South Staffordshire and Worcestershire | 4,460 | .. | 1 | .. |
| Shropshire | 2,633 | .. | 1 | .. |
| Warwickshire | 16,391 | .. | .. | .. |
| Forest of Dean | 5,075 | .. | 2 | 2 |
| Bristol | 838 | .. | .. | .. |
| Somerset | 3,410 | 5 | 17 | 7 |
| Kent | 7,303 | 3 | 6 | 4 |
| Total | 531,894 | 22 | 66 | 35 |
| WALES. | | | | |
| South Wales and Monmouth | 130,552 | 147 | 511 | 198 |
| North Wales | 8,676 | .. | 1 | .. |
| Total | 139,228 | 147 | 512 | 198 |
| SCOTLAND. | | | | |
| Fife and Clackmannan | 21,625 | .. | .. | 1 |
| Lothians (Mid and East) | 12,472 | .. | 2 | .. |
| Lanarkshire | 38,830 | .. | 1 | 3 |
| Ayrshire | 11,311 | .. | .. | .. |
| Total | 84,238 | .. | 3 | 4 |
| GREAT BRITAIN | 755,360 | 169 | 581 | 237 |

A clinical and radiological examination of workers exposed to anthracite coal dust was arranged by the Industrial Pulmonary Disease Committee of the Medical Research Council in 1933.[57] The 40 selected at random from amongst the 250 workers were coal-trimmers at Swansea docks. The committee was unable to find, in this series of cases, any evidence that the inhalation of anthracite or other coal dust had caused fibrosis of the lungs.

Collis and Gilchrist [58] described results of the clinical and radiographic examination of eleven coal-trimmers. The radiographs showed mottling in eight cases, massive bilateral shadows in one, and no definite mottling in two.

In the report of a study made in the Anthracite Region of Pennsylvania by the United States Public Health Service [59] the results of examination of a total number of 2711 workers in 3 anthracite coal-mines are described. Anthraco-silicosis was found in 23 per cent., and the incidence varied with the period of employment, and the concentration and nature of the dust to which they were exposed. Böhme [60] described the results of examination of 3318 rock-drillers working in the Ruhr coal-mines for periods from 5 to 25 years. Of these, 19·44 per cent. showed changes, due to dust, of varying degrees of severity from slight, 14·7 per cent., to grave, 0·18 per cent.

From a study of systematic examinations of 9807 stone-workers in the coal-mines of the Ruhr district

Reichmann and Schürmann [61] found the prevalence and degree of severity to be 1048 (10·6 per cent.) slight, 89 (0·9 per cent.) moderate, and 14 (0·16 per cent.) severe. In 493 cases of severe silicosis the duration of employment was, on the average, 18·3 years. Death was due to simple silicosis with heart failure in 37 per cent., and to an accompanying tuberculosis in 63 per cent.

Courtois [62] made a study of pulmonary disease in 136 coal-miners at Charleroi. Radiological examinations of these workers are classified as negative 33, positive (nodular opacities 30, confluent opacities 61) 91, other conditions (bronchitis, emphysema, and deformities) 12. Post-mortem examination showed that the nodules were typical, simple, silicotic nodules. In the massive fibrotic areas the nodular arrangement had disappeared except at the periphery. Leclercq [63] has described the occurrence of silicosis amongst coal-miners in the north of France. Magnin [64] found that the disease produced amongst workers underground in the coal-mines of Central France is silicosis, which occurs in nodular and pseudo-tumoral forms. Badham and Taylor [65] found in the coal-miners of New South Wales several different types of pulmonary fibrosis. One type was thought to be either a silicatosis due to silicates, or a pure anthracosis due to coal dust.

TABLE III.—*Pottery Industry*

*Mortality-rates for silicosis in certain occupations calculated on fatal cases investigated by the Factory Department in the five years, 1930 to 1934.*

1. EXPOSURE TO FLINT DUST

| Occupation: Males (M.), Females (F.). | Estimated numbers employed. | | Deaths in 5 years. | | Annual mortality-rates per 1000 employed. | |
|---|---|---|---|---|---|---|
| | M. | F. | M. | F. | M. | F. |
| Flint millers and mill labourers | 240 | .. | 7 | .. | 5·84 | .. |
| China biscuit ware placers | 153 | .. | 9 | .. | 11·64 | .. |
| China biscuit oddmen | 70 | .. | 7 | .. | 20·00 | .. |
| Polishers and grinders | 330 | .. | 14 | .. | 8·48 | .. |
| China biscuit warehouse | .. | 223 | .. | 7 | .. | 6·28 |
| Totals | 793 | 223 | 37 | 7 | 9·34 | 6·28 |

2. EXPOSED TO DUST OF EARTHENWARE BODY

| Occupation: Males (M.), Females (F.). | Estimated numbers employed. | | Deaths in 5 years. | | Annual mortality-rates per 1000 employed. | |
|---|---|---|---|---|---|---|
| | M. | F. | M. | F. | M. | F. |
| Sliphouse | 417 | .. | 6 | .. | 2·88 | .. |
| Throwers | 24 | .. | .. | .. | .. | .. |
| Turners | 133 | .. | 2 | .. | 3·02 | .. |
| Handlers | 113 | 336 | 4 | .. | 7·08 | .. |
| Platemakers | 364 | 108 | 16 | .. | 8·78 | .. |
| Dishmakers | 113 | 6 | 4 | .. | 7·08 | .. |
| Handbasin makers | 95 | 4 | .. | .. | .. | .. |
| Saucer makers | 53 | 156 | 3 | 1 | 11·34 | 1·28 |
| Cup makers | 46 | 248 | 1 | 3 | 4·34 | 2·42 |
| Jiggerers and jolliers | 261 | 122 | 21 | .. | 16·09 | .. |
| Pressers and casters | 221 | 552 | 19 | 1 | 17·18 | 0·36 |
| Hollow-ware pressers | 248 | .. | 22 | .. | 17·74 | .. |
| Throwers' assistants | .. | 60 | .. | 1 | .. | 3·33 |
| Totals* | 2086 | 1602 | 98 | 9* | 9·49 | 1·12 |

3. EXPOSURE TO DUST OF CHINA BODY

| Occupation: Males (M.), Females (F.). | Estimated numbers employed. | | Deaths in 5 years. | | Annual mortality-rates per 1000 employed. | |
|---|---|---|---|---|---|---|
| | M. | F. | M. | F. | M. | F. |
| Sliphouse | 121 | .. | 1 | .. | 1·65 | .. |
| Throwers | 103 | 2 | .. | .. | .. | .. |
| Turners | 161 | 18 | 5 | .. | 6·21 | .. |
| Handlers | 33 | 211 | .. | .. | .. | .. |
| Platemakers | 52 | .. | 2 | .. | 7·69 | .. |
| Dishmakers | 10 | .. | .. | .. | .. | .. |
| Handbasin makers | 7 | .. | .. | .. | .. | .. |
| Saucer makers | 74 | 6 | 5 | .. | 13·51 | .. |
| Cup and bowl makers | .. | 14 | .. | .. | .. | .. |
| Jiggerers and jolliers | 16 | 8 | .. | .. | .. | .. |
| Jiggerers, flat ware | 45 | 2 | .. | .. | .. | .. |
| Pressers and casters | 140 | 152 | 4 | .. | 5·71 | .. |
| Totals | 761 | 417 | 17 | .. | 4·47 | .. |

* Include 3 deaths of towers (females) for which numbers employed are not obtainable.

*Pottery industry.*—This industry includes several distinct branches, subdivision being determined by the nature of the article manufactured and the materials entering into the composition of the ware. The occurrence of silicosis is especially associated with two branches—earthenware and china.

In the manufacture of earthenware, the ingredients—ball-clay, china-clay, china-stone, felspar, and flint—in a ground state, are mixed together in the form of liquid slip, from which excess water is removed by pressing. The resulting composite body is made into the consistence convenient for the manufacture of the various articles. In the plastic state it is used by throwers, pressers, jiggerers and jolliers, handlers, modellers, and others, according to their craft, in the potters' shops. So long as it remains moist it is harmless, but in the process of manufacture fragments fall on benches and floors or adhere to the clothing of the workers, become dry, and give rise to dust. After the article has been made in the plastic form, partly dried, it is frequently subjected to the process of towing on a revolving disc, thus giving rise to dust. Processes of fettling, to remove irregularities of surface and edges, are done by hand. The articles are then placed in fireclay saggers with some sand, and fired in the oven. On removal from the oven the loosely adherent sand is brushed off. Subsequent processes of decoration and glazing are not associated with the occurrence of silicosis.

TABLE IV

*Summary of mortality-rates for silicosis in certain occupational groups, calculated on fatal cases investigated by the Factory Department in the five years 1930 to 1934.*

| Occupations exposing workers to dust of— | Numbers employed. | Deaths in 5 years. | Annual mortality-rates per 1000 employed. |
|---|---|---|---|
| | (M. & F.) | (S.* S+T*) | |
| Flint | 1015 | 44 (27, 17) | 8·66 |
| Sanitary ware (body) | 736 | 25 (12, 13) | 6·79 |
| General earthenware (body) | 5133 | 107 (54, 53) | 4·17 |
| China (body) | 1178 | 17 (7, 10) | 2·89 |
| Tiles (body) | 975 | 12 (6, 6) | 2·46 |
| Placing sand | 947 | 11 (5, 6) | 2·32 |
| Saggers | 608 | 1 (1) | 0·33 |

* S = silicosis; S+T = silicosis with tuberculosis.

For the manufacture of china, the ingredients are calcined bone, china-clay, and china-stone, but it contains no flint. The processes of making the articles are similar, in general, to those employed for earthenware, but the articles require much more support in the process of firing than do earthenware articles, and to provide this support they are placed in finely powdered flint. The flint is prepared by calcining and subsequently crushing it in the dry state. The placing of china in saggers with flint is done by the china biscuit placers. When the saggers of china ware are taken from the oven they are emptied by the placers and "oddmen" and the flint, which was used in placing the ware, is removed by women in a series of processes known as "scouring." Finally, after the ware has been decorated and glazed, blemishes are removed by polishers who frequently use powdered flint, mixed with water, as a finishing abrasive on a rapidly revolving wheel.

Exposure to flint dust in the pottery industry occurs in the processes of the preparation of the flint by grinding; in the manufacture of general earthenware, earthenware tiles, sanitary earthenware, and electrical fittings, amongst those manipulating the earthenware body in the plastic and semi-dry states; in the manufacture of china, amongst those employed in placing the biscuit ware in powdered flint, and in removing the flint from it after firing; and in polishing finished ware with the use of flint. It is in those processes that the highest incidence of silicosis is found to occur. This was brought out as the result of a medical inquiry made by Sutherland and Bryson.[66]

The following results are selected from counts of samples of atmospheric dust taken by Watson with the thermal precipitator at various processes in the pottery industry; at breathing level, unless otherwise stated: (*a*) Flint-grinding, dry, with exhaust, 150 (4·3); flint-milling, wet (general air of the room), 109 (3); placing china biscuit ware (general air of the room), 121 (3·4). (*b*) Earthenware



# THE CAUSATION OF PNEUMOCONIOSIS*

PHILIP DRINKER

*From the Department of Industrial Hygiene, Harvard School of Public Health, Boston, Mass.*

THERE are four different types of reaction produced in man by the inhalation of dust. The first and most important are the pneumoconioses, such as silicosis and asbestosis, which cause specific lung pathology and often are followed by pulmonary tuberculosis. The second type of reaction is caused by toxic dusts like lead, cadmium, and radium. A third type of malady follows the inhalation of finely divided metallic fume particles such as zinc oxide and is known as metal fume fever. Finally, the fourth reaction, allergic in character, is caused by breathing organic dusts such as pollen and certain types of pulverized wood and flour. In all four instances dust inhalation can be the sole cause of the disability but with the toxic dusts characteristic reactions result from swallowing as well as from inhalation. The latter route, however, is much the more important.

In the present instance we are concerned only with the pneumoconioses which result solely from the action of inhaled dust upon the lung tissue. Of necessity then, the dust particles must be small enough to float about in the air and be carried by rather slight air currents; otherwise they cannot be inhaled.

The modern word, *pneumoconiosis*, is a shortening of Zenker's original *pneumonokoniosis*. Zenker (1) depicted lungs definitely damaged by dust particles, but today pneumoconiosis is generally used to describe any lung which has been dusted to more than the normal degree—there need not necessarily be demonstrable lung pathology. Silicosis, asbestosis, anthracosis, anthraco-silicosis, and similar terms indicate the different causative agents (silica, asbestos, and coal) in various kinds of pneumoconiosis.

The International Silicosis Conference in 1930 (2) defined silicosis as a "pathological condition of the lungs due to the inhalation of free silica ($SiO_2$)". The American Public Health Association (3) described it as a "disease due to breathing air containing silica." Sayers and Jones (4) state that "from the viewpoint of etiology, the harmfulness of a given dust containing free silica is directly influenced by the number of particles of free silica less than 10 microns in diameter that it contains". Collis has claimed for years that free silica, especially quartz, was the all-important

* Received for publication July 14, 1936. Read before the Harvard University Tercentenary Celebration, 1636-1936, Symposium on "The Environment and its Effect upon Man", Harvard School of Public Health, Boston, August 27, 1936.

SC-ALL-01221 SCF-FA-0365

factor. In summarizing his South African experience, Watkins-Pitchford (5) wrote in 1927 that dusts other than silica could "give rise to such non-permanent and relatively harmless conditions—one can hardly call them diseases—as anthracosis, aluminosis, siderosis etc".

In figure 1 are shown data from Collis indicating the etiological importance of free silica. The U. S. Public Health Service's data (6), shown in table 1, emphasize still further the importance of free silica.

*Silica.*—Silica occurs most commonly as the mineral, quartz, which is a natural contaminant of most ores, occurs in many rocks, and is found in a fairly pure state as beach sand, chert, flint, sandstone, gritstone, ganister, quartzite, and jasper.

Quartz is a hard crystalline mineral which is weakly birefringent, that is, its two indexes of refraction are near together. Chemically it is very inert and inactive. In fact its hardness and inertness are the two properties which make it especially useful in industry. Other varieties of pure silica such as opal, which is non-crystalline, have not as yet been appraised hygienically and there are no statistical studies to show the relative potency of the various forms of pure silica.

*Silicates.*—Silicatosis is a word suggested by Badham (7) to describe a lung fibrosis caused by dusts in which silicates and not free silica predominate. The distinction between free and combined silica is best shown by a simple example: A granite dust (8) might have the following mineral composition:

| Occupation | Quartz content of dust | Percent deaths from pulmonary tuberculosis |
|---|---|---|
| Flint knappers (Brandon) | 100% | 77.8% |
| Grinders (Sheffield) | 50 to 100% | 49.7% |
| Granite-cutters (Me. and N.H.) | 30% | 47.8% |
| Potters | Certain processes only | 16.9% |
| Coal-mining | ..... | 3.9% |

FIG. 1.—Mortality from pulmonary tuberculosis in various dusty trades. (After Collis)

| | Per cent |
|---|---|
| Feldspar (orthoclase) | 70 |
| Quartz | 25 |
| Mica (muscovite) | 5 |
| | 100 |

Chemical analysis of this granite would give the following result:

| | Per cent |
|---|---|
| $SiO_2$ (total) | 72.55 |
| $Al_2O_3$ | 14.80 |
| $K_2O$ | 12.42 |
| $H_2O$ | 0.23 |
| | 100.00 |

TABLE 1

SUMMARY OF THE SIX DUST STUDIES BY THE U. S. PUBLIC HEALTH SERVICE SHOWING THE DUST CONCENTRATION, COMPOSITION AND THE RESULTING HAZARD*

| Industry | Average dust count in millions of particles per cubic foot | Average percentage of free silica (quartz) | Other characteristics of dust | Degree of hazard under conditions as observed in each study |
|---|---|---|---|---|
| Granite cutting: | | | | |
| Hand-pneumatic tool operators | 59 | 35 | Balance mostly combined silica | Great excess of pulmonary tuberculosis after 15 years or more exposure; silicosis in from 2 to 10 years. Silicosis after prolonged exposure; no excess of tuberculosis |
| Surface-machine operators, etc. | 36 | | | |
| General air | 20 | | | |
| Less than general air | 9 | | | Negative except for occasional nondisabling silicosis |
| Anthracite coal: | | | | |
| Rock drillers | 82 | 31 | Siliceous rock | Data insufficient; other studies show severe hazard |
| Miners and miners' helpers | 233 | 1.5 | Carbon and inorganic matter | Dyspnea and other signs of pneumoconiosis; excess sickness from respiratory conditions; excess mortality from influenza, pneumonia and possibly tuberculosis |
| Bituminous coal: | | | | |
| Rock drillers | 78 | 54 | Sandstone | Data insufficient; other studies indicate severe hazard |
| Loaders and machine men | 112 | 1.2 | Carbon | Generalized fibrosis chiefly linear in character; excess mortality from influenza and pneumonia |
| Cement | 26 | 6-8 | Primarily lime | Some early pneumoconiosis; excess of disease of upper respiratory tract and of influenza |
| Cotton-cloth manufacturing | 7 | ? | Vegetable and silica | Negative |
| Silverware manufacturing | 5 | 1.7 | Metal and other | Negative |
| Municipal | 4 | ? | Not determined | Negative |

*After Thompson, et al.

Recently Jones (9) showed that sericite was the outstanding common mineral constituent of a considerable series of lungs he analyzed. Sericite is a variety of mica with the formula $K_2O \cdot 3Al_2O_3 \cdot 6SiO_2 \cdot 2H_2O$. Its occurrence in nature is widespread but the quantities actually found are much less than those of quartz. It has not been shown that sericite, without quartz, will produce silicotic pathology; all investigations along such lines have been negative.

Asbestos is the only silicate at present recognized as causing pathology which is definitely and distinctly different from that due to silica alone. The condition known as asbestosis, like silicosis, predisposes to tuberculosis but to a much less degree. Since, however, asbestos is handled by far fewer persons than are dusts containing free silica, asbestosis is much less common than silicosis.

Asbestos is not a true mineral but is a name applied to any mineral which is easily separable into more or less flexible fibers. In this country, the commonest asbestos is the fibrous variety of serpentine in the form of the mineral chrysotile, $3MgO \cdot 2SiO_2 \cdot 2H_2O$.

Other silicates such as talc, $3MgO \cdot 4SiO_2 \cdot H_2O$, which resembles asbestos chemically, shale, kaolin, $Al_2O_3 \cdot 2SiO_2 \cdot 2H_2O$, feldspar, and pure mica have been studied in both the field and the laboratory. The pathology they produce is much less significant than that from quartz and the fibrosis rarely is disabling.

*Carbon.*—An extensive examination of coal miners' lungs was made by Cummins and Sladden (10) as the result of which they wrote that "coal is only retained in large amounts when there is a really high silica content" and "we believe that in the absence of the silica factor there would be, under modern mining conditions, no serious degree of anthracosis. . . ." Men who were engaged in trimming coal ships with virtually no quartz exposure but undoubtedly with very heavy dust exposure, showed some fibrosis but it was not considered disabling (11).

The study made by the U. S. Public Health Service (12) in the anthracite mining district of Pennsylvania adds much weight to statements quoted from Cummins and Sladden, namely, that the harmfulness of a coal dust varies with the silica which contaminates the coal.

Haldane considered that coal dust might even reduce the severity of a quartz dust exposure; he suggested actually blowing coal dust into a mine with high quartz content as an antidote for the quartz dust (13) but no serious attempt apparently was ever made to test the validity of Haldane's claims. The recent statistical analysis of lungs autopsied in the Pittsburgh district (14) shows beyond doubt that city air, contaminated by an unusual amount of coal dust, does not produce a disabling fibrosis. Many of the lungs were markedly pigmented but the pathology found was not, in general, significant.

*Calcium and magnesium carbonates.*—These substances occur in nature as the minerals calcite, $CaCO_3$, magnesite, $MgCO_3$, and dolomite, $CaCO_3 \cdot MgCO_3$. Limestone and marble contain high percentages of calcite while the bulk of the rock from which cement is made consists of these carbonates. All three minerals are a great deal more soluble in water and in body fluids than

is quartz. Furthermore the solubility of all three substances increases greatly if the solvent is saturated with carbon dioxide, a condition which occurs in the lung fluid which wets inhaled dust.

The several studies which have been made on calcium carbonate dusts indicate that the dusts are not harmful probably because they are so readily dissolved (8).

*Gypsum.*—This mineral, $CaSO_4 \cdot 2H_2O$, is very common and is mined and milled all over the civilized world. It is an essential ingredient of ordinary plaster and is now used extensively as a wall board. When partially dehydrated it again takes up water readily, but in neither that state nor as the native substance has it been shown to be harmful (15). It is an interesting fact that pure limestone (quartz free), dolomite, and gypsum are recognized universally as the dusts safest (hygienically) to blow into soft coal mines to prevent explosions.

*Iron Oxides.*—The mining of iron, next to coal, is perhaps the mining industry in which the greatest number of men are employed throughout the world. The ore generally is hematite, $Fe_2O_3$, but other oxides, and sometimes the sulfide, pyrites, $FeS_2$, are handled on a considerable scale. As a result of the improvements made in machine-tool steel, it is possible today to see iron dust created by work on lathes, drills, and the like. Yet there are no data to indicate that iron, in the absence of silica, causes pathology in any way comparable to silicosis. However, lungs which have been heavily dusted with iron in any form are generally colored distinctively and were called by Zenker (1) *siderotic*.

## Estimation of Dust Exposure

The effect of any inhaled dust varies more or less directly with the duration of the exposure, the dust concentration and the volume of air breathed. In the case of the gas, carbon monoxide, our knowledge of the relationship of these factors is sufficiently exact to permit the use of a simple rule (16) for predicting the effects of breathing various gas concentrations under various conditions. Unfortunately, one cannot estimate or predict the severity of dust exposures with any such nicety.

In cases where men work for a number of years at different jobs with differing degrees of dustiness Bloomfield and DallaValle (17) compute exposures by averaging dustiness in these various jobs over the total period in question. In their anthracite coal dust study they found that computations so made agreed well with the results of the physical and x-ray examinations of the men. A typical example of their method of computing dust exposure is reproduced in table 2.

The advantage of these estimates lies in their simplicity and the fact that they have proven useful in correlating dustiness with physical examinations. The error in such calculations is that the effects of dust do not vary exactly, but only very approximately, with the dust concentration and with the exposure. Thus, Mavrogordato (18) writes that "Lesions of silicosis in a mild degree can be produced in an animal by 30 hr. exposure to intense dust clouds, and one is inclined to suspect that it is intermittent exposure to relatively dense clouds that is the deciding factor in producing the disease in susceptible human subjects." These momentary excesses of dustiness Mavrogordato named *dust floods*. Bloomfield and DallaValle's calculations of necessity ignore dust floods and use only figures of average dustiness.

## The Value of Dust Samples

The purpose of dust sampling is to make possible the control or elimination of dustiness rather than to obtain a precise measure of dust concentration. Conditions may vary greatly almost from moment to moment and only occasionally are they reasonably constant during a working shift. In general, then, it is advisable to give the results of the final estimate with an indication of the expected variation. "Thus, as a means of classifying processes according to their respective health hazards, it appears to be unnecessary to arrange them in concentration groups closer than 100 per cent, *i.e.*, 0 to 5, 5 to 10, 10 to 20, 20 to 40, etc." (8). Such an arrangement is consistent with the few American data we now have on standards of dustiness and is in reasonable agreement with Mavrogordato's "figures of merit" as obtained by konimeter samples.

A great deal of time can be saved by ignoring samples which are obviously too dusty—it is as well to take the sample for a matter of record but it is absurd to work long over it if it is certain to be vastly in excess of the objective. Mavrogordato dismisses such samples with the laconic symbols "T.M.C." (too many to count).

TABLE 2

Example of Method Used in Determining an Employee's Total Dust Exposure*

| Occupation | Years in occupation | Average dust concentration, millions per cubic foot | Millions of particle years per cubic foot |
|---|---|---|---|
| Slate picker (dry breaker) | 2 | 380 | 760 |
| Patcher (dry mine) | 2 | 71 | 142 |
| Mule driver (dry mine) | 3 | 71 | 213 |
| Miner's laborer (chamber) | 3 | 480 | 1440 |
| Miner (chamber mining) | 3 | 480 | 7200 |
| Section foreman | 5 | 7 | 35 |
| Totals | 30 | | 9790 |

$$\frac{9790 \text{ millions of particle years per cubic foot}}{30 \text{ years}} = 326 \text{ millions of particles per cubic foot}$$

* After Bloomfield and DallaValle.

On the other hand, it is well to have records which indicate that the environment is as clean as is desired. In our own experience the ignoring of such samples has raised difficulties in proving in court that adequate dust control had been enforced. There is no doubt whatever that, in the United States at least, dust samples now have a very definite place in depicting working conditions to compensation boards or to a court. Under the circumstances, it is very unwise in making surveys to ignore the clean places.

### *Methods of Sampling*

Dustiness is given gravimetrically if the dust is to be determined chemically and by counts if the chemical determination is especially difficult. Thus, lead is always recorded in milligrams per cubic meter but dust which may cause silicosis is given in particles per cubic foot or per cubic centimeter.

Sometimes one may wish to convert one set of readings into the other. If the dust particles are perfectly uniform and of definite shape such as spheres or cubes and of known composition the conversions can be made with precision. In such a case, it does not matter how dustiness is recorded. But in practice the dust particles are never uniform in size and rarely in composition. Conversions are, therefore, apt to be misleading. For practical work, 1 mg. of fine quartz as collected by the impinger contains 300 million particles (by the light-field counting technic).

A great deal of energy is being wasted in deciding which dust sampling method is best. The rapidity with which new methods are appearing, each claiming unusual points of merit, indicates that standardization is unlikely. An international agreement on a reference standard would be welcomed by all working in this field but, at present, such an agreement seems to be far off.

In the United States the impinger technic is most used, largely because our only extensive field data come from the Public Health Service whose workers favor this instrument. If one wishes to compare his results with those of the Public Health Service he must copy their technic. But copying the Public Health Service's technic for the sake of the legal prestige thus gained has its drawbacks. We know of one case where a gasoline motor-driven generator and electric pump mounted on a mine car and hauled by tractor, with three men in attendance, resulted in obtaining only four samples in one day.

In South Africa where dust sampling has been done on a scale far beyond anything attempted elsewhere the konimeter and sugar tube both have been used. In England great hopes for the new thermal precipitator have been advanced but the results published so far have added nothing significant to the data already available from methods which are less accurate. In Australia several different instruments including Owens' counter have been used while the results coming from Germany were obtained by filter methods and by a modification of Owens' counter.

In our own studies we use several different methods according to the problem. There is every reason to encourage rapid methods which are particularly applicable to routine control and to discourage the widespread use of the impinger technic except for occasional check-ups. The impinger has little to recommend it in control work while a light portable instrument, such as the konimeter, has already proven its value in practice.

## Composition of Air-Floated Dusts

It is rarely that one meets exposures to pure silica; generally the dust is a mixture of which the original composition either is fixed, as in granite, or variable as in most foundry and mining operations. But the composition of

the dust breathed from a mixture is seldom the same as that of the parent material.

If a dust arises from the grinding or comminution of a comparatively pure substance, such as beach sand, the resulting material must have substantially the same chemical and mineralogical analysis in all stages of particle subdivision. But if a complex material like granite is ground and the dust then scattered in the air, samples of different particle size will have very different composition.

Many examples of the changes in composition of air-borne dust can be found in the literature to prove these statements but it is interesting that the facts generally have been ignored. Thus, in this country, investigators frequently sample and count air-borne dust by the impinger technic and then for chemical and mineralogical analyses take samples of material which has settled on rafters which will have a quite different composition. To make bad matters worse, samples for mineralogical and chemical analysis usually have not been graded into various sizes.

FIG. 2.—Dust control and silicosis in South African gold mines (adapted from Mavrogordato).

Jones (19) has given indisputable proof of the carelessness of which most of us have been guilty in recording the composition of air floated dusts. In support of Jones' contentions an interesting example is given by Drinker and Hatch (8) for foundry dusts. "A good molding sand is made up of about 80 per cent quartz in the shape of coarse particles; the bulk of the re-

maining material is clay in the form of fine particles which coat the coarse quartz grains. The chemical composition of the finer fraction (say below 10 microns) of material in foundry sand is markedly different from the composition of the coarse fraction." Thus, the original material contains about 76 per cent quartz, while particles above 10 microns have 85 per cent quartz and those below 10 microns have only 19 per cent (see table 3). Under the present methods of estimating dust composition and dust hazards a large error obviously would be made by assuming that the original material represented the fine air floated dust.

Another example is given by Jones (19) from the South African "banket" —large crystals of quartz held together by fibrous sericite. In figure 3 are illustrated the changes in dust composition which he noted as the dust was allowed to settle, as it would in practice. Obviously, the quartz content decreases as the sericite increases. Jones remarks that "when a wall built of quartz boulders is pulled down, the bulk of the dust comes not from the quartz boulders but from the mortar."

It would be interesting to know what changes in the composition of Barre granite, of 35 per cent original quartz composition, and of various coal-silica mixtures take place on settlement in air. Obviously, changes will occur (probably great changes) but they have not been measured as yet although we have all welcomed the figures of reasonable dustiness suggested by the U. S. Public Health Service for the two industries in question, granite cutting and coal mining. Their analyses were all made from samples which had settled out on rafters, and no samples were separated into various particle size fractions.

TABLE 3

COMPOSITION OF COARSE AND FINE FRACTIONS OF UNUSED FOUNDRY SAND (CONTAINING NATURAL BOND)

| CONSTITUENT | PERCENTAGE BY WEIGHT | | |
|---|---|---|---|
| | Total sample | >10μ | <10μ |
| Combustible | 2.3 | 0.7 | 12.7 |
| HCl soluble | 5.5 | 1.6 | 30.5 |
| $H_2SiF_6$ soluble (clay) | 16.0 | 12.7 | 37.5 |
| Residue (quartz) | 76.3 | 85.0 | 19.2 |
| Total | 100.0 | 100.0 | 100.0 |

### *Particle Size*

It is well known that in silicotic lungs dust particles under 3 microns vastly outnumber those which are larger. It has been alleged that the respiratory mechanism, the lungs, and the phagocytes are mostly responsible for this size grading. However, it is easy to show that the size grading is done in the air before the dust is breathed and not later in the human body. That is, we find an excess of small particles in the lungs simply because that is the way that they occur in air. It is physically impossible for any but particles below 5 microns

to remain afloat in air long enough to be carried about by gentle air currents and to be inhaled. It is perfectly true that the alveoli are large enough to admit particles 100 or even 200 microns in length and that such particles are occasionally found in lungs (20). But the reason that they are found in lungs so infrequently is that they rarely remain in air more than momentarily. Bloomfield (21) has recorded hundreds of measurements of air floated dusts. His average sizes are all of the order of those found in lungs and in phagocytes.

(a) (b) (c) (d)

FIG. 3.—Sketches illustrating the increase in the ratio of fibers of sericite to quartz particles at different periods after blasting in a Witwatersrand gold mine. (a) about 15 minutes after blasting; (b) about 1 hour after blasting; (c) about 2½ hours after blasting; and (d) about 3 hours after blasting. (After Jones, courtesy Inst. Mining and Metallurgy.)

Gye and Kettle (22) showed that colloidal silica was extremely toxic and that it could initiate fibrosis. It

is claimed occasionally that the damage done by quartz particles is due entirely to those which approach the colloidal in size. Usually particles possessing colloidal as distinguished from crystalloidal properties are considered to be less than 0.1 micron in size. All colloidal particles are so small that they can be measured only ultra-microscopically.

There is no evidence indicating that appreciable or significant quantities of ultra-microscopic quartz can be made by any known process of grinding or comminution, including blasting. In fact, the difficulty of preparing even small specimens of quartz below 0.5 microns is considerable. Furthermore, there are no published data indicating the relative potency of quartz particles in various sizes below 3 microns. Under the circumstances, then, there is no good reason to blame colloidal particles as the initiators of the silicotic nodule when it has been demonstrated again and again that such nodules can be produced by particles approximating the common bacteria in size.

### *Standards of Dustiness*

Under one name or another the plant or mine manager always wants an objective for his dust control program. It serves no useful purpose to evade the issue on the ground that precise figures are not available. Probably they never will be. The practical man argues, very properly, that if dust is the cause of silicosis there must be some degree of dustiness or of air cleanliness which is safe. Having been told that silicosis is a disease caused by breathing silica, the practical operating man naturally expects of the physician or hygienist some objective of air cleanliness, call it by whatever name one likes.

In this country the U. S. Public Health Service studies have furnished the only published data we have from which we may suggest dust standards. In the case of Barre granite it was pointed out that a dustiness of 10–20 million particles per cubic foot was reasonably certain not to cause disability. The coarse dust, in this case, contained about 35 per cent quartz. In their recent anthracite coal study the Public Health Service found that counts of 50 million per cubic foot, with 5 per cent quartz in the coarse dust, seemed safe.

In the case of pure quartz Cummings (4) suggests a figure of 5 million particles per cubic foot which is not far from the South African figure of 1 milligram per cubic meter (figure 3). We have then 50 million for dust with less than 5 per cent quartz and 5 million for pure quartz. It is very questionable if one has any right to interpolate for the quartz percentages between 50 and 5 but the figures certainly invite such interpolation.

These standards do not answer the question of the plant which handles dust of no proven pulmonary significance. What standard should the manager of such a plant take as his objective or need he take any precautions at all? We cannot give him any standards but we can only suggest that he investigate one of the many plants which has reduced dustiness without waiting for any physiological justification. Generally the manager and workmen of a clean plant will uphold eloquently the advantages of dust control.

It is only in South Africa that dustiness and silicosis have been correlated routinely over a considerable period. There they realized at the outset that dustiness would not be controlled properly unless measured and recorded routinely. Concerning the results of their procedure, Irvine (23), Chairman of the Miners' Phthisis Medical Bureau in 1934, stated that "No 'New Rand Miner' who has entered the industry since August, 1923, i.e. 10½ years ago, has as yet contracted silicosis. These facts demonstrate that the engineering and medical measures which have been directed against silicosis have achieved a very significant degree of success." It would be hard to devise a more eloquent or complete proof of the advantage of dust sampling and of dust standards.

SUMMARY

The various pneumoconioses and their causative agents are discussed. Silicosis and asbestos are definite diseases; in anthraco-silicosis and various silicatoses one sees modifications of normal lung conditions. The effects of carbon, or carbonates, of gypsum and of iron oxides are also discussed.

Methods of estimating dust exposures of a workman includes the taking of dust samples from the work place and interpreting the results during the man's total period of exposure. Errors which have been made from estimating the composition of dust from samples which have settled upon rafters instead of using samples taken from the air, are emphasized.

Permissible dust concentrations need not exceed 50 million particles per cubic foot for dust with very low quartz content or 5 million for pure quartz. In defense of the use of standards of dustiness the experience in South Africa where such standards have been applied successfully for many years is cited.

BIBLIOGRAPHY

1. ZENKER, F. A.: Ueber Staubinhalationskrankheiten der Lunge. Deutsch. Arch. f. klin. Med., 2, 116 (1867).
2. International Labour Office: Silicosis (supplement). Geneva, 1930.
3. American Public Health Association: Report (joint) of the Committee on Pneumoconiosis and the Committee on Standard Practices in Compensation of Occupational Diseases. A. P. H. A. Year Book, 1933, p. 100.
4. Saranac Symposium on Silicosis, 1935. Employers' Mutuals, Wausau, Wis., 1936.
5. WATKINS-PITCHFORD, W.: The silicosis of the South African gold mines, and the changes produced in it by legislative and administrative efforts. THIS JOUR., 9, 109 (1927).
6. THOMPSON, L. R., ET AL.: The health of workers in dusty trades. General statement and summary of findings. U. S. Pub. Health Bull. No. 208 (1933).
7. BADHAM, C.: An investigation concerning ventilation and the sandstone dust present in the air of certain sewer tunnels under construction at North Shore, and in other sandstone workings. Rept. Dir.-Gen. Pub. Health, New South Wales, 1924, p. 52.
8. DRINKER, P., AND HATCH, T.: Industrial dust. McGraw-Hill Book Company, Inc., New York, 1936.
9. JONES, W. R.: Silicotic lungs: the minerals they contain. J. Hyg., 33, 307 (1933).
10. CUMMINS, S. L., AND SLADDEN, S. P.: Coal-miner's lung: an investigation into the anthracotic lungs of coal-miners in South Wales. J. Path. Bact., 33, 1095 (1930).
11. COLLIS, E. L., AND GILCHRIST, J. C.: Effects of dust upon coal trimmers. THIS JOUR., 10, 101 (1928).

12. SAYERS, R. R., ET AL.: Anthraco-silicosis among hard coal miners. U. S. Pub. Health Bull. No. 221, (1935).
13. HALDANE, J. S.: The avoidance of silicosis with dry methods of working. J. Chem. Met. Min. Soc. S. Africa, 30, 54 (1929), Abst. at length in THIS JOUR., 12, 77 (1930).
14. SCHNURER, L., ALLISON, W. C., BOUCEK, C. M., AND HATTHORN, S. R.: Pneumoconiosis in the Pittsburgh district, based on a study of 2,500 post mortem examinations made in Pittsburgh hospitals. THIS JOUR., 17, 294 (1935).
15. RIDDELL, A. R.: Clinical investigations into the effects of gypsum dust. Canadian Pub. Health J., 25, 147 (1934).
16. HENDERSON, Y., AND HAGGARD, H. W.: Noxious gases. Chemical Catalog Co., New York, 1927.
17. BLOOMFIELD, J. J., AND DALLAVALLE, J. M.: The determination and control of industrial dust. U. S. Pub. Health Bull. No. 217, 1935.
18. MAVROGORDATO, A.: Value of the konimeter, being an investigation into the methods and results of dust sampling as at present practised in the mines of the Witwatersrand. S. African Inst. Med. Res. No. 17, p. 45, 1923.
19. JONES, W. R.: Silicosis. Inst. Min. and Met., 42d session, London, 1933–1934.
20. COOKE, W. E.: Modern views on silicosis. J. Hyg., 35, 207 (1935).
21. BLOOMFIELD, J. J.: The size-frequency of industrial dusts. U. S. Pub. Health Repts., 48, 961 (1933).
22. GYE, W. E., AND KETTLE, E. H.: Silicosis and miners' phthisis. Brit. J. Exp. Path., 3, 241 (1922).
23. IRVINE, L. G.: Miners' phthisis. J. Chem. Met. Min. Soc., S. Africa, 39, 304 (1934).

# CLINICAL ASPECTS, DIAGNOSIS AND TREATMENT OF PNEUMOCONIOSIS*

W. IRVING CLARK

*From the Norton Company, Worcester, and Harvard School of Public Health, Boston, Mass.*

THERE are two types of dust which may cause some degree of pneumoconiosis; these have been termed inert and active dusts. The determination as to whether or not a dust is active or inert has been reached by pathological examination of the lungs of those dying of pneumoconiosis, by clinical studies, especially x-ray, and by animal experimentation.

## REVIEW OF ANIMAL EXPERIMENTS

The study by animal experimentation has been particularly valuable as it provides a method of determining the effect of a given dust upon the living tissues and a comparison with the effect of similar exposure to other dusts. The animals used have been white rats, rabbits, guinea pigs, monkeys, fowl, cats, and, for some experiments, tadpoles and fish (1, p. 44).

The methods used have been:

1. *Dusting.*—This consists in exposing the experimental animal to a "high concentration of dust (up to 10 or 12 billion particles per cu. ft. of air, dark-field) to produce maximum effects in short time." This method might be called the normal breathing method.

2. *Injection of suspensions of dusts.*—This consists in injecting suspensions of dusts into various parts of animals to detect the capacities of different dusts to provoke reaction in the tissues. Results are obtained more rapidly than by dusting but do not correctly show the natural development of disease in the lungs.

The dust suspensions may be introduced into the animal by:

1. Intratracheal or bronchoscopic injections.
2. Intraperitoneal injections (Miller-Sayers method (2)).
3. Subcutaneous injections.
4. Intravenous injections—showing the effects of the dust on the extra-pulmonary viscera.
5. Intracutaneous injections—for gross reaction.
6. Intra-lymphatic injections—for reaction of lymph node cells (3).

All animals tested either by dusting or by injection showed a tissue reaction to silica. This reaction was typified by the formation of fibrotic nodules except in the cold blooded animals where there was necrosis followed by some fibrosis. Changes in susceptibility of animals to tuberculosis as a result of the effects of various dusts have also been studied, and the

* Received for publication June 24, 1936.
Read before the Harvard University Tercentenary Celebration, 1636-1936, Symposium on "The Environment and its Effect upon Man," Harvard School of Public Health, Boston, August 27, 1936.
When presented, the paper was illustrated by lantern slides showing x-rays and specimens of pathological conditions.

SC-ALL-01222 SCF-FA-0366

activating effect of silica demonstrated.

The effect of the inert dusts upon the animal tissue was found similar to that of any foreign body. There was reactionary enlargement of lymphatic nodes, slight fibrotic reaction immediately surrounding the injected dust but no continuation of this fibrosis and no formation of nodules. The exact pathology noted was scattered or clumped cells containing the inert dust lying in the alveoli, slight inflammation or no inflammation of the adjacent walls, a slow accumulation of dust-containing cells in the lymph nodes with enlargement of the nodes, and a deposition of dust about the lymphatics of the lung or pleura. When inert substances were injected intravenously, intraperitoneally or subcutaneously, there was no reaction beyond that of any foreign body (2).

As a result of such experiments which have been repeated in many parts of the world, it is believed that of all suspected dusts only silica has a specific action upon animal tissue which results in fibrotic nodulation. Asbestos fibres produce a peculiar reaction in the lung which is different from silica. Following the inhalation of asbestos dust there are formed "cuffs of more dense connective tissue about the terminal bronchioles" (1, p. 46). Contraction and collapse of the alveoli supplied by the affected bronchioles occurs. This is followed by induration and fibrosis of the collapsed alveoli, presenting the picture of diffuse fibrosis of parts of the affected lung with persistent foci of normal air spaces.

## Silicosis

The Committee on Pneumoconiosis and the Committee on Standards of the American Public Health Association (4) adopted in 1932 the following definition: "Silicosis is a disease due to breathing air containing silica ($SiO_2$) characterized anatomically by generalized fibrotic changes and the development of miliary nodulation in both lungs, and clinically by shortness of breath, decreased chest expansion, lessened capacity for work, absence of fever, increased susceptibility to tuberculosis, (some or all of which symptoms may be present) and by characteristic x-ray findings."

### *I. Pathology of Silicosis*

Dust particles after reaching the lung alveoli may remain quiescent for a considerable period as is the case with the inert dusts, or they may penetrate the lymph spaces in small numbers. The bulk, however, are phagocytosed, that is engulfed, by wandering endothelial cells which at first, lining the wall of the alveolus, become detached, and then, having taken up the dust particles, pass by ameboid movement through the walls of the alveolus into the lymph spaces. The cells now slowly migrate to the minute lymph islands which guard the entrance to the small lymphatic vessels, pass through these, thence to the lymph vessels, and finally are caught by the large group of lymphatic glands which form part of the hilus or root of the lung. These wandering cells are commonly called dust cells.

The piling up of cells and the reaction of the glands blocks the free circu-

lation of lymph so that the dust cells tend to move slowly toward the lung roots, blocking the lymph vessels and later the minute lymph masses which guard the entrance to the lymph vessels. The dust cells which are killed by the silica disintegrate and free the silica dust for further injury to the neighboring tissues. The reaction of the tissues to silica is the production of fibrous tissue. Thus fibrous tissue forms along the lymphatic vessels which accompany the blood vessels of the lung, invades the septa between the lobes, and spreads its shoots into the lung tissue itself. The minute masses of lymphatic tissue become fibrotic nodules and these, as time goes on, increase in number to such an extent that, combined with the fibrous tissue of the former lymph channels, conglomerate masses of fibrous tissue are formed, blocking off large portions of the lungs. The blocking of the lymph flow toward the hilus increases the spread of dust cells to the pleura and eventually leads to fibrosis of this structure.

The fibrotic nodule is characteristic of silicosis. It is a small, discrete hyaline mass surrounded by apparently normal lung. It does not exceed 6 mm. in diameter. "Occasionally some of these nodules may show microscopic foci of central necrosis" (1, p. 146).

This increasing amount of fibrous tissue obliterates the alveoli and provokes a compensatory enlargement of the alveoli elsewhere. This condition of enlargement is called emphysema. As the amount of air space is insufficient to permit the normal oxygen-carbon dioxide interchange of the lungs required by the body, the effort of the heart to pump blood fast enough may promote enlargement of that vital organ. This, however, if it occurs, is a terminal condition infrequently observed, as the patient usually develops pulmonary tuberculosis or dies of an intercurrent disease before this stage is reached. It must be remembered that only one-fourth of one lung is necessary for life, and that the amount of fibrosis must be enormous to restrict the lung capacity to this extent.

### *II. Symptoms*

The effect of the underlying pathology upon the workman is at first too slight to be detected by physical examination and the worker shows no symptoms. While there is a pathological condition present, it is to all intents and purposes harmless, in that if it does not progress rapidly it may not provoke symptoms during a worker's life, or only during the last decade. Even respiratory disease of another nature, such as bronchitis or even pneumonia, may occur with recovery during this period.

As the condition progresses, however, more and more of the lung tissue is converted into fibrous tissue, and the patient begins to show certain symptoms. He complains of shortness of breath when he goes up-hill and says that he notices his heart beat on exertion. He also mentions a cough which is at first dry and infrequent, but which gradually becomes moist and frequent. With the cough he raises scanty, stringy sputum which is sometimes discolored. The sputum is never large in amount unless he catches cold and develops bronchitis. At this

stage an attack of bronchitis does not disappear but becomes chronic. During this period the silicotic may complain of pain in the chest due to pleurisy or to epigastric pain, anorexia, and morning vomiting. While he is able to work, the victim cannot carry on his usual tasks and seeks lighter work.

Slowly the shortness of breath increases, the patient has poor lung expansion, and his color becomes pale and his lips bluish.

At this stage pulmonary tuberculosis is a frequent complication. When this occurs, the cough becomes more severe and continuous, the sputum free and moist, areas of dulness to percussion are noted, râles are heard over the chest on physical examination, and cavitation may be detected. Tubercle bacilli may or may not be present in the sputum. Many of these cases are able to carry on light work for years before finally succumbing. Hemorrhage from the lungs occasionally occurs.

During the early stages when perivascular, peribronchial, lymph node reaction is present there are only indefinite physical signs. Irvine (5) describes these as follows:

> 1. A certain lack of elasticity of the chest wall during movements of respiration together with
> 2. A somewhat reduced air entry, and
> 3. A characteristic alteration of the inspiratory murmur from the normal vesicular character to a higher pitched or "harshened," thinned and commonly somewhat shortened type, the expiratory murmur although somewhat prolonged remaining fainter than the inspiratory.

There is little change in these signs as the disease progresses. "The percussion note is somewhat flattened without being definitely dull especially posteriorly. Breath sounds have more definite characteristic thinning, the expiration being longer and fainter" (6). With the advent of tuberculosis the physical signs are those of that disease.

### *III. X-ray*

The most important evidence of silicosis is obtained by x-ray. While a flat film gives valuable information, an accurate diagnosis requires a stereoscopic set of films. In many cases a lateral film is desirable in order to determine the amount of emphysema present and the size of the heart. Fluoroscopic examination is of interest in cases where diaphragmatic adhesions are suspected or shown on the film.

The old classification into first, second and third stages has been recently changed to a more descriptive nomenclature. The conditions noted on the film are now called:

1. Stage of perivascular, peribronchial, lymph node proliferation. Irregular exaggeration of linear markings.
2. Stage of nodulation.
3. Stage of fibrosis with conglomerate masses.
4. Any of above stages complicated by shadows characteristic of tuberculosis.

The first is not considered as diagnostic of silicosis as it may occur in persons who are in good health or in a number of pathological conditions which have nothing to do with silicosis.

The stage of nodulation is pathognomonic of silicosis but may be confused with films of miliary tuberculosis.

The stage of fibrosis with conglomerate masses may be confused with fibroid phthisis.

### *IV. Diagnosis*

Diagnosis is made upon:

1. Occupational history with estimated length of exposure, quality of dust and quantity of dust.
2. Physical examination.
3. X-ray examination.
4. Presence or absence of tuberculosis as a complication.

Of these measures the first and third are most important. Probably the most difficult thing to decide is whether or not tuberculosis is present. Absence of fever and maintenance of weight, with absence of physical signs suggesting active inflammation in the chest, is indicative of simple silicosis.

The absence of tubercle bacilli from the sputum is inconclusive, as many cases of silico-tuberculosis fail to show bacilli in the sputum.

### *V. Progress*

Silicosis once established in the lung has a strong tendency to progress. This appears to be owing to the toxic properties of the silica particle. What causes this toxic action is still in doubt. "Experiments and human pathological material indicate that in high concentrations silica is toxic and kills tissue; prolonged action of lower concentrations cause proliferation and fibrosis" (1, p. 46).

In spite of the fact that quartz is generally recognized as relatively insoluble, there is great rapidity of development of body reactions to silica. "Possibly unexplored properties of silica, electrical charge, adsorption etc., are concerned" (1, p. 48). This progressive tendency has been noted by Irvine, Böhme, Russell and others (1, p. 28).

The question is not what is the present condition of the silicotic, but how rapidly it will advance and how far. This is a serious problem in industry, for a worker having no symptoms and an early stage pathology by x-ray, may develop a disabling silicosis or a complicating tuberculosis. It is, therefore, possible for a worker to contract his disease while working for one employer and to develop symptoms many years later while working for another. If the work he is doing for the second employer involves exposure to an inert dust the employer may have difficulty in proving that this was not the cause of disability.

One of the striking differences between the effects of the inert dusts and silica dust is the lack of progress of pathology in the former as compared with the latter. Böhme (7) found that silicosis progressed after removal from exposure in 20 per cent of the cases diagnosed as having silicosis grade 1, in 40 per cent of the cases in grade 2 and in practically all the cases in grade 3. The experience of the State of Wisconsin, however, suggests that silicosis detected at an early stage in many cases will not progress if the worker is transferred to non-dusty work (8) though the reports of Watkins-Pitchford (9) and Britton and Head (10) make this somewhat doubtful.

Infection may play a part in the development. In fact, it is the frequent and serious complication of silicosis, and of the common infections, pulmonary tuberculosis is by far the most serious.

Tuberculosis may develop early or late in the disease. In those who have an inactive focus in the lung, the silica dust may change the condition to one of activity, or in cases of well-developed silicosis, tuberculosis may be superimposed upon the silicotic fibrosis.

Thus Kettle writes, "harmful dusts if inhaled into the lung may excite to activity a latent tuberculosis infection; they may exaggerate an active tuberculosis lesion or a coincident infection; and they may render the lung less able to cope with a superimposed infection" (11).

The course of silicosis with a secondary tuberculosis is usually slow and without the usual symptoms of intoxication and may be carried for years without serious impairment of working capacity.

While tuberculosis is the most frequent complication and cause of death, other infections do occur. On the Rand pneumonia is a common cause of disability and death. Pope and Zacks found pneumonia occurring with great frequency among foundry workers in Massachusetts. Proske and Sayers have confirmed Cummings' discovery of fuso-spirochetal organisms as a cause of infection among miners in Picher, while chronic bronchitis with asthma is fairly common (12, p. 47).

Collis and Yule (13) compared the mortality experience of an occupational group exposed to silica dust with that of the general population, and with that of an occupational group exposed to dust not containing silica. As a result of the study, they concluded that silica is a body poison like lead. Even though it exerts its primary injurious effects on the respiratory tract, the silica slowly invades the body, involving the circulatory system, the nervous system, the digestive organs, the kidneys and liver, and eventually causes death through its harmful effect upon one or another of these organs.

### Asbestosis

"Asbestosis is a pneumoconiosis caused by the inhalation of asbestos dust. It is distinct from silicosis both in its pathology and clinically. Asbestos is a hydrated magnesium silicate containing no free silica but about 44 per cent of combined silica, 43 per cent magnesium, nearly 13 per cent of water and traces of iron and nickel" (14).

#### *I. Pathology of Asbestosis*

Asbestos dust differs from other inhalable dusts in that it exists in thread-like fibres in which the diameter may be very small (5 microns or less) but which may be many microns in length.

These dust fibres do not appear to enter the alveoli. They are stopped at the neck of the alveolus where they are phagocytosed or penetrate the tissues. Acting specifically or merely as a foreign body they become surrounded first by mononuclear phagocytes, later by giant cells and last by fibrous tissue. There is no migration in dust cells to the lymphatics and lymph nodes as is seen in silicosis. The newly formed fibrous tissue contracts, constricting the neck of the alveolus so that no air can enter. Collapse of the alveolus follows and subsequent fibrosis.

In this way the lower parts of the lungs are filled with interstitial fibrosis and the air space markedly diminished. A compensatory emphysema may occur in the upper part of the lungs. Thickening of the pleura over the lower half of the chest is almost always present. Tuberculosis as a complicating factor is not common.

The asbestos fibre after it has become fixed at the neck of the alveolus frequently develops into a "curious body," the asbestosis body of Cooke (15). This is a long, narrow, cylindrical body, golden yellow and translucent, often with rounded ends like a dumbbell. These asbestosis bodies are found on autopsy and occasionally in the sputum. As similar bodies may occur in lungs not exposed to asbestos dust, the finding of these bodies is not diagnostic of asbestosis unless accompanied by a definite history of exposure to asbestos dust.

#### *II. Symptoms of Asbestosis*

The symptoms of asbestosis, like those of silicosis, are cough and dyspnea. With the cough there is sputum which may or may not contain asbestosis bodies. Hemoptysis is rare. There is loss of weight in the advanced cases, and marked reduction in the vital capacity and in chest expansion. The patient's face has an "earthy" look.

In advanced cases the dyspnea is out of proportion to the physical signs, being very severe, and is accompanied by blueness of the lips and occasionally by clubbing of the fingers. The fingers frequently show "asbestos corns" from the penetration and irritation of fine spicules of asbestos which are detached from the asbestos in handling.

#### *III. Physical Examination*

The patient, if an advanced case, shows loss of weight. The chest is emphysematous, and respiration is shallow, expansion being frequently less than 1 inch. The percussion note is one of dull tympany but with no definite dullness. The breath sounds are distant and expiration prolonged. The heart is normal in size, but lateral x-ray may show an anteroposterior enlargement.

#### *IV. X-ray*

This shows a fine mottling of a "ground glass" quality over the lower half of the chest. There is often an obliteration of the costophrenic angle and pleural thickening, shown particularly in the interlobular pleural on the right. The lateral view may show well-marked compensatory emphysema. A spot of tuberculosis at either apex is occasional but rare.

Still later in the course of the disease the appearance is that of a very fine stippling that obliterates most of the natural markings. The pleural shadow is definitely thickened. In some of the advanced cases the heart is enlarged and radiating from it into the lung fields is a series of heavy fibrous bands. This picture has been referred to as "porcupine heart."

### Anthraco-Silicosis

This disease occurs among hard coal miners and is commonly known as miners' asthma. It is caused by the inhalation of large amounts of dust consisting of a mixture of anthracite coal and quartz, the quartz coming from the rock in which the coal is imbedded.

The pathology consists of a clogging of the lymph spaces with carbon particles which invade the upper lobes especially. Accompanying this is a linear or nodular fibrosis due to the inhaled silica particles. When large areas of the lung are involved there is a compensatory emphysema.

#### *I. Symptoms of Anthraco-Silicosis*

The cardinal symptom of anthraco-silicosis is shortness of breath, which explains the term "miners' asthma." With this there is cough and sputum. The cough may be dry and the sputum scanty but if infection in the form of bronchitis is present, the sputum is muco-purulent and colored with coal dust. As in silicosis, tuberculosis is a frequent complication.

The physical signs are similar to those of simple silicosis or of silicosis with infection. Diagnosis is made largely by x-ray which gives a picture very similar to that of simple silicosis. The U. S. Public Health study on this problem (16) suggests that the true lung injury is due to the silica inhaled rather than to the carbon particles. Carbon has been found to be harmless when inhaled in the form of smoke and by animal experiment.

### Inert Dusts

#### *I. Pathology*

The inert dusts are relatively harmless. They may increase the frequency of respiratory disease when inhaled in large amounts, but this has not as yet been proved statistically. Workers inhaling these dusts develop a mild fibrosis which follows the course of the lymphatics along the broncho-arterial tree and is accompanied by enlargement of the trachial lymph nodes. This reaction which is very slow, after a number of years may progress to a moderate amount of interstitial thickening. The pleura may be thickened and there may be diaphragmatic adhesions. These later manifestations only appear after many years of constant exposure to a high concentration of dust.

#### *II. Symptoms Caused by Inert Dusts*

The symptoms of the pneumoconiosis of inert dusts are negligible. If the exposure has been long and the dust discharge abnormally heavy, there may be some dyspnea on moderate working. This is not usually severe enough to interfere with the worker's normal activities and may be caused by degenerative changes of the heart due to advancing age, as much as to the pathology of the lung. There is no evidence that the inert dusts, unless mixed with an active dust, can produce disability.

#### *III. X-ray Picture, Physical Examination and Diagnosis*

The x-ray picture is that of perivascular, peribronchial, lymph node thickening which does not progress. Some diaphragmatic adhesions may show in cases with long exposure to heavy concentrations of dust. Serial pictures fail to show nodulation or the massive areas of fibrosis which characterize silicosis.

The physical examination of those exposed to inert dusts is usually negative. In a few cases where there has been prolonged exposure to great quantities of dust there may be some restriction of chest expansion and signs of emphysema.

The diagnosis is made by physical examination, occupational history, and x-ray.

A typical inert dust is that of the artificial abrasive, aluminum oxide. This material is widely used in grinding wheels and for polishing, sand paper, etc. In the year 1929 over 71,000 tons were sold or used in plants in the United States and Canada (17).

The use of aluminum oxide creates a certain amount of dust. The effect of this dust has been studied by Clark (18) and Simmons clinically and by Gardner (19) on the experimental animal.

In a factory where artificial abrasives and grinding wheels are manufactured, Clark has studied the effects of inhalation of this substance for 25 years. He believes that in factories which provide proper dust removal, the continuous inhalation of artificial abrasive dust extending over many years of work does not produce the symptoms or present the x-ray findings of crippling fibrosis of the lung; that the number of cases of pulmonary tuberculosis does not greatly exceed the number normally present in the community; and that workers using wheels made of artificial abrasive or using this substance for polishing or other purposes run but slight risk of pneumoconiosis if excessive dust is removed by exhaust systems.

In spite of the fact that clinical and experimental evidence points to the relative harmlessness of the inert dusts, an effort should be made to keep the dust count around 20 million particles per cubic foot of air. This will make working conditions much more satisfactory to the worker and will reduce the hazard of respiratory disease.

### Treatment of Pneumoconiosis

The only method of treatment of the pneumoconioses is prevention. Dust in quantity must be eliminated from industry wherever possible, and in most operations this is feasible. In a few where it is not, protective devices such as respirators or positive air pressure helmets must be used by the worker.

When a worker is found upon examination to have lung fibrosis it is wise to keep him at work in a non-dusty department. While his lung condition, if it is due to silica or to asbestos dust, will progress slowly, many years of profitable work are before him unless infection intervenes. As dyspnea increases, lighter work must be provided. If tuberculosis complicates the picture and the patient develops tubercle bacilli in the sputum, he must be isolated from other workers, but even then may be able to do light outdoor work. In more severe cases where there is temperature, all work must, of course, be stopped.

#### *Exposure*

The rapidity of development of silicosis and of asbestosis depends upon the amount of dust inhaled and the percentage of free silica ($SiO_4$) or of asbestos in the dust.

In men exposed to heavy dust clouds with a high concentration of silica, silicosis has developed in as little as 2 years, but under the usual exposures of mining and of industry where the free silica usually varies from 13 to 35 per cent, the development is slow and symptoms do not appear for 15 or more years.

In the case of asbestosis, the development of symptoms is more rapid, 5 to 8 years being the usual required time of exposure.

Efforts are now being made to correlate the exposure with the pathology, as shown by x-ray, and with the physi-

cal signs. In other words, an effort is being made to determine standards of permissible amounts of dust in the working air for both the inert and the harmful dusts. Such standards will be of the greatest value to industry in its effort to reduce its dust hazard to a minimum.

## EPIDEMIOLOGY

### *I. Silicosis*

The danger of inhaling inorganic dust has been recognized for centuries, but careful study of the effect of such inhalation was first instituted in South Africa and culminated in the International Conference on Silicosis held in Johannesberg in 1930.

In 1933 Van Siclen (20) published an estimate of the health hazard from dust in the mines and allied industries of the United States. In his study he found that of 7722 men examined in the Tri-State zinc-lead district of southwest Missouri in 1927–28, 5704 were classified as negative for lung disease, 1362 had signs of first stage silicosis, 253 had second stage, and 32 had third stage. The remainder showed signs of tuberculosis with or without silicosis.

In Butte mines (Montana), of 1018 miners 42.4 per cent showed definite signs of dust injury to the lungs.

In the Lead-Deadwood district mines in South Dakota the sickness rates per thousand for respiratory disease was two and a half times greater than in general industry, while the tuberculosis rate was almost ten times greater.

Grouping the various industries studied, Van Siclen found that in metal mining about 62,228 workers were exposed while among those engaged in non-metallic mining or quarrying, 23,665 had a respiratory hazard.

The prevalence of silicosis in the general population was studied by Lanza and Vane in 1934 (21). They cite the following occupations as constituting a definite silicosis hazard:

1. Anthracite-coal and metal mining, quarrying.
2. Certain manufacturing industries such as potteries, glass works, and plants manufacturing granite, sand-blasting.
3. Construction work—rock drilling, handling sand and gravel.

Their rough estimate of the number of workers exposed to silica dust to a harmful degree in the United States is upward of 500,000.

A careful study of 2,600 granite and foundry workers has recently been made by Pope and Zacks (22) in which correlation of the duration of exposure to dust and the incidence of silicosis was determined. Their conclusions are as follows:

1. In representative groups of both granite and foundry workers in Massachusetts the frequency of silicosis and of silicosis with tuberculosis was found to be positively correlated with the duration of exposure to dusts containing free silica and to concentration of such dusts in the occupational environment.
2. Among the granite workers examined silicosis alone was found in 15.2 per cent and silicosis complicated with tuberculosis in 7.6 per cent.
3. Tuberculosis is the cause of death in over one-third of all granite workers, a proportionate mortality three times that in foundry workers and four times that in all males of 20 years and over.

In 1907 Summons of the Miners' Phthisis Committee of Australia reported that gold miners there who contracted silicosis died of tuberculosis

(23). "The initial studies of silicosis by workers in South Africa were started by a demand made upon health authorities to determine the cause of the excessive mortality from tuberculosis which was increasing at a rapid rate among the miners there."

Russell found an excessive number of deaths from tuberculosis in his Barre, Vermont study of the health of granite workers (24) and Gardner (25) believes that at least 75 per cent of those who develop silicosis contract tuberculosis.

berculosis is so often associated with asbestosis that it seems probable that the association is more than accidental".

Gardner (1, p. 51) says that many autopsies show a combination of tuberculosis with asbestosis and other silicate dusts but "that surveys of living American workmen show no great excess of this infection", while Lanza (28) in a study of dust conditions in asbestos mines and mills in Canada and in fabricating plants along the Atlantic seaboard found in his study

TABLE 1

SILICOSIS AND ASBESTOSIS IN GREAT BRITAIN, THROUGH 1934*

| | NUMBER OF DEATHS | AVERAGE AGE AT DEATH | DURATION OF EMPLOYMENT IN YEARS | | |
|---|---|---|---|---|---|
| | | | Maximum | Minimum | Average |
| Silicosis | 261 | 55.4 | 60 | 2.3 | 34.8 |
| Silicosis with tuberculosis | 315 | 52.5 | 67 | 2.0 | 32.0 |
| Asbestosis | 41 | 41.0 | 27 | 1.5 | 12.9 |
| Asbestosis with tuberculosis | 26 | 38.0 | 29 | 0.8 | 9.9 |

* J. C. Bridge: Report of Chief Inspector of Factories and Workshops, London, 1934, chapter 3.

### *II. Incidence of Asbestosis*

The health hazard of asbestos dust has only been recently recognized. The Regulations for the Asbestos Industry in England have been in force for only 4 years. Bridge (26) says: "Over a number of years" (number not specified) "the deaths from asbestosis reported to the Department and compiled in 1934 numbered 41 while those from asbestos and tuberculosis numbered 26". (See Table 1.) Wood and Gloyne began their studies on pulmonary asbestosis in 1928 and published results of the study of 100 cases in 1934 (27). Most of these cases worked in the same factory. According to Wood, "pulmonary tu-

of 126 workers by x-ray that 67 were diagnosed as having asbestosis in some form, but that no predisposition to tuberculosis due to asbestos dust was indicated. Clark and Drinker (29) in summing up present beliefs say that while a secondary tubercular infection is not uncommon in asbestosis, it is far less frequent as a complication than in silicosis.

## SUMMARY

1. Pneumoconiosis is a disease resulting from the inhalation of inorganic dust.
2. The two pneumoconioses which produce disability are silicosis and asbestosis.

3. The pathology of silicosis is characterized by the presence of fibrotic nodules scattered through both lungs, and that of asbestosis is characterized by an interstitial fibrosis involving the lower half of both lungs.
4. The symptoms of silicosis and asbestosis are similar, the most important being dyspnea.
5. The most common complication is pulmonary tuberculosis which in silicosis is a frequent cause of death.
6. The diagnosis of both silicosis and asbestosis is made largely by a correlation of history and symptoms with the x-ray examination.
7. The treatment of pneumoconiosis is preventive and symptomatic.
8. The course of silicosis and of asbestosis is slow but eventually leads to incapacity due either to the disease itself or to a complication, frequently chronic pulmonary tuberculosis.
9. The number of workers exposed to harmful mineral dusts in mining and in industry in the United States has been estimated as 500,000.

## BIBLIOGRAPHY

1. GARDNER, L. U.: Second symposium on silicosis at Saranac Lake, N. Y., 1935. Employers' Mutuals, Wausau, Wis., 1935.
2. MILLER, J. W., AND SAYERS, R. R.: Microscopic appearances of experimentally produced dust nodules in the peritoneum. U. S. Pub. Health Repts., *50*, 1619 (1935).
3. DRINKER, C. K., FIELD, M. E., AND DRINKER, P.: The cellular response of lymph nodes to suspensions of crystalline silica and to two varieties of sericite introduced through lymphatics. THIS JOUR., *16*, 296 (1934).
4. LANZA, A. J.: The etiology of silicosis. J. A. M. A., *101*, 583 (1933).
5. IRVINE, L. J.: Report upon the work of the Miners' Phthisis Medical Bureau over the year ended July 31, 1928. Pretoria, 1929.
6. SAYERS, R. R.: The clinical manifestations of silicosis. J. A. M. A., *101*, 580 (1933).
7. BÖHME, A.: Die Prognose der Staublungenerkrankung (Silikose). Beitr. z. Klin. d. Tuberc., *84*, 119 (1933). Abstr. in THIS JOUR., *16*, 57 (1934).
8. NELSON, H. A.: Silicosis problem solved in Wisconsin. Am. Labor Legis. Rev., *24*, 53 (1936).
9. WATKINS-PITCHFORD, W.: The silicosis of the South African gold mines, and the changes produced in it by legislative and administrative efforts. THIS JOUR., *9*, 110 (1927).
10. BRITTON, J. A., AND HEAD, J. R.: Pneumoconiosis, the delayed development of symptoms. J. A. M. A., *96*, 1938 (1931).
11. KETTLE, E. H.: The action of harmful dusts. Inst. Min. & Met. (London), June 24, 1934. Abstr. in THIS JOUR., *16*, 125 (1934).
12. First Symposium on Silicosis, Saranac Lake, 1934. Employers' Mutuals, Wausau, Wis., 1935.
13. COLLIS, E. L., AND YULE, G. U.: The mortality experiences of an occupational group exposed to silica dust, compared with that of the general population and an occupational group exposed to dust not containing silica. THIS JOUR., *15*, 395 (1933).
14. LANZA, A. J.: Asbestosis. J. A. M. A., *106*, 368 (1936).
15. COOKE, W. E.: Pulmonary asbestosis. Brit. Med. J., *2*, 1024 (1927).
16. SAYERS, R. R., ET AL.: Anthraco-silicosis among hard coal miners. U. S. Pub. Health Bull. no. 221 (1935).
17. ROUSH, G. A.: The mineral industry, its statistics, technology and trade during 1934. McGraw-Hill Book Co., New York, *43*, 9 (1935).
18. CLARK, W. I.: The dust hazard in the abrasive industry. I, II, and III. THIS JOUR., *7*, 345 (1925); *11*, 92 (1929); and *13*, 343 (1931).
19. GARDNER, L. U., AND CUMMINGS, D. E.: The reaction to fine and medium sized quartz and aluminum oxide particles.

Silicotic cirrhosis of the liver. Am. J. Path., *9* (whole no. 54) 751 (1933).
20. VAN SICLEN, M.: Health hazard from dust in the mines and allied industries of the United States—Initial survey of the extent and severity. Am. Inst. Min. & Met. Engin., Contribution no. 45 (1933).
21. LANZA, A. J., AND VAN, R. J.: The prevalence of silicosis in the general population and its effects upon the incidence of tuberculosis. Am. Rev. Tuberc., *29*, 8 (1934).
22. POPE, A. S., AND ZACKS, D.: Epidemiological aspects of silicosis and tuberculosis. Ibid., *32*, 229 (1935).
23. SUMMONS, W. E.: Report of miners' phthisis submitted by the Committee of the Bendigo Hospital, Victoria, 1907.
24. RUSSELL, A. E., BRITTEN, R. H., THOMPSON, L. R., AND BLOOMFIELD, J. J.: The health of workers in dusty trades. II. Exposure to siliceous dust (granite industry). U. S. Pub. Health Bull. no. 187 (1929).
25. GARDNER, L. U.: Silicosis and its relation to tuberculosis. Am. Rev. Tuberc., *29*, 1 (1934).
26. BRIDGE, J. C.: Extract from Annual Report of the Chief Inspector of Factories and Workshops, 1934. (CMD) 4931, Chap. 3, Health, p. 12-13.
27. WOOD, W. B., AND GLOYNE, S. R.: Pulmonary asbestosis: A review of 100 cases. Lancet, *2*, 1383 (1934).
28. LANZA, A. J., MCCONNELL, W. J., AND FEHNEL, J. W.: Effects of the inhalation of asbestos dust on the lungs of asbestos workers. U. S. Pub. Health Repts., *50*, 11 (1935).
29. CLARK, W. I., AND DRINKER, P.: Industrial medicine. National Medical Book Co., New York, 1935 (p. 119).



CERAMIC
ABSTRACTS
16-17
1937-38
D
549.6
Am 32

# CERAMIC ABSTRACTS

Compiled by the

AMERICAN CERAMIC SOCIETY

ROSS C. PURDY, Editor

ABSTRACTERS: ABDE ALLY, J. B. AUSTIN, A. A. AYARS, RUDOLF BARTA, M. H. BERNS, A. C. BEVAN, DEVIDAS BISWAS, L. T. BROWNMILLER, W. H. BRUCKNER, PETER BUDNIKOFF AND E. STEFANOWSKY, J. C. CHASTON, P. T. CLARK, W. M. COHN, M. V. CONDOIDE, MAURICE DELANGRE, R. W. DEVILLERS, A. H. EMERY, W. F. FIGÉE, W. D. FOSTER, J. L. GALLUP, J. D. GAT, MAX HARTENHEIM, M. J. HAUSMAN, F. G. HECK, R. A. HEINDL, E. B. HEWITT, G. M. HUTT, HERBERT INSLEY, C. B. JENNI, SEIJI KONDO, B. H. McCLELLAND, S. I. PERKAL, F. P. PETERS, G. M. PETERSEN, C. J. PHILLIPS, J. G. PHILLIPS, R. H. H. PIERCE, JR., ALEXIS PINCUS, R. F. REA, KATHERINE REED, F. RENAUD, H. K. RICHARDSON, R. W. RYAN, A. B. SEARLE, STANFORD SETCHELL, M. C. SHAW, G. R. SHELTON, H. B. SIMPSON, A. K. SOARES, A. P. SOM, J. H. STEIGERWALD, H. H. STEPHENSON, B. H. STROM, L. E. THIESS, GILBERT THIESSEN, E. J. VACHUSKA, F. H. VARREWYCK, J. M. WARDE, F. J. ZVANUT.

The bold-face number following the journal name is the volume; the issue number is in brackets, followed by the page numbers, then the year in parentheses.

April, 1937

16—4

## Abrasives

**Abrasion at high temperature.** YOSHIRO FUJII. *Tetsu-to-Hagane*, **21**, 656-60 (1935); *Chem. Abs.*, **29**, 7898 (1935).—By use of a newly constructed abrasion tester various materials used in Diesel cylinder liners and piston rings were tested in lubricating oil at 200°. With cast iron, loss of weight reached 50 times that at room temperature. On two nitrided steels and seven C steels (0.1 to 0.9% C) the test was carried out under a load of 50 kg./sq. cm.; the best results were obtained with the two nitrided steels and 0.5 to 0.6% C steel. The loss of weight in these cases reached only $^1/_{13}$ to $^1/_{38}$ of that of the cast iron. The temperature of the cylinder wall was estimated to be lower that 200°.

**Borocarbide.** ADOLPH VOIGT. *Oberflächentech.*, **13** [21] 245-46 (1936).—Borocarbide is made of boric acid and coke; both of these should be very pure and the boric acid dehydrated. It is formed at 2500 to 2600°C and has the formula $B_4C$ with a structure B—B |>C<| B—B. Compositions of $B_3C_2$ to $B_4C$ are solutions of the elements in $B_3C$ or mixtures of the elements with $B_4C$. It is considerably harder than silicon carbide and has a hardness close to that of diamond, greater compression strength and toughness, and an impact strength greater than that of the hardest tungsten carbides. The specific gravity is only 2.6. It has a high elasticity coefficient and a melting point of 2350 to 2500°C. The expansion coefficient is $4.5 \times 10^{-6}$ cm./°C, similar to Si carbide. The temperature coefficient of the electric resistance is negative and similar to that of carbon. Borocarbide is chemically resistant to the strongest alkalis and acids even at elevated temperatures and will stand 1000°C with excess of air where diamond begins to burn. It is used for grinding and polishing instead of diamond, but for these purposes it must be very pure and must not contain any graphite or metallic B. It is also used for orifices of sandblasting apparatus; the price is still very high. M.H.

**Grinding edges and surfaces of refractory brick.** E. PROBST. *Schleif- & Poliertech.*, **13** [10] 223-29 (1936).—The best way to work refractory or acid-resisting material is to use special grinding machines. P. gives data on power and time required and descriptions and dimensions of grinding disks. Advantages of different machines are dealt with. Illustrated. F.R.V.

**Magnetite as a standard material for measuring grinding efficiency.** R. S. DEAN. *Amer. Inst. Mining & Met. Engrs., Tech. Pub.*, No. 660, 5 pp. (Feb., 1936); *Metals & Alloys*, **7** [6] MA278 (1936).—Gross and Zimmerley (*Ceram. Abs.*, **10** [6] 448 (1931)) have proved that the energy actually used in grinding is proportional to the new surface produced. Gottschalk found that the coercive force of magnetite powder was directly proportional to surface area. To study crushing efficiency it is necessary only to charge the machine with 10-mesh magnetite and measure the power input while grinding. The coercive force of the ground sample is then determined by a simple method. Data are given to show that the method actually works.

**Method of comparing the hardness of electric-furnace products and natural abrasives.** CHARLES E. WOODDELL. *Trans. Electrochem. Soc.* (Preprint), **68**, 18 pp. (1935); *Chem. Abs.*, 29 [22] 8265 (1935).—The relative resistances to abrasion during lapping are measured. The results

can be duplicated with a fair degree of accuracy. Considerable variation in hardness exists among diamonds. South American brown bort diamonds were found to be consistently harder than other types, although the South American ballas possessed a hardness which was almost identical with the bort. The carbonado diamond, which is usually considered the hardest of diamonds, was found to be considerably softer than the other varieties. The interval of hardness between corundum and the diamond is much greater than would be realized from a consideration of the Mohs' scale, and a comparative scale is given, extending from the diamond to quartz. The proposed scale based on the lapping method is as follows: bort 10, ballas 9.99, carbonado 9.82, boron carbide 9.32, black SiC 9.15, corundum 9.00.

BULLETIN

**Use of Abrasive Wheels.** ANON. *Brit. Home Office Safety Pamphlet*, No. 7, 52 pp. 5th ed. H. M. Stationery Office, London, 1936. Price 9d. The great increase in the use of abrasive wheels has made the dangers incidental to their use of increased importance, especially with regard to accidents and to dust inhalation. This book is a collaboration by manufacturers and Government inspectors. Illustrated. H.H.S.

PATENTS

**Abrading machine.** A. N. EMMONS (Porter-Cable Machine Co., Inc.). U. S. 2,069,700, Feb. 2, 1937 (June 22, 1934).

**Abrasive article.** BAKELITE, LTD. (Bakelite Corp.). Brit. 457,963, Dec. 23, 1936 (June 13, 1935).

**Abrasive article.** D. E. WEBSTER (Norton Co.). U. S. 2,070,764, Feb. 16, 1937 (Oct. 8, 1934). A grinding wheel comprises a substantially porous body of bonded abrasive grains having a central hole therethrough, a backing therefor composed of vulcanized hard rubber impregnating the surface pores of the abrasive body and forming an integral unit therewith which extends across the wheel hole and has a face engageable with a wheel support, a clamping plate remote from the face which is imbedded within the backing and located within the wheel hole to secure it against the wheel support, and means engageable with the plate for clamping the wheel assembly in position, whereby the backing distributes the clamping and driving forces between the wheel and its support.

**Abrasive wheel.** EDWARD VAN DER PYL (Norton Co.). U. S. 2,069,788, Feb. 9, 1937 (Aug. 7, 1935). The method of making a composite wheel comprises providing a thin metal disk, forming a groove in the periphery of the disk, providing an annulus of abrasive substance bonded with a suitable bond, the inside diameter of which is slightly greater than the diameter of the disk less twice the depth of the groove, opening the metal on either side of the groove, placing the disk in the annulus, and rolling or swagging the metal in place.

**Air-swept grinding mill.** CHRISTIAN NIELSEN (F. L. Smidth & Co.). U. S. 2,069,174, Jan. 26, 1937 (July 11, 1933).

**Apparatus for the manufacture of granule-coated webs.** W. J. TENNANT (Carborundum Co.). Brit. 457,462, Dec. 9, 1936 (May 27, 1935).

**Automatic grinding machine.** A. J. LEWIS (Baird Machine Co.). U. S. 2,070,283, Feb. 9, 1937 (Dec. 1932).

**Automatic rouge feed for buffing machines.** R. SPERRY (Packer Machine Co.). U. S. 2,070,322, Feb. 1937 (May 25, 1935).

**Beet knife sharpening machine.** S. T. FREAS AND N. C. BYE (Henry Disston & Sons, Inc.). U. S. 2,069,14 Jan. 26, 1937 (Feb. 14, 1934).

**Composite grinding wheel and method of making.** BAALIS SANFORD (Norton Co.). U. S. 2,069,116, Jan. 1937 (Feb. 14, 1935). An abrasive wheel comprises a non abrasive supporting disk formed of layers of fibrous sheets cemented together by a resinoid, and an annulus of abrasive grains and a resinoid bond peripherally surrounding and integral with the disk and forming a wheel body of substantially uniform thickness which has its two resinoid portions united by compression while plastic and set by heat as an infusible integral mass, wherein the fibrous sheets are arranged within the planes formed by the sides of the annulus and radially strengthen the wheel.

**Device to prevent buckling of sheet metal during grinding or polishing.** S. O. HANNA. U. S. 2,071,033, Feb. 16, 1937 (Aug. 15, 1936). U. S. 2,071,034, Feb. 16, 193 (Aug. 15, 1935).

**Drill-grinding appliance.** G. D. HARDIN. U. S. 2,0 915, Jan. 26, 1937 (July 21, 1932).

**Gear-lapping machine.** E. W. MILLER (Fellows Gear Shaper Co.). U. S. 2,069,324, Feb. 2, 1937 (Feb. 1934).

**Grinder.** J. J. WAAGE (Globe Slicing Machine Co., Inc.). U. S. 2,069,431, Feb. 2, 1937 (Feb. 17, 193 The combination of a slicing machine having a rotary knife with a grinder support pivoted at a point spaced from the knife, a pair of grinders supported thereby and movable toward and away from the face of the knife.

**Grinding or abrading machines.** NORTON CO. Brit. 459,510, Jan. 20, 1937 (Sept. 19, 1934). F. WERNER A.-G. Brit. 459,551, Jan. 20, 1937 (June 17, 1935).

**Grinding device.** H. J. PERAZZOLI. U. S. 2,069,9 Feb. 9, 1937 (Oct. 25, 1934). A grinding device includes a pair of members mounted in spaced relation and having drum surfaces.

**Grinding machine.** W. G. BALDENHOFER (Thompson Grinder Co.). U. S. 2,068,529, Jan. 19, 1937 (March 1932).

**Grinding machines for hard materials.** SPEED SURFACERS, LTD. Brit. 458,425, Dec. 31, 1936 (March 1935).

**Grinding wheel.** NORTON GRINDING WHEEL CO., LTD. Brit. 459,470, Jan. 20, 1937 (April 18, 1935).

**Grinding wheel and method of balancing.** C. J. HUDSON (Norton Co.). U.S. 2,070,360, Feb. 9, 1937 (Dec. 9, 1936). The method of balancing an abrasive wheel consists in introducing into the pores of the wheel, on the light side of its axis, a sufficient quantity of pulverized mineral material in a vehicle of water with a wetting agent to make the weight of the light side substantially equal to the weight of the heavy side, the presence of such material not altering the grinding properties of the wheel.

**Honing tool.** K. W. CONNOR, G. M. CALVERT, AND ALBERT BLEASDALE (Micromatic Hone Corp.). U. S. 2,070,985, Feb. 16, 1937 (July 15, 1932).

**Knife grinder.** P. H. Root (Fate-Root-Heath Co.). U. S. 2,069,097, Jan. 26, 1937 (March 23, 1935).

**Lapping tools.** H. Gordon. Brit. 457,503, Dec. 9, 1936 (June 15, 1935).

**Lens grinding and polishing machine.** L. L. Houchin. U. S. 2,070,733, Feb. 16, 1937 (June 12, 1936).

**Machines for grinding screw threads.** H. Lindner. Brit. 458,991, Jan. 13, 1937 (June 8, 1935).

**Manufacture of bonded abrasive blocks, wheels, or disks.** W. J. Tennant (Carborundum Co.). Brit. 457,453, Dec. 9, 1936 (May 27, 1935).

**Method and apparatus for the manufacture of granule-coated webs.** A. Abbey (Carborundum Co.). Brit. 457,333, Dec. 9, 1936 (May 25, 1935).

**Method of forming diamondiferous abrasive compositions.** J. H. L. De Bats (Howard W. Dix and Metal Carbides Corp.). U. S. 2,068,848, Jan. 26, 1937 (Feb. 23, 1934). The method of forming diamondiferous abrasive compositions comprises intimately admixing tungsten powder and carbon powder in amounts sufficient to form tungsten carbide, incorporating in the powdered mix up to 1/4 of the mass of the same of particulate diamonds, tamping the diamondiferous mass in a carbonaceous crucible, heating the so-treated material to a temperature sufficient to cause coalescence and shrinkage of the mass, removing the crucible from the shrunken mass, heating the mass to a temperature sufficient to cause it to swell and assume a spongified, plastified condition while retaining its external solid aspect, removing the so-heated and spongified diamondiferous refractory mass to a drop-forge, and drop forging it at white heat with blows of the order of 5 to 250 tons and above.

**Method and means for polishing or surface-treating hollow ware, etc.** N. C. Joseph, Ltd., and B. C. Joseph. Brit. 459,244, Jan. 20, 1937 (Sept. 18, 1935).

**Process of manufacturing grinding tools.** Philipp Voegeli-Jaggi. U. S. 2,070,734, Feb. 16, 1937 (May 15, 1934; Feb. 19, 1936). A grinding body comprises diamond particles, graphite, and ferric oxide bonded into a unitary mass by an artificial resin.

**Process for the preparation of grinding or polishing tools.** Ernst Elbel and Otto Sussenguth (Bakelite Corp.). U. S. 2,070,158, Feb. 9, 1937 (June 4, 1931). A process of preparing a moldable composition suitable for the manufacture of abrasive and polishing tools comprises bringing a member from the group consisting of urea-aldehyde and polybasic acid-polyhydric alcohol synthetic resins of the hardenable type into the *B*-state while in solution and mixing the solution obtained with abrasive.

**Production of abrasive grain and rubber mixes for the manufacture of bonded abrasive articles.** Carborundum Co. Brit. 460,226, Feb. 3, 1937 (Oct. 5, 1934).

**Reciprocating table drive mechanism for machine tools.** W. H. Feeney (Brown & Sharpe Mfg. Co.). U. S. 2,069,138, Jan. 26, 1937 (June 19, 1935).

## Art and Archeology

**Ancient India in Indo-China.** H. G. Quaritch Wales. *Discovery*, 17 [203] 335–38 (1936).—Discoveries of the first importance concerning ancient Indian settlements in Indo-China have been made this year by the Greater-India Research Expedition, of which W. is field director. An account of the work done at Takuapa and Sri Deva is presented and illustrated. H.H.S.

**Archeological native data from Santa Fé.** Amelia Larguia De Crouzeilles. *Anales Soc. Cient. Argentina*, 122, 326–34 (Dec., 1936).—Unearthed pieces of pottery from some river islands of northeastern Argentina, such as mouthless deity, duck's head, decorated vase, fragments of decorated black ware, and containers of peculiar design, are described and illustrated. T.W.Garve

**Cerium oxide and a rare earth oxide in glazes.** B. W. Merwin. *Jour. Amer. Ceram. Soc.*, 20 [3] 97–98 (1937).

**Color measurements.** J. L. Michaelson. *Jour. Amer. Ceram. Soc.*, 20 [3] 67–71 (1937).

**Early Chinese glass from pre-Han to T'ang times.** C. G. Seligman, P. D. Ritchie, and H. C. Beck. *Nature*, 138 [3495] 721 (1936).—The authors made spectrographic analyses of 32 specimens of Chinese glass covering twelve centuries, pre-Han and Han (B.C. 250 or earlier to A.D. 220) and T'ang (A.D. 618 to 907). Of twenty-three specimens of pre-Han and Han glass, twenty were found to belong to the system $PbO-BaO-SiO_2$ with small amounts of soda, lime, etc. The lead was usually accompanied by tin and silver and often by traces of bismuth and antimony. Specific gravity ranged from 3.25 to 5.25. The other three Han glasses contained no barium. Of the nine T'ang glasses, seven were essentially soda-lime silicates and two were lead-soda-lime silicates. No barium was found, except for traces in 3 glasses. J.L.G.

**Harvard glass flower collection.** E. L. Yordan. *N. Y. Times Mag.*, p. 23 (Feb. 7, 1937).—The Harvard collection includes more than 3500 glass models representing 832 species of flowers, plants, and shrubs, as well as enlarged analytical details. They are the work of Leopold and Rudolf Blaschka, Dresden; not only are they artistic masterpieces, but they evince microscopic fidelity to the natural world. M.V.C.

**Late 18th Century kiln-reject jars excavated at San Juan de Dios Hospital Foundation.** Generoso S. Maceda. *Philippine Jour. Sci.*, 59 [4] 573–77 (1936).—Illustrated. F.R.R.

**Manufacture of porcelain of Tournai in the 18th Century.** H. Nicaise. *Verre & Silicates Ind.*, 7 [34] 404–407 (1936).—The history of the porcelain of Tournai was dominated by Peterinck, through whose genius, activity, business sense, and taste the porcelain industry flourished in 18th Century Belgium. The annexation to France dealt a fatal blow to his efforts and his porcelain became scattered. Decorations and motifs are described. See "Hard—" *Ceram. Abs.*, 15 [9] 279 (1936). M.V.C.

**Methods of determining gloss.** Richard S. Hunter. *Jour. Research Nat. Bur. Standards*, 18 [1] 19–39 (1937); R.P. 958. Price 5¢.—Glossiness is evidenced by almost every object and is to be attributed to specular reflection. Specular reflection occurs at the surfaces of reflecting objects, and, because of the diversities of minute surface structure, many kinds of glossy appearances result. An attempt to classify these glossy appearances has led

to the description of six kinds of gloss: (1) specular gloss, identified by shininess; (2) sheen, identified by surface shininess at grazing angles; (3) contrast gloss, identified by contrasts between specularly reflecting areas of surfaces and other areas; (4) absence of bloom gloss, identified by the absence of reflection haze or smear adjacent to reflected high lights; (5) distinctness-of-reflected-image gloss, identified by the distinctness of images reflected in surfaces; and (6) absence-of-surface-texture gloss, identified by the lack of surface texture and surface blemishes. Data which describe the directional distribution of light reflected by surfaces illuminated under specified conditions furnish the fundamental physical basis for describing gloss. Such distribution data, however, are cumbersome and involved and include the effects of both diffuse and specular reflection. H. suggests that the designer of a gloss meter should determine from goniophotometric data taken on representative samples what differences in apparent reflectance are most characteristic of the differences in glossiness observed visually. Descriptions of typical gloss instruments and of measurements made by them and a bibliography on gloss are included. Differences between the various types of gloss are analyzed in detail. R.A.H.

**Poetic pottery.** R. B. Hepple. *Notes & Queries*, 171, 119–20 (1936).—Pottery bearing verse, alone or accompanied by decoration in the way of scenery, is described. H.H.S.

**Pottery making in Fiji.** K. Roth. *Jour. Roy. Anthrop. Inst.*, 65, 217–34 (1935).—A complete and excellently photographed account of a craft which is rapidly disappearing is given. H.H.S.

**Roman tile kiln in England.** S. E. Winbolt. *Discovery*, 17 [201] 282–84 (1936).—A Roman tile (*tegula*) factory has been excavated at Ewhurst, Surrey. Photographs and a plan of the kiln are given. H.H.S.

**Sidelights on the history of ceramics.** L. Conton. *Corriere Ceram.*, 17 [11] 321–23 (1936).—In the study of 16th Century manufacture of ceramic ware, the Potter's Art by Piccolpasso (*Ceram. Abs.*, 13 [9] 230 (1934)) is authoritative and is referred to often. C. quotes passages from the works of little-known contemporaries of Piccolpasso, Leonardo Fioravanti and Tomaso Garzoni, who, although their methods were primitive and crude, were none the less interesting in that they were among the first teachers. M.V.C.

**Tin glazes.** J. Liebscher. *Zprávy Českoslov. Keram. Společnosti*, 11, 65–69 (1934); abstracted in *Chem. Zentr.*, 1935, II, 2863.—The so-called "fused glazes," used in Europe before the discovery of porcelain, contained $SnO_2$ as opacifier and white pigment. Batches for white, blue-green, blue, green, and brown glazes are analyzed, and the effect of some additions such as minium, $B_2O_3$, $K_2CO_3$, NaCl, and soda, as well as the production of opaque glazes, is discussed. M.V.C.

BOOK

**Exhibition of English Pottery, Old and New.** Anon. H. M. Stationery Office, London, 1936. 64 pp. Price 2s. This book of photographs makes possible a comparison of contemporary and traditional styles in the potter's craft. It is so arranged that pictures of early English and some Chinese, Japanese, and Korean ware are contrasted with products of living artists. The book is from the Victoria and Albert Museum, London. H.H.S.

PATENTS

**Apparatus for printing on glass, etc.** C. G. Andreas. U. S. 2,068,649, Jan. 26, 1937 (Dec. 21, 1933). A printing plate for printing upon glass comprises an integral metallic sheet of uniform thickness with a flat face having means for printing a design.

**Designs for:**

**Ashtray.** W. E. Mackelfresh, Jr. (Owens-Illinois Glass Co.). U. S. 103,115, Feb. 9, 1937 (April 29, 1936).

**Bottle.** E. W. Fuerst (Owens-Illinois Glass Co.). U. S. 102,822 and 102,823, Jan. 19, 1937 (July 22, 1936). J. H. Funkey (Carr-Lowrey Glass Co.), U. S. 102,8[illegible], Jan. 19, 1937 (Dec. 2, 1936). W. R. Kohl (Carr-Lowrey Glass Co.), U. S. 103,156 to 103,158, Feb. 9, 1937 (Dec. 4, 1936). A. I. Lorenzen (Owens-Illinois Glass Co.), U. S. 102,910, Jan. 26, 1937 (March 2[illegible], 1936).

**Bowl.** Findley Williams (Fostoria Glass Co.). U. S. 102,772, Jan. 19, 1937 (Nov. 11, 1936).

**Butter tub.** Yukio Buma (Morimura Bros., Inc.). U. S. 103,032, Feb. 2, 1937 (Dec. 10, 1936).

**Combined place-card holder, nut dish, and ash tray.** E. M. Bottome (Fostoria Glass Co.). U. S. 102,7[illegible], Jan. 19, 1937 (Nov. 17, 1936).

**Covered dish.** Anne Swainson (Montgomery Ward & Co., Inc.). U. S. 103,169, Feb. 9, 1937 (June 29, 1936).

**Creamer.** Yukio Buma (Morimura Bros., Inc.). U. S. 103,028, Feb. 2, 1937 (Dec. 10, 1936).

**Cup.** Anne Swainson (Montgomery Ward & Co., Inc.). U. S. 103,168, Feb. 9, 1937 (June 29, 1936).

**Glass.** E. W. Fuerst (Libbey Glass Co.). U. S. 103,148, Feb. 9, 1937 (Dec. 10, 1936).

**Goblet.** E. M. Bottome (Fostoria Glass Co.). U. S. 102,744, Jan. 19, 1937 (Nov. 17, 1936). A. J. Cunningham. U. S. 102,816 to 102,818, Jan. 19, 1937 (June 9, 1936). U. S. 103,277, Feb. 16, 1937 (Dec. [illegible], 1936).

**Jam jar.** Yukio Buma (Morimura Bros., Inc.). U. S. 103,031, Feb. 2, 1937 (Dec. 10, 1936).

**Kettle.** A. W. Nelson (Columbian Enameling & Stamping Co.). U. S. 102,953, Jan. 26, 1937 (May 18, 1936).

**Lavatory unit.** W. W. Krolop. U. S. 103,111, Feb. 9, 1937 (Nov. 23, 1936).

**Pitcher.** Anne Swainson (Montgomery Ward & Co., Inc.). U. S. 103,167, Feb. 9, 1937 (June 29, 1936).

**Plate.** H. E. Barth (New Martinsville Glass Mfg. Co.). U. S. 102,812, Jan. 19, 1937 (Dec. 7, 1936). E. M. Bottome (Fostoria Glass Co.), U. S. 102,742, Jan. 19, 1937 (Nov. 17, 1936). Yukio Buma (Morimura Bros., Inc.). U. S. 102,778, Jan. 19, 1937 (Oct. 16, 1935). U. S. 103,004 to 103,009 and U. S. 103,034 to 103,042, Feb. 2, 1937 (Dec. 10, 1936). G. J. Higginson (Johnson Bros. (Hanley), Ltd.), U. S. 103,232, Feb. 16, 1937 (Jan. 7, 1937). C. L. Sebring (Sebring Pottery Co.), U. S. 102,862, Jan. 19, 1937 (April 25, 1936). Annie Trabert (Onondaga Pottery Co.), U. S. 103,256 and 103,257, Feb. 16, 1937 (July 18, 1936).

**Platter.** Anne Swainson (Montgomery Ward & Co., Inc.). U. S. 103,166, Feb. 9, 1937 (June 29, 1936).

**Salt and pepper shaker.** Yukio Buma (Morimura Bros., Inc.). U. S. 103,033, Feb. 2, 1937 (Dec. 10, 1936).

**Saucepan.** A. W. Nelson (Columbian Enameling & Stamping Co.). U. S. 102,954, Jan. 26, 1937 (May 18, 1936).

**Sugar bowl.** Yukio Buma (Morimura Bros., Inc.). U. S. 103,029, Feb. 2, 1937 (Dec. 10, 1936).

**Teapot.** Yukio Buma (Morimura Bros., Inc.). U. S. 103,030, Feb. 2, 1937 (Dec. 10, 1936).

## Cements

**Annular deposit in cement rotary kilns.** T. Yoshii. *Zement*, 25 [42] 727–32 (1936).—Y. discusses the following causes of ring formation: coal and ash, kiln construction, refractory lining, kiln regulation, and clayey materials. Tests have proved that raw materials rich in silica and poor in lime show little tendency toward ring formation. Y. computes a special lime-silica modulus which should be lower than 3.19: total lime minus lime in aluminate, divided by silica (in molecular equivalents) $< 3.19$. The usual methods of destroying annular deposits are criticized and some improvements are suggested. F.E.V.

**Crystal structure and chemistry of cement.** E. Brandenberger. *Archiv. Angew. Wissenschaft & Technik*, 2 [2] 45–48 (1936); abstracted in *Referat. Silikatliteratur*, 3 [11] 3406 (1936).—The crystal structure of silicates is studied. The poor crystal formation of cement chemical compounds complicates the determination of their crystal structure and, consequently, the explanation of their constitution. From the results of the study of the crystal structure of silicates, however, B. makes predictions on Ca silicates. Some results of Röntgenographic studies of the hardening process are discussed. M.V.C.

**Determination of rational composition of Portland cement.** V. di S. Sardofontana. *Cemento*, 6, 295–96 (1934); *Chem. Zentr.*, 1935, I, 612–13; *Brit. Chem. Abs.–B*, 54 [31] 675 (1935).—A method of calculating the composition in terms of $2MgO \cdot SiO_2$, $2CaO \cdot Fe_2O_3$, $2CaO \cdot Al_2O_3$, $CaO \cdot SiO_2$, and $3CaO \cdot SiO_2$ is described.

**Development in the manufacture of special Portland cements.** Hess. *Zement*, 25 [44] 757–60 (1936).—In the last two years, many species of Portland cements have been commended, each with one special property, e.g., high initial strength, high elasticity, high plasticity, wear resistance, corrosion resistivity, etc. This specialization is excessive. H. considers four clinker minerals, viz., $3CaO \cdot SiO_2$, $2CaO \cdot SiO_2$, $4CaO \cdot Al_2O_3 \cdot Fe_2O_3$, and $3CaO \cdot Al_2O_3$ and describes their essential properties. He considers the possibility of increasing three desired properties of cements: (1) high initial strength due to large percentage of alite; (2) small hydration heat due to high content of dicalcium silicate which ensures slow and steady increase of strength; and (3) small shrinkage and good resistivity in the presence of aggressive solutions due to the elimination of lime aluminates. The determination of clinker minerals is essential to foresee the behavior of special cements. The content of alumina being low, the computation from analysis is satisfactory. F.E.V.

**Development of street cements.** H. E. Schwiete. *Zement*, 25 [46] 791–98 (1936).—By changing clinker mineral composition, it is possible to develop better properties for street construction. Improvement depends essentially on tricalcium silicate contents. Milling fineness is an important factor. The shrinkage and the elastic behavior are improved by rough milling, *i.e.*, reduction of active surface. The best fineness is determined by the moderate decrease of strength and workability. Some tests made by S. with special cements showed their inferiority in comparison with standard cements. F.E.V.

**Hydrates of calcium ferrites.** H. Hoffmann. *Zement*, 25 [8] 113–17; [9] 130–32; [39] 675–80; [40] 693–98; [41] 711–16 (1936).—Up to now, calcium ferrites contained in Portland clinker have not received the attention which they deserve. Researches were made by H. to determine hydrated combinations between $Fe(OH)_3$ and $Ca(OH)_2$ and to ascertain if anhydrous calcium ferrites in the presence of water give such hydrates. The formation of unstable or gel-like products did not allow the determination of all the interesting properties. Results are summarized as follows: (1) Chemical and X-ray investigations have shown the formation of two salts, $4CaO \cdot Fe_2O_3 \cdot nH_2O$. (2) These salts differ in structure and water content (14 and $7H_2O$). (3) Hydration of $2CaO \cdot Fe_2O_3$ and $4CaO \cdot Al_2O_3 \cdot Fe_2O_3$ gives two different calcium ferrite hydrates, both of white color; their stability depends on lime concentration in water. (4) Above 1060 mg. CaO/liter, the stable hydrate is $4CaO \cdot Fe_2O_3 \cdot nH_2O$. (5) The same hydrate is a transient apparition if lime concentration is lower. (6) Between 1060 and 640 mg. CaO/liter, another hydrate is stable; its formula could not be determined. (7) Below 640 mg. CaO/liter, no hydrate is in equilibrium with the solution; hydrolysis gives free $Fe(OH)_3$. (8) Normal hydration of $2CaO \cdot Fe_2O_3$ creates 1060 mg. concentration; the two hydrates are formed. (9) Hydration of $4CaO \cdot Al_2O_3 \cdot Fe_2O_3$ creates 640 mg. concentration; low lime ferrite hydrate, $Fe(OH)_3$, and $3CaO \cdot Al_2O_3 \cdot nH_2O$ are formed. (10) $CaO \cdot Fe_2O_3$ does not react with water or limewater. See *Ceram. Abs.*, 15 [5] 143 (1936). F.E.V.

**Inorganic cement and adhesive.** Dean S. Hubbell. *Ind. Eng. Chem.*, 29 [2] 123–32 (1937).—The shortcomings which have restricted the use of magnesium oxychloride cements are eliminated by the additon of 10% of finely divided copper powder. During the hardening of the cement and for long periods following, the metal is converted to a new cementing material that resembles the natural mineral, atacamite. The formation of this new phase in the cement composition increases its strength and resistance to abrasion, prevents its damage by water, eliminates harmful expansion, reduces efflorescence, and imparts sufficient tolerance of lime to permit of permanent bond to Portland cements. The new compositions have an unusual combination of properties which fits them for wide utility. Illustrated. F.G.H.

**Magnesia content of Portland cement: I.** Y. Sanada and G. Nishi. *Jour. Soc. Chem. Ind. Japan*, 39 [11] 400B (1936).—The Japanese specification for the limit of the magnesia content in Portland cement is 3%, although

the authors in previous tests found that 12% can be safely used. In the preparation of magnesium ferrite, $MgO \cdot Fe_2O_3$, the authors ascertained that (1) it is obtained at 1350°C; (2) it is insoluble while the free MgO is soluble in 0.5 *N* acetic acid; and (3) the MgO remaining after the formation of $MgO \cdot Fe_2O_3$ exists as free MgO in the clinker of $MgO \cdot Fe_2O_3$. For Part II see *Ceram. Abs.*, 14 [9] 209 (1935). M.V.C.

**Properties of cements rich in magnesia.** H. Schwiete and H. zur Strassen. *Zement*, 25 [49] 843–46; [50] 861–65, 879–82 (1936).—According to recent research, it is possible to allow, under certain conditions, a high percentage of MgO without affecting the volume permanency. The conditions of equilibrium of CaO, MgO, $Al_2O_3$, $Fe_2O_3$, and $SiO_2$ determine the concentrations which ensure chemical binding of MgO by the acidic reagents. This is possible only when the lime content is too low to saturate the reagents. The formation of tricalcium silicate takes place only when $Al_2O_3$ and $Fe_2O_3$ are saturated with lime. In the presence of tricalcium silicate, magnesia is in the free state (periclase); $4CaO \cdot Al_2O_3 \cdot Fe_2O_3$ is able to incorporate as a mix crystal 2% of its weight of CaO. Calculated on the total clinker, this amounts to 0.2 to 0.3% as bound MgO. The green color of clinker is due to these mix crystals. The method of computing mineral composition of the clinker is as follows: $2CaO \cdot SiO_2$, $4CaO \cdot Al_2O_3 \cdot Fe_2O_3$, $3CaO \cdot Al_2O_3$ (if excess of alumina), $2CaO \cdot Fe_2O_3$ (if excess of iron oxide), $3CaO \cdot SiO_2$; MgO is then free. In one instance, a shortage of lime controlled the absence of tricalcium silicate and the formation of spinel in the presence of excess free magnesia. The chemical and quantitative X-ray analysis verified the previsions. During firing, magnesia intervenes in transient compounds such as $3CaO \cdot MgO \cdot 2SiO_2$ (merwinite) and $MgO \cdot (Al, Fe)_2O_3$ (spinel), but in standard concentrations these compounds have no importance. The Balthasar process allows a high content of magnesia (greater than 5%), but the volume permanency remains questionable. F.E.V.

**Thermodynamics of cements.** H. E. v. Gronow and O. Honus. *Zement*, 25 [47] 812–14 (1936).—Some rectifications of heats are given. $Ca + 0.5O_2 = CaO + 150 \pm 2$ K/mol.; $Ca + Si + 1.5O_2 = CaO \cdot SiO_2 + 35[illegible]$ K; $Ca + 2Fe + 2O_2 = CaO \cdot Fe_2O_3 + 365.0$ K; and $Ca + 2Al + 2O_2 = CaO \cdot Al_2O_3 + 547.8$ K. The transformation of water-free kaolinite in free oxides liberates $15 \pm 1$ [illegible] at 950°C, the change from γ- to α-alumina being already included. F.E.V.

**Zinc phosphate cement.** R. H. Volland, George [illegible] Paffenbarger, and W. T. Sweeney. *Jour. Amer. Dental Assn.*, 22, 1281–1306 (1935); *Chem. Abs.*, 29, 7[illegible] (1935).—The cement powder is essentially calcined ZnO modified with MgO and other oxides. The liquid is an aqueous solution of $H_3PO_4$ buffered by the addition of ZnO, $Al(OH)_3$, or both. The setting time depends on such factors as degree of calcination of the powder, $H_2O$ content of the liquid, mixing technique, proportion of powder and liquid, temperature of mixing slab, and time of mixing.

BULLETIN

**Conditions for the formation of hydrated compounds in system $CaO-Al_2O_3-H_2O$ (liquid) and the hydration of anhydrous calcium aluminate.** Gunnar Assarsson. *Sveriges Geol. Undersökning.*, Series C, Arsbok 30, No. 3[illegible], 190 pp. (1936); abstracted in *Chem. Zentr.*, 1936, I, 3934–35.—The following components present in the $CaO-Al_2O_3-H_2O$ system were determined and their mineralogical and optical properties ascertained: $Ca(OH)_2$, $5CaO \cdot Al_2O_3 \cdot 34H_2O$, alpha-$4CaO \cdot Al_2O_3 \cdot 14H_2O$, alpha-$4CaO \cdot Al_2O_3 \cdot 12H_2O$, beta-$4CaO \cdot Al_2O_3 \cdot 14H_2O$, $3CaO \cdot Al_2O_3 \cdot 6H_2O$, $3CaO \cdot Al_2O_3 \cdot 12H_2O$, $2CaO \cdot Al_2O_3 \cdot 9H_2O$, $CaO \cdot Al_2O_3 \cdot 10H_2O$, and $Al(OH)_3$. See *Ceram. Abs.*, 15 [3] 82 (1936). M.V.C.

## Enamel

**Acidproof enameling on cast iron.** P. C. Stone. *Foundry Trade Jour.*, 54 [1029] 366–68 (1936).—Acidproof finish on sheet metal can be easily secured because the stock, or metal, is produced free from impurities. The same condition of purity can not be claimed for cast iron, particularly as far as the surface of the metal is concerned. For good acidproof enameling of cast iron, the castings must be clean, even in thickness, free from burned-in sand and heavy lugs (unless cored), thoroughly annealed, and properly blasted. Much is needed in design in sheet-metal parts, especially in castings. Cleanliness is stressed, and daily coöperation between the enameler and the foundry will be an enormous contribution toward success. As leadless enamels superseded those containing lead, so must acidproof enamels replace others. H.E.S.

**Adherence of enamel to metals.** J. Roudnik and A. Litvin. *Congr. Chim. Ind., 15th Congress, Brussels*, 2, 616–27 (1935); abstracted in *Chem. Zentr.*, 1936, II, 3714.—After a comprehensive discussion of theories dealing with the adherence of enamel, the authors give results related chiefly to the effect, on adherence, of metallic oxides, oxide adhering layers, and various furnace atmospheres during the firing of enamel. Enamel adherence was determined by bending and impact strength experiments. It was found that oxygen does not play such an important rôle in the adherence of enamel as heretofore assumed, while the nature of the surface and its structure, as well as the composition of the ground material, have a decisive effect on the adherence of enamel. The surface stresses are of secondary importance. M.V.C.

**Adhesion of enamel to steel produced by the electrodeposition of $Mo(OH)_3$ on the steel.** C. R. Amberg, H. D. Prior, and J. C. Richmond. *Jour. Amer. Ceram. Soc.*, 20 [3] 75–77 (1937).

**Decorations and special finishing methods.** Anon. *Better Enameling*, 7 [7] 23–24 (1936).—Among decoration and special finishing processes used in the porcelain enamel industry are the use of decalcomania, printing, and the screen-process method; all are described in detail. Stippling is also taken up. E.J.V.

**Effect of soluble salts formed during aging on the scumming of enamels.** R. J. Whitesell. *Jour. Amer. Ceram. Soc.*, 20 [3] 72–75 (1937).

**Enamel mill-room practice.** G. Steele. *Foundry Trade Jour.*, 54 [1029] 369–72 (1936).—The case with which the enamel may be applied and handled and the

quality of the finished enamel product are, to a large extent, dependent on the development and maintenance of a satisfactory mill-room technique. The best conditions for wet-grinding efficiency are as follows: (1) The charge of grinding media must be of as small a size as practicable (75 to 90%) with a few larger sizes (10 to 25%) to act as agitators and crushers of the larger pieces of frit. (2) The charge should be 45% of the volume of the mill. (3) The speed of rotation should be such that the charge remains compact but rises to the maximum height on rotation, maintaining the pebbles in this compact form. (4) The frit must constitute 21.5% of the volume of the mill. (5) The water should constitute 8.5% of the volume of the mill. H.E.S.

**Enameling industry and the Institute of Vitreous Enamelers.** W. H. Whittle. *Foundry Trade Jour.*, **54** [1012] 22 (1936).—A brief review of the activities and meetings of the Inst. of Vitreous Enamelers during 1935 is given. H.E.S.

**Enameling iron: its behavior in enameling.** Karl Kautz. *Metals & Alloys*, **5**, 167–69 (1934); *Chem. Abs.*, **28** [20] 6541 (1934).

**Firing sheet-steel enamel.** Anon. *Better Enameling*, **7** [5] 21–22 (1936).—Because of the light weight of metal that must be heated to the proper temperature for fusing enamel, a short sharp heat is used for sheet-metal enameling. Sheet-steel enamel is dried as soon as possible after application of the enamel. Brushing is carried out immediately after the finish coat is dried. The firing temperature ranges from 1450 to 1550°; for the usual type of work, gage of metal, design of ware, and kind of enamel influence the firing temperature. The equipment required and routine followed are described. Illustrated. E.J.V.

**Firing wet-process cast-iron enamel.** Anon. *Better Enameling*, **7** [4] 17–20 (1936).—All wet-process cast-iron enamel must be thoroughly dried before firing. In continuous equipment, a drier in the form of a preheating chamber precedes the furnace. Because of the time required to fuse porcelain enamel to cast iron, owing to the weight of metal that must be heated before fusing takes place, a lower firing temperature is used and multiple decking of cast-iron ware is resorted to in order to increase the production of finished ware. The equipment necessary for firing wet-process cast-iron enamel is listed, and the routine followed is described. Illustrated. E.J.V.

**Handling small parts in large quantities.** R. L. Fellows and H. D. Chase. *Better Enameling*, **7** [6] 8–11 (1936).—The authors give a detailed description of the plant, equipment, and methods used at the D. L. Auld Co., Columbus, Ohio, makers of small commercial products such as name plates for refrigerators and other household equipment, automobile hub caps, radiator emblems, etc., in porcelain enamel. Illustrated. E.J.V.

**Influence of molding material on surface and structure of cast iron.** D. Dioszeghy. *Magyar Kir. József Nádor Müszaki Gazdaságtudományi Egyetem Bánya-, Kohó-, Erdőmérnöki Kar, Sopron. A bánya kohómérnöki osztály Közleményei*, **8**, 301–10 (1936).—Several native (Hungarian) molding sands were examined with regard to (1) behavior of the pure sand during casting, (2) effect of the coal dust, and (3) microstructure of the cast iron as affected by the molding material. As the molten Fe exerts on the sand not only a thermal but also a chemical effect, the refractoriness of the sand is not fully determined by Seger cones; casting tests should be made. Sticking (fritting-on) of the sand to the casting with sands containing more than 15% lime could be prevented by addition of $CaCO_3$ which decomposes and gives a clean surface on account of the $CO_2$ pressure developed in the decomposition. The coal dust forms a gas layer around the sand grains; the best effect was obtained with 8% addition of dust of less than 0.06 mm. grain size and 6% water. The S content had no harmful effect. If the cast Fe contains much C + Si, the cooling rates, which differ with the type of sand, affect the microstructure of the casting. The outer zone of the casting, when cast in molds with much lime, was richer in pearlite than that of a casting cast in sand with poor lime content but containing coal dust. As it is this pearlitic zone of the castings which has good wear resistance, a clean surface is of importance (cleaning, which reduces its thickness, is not necessary). M.H.

**Inspection and shipping.** Anon. *Better Enameling*, **7** [8] 23–24 (1936).—Inspection of completely finished porcelain enameled ware is discussed; the checking operations depend on the type of ware being made. The shipping of porcelain enameled ware requires precautions to reduce the amount of damaged ware. Methods of wrapping and crating porcelain ware are described. E.J.V.

**Modern tendencies in vitreous enameling.** H. Hallsworth. *Sheet Metal Ind.*, **10** [115] 869–78 (1936).—H. surveys modern developments in the vitreous enameling industry during the past 10 years under five main headings: (1) the enamel itself, (2) preparation of the metal prior to enameling, (3) application of the enamel and drying of the enameled ware, (4) furnaces and equipment, and (5) control. A.P.S.

**Old company with young ideas.** H. D. Chase and E. W. Goetz. *Better Enameling*, **7** [4] 14–16 (1936).—A historical sketch of the Seeger Refrigerator Co., from its start in 1906 to the present-day modernized plant, is given. Illustrated. See *Ceram. Abs.*, **15** [9] 270 (1936). E.J.V.

**Porcelain enamel is standard for California road signs.** E. Gidlow. *Better Enameling*, **7** [7] 12–14 (1936).—G. gives the history of the use of porcelain enamel road signs in Calif., showing standardization, economy of expenditure through volume buying, and centralized planning. Porcelain enamel signs were first used in 1911. E.J.V.

**Preparation of iron castings for vitreous enameling by sandblasting.** F. W. Wilson. *Foundry Trade Jour.*, **54** [1011] 7–10 (1936).—The preparation of iron castings for vitreous enameling by sandblasting is considered under the following headings: (1) types of plant used, (2) abrasives, (3) air pressures, (4) nozzles, and (5) operating troubles. A discussion is included. H.E.S.

**Substitution of enameled iron vessels for glass beakers.** P. S. Klunne. *Chem. Weekblad*, **31**, 366–67 (1934); *Brit. Chem. Abs.-B*, **54** [27] 591 (1935).—Enameled Fe vessels have given satisfactory service for 1½ years when used at temperatures between −10° and 300°. Flaking of the enamel does not occur if the film is sufficiently thin.

**Use of the interferometer in the porcelain enameling industry.** E. E. Howe and L. A. Lange. *Better Enameling*, **7** [9] 11–13 (1936).—The most accurate and reliable means of determining the thermal expansion characteristics of an enamel is through the use of the interferometer which utilizes the interference method whereby monochromatic light is transmitted, reflected, and refracted in such a way as to detect very small changes in length of an enamel specimen upon heating. A detailed discussion of the theory and operation of the interferometer is presented. Illustrated. E.J.V.

**Wood graining and marbleizing.** Anon. *Better Enameling*, **7** [6] 22–24 (1936).—Wood graining for the decoration of porcelain enameled ware has been in use for a number of years. Two methods used are the Grand Rapids method, comparable to printing in that it consists of the direct application of a design from a curved plate to the surface being enameled, and a method comparable to off-set printing in that it is indirect rather than direct from the printing plate. Marbleizing is also done by direct and indirect methods. These are described in detail, the necessary equipment being listed. Illustrated. E.J.V.

**Use of the microscope in the porcelain enameling industry.** E. E. Howe. *Better Enameling*, **7** [6] 13–16; [7] 20–22 (1936).—H. points out the adaptability of the microscope for studying some of the problems concerning porcelain enameling which could not be studied by other methods. He takes up methods of illuminating the sample under the microscope, preparation of the sample, metallography of sheet iron and cast iron, and photomicrographs of enamels in sections through the enamel and metal. The use of the petrographic microscope in the study of raw materials is also discussed. E.J.V.

BOOKLET

**Porcelain enameling.** Anon. *Chicago Vitreous Enamel Product Co. Booklet*, 16 pp.; reviewed in *Ceram. Age*, **27** [6] 178 (1936).—Several articles on porcelain enameling are reprinted. F.G.H.

PATENTS

**Enameled product and method of making.** O. E. Harder and J. D. Sullivan (Battelle Memorial Institute). U. S. 2,070,272, Feb. 9, 1937 (Aug. 8, 1934). The method of producing a vitreous enameled product comprises applying vitreous enamel on a precipitation-hardening alloy, heating such enamel to effect fusion thereof, and then subjecting the enameled article to a temperature within the precipitation-hardening range for a period of time adequate to effect hardening of the alloy by precipitation.

**Furnace.** E. W. Dany (Ferro Enamel Corp.). U. S. 2,069,057, Jan. 26, 1937 (April 6, 1935).

**Method for enameling tanks.** W. G. Martin (A. O. Smith Corp.). U. S. 2,070,368, Feb. 9, 1937 (June 8, 1935). In the fusing of a vitreous enamel lining to the interior of the tank, the step which comprises replacing air within the tank with another atmosphere by introducing solid particles of the other atmosphere into the tank and thereafter vaporizing them to form a gas.

## Glass

**Alloy steels as material for glass molds.** O. Hengstenberg, H. Müller, and F. Stäblein. *Fachausschussber.* (Deut. Glastech. Ges.), No. 31, pp. 135–39 (1934); *Chimie & Industrie*, **33**, 876 (1934); *Chem. Abs.*, **29**, 4909 (1935).—C steels, Cr steels, and Ni-Cr steels (with additions of Mo, Si, or Al in certain cases) were tried. The important points to consider are oxidation at working temperature (which governs the time of persistence of polish) and adhesion of the glass to the metal. Relative oxidation below 600° was found to be similar to that above 600°. For a glass of given composition, the temperature at which adhesion to the metal takes place varies but little with different metals but depends to a considerable extent on the composition of the glass. When a cast Fe mold is replaced by an alloy steel mold, the mean temperature must be kept lower on account of the lower heat conductivity.

**Applications of nickel alloys in the glass industry.** Anon. *Nickel Bull.*, **9** [11] 229–33 (1936).—Equipment used in the melting process, glass manipulation, molding and annealing, thermocouple wire and electric heating elements, glass pickling with HF, and acetate handling are best served by Ni, Ni-Cr, or Ni-Cr-Fe alloys. H.H.S.

**Bubbles during fusion of the frit.** Anon. *Sprechsaal*, **69** [20] 285 (1936).—Besides the familiar bubbles formed on the surface of the melt, large bubbles form in the frit and occasionally rise; their cause and the danger from them are discussed. M.V.C.

**Chrome-plated molds for semiautomatic machines of the Kutcher type.** V. I. Panasyuk. *Keram. & Steklo*, **12** [10] 15–16 (1936).—Experiments showed that chrome-plated molds used in the manufacture of drinking glasses are much more durable than ordinary molds and improve the quality of the glassware. M.V.C.

**Classification of tank furnaces.** S. S. Berman. *Glass Ind.*, **17** [9] 309–12; [10] 346–48 (1936).—B. lists under tank division the furnace with a single chamber, furnaces with divided chambers which include furnaces with a dog-hole and separate crowns (Malyshev's furnace with a wasp shape tank), furnaces with a dog-hole (throat) and one common crown (American design), and furnaces with a lateral construction. The presence of regenerators and recuperators, the direction of the flame, the outline of the tank, and (in furnaces with a dog-hole) the depth of the tank are discussed. Illustrated. E.J.V.

**Colored glasses and their ability to protect against light.** Axel Jermstad and Ottar Østby. *Arch. Pharm. Chem.*, **92**, 463–66 (1935); *Chem. Abs.*, **29**, 7599 (1935).—In view of the increasing number of substances which, according to the pharmacopeia, are to be protected from light, the present work was undertaken to determine which colors render the best protection against the actinic rays. Differently colored glass bottles were filled with 2% KI solution to which had been added 4% dilute $H_2SO_4$ (Møller, *Ber. Deut. Chem. Ges.*, **10**, 170 (1900)) and exposed for ½ hr. to ultra-violet light from a quartz lamp and 1 hr. to sunlight, respectively. The amount of I separated was then determined in 50 cc. of the solution by titrating with 0.01 $N$ $Na_2S_2O_3$. A maximum separation of 1.5 mg. I after 1-hr. exposure to sunlight is considered permissible for a satisfactory light-protecting glass (van der Wielen, Scrøder's Leerboek der Recepteerkunde, p. 8 (1929)). In accordance with this, the experiments show that black-, red-, and all brown-colored glasses were satisfactory, black giving no separation, red a slight trace in ultra-violet light as well as sunlight, and brown from a slight trace to 1.10 mg. I in ultra-violet light and from a slight trace to 0.50 mg. I in sunlight. In view of the inconvenience of black glass and the high price of a satisfactory red glass, the brown is recommended. Blue and green glasses appeared to vary in quality and did not render sufficient protection in every case.

**Continuous and repeated melting of glass.** K. Fuwa. *Jour. Japan. Ceram. Assn.*, **42**, 200 (1934); *Brit. Chem. Abs.-B*, **55** [9] 192 (1936).—The $Al_2O_3$ and $Fe_2O_3$ content of glass increases abruptly after a certain time of melting, owing to pot corrosion. The glass becomes nonuniform as a result.

**Decorative white enamel for glass.** S. I. Rubinova. *Keram. & Steklo*, **12** [11] 29–31 (1936).—R. discusses the general properties of the enamel used (particularly its opacification and the opacifiers used), the manufacture of such an enamel, the effect of raw materials, and directions for the grinding and application of the enamel on glass surfaces. M.V.C.

**Effect of batch materials on the decolorization of glass by selenium.** William Horak. *Glass Ind.*, **17** [11] 379–81 (1936).—Test batches of glass in three groups of varying selenium content were made up and melted so as to have as nearly the same thermal treatment as possible. The results obtained led to the following conclusions: (1) The effect of introducing sulfate into a glass containing selenium is to decrease the color from a given quantity of selenium. (2) The introduction of 1% $B_2O_3$ into such a glass deepens the pink color just about enough to make up for the decrease due to sulfate. (3) The introduction of 1% BaO into sulfate-containing glass deepens the pink color to a greater extent than does $B_2O_3$. (4) The introduction of either BaO or $B_2O_3$ into a glass does not require an increase in selenium to maintain a given degree of decolorization. The selenium content generally must be reduced. E.J.V.

**Effect of cullet on reactions of glass formation.** M. A. Bezborodov, N. D. Zavyalov, and E. N. Zeliger. *Keram. & Steklo*, **12** [10] 26–30 (1936); see *Ceram. Abs.*, **15** [10] 298 (1936). M.V.C.

**Effect of increased strength of thin filaments.** S. N. Zhurkov. *Tech. Phys. U.S.S.R.*, **1**, 389–99 (1934); *Zhur. Tekh. Fiz.*, **4**, 1640–53 (1934); *Chem. Abs.*, **29**, 8260 (1935).—Thin filaments of glass and quartz, after removal of the "oriented" surface layer by treatment with $H_2F_2$, showed increased tensile strength. Rupture is due to discontinuities, especially those on the surface. Measurements were made on glass, quartz, and Pyrex braid glass.

**Engineering aspects of European glass plants.** J. Earl Frazier. *Glass Ind.*, **17** [11] 373–74 (1936).—At the Charlton Works of the United Glass Bottle Manufacturers, Ltd., England, sillimanite slip cast flux blocks are used, with excellent results, in side walls and in the bottom of the melting ends. These are between the ordinary flux blocks and Corhart cast block, both in cost and density. Electric leers of the 4-ft. wide variety, having the electrical elements placed on the sides of the leers, are used. Rotary screw propeller-type batch chargers are popular. The equipment and designs to be found in several other European glass plants are also described. E.J.V.

**Factory glazing development, Thermolux.** Graham Cunningham. *Synthetic & Applied Finishes*, **6** [68] 201 (1935); abstracted in *Sprechsaal*, **69** [5] 64 (1936).—The new type of laminated glass, Thermolux, developed by P. Modigliani, transmits sunlight without sun heat and yet provides undistorted transmission of the visible wavelengths of the spectrum, imparting to all colors their true values. It consists of two sheets of plain glass with a central interlayer of numerous spun glass silk threads regularly arranged. This central lamina is porous and varies in thickness from 1 mm. to 3 mm., and the edges are hermetically sealed. This laminated glass is normally white with a satin-like sheen, but it may have other coloring. Heat and glare are avoided in summer, while artificial light and heat are conserved during the winter. Thermolux is used in Italy in public buildings, etc. M.V.C.

**Furnaces for melting optical and technical glasses.** E. Ya. Yurchenko and K. T. Bondarev. *Keram. & Steklo*, **12** [10] 18–21 (1936).—Y. deals with the characteristics of furnaces of Ivanovskii and Groum-Grjimailo fired with fuel oil and used for melting optical and technical glasses in U.S.S.R. Advantages of using gas-fired furnaces are enumerated. M.V.C.

**Fused silica, its recent development and application.** G. R. Stephenson. *Chem. & Ind.*, **55** [20] 389–95 (1936).—Developments made during the last five years and earlier unpublished work are stressed. Maintenance of constant temperatures in acid-pickling and plating baths is possible by the use of new Vitreosil electric immersion heaters. In thermostat regulators a solid rod of fused silica stands in a metal tube, and by the difference in expansion of these materials the make and break of current for electrically heated furnaces is made. The mechanical properties of fused silica are tabulated. Results of breaking tests vary widely. The high value of fused silica as an insulator has led to interesting applications. Optical properties and applications are discussed. 20 references. G.R.S.

**Glass fiber.** John H. Thomas. *Glass Ind.*, **17** [9] 295–96 (1936).—Glass fibers are being made commercially in diameters of 0.010 in. to 0.00005 in.; as the diameter decreases very interesting strengths are developed. Tests on filaments 0.0005 in. in diameter show a tensile strength of approximately 250,000 lb./in.². The diameter of a 60 filament thread is 0.0067 in., breaking at 17,000 lb./in.². If the sum of the areas of the 60 filaments is taken as a basis, the breaking load is 247,000 lb./in.². No strain has been detected in fiber below a diameter of 0.001 in., though unannealed. A fiber of 0.00005-in. diameter has 8,740,000 sq. in. of surface /lb. The length of a pound of 0.00005-in. fiber is approximately 24,000 miles. Apparatus developed to determine the tensile strength of very fine fibers is described in detail, and applications of glass fibers are listed. Illustrated. E.J.V.

**Glasses colored by carbonaceous matter: IV.** K. Fuwa. *Jour. Soc. Chem. Ind. Japan*, **39** [11] 398–400B (1936).—The quantitative determination of carbon in glasses colored with carbonaceous matter is given. For Parts I–III see *Ceram. Abs.*, **16** [3] 86 (1937). M.V.C.

**Glassmaking minerals.** C. S. Fox. *Records Geol. Survey India*, **70**, 397–405 (1935).—The sources of the essential raw materials in India, the indigenous glass industry, and the modern glass industry in India and the glassware made therein are described. Some batch mixtures in use in India are given, and the advantages and disadvantages in glass manufacture of alumina in the sand used are detailed. No plate glass, glass tubing, or special glassware, such as optical, heat-resisting, or laboratory glassware, appears to be made in India in commercial quantities. The Indian glass industry, according to F., appears to consist of independent firms with no coöperation between them. There is room for coördination and for improvement in methods of manufacture, quality of materials, and in various economies—both in a better knowledge of the available raw materials and in increasing sales by studying markets. At present it is difficult to secure detailed statistics of production and of the quality of raw materials, etc., utilized. Except for the alkali (soda) and certain chemicals, practically everything else for this industry, including furnace materials, is available in India. A.P.S.

**Glass, a new German construction material for the chemical industry.** K. von Stobssner. *Chem. Fabrik*, **9** [39–40] 443–45 (1936).—The importance of glass for the chemical and brewing industry and distilleries is stressed. Many parts such as heavy acid containers, pipings, etc., may be made from glass but such glass must, in many of its properties, excel the common types of glass. The Jena Works have developed such special glasses. S. suggests some instances where glass may be substituted for metal parts. Illustrated. L.E.T.

**Glass records for talking clock.** Doré Silverman. *Discovery*, **17** [202] 315–17 (1936).—London telephone users, by dialing T-I-M, may learn the exact time from the talking clock invented by the Anglo-Hungarian, Wender. The time is spoken from glass disks, glass being chosen as the most durable of transparent materials. A schematic diagram is given. H.H.S.

**Glass silvering solution: I.** K. Nakanishi. *Jour. Japan. Ceram. Assn.*, **42**, 11–20 (1934); *Jour. Soc. Glass Tech.*, **18**, 200A (1934).—Excess silver nitrate in the $AgNO_3$-$NH_4OH$ solution retards mirror formation and diminishes brilliancy, while excess ammonia diminishes the amount of silver available for deposition. Under optimum conditions 95% of the silver in solution is available for deposition. With the use of potassium sodium tartrate, a ratio greater than 5 to 1 of silver nitrate is unnecessary. The time required for silvering decreases with increasing concentration of the solutions.

**High-speed cutting of glass disks.** R. H. Zinszer. *Rev. Sci. Instruments*, **7**, 156 (1936).—In cutting thick glass disks, the cutting time per disk was reduced from two hours to thirty minutes by making frequent but short contacts between the glass which was being cut and the rapidly rotating brass cylinder used as a cutting tool. The abrasive was No. 40 Carborundum. Frequent slushing with water was necessary in order to wash away the particles of ground glass. The increased speed of the rotating cylinder together with short contacts between the cylinder and glass decreased cutting time. H.E.S.

**Increasing output of Lynch machines.** Ya. A. Shkolnikov, M. G. Chernyak, and V. G. Yaschevskii. *Keram. & Steklo*, **12** [8–9] 6–16 (1936).—Details of technical changes made in Lynch machines to increase their production capacity are given. The composition of glass was altered by increasing its magnesia content. The results were satisfactory. M.V.C.

**Investigation of the amorphous state.** P. Kobeko and E. Kuvschinski. *Tech. Phys. U.S.S.R.*, **3** [6] 508–10 (1936); abstracted in *Physik. Ber.*, **17** [21] 1966 (1936).—The different temperature stages occurring in the melting of glass were studied. The following definite temperature points were determined: appearance of the yellow sodium luminescence 525°C; beginning of drawability and softening 580 to 680° according to type of glass; working temperature 750 to 850°C; and formation of C deposit 450°C. The equalization of strains in the glass and the expansion coefficients are discussed. M.H.

**Liberation of gases from vitrifiable mixtures containing both sodium sulfate and carbonate.** H. Jebsen-Marwedel. Translated in *Glass Ind.*, **17** [9] 297–302 (1936); for abstract see *Ceram. Abs.*, **16** [1] 13 (1937). E.J.V.

**Manufacture of headlamps and signal glasses.** M. A. Caricyn and M. G. Chernyak. *Keram. & Steklo*, **12** [11] 1–7 (1936).—The manufacture of various types of dispersing and colored technical glasses in Russia is discussed together with their composition, conditions of melting, working, and testing. M.V.C.

**Manufacture of special glasses in the Weisswasser Osram Glass Works O/L.** R. Schmidt. *Osram-Nachrichten*, **18** [5] 89–92; [6] 115–18 (1936); abstracted in *Referat. Silikatliteratur*, **3** [11] 3477 (1936).—Manufacturing processes are described in the first part. The second section deals with the properties and application of special glasses, which are divided into 7 groups: (1) difficultly fusible and chemically, thermally, and mechanically resistant glasses (aluminoborosilicate, molybdenum, and tungsten for electrotechnical uses), (2) easily fusible but resistant glasses, (3) Thuringer apparatus glass, (4) glasses resistant to metallic vapor, (5) glasses permeable to different rays, (6) glasses absorbing Röntgen rays, and (7) colored glasses. M.V.C.

**Melting glass in a tank furnace of the Kuzmich and Trusov type.** A. A. Il'inskiĭ and F. G. Solinov. *Keram. & Steklo*, **12** [11] 12–17 (1936).—Details of operation of a new tank furnace constructed by Kuzmich and Trusov are given. Illustrated. M.V.C.

**Methods of moistening sand to obtain a homogeneous batch.** S. Ya. Raf. *Keram. & Steklo*, **12** [10] 11–15 (1936).—Reasons for moistening the batch are enumerated, and the methods used are dealt with. M.V.C.

**Osram apparatus glass in the draft beer industry.** A. Fehse. *Osram-Nachrichten*, **17** [11] 245–48 (1935); abstracted in *Referat. Silikatliteratur*, **3** [11] 3449 (1936).—One of the most promising fields of application for glass as a substitute for metal, which must be imported in Germany, is in the installations for the high-pressure piping of beer. The advantages of this use of apparatus glass are given. M.V.C.

**Phosphorescence of glass solarized by soft X-rays.** H. Kersten and C. H. Dwight. *Jour. Optical Soc. Amer.*, **24**, 285–86 (1934); *Phot. Abs.*, **14**, 227 (1934); *Chem. Abs.*, **29** [5] 1322 (1935).—Samples of glass were exposed to X-rays for various times and placed in contact with photographic film for a definite time; the resulting densities were measured by means of a photoelectric cell; this gives the "phosphorescence yield." Samples were also exposed

for a definite time and placed in contact with the film for various times; the densities were measured. This gives the "phosphorescence decay." The yield and decay curves are of the same shape as those found by Swindells for $CaWO_4$. It is concluded from comparison with previous work that there will be correlations between solarization and phosphorescence and the decay of these effects. See "Solarization—," *Ceram. Abs.*, **14** [10] 246 (1935).

**Plant method for viscosity measurements of glass.** Willi M. Cohn. *Glass Ind.*, **17** [11] 375–76 (1936).—An improved Stoke's law for a liquid in a crucible is as follows:

$$\eta = \frac{2gR^2(d_1-d_2)\left(1-\frac{R}{r}\right)^{2.25}}{9u\left(1+3.3\frac{R}{h}\right)}$$

in which $\eta$ = the viscosity, $g$ = the gravity, $R$ = the radius of the sphere, $r$ = the radius of the container with the melt, $d_1$ and $d_2$ = the densities of the sphere and melt, $u$ = the rate of fall of the sphere, and $h$ = the height through which the sphere falls. A crucible, 6 in. in height and 2 in. in diameter, of a highly refractory material such as sillimanite, is placed in a furnace. The glass is melted in this crucible until free of bubbles, and then cooled to the temperature when it is in a semiliquid state. After the melt has reached a temperature equilibrium, measured by means of one or two thermocouples, a sphere of 80% platinum-20% rhodium of about 10 mm. diameter is dropped into the melt. After a certain length of time, *e.g.*, 60 min., a second sphere and after 120 min. a third sphere are dropped into the melt. About 120 min. after the dropping of the third sphere, the crucible is quickly removed from the furnace and cooled in Sil-O-Cel powder. On cooling to room temperature, the crucible is split along its axis and the distance traveled by the spheres is measured. These data give the rate of fall, $u$, in the middle part of the crucible. Inserting the correct values and constants in the formula gives the viscosity of the glass at this particular temperature. Viscosity values obtained were reproducible, the maximum deviation being ±3%. Application of this method to tanks is discussed. See *Ceram. Abs.*, **14** [8] 196 (1935). E.J.V.

**Process of dissolving grog particles in soda-lime glasses.** N. S. Manuĭlova. *Keram. & Steklo*, **12** [10] 31–34 (1936).—Grog stones dissolve very well in glass, undergoing a series of transformations, beginning with a whitish-yellow grain of grog and finally changing into a small transparent and drop-like formation called "eye" or "knot." This process depends on a series of causes, such as (1) time the grog is in the glass melt, (2) rate of diffusion between the materials of the stone and those of the glass, (3) alkalinity of glass, (4) temperature, (5) viscosity, etc. The grog stone begins to dissolve in its periphery with a dissolving of mullite and concentration of alumina. Corundum changes into nepheline or carnegieite and the latter gradually dissolves in the glass. Nepheline often disappears without leaving any traces, while carnegieite leaves always tiny crystals of cristobalite. Details are given. Illustrated. M.V.C.

**Production of opaque glasses dispersing light.** S. M. Brekhovskikh. *Keram. & Steklo*, **12** [11] 7–10 (1936).—The glass used is classified as a special milk glass called "opaque opal" because of its appearance, optical properties, and character of opacification. The minimal undispersed permeability of this glass is obtained by a high alumina content. Lowering of the $Al_2O_3$ content produced transparent glasses. CaO and $B_2O_3$ greatly lower the effect of opacification and increase permeability to light of the glass. Increase of the $K_2O$ for $Na_2O$ increases transparency and the opalescence of glass. Opacification required was obtained by introducing CaO as dehydrated gypsum. Replacement of gypsum by other calcium salts did not produce the necessary opacity. The introduction of MgO, even in small amounts, destroyed the effect of opacification, making the glass transparent. Small quantities of arsenic promote the burning of the opacifiers. Replacement of lead oxide by barium and zinc oxide lowers the effect of opacification. The glass must be annealed between 380 and 400°C. At an annealing temperature of 440°, opacifiers burn out, and at 460 or 470° glass becomes almost transparent with a weak blue color tone. This is probably due to a decrease in size of particles of the opacifier. The character of firing must be reducing as, with an oxidizing flame, opacifiers burn out more rapidly. The addition of cullet lowers the effect of opacification. M.V.C.

**Proper construction of burners for glass furnaces.** M. D. Tamarin and A. S. Ruga. *Keram. & Steklo*, **12** [10] 16–18 (1936).—The correct position of burners in glass furnaces is discussed in detail. Illustrated. M.V.C.

**Reaction of glass upon orthotoluidine.** D. W. Horn. *Amer. Jour. Pharm.*, **108**, 324–25 (1936); *Analyst*, **61**, 792 (1936).—Orthotoluidine in contact with glass produces a yellow color indistinguishable from that given when *o*-toluidine and "active chlorine" interact. The color is more pronounced with long standing, heating, or autoclaving. H.H.S.

**Relations between drawing temperature of glass, flow index, and the specific melting capacity of tanks.** K. Metzger. *Glastech. Ber.*, **12**, 381–85 (1934); *Chem. Abs.*, **29** [3] 897 (1935).—The following formula is developed: $L/F = 1/N \cdot q/c(1-F_s/F)/(t_s-t_w)$, where $L/F$ represents the specific melting capacity in kg./sq. m./hr.; $L$ is the hourly capacity in kg./hr.; $n$ is flow index (which shows how much more glass flows from the melting to the working end than is worked out); $c$ is the specific heat of the glass in kg.-cal./kg. (its value is 0.28 if the same temperature is assumed for melting and drawing); $q$ is the hourly heat loss in kg.-cal./sq. m. of the crown and the side walls of the unheated parts related to 1 sq. m. of unheated hearth surface (this value can be taken as around 10,000 kg.-cal./sq. m./hr.); $t_s$ is the melting temperature (usually 1400°); $t_w$ is the working temperature of the glass; $F$ is the total hearth surface in sq. m.; and $F_s$ is the heated hearth surface (melting surface) in sq. m.

**Resistance of glass plates to wind pressure.** N. Matsuo. *Jour. Japan. Ceram. Assn.*, **41**, 188–99 (1933); *Jour. Soc. Glass Tech.*, **18**, 213A (1934).—For the same thickness of plate the resisting power is approximately inversely proportional to the area. The following average bending strengths are given: 2-mm. plates, 732 kg./sq.

cm.; 3-mm. plates, 562 kg./sq. cm.; 5-mm. plates, 467 kg./sq. cm.; and 6-mm. plates, 423 kg./sq. cm. In thin plates fractures extend over the whole sheet, but for thick, small plates fractures are generally confined to the center.

**Rôle of chemistry in polishing processes.** I. V. Grebenshchikov. *Sotsialist. Rekonstruktsiya i Nauka*, No. 2, pp. 22–23 (1935); *Chem. Abs.*, **29**, 8173 (1935).—A theory is given of polishing based on the chemical nature of the substances employed. The greatest thickness (166 × $10^{-8}$ cm.) of a polished layer of glass is obtained by polishing with acidulated water of $p_H$ 3.8, and the smallest (4 × $10^{-8}$ cm.) is obtained with transformer oil. Some salts in a 1% solution exercise a specific influence; $NH_4F$ retards glass polishing. $H_2O$ acts hydrolytically upon the polished surface of the glass (as well as upon basalt and feldspar), covering it with a protective colloidal film of silicic acid 14 to 70 A. thick. $Fe_2O_3$ calcined at 750° at the highest dispersion is adsorbed simultaneously by the $SiO_2$ film and by the surface of the rosin polishing composition. In polishing metals a protecting film of oxides is formed. The polishing of a steel sample either in a H atmosphere or by connecting it with the cathode is slower than in a mixture of $H_2$ with $H_2S$, in the air, or by connecting it with the anode. The polishing powders, the best being $Cr_2O_3$ from $K_2Cr_2O_7$ and S, absorb the fat parts of the stearic acid molecule used as a metal lubricant and distributed on it in unimolecular layers. The acid parts of the molecules of this acid are combined with the surface oxides of the metals. The connection established, therefore, between the metal and the polishing material is broken during the movement of the metal and then reëstablished.

**Safety glass and its application to building.** W. Kaempffert. *N. Y. Times*, p. 8XX (Jan. 10, 1937).—Ordinary glass is "casehardened" by being heat-soaked to about 1150°F and suddenly chilled by a blast of cold air. After this treatment, the glass can not be drilled or otherwise worked without disrupting into little blunt-edged cubes which, however, remain in one plane and tend to interlock. A light sharp blow from a hammer will disrupt this new glass, while a half-pound steel ball dropped from a height of 10 ft. bounces off without breaking the plate. The glass is 4½ times as strong as ordinary glass and it will bend a little. M.V.C.

**Separation by decantation of liquid layers in molten boro-alkaline-earth glasses.** M. A. Foex. *Compt. Rend.*, **202** [19] 1582–84 (1936).—Most of the boric glasses, especially those of the lime, strontium, and barytes type, show two liquid layers between certain limits of concentration and temperature. In all cases, the upper layer presents in cooling a vitreous and opalescent aspect. The conditions for this separation as functions of lime concentration were investigated for a boro-calcic glass by means of electric conductivity measurements. The results are shown in curves from which it can be concluded that, for a given temperature, the ratio of the densities of the two layers is constant in the alkaline-earth glasses. M.H.

**Two-layer thermal insulation of tank furnaces.** S. S. Berman. *Keram. & Steklo*, **12** [8–9] 21–26 (1936).—B. presents computations for two-layer thermal insulation of tank furnaces. M.V.C.

**Types of furnaces used for sheet glass manufacture.** F. S. Entelis. *Keram. & Steklo*, **12** [8–9] 17–20 (1936).—The Gobbe and Berman furnaces are dealt with. M.V.C.

**Using Fourcault machines in the manufacture of colored signal glasses.** V. G. Semenov. *Keram. & Steklo*, **12** [11] 10–11 (1936).—S. describes experiments in using Fourcault machines for the production of colored signal glasses. The results are tabulated. M.V.C.

**Variation of the refractive index of unannealed glass as a function of time.** Niuta Klein. *Compt. Rend.*, **201**, 339–41 (1935).—Further results of an investigation (*Ceram. Abs.*, **14** [11] 275 (1935)) are given, and an equation is derived to determine the variation of the index with temperature. M.H.

**Viscosity of glass.** P. Gilard, L. Dubrul, G. Henry, Scohy, and Piérret. *Bull. Soc. Chim. Belg.*, **45** [4] 131–76; [5] 379–437 (1936).—An exhaustive survey undertaken by the (Belgian) National Fund for Scientific Research discusses the characteristics and properties of the viscous and vitreous state in glass in the light of recent investigations and gives the numerical values obtained in the results for the viscosity of different types of glass, the effects of thermal treatment, and the change of viscosity as a function of temperature. Instruments and testing methods are described in detail. 75 references. M.H.

BOOK AND BULLETIN

**Dielectric losses in glasses at high frequency.** E. A. Kraiav. State Energo Publishing House, Leningrad, 1932. 6 pp., 3 figs. Reviewed in *Jour. Soc. Glass Tech.*, **18**, 228–29A (1934).—Dielectric losses at a frequency of 2 × $10^{-7}$ oscillations per second were determined by making a test tube of the glass, filling it with mercury, and placing it in a Dewar's vessel with mercury. A thermometer was immersed in the test tube. An electrode was introduced in the mercury in the Dewar's container, another into the test tube. Curves representing the rise in temperature as a function of time determined the amount of heat developed in the calorimeter in consequence of dielectric losses for a definite unit of time. Results for several glasses are given.

**General Technology of Glass Manufacture.** M. A. Bezborodov. Gizlegprom., 1936. 261 pp., 88 illustrations. Reviewed in *Keram. & Steklo*, **12** [11] 38 (1936).—B. describes, in a clear and simple way, the theoretical and technical sides of the technology of glass for workmen and minor officials of glassworks. M.V.C.

PATENTS

**Apparatus for:**

**Casehardening glass.** R. S. Hinsey (Libbey-Owens-Ford Glass Co.). U. S. 2,068,746, Jan. 26, 1937 (May 4, 1935).

**Making curved safety glass.** E. H. Haux (Duplate Corp.). U. S. 2,068,104, Jan. 19, 1937 (Feb. 23, 1935).

**Tempering glass.** Pilkington Bros., Ltd., and L. J.-B. Forbes. Brit. 457,475, Dec. 9, 1936 (May 29, 1935).

**Tempering glass sheets.** American Securit Co. Brit. 459,870, Jan. 27, 1937 (July 16, 1934).

**Testing electric-lamp bulbs, etc., for leaks.** British Thomson-Houston Co., Ltd. Brit. 457,954, Dec. 23, 1936 (Dec. 12, 1934).

**Borosilicate glass containing cerium.** H. P. Hood (Corning Glass Works). U. S. 2,068,801, Jan. 26, 1937 (July 30, 1935). A borosilicate glass containing a substantial amount of cerium also contains not more than 10% of alkali oxide and a substantial amount of an oxide of the group consisting of barium oxide and zinc oxide.

**Coloring agents for glass batches and method of employing.** E. I. du Pont de Nemours & Co. Brit. 459,886, Jan. 27, 1937 (July 18, 1934).

**Composition for etching and etching transfers.** Nance Clayton-Kennedy. U. S. 2,067,925, Jan. 19, 1937 (March 7, 1934). An etching composition for etching glass comprises an acid fluoride disseminated through a carrier medium consisting of cornstarch, black treacle, sugar syrup, gum senegal, gum tragacanth, carbon black, finely ground magnesium carbonate, and a glycerine containing plasticizer, the proportions being such as to produce a composition sufficiently elastic and firm to permit printing or transfer to glass without blurring during the printing or for a sufficient period to permit etching.

**Cooling devices for tempering glass.** Herzogenrather Glaswerke Bicheroux & Cie, Ges. Brit. 458,790, Jan. 7, 1937 (March 9, 1935).

**Cover glass.** S. L. Lebby (Corning Glass Works). U. S. 2,068,805, Jan. 26, 1937 (Feb. 4, 1935).

**Devices for molding glass under pressure.** W. Riedlhammer. Brit. 458,556, Jan. 7, 1937 (May 1, 1936).

**Furnace.** L. D. Soubier (Owens-Illinois Glass Co.). U. S. 2,069,542, Feb. 2, 1937 (Feb. 23, 1935).

**Glassblowing machine.** E. G. Bridges (Lynch Corp.). U. S. 2,069,130, Jan. 26, 1937 (June 4, 1917; July 16, 1927).

**Glass building block.** D. E. Gray (Corning Glass Works). U. S. 2,068,798, Jan. 26, 1937 (May 21, 1934).

**Glassmaking apparatus and method.** Vergil Mulholland (Hartford-Empire Co.). U. S. 2,068,925, Jan. 26, 1937 (June 13, 1934).

**Glass-to-metal seal.** E. E. Burger and A. W. Hull (General Electric Co.). U. S. 2,071,196, Feb. 16, 1937 (Jan. 4, 1934).

**Glass mold.** Anthony Rosa. U. S. 2,070,493, Feb. 9, 1937 (April 17, 1935). A portable glass mold for the blowing of glassware is described.

**Glass tank feeding shelf.** F. G. Schwalbe (Toledo Engineering Co., Inc.). U. S. 2,068,515, Jan. 19, 1937 (April 15, 1935).

**Laminated glass and process of making.** J. H. Sherts (Duplate Corp.). U. S. 2,068,082, Jan. 19, 1937 (June 8, 1935).

**Machine for forming glassware.** T. F. Pearson. Brit. 458,666, Jan. 7, 1937 (March 23, 1935).

**Machine for forming hollow glass containers.** L. D. Soubier (Owens-Illinois Glass Co.). U. S. 2,069,541, Feb. 2, 1937 (Aug. 1, 1934).

**Manufacture of glass wool.** D. C. Simpson (Owens-Illinois Glass Co.). U. S. 2,068,202, Jan. 19, 1937 (Nov. 29, 1932; renewed March 25, 1936).

**Manufacture of laminated glass, etc.** A. Kämpfer. Brit. 458,608, Jan. 7, 1937 (Oct. 1, 1934).

**Manufacture of laminated glass.** C. S. Shoemaker (American Window Glass Co.). U. S. 2,069,425, Feb. 2, 1937 (June 8, 1936). In the manufacture of laminated glass the steps consist in forming a film of a solution of a polymerized acrylic acid ester on a glass sheet, thereafter drying the film on the glass sheet by heat, forming a film of dibutyl phthalate on the coating on the glass sheet, forming a sandwich of the coated glass sheet and a second similarly coated glass sheet with the strengthening material therebetween, and thereafter, without the application of heat, subjecting the sandwich to pressure and permitting it to cool down under pressure.

**Manufacture of unstable glasses.** General Electric Co., Ltd., and J. H. Partridge. Brit. 458,042, Dec. 23, 1936 (July 18, 1935).

**Means for and method of applying color to molded glass articles.** A. G. Rez. U. S. 2,067,949, Jan. 19, 1937 (Feb. 20, 1933). (1) The method of coloring a molded glass article during the period of its manufacture consists in directing a fusible coloring pigment against the parts to be colored following removal of the article from the mold and at a location in its course of travel at which its initial molding heat will have decreased to the fusing temperature of the pigment. (2) The combination with a machine for molding glass articles, a leer for annealing the articles, a pigment-applying machine, including a stencil disposed intermediate the molding machine and the leer, means for conveying the articles from the molding machine to the pigment-applying machine and from the pigment-applying machine to the leer, and means operating on the articles between the molding machine and the pigment-applying machine for modifying the initial molding heat of the article, the pigment-applying machine being movably mounted relative to the molding machine and the leer, whereby the pigment-applying machine may be positioned so that the initial molding heat retained in the articles at the time the articles are submitted to the action of the pigment-applying machine will be suitable to cause the pigment contacting with the articles to be fused therewith within the areas defined by the stencil.

**Method and apparatus for annealing glassware.** D. G. Merrill (Hartford-Empire Co.). U. S. 2,068,923, Jan. 26, 1937 (Nov. 8, 1935).

**Method and apparatus for manufacturing and fabricating glass wool.** D. C. Simpson (Owens-Illinois Glass Co.). U. S. 2,068,203, Jan. 19, 1937 (Oct. 27, 1933; renewed March 25, 1936).

**Method and apparatus for the manufacture of hollow glass articles.** E. G. Bridges (Lynch Corp.). U. S. 2,071,295, Feb. 16, 1937 (Dec. 28, 1929).

**Method and apparatus for tempering glass.** F. A. Clemo (American Securit Co.). Brit. 457,488, Dec. 9, 1936 (May 30, 1935).

**Method of:**

**Feeding glass and an apparatus therefor.** S. G. Stuckey (Obear-Nester Glass Co.). U. S. 2,069,982, Feb. 9, 1937 (April 7, 1934).

**Forming hollow glassware.** Hartford-Empire Co. Brit. 458,231, Dec. 31, 1936 (May 24, 1935).

**Frosting glass articles.** H. Sternner. Brit. 458,115, Dec. 23, 1936 (April 16, 1936).

**Producing decorative designs on glass.** J. C. Corsan and London Sand Blast Decorative Glass Works, Ltd. Brit. 457,953, Dec. 23, 1936 (Nov. 27, 1935).

**Producing laminated glass.** A. Kämpfer. Brit. 457,345, Dec. 9, 1936 (June 9, 1934).

**Mold for the manufacture of glass vessels.** Verreries Gobeletreries l'Esperance Soc. Anon. Brit. 458,630, Jan. 7, 1937 (Feb. 2, 1935).

**Plastic for laminated safety glass.** G. B. Watkins and J. D. Ryan (Libbey-Owens-Ford Glass Co.). U. S. 2,068,782, Jan. 26, 1937 (June 28, 1934).

**Plate glass surfacing car.** William Owen (Pittsburgh Plate Glass Co.). U. S. 2,068,068, Jan. 19, 1937 (April 30, 1936).

**Process for the manufacture of refractory products.** V. M. Goldschmidt. Brit. 458,407, Dec. 31, 1936 (June 14, 1935).

**Production of glass articles.** Wurttembergische Metallwarenfabrik and H. Debach. Brit. 459,201, Jan. 13, 1937 (Sept. 7, 1935).

**Production of glass bodies, particularly glass shells, with an indrawn rim.** Wurttembergische Metallwarenfabrik and H. Debach. Brit. 459,200, Jan. 13, 1937 (Sept. 7, 1935).

**Refractory glasses.** General Electric Co., Ltd., and J. H. Partridge. Brit. 458,881, Jan. 13, 1937 (Nov. 11, 1935). Brit. 459,065, Jan. 13, 1937 (Nov. 25, 1935).

**Regenerator tank and method of operating.** Vergil Mulholland (Hartford-Empire Co.). U. S. 2,068,924, Jan. 26, 1937 (Dec. 2, 1932).

**Safety glass.** Carbide & Carbon Chemicals Corp. Brit. 460,230, Feb. 3, 1937 (Aug. 29, 1934).

**Tempering glass.** E. M. Guyer (Corning Glass Works). U. S. 2,068,799, Jan. 26, 1937 (Sept. 2, 1933). The method of tempering a glass body includes heating it by creating dielectric losses within it and cooling its surface while it is being so heated.

**Tempering of plates of glass.** Pilkington Bros., Ltd., and L. J.-B. Forbes. Brit. 457,537, Dec. 9, 1936 (May 31, 1935).

## Structural Clay Products

**Berlin's use of stoneware.** Felix Singer. *Clay Prod. Jour. Australia*, **4** [3] 17 (1937).—Berlin sewerage is constructed only from stoneware of the first quality. During the building of an underground railway in Berlin, stoneware pipes laid down 45 years previously had to be excavated. They were all in first class condition. See *Ceram. Abs.*, **14** [7] 164 (1935). H.H.S.

**Brick road paving.** G. N. Hodson. *Chem. & Ind.*, **55** [24] 472–74 (1936).—The history of brick roads is briefly outlined. The practice of laying a brick pavement in the U. S. is treated under the following points: (1) drainage, (2) curbs, (3) natural bases, (4) artificial bases, (5) bedding course, (6) brick, and (7) asphalt filler. The methods of constructing and testing experimental brick roads in England are described. G.R.S.

**Elimination of efflorescences in tile and brick.** M. Bigeon. *Congr. Chim. Ind., 14th Congress, Paris, 1934*, 2 pp.; *Chem. Abs.*, **29**, 6379 (1935).—The formation of $CaSO_4$ efflorescences can be prevented by adding 2 to 6 kg. of precipitated $BaCO_3$ per ton of clay.

**Pipes for sewerage purposes.** Anon. *Clay Prod. Jour. Australia*, **4** [3] 6 (1937).—The Inst. of Engineers of Australia has appointed a committee of enquiry into the merits of different makes of pipes for sewerage purposes. H.H.S.

**Stoneware's worst obstacle.** Anon. *Clay Prod. Jour. Australia*, **4** [3] 8 (1937).—The greatest obstacle encountered by protagonists for stoneware pipes is the highly trained young university graduate. He regards a stoneware pipe as just a stoneware pipe; there is nothing to be learned from it. A concrete pipe, however, has proportions of sand and cement and interstices; small test blocks can be made, it can be designed and constructed, and its breaking load can be predicted. Thus it is an object of interest and study. H.H.S.

**Super-ceramic building members.** F. O. Anderegg. *Jour. Amer. Ceram. Soc.*, **20** [3] 77–79 (1937).

PATENT

**Manufacture of brick.** G. E. Rogers. Brit. 457,884, Dec. 23, 1936 (June 4, 1935).

## Refractories

**Ceramics in India: Potteries and fire brick.** Editorial. *Indian Eng.* (Special Supp.), pp. 41–42 (Dec., 1936).—The gradual expansion of the Raneegunge Pottery Works and the Reliance Firebrick and Pottery Co., Ltd., and the development *pari passu* of the Indian ceramic industry are reviewed. These two works have practically rendered the Indian iron and steel industry independent of imported fire brick. A.P.S.

**Cristobalite.** D. S. Belyankin and N. G. Kaznakova. *Trav. Inst. Petrog. Acad. Sci. U.R.S.S.*, **6**, 362–68 (1934); *Jour. Soc. Glass Tech.*, **20** [77] 6A (1936).—Cristobalite from the zones of silica brick from an open-hearth furnace was examined. A stable form was found in that end of the brick which had been in direct contact with the furnace gases at temperatures higher than 1470° and a metastable form due to the firing in the manufacture of silica brick at temperatures lower than 1470°.

**Effect of manufacturing factors on properties of grog brick with a high grog content.** R. Makhl. *Keram. & Steklo*, **12** [8–9] 26–32 (1936).—The nature of clays used for the production of these brick is of the highest importance. Clays which sinter well at low temperatures, such as Chasov-Yar clays, produce excellent grog brick. Clays which do not sinter satisfactorily at low temperatures, such as the Latninskii type of clays, are unsatisfactory. The nature of grog and its granulometric composition are also important. Clays sintering well at low temperature yield high-grade grog. Samples containing from

15 to 20% of the so-called grog dust, *i.e.*, grog granules of less than 0.15 mm., were of high grade, while those without grog dust were of low mechanical strength. M.V.C.

**Electrodinas.** I. S. SMELYANSKIĬ, L. V. DRAZHNIKOVA, AND S. LESHTSCHENKO. *Tech-SO*, **27** [303] 8 pp. (1936); reviewed in *Referat. Silikatliteratur*, **3**, 3478 (1936).—The new silica brick withstood 43 charges in the crown of an electric steel furnace. The resistance to firing of silica brick is affected by the properties of the raw materials and the amount of milk of lime added. The fusing point of pure quartzite is 1760°, and that of a silica brick with 2% lime is 1720 to 1730°C. Obviously, a low lime addition is desirable. Tests show, however, that (under similar conditions) the brick with less than 2% lime had a dull ring and cracks because the thickness of the lime film was inadequate. To obtain a sufficiently thick lime film with less than 2% lime, the total surface of the grains in the mix was lowered by using coarser grains (corrections for granulometric curves are given). In the new silica brick, the moisture content is 5.6 to 6.2% (old brick 6 to 6.8%); the lime content is 1.5%, and much better properties are obtained. M.V.C.

**Flaking of continuous vertical retorts.** A. T. GREEN AND F. H. CLEWS. *Refrac. Materials Joint Sub-Committee, Inst. Gas Engrs., 24th Rept.*, No. 78, pp. 79–92 (1933); *Chem. Abs.*, **29**, 6380 (1935).

**High-grade refractory materials.** Z. UNSINO. *Jour. Fuel Soc. Japan*, **13**, 91–93 (1934); *Brit. Chem. Abs.–B*, **53** [47] 1011 (1934).—The manufacture and properties of Corhart electrocast aluminous, *e.g.*, 75%, refractories, which are highly resistant to corrosion by slags, glass, cement, and metals, are described. The main properties of Corhart Black (the electrocast product) and White (made by bonding the pulverized cast material) are, respectively, as follows: refractoriness, cone 38 (approximately 1850°), cone 36 (1795°); refractoriness under load (2 kg./sq. cm.), > 1740°, 1400 to 1560°; linear thermal expansion at 1000°, 0.53% for both; thermal conductivity [kg.-cal./sq. m./hr./°C (for 1-cm. thickness)], 3.29 and 1.67 at 300°, 2.95 and 1.40 at 1300°; crushing strength 1000 to 1500, 350 to 750 kg./sq. cm.; porosity, 1, 10 to 20%; density 3.3 to 3.4, 3.0 to 3.2; hardness (Black) 42 (Martin's scale).

**Hot patching of gas retorts: II, Experiments on the use of dry powdered cements containing silicon and aluminum.** F. H. CLEWS, H. BOOTH, AND A. T. GREEN. *Refrac. Materials Joint Sub-Committee, Inst. Gas Engrs., 24th Rept.*, No. 78, pp. 7–19 (1933); *Chem. Abs.*, **29**, 6379 (1935).

**Insulating and high-temperature refractories.** ANON. *Metal Progress*, **26** [4] 77–80 (Oct., 1934); abstracted in *Bull. Brit. Non-Ferrous Metals Research Assn.*, No. 70, p. 25 (1934).—Progress in the production of refractories derived from clays and rocks, *e.g.*, insulating refractories, high-alumina refractories, refractory cements, and ramming mixes, is discussed.

**Jointing cements: I, Preliminary investigations.** A. T. GREEN AND H. N. ROY. *Refrac. Materials Joint Sub-Committee, Inst. Gas Engrs., 24th Rept.*, No. 78, pp. 57–67 (1933); *Chem. Abs.*, **29**, 6380 (1935).—The literature is reviewed. Physical and refractory properties of eight fireclay and four silica cements are given. The texture is related to the drying and firing shrinkages, tensile strength, and adhesion. There is some connection between the texture of a cement and its behavior in the under-load test.

**II, Experiments on silica cements.** F. H. CLEWS, H. BOOTH, AND A. T. GREEN. *Refrac. Materials Joint Sub-Committee, Inst. Gas Engrs., 24th Rept.*, No. 78, pp. 67–78 (1933); *Chem. Abs.*, **29**, 6380 (1935).—Refractoriness under light load for small contents of lime in lime-ganister mixtures is scarcely affected by the proportion of lime; slight contamination with other oxides modifies this conclusion. Ganister-lime cements had little adherence to the brick. Other results are more preliminary in nature.

**Method of determining permeability of refractory materials.** T. R. LYNAM AND W. J. REES. *Refrac. Materials Joint Sub-Committee, Inst. Gas Engrs., 24th Rept.*, No. 78, pp. 31–34 (1933); *Chem. Abs.*, **29**, 6380 (1935).

**Methods of avoiding cracks and bad structure in the production of refractories for blast furnaces.** V. STRELETS. *Ogneupory*, **2** [10] 18–23 (1934); *Chem. Abs.*, **29** [15] 5239 (1935).—The following granulometric composition gave a good structure and improved the mechanical strength, water absorption, and volume porosity: grains of 0.6 mm. 60%, of 1 mm. 22 to 25%, and of 2 mm. 10 to 15%. An increased moisture content (to 16 to 17%) gave better results in pressing. See *Ceram. Abs.*, **14** [8] 189 (1935).

**Methods of high-temperature insulation.** T. BARRATT. *Steam Engr.*, **6**, 25 (1936); *Trans. Ceram. Soc.*, **35** [11] 93A (1936).—The fundamental principles of insulation of furnace walls, arches, and roofs, steel-reheating furnaces, glass tanks, and open-hearth furnaces are discussed.

**Properties and uses of mullite refractories.** M. L. FREED. *Ind. Heating*, **4** [1] 57–62 (1937).—Properties required of high-temperature refractories are discussed. A refractory for temperatures of 3000°F and higher, mullite, consisting of calcined sillimanite minerals (kyanite, andalusite, and sillimanite) is described. Fields of application as lining materials, in places where flames impinge, in high-frequency furnaces, and, in general, where refractories are subject to excessive spalling conditions and heavy loads at high temperatures are mentioned. M.H.

**Refractories.** ANON. *Trade & Eng.*, **40** [875] xviii (1937).—A review of commercial practice and research during 1936 is given. Refractories in the British Isles are still sold more on "reputation" than on tests, but buyers are increasingly coöperating with manufacturers. No great changes in methods of manufacture were made in 1936, but the general increasing mechanization is noticeable. Super-refractories are slowly growing in popularity, and much interest has been shown in brick made of celsian (a barium anorthite) and in highly porous brick for thermal insulation. Plastic refractories or refractory cements are being increasingly used. A "standard ganister mixture" is now obtainable. Research is chiefly confined to changes in physical properties on heating. A serious effort is being made to place the financing of research on a sound foundation. A.B.S.

**Refractories for enameling muffle furnaces.** J. WALKER. *Foundry Trade Jour.*, **54** [1024] 265–68, 270 (1936).—The general requirements for refractories include (1) high refractoriness, (2) high strength, hot or cold, (3) volume stability at high temperatures, (4) resistance to slag attack, (5) resistance to rapid temperature changes and other thermal stresses, (6) low or high heat capacity, (7) low or high thermal conductivity, and (8) low or high electrical conductivity. In general, commercial refractories are compromises which meet a group of contradictory requirements fairly well. The ideal refractory for enamel muffles is analyzed from the standpoint of the above requirements, and the differences in coal-, gas-, and oil-fired and electrically heated furnaces are pointed out. **Discussion.** WHITTLE *et al. Ibid.*, [1029] 372, 374. H.E.S.

**Refractories in the foundry and furnace.** W. HAMILTON. *Foundry Trade Jour.*, **54** [1015] 101 (1936).—Results obtained from practical experiences in the use of refractory materials in both foundry and furnace are given. In connection with molding sand, the refractory manufacturer has given the foundrymen valuable assistance in finding a suitable base sand and in blending, grading, and bonding. Monolithic cupola linings have made considerable progress and may be universally adopted in the future. The same is true of the steel converter, either Stock or Tropenas. The high-alumina refractory brick is being successfully used in foundry furnaces. A brick composed of chrome and magnesite of definite proportions to counteract some of the failings of the magnesite brick gives service at a considerably lower initial cost than the latter and is now being used successfully both in the electric and basic open-hearth furnaces. H.E.S.

**Refractories industry in 1935.** W. J. REES. *Foundry Trade Jour.*, **54** [1012] 32, 40 (1936).—The progress in the refractory industry for 1935 is briefly outlined. The dry pressing of refractories has increased, especially at higher pressures, with the manufacture of "unburned" magnesite refractories. Attention is being directed to the production of fused refractories, both by casting the fused material into special molds and by machine-pressing the crushed and graded prefused material. The use of de-airing machines and carefully controlled tunnel kiln firing of refractories are described. With silica brick for steel melting furnaces, the trend is toward the use of well-converted brick with a high tridymite content. There has been an extensive application of insulating brick. Basic refractories are being used for the roof and other parts of the basic open-hearth furnace. On the nonferrous side, increasing use is being made of sillimanite refractories. The increased publication of phase diagrams is of fundamental interest. H.E.S.

**Refractory and acidproof ceramic products.** W. G. LINGBEEK. *Ingenieur*, **49**, Mk. 45–48 (1934); *Chem. Abs.*, **29**, 4910 (1935).—L. reviews particularly silica and fire clay with their temperature diagrams and characteristics.

**Refractory building materials. Testing methods (Poland).** ANON. *Wiadomosci Polskiego Komitetu Normalizacyjnego*, **11** [4] 40–43; [5–6] 67–68 (1936); abstracted in *Referat. Silikatliteratur*, **3** [11] 3438 (1936).—Refractory building materials, including (*a*) artificial, fired, (*b*) natural, neither fired nor worked, and (*c*) mortar and refractory masses, should have at least P.C.E. 26. A description of the following standard tests is given: (1) obtaining an average sample, (2) determination of refractoriness, (3) determination of specific gravity, volume weight, and porosity, (4) absorption of water and apparent porosity, (5) resistance to pressure, and (6) chemical analysis of clay, quartzite, grog, and silica products. M.V.C.

**Refractory clays.** MUGNEROT. *Rev. Fonderie Moderne*, **30**, 335–40 (1936).—Refractory clays (the French *pisés*, not the usual "argile") are siliceous, preferably quartz, materials reduced to sand with a slight percentage of actual clay. They are often used simply tamped tightly and form an excellent lining material for furnaces, having, with 92 to 94% silica, a melting point of 1770°C; the softening point is very close to the melting point. When the clays are mixed with up to 6% alumina the melting point is lowered, but beyond this up to 9.2% alumina the melting point increases again and approaches 1790 to 1810°C. The material is used frequently for lining electric furnaces. The composition of the deposits found in France and Germany is described. Brick made from this material are rather expensive. M.H.

**Refractory products.** V. BODIN. *Usine*, **44** [16] 27 (1936).—Refractories are defined as products whose fusing temperature exceeds 1500°C; they are divided into those with a Si-Al base and those not belonging to this group. The first group embraces all products of Si, silica, and silica alumina, such as bauxite and sillimanite; the second group consists of products of silicon carbide, graphite, zirconium, chrome-iron, and magnesia. The properties of the groups are briefly described, and points important for the selection of a material for a given case are discussed. M.H.

**Relation of air change to cupola operation.** H. V. CRAWFORD. *Trans. Amer. Foundrymen's Assn.*, **7** [1] 303–12 (1936).—The reactions that take place in the cupola and the best operation of such a furnace are shown. The cupola is divided into zones, and the function of each is explained. C. also explains the reactions that should take place within each zone and how improper control of the air supply, coke, and iron charges influences the thermal efficiency and consequently the melting efficiency. H.E.S.

**Relationship between durability in service and properties of refractory brick.** OTTO PHILIPP. *Ber. Deut. Keram. Ges.*, **17** [9] 413–37 (1936).—Extensive plant tests were conducted on a powdered coal-fired billet furnace to determine the amount of wear and tear on the refractories, and the brick used for this purpose were subjected to laboratory tests to determine their chemical and physical properties. The practical tests in the combustion chamber of the billet furnace revealed that the refractories were subject to considerable wear and tear, the most favorable case showing a 34.7% loss in volume after 669 hours of service. The laboratory investigation showed that this rapid failure is due mainly to the inability of all the fireclay material to withstand long periods at the maximum temperature (1500°). Slag attack is of minor importance. The frequent changes of temperature proved detrimental to silica material. The brick tested also showed insufficient refractoriness-under-load strength for the working temperatures of the furnace. Special importance is attached to the determination of the inside wall temperature and the load imposed on the brickwork in making a selection of refractory material. Illustrated. E.J.V.

**Silicon carbide from Migiurtinia, Somaliland.** P. ALOISI. *Periodico Mineral.*, **5**, 191–92 (1934); *Neues Jahrb. Mineral. Geol. A*, p. 39 (1935); *Chem. Abs.*, **29**, 5777 (1935).—Crystals of SiC are described. It is unknown whether they occur naturally or whether they are a metallurgical product.

**Ural kyanite, conditions of its mullitization, and technology of the production of mullite ware.** P. S. MAMUIKIN. *Trudy Vsesoyuz. Mendeleev. S'ezda, 1932*, **2** [1] 459–60 (1935); *Chem. Abs.*, **29**, 7600 (1935).

**Working up bauxite by means of sulfurous acid to produce alumina.** LÁSZLÓ PUTNOKY AND BÉLA BORBÉLY. *Math. Naturw. Anz. Ungar. Akad. Wiss.*, **52**, 86–132 (1935); *Chem. Abs.*, **29**, 6371 (1935).—Experiments were made with seven samples of Hungarian bauxite ores containing $Al_2O_3$ 43.12 to 62.10, $Fe_2O_3$ 9.51 to 28.08, $TiO_2$ 2.50 to 4.39, $SiO_2$ 2.86 to 8.10, and loss on ignition 18.82 to 29.70%, respectively. Ores were treated under pressure in steel bombs with saturated $SO_2$ solutions in the presence of excess $SO_2$ at 20 to 120° from 1 to 10 hr. The $SO_2$ used varied from 9 to 66% of the mixture of bauxite and water. The results were unsatisfactory. $Al_2O_3$ concentration of the solutions was in all cases under 2%, and only 40 to 70% of the total alum content of the ores was soluble. The Fe content of ores, however, was 95% dissolved. The poor solubility was due to the fact that the Al of bauxite ores consists partly of very difficultly soluble compounds, and hydrolysis takes place in Al sulfite solutions, the product of which, $AlOHSO_3 \cdot 2H_2O$, is slightly soluble. The amount of this product increased with the temperature. $TiO_2$ and $SiO_2$ were also dissolved by $SO_2$ and contaminated the $Al_2O_3$ since they precipitated simultaneously with $Al_2O_3$.

PATENTS

**Checker brickwork construction for regenerators.** J. F. HYSLOP (John G. Stein & Co., Ltd.). U. S. 2,068,292, Jan. 19, 1937 (Aug. 19, 1936).

**Furnace construction.** HERBERT HEITMAN. U. S. 2,071,069, Feb. 16, 1937 (April 5, 1934). A furnace construction comprises an outer wall of brick and an inner wall of interlocked refractory tile constructed and arranged for relative movement and to oppose the transfer of heat, a course of header brick fast in the outer wall and loose in the inner wall to oppose heat transfer, there being spaces underlying the header brick to permit movement of the inner wall and to support the upper portions of the latter when portions of the inner wall rest on the upper faces of the header brick, and hinged through-bolts connecting the walls substantially as described.

**Furnace for heating materials under sustained pressure.** P. R. CHURCH AND H. C. RATHAU. U. S. 2,070,983, Feb. 16, 1937 (April 2, 1936).

**Furnace-wall construction.** MARTIN FRISCH (Foster Wheeler Corp.). U. S. 2,070,267, Feb. 9, 1937 (April 24, 1931).

**High-pressure nonplastic refractory and method of making.** R. P. HEUER (General Refractories Co.). U. S. 2,068,411, Jan. 19, 1937 (Jan. 9, 1934). The method of making a refractory of high density from anhydrous nonplastic material and a bonding substance using anhydrous nonplastic particles of relatively larger and smaller grain sizes consists in mixing larger anhydrous nonplastic particles retained on a 30-mesh per linear inch screen with smaller anhydrous nonplastic particles and a bonding substance while employing not more than a relatively small proportion of intermediate anhydrous nonplastic particles, in molding the mix in moist condition into a refractory shape, in drying the refractory shape, and in subjecting the dried unfired refractory shape to firing temperature in a furnace structure during use.

**Sectionally supported wall.** H. A. MANNSHARDT (American Arch Co., Inc.). U. S. 2,068,863, Jan. 26, 1937 (Aug. 1, 1931).

**Spalling resistant refractory brick.** G. M. CARRIE, J. W. CRAIG, F. E. LATHE, AND A. C. HALFERDAHL. U. S. 2,068,641, Jan. 26, 1937 (July 16, 1931). A spalling-resistant, refractory, and chemically neutral fired brick containing 15 to 50% of chrome iron ore and 50 to 85% of a dead-burned magnesian clinker which contains 10 to 25% of lime, and consisting of coarse and fine particles of which the chrome iron ore is the coarse constituent.

## Terra Cotta

**Manufacture of salt-glazed stoneware pipes and fittings.** A. COULSON. *Brit. Clayworker*, **45** [537] 307–309 (1937).—Various types of kilns used in this industry are discussed with special reference to intermittent kilns. A round downdraft kiln and a rectangular downdraft kiln are described. See *Ceram. Abs.*, **16** [3] 96 (1937). R.A.H.

**Method for determining acid-stable natural rocks, ceramic ware, and bodies for chemical apparatus.** L. W. MURAVLEV. *Trudy Vsesoyuz. Mendeleev. S'ezda, VI Congr.*, **2** (Part I), 313–14 (1935); abstracted in *Chem. Zentr.*, **1936**, ii, 2972–73.—The ground and sifted material is washed with distilled water and dried; 1 kg. of the sample is treated with 25 cc. C.P. $H_2SO_4$, boiled, cooled, diluted with distilled water, and filtered. The residue is washed with hot water and treated with 20 cc. hot water and 5 cc. $NH_4Cl$ solution (5%); Cl is washed off. The dried and calcined residue yields acid stability. M.V.C.

**Production of engobe tile.** E. BERDEL. *Ber. Deut. Keram. Ges.*, **16** [12] 611–16 (1935).—A series of experiments carried out to discover a glaze for use on slip or engobe-coated tile which would have a low firing temperature and a low expansion coefficient and be free from crazing, colorless, and high in resistance to cracking is described in detail. Various bodies were used in making the tests, and their effect on the glazes is noted. E.J.V.

PATENTS

**Apparatus for applying glaze, etc., to tile.** W. BOULTON, LTD., AND H. H. HALL. Brit. 459,552, Jan. 20, 1937 (Aug. 17, 1935).

**Insulating material having a high dielectric constant and a process of producing.** WERNER SOYCK AND ALFRED UNGEWISS. U. S. 2,069,903, Feb. 9, 1937 (Dec. 27, 1935).

## Whiteware

**Effect of composition on properties of household porcelain.** A. N. EGOROV. *Keram. & Steklo*, **12** [11] 25–29 (1936).—The composition of bodies and their testing, with regard to resistance to rupture, impact strength, translucence of body, and deformation on firing, are discussed in detail. Results are tabulated. See "Influence—" *Ceram. Abs.*, **14** [5] 121 (1935). M.V.C.

**Effect of replacing dolomitic lime by baryta upon some properties of glass.** VINCENT H. WESSELS. *Jour. Amer. Ceram. Soc.*, **20** [3] 79–84 (1937).

**Heat conductivity of electrical conductors.** A. S. PREDVODITELEV. *Zhur. Eksp. Teoret. Fiz.*, **4**, 838–54 (1934); *Chem. Abs.*, **29**, 7780 (1935).—On the basis of modern conceptions of the nature of matter, a theory is developed and compared with data for a large number of metals.

**Heat conductivity of solid heat insulators.** A. S. PREDVODITELEV. *Zhur. Eksp. Teoret. Fiz.*, **4**, 813–37 (1934); *Chem. Abs.*, **29**, 7780 (1935).—On the basis of considerations as to acoustic waves in isotropic solids, a theory of heat conductivity is developed and compared with experimental data on NaCl, KCl, $CaF_2$, $NaClO_3$, $SiO_2$, glass, $CaCO_3$ as marble and as calcite, ice, carbon steel, constantan, manganin, Bi, brass, Sb, chrome-nickel steel, and German silver.

**Nature of glass in a porcelain body.** SEIJI KONDO AND KENKICHI MOTE. *Jour. Japan. Ceram. Assn.*, **41**, 453–68 (1933); *Jour. Soc. Glass Tech.*, **18** [69] 5A (1934).—Results of optical measurements for forty-three porcelain bodies made of kaolin, feldspar, and quartz or kaolin, feldspar, and alumina are given. Each material was ground to pass through a sieve of 10,000 meshes/sq. cm. The members in the systems kaolin–feldspar–quartz and kaolin–feldspar–alumina were compounded and formed into small cones. After firing to 1460° and preparing thin sections, their microstructures were observed. Thin sections of the system kaolin–feldspar–quartz consisted of glass, quartz, mullite, yellow spots, and pore, while those of the system kaolin–feldspar–alumina contained crystalline alumina in addition. The glasses were heterogeneous even in the same thin section. Solubility of mullite in the glasses is discussed. Their refractive indices were determined by the double variation method originated by R. C. Emmons (*Ceram. Abs.*, **8** [1] 70–71 (1929); 9 [2] 134; [3] 217 (1930); **11** [8] 468 (1932)) and improved by T. Sueno. The relation between the refractive index and the chemical composition is shown by tables and triaxial diagrams. The general tendency is that quartz reduces the index, while alumina and kaolin increase it. See *ibid.*, **12** [10–11] 382 (1933).

**Porcelain sheaths for thermocouples.** V. TARANENKO. *Zavodskaya Lab.*, **3**, 1038 (1934).—A porcelain plate is fused to the end of a porcelain tube with an arc (10 to 15 amperes). Hot pulverized borax and clean sand are applied and the tube is heated once more. P.B. & E.S.

**Properties of newly discovered "pottery" materials and their uses.** SHINICHIRO OGAWA AND KOJI TERAZAKI. *Repts. Imp. Fuel Research Inst. Japan*, No. 17, pp. 1–36 (1936); abstracted in *Chem. Zentr.*, **1936**, ii, 3166.—Three kinds of pottery materials recently discovered were studied. They represent weathering materials of liparite, quartz porphyry, and andesite which are the most important and characteristic raw materials of Japanese porcelain. Among the materials used, Amakusa rock is the most suitable and has been used for the last 200 years. The properties of the new materials were compared with those of the Amakusa material. The resistance to pressure, density, volume true porosity, chemical disintegration, P.C.E., mineralogical composition, plasticity, and shrinkage on drying and firing were determined. Daido rock (Korea) can be used for the manufacture of feldspar-like earthenware and semiporcelain. Banke rock is suitable for the Japanese porcelain-like and dolomite earthenware, and Tsukuda rock is suitable for white or ivory porcelain fired at a low temperature. The chemical and mineralogical composition of these materials is tabulated. See "Quality—" *Ceram. Abs.*, **16** [3] 98 (1937). M.V.C.

PATENTS

**Alkali-free ceramic materials and method of making.** A. H. FESSLER (General Motors Corp.). U. S. 2,069,060, Jan. 26, 1937 (Dec. 14, 1935). The method of producing ceramic materials substantially free of alkali consists in adding boric acid to ceramic material containing alkaline impurities and heat treating the material to an extent to volatilize the boric acid and with it the major portion of the alkali.

**Bathtub.** I. B. GARDINER. U. S. 2,070,120, Feb. 9, 1937 (March 4, 1936). A bathtub has in the bottom thereof a raised portion extending from substantially one end of the tub to a point materially inwardly from the relatively opposite end of the tub, the raised portion having a recess in the top face thereof, a mat fitting snugly within the recess, and a rib projecting upwardly from the raised bottom of the tub and provided intermediate its end with a drain slot.

**Earthenware body.** I. B. SPROAT (R. T. Vanderbilt Co., Inc.). U. S. 2,068,154, Jan. 19, 1937 (Oct. 30, 1935). Glazed, semivitreous, earthenware bodies having a bisque made from a mixture comprising clay from the class consisting of ball clays, kaolins, and china clay, and pyrophyllite, both in substantial amount, and a small percentage of a calcium compound sufficient to impart decreased moisture expansion in the resulting body, the amount of calcium compound being greater than that occurring naturally in the pyrophyllite and clay and between about 0.5 and 5%.

**Method of producing ceramic ware.** A. H. FESSLER (General Motors Corp.). U. S. 2,069,059, Jan. 26, 1937 (Aug. 23, 1934).

**Process and apparatus for manufacturing insulators.** F. G. BOVARD (Ohio Brass Co.). U. S. 2,068,941, Jan. 26, 1937 (Aug. 20, 1934). The method of forming a threaded opening in plastic material comprises the steps of first forming an unthreaded opening in the material and then feeding a threading die into the unthreaded opening, maintaining the outer surface of the threading die in contact with the inner surface of the opening entirely around the periphery of the opening during the feeding operation, and thus substantially preventing escape of air between the

outer surface of the threading die and the inner surface of the opening, pressing the material of the wall of the opening into thread formation by means of the die, and venting the opening to atmosphere through the threading die during the entrance and removal of the die.

**Soap dish for sinks.** W. C. Groenniger (John B. Pierce Foundation). U. S. 2,070,010, Feb. 9, 1937 (Sept. 14, 1935).

**Tank flush valve—ball type.** W. C. Groenniger (John B. Pierce Foundation). U. S. 2,068,672, Jan. 26, 1937 (July 5, 1935).

## Equipment and Apparatus

**Abrasives mask.** W. P. Biggs. *Eng. Mining Jour.*, 137 [12] 644 (1936).—The mask described was developed by the Navy Department for the prevention of silicosis. A latex-covered silk hood fits over the head and shoulders of the operator, leaving exposed only the lens section of the face piece. Air is fed into the face piece through a corrugated rubber tube and passes out through double exhalation valves with extremely low resistance to air flow. The mask has a flow-control valve and can also be instantly detached from the air line so that the operator can breathe through a filter in the free end of the corrugated tube. Illustrated. J.L.G.

**Apparatus for measurement of shrinkage coefficient of soils.** B. N. Singh and P. B. Mathur. *Soil Sci.*, 43 [1] 37–41 (1936).—A simple apparatus for measuring the shrinkage coefficient of soils is described. A few data on the shrinkage coefficient and the relative moisture capacities of a number of soils are presented. G.R.S.

**Apparatus for sampling gases at a constant rate.** A. Blackie. *Jour. Soc. Chem. Ind.*, 55 [42] 307–308 (1936).—B. describes a simple device by means of which a gas sample can be taken from a moving stream of gas at a constant rate over a period of time. The theory and method of operation are given. Tests have shown that the rate of collection of sample remains constant throughout the whole sampling period. Illustrated. G.R.S.

**Classification of drying, including graphical analysis of air drying as developed abroad.** A. Weisselberg, Charles W. Thomas, and T. R. Olive. *Trans. Amer. Soc. Mech. Engrs.*, 57, 41–47 (1935).—Drying is defined as the removal of evaporable liquids by the use of heat as contrasted with dehydration by mechanical means. Terms applying to drying are described. Formulas and curves are derived for the determination of the rate of drying and the heat required. The effect of diffusion of the liquid through the solid is considered. S.S.

**De-airing in an ordinary pug mill.** Kenneth Stettinius. *Jour. Amer. Ceram. Soc.*, 20 [3] 87–89 (1937).

**Determination of coal grindability by the ball-mill method.** C. G. Black. *Amer. Inst. Mining Met. Engrs. Contrib.*, No. 95, 23 pp. (1936); *Brit. Chem. Abs.*-B, 55 [21] 432 (1936).—A critical examination is made of the A.S.T.M. Tentative Standard ball-mill method in which the grindability is determined by the number of revolutions of the mill required to reduce 80% of the feed (500 g. of 10 to 20-mesh coal) to pass 200-mesh. Tests made with a wide variety of coals indicate that in order to get the true grindability of materials of differing density, it is necessary to grind to the same surface area. It is suggested that the method be modified by taking constant original volumes and grinding until 80 wt. % passes 200-mesh. The manner of preparing samples and the possibility of introducing mechanical screening and of reducing the test time required are also discussed. It is concluded that one method only should be chosen as a standard because the results obtained by the ball-mill and the Hardgrove-machine methods, now tentative standards, are not comparable.

**Developments in the battle against corrosion.** V. A. Rohlin and C. E. Joos. *Combustion*, 8 [1] 22–26 (1936).—The authors discuss the principles and problems involved in the mechanical de-airing of boiler feedwater to meet the exacting demands of present practice and describe two late types of de-airing heaters. One is the tray type in which the flow of water and steam are parallel; the other employs the counterflow principle and operates by spraying and atomizing without the use of trays. H.E.S.

**Dial thermometers.** American Schaeffer & Budenberg Div., Consolidated Ashcroft Hancock Co., Inc. *Instruments*, 10 [1] 6 (1937).—This is said to be the only dial thermometer with all parts made of corrosion-resistant material (stainless steel). The moisture- and dust-proof case is made of a phenol condensate and has a shatter-proof front. The thermometer may be used for temperatures from −40 to 1000°F and at distances up to 1000 ft. The thermal system is mercury filled. R.W.R.

**Electromagnetic separators, with special consideration of the ceramic industry.** G. S. Ullrich. *Ber. Deut. Keram. Ges.*, 16 [5] 243–52 (1935).—Modern electromagnetic separators which can be used in the ceramic industries to remove iron and iron-bearing silicates from both raw materials and ceramic bodies are described in detail. These range from the simple electromagnet, over which the material flows, to complicated machines. Illustrated. E.J.V.

**Experimental investigation of radiation heat exchange in combustion chambers.** M. Strikowitsch. *Tech. Phys. U.S.S.R.*, 3 [3] 197–208 (1936); abstracted in *Physik. Ber.*, 17 [20] 1859 (1936).—While determining the distribution of radiation in a combustion chamber it was observed that the lenses used in radiation pyrometers are transparent for only part of the spectrum. For industrial conditions, only metal reflectors or fluorspar lenses should be employed which transmit the waves from 0.5 to about 10μ occurring in flame spectra. Measuring methods are described in detail. M.H.

**Gas-tight furnace for thermocouple standardization.** D. C. Nevin. *Can. Jour. Research*, 14A [9] 177–80 (1936).—A detailed description of a redesigned gas-tight furnace for calibrating Pt-PtRh standard thermocouples in molten metals is given. E.J.V.

**Hardness and hardness measurements:** I. S. R. Williams. *Instruments*, 10 [1] 12–14 (1937).—Fields in which hardness measurements are particularly important are discussed. R.W.R.

**Heat-enduring alloys aid in casting huge telescopic disk.** R. Stuart Brown. *Ind. Heating*, 4 [1] 37–38 (1937).—Cores in the glass mold were held in place by anchors of calite alloy (26% Cr, 10% Ni alloy) which withstood the temperatures without burning through as had other core holders. M.H.

**Heat-resisting alloys.** J. F. Kayser. *Foundry Trade Jour.*, 54 [1011] 10–12 (1936).—To be able to judge whether or not a heat-resisting metal may be economically applied for a particular purpose, it is necessary to thoroughly appreciate the nature of the conditions under which the metal will have to work. The real strength of the metal must be known as well as the strength at elevated temperatures. Various types of heat-resisting alloys, such as Ni-Cr-Fe, Fe-Al, Fe-Si, and Cr-Al-Fe, are discussed. Surface protection by spraying, calorizing, and plating is considered. A discussion is included. H.E.S.

**Hood respirator.** De Vilbiss Co. *Ind. Finishing*, 13 [2] 58 (1936).—The respirator covers the entire head and neck to give complete protection against materials present in the air which are harmful to eyes, ears, or respiratory organs. Air flows into the hood through a filter, diffuses throughout, and flows out through the opening provided for vision. The hood fastens around the neck with a draw string. Illustrated. J.L.G.

**Humidity control device for ovens.** C. T. Webster. *Jour. Sci. Instruments*, 13 [12] 412–13 (1936).—W. employs the principle of the wet- and dry-bulb thermometer to control the humidity in an electric oven. The arrangement described can be used to maintain the humidity at any desired value between 25 and 90% within ±1% over a range of temperatures. Illustrated. J.L.G.

**Improved motion-study camera and projector.** Production Control Machines Corp. *Instruments*, 10 [1] 8 (1937).—A new camera with a stronger motor and additional adjustments and a new projector with a larger lamp are now available. The apparatus uses 8-mm. film, available in 25- and 100-ft. rolls. R.W.R.

**Laws of drying of solid bodies.** C. C. *Argile*, No. 165, p. 13 (1936).—The forces which produce the phenomenon of drying are diffusion and capillarity. Drying is discussed in regard to (1) velocity of constant drying, (2) phase in which the pressure of the humidity coming from within diminishes until the water of the surface layers is entirely extracted, and (3) internal resistances. Reference is made to the researches of Sherwood (*Brit. Ind. Rev.*, 1929; *Ceram. Abs.*, 9 [7] 588 (1930)) and Kroell (*Bull. Assn. German Engrs.*, Aug. 8, 1936). M.V.C.

**Magnetic detectors for industrial applications.** R. F. Edgar. *Gen. Elec. Rev.*, 39 [11] 559–62 (1936).—Various types of magnetic detectors for the inspection of nonmetallic materials, the magnetic analysis of nonmagnetic materials, and assurance of the presence of essential concealed iron are described. Illustrated. L.E.T.

**Magnetic separators to deferrize quartz sand.** S. V. Rodin. *Keram. & Steklo*, 12 [10] 15 (1936).—A brief discussion of a magnetic separator for extracting weakly magnetic minerals during deferrization of quartz sand is given. M.V.C.

**Measuring dust.** S. C. Blacktin. *Discovery*, 17 [203] 347–50 (1936).—Instruments described for the study and measurement of dust are the konimeter, jet dust counter, thermal precipitator, settlement counter, and electrometer. H.H.S.

**Mechanical power transmission.** G. A. Van Brunt. *Factory Management & Maintenance*, 94 [11] S321–22 (1936).—The subjects considered are (1) group and individual systems, (2) laying out group drives, (3) use of unit drives, (4) speed reduction, and (5) obtaining variable speeds. Five tables, 14 photographs. J.L.G.

**Method of testing the mechanical resistance of glazes.** E. Kieffer and E. Wettig. *Ber. Deut. Keram. Ges.*, 17 [8] 387–91 (1936).—A new apparatus constructed from the mechanism of an electric gramophone is described. The test piece, a circular disk of glazed porcelain 80 to 100 mm. in diameter, is fixed firmly to the turntable. A box having a number of holes bored through it is held between two brass rods, above the test piece. Closely fitting copper rods are passed through the holes in the box, and their lower ends rest on the test piece. By means of brass casings fitted to the top of the copper abrading rods it is possible to maintain a constant weight merely by introducing small shot into the casings. The ends of the rods resting on the glaze must be carefully rounded off and smoothed with sandpaper before each test. The weight of each rod with the brass casing and shot in it was exactly 40 g. The r.p.m. of the motor should not exceed 100. For each test the test piece was smeared with a mixture of corundum and glycerine, and the test lasted exactly 15 min. A determination of the loss in weight by abrasion for a number of materials was found to be as follows: German hard porcelain, 14 to 18 mg.; American chinaware, 20 to 25 mg.; earthenware (hard and soft of various makes) 27 to 45 mg. Illustrated. E.J.V.

**Methods of testing thermocouples and thermocouple materials.** W. F. Roeser and H. T. Wensel. *Jour. Research Nat. Bur. Standards*, 14 [3] 247–82 (1935); R.P.768. Price 5¢.—Methods used for testing thermocouples and thermocouple materials are described, and the precautions which must be observed to attain various degrees of accuracy are given. Methods developed and used at the National Bureau of Standards are described in detail. Guidance is given in selecting the method which is best adapted to a given set of conditions. R.A.H.

**Multiple grinding of thin-section chips.** Chester K. Wentworth and Francis T. Suzaki. *Amer. Jour. Sci.*, 31, 93–96 (1936).—An apparatus which will grind 20 to 25 rock chips at one time is described. It reduces the chips to 0.5-mm. thickness in preparation for the grinding of a thin section. J.B.A.

**New spectrophotometer and some of its applications.** J. L. Michaelson and H. A. Liebhafsky. *Gen. Elec. Rev.*, 39 [9] 445–50 (1936).—The spectrophotometer consists essentially of a double-prism monochrometer, a photoelectric photometer, and a graphical recorder. The features of the construction and advantages of the design are outlined. A discussion of its application in fields of industrial control, color specification, analysis, and research is given. Illustrated. L.E.T.

**Portable gas-analysis recorders.** Permutit Co. *Instruments*, 10 [1] 7 (1937).—New portable "Ranarex" gas analyzers employing the specific-weight principle may be operated on lighting circuits or standard 6-volt automobile batteries. These instruments may be used for determining the carbon dioxide content of boiler flue gases or furnace atmospheres, air-fuel ratio of internal-combustion engine exhaust gases, and specific gravity of manufactured or natural gases. In the model for internal-combustion engines a pressure and vacuum gage is built into the apparatus. R.W.R.

**Preparation of ceramic raw materials with a Granigg auger separator.** Gäbler. *Ber. Deut. Keram. Ges.*, 16 [8] 420–31 (1935).—G. describes the Granigg separator, in which the auger is magnetized and serves to remove the iron and iron-bearing minerals from the raw material being ground. Specific instances of its application in actual practice, *e.g.*, in the separation of feldspar from granite, are given. Illustrated. E.J.V.

**Preparation of kaolin, chalk, etc., by centrifuging.** H. Maebl. *Ber. Deut. Keram. Ges.*, 16 [5] 240–43 (1935).—M. discusses the use of the centrifuge for separating kaolin from its associated minerals due to the difference in specific gravity of the various materials. He discusses the principle of the process in detail, using different makes of centrifuges for illustrating the various points. E.J.V.

**Pressure losses for fluid flow in curved pipes.** Garbis H. Keulegan and K. Hilding Beij. *Jour. Research Nat. Bur. Standards*, 18 [1] 89–114 (1937); R.P.965. Price 10¢.—Results are given of a study of the flow of water in smooth-walled, large-radius pipes for the viscous and turbulent régimes over a range of Reynolds numbers from 500 to 60,000. The discussion is based on data obtained with 3/4-in. brass tubing. R.A.H.

**Simple method of obtaining fine hair lines for use with telescope or microscope.** J. R. Haynes. *Rev. Sci. Instruments*, 7 [3] 156 (1936).—Fine straight fibers for use as hair lines or scale markings in a telescope or microscope may be easily obtained by drawing a small globule of rubber cement at the point of a pin. If permanence is desired, the fibers should be reinforced with glass. This is done by selecting the endpoints on a glass plate so that the fibers will lie wholly on the surface of the glass. The hair lines may be erased from the glass by means of a bit of cotton moistened in carbon tetrachloride. H.E.S.

**Standard tables for chromel-alumel thermocouples.** W. F. Roeser, A. I. Dahl, and G. J. Gowens. *Jour. Research Nat. Bur. Standards*, 14 [3] 239–46 (1935); R.P.767. Price 5¢.—Tables have been prepared giving the thermal e.m.f. of chromel P *vs.* alumel, chromel P *vs.* platinum, and alumel *vs.* platinum at various temperatures in the range −310 to 2500°F. The values in the range 0 to 2500°F are based on the calibration of 15 representative No. 8 gage chromel-alumel thermocouples selected after preliminary tests on 50 heats of each alloy made by the method regularly used. The tables give the temperature-e.m.f. relation of the thermocouples now manufactured as closely as the wires can be reproduced at the present time. The guarantee limits have been fixed by the manufacturer at ±5°F in the range 0 to 660°F and ±3/4% in the range 660 to 2300°F. The methods used in calibrating the thermocouples in the various temperature ranges are briefly described. R.A.H.

**Theory of drying.** Otto Th. Koritnig. *Deut. Wollen-Gewerbe*, 66, 505–507 (1934); *Chem. Abs.*, 29, 7704 (1935).—Factors involved in all cases of industrial drying which influence the amount of heat necessary for the drying chamber are (1) total heat of the saturated steam, (2) raising the saturated steam to the temperature of the heating gases, (3) amount of heat required to heat the material, (4) amount of heat necessary to raise the drying chamber and walls to the drying temperature, and (5) amount of heat which must be added to compensate for nonpreventable losses due to conduction, radiation, convection, and waste gases. For all technical heat calculations of air-drying installations it is necessary to take the physical laws for moist air as the basis, with the specific heats of air and steam constant. The warm air can pass through the drying room either naturally or by means of an exhaust or a blower. The warm-air velocity and drying time must be carefully determined. For economic reasons it is also advisable to measure daily the steam consumption and to compare it with the water converted into steam.

**Thermal expansion of cemented tungsten carbide.** Peter Hidnert. *Jour. Research Nat. Bur. Standards*, 18 [1] 47–52 (1937); R.P.960. Price 5¢.—H. gives data on the linear thermal expansion of tungsten carbide mixtures containing about 6 to 13% of cobalt. These products are known as Carboloy in the U. S. The average coefficient of expansion of cemented tungsten carbide containing 5.9% of cobalt increases from $4.4 \times 10^{-6}$ for the range between 20 and 60°C to $5.9 \times 10^{-6}$ for the range between 300 and 400°C. The average coefficients of expansion for samples containing from 12.9 to 13.2% of cobalt increase from $5.0 \times 10^{-6}$ for the range between 20 and 60°C to $6.7 \times 10^{-6}$ for the range between 300 and 400°C. The rates increase linearly with temperature. R.A.H.

**Thermionic relay circuit for a.-c. or d.-c. supply for use with a thermoregulator.** P. L. Temple. *Jour. Sci. Instruments*, 13 [12] 414–15 (1936).—An improved form of vacuum tube relay is described for control of a thermoregulator or any other type of switch which passes only a very small current. Illustrated. J.L.G.

**Time-cycle controllers and metallic mercury switches.** Electric Switch Corp. *Instruments*, 10 [1] 5 (1937).—For controlling machine operations electrically by means of solenoids and magnets in definite timing sequence, two general types of time-cycle controllers using new metallic mercury switches have been designed. The controller operates one or two circuits at the rate of 15, 30, 45, or 60 makes and breaks per min. by means of a shaded pole a.-c. (or universal) motor operating a cam and rocker arm. The quickly operating metallic mercury switches are described. These operate on tipping through an angle of approximately 10° from the horizontal and are supplied in 5-, 10-, and 15-ampere capacities and in various types. R.W.R.

**True and apparent impact strength.** Otto Bartsch. *Ber. Deut. Keram. Ges.*, 17 [6] 281–95 (1936).—Impact strength values obtained by the usual methods can not be taken as a measure of the true resistance to impact since they contain, in addition to the energy required to break the test piece, a certain proportion of kinetic energy which is shown in the force with which the fragments of the specimen are thrown forward. The true impact strength is the amount of energy required to break the specimen only. A method for determining this directly is described. With fireclay bodies the true impact strength is only 25 to 40% of the apparent impact strength. It is possible to calculate the true impact strength from the apparent impact strength values. The proportion of residual kinetic energy produced in determining the apparent impact strength by the usual methods depends mainly on the weight and partly on the shape of the test piece. It is therefore suggested that when reporting the impact strength values, the weight and shape of the test specimen should be clearly stated. E.J.V.

**Viscosimeter for ceramics.** Neumann. *Ber. Deut. Keram. Ges.*, 16 [8] 431–33 (1935).—A modified viscosimeter with an inverted cone-shaped bottom is described, and the method of using it is explained. Its operation is said to be more simple than that of instruments in common usage. Illustrated. E.J.V.

BULLETINS

**Mining and grinding methods and costs at the Dennison Sewer Pipe Co. clay mine, Dennison, Ohio.** E. J. Lintner. *U. S. Bur. Mines Information Circ.*, No. 6921, 16 pp. Free. R.A.H.

**Mining and grinding methods and costs at the Evans Pipe Co. clay mine, Uhrichsville, Ohio.** E. J. Lintner. *U. S. Bur. Mines Information Circ.*, No. 6929, 18 pp. Free. Clay mining, crushing, and grinding methods at typical operations in Tuscarawas County, Ohio, a clay center, are described. R.A.H.

**Suggested methods for the reduction of mine accidents from the viewpoint of the safety engineer.** E. H. Denny. *U. S. Bur. Mines Information Circ.*, No. 6925, 6 pp. Free. D. summarizes various features of mine safety for the conscientious mine safety engineer. R.A.H.

**De-airing machines.** Anon. *Fate-Root-Heath Co. Bull.*, No. 14; abstracted in *Ceram. Age*, 27 [6] 178 (1936).—Characteristics of units and features of operation are given for de-airing equipment in the heavy clay products industry, including brick and building tile. F.G.H.

**Vacuum pottery pug mills.** Anon. *Fate-Root-Heath Co. Bull.*, No. 15; abstracted in *Ceram. Age*, 27 [6] 178 (1936).—Vacuum pottery pug mills of different types and sizes, with information regarding capacity, operation, and features, are described. F.G.H.

PATENTS

**Apparatus for applying color or glaze to tile.** W. Boulton, Ltd., and H. H. Hall. Brit. 458,577, Jan. 7, 1937 (June 15, 1935).

**Apparatus for producing brick closed on five sides.** P. Kohn. Brit. 457,228, Dec. 9, 1936 (Oct. 12, 1935).

**Apparatus for separating materials.** C. A. Wendell. U. S. 2,068,783, Jan. 26, 1937 (Sept. 29, 1932).—The separating apparatus comprises an inclined material-separating screen maintained under tension, means for imparting low-amplitude high-frequency vibrations to the screen, means providing a plurality of separate compartments above the screen, and respective masses of filter particles in the compartments.

**Clay-cutting device.** Ernst Frey. U. S. 2,069,948, Feb. 9, 1937 (March 7, 1935). An automatic clay-cutting device comprises, in combination, clay-feeding means, a carriage, a plurality of cutters arranged for reciprocation at substantially right angles to the carriage, and automatically operative means for angularly displacing part of the cutters between two cutting operations in the direction of feed.

**Conditioning of freshly quarried clay.** Bird Machine Co. Brit. 459,778, Jan. 27, 1937 (Jan. 18, 1935).

**Crushing machine.** O. C. Gruender (Nordberg Mfg. Co.). U. S. 2,070,270, Feb. 9, 1937 (Dec. 12, 1932). A gyratory crusher includes a crushing head, means for imparting a gyratory movement thereto, and a crushing bowl surrounding the head.

**Extrusion of moist, plastic bodies.** Bird Machine Co. Brit. 459,777, Jan. 27, 1937 (Nov. 28, 1934).

**Machine for making brick, tile, etc.** W. Johnson & Sons (Leeds), Ltd., A. Bonfield, and E. A. Mann. Brit. 458,107, Dec. 23, 1936 (June 13, 1935).

**Machine for shearing blocks from an extruded column of plastic material.** Ernst Frey. U. S. 2,069,947, Feb. 9, 1937 (March 7, 1935). An automatic machine for shearing blocks from a column of clay is described.

**Method and apparatus for producing porous lightweight aggregate from liquid slag.** E. B. Bjorkman. Brit. 457,707, Dec. 16, 1936 (May 3, 1935).

**Method of coating surfaces.** H. V. Schweitzer and D. A. Cable (United States Quarry Tile Co.). U. S. 2,068,892, Jan. 26, 1937 (June 6, 1932). The method of applying fusible glazes, enamels, and similar coatings to earthenware, tile, metal, and other nonabsorbent materials consists in spraying a mixture of liquid and the fusible matter on the surface of the nonabsorbent material and directing a hot gaseous stream toward and intersecting the stream of the sprayed mixture after it has been sprayed but prior to its impingement on the surface to alter the consistency of the mixture, thereby to effect adherence of the mixture to the surface without further flow thereof.

**Method and means of collecting dust from an air current.** R. F. Knersley (American Floor Surfacing Machine Co.). U. S. 2,068,332, Jan. 19, 1937 (June 24, 1936).

**Production of foamed slag from liquid slag.** E. B. Bjorkman. Brit. 457,774, Dec. 16, 1936 (June 4, 1935).

**Purification of natural deposits.** R. W. Flinn. U. S. 2,070,161, Feb. 9, 1937 (Jan. 21, 1935). The method of purifying natural deposits in finely divided form in an oven comprises passing the material continuously through the oven, passing a continuous stream of chlorine gas through the oven, agitating the material during passage through the oven to obtain intimate mixture of gas and material particles, applying a heat gradient to the streams through the oven whereby different combinations of the gas and impurities in the oven will occur in different locations within the oven, and separately removing the different combinations.

## Kilns, Furnaces, Fuels, and Combustion

**Anthracite for firing ceramic ware.** Yu. Yu. Brunsh. *Keram. & Steklo*, 12 [10] 22–25 (1936).—Directions for firing anthracite in ceramic furnaces are given. M.V.C.

**Experience with combustion control.** T. E. Crossan and A. J. Matheriene, Jr. *Combustion*, 8 [1] 35–38 (1936).—The authors describe the combustion-control system installed to operate on natural gas and give operat-

ing experiences when the fuel averages 70% natural gas and the remainder petroleum coke breeze and acid sludge. Fuel oil is used when the natural gas supply is interrupted. H.R.S.

**Firing and cooling of yellow iron-stained clinker from a carbonaceous clay, and the changes in porosities and color occurring during the process.** E. TUSCHHOFF. *Ber. Deut. Keram. Ges.*, **17** [7] 333–53 (1936).—The raw material used in this investigation is found in Höganäs, Sweden. Due to its carbon content of 1 to 2%, a special firing schedule is necessary. Firing curves followed in a gas-fired chamber kiln are reproduced. By using the draw trial method and examining the specimens for porosity, the changes taking place in the body were followed through the entire firing treatment. To attain a desired color, a definite cooling time must be maintained in the range of 1300 to 1000°. The various effects caused by the iron in the clay, according to the different firing treatments, are described. Illustrated. R.J.V.

**Fuel meter for furnace combustion control.** S. F. BOWSER & CO. *Instruments*, **10** [1] 3 (1937).—A new furnace combustion control for heavy oils and tars uses a new Bowser "Registering Measure" for high-temperature service (50 to 250°F). This fluid meter is equipped with a 6-digit cyclometer for quantity metering and also drives a tachometric d.-c. generator. The $^3/_4$-in. size is recommended for flows not exceeding 8 to 10 gal./min, and not less than 1 gal./min. Viscosity limits for metered fuels are 400 to 10,000 sec. Saybolt Universal. A steam jacket is available. Flow-rate indicators and recorders are standardized electric tachometric units calibrated in g.p.m. when operating from a standard generator. R.W.R.

**Fuel technology.** ANON. *Trade & Eng.*, **40** [875] xii (1937).—The newest methods for producing liquid fuel, colloidal fuel, and motor spirit from coal are given with notes on trends in the treatment of coal for these purposes. A.B.S.

**Heat transfer in electric furnaces.** E. G. FIEGEHEN. *Engineer*, **156**, pp. 377–79 (Oct. 20, 1933); abstracted in *Jour. Iron & Steel Inst.* [London], **129** [1] 519 (1934).—F. discusses the approximate distribution of heat in electric resistor-type furnaces used for the annealing and heat treatment of steel castings. Such furnaces are generally run at about 1750°F, the maximum temperature desired in the castings being about 1650°F. The average oil-fired annealing furnace, without recuperation, has an overall efficiency of approximately 25% only, and of the total heat input about 50% escapes to the stack. As a result of the low efficiency, only 12 to 13% of the whole heat supplied goes to heat up the brickwork, and its rate of transfer becomes of minor importance. In the electric furnace there is no stack and the loss of heat in escaping gases is relatively small; consequently a much larger proportion of the heat input is absorbed by the brickwork.

**Hydrogenation.** F. S. SINNATT, J. G. KING, AND ANGUS MACFARLANE. *Ind. Eng. Chem.*, **29** [2] 133–40 (1937).—In 1923, experimental work on hydrogenation was started to ascertain whether British bituminous coals could be readily converted to gasoline. After a study of catalysts, an experimental plant of one ton per day capacity was constructed. The construction and operation of the semitechnical-scale tar hydrogenation plant now in use is described together with analyses of the raw and treated tars. Temperature conditions in the catalyst chamber and means for dissipating the heat of reaction are discussed. Illustrated. F.G.H.

**Mechanism of combustion of carbon particles under atmospheric pressure.** V. I. BLINOV. *Izvest. Vsesoyuz. Teplotekh. Inst.*, No. 7, pp. 8–17 (1934); *Chem. Abs.*, **29**, 4549 (1935).—The weight of a small graphite ball suspended in a furnace was checked at varying temperatures by means of a microbalance. At 700° the ball became heated up to the furnace temperature without changing its weight; above this temperature the weight began to decrease gradually. The weight decreased rapidly at 740 to 760°; this decrease was accompanied by a blue flame. The flame disappeared after a time and the temperature remained stationary during the combustion. Details of the experimental conditions are given and the results are calculated. 20 references.

**Oxidation of anthracite; liberation of carbon monoxide and its relation to ignition temperature.** G. S. SCOTT AND G. W. JONES. *Ind. Eng. Chem.*, **29** [1] 106–108 (1937).—A method and apparatus are described for obtaining the relative rates of liberation of carbon monoxide from carbonaceous substances during heating and for determining the ignition temperatures at the same time. The tests were designed primarily to identify quickly the most readily ignitible coals or other materials found in an anthracite mine. Special emphasis is placed on the rate at which carbon monoxide was liberated when the carbonaceous materials were heated at a constant rate in the presence of air. The initial temperature and rate at which carbon monoxide is liberated may have a direct or indirect relation to the tendency of carbonaceous materials to heat spontaneously. Illustrated. F.G.H.

**Possibility of calculating the heating value of a fuel from elementary analyses.** TORSTEN WIDELL. *Iva*, pp. 57–64 (1935); *Chem. Abs.*, **29**, 6391 (1935).—Results obtained by the various known equations for calculating heating values from elementary analyses are compared graphically. Exact determination is impossible. There are wide divergencies.

**Sludge in heavy grades of fuel oil.** ANON. *Glass Ind.*, **17** [11] 377–78 (1936).—In adopting heavy grades of fuel oil for heating glass tanks, new operating difficulties have arisen, chiefly from the deposition of carbon or carbonaceous material formed when oils are subjected to excessive cracking. During storage the suspended particles flocculate and the sludge tends to settle out. This clogs feed lines and burners and causes difficulty in maintaining even combustion. Cracked residues also have high ash content. Sludge content and tendencies to form sludge should be checked before oil is purchased and before changing over from light oil to the Bunker "C" type. Methods of determining sludge are given. Particles of sludge falling on the glass give rise to blisters and seedy glass due to their slow oxidation. The high iron content of the ash often causes off-color glass in furnaces using cracked residue oils. A gravity settling system and filtration of the oil help to remove sludge, but the most practical and economical sludge-removing method is by use of the centrifuge. R.J.V.

BULLETIN

**Carbonizing properties and petrographic composition of Clintwood bed coal from Buchanan mines Nos. 1 and 2, Buchanan County, Va.** A. C. FIELDNER, J. D. DAVIS, R. THIESSEN, W. A. SELVIG, D. A. REYNOLDS, F. W. JUNG, AND G. C. SPRUNK. *U. S. Bur. Mines. Tech. Paper*, No. 570, 34 pp. Price 10¢. This is the 12th of a series of papers covering a survey of gas-, coke-, and by-product making properties of American coals being conducted by the Bureau in coöperation with the American Gas Assn. The yield and quality are given for products obtained at carbonizing temperatures of 500°, 600°, and 700°C, using a retort 13 in. in diameter, and at 800°, 900°, and 1000°C, using a retort 18 in. in diameter. Results of chemical, physical, and petrographic studies of the coal are also given. **Pittsburgh bed coal from Pittsburgh Terminal No. 9 mine, Washington County, Pa.** *Ibid.*, No. 571, 33 pp. Price 10¢. The yield and quality is given of products obtained at carbonizing temperatures of 500°, 600°, and 700°C, using charges of 85 lb., and at 800°, 900°, and 1000°C, using charges of 185 lb. Results of chemical, physical, and petrographic studies of the coal are also given. R.A.HEINDL

PATENT

**Electric furnace muffle construction.** T. H. FORZE (Diascope Corp., Ltd.). U. S. 2,002,241, May 21, 1935 (Oct. 30, 1931).

## Geology

**Accelerated weathering of feldspars.** F. H. NORTON. *Amer. Mineralogist*, **22** [1] 1–14 (1937).—A reaction chamber for carrying on the accelerated alteration of feldspars under constant temperature conditions has been developed. The reaction simulates natural conditions because fresh liquid is constantly supplied to the sample, and the soluble reaction products are constantly removed. Orthoclase was changed to sericite and anorthite to pyrophyllite under the particular conditions of the test, water and carbon dioxide being used as solution materials. The maximum temperature limits for these reactions were tentatively established as 350°C for orthoclase and 300°C for anorthite. Albite has been partially decomposed, but the end products have not been identified as yet. F.J.Z.

**Adsorption complex of mineral soils.** D. J. HISSINK, JAC. VAN DER SPEK, AND S. B. HOOGHOUDT. *Trans. Internat. Congr. Soil Sci., 3rd Congress, Oxford, 1935*, **1**, 82–84; *Chem. Abs.*, **29**, 7545 (1935).—Four clay soils were worked up as for mechanical analysis by the international method ($H_2O_2$–HCl–$NH_4OH$ + NaOH) and decanted with Atterberg cylinders to secure the fractions (*a*) 10 cm., 8 hr., less than 2μ; (*b*) 10 cm., 30 min., 2 to 8μ; (*c*) 10 cm., 7.5 min., 8 to 16μ; the residue was sieved to secure (*d*) 16 to 43μ. Suspensions of these fractions were electrodialyzed to remove all bases; it is noted that to prevent decomposition of the alumino-silicate complex during dialysis, humus must be absent. The dialyzed fractions were analyzed by $Na_2CO_3$ fusion and further examined by van Bemmelen's procedure for weathering silicates, (1) removed by 25% HCl followed by NaOH treatment and (2) removed from the residue by boiling with $H_2SO_4$ followed by NaOH treatment. Hissink's $T - S$ value was also determined from $Ba(OH)_2$ absorption; since $S = 0$, this gave $T$ directly. In (1), $x$ in the molecular ratio $Al_2O_3{\cdot}xSiO_2{\cdot}yH_2O$ decreased with increasing particle size; $y$ tended to decrease but was sometimes at a maximum in a coarser fraction. (*a*) contained around 90% of (1), (*b*) 6.9% maximum, (*c*) 2.8% maximum, and (*d*) 4.5% maximum. There was a striking parallelism between percentage of (1) in the fractions and $T$ values per 100 g., whence it is concluded that (1) dominates adsorption capacity. Similar experiments on kaolin and ground quartz fractionated to less than 2μ and electrodialyzed showed small values for $T$, proving that the adsorptive property is not dependent upon particle size alone but on specific chemical properties. The $T$ value of (1) from (*a*) fractions was 1.35 to 1.24 mg. equivalent /g., but lower values, down to 0.75, were obtained for other fractions. (1) of (*a*) is believed to be a Mg K Al silicate; (*b*), (*c*), and (*d*) are largely quartz. Determinations by the glass and quinhydrone electrodes showed that (*a*) was invariably very acid, $p_H$ 2.6 to 3.7 in 1:2.5 $H_2O$ suspension. Ultrafiltrates of these suspensions were approximately neutral, with one exception, $p_H$ 2.4; the addition of (*a*) to ultrafiltrate produced low $p_H$ values, indicating activity of solid particles as a souce of $H^+$. Further investigations are outlined.

**Adsorption of liquids by clays.** E. W. RUSSELL. *Trans. Internat. Congr. Soil Sci., 3rd Congress, Oxford, 1935*, **1**, 48–50; *Chem. Abs.*, **29**, 7551 (1935).—The factors on which the apparent density of clay in different liquids depends are analyzed. Clays are indicated to absorb nonpolar liquids weakly or not at all; the adsorption of polar liquids is due to the orientation of electric dipoles in their molecules in the electrostatic fields around exchangeable ions held by the clay and around the negative charges on the latter.

**Applicability of alkaline permanganate for oxidation of organic matter in soils for mechanical analysis.** J. N. CHAKRABORTY. *Soil Sci.*, **42** [4] 261–66 (1936).—A method of mechanical analysis using alkaline permanganate for oxidation of organic matter yields comparable results with the International-*A* method in the case of various Indian soils, *e.g.*, ordinary arable, forest, gypseous, peat, and lateritic soils. Thus the method appears to be a general one for mechanical analysis of soils. It is particularly suitable for soils rich in organic matter and is recommended for use in the tropics where hydrogen peroxide is not stable. Alkaline permanganate requires only a short time for oxidation of organic matter. Soils containing gypsum should be passed through a 70-mesh sieve after oxidation with alkaline permanganate and before addition of hydrochloric acid. 6 references. G.R.S.

**Associative and antagonistic effects of microörganisms: I, Historical review of antagonistic relationships.** SELMAN A. WAKSMAN. *Soil Sci.*, **43** [1] 51–68 (1936).—A survey of the literature on the antagonistic relationships of microorganisms, with special reference to those that make up the

complex soil population, reveals certain important pertinent facts which are summarized as follows: Numerous organisms bring about injurious or destructive effects upon themselves or upon other soil organisms. In some cases, the injurious effect may be due to competition for nutrients; in other cases it is due to a change in the environmental conditions of the substrate, especially oxidation-reduction potential and reaction. More frequently it is due to the formation of substances which exert a definite toxic effect. The production of these toxic substances is greatly influenced by the reaction, temperature, and aëration of the substrate as well as the presence of other organisms. 107 references. **II, Antagonistic effects of microörganisms grown on artificial substrates.** SELMAN A. WAKSMAN AND J. W. FOSTER. *Ibid.*, pp. 69–76.—Different soil organisms found among the fungi, Actinomyces, and bacteria are capable of producing, when grown on synthetic media, substances which are antagonistic to the growth of other soil organisms. A detailed study was made of the antagonistic effect of one species of Actinomyces upon a variety of fungi, bacteria, and other Actinomyces. The inhibiting effect produced by this organism was shown not to be due to exhaustion of nutrients or to unfavorable changes in reaction, but to be specific in nature. The maximum production of the antagonistic substance took place in the cultures of the Actinomyces 7 to 18 days old. The substance was then gradually destroyed. Aëration and heat brought about rapid destruction of this substance. **III, Associative and antagonistic relationships in the decomposition of plant residues.** SELMAN A. WAKSMAN AND IMRI J. HUTCHINGS. *Ibid.*, pp. 77–92.—A study was made of the associative growth of the different fungi, Actinomyces, and bacteria upon different plant material and the resultant decomposition of the latter. It was found that the presence of one organism may modify considerably the growth of another. Different fungi were found to vary considerably in their ability to attack the various chemical constituents of plant residues and to exert varying influences upon the activities of other organisms as well as of the soil population as a whole. 13 references. G.R.S.

**Bauxitic clay of Najdziszów and the halloysite of Mierzecice, north of the Dabrowa basin, Poland.** JAN KUHL. *Arch. Minéral. Soc. Sci. Varsovie*, **9**, 105–15 (in French 114–15) (1933); *Chem. Abs.*, **29**, 7879 (1935).—The clays of Najdziszów, density 2.42, are of the bauxitic type and contain limonite, sericite, quartz, chalcedony, rutile, $Al_2O_3{\cdot}3H_2O$, and halloysite. Their composition is $SiO_2$ 34.69, $TiO_2$ 0, $Al_2O_3$ 42.03, $Fe_2O_3$ 0.27, CaO 0.16, MgO 0.15, $Na_2O$, $K_2O$ traces, and $H_2O$ (total) 22.84%. The clays of Mierzecice are of the halloysite type and contain sericite, quartz, chalcedony, limonite, rutile, and halloysite. Their composition is $SiO_2$ 40.42, $TiO_2$ 0.19, $Al_2O_3$ 34.07, $Fe_2O_3$ 0.63, CaO 0.62, MgO 0.32, $Na_2O$ 0, $K_2O$ 0.03, and $H_2O$ (total) 23.70%. Both clays are suitable for the production of fire-resistant clinker and cement and, owing to the readiness of separation of $Al(OH)_3$ with hot HCl, for the production of metallic Al.

**Behavior of polyvalent cations in base exchange.** J. E. GIESEKING AND HANS JENNY. *Soil Sci.*, **42** [4] 273–80 (1936).—A study was made to ascertain the rôle of monovalent and polyvalent cations in base-exchange reactions with Putnam clay. Although the behavior of the ions is irregular, it appears that the electric charges and the sizes of the ions are two of the major factors which determine the position of an ion in the adsorption and release series. G.R.S.

**Binding forces between clay particles in a soil crumb.** E. W. RUSSELL. *Trans. Internat. Congr. Soil Sci., 3rd Congress, Oxford, 1935*, **1**, 26–29; *Chem. Abs.*, **29**, 7551 (1935).—The hypothesis is advanced that clay particles are held together in a soil crumb by oriented molecules of a polar liquid; it is supported by experiments with various liquids as dispersion media. Only polar liquids produce hard crumbs. Exchangeable cations serve as the connection between clay particles in crumbs, linking the latter through their negative charges. The cation must also be small; large molecules of certain organic bases of high molecular weight produce only soft crumbs. See *Ceram. Abs.*, **14** [5] 124 (1935).

**Centrifuged and elutriated kaolin.** LAUBENHEIMER AND R. WAGNER. *Sprechsaal*, **69** [39] 563–64 (1936).—Comparison tests were made on samples of washed and centrifuged kaolins. The advantages of the Hertzsch centrifuge (Krupp-Grusonwerk, Magdeburg) over elutriating and its operation are explained. M.V.C.

**Ceramic investigations of concentrated Chasov-Yar low-grade clays ("balyki").** A. I. KRAMARENKO AND SKIRINA. *Ogneupory*, **3** [5] 387–92 (1935).—A material with the same alumina content as the high-grade clays of this deposit and with a higher plasticity is obtained by concentration. P.B. & E.S.

**Chemical and physical changes in soil colloids with advancing development in Illinois soils.** R. H. BRAY. *Soil Sci.*, **43** [1] 1–14 (1936).—The study includes five profiles varying in profile development and weathered condition. Development took place under a humid temperate climate now characterized by warm summers and cold winters and by a rainfall of 36 to 40 in. The study of the physical changes of the colloids with advancing development was confined to the amount and distribution of the coarse, fine, and superfine size fractions. The development of horizons I and II is due to the formation and movement of very fine colloidal silicates (the beidellite-type materials). The chemical alteration of one mineral to form another need not necessarily involve a change in size of the altered particle. There is the possibility that the product formed by the alteration is more readily broken than the mineral being altered. Physical weathering of the colloid would, in such a case, effect a partial size separation of the altered from the unaltered forms. Subsequent fractionation of the whole colloid would then effect a separation, and the resulting size fractions would vary correspondingly in composition, compared with their composition before physical weathering occurred. The general tendency is for the $K_2O$, MgO, and $Fe_2O_3$ to decrease with advancing development and the $SiO_2$-$R_2O_3$ ratio to increase, in the case of coarse colloids. The $K_2O$ values are greatly reduced in the superfine fractions, while the MgO values are only slightly lower. The trend with respect to maturity, however, is the same for $K_2O$, MgO, and base-exchange capacity as that found in the coarse colloid. Iron, organic matter, and water are decidedly higher in corresponding superfine fractions. In contrast to the coarse colloid, the

$SiO_2$-$R_2O_3$ ratios decrease with advancing maturity. Data for the fine colloids are not included but are more nearly similar to the superfine values than to the coarse colloid values. G.R.S.

**Clays of Landes.** R.-S. GREGOV. *Argile*, No. 165, p. 19 (1936).—The sources of the clays used for the manufacture of brick and tile in the department of Landes, France, are discussed briefly. M.V.C.

**Common orientation and a classification for crystals based upon a marcasite-like packing.** M. J. BUERGER. *Amer. Mineralogist*, **22** [1] 48–56 (1937). F.J.Z.

**Constitution of zeolite.** L. PASSERINI. *Gazz. Chim. Ital.*, **65** [6] 534–42 (1936).—Six types of zeolite were investigated: analcime ($Na_2O{\cdot}Al_2O_3{\cdot}4SiO_2{\cdot}2H_2O$), natrolite ($Na_2Al_2Si_3O_{10}{\cdot}2H_2O$), heulandite ($H_4CaAl_2(SiO_3)_6{\cdot}3H_2O$), stilbite ($H_4(Na_2,Ca)Al_2Si_6O_{18}{\cdot}4H_2O$), chabazite ($((Ca,Na_2)$-$Al_2Si_4O_{12}{\cdot}6H_2O$), and scolecite ($CaAl_2Si_3O_{10}{\cdot}3H_2O$). The absorption spectra of the crystal water of the first five were found to be the same as for pure water, but for scolecite this was found true only for long wave-length. M.H.

**Crystal lattice and twin crystals of leucite.** J. WYART. *Compt. Rend.*, **203** [19] 938–39 (1936).—The diffraction properties of leucite, $KAlSi_2O_6$, were determined. M.H.

**Dispersion of soil for mechanical analysis by sodium carbonate or sodium oxalate treatment.** A. N. PURI. *Soil Sci.*, **42** [4] 267–72 (1936).—The proposed method consists in the estimation of exchangeable Ca and free acidoid, sodium carbonate or oxalate equivalent to the former and sodium hydroxide equivalent to the latter being subsequently added; the soil suspension is shaken overnight. To attain maximum dispersion, soils rich in organic matter require boiling with $H_2O_2$ or ammonium carbonate in addition to the foregoing treatment. See "Ammonium-carbonate—" *Ceram. Abs.*, **14** [7] 171 (1935). G.R.S.

**Effect of phosphates on the cation-exchange capacity of certain soils.** A. L. PRINCE AND S. J. TOTH. *Soil Sci.*, **42** [4] 281–90 (1936).—The exchangeable calcium, magnesium, potassium, and sodium showed no significant differences in relation to the amount of added phosphates. G.R.S.

**Essential constituent of the "flint clay" of Normandy.** B. BRAJNIKOV. *Compt. Rend.*, **202** [19] 1595–97 (1936).—The varying character of this flint clay was found to be due to its content of phyllite which in this case is a beidellite without silicon, belonging to the series beidellite-nontronite in which $Al_2O_3$ preponderates over $Fe_2O_3$. M.H.

**Formation of structure in soil: I, Structure of soil colloids.** D. I. SIDERI. *Soil Sci.*, **42** [5] 381–93 (1936).—The existence of aggregate phases in soil colloids alters essentially our conceptions regarding their behavior. The electric properties of colloid particles, when they agglomerate into groups, are radically changed as a result of the shrinking of the ion envelope. The properties determined by the nature of the absorbed cations are levelled out in the associated groups. The possibility of spontaneous coagulation, explained by the prevalence of the forces of molecular attraction over those of electrostatic repulsion, is demonstrated. 38 references. **II, Synthesis of aggregates. Bonds uniting clay with sand and clay with humus.** *Ibid.*, [6] 461–81.—The former conception that the particles forming the soil structural aggregate are held together by the tension of the water film is supplemented by the finding that the surface film creates a definite orientation of the particles in relation to one another. The tenacity of the bond between the separate parts of the soil structural aggregate can not be explained by the presence of absorbed Ca. The explanation of the tenacity of this bond lies in the stability of the group arrangement of the particles. The most stable arrangement of particles is the homogeneous one. The formation of nonhomogeneous aggregates in soil-sand-clay and clay-humus may be explained by the same laws which have been found to exist for mineral intergrowths. The impossibility of completely separating soil into its elementary parts is corroborated. In connection with the theory developed, it becomes necessary to revise the theory of soil texture. The subdivision of soil into stable and unstable groupings of particles appears to be more expedient. The influence of external conditions (vegetation, microörganisms, tillage, pressure, freezing, etc.) on the formation of structure can be explained by the swarm theory. 40 references. **III, Mechanism of the swelling of soil.** *Ibid.*, **43** [1] 43–50 (1936).—Water absorption and swelling of soil are determined by the structure of the surface layer of oriented particles. Particular importance is attached, in the case of unstable groupings, to the compactness of the particles at the interface, solid phase-air. Mechanical damaging of the surface layer leads to disintegration. From the viewpoint of the new conceptions concerning soil structure, it becomes necessary to revise the theory of soil morphology. There is no other field in which the internal relation between the shape of the molecule and the crystal would appear with such clearness as in the mesomorphous state. G.R.S.

**Geochemistry of natural glasses.** A. YA. MIKEI. *Trudy Vsesoyuz. Mendeleev. S'ezda, 1932*, **2** [1] 451–56 (1935); *Chem. Abs.*, **29**, 7882 (1935).—Results of investigations of the Ukrainian Institute of Physical Chemistry on obsidians and pumices in Caucasia are given. Chemical analyses, determinations of specific gravity, and microscopic study of several samples have been made. The causes of the high $SiO_2$ of obsidian, as compared with pumice, and of hypergenesis were also investigated.

**Gravitational compaction of clays and shales.** HOLLIS D. HEDBERG. *Amer. Jour. Sci.*, **31**, 241–87 (1936).—A review of the literature on gravitational compaction shows that speculation has gone far ahead of actual data. New data derived from a study of core samples of undisturbed Tertiary strata in Venezuela are presented. The initial porosity of clay or mud ranges from 70% to more than 90% but under a pressure of 400 to 500 lb./sq. in. the porosity is reduced to 35%. The data obtained from the well samples cover the pressure range 500 to 8000 lb./sq. in. The rate of decrease in porosity diminishes with increasing pressure. At 8000 lb./sq. in. it is still 8 or 9%. Marked changes in the porosity gradient are observed at 800 lb./sq. in. (30 to 35% porosity) and at 6000 lb./sq. in. (10%), and these are believed to reflect changes in the process of compaction, which is divided into four stages. (*A*) The initial volume of a fine-grained sediment is dependent chiefly on the volume of the adsorbed film of

water surrounding the particles and on the force of attraction between particles. This last factor is conditioned largely by the presence or absence of electrical charges due to selective adsorption and it controls the original density and looseness of structure to a large extent. The initial stage of compaction is chiefly a gravitational rearrangement of the mode of packing and the expulsion of most of the free water. These changes result from the collapse of the original unstable structure under the increased pressure. (*B*) The second stage is a further dewatering and covers that part of the process between the attainment of a stable mechanical arrangement and the condition in which particles begin to come into actual contact, *i.e.*, until true cohesion sets in. (*C*) The third stage is the complete removal of adsorbed water at the intergranular contacts which takes place at about 30 to 35% porosity. Further reduction in volume occurs only with mechanical deformation such as bending, crushing, or granulation. Recrystallization begins in this stage and the elasticity of the material decreases rapidly. (*D*) The last stage is the slow molecular and chemical readjustment under the high pressures. It starts at a porosity of about 10%. In order to reduce this porosity the pore spaces must be filled by new crystals appearing on the recrystallization. J.B.A.

**Identification of the clay substance in soil by X-ray investigations.** A. Jacob, U. Hofmann, and H. Loofmann. *Trans. Internat. Congr. Soil Sci., 3rd Congress, Oxford, 1935*, **1**, 85–88; *Chem. Abs.*, **29**, 7550 (1935).—The authors review and outline procedures and results obtained in the examination of 11 samples from Europe and 10 samples of tropical soils. The clay minerals montmorillonite and kaolinite were identified in clay suspensions less than 2μ, and impurities such as quartz as well, but the presence of halloysite was not proved. Some of the tropical soils contained kaolinite without montmorillonite. The latter is relatively resistant to chemical attack and is believed to be the crystalline clay mineral most concerned in base-exchange reactions, as many of the remaining soils contained little or no kaolinite. Quantitative studies indicated that in some cases an important part of the exchange capacity was in a fraction greater than 2μ.

**Index of texture and classification of Philippine soils.** M. M. Alicante and D. Z. Rosell. *Philippine Jour. Sci.*, **59** [4] 505–11 (1936). R.F.R.

**Interpretation of schistosity.** F. J. Turner. *Trans. Proc. Roy. Soc. New Zealand*, **66**, 201–24 (1936).—Schistosity, cleavage, foliation, metamorphism, and their various definitions are discussed from the different points of view of American, British, and European geologists. A bibliography of schistosity is included. H.H.S.

**Method of controlling working properties of clays and kaolins by areometric and pycnometric specific gravities.** M. F. Yuknat. *Keram. & Steklo*, **12** [11] 18–23 (1936).—Details of procedure and directions for testing the liquefying properties of clay and kaolin are given, and results are tabulated. M.V.C.

**Method for determining porosity of the soil.** G. Torstensson and Sigurd Eriksson. *Soil Sci.*, **42** [6] 405–17 (1936).—A description is given of a new method for the direct measurement of air space in soils based on Boyle's law. The apparatus (the porosimeter) also permits calculation, in a simple way, of the specific gravity, water content, and soil substance. G.R.S.

**Milling and classification of feldspars.** V. V. Kelsev. *Glass Ind.*, **17** [10] 333–35 (1936).—There are six classifications of feldspar which are modified as to particle size and by a great variety of chemical compositions. The need for further simplification of specifications is made clear. E.J.V.

**Notes on Missouri halloysite.** Frank J. Zvanut. *Jour. Amer. Ceram. Soc.*, **20** [3] 84–87 (1937).

**Podsols and brown forest soils: I.** Karl Lundblad. *Soil Sci.*, **37** [2] 137–55 (1934).—The acid-oxalate method of Tamm (*Ceram. Abs.*, **14** [7] 172 (1935)) is presented and discussed together with experiments made to illustrate its applicability. The method gives a measure of the weathering and is useful in characterizing different soil types. 32 references. For Part II see *ibid.*, **16** [1] 40 (1937). G.R.S.

**Properties of clay fractions.** C. E. Marshall. *Trans. Internat. Congr. Soil Sci., 3rd Congress, Oxford, 1935*, **1**, 88–90; *Chem. Abs.*, **29**, 7550 (1935).—A brief review and critical discussion are given. It is pointed out that increase in exchange capacity does not keep pace with increase in surface as particle size decreases, an indication that exchangeable cations are largely held inside the clay lattice, and there is evidence that such cations occupy definite positions. The clays should therefore be considered alumino-silicates rather than colloidal mixtures of hydrated oxides. It is not possible to predict a close relation between chemical composition and colloidal properties, for the latter are largely dependent upon surface layers in contact with $H_2O$. The crystal lattice theory is well suited to base-exchange studies, in spite of failures so far to formulate a satisfactory base-exchange equation.

**Properties of the hydroxyl groups of clay as a basis for characterizing a mineral soil.** Walter Thomas. *Soil Sci.*, **42** [4] 243–59 (1936).—By treating a soil with increasing amounts of solutions of HCl and of $Ba(OH)_2$ in low concentrations, differences in specific properties of the three types of hydroxyl groups of clays may be used as a means for the rapid characterization of a soil with respect to the degree of unsaturation, total replaceable bases, "free" aluminum and iron hydroxides, phosphoric acid required to satisfy the Al and Fe, lime requirement, availability of the different states of the replaceable potassium, and changes produced by cultivation and fertilizer treatment. 32 references. G.R.S.

**Research on national raw materials for ceramics in Italy. Clay for the manufacture of stoneware.** F. Pozzi. *Corriere Ceram.*, **17** [11] 315–21 (1936).—P. shows that any clay which does not contain carbonates can be used for the manufacture of stoneware if, with the necessary corrections in the quartz and feldspar contents, it is made to conform to the limits of the molecular formula given: 10.00 to 20.00 $SiO_2$·2.00 to 4.5 $Al_2O_3$ : 1RO (RO = CaO + MgO + FeO + $K_2O$ + $Na_2O$). The chief condition is that the clay should not react in a test with a few drops of HCl. M.V.C.

**Soil swelling: I, Swelling of soil in water considered in connection with the problem of soil structure.** D. I. Sideri. *Soil Sci.*, **41** [2] 135–51 (1936).—The study of the phenomena of the swelling of soil that keeps its natural

structural condition allows investigation of the problem of soil structure from a new point of view. A method is elaborated, and a form is evolved for a quantitative expression of the porosity changes caused by absorption of water by soil. Definitions of the "index of texture stability" (*S*) and of "swelling water" (*Wg*), founded on the sharp difference between capillary imbibition and swelling proper, are introduced. Swelling water may be considered as the form of expressing the hydrophillic property of soil. Soil swelling is considered as a process of changes arising in the properties of soil at the interface, soil colloids/water. This process leads to a change in the structure of soil and to an increase in its degree of dispersion. A quantitative expression of this process is possible in the form of "swelling water," which represents a more characteristic indication of swelling than the increase of volume. A method is proposed for a differential analysis of soil porosity, providing for its subdivision into noncapillary, capillary, and submicroscopic porosity. For Part II see *Ceram. Abs.*, **16** [1] 41 (1937). G.R.S.

**Spectrographic examinations of colorless and blue halite.** T. G. Kennard, David H. Howell, and M. P. Yaeckel. *Amer. Mineralogist*, **22** [1] 65–67 (1937).—No difference in chemical composition was observed between the colorless and blue varieties which have been obtained from the same specimen; the blue color, however, is structural rather than pigmental. F.J.Z.

**Thiocyanate test for soil reaction. A modified technique and a method of recording results.** L. W. Raymond. *Jour. Soc. Chem. Ind.*, **55** [20] 138–39T (1936).—R. describes a technique for the thiocyanate test for soil acidity, to which greater precision is given by the use of a comparator whereby numerical values can be assigned to the red colors developed. G.R.S.

BOOK AND BULLETIN

**Economic Geology of Mineral Deposits.** Ernest R. Lilley. Henry Holt & Co., New York, 1936. x + 811 pp., 301 figs. Price $5.00. Reviewed in *Econ. Geol.*, **31** [12] 882–84 (1936). J.L.G.

**Outline of the mineral resources of Virginia.** William M. McGill. *Virginia Geol. Survey Bull.* 47 [Educational Series, No. 3] xii + 81 pp. (1936).—A summary report on the mineral resources of Va., based upon previous publications and recent field work, is presented. The report contains a concise discussion of the most important mineral resources in the State, including coal, construction materials, gold, limestone, dolomite and calcareous marl, manganese, other metallic deposits, and nonmetallic resources. The main features of each kind of mineral deposit are briefly described. The distribution of the chief mineral resources is given on a series of seven maps which show coal-bearing areas, distribution of construction materials, gold districts, and distribution of calcareous deposits, manganese deposits, metallic deposits, and nonmetallic resources. The discussion of nonmetallic resources includes data on barite, clay, diatomite, emery, feldspar, gypsum, kaolin, kyanite, mica, ocher, salt, silica, soapstone, and talc. A.C.Bevan

## Chemistry and Physics

**Active oxides: No. 99, Solubility of a mixture of magnesium oxide and iron oxide in the course of aging.** G. F. Hüttig and E. Feidler. *Kolloid-Z.*, **75** [2] 170–84 (1936).—Portions of an equimolecular mixture of strongly ignited MgO and $Fe_2O_3$ were heated to various high temperatures, and the solubilities in HCl, magnetic susceptibilities, and, in a few special cases, the X-ray patterns were determined and compared with check determinations on the pure compounds. Solubilities of pure MgO and of pure $Fe_2O_3$ decrease with increasing preheating temperature. The solubilities of both components of the mixture are reduced when aging without activation occurs. Activation of the mixture during heating causes the solubility of the activated component ("actuarius") to increase while that of the activator ("actor") decreases. This oxide mixture is compared with mixed catalysts in general, with reference to the relation between the solubility of a system and its free energy. For No. 92 see *Ceram. Abs.*, **15** [4] 133 (1936). F.P.P.

**Adsorption of aluminum hydroxide by kieselguhr.** E. C. C. Baly and W. P. Pepper. *Nature*, **136** [3427] 28 (1935).—Aluminum hydroxide is readily adsorbed by kieselguhr (diatomaceous earth) to form a remarkably stable adsorption complex. The hydroxide is deposited by the slow addition of a small excess of ammonia to a de-aired suspension of 10 g. of specially purified Superfloss kieselguhr in 100 cc. of 2% ammonium nitrate solution containing a known amount of aluminum nitrate. From the amount of aluminum hydroxide adsorbed and from the resulting electrokinetic potential (zeta) of the particles, as shown by their movement in an electric field in *N*/10 acetic acid, it is concluded that aluminum hydroxide is adsorbed first as a unimolecular layer with a zeta value of 75.4 mv. This layer then may adsorb a second unimolecular layer with a drop of zeta to 61.2 mv. This layer has the same properties as the unadsorbed substance. The changed electrokinetic potential for surfaces containing the same number of molecules indicates that the molecules in the first adsorbed unimolecular layer must be activated in some manner. Further addition of aluminum hydroxide to the second layer does not change the zeta value of 61.2 mv., which is that of free unsupported aluminum hydroxide in *N*/20 acetic acid. See *Ceram. Abs.*, **15** [9] 285 (1936). J.L.G.

**Analytical chemistry of tantalum, niobium, and their mineral associates. Observations on phosphorus, vanadium, and a tannin precipitation series.** W. R. Schoeller and H. W. Webb. *Analyst*, **61** [726] 585–90 (1936).—Phosphoric acid is occluded in the earth-acid precipitate produced by tartaric hydrolysis; it may be determined in the precipitate by fusion with NaOH, which produces soluble Na phosphate but insoluble tantalate and niobate. Vanadium may be separated from Ta and Nb(Cb), as it is not occluded in the tartaric precipitate but is quantitatively precipitated by tannin. A tannin precipitation series is Ta, Ti, Nb, V, Fe‴, Zr, Hf, Th, U, and Al, the first being precipitated at the greatest acidity. See *Ceram. Abs.*, **15** [10] 313 (1936). H.H.S.

**Application of the theory of thermal oscillation to the field of meso-phases ("liquid crystals").** H. Zocher. *Kolloid-Z.*, **75** [2] 161–63 (1936).—Failure of the Ornstein and the Bose applications of the swarm theory to explain phenomena on thin and on thick nematic layers is discussed. It is shown that the theory of thermal oscillations satisfactorily explains Maugin sparking phenomena, clouding of similarly oriented fields, and temperature variations of the various classes of anisotropy. F.P.P.

**Application of viscometry and plastometry to problems of applied mineralogy.** M. P. Volarovich. *Trudy Vsesoyuz. Nauch.-Issledovatel. Inst. Mineral. Syr'ya*, No. 66, 56 pp. (1934); *Chem. Abs.*, **29**, 4992 (1935).—V. reviews the general concept of viscosity and plasticity, the methods used for measuring plasticity of mineral suspensions, and the application of such methods at high temperatures. References are appended. The apparatus of Volarovich for measuring plasticity of clay and similar suspensions (Volarovich and Tolstoi, *Ceram. Abs.*, **13** [10] 275 (1934)) is described, and the results of such measurements are compared with those obtained by the apparatus of Tolstoi (*Zhur. Fiz. Khim.*, **5**, 28 (1934)). For measuring viscosities at high temperatures the proposed apparatus consists also of two coaxial cylinders made from a Pt-Ir alloy, but the rotating cylinder is the outer one. The apparatus is immersed in an electric oven of special design. Results obtained with $SiO_2$-$Al_2O_3$-CaO slags are in general agreement with the results of other investigators. Viscosity of slags containing 28 to 36% $TiO_2$ is tabulated. The addition of NaCl to such slags has little effect in lowering their viscosity. The effect of $Na_2O$ is also small and sometimes in the opposite direction. It is of interest that the decrease in acidity of such slags, as determined by the ($TiO_2$ + $SiO_2$)/(CaO + MgO) ratio, is accompanied by increase in viscosity at the melting point. In general, the work with $TiO_2$ slags is complicated by their instability. Work with glasses and coal tars indicated that they behave like Newtonian liquids and do not exhibit plastic properties in the liquid state. Certain melts, particularly those containing $TiO_2$, are plastics. This is explained by the colloidal nature of such clays. Work with enamels used for manufacturing kitchenware shows that the addition of $Na_2B_4O_7$ increases their viscosity-temperature gradient considerably. Results on measuring viscosities of minerals used in glass manufacture (basalt, teschenite, andesite, obsidian, diabase, etc.) are also given. Their viscosity-temperature gradient is considerably greater than that of glass. Comparison of the viscosity of minerals with their composition indicates that basic substances decrease their viscosity in the molten state while acidic substances have a reverse effect. The plastic properties appear when certain components of such systems begin to crystallize, which is particularly noticeable with minerals of low viscosity at high temperatures. Such measurements are helpful for determining the suitability of various minerals for manufacturing glass. They also explain certain geological phenomena in the neighborhood of volcanoes.

**Bibliography of ceramic microscopy.** T. N. McVay. *Bull. Amer. Ceram. Soc.*, **16** [2] 33–61 (1937).

**Chemical and X-ray investigations on the mineral sorption substance in soils.** A. Jacob, U. Hofmann, H. Loofmann, and E. Maegdefrau. *Beiheft Z. Ver. Deut. Chem.*, No. 21; *Angew. Chem.*, **48**, 585–86 (1935); *Chem. Abs.*, **29**, 8197 (1935).—The following properties of soils were determined: ratio of sesquioxides to $SiO_2$, ratio of $Al_2O_3$ to $SiO_2$, *S* and *T* values, behavior on treating with concentrated HCl, and X-ray patterns. The results indicated that mixed gels are not the media of exchange adsorption in soils. It is to be concluded that the base exchange in soils is effected by the crystalline minerals kaolinite and montmorillonite and a clay mineral, *x*, which needs further investigation. The clay minerals probably were not formed from amorphous substances, but represent a very stable decomposition product of soil-forming minerals.

**Clay and the colloidal state.** Marcel Ansay. *Agricultura*, **38**, 197–205 (1935); *Chem. Abs.*, **29**, 7751 (1935).—A. discusses colloidal solutions, particularly of clay colloids, their electrolytic properties, stability of the micellae, effect of electrolytes, and preparation of the solutions. An electrophoresis apparatus is described.

**Crystalline boron.** D. P. Mellor, S. B. Cohen, and E. B. Underwood. *Jour. Australian Chem. Inst.*, **3**, 329–33 (1936).—Dark silver-gray crystals of B were obtained by reducing $BBr_3$ with dry hydrogen. Their density was 2.36 and their hardness the same as that of silicon carbide. H.H.S.

**Current-conducting properties of slags in electric furnaces: I.** A. Wejnarth. *Trans. Electrochem. Soc.*, **65**, 319–29 (1934); *Brit. Chem. Abs.-B*, **53** [29] 633 (1934).—Silicates of the series 2ROSiO$_2$, 4RO3SiO$_2$, and ROSiO$_2$, where R is Fe + Ca in various proportions, were prepared by fusion of the pure oxides under $N_2$ in an electrically heated crucible of pure Fe. Their electrical conductivity, *k*, was measured at 1344 to 900°, using alternating current, with the crucible as one electrode and an adjustable vertical electrode just dipping into the silicate melt. With fall in temperature, *k* decreases regularly to the freezing point, where there is a sharp drop. Silicates rich in Fe have higher conductivities, and retain an appreciable volume of *k* even in the solid state; an increasing proportion of Ca lowers *k* progressively. The variation of *k* with temperature for the various compositions and the freezing point are shown graphically; composition curves are recorded for the three series of silicates.

**Determination of iron in sands by the spectrographic method.** Pierre Gilard, Léon Dubrul, and François Jamar. *Verre & Silicates Ind.*, **7** [35] 414–17 (1936).—An arc was formed between two electrodes of electrolytic copper (separated by 3 mm.; intensity 4 amp., fed by continuous circuit 120 v. with resistance, 0.01 mm.; duration of exposure 30 or 60 sec. with logarithmic discontinuous circuit). The sand is placed on the cathode. The method gives sufficient precision above 0.05% $Fe_2O_3$; under this concentration it should give good results but requires a complementary test with electrodes which are spectrographically pure. In analyses in series, 10 min. per sand may be counted on. Tables of the determination are given. M.V.C.

**Determination of lead in potable waters.** S. L. Tompsett. *Analyst*, **61** [726] 591–97 (1936).—The presence of Pb in normal human dietaries has been established. Pb in water may be estimated colorimetrically by diphenylthiocarbazone. If Fe content is high, a preliminary separation of Pb is necessary, a suitable reagent being Na diethyldithiocarbamate. H.H.S.

**Determination of small amounts of platinum in minerals, alloys, scrap material, etc. Separation and concentration of platinum by coprecipitation with tellurium.** S. Kuhnel Hagen. *Mikrochemie*, **20**, 180–88 (1936).—Tellurium may be reduced from an acid solution (HCl) of sodium tellurate with sulfuric acid under such conditions that only the platinum metals (gold, selenium, molybdenum, and mercury) will be precipitated. Other metals are either not precipitated at all or only in very slight amounts. This fact makes it possible to separate and determine very small admixtures of platinum (less than 0.0001%). A series of tests is described. L.E.T.

**Exact determination of silica in sands and aluminous silicates.** André Suttor. *Ing. Chim.*, **19**, 32–42, 57–63 (1935); *Chem. Abs.*, **29**, 7867 (1935).—S. reviews opinions as to the need of 1, 2, or 3 evaporations to render the silica completely insoluble and as to the different temperatures of heating the residue. A mixture of Na and K carbonates in equimolecular proportions was used as a flux to reduce fusing temperature to 490°. S. discusses the various acids of silica that may be formed during analysis. The method of analysis used was that given in "Cours d'analysis quantitative des Produits des Industries chimiques" by Meurice, with slight changes. A porcelain evaporating dish is used instead of a glass flask when dissolving the fused sample and only a little water is used. Results of tests are tabulated to show the effect of duration of the drying period at temperatures varying from 100 to 150°. The analyses show that a single evaporation does not render the silica completely insoluble. In one series of tests the residue was treated with concentrated HCl and then heated several minutes on a boiling water bath. The quantity of silica appearing in the second evaporation was greater than when the cold acid was used. The tables showing the effect of the presence of Al and Fe salts indicate a slight entrainment of Al. Tables indicating a similar effect when Ca and Mg are present are given. Two silico-aluminous earths containing 40 and 20% alumina, respectively, were tested and the results are given. In all cases two evaporations were found necessary. S. recommends a drying period of 2½ hr. at a temperature of 130°.

**Extraction of aluminium oxide from clay with ammonium sulfate. Carbon-containing shale of Khakassia as a raw material for alumina.** A. P. Pentegov, Y. P. Nikolskaya, and V. A. Anzelevich. *Legkie Metally*, No. 7–8, pp. 27–31 (1932); No. 1, pp. 14–16 (1933); *Chem. Zentr.*, **1933**, i, 3611; ii, 1412; *Brit. Chem. Abs.-B*, **54** [1] 20 (1935).—Kaolin ($Al_2O_3$ 33.13, $Fe_2O_3$ 0.6%) was sintered for 28 min. with $(NH_4)_2SO_4$ at 400° and extracted for 2 hr. with $H_2O$ [90% yield of Al as $(NH_4)_2SO_4$, $Al_2(SO_4)_3$, $24H_2O$]. The ash from the shale oil (32 to 40% $Al_2O_3$) was extracted with $(NH_4)_2SO_4$, as above, 70 to 80% of the $Al_2O_3$ being rendered soluble.

**General rôle of composition in polymorphism.** M. J. Buerger. *Proc. Nat. Acad. Sci.*, **22** [12] 685–89 (1936).—Change of composition in a given crystal phase is brought about by solid solution. The simple types of solid solution are (1) addition or interstitial solid solution, (2) proxy solution, and (3) omission solution. B. considers the alterations imposed by these conditions on the cluster vibration theory of polymorphism. In general, if an impurity is to be housed, the modification best adapted to housing it will form. B. recommends that Barth's definition of polymorphism be amended by dropping the constant chemical composition stipulation to read "Polymorphism includes every possible difference encountered in the crystalline structure of a substance, excepting homogeneous deformations." J.L.G.

**Hydroxyquinoline process for rapid determination of alumina.** W. Steger. *Ber. Deut. Keram. Ges.*, **16** [12] 624–27 (1935).—A comparison was made of the determinations of alumina by the use of hydroxyquinoline, ammonia, and ammonium phosphate. When hydroxyquinoline is used, the accuracy is as great and there is a saving in chemicals used, gas burned, and time required for the analysis. E.J.V.

**Interrelations of compressibility, melting point, solubility, valence, and other properties of the halides of alkali and alkaline earths.** Sofronio Balce. *Philippine Jour. Sci.*, **60** [3] 251–54 (1936). R.F.R.

**Investigation into the oxidizing power of basic slag: I, Determination of the binary diagram CaO-$Fe_2O_3$. II, Determination of the dissociation pressures of $Fe_2O_3$, CaO·$Fe_2O_3$, and 2CaO·$Fe_2O_3$.** J. White, R. Graham, and R. Hay. *Jour. Iron & Steel Inst.* [London], **131**, 91–113 (1935).—The pseudobinary system $Fe_2O_3$-CaO (pseudobinary because of the dissociation of $Fe_2O_3$ at high temperatures) contains two compounds, CaO·$Fe_2O_3$ and 2CaO·$Fe_2O_3$. The properties of the phases present are as follows: *$Fe_2O_3$*, refractive index greater than 2.95, less than 3.10; deep red; slightly pleochroic; straight extinction; uniaxial; negative; apparent melting point 1595°C but this figure is believed to be low owing to dissociation. *CaO·$Fe_2O_3$*, refractive index between 2.5 and 2.6; reddish brown, brown in thin sections; pleochroic; high polarization colors; straight extinction; uniaxial; melt made up of dark needles having a metallic luster, which, though very hard, could be scratched with a knife. The compound melts incongruently at approximately 1220°C and is completely liquid at 1240°C. *2CaO·$Fe_2O_3$*, refractive index between 2.3 and 2.36; light brown; decidedly pleochroic; nearly straight extinction; biaxial; melt tabular in appearance and not so hard as the monocalcium ferrite; melts incongruently at approximately 1440°C and is completely liquid at 1450°C. There is a eutectic at 90 wt. % $Fe_2O_3$ and approximately 1205°C. The dissociation pressure of $Fe_2O_3$ is appreciable at 1100°C, increases rapidly with temperature, and is of the order of 5 × 10[4] atmospheres at its melting point. $Fe_2O_3$ is partially soluble in $Fe_3O_4$, the solubility ranging from about 10 wt. % at 1100°C to 30% at 1400°C. $Fe_3O_4$ is also soluble in $Fe_2O_3$, the solubility increasing from 10 wt. % at 1100°C to about 20% at 1400°. A partial diagram for the system $Fe_2O_3$-$Fe_3O_4$ is given. The dissociation of CaO·$Fe_2O_3$ and 2CaO·$Fe_2O_3$ was investigated. Below the peritectic temperatures the oxygen pressure is infinitesimal; at high temperatures the pressure is due to dissociation of $Fe_2O_3$ resulting from the peritectic reactions. The oxygen pressure of the ferrites falls rapidly as FeO increases. CaO has a marked stabilizing effect on $Fe_2O_3$. J.B.A.

**Kinetic basis of crystal polymorphism.** M. J. Buerger.

*Proc. Nat. Acad. Sci.*, **22** [12] 682–85 (1936).—B. offers a theory of polymorphism which explains the existence of a substance in several different crystal modifications and the inversions of these, with change of temperature, from one form to another in terms of vibration modes of the unit clusters which compose the crystal. These vibration modes assumed by the clusters may change with change in temperature. The clusters may be molecules, a molecular group of atoms, or a coördination group of atoms. Each of the atoms has three degrees of freedom which may be combined in various ways to give characteristic cluster vibrations. Six degrees of freedom may be ascribed to translations and rotations of the clusters as bodily units. These are "outer" vibration modes. The remaining $3n - 6$ degrees of freedom correspond to internal cluster distortion or "inner" vibration modes. The tetrahedral $SiO_4$ group is a symmetrical cluster whose $3 \times 5 - 6$ or 9 inner vibration modes produce only 4 geometrically distinct modes. The other five are identical with these except for orientation. The excitation of outer or inner modes will depend on the relative strengths of intercluster vs. intracluster bindings. Excitation of outer modes occurs readily with molecular and molecular group crystals, while excitation of inner modes may be expected with linked coördination structures. "For a given temperature, there is a preferred cluster vibration mode (or mode combination) leading to least vapor pressure; this vibration mode requires the cluster to have a certain dynamic symmetry. Stable crystals form at this given temperature by the building up of a crystal structure such that this preferred symmetry is provided by the structure for the cluster." Examinations of some known one-component systems are promised in forthcoming papers. J.L.G.

**Melting of danburite. A study of liquid immiscibility in the system $CaO–B_2O_3–SiO_2$.** G. W. Morey and Earl Ingerson. *Amer. Mineralogist*, **22** [1] 37–48 (1937).—This study confirms the existence of a band of immiscibility across the ternary system $CaO–B_2O_3–SiO_2$, due to the fact that on melting danburite, $CaO·B_2O_3·SiO_2$, two liquid layers are formed. F.J.Z.

**Melting-point diagram of the system $ZrO_2–SiO_2$.** N. Zhirnova. *Zhur. Obshchei Khim.*, **4**, 1464–70 (1934); *Chem. Abs.*, **29** [12] 3902 (1935).—The melting points of mixtures of $ZrO_2$ and $SiO_2$ were determined with an accuracy of ±20° as follows:

| $ZrO_2$ (mol. %) | Melting point | $ZrO_2$ (mol. %) | Melting point |
|---|---|---|---|
| 100.00 | 2715° | 32.00 | 2060° |
| 95.32 | 2680 | 30.08 | 2020 |
| 95.00 | 2670 | 28.00 | 2000 |
| 84.11 | 2570 | 25.00 | 1935 |
| 78.07 | 2510 | 23.85 | 1925 |
| 76.80 | 2485 | 19.74 | 1885 |
| 70.00 | 2405 | 8.87 | 1805 |
| 67.54 | 2360 | 6.96 | 1795 |
| 61.14 | 2275 | 6.09 | 1785 |
| 54.55 | 2330 | 4.00 | 1745 |
| 47.85 | 2420 | 3.00 | 1705 |
| 40.31 | 2340 | 0.72 | 1710 |
| | | 0.00 | 1715 |

The existence of a compound, $ZrO_2·SiO_2$, melting at 2430° and not at 2550° as reported in the literature, was established. The system $ZrO_2–SiO_2$ has two eutectics, at 2220° and 1705°, corresponding to 42 and 97 mol. % $SiO_2$, respectively. The melting diagram shows a field of solid solutions of $SiO_2$ in $ZrO_2$ up to about 10 mol. % $SiO_2$.

**Method for the complete analysis of chrome-iron ores.** Yu. Yu. Lur'e. *Zavodskaya Lab.*, No. 3, pp. 21–25 (1932); *Chem. Zentr.*, **1934**, ii, 3149; *Chem. Abs.*, **29**, 6530 (1935).—The decomposition method is based upon that of Cunningham and McNeill. A 0.5-g. sample in a porcelain or Pt crucible is treated with 25 cc. $H_2SO_4$ (1:1) and 5 cc. $HClO_4$ (density 1.54) and heated on the sand bath until persistent fumes of $SO_3$ are evolved. After cooling, it is diluted with water and filtered; the precipitate is washed with dilute $H_2SO_4$ and hot water, and ignited in a Pt crucible. The $SiO_2$ contaminated with metallic oxides is weighed. The $SiO_2$ content is the loss in weight upon treatment of the residue with $H_2SO_4$ and HF. After the removal of $SiO_2$ the residue is fused with $K_2S_2O_7$, dissolved in $H_2SO_4$, and added to the first filtrate, and Cr, Mn, Fe, Al, Ca, and Mg are determined upon the combined solutions.

**Method of interpretation of petrofabric diagrams.** Horace Winchell. *Amer. Mineralogist*, **22** [1] 15–36 (1937).—Two statistical methods which are easily and conveniently applied to petrofabric diagrams are described. F.J.Z.

**Methods of measuring explosive pressures. Comparison of crushing with the piezoelectric quartz method: I, Device for studying explosive pressures using the piezoelectric properties of a quartz sheet.** A. Langevin. *Jour. Phys. & Radium*, **7** [11] 448–50 (1936).—Theoretical background, description of apparatus, and methods of amplifying the impulses are presented. **II, Comparison of pressure-temperature curves deduced (a) from the measured crushing and (b) from the piezoelectric quartz measurements.** Henri Muraour, A. Langevin, and G. Aunis. *Ibid.*, pp. 450–52.—Within the limits of the experimental conditions chosen, very satisfactory agreement between results by the two methods is reported. F.P.P.

**Outline for examination of crystal grains.** K. E. Buck. *Bull. Amer. Ceram. Soc.*, **16** [2] 61–62 (1937).

**Phosphorescent glass. Influence of crystallization.** Maurice Curie. *Compt. Rend.*, **203** [20] 996–97 (1936).—Glass of zinc borate, $2B_2O_3·3ZnO$, was prepared in the vitreous and crystalline modifications. The vitreous piece did not show a distinct phosphorescence, but the crystalline modification showed a very strong yellow, durable luminescence after irradiation with ultra-violet light. The crystalline residue from attack by HCl of the vitreous modification showed the same strong luminosity. M.H.

**Preparation of barium aluminate for production of alumina (Kuznetzov-Shukovski process).** F. Chistyakov. *Legkie Metally*, No. 3, pp. 30–31 (1932); *Chem. Zentr.*, **1933**, i, 3610; *Brit. Chem. Abs.–B*, **54** [1] 20 (1935).—The raw material, consisting of bauxite, witherite, Fe filings, and combustible material (14%, to facilitate agglomeration), is agglomerated. The product is reduced in the electric furnace with the addition of more fuel ($BaCO_3 \rightarrow BaO$, $Fe_2O_3 \rightarrow Fe$, $SiO_2 \rightarrow Si$).

**Proposals for the chemical investigation of ceramic raw materials and products.** M. Pulfrich. *Ber. Deut. Keram. Ges.*, **17** [8] 381–87 (1936).—Notes are given on the chemical analysis of materials containing clay substance, with reference chiefly to the determination of $SiO_2$, $Al_2O_3$, $TiO_2$, $Fe_2O_3$, CaO, MgO, $K_2O$, $Na_2O$, and in some cases $Mn_3O_4$, loss on ignition ($H_2O + CO_2$ + organic material), and $SO_3$. R.J.V.

**Quantitative separation of aluminium and beryllium (glucinum).** J. Dewar and P. A. Gardiner. *Analyst*, **61** [725] 536–38 (1936).—Gmelin's old method of decomposing Na beryllate by boiling with a large volume of water can be made accurate if the amount of Al present is not greatly in excess of the Be; otherwise, addition must be made of a known amount of Be to adjust the ratio. H.H.S.

**Rapid analysis of clays.** S. S. Zhukovskaya and S. T. Balyuk. *Zavodskaya Lab.*, **3**, 485–88 (1934).—Previous work (*Ceram. Abs.*, **15** [10] 315 (1936)) is continued. The analysis is fulfilled with the aid of *o*-oxyquinoline (oxine) and Cupferon (ammonia salt of nitrosophenyl hydroxylamine ($C_6H_5 > N–O–NH_4$)). The use of alkalis is eliminated. Ti is separated from Al in the presence of oxalic acid. The relation between acidity, the excess of oxine, and the concentration of Fe, Al, and Ti salts has been established. Fe was precipitated in a 5% acetic solution with the aid of 10 cc. of oxine in the presence of 4 g. of tartaric acid; 3 g. of oxalic acid and 0.3 cc. (for 100 cc.) of acetic acid were added to the filtrate obtained, and Ti was precipitated from it with the aid of 10 cc. of 1.5% oxine. Oxyquinoline Ti was separated by filtration the next day; an inconsiderable increase of the concentration of acetic acid delays its isolation for 8 to 10 hr.; if the concentration of acetic acid is under 0.1%, aluminum oxyquinolate precipitates together with Ti. With Cupferon, Ti reacts as follows: $TiCl_4 + 4C_6H_9N_2O_2 = Ti(C_6H_5N_2O_2)_4 + 4NH_4Cl$. The precipitation of Ti in the presence of Al is rapid and exact in a solution of hydrochloric acid; Al does not precipitate under these conditions. The determination of Ti by Cupferon was undertaken in the presence of tartaric acid and without it, and in these conditions in the presence of Al. The latter was precipitated by oxine in an ammonia medium (2% vol. solution in presence of tartaric acid). Ti was also precipitated in the same way. When precipitating Fe with oxine no heating was undertaken. The concentration of acetic acid did not surpass 5%; in the case of a concentration of under 3% a partial precipitation of Ti oxyquinolate took place. The metals are precipitated by oxine according to the reaction: $3C_9H_7ON + AlCl_3 = Al(C_9H_6ON)_3 + 3HCl$. The further determination can be fulfilled by weight (as a quinolate or the respective oxide) or by volume. The latter is based on the property of oxine to form, with Br, dibromo-*o*-oxyquinoline, $C_9H_5Br_2ON$. After the solution of oxyquinolate in HCl, the free oxine that has been isolated is bromated, the excess of bromine is determined iodometrically, and the quantity of metal is computed from the bromine found. $SiO_2$ is determined separately. The method was used with a mixture of Al, Fe, Ti, Ca, Mg salts with clay and grog and gave satisfactory results; the deviations of the data from those obtained by the classical method take place on account of the inexactitude of the latter. The time needed for the analysis is 2 to 3 days instead of 4 to 5 days. The method is recommended for laboratory practice. P.B. & R.S.

**Rapid determination of alumina by the hydroxyquinoline process.** Fritz Klasse. *Ber. Deut. Keram. Ges.*, **16** [12] 628–31 (1935).—The method for determining alumina by use of hydroxyquinoline and a simplified determination of titanium oxide are given in detail. See *Ceram. Abs.*, **14** [6] 151 (1935). R.J.V.

**Rapid method of determining aluminium in clays and grog.** S. S. Zhukovskaya and M. I. Voluinetz. *Zavodskaya Lab.*, **3** [7] 616–19 (1934). P.B. & R.S.

**Redetermination of the atomic weight of aluminum.** James I. Hoffman and G. E. F. Lundell. *Jour. Research Nat. Bur. Standards*, **18** [1] 1–18 (1937); R.P. 957. Price 5¢. Weighed portions of the metal were converted to the hydroxide and sulfate, respectively. These were then heated until they were changed to the oxide, $Al_2O_3$, which was ignited at 1200 to 1300°C. The value for the atomic weight based on this work is 26.974 ± 0.002. R.A.H.

**Selenium dioxide—a new oxidizing agent.** H. L. Riley. *Sci. Jour. Roy. Coll. Sci.*, **5**, 7–15 (1935); *Chem. Abs.*, **29**, 5370 (1935).—The production, the oxidizing action on organic compounds, and the spectrum of $SeO_2$ are reviewed. The causes of the highly specific nature of the oxidizing action are obscure. It appears that $SeO_2$ provides O atoms in a very low energy state. 26 references.

**Solubility of quartz in hydrofluosilicic acid.** Charles B. Moke. *Jour. Ind. Hyg. & Toxicol.*, **18** [5] 299–30[illegible] (1936).—Since pure quartz was found as a residue after treatment of foundry dusts with hydrofluosilicic acid for two days, doubts were expressed as to the insolubility of extremely fine quartz. Tests were made on quartz ground in a ball mill and elutriated into various grain-size fractions; 0.5-g. samples were subjected to the action of hydrofluosilicic acid at room temperature for 48 hr. Results obtained indicate that quartz is soluble to a fairly great extent. If sufficient time and acid are employed, all of the quartz would undoubtedly go into solution. The rate of solubility of quartz increases greatly with decrease in grain size. R.J.V.

**Stabilities of aluminates.** H. zur Strassen. *Z. Electrochem.*, **41**, 476–78 (1935); *Chem. Abs.*, **29**, 7[illegible] (1935); for abstract see *Ceram. Abs.*, **14** [7] 167 (1935).

**Study of the solid solutions of ferrous sulfide with sulfur, selenium, and arsenic.** A. Michel. *Compt. Rend.*, **203** [20] 1004–1006 (1936).—Experiments which established the solid solutions 6FeS + S, 6FeS + Se, and [illegible]FeS + As are described. Some physical constants were determined. M.H.

**Titanium dioxide; precipitation factors affecting pigment properties.** C. Ligorio and L. T. Work. *Ind. Eng. Chem.*, **29** [2] 213–17 (1937).—Basic sulfate solutions in which the ratio of titanium dioxide to sulfuric anhydride is varied have been prepared from commercial titanium sulfate by (1) direct calcination, (2) extraction with acetone, and (3) reaction in aqueous solutions with orthotitanic acid. The ratios obtained were, respectively, 1/[illegible] 1/1.59, 1/0.65. Titanium dioxide pigment of good hiding power has been produced from solutions of basic titanium sulfate by diluting the solution to create seed nuclei, a process called "autoseeding." The turbidities or hiding powers of pigments prepared from different compositions of the system titanium dioxide-sulfuric anhydride-water

have been plotted in a ternary diagram. These results show that the pigments of the best hiding powers were prepared from solutions with a titanium dioxide concentration falling between 13 and 19% and ratios ranging from 1/1 to 1/0.65. Seeding opalescence occurs at different hydrogen-ion concentrations with different concentrations of solutions. Illustrated. F.G.H.

**Viscosity and plasticity of disperse systems: VI, Effect of temperature and electrolytes on the plastic properties of kaolin.** M. P. Wolarowitsch and D. M. Tolstoi. *Kolloid-Z.*, **73** [1] 92–96 (1935); see *Ceram. Abs.*, **16** [3] 101 (1937). **VII, Plastic flow in an apparatus with cylinders displaceable lengthwise.** D. M. Tolstoi. *Kolloid-Z.*, **73** [1] 96–101 (1935).—A method for determining the flow resistance and shearing modulus of high concentration mineral suspensions is described. The apparatus was designed particularly to eliminate surface gliding of the cylinders. Results agreed well with those obtained by the rotating cylinder method of Wolarowitsch. At very small velocities, Bingham's equation for plastic flow does not hold for high concentration mineral suspensions. For Parts I–V see *Ceram. Abs.*, **15** [7] 222 (1936). F.P.P.

PATENTS

**Alkali silicate.** Anders E. A. Cornelius (Helios Kemisk-Tekniska Fabriker A.-B.). Swed. 80,000, April 4, 1934. *Chem. Abs.*, **29**, 6000 (1935).—Steam is blown into an electrically heated bath of alkali silicate formed by the reaction of alkali chloride and $SiO_2$. During the process the bath is kept covered by a layer of the unmelted charge of alkali chloride and $SiO_2$, with or without another substance, *e.g.*, lime, for the formation of double silicates.

**Method of manufacture of precipitated zinc oxide.** G. Antonoff. Brit. 459,238, Jan. 20, 1937 (June 5, 1935).

**Production of a calcium aluminate suitable for the manufacture of sodium aluminate by treatment with soda lye.** Aktieselskapet Norsk Aluminium Co. Brit. 457,676, Dec. 16, 1936 (Aug. 30, 1934).

## General

**Animal silicosis.** H. Siegmund. *Verhandl. Deut. Path. Ges.*, pp. 262–71 (1934); *Chem. Abs.*, **29**, 8169 (1935).

**Causation of pneumoconioses.** Philip Drinker. *Jour. Ind. Hyg. & Toxicol.*, **18** [8] 524–36 (1936).—The various pneumoconioses and their causative agents are discussed. Silicosis and asbestosis are definite diseases; in anthraco-silicosis and various silicatoses, modifications of normal lung conditions are seen. Effects of carbon or carbonates, gypsum, and iron oxides are also discussed. Methods of estimating dust exposures of a workman include the taking of dust samples from the work place and interpreting the results during the man's total period of exposure. Errors made from estimating the composition of dust from samples which have settled upon rafters instead of using samples taken from the air are emphasized. Permissible dust concentrations need not exceed 50 million particles per cu. ft. for dust with very low quartz content or 5 million for pure quartz. In defense of the use of standards of dustiness, the experience in S. Africa where dust standards have been applied successfully for many years is cited. R.J.V.

**Charles N. Brady.** Anon. *Bull. Amer. Ceram. Soc.*, **16** [2] 73–74 (1937).

**Chemical considerations on some pneumoconioses (anthracosis, silicosis): I, Nature of the problem.** René Fabre. *Congr. Chim. Ind., 14th Congress, Paris*, 5 pp. (1934); *Chem. Abs.*, **29**, 5774 (1935).

**Clinical aspects, diagnosis, and treatment of pneumoconiosis.** W. Irving Clark. *Jour. Ind. Hyg. & Toxicol.*, **18** [8] 537–49 (1936).—Pneumonoconiosis is a disease resulting from the inhalation of inorganic dust. The two pneumonoconioses which produce disability are silicosis and asbestosis. The pathology of silicosis is characterized by the presence of fibrotic nodules scattered through both lungs, and that of asbestosis is characterized by an interstitial fibrosis involving the lower half of both lungs. The symptoms of silicosis and asbestosis are similar, the most important being dyspnea. The most common complication is pulmonary tuberculosis which, in silicosis, is a frequent cause of death. The diagnosis of both silicosis and asbestosis is made largely by a correlation of history and symptoms with the X-ray examination. The treatment of pneumonoconiosis is preventive and symptomatic. The course of silicosis and of asbestosis is slow but eventually leads to incapacity due either to the disease itself or to a complication, frequently chronic pulmonary tuberculosis. The number of workers exposed to harmful mineral dusts in mining and in industry in the U.S. has been estimated as 500,000. R.J.V.

**Clinical hematological studies for the differential diagnosis of industrial silicosis.** C. Schlomka and F. A. Nolte. *Klin. Wochschr.*, **14**, 987–92 (1935).—The authors have experimented with the pathological-anatomical actions of the changes of the silicotic lungs in connection with the heart and the complete bloodstream. With the assistance of electrocardiograms, they have been able to investigate the condition of the lungs of silicotic patients. At the policlinic of Bonn University, Röntgen observations of the last 190 silicosis patients were taken, and these were analyzed according to pure radiological points of view. Various tables showing the bloodcounts of several silicotic and tubercular patients were compiled. After certain peculiarities were established in the blood stream of the silicosis patients, it was found necessary to make further investigations of the connections between the studies of the blood and the clinical Röntgenological status. To obtain a most secure foundation, it was decided to separate those silicosis patients from the others who showed an important degree of tubercular complications. A characteristic blood status was shown in stone dust patients. This shows clearly excessive increase of white blood corpuscles with increased sinking at approximate normal counts of red corpuscles and distinct small counts of lymphocytes at relative transitional forms of leukocytes in a streak preparation. The same symptoms, even if less impressive, are shown in a second group from the total of silicosis patients as positive cases with tuberculosis complications. W.F.F.

**Colored ceramic aggregate for decorative concrete.** C. W. Planje. *Jour. Amer. Ceram. Soc.*, **20** [3] 90–96 (1937).

**Diagnosis of silicosis.** Emery R. Hayhurst. *Amer. Labor Leg. Rev.*, **26**, 61–66 (1936); abstracted in *Jour. Ind. Hyg. & Toxicol.*, **18** [8] 131–32 (1936).—Factors necessary to diagnose chronic silicosis are: (1) exposure to silica dust in sufficient quantity for 5 to 20 years; (2) determination by intraperitoneal injection of the nodule-forming character of the dust; (3) nature of the work; (4) personal factors such as mouth breathing, previous respiratory diseases, etc.; (5) X-ray findings. Serial pictures should be taken over a period of time. The location of the nodules is characteristic, avoiding the periphery, symmetrical distribution, shape, and size. In this phase chronic silicosis is without disability. (6) Physical examination; no characteristic but some suggestive findings. (7) The patient's complaints: these are negligible in the first and second stages, but later cough, dyspnea, pains in chest, etc., may occur. R.J.V.

**Economizers and air preheaters.** V. Walker. *Elec. Rev.*, **119** [3082] 853 (1936).—W. discusses the conditions which govern the design of economizers and air preheaters for use with boilers. J.L.G.

**Epidemiological aspects of silicosis and tuberculosis.** Alton S. Pope and David Zacks. *Amer. Rev. Tuberculosis*, **32**, 229–42 (1935); *Chem. Abs.*, **29**, 7524 (1935).—In representative groups of both granite and foundry workers in Massachusetts, the frequency of silicosis and of silicosis and tuberculosis was correlated with the duration of exposure to dusts containing free silica and to the concentration of such dusts in the occupational environment. Among granite workers silicosis was found in 15.2% and with tuberculosis in 7.6%. Tuberculosis is the cause of death in over one-third of all granite workers, a proportionate mortality 3 times that in foundry workers and 4 times that in all males of 20 years and over. Among the employees of 10 Mass. foundries, silicosis was found in 8.8% and with tuberculosis in 2.6%, a total frequency of one-half that in granite workers. The silicosis in foundrymen was not only less frequent but also less advanced in degree than in the granite workers. Pneumonia, causing one-fourth of all the deaths of foundrymen, is the greatest occupational hazard in the industry.

**Industrial health hazards and employer responsibility.** W. J. McConnell. *Trans. Amer. Foundrymen's Assn.*, **7** [1] 161–65 (1936).—The importance of greater attention to the problem of overcoming industrial health hazards for foundry employees is recognized. Medical aspects are discussed, foundry hazards are outlined, and suggestions for a control program are given. D. E. Cummings. *Ibid.*, pp. 166–79.—With the invention of the machine, dust became an industrial hazard. C. discusses the action of dust in the lungs and points out that all dusts are not dangerous. Silica dust is one of the dangerous dusts but only when present in certain concentrations of certain particle sizes. The silicosis problem is complicated by the fact that in many cases there is also decided evidence of the presence of tuberculosis. In foundries many men with normal lungs work for years and do not contract silicosis although there may be evidence of fibrosis. C. explains the action of dust particles inhaled on previous pulmonary injuries and states that workmen who are disabled by occupational fibrosis contracted in the foundry generally are those who exhibit evidence of concurrent pulmonary infection or injury. It is the executive's responsibility to inform himself on dust hazards, conduct surveys of his plant, and inaugurate a program of control. Prospective employees are grouped into three general groups; those which are fair risks and those which should not be employed are indicated. C. recommends that an educational program similar to that used in "Safety First" campaigns be inaugurated to combat the dust hazard. Discussion. Avey *et al.* *Ibid.*, pp. 180–90.—The various ways of preventing illness are pointed out, and precautionary measures taken in the foundry are outlined. H.B.S.

**Industrial pulmonary disease due to inhalation of dust with special reference to silicosis.** E. L. Middleton. Milroy Lectures, 1936. *Lancet*, pp. 1–9 (July 4); pp. 59–64 (July 11, 1936); abstracted in *Jour. Ind. Hyg. & Toxicol.*, **18** [8] 129–30 (1936).—The first lecture is devoted to silicosis, as being the most important of the pneumonoconioses. Particular attention is directed to the occurrence of the disease according to occupation. During 1930 to 1934, at least 1521 deaths occurred in England and Wales; of these, 372 were caused in the sandstone industry, and 326 were ascribed to coal mining; the manufacture of pottery claimed 270, metal grinding 142, gold miners, returned from S. Africa, 104, and tin miners 91. The disease is always originated by the dust of fine particles of free silica; the way in which this risk is present in a number of industries is explained. Sandblasting and the manufacture of abrasive soaps receive special note, as in both the hazard is so intensive that the onset of the disease is unusually quick and its course rapid; thus only 3 or 4 years of employment may have preceded the onset, instead of 15 to 20 years as in most other occupations. The occurrence of cases in coal mining is unexpected, since coal itself is not a dangerous dust; apparently the disease is originated by dust arising from the rocks among which silica is found or from impurities in the coal. Out of 169 deaths on all coal fields in Great Britain, 147 came from S. Wales; this undue proportion has not yet been explained. The picture, both clinical and histological, becomes modified when silica is mixed with other forms of dust; when coal is associated in the dust, the condition is known as anthracosis; here the fibrous tissue entangles the coal dust and retains it to help in blocking up the lymphatics. In the second lecture the influence of the dust of silicates, *i.e.*, of chemically combined silica, is considered. Of these, asbestosis stands out as most toxic; the particles consist of fragments of fibers, some 3 microns long and $^1/_2$ micron in diameter. They originate pulmonary fibrosis which is more generalized and less nodular than that of silicosis; the condition develops quicker than silicosis, but the tendency to succumb to superimposed tuberculosis is not as pronounced. Other dusts considered are those of sillimanite, china clay, talc, mica, and sericite; none of these approach asbestos and silica in their dangerous qualities. The harmful nature of any dust may be tested by noting the reactions which follow when it has been either injected subcutaneously or administered by the tracheal route suspended in fluid; injection into the peritoneal cavity may also be employed. The theory adopted is that dusts exert their harmful influence by reacting chemically with

the tissues of the lungs, the life and structure of which are thereby modified. Each form of dust stimulates a special reaction of its own, while mixed dusts set up a mixed reaction. No evidence is put forward that dusts other than those of silica or silicates are harmful, or that any dust is capable of reducing the toxic influence of any other.

E.J.V.

**Investigations on quartz and sericite analysis of industrial dusts.** F. SARTORIUS AND K. W. JÖTTEN. *Arch. Hyg. & Bakteriol.*, **115**, 135–51 (1935); abstracted in *Jour. Ind. Hyg. & Toxicol.*, **18** [4] 54 (1936).—The separation of various mineral constituents of dusts by the use of liquids having suitable specific gravities is discussed. The standard methods of mineralogical and chemical analysis of dusts are mentioned, with a description of the X-ray examination. Some of the common minerals are shown. Mention is made of the mineralogy of sericite. E.J.V.

**Methods of dust control.** J. D. LEITCH. *Trans. Amer. Foundrymen's Assn.*, **7** [1] 209–21 (1936).—The point to begin elimination of the dust hazard is at the source. Methods used for controlling the dust hazards originating at different types of sources are described. L. discusses the general methods used in dust-suppression problems and the estimation of the hazard, contending that the efficiency of a dust-collection system is best determined by dust counts. Methods used for testing ventilating equipment and the selection of fans are presented. Dust collectors and respirators, such as helmets, filter-type respirators, and positive-pressure masks, are discussed. Maintenance of equipment is necessary to the successful operation of such equipment and to the efficiency of any installation. A discussion is included.

H.E.S.

**Molding of clay after heating at various temperatures.** R. MORETTI. *Corriere Ceram.*, **15**, 221–23 (1934); *Chem. Zentr.*, **1934**, ii, 3296; *Brit. Chem. Abs.-B*, **54** [27] 591 (1935).—Heating at 100 to 500° before molding increases the apparent porosity of the product fired at 900° and decreases the resistance to breaking of a specimen dried at 120°.

**Nomograph for ceramic calculations.** A. A. GUSINSKII. *Ogneupory*, **3** [5] 374–76 (1935).—The nomograph facilitates the chemical analyses and the calculation of the amount of oxides in the fired product and of the raw material required for a given quantity of the latter.

P.B. & E.S.

**Personnel management.** J. E. WALTERS. *Factory Management & Maintenance*, **94** [12] S333–44 (1936).—The topics considered are (1) personnel management costs, (2) selection of employees, (3) personnel maintenance, (4) training and education, (5) medical and health service, (6) safety and accident prevention, and (7) personnel service work. Figures, tables, and photographs are included.

J.L.G.

**Significance of free crystalline silica in the etiology of silicosis and silicotuberculosis.** K. W. JÖTTEN AND H. POPPINGER. *Med. Welt.*, **10**, 545–50 (1936); abstracted in *Jour. Ind. Hyg. & Toxicol.*, **18** [8] 130–31 (1936).—The authors dusted rabbits over a period of four years, first 2, then 3, then 6 hr. daily, with porcelain dust having 30% free silica and 1 to 2% sericite. After this period the animals showed no typical silicosis although there could be seen sharp, pinpoint-sized, subpleural foci and a slight increase of fibrosis. During the dusting, tubercle bacilli were administered intravenously. These grew slowly, and with indurating processes, into a pulmonary tuberculosis while the controls showed no noteworthy disposition to contract tuberculosis. It is concluded that over a 3 to 4 year period of dusting with tubercle bacilli injected, it was possible to produce a tuberculosilicosis, although with the dust alone it was not possible to show silicosis, in spite of the presence of sericite. By dusting with pure quartz (without tuberculosis injection and without sericite) for 1 hr. daily for 2 years, typical silicotic nodules were produced. E.J.V.

**Silicate analysis in industrial dusts.** F. SARTORIUS AND K. W. JÖTTEN. *Zentr. Gewerbehyg. & Unfallverhüt.*, **21**, 65–69 (1934).—Materials studied were from the Rhine Steel Works, the Thyssen, and the U. S. Steel Co. Tables show in detail the procedure and results, accompanied by ample comment and description of methods involved. If dusty occupations are to be graded on a danger scale over long or short periods, the sickness percentages and dust analyses must be carefully compared. These new research methods are concerned with the size of grains in dust raised and the accurate preparation of undissolved acid particles, thus serving the combined purposes of mechanical phase analysis and chemical analysis. Important insight into the structure of different kinds of dust has been gained, and this has been increased by using definite purity tests, *e.g.*, the tetralin method. K.R.

**Silicosis: harmful dusts which cause it.** W. R. JONES. *Trans. Ceram. Soc.*, **34**, 303–43 (1935); see *Ceram. Abs.*, **14** [3] 84 (1935).

**Silicosis in the porcelain industry from the standpoint of the physician.** SCHILFFAHRT. *Ber. Deut. Keram. Ges.*, **17** [6] 322–30 (1936).—It is pointed out that a silicotic lung rarely occurs by itself, being usually associated with tuberculosis. A description of a silicotic lung is given. S. outlines the two theories of silicosis, mechanical and chemical, and discusses the chemical aspect of the problem. E.J.V.

**Training your own instrument men.** ALFRED G. MOON. *Instruments*, **10** [1] 15–18 (1937).—M. reviews basic considerations, qualifications of candidates, training of instrument men, division of time between various types of repair jobs, supplementary educational work, progress reports, and rating guide to be used in semiannual check-up. R.W.R.

BOOKS AND BULLETINS

**Determination and Control of Industrial Dust.** J. J. BLOOMFIELD AND J. M. DALLAVALLE. *U. S. Pub. Health Bull.*, No. 217, 167 pp. (April, 1935).—This brief but comprehensive work presents "the methods and instruments used in conducting dust studies in industry, the interpretation of results thus obtained, and their practical application to industrial problems, especially those phases relating to control of the dust hazard." Preliminary procedure involves the sanitary and occupational survey of a plant; final emphasis is placed on personal respiratory protection of workers. Between these occurs the dust technique, achieved through appliances, dust study, and dust control. The paper is uniformly clear in presentation, and the authors have shown selective power and discrimination. This bulletin should appeal to engineers, plant owners and managers, and their employees. 39 tables, 77 illustrations, 73 references. K. REED

**Directory of Ceramic Industries of New York.** Published by Ceramic Assn. of New York, Alfred, N. Y. 72 pp. Price 25¢. Reviewed in *Ceram. Age*, **28** [1] 32 (1936).—This directory includes all branches of the ceramic industries in the State, from raw materials to finished products, the latter covering whiteware, glass, refractories, heavy clay products, and miscellaneous ceramic ware. Current information is given on plants, products produced, equipment facilities, and names of officials. A complete alphabetical index is included. F.G.H.

PATENTS

**Colored granule.** C. E. HILLERS (Blue Ridge Slate Corp.). U. S. 2,070,359, Feb. 9, 1937 (March 21, 1935).

**Method of producing double-wall vessels of ceramic material and with rarefaction of the air within the wall spaces.** H. J. MOCZALA. U. S. 2,070,672, Feb. 16, 1937 (Feb. 8, 1935). A method of producing double-wall vessels of ceramic material and with rarefaction of the air within the wall spaces comprises manufacturing the raw walls separately, placing one wall inside the other, connecting the air-pervious walls with each other at their edge portions, applying a raw glazing mass to the surface of the shard thus produced, and then heating to a sufficiently high temperature to drive part of the air within the wall spaces through the walls, followed by a sealing of the walls by the glazing material.

# INDEXES TO CERAMIC ABSTRACTS

Compiled by the

AMERICAN CERAMIC SOCIETY

ROSS C. PURDY, *Editor*

Vol. 16 December, 1937 No. 12

## Author Index

The reference number in parentheses refers to the *monthly* issue of *Ceramic Abstracts;* the number following is the *page* number. The letters A, B, and P preceding the reference number indicate an abstract of (A) an article, (B) a book or bulletin, or (P) a patent.

















Case 2:17-cv-00063-D    Document 63-20    Filed 05/21/19    Page 25 of 40

# SUBJECT INDEX TO CERAMIC ABSTRACTS

Volume 16, 1937

The reference number in parentheses refers to the *monthly* issue of *Ceramic Abstracts;* the number following is the *page* number. The letters A, B, and P, preceding the reference number, indicate an abstract of (A) an article, (B) a book or bulletin, or (P) a patent.

**Abaquesne,** French ceramic artist, A (9) 266, A (10) 293.
**Abrasion** of metals, weight-loss tester for high temperatures, A (4) 105.
resistance tests for, A (5) 141.
**Abrasive apparatus.** See also *Buffing apparatus; Grinding apparatus; Lapping apparatus; Polishing apparatus.*
for abrading, P (1) 2, P (3) 79, P (5) 141, P (6) 165, P (10) 292; automatically controlled, P (9) 264.
abrasive bar mill, P (7) 214.
belt, P (1) 2.
bonded abrasives for, P (4) 107.
cutting machine, P (10) 292.
diamond-embedded tools, P (5) 142, P (6) 166, P (9) 264.
disk, characteristics of, A (5) 142.
drum for leather surfacing machines, P (6) 165.
flexible, P (10) 292.
for propelling abrasives, P (10) 308.
rolls for abrading or polishing machines, P (10) 293.
saw tooth, P (8) 229.
silicon-carbide insert tooth disk, A (7) 193.
stone holder, P (9) 264.
for surface grinding, P (10) 292.
throwing apparatus, P (7) 214; for throwing abrasive at blasting velocities, P (7) 194.
types of, P (1) 2-3, P (2) 54-55, P (3) 79-80, P (4) 106-107, P (5) 142, P (6) 165-66, P (7) 194-95, P (8) 194, P (9) 263-64, P (10) 292-93, P (11) 326-27.
wheels, abrading wheel-forming device, P (10) 292.
balancing of, P (3) 80.
Carborundum Co., P (9) 263.
characteristics of, P (5) 142.
composite type, P (4) 106.
composition of, P (6) 166, P (7) 194, P (10) 292.
manufacture of, P (8) 229.
method for, P (5) 142; and body for, P (2) 54.
and mounting, P (6) 166.
rough-sided, rubber-bonded, P (6) 166.
types of, P (9) 264.
use of, safety of, B (4) 106.
**Abrasive industry,** dust control in, studies on, I-III, A (10) 291.
**Abrasives.** See also *Corundum; Silicon Carbide;* and abrasive products in *Refractories.*
abrasion resistance of, measurements on, A (5) 141, P (6) 166.
abrasive-coated products, composition for, P (7) 195, P (9) 264.
abrasive grain for polishing, physical properties of, A (11) 325.
and abrasive mask, A (4) 133.
abrasive stones, phenolic resins for, A (7) 193.
adhesion of grain to glue, A (11) 326.
air or gases in suspended material, fan rotors for, P (2) 71.
aluminous, P (11) 326.
aluminum oxide and silicon carbide, simplified practice recommendation, R 118-26, B (2) 54.
artificial, types and control of, A (8) 229.
Bakelite article, P (4) 106.
binders for abrasive granules, P (10) 292.
bite-rim composition, P (9) 263.
blast test as resistance test, A (5) 141.
body composition for grinding tools, P (4) 107.
bonded: abrasive grain and rubber mixes for, P (4) 107; for blocks, wheels, or disks P (4) 107; granules with synthetic resin and lead oxide, P (8) 229; method for, P (5) 142, P (9) 264.
bonds, rubber-, method, P (1) 3.
borocarbide, structure and use of, A (4) 105.
boron carbide: crystal structure of, A (11) 325; for loose-grain grinding, A (10) 292; new type, A (7) 193.
capillarity properties of, A (11) 326.
carbides, hard type, properties of, A (6) 165.
**Abrasives** *(continued)*
Carborundum, for cutting glass disks, A (4) 114.
ceramic-bonded, P (8) 229, P (9) 264.
chemical composition and production of, P (11) 326.
coated articles, production of, P (6) 166; coated sheet and web material, process, P (2) 54; coated webs, manufacture of, P (10) 293.
coating abrasive grain with ceramic bond, method for, P (8) 230, P (11) 327.
coatings for, process, P (1) 3, P (5) 142.
composition and production of, P (6) 165.
with copper and its alloys, use of, A (11) 326.
for core drilling, types of, I, A (1) 37.
corundum: for abrasive powders, preparation of, A (10) 292; color of, tests on, A (3) 79; isomorphous lamination in, A (1) 2.
crystalline, production of, P (8) 229.
data on, 1937 calendar for, B (9) 263.
diamond dust and Fe powder, hot-pressed, P (6) 165.
diamondiferous, method of forming, P (4) 107.
diamonds, brown bort, vs. ballas, hardness test, A (4) 105-106.
diatomaceous earths for, I-II, A (5) 159.
dust control in, apparatus for control of, A (10) 291.
efficiency of, numerical comparison of, A (10) 292.
emery cloth for grinding glass pipes and vessels, A (6) 170.
emery deposits in N. Y., theories of, A (1) 2.
emery paper, manufacture of, A (10) 292.
engineers for, practical tests, A (1) 1.
external grain-shape control, A (11) 326.
fine, granulometric tests on, A (1) 1; fine granules, effect of binders, A (2) 53.
flexible, production of, P (11) 326.
fused alumina grain, properties of, A (11) 326.
garnet: manufacture of, P (10) 292-93; in 1936, A (10) 292.
grain coating, method for, P (8) 229.
grain shape, control of, A (1) 2.
grains: adhesion of, to glue, A (2) 53; for organic-bonded type, P (5) 142.
granule-coated webs, P (2) 55, P (4) 106, P (4) 107; apparatus for, P (2) 54.
granules, binders for, for paper or fabric support, P (10) 292.
and grinding: at Ford plant, A (2) 53; and polishing metals, A (3) 79; of wheels, types of, I, A (7) 193-94.
hard granular-bonded type, production of, P (6) 165-66.
hardness tests on, A (1) 1; for bort, ballas, carbonado, boron carbide, black SiC, corundum, A (4) 105-106.
Haynes Stellite, for hard surfaces, A (1) 1.
with heat-hardened resin bond and pulverized fused quartz, P (7) 195.
impact test for resistance measurements, A (5) 141.
manufacture of (Carborundum Co.), P (10) 293.
mechanical finishes for aluminum, application of, A (1) 1.
for metal polishing, types of, A (6) 165.
for metallographic finishing, types of, and methods for, A (8) 229.
for metals, polishing and buffing of nonferrous types, A (10) 292.
microsedimentation process for fine dimensions of, A (1) 1.
moldable composition for grinding or polishing tools, P (4) 107; moldable and heat-hardenable, P (6) 166.
natural and artificial, structural properties and use of, A (11) 326; natural, vs. electric-furnace products, hardness test for, A (4) 105-106.
1935 summary of, B (1) 2; 1936 summary of, B (10) 292.
Novolac resins for abrasive stones, A (7) 193-95.
papers, sand-, grain requirements, A (1) 2.
[illegible]

[illegible]

[illegible]

Books (continued)
[illegible]

Books (continued)
Report of work of Mining Division, Bur. of Mines, for 1936, and program for, 1937 (Bull.), B (9) 287.
Reports on progress in physics, Vol. III, B (8) 190.
Research puts the diatom to work (Bull.), B (2) 65.
Researches in dry-press refractories: I, Relation of forming pressure to physical properties (Bull.), B (2) 65.
Researches on setting processes (Bull.), B (2) 58.
Résumé of work of the Nonmetals Division, 1935 (Bull.), B (7) 222.
Review of literature on effects of breathing dusts with special reference to silicosis, III-A (Bull.), B (3) 104.
Rudimentary treatise on manufacture of brick and tiles, B (8) 246.
Rutley's elements of mineralogy, B (6) 187.
Safety glass, a national problem, B (5) 148.
Salt-glazed ware pipes and fittings, Brit. Stand. Specif. (Bull.), B (7) 210.
Seasonal fluctuations in pottery industry and their influence on costs, B (3) 104.
Semi-micro qualitative analysis, B (8) 261.
Sensitivity to heat of refractory materials, B (7) 209.
Sharing profits with employees, B (2) 77.
Silicate analysis, B (11) 358–59.
Silicates of soda (Bull.), B (1) 50.
Silicosis, review of literature on effects of breathing dusts (Bull.), B (3) 104.
Soviet science, B (1) 25.
Statistical methods for research workers, B (10) 314.
Steel and glass incorporated (Bull.), B (1) 37.
Structure of crystals, B (1) 42.
Succession of minerals and temperatures of formation in ore deposits of magmatic affiliations (Bull.), B (7) 22.
Suggested methods for reduction of mine accidents from viewpoint of safety engineer (Bull.), B (4) 126.
Sulfuric acid leaching of Wash. clays for production of alumina and aluminum metal (Bull.), B (8) 258.
Summary of progress (Bull.), B (3) 100.
Survey of aluminum industry and metallurgical processes (Bull.), B (8) 258.
Symposium on utilization of blast-furnace slags in the building industry, B (6) 192.
Tables of physical and chemical constants and some mathematical functions, B (7) 215.
Talc and soapstone (Bull.), B (3) 100; Talc and soapstone of Wash. (Bull.), B (7) 122.
Technical diary, 1936, B (2) 77.
Technical surface knowledge, B (5) 141.
Technology of defects in glass manufacture, B (1) 16–17.
Technology and the mineral industries, B (10) 316.
Terminology of physics, B (9) 289.
Textbook of elementary quantitative analysis, B (8) 261.
Theoretical metallurgy: free energies of vaporization and vapor pressures of inorganic substances, III, B (6) 190; metacarbonates, correlations and applications of thermodynamic properties, IV, B (8) 190–191; heats of fusion of inorganic substances, V, B (5) 162; revision of the entropies of inorganic substances, 1935, VI (Bull.), B (6) 191.
Thermodynamics, principles of thermodynamics and application to engineering processes, B (10) 314.
Third ordinance increasing compensation of occupational diseases in Germany (Bull.), B (5) 164.
Tough glass, B (1) 17.
Transluscid concrete, B (11) 335.
Transmission of light through window glasses (Bull.), B (5) 148.
Tube grinding mills (Bull.), B (1) 34.
20th Century ceramics, B (1) 4–5.
Use of abrasive wheels (Bull.), B (4) 106.
Use of Iowa clays in small-scale production of ceramic art (Bull.), B (9) 266.
Vacuum pottery pug mills (Bull.), B (4) 128.
Vermiculite, new commercial mineral (Bull.), B (10) 311.
We may wear glass (Bull.), B (1) 17.
[illegible], pseudosymmetry of, A (1) 38.
[illegible] in Boulder Dam region, B (3) 100.
[illegible] oxides, study of, in far infra-red, A (9) 289.

Borax, crystalline anhydrous, production of, P (3) 102.
(sodium di-borate hydrate), structure studies on, A (1) 41.
in U. S., A (7) 221; in U. S., uses for, A (1) 38.
Boric acid, anhydrous, production of, P (5) 163.
as derived from sassolite, colemanite, bechilite, and datolite; world sources of, A (2) 73.
method of making, P (10) 314.
Borides, method of making, P (5) 163.
Borocarbide, structure and use of, A (4) 105.
Boron, crystalline, physical tests on, A (4) 133; optical spectroscopic determination of, A (11) 355.
Boron carbides, crystal structure of, A (11) 325; manufacture of, P (7) 225.
Borosilicate (pandermite), data on, A (8) 255.
Bowden and Ridler, Beilby layer studies of, A (10) 291.
Boyd presses for dry-press grog ware, A (7) 206–207; for dry pressing brick, A (8) 25.
Brady, C. N. See Biographies.
Brick. See also Building materials; Clayware; Drying; Firing; Masonry, reinforced; Paving materials; Refractories; Structural materials; Tile.
acid-stable, clays for, and treatment of, A (8) 179.
air drying of, A (7) 213.
architectural development and marketing of, A (5) 149–50.
blue-smoked, process for, A (6) 183.
brick corners, method for, P (1) 20.
brick tile, P (10) 303.
brick veneer, mold for casting supporting ledge for, P (1) 20.
for building, P (10) 303.
building, dry-press process for, A (1) 32.
CaO in, similarity to MgO brick, P (11) 339.
and clay block, manufacture of, P (9) 274.
common, raw materials for, in England, geological survey of, B (3) 100.
Danish clays for, A (1) 37.
de-aired. See De-airing.
defects in, efflorescence of building brick, Wick test for, A (9) 274.
defects in, efflorescence of, cause and elimination of, A (1) 19, A (4) 118.
defects in, florescence: relation of soluble salt content to, VII, A (1) 19; test for, B (8) 245–46.
defects in, netlike cracks, cause of, A (8) 90.
drying of, effect of electrolytes on, A (7) 205.
English clays for, A (9) 285; English manufacture of, treatise on, B (8) 246; English production of, report of Building Research Board, 1935, B (8) 245–46.
face, effect of vacuum and soaking time on porosity and true specific gravity, A (7) 207.
of fired shale and sand, patent design for, P (9) 267.
firing of, faults in, A (6) 183.
flexural vibration for determining Young's modulus of rupture, A (7) 223.
florescence on, relation of soluble salt content to, VII, A (1) 19; test for, B (8) 245–46.
fly-ash, humid aging of, A (6) 175.
glass. See Structural materials, glass brick.
green: moisture content of, A (8) 252; salt to lower freezing temperature, A (8) 245.
handmade, weathering qualities of, B (8) 245–46.
hollow, vacuum press for manufacture of, A (9) 282.
insulating type, from N. C. shales, B (1) 20.
for large buildings, advantages of, A (6) 175.
lime in: injurious effect of, A (1) 19; technique and practice in production of, A (1) 50.
lime-sand: magnesian lime in, effect of, A (5) 150; steam-hardening of, effect of, A (1) 19; see also Brick, sand-lime.
loading, transporting, and unloading of, method for, P (2) 71.
magnesite, iron chromite in, A (7) 207.
manufacture of, P (4) 118.
from marl clays, change in physicomechanical properties under moisture, A (5) 149.
mixing water with clay for pug mill, A (2) 62.
and mortar, relation of brickwork strength to, A (9) 274.
for paving. See Paving materials.
porous, particle size of coal in, production of, A (7) 206.

Brick (continued)
for railways, selection and tests on, A (5) 150.
rehydration of fired clays in, A (5) 162.
for roads, buildings, and heat-resisting purposes, P (6) 175.
sand-faced, and building slabs, P (6) 175.
sand-lime, Hunziker process for, A (10) 303; see also Brick, lime-sand.
sand-mold, colors for, A (9) 274.
for sewers, abrasive action of sewage on, A (11) 339.
silicate, vapor-treating of, thermal balance of autoclave for, A (7) 206.
and slabs, production of, P (6) 175.
$SO_3$ and barium carbonate content of water in, studies on, A (1) 19.
softness-testing apparatus for, A (2) 63.
soluble salts vs. florescence, relation of, VII, A (1) 19; test for, B (8) 245–46.
soluble salts in, German specification for, A (11) 339.
standard size in British Isles, B (8) 245.
synthetic stones, production of, A (6) 175.
Tenn., production of, history of, A (2) 76.
tested, for road paving, A (3) 90, A (10) 303.
tests for degree of dryness and shaping capacity of, A (2) 63.
thermal behavior of, A (3) 90.
thermo-insulating, froth-diatomite, production of, A (1) 20.
and tile, artificial drying of, P (10) 308.
and tile of clay and marl, production of, P (5) 150.
and tile, locking means for, P (1) 20.
transverse and compressive strength tests on, A (9) 274.
for wall construction, P (1) 5, P (10) 303.
water absorption of, test data on, A (6) 175.
waterproofing method for, P (11) 343.
Brick apparatus. See also Clayware apparatus and specific types for production of clayware.
automatic brick and tile cutter, P (1) 34.
auxiliary strike for, P (3) 70.
Boyd press for dry pressing, A (7) 206–207, A (8) 252.
for brick closed on five sides, P (4) 126.
brick grab, P (6) 183, P (10) 303.
brick mold, P (11) 339.
brick press with two separate dies, A (5) 155.
brick and stone drill, P (10) 308.
for brick and tile, P (4) 126.
for cutting brick, P (10) 303.
drier, multiple saturation type, A (1) 32.
endless, overhead chain transporter, A (1) 31.
for hollow brick closed on all sides, P (5) 158, P (9) 274.
for molding perforated brick, P (6) 175.
for separating hollow brick from clay columns and for closing brick, P (2) 63.
Brick industry, Fletton brickmaking, 1877 to present time, A (1) 19.
Brickworks, mechanical transport in, A (1) 31.
roof tile production in, B (3) 93.
Bridges, brick masonry for, A (6) 175.
Brightness of ceramic ware and glass, measurement of, A (11) 327.
Brilliance of lead crystal glasses, studies on, A (7) 203; see also Light and cross-references.
Briquets, coal, smokeless binder for, A (8) 254.
Brittleness and toughness of cast iron, definition of, A (7) 226.
Brongniart formula for casting slips, B (9) 266.
Brownian movement of an ellipsoid: free rotation and depolarization of fluorescence, II, A (1) 42–43.
Brucite, fibrous, X-ray studies on, A (8) 256.
"Bubbly" glass. See Glass, decorated.
Buchanan's laterite, definition of, A (8) 255.
Buffing and polishing ware, method for, P (8) 230.
Buffing apparatus. See also Grinding apparatus; Polishing apparatus.
automatic rouge feed for, P (4) 106.
and polishing, P (1) 2, P (9) 264.
presaponified compound for, P (7) 195.
rotary buffing wheel, P (11) 326.
wheels, P (1) 2, P (9) 264, P (10) 292.
Building materials. See also Architecture; Brick; Clayware; Floor materials; Housing; Masonry; Roofing materials; Structural materials; Tile.
building brick, P (9) 274.
concrete, colored ceramic aggregate for, A (4) 137–38.
thermal insulating power of, principles of, A (3) 90.
veneer brickwork in Australia, A (11) 399.

Burners. See also Furnaces and other types of heating apparatus.
combination type for various fuels, A (10) 308.
Méker or Tirrill, with metal chimney for fusions, A (11) 345.
oil, classification of, A (10) 309.
Cadmium and magnesium, spot tests for, A (5) 162.
separation of, from ores, P (3) 102.
Calcined aluminum oxide, crystallization state of, examination of, P (1) 47.
Calcined kaolin and $Ca(OH)_2$, reaction between, A (1) 7.
Calcium aluminate and alumina, process of making, P (1) 47.
hydration of tricalcium aluminate, VI, A (3) 82.
production of, for manufacture of sodium aluminate by soda-lye treatment, P (4) 137.
and silicates, hydration and hardening of, A (8) 234.
Calcium borate as pandermite in ceramics, A (8) 255.
Calcium carbonate, light, uses, and studies of, A (11) 354.
Calcium chromate, preparation and hydration of, A (5) 162.
Calcium ferrites, in Portland clinker, effect of, A (4) 109.
Calcium fluoride, analysis of, methods for, A (3) 100; in barite ores, analysis of, without use of fusions, A (11) 356.
Calcium hydrosilicates, rôle of hydraulic additions in forming, A (9) 267.
Calcium oxide in clinkers, test method for, A (1) 42.
pressed, or hydrosible powder, P (8) 235.
Calcium phosphate, primary, determination of, in mixtures of calcium orthophosphates, A (11) 353.
Calcium sulfate hemihydrate, obtained by evaporation, and polymorphism of anhydrous calcium sulfate, A (1) 5.
Calorimeters, surface-type, use of, A (11) 346; see also types of heat-measurement instruments.
Cameras, high-speed motion picture, for tests on surface tension of liquids, A (2) 68–69; for photomicrography, A (1) 32; and projector, improved motion-study type, A (4) 124; see also Photography.
Cantieny boiler for high pressures, A (3) 103.
Capillary method for alteration of glasses and glazes, A (8) 238–39.
Capillary tension curves for soil-moisture range, A (7) 219.
Carbides, hard, physical and chemical properties of, A (6) 165.
Carbon, catalytic reactions of, with steam-oxygen mixtures, A (2) 71.
combustion rate of, study of gas-film structure by microsampling, A (2) 71.
and hydrogen: determination of, A (11) 353; microdetermination of, in compounds with arsenic, antimony, tin, bismuth, and phosphorus, A (11) 355; microdetermination of, handling and weighing absorption tubes for, A (11) 354.
for refractories, as base material, A (8) 248.
as a refractory and antiacid material, A (10) 303.
and sulfur for colored glass, IV, A (11) 335.
Carbon black, manufacture of, cause of destruction of refractories in, A (2) 64.
Carbon particles, combustion of, under atmospheric pressure, A (4) 127.
Carbonaceous clays. See Clays.
Carbonaceous matter in colored glass, studies on, I–III, A (3) 86; IV, A (4) 113.
Carbonaceous substances, liberation of carbon monoxide, relation to ignition temperatures, A (4) 127.
Carbonate, fine texture, composition of, A (11) 354.
Carbonation of unhydrated Portland cement, A (10) 295.
Carbonization, Berg, Pintsch-Weber, and Hinselmann processes, A (10) 296.
of coal, A (5) 158; effect of oxidation at storage temperature on, A (2) 72; expansion measurements of, A (2) 72.
Koppers Carbolux and Lecocq systems for, A (1) 36.
low-temperature, German methods for, A (10) 296.
of solid fuels in Germany, A (3) 97.
temperature and petrographic studies of Va. and Pa. coals, B (4) 128.
Carbonizing properties and petrographic composition of Ky. coal, B (8) 253.

Carbon-tar mixtures, monolithic, for blast-furnace bottom and boshes, A (1) 23–24.
Carolina stone, use of, A (3) 97.
Casehardening of glass. See Glass, casehardening of; Glass apparatus for casehardening.
Casting scraps, use of, A (10) 307.
Casting slips. See Slips.
Castings, chromium alloy, for glass apparatus, hardening method and composition of, P (1) 18.
X-ray studies and welding of, A (5) 157.
Catalysis and dispersion in Portland cements, A (1) 7.
Catalyst, ceramic, method for, P (2) 58.
Catalytic decomposition of hydrogen peroxide by clay suspensions, A (10) 309.
Catalytic reactions of carbon with steam-oxygen mixtures, A (2) 71.
Cawood process for milling porcelain enamels, A (11) 330.
Celadon, French porcelain vs. Chinese types, A (9) 265.
Celestite in Boulder Dam region, B (3) 100.
natural strontium sulfate, use of, A (1) 41.
Celite in cement, preparation and hydraulic properties of, I, A (1) 6; characteristics of, II–III, A (5) 143.
composition of, A (11) 328; preparation and hydraulic properties of, A (1) 6.
Cells, photoelectric. See Photoelectric cell.
Cellular clay materials. See Clayware.
Cellular glass. See Glass, cellular.
Cement apparatus for utilization of heat in furnaces, A (11) 329.
Cement industry in India, A (10) 315.
Cement plants, dust control in, I–II, A (5) 163; dust control in, through exhaust systems, I–VI, A (1) 48.
Cements. See also Gypsum; Mortars; Plasters; Refractories, cements.
absorption data on admixtures of, I, A (3) 81.
acidproof and waterproof, density and hardness increase in, P (7) 198.
acid-resistance, preparation and properties of, A (6) 168.
airswept pulverizer for, A (6) 182.
aluminous: action of soda in solution on, A (9) 267; mineral composition of, A (11) 328; and Portland, blended, list of structures with, A (1) 6; studies on, A (6) 167.
aluminum and slag mixtures, for fast-setting hydraulic mixtures, A (1) 7.
anhydrite-slag, production of, A (10) 295.
blast-furnace, for metallurgical use, A (8) 234; blast-furnace slag in, tests on, A (7) 198.
for bonding sands for foundry use, A (1) 8.
building types, composition for, A (6) 167.
calcium aluminate and Portland, mixed, research on, A (2) 57.
celite: characteristics of, II–III, A (5) 143; hydraulic properties and preparation of, I, A (1) 6.
"cementation index" of Eckel and Kühl, formula for, A (6) 167.
cementitious material, Sorel type, P (1) 7.
clinker. See also Cements, Portland clinker.
clinker, as a disequilibrium solidified, vs. Kühl definition, A (2) 57.
clinker, free lime and calcium hydroxide in, determination of, A (8) 234.
clinker minerals, properties of, A (4) 109.
clinkering raw materials for, rotary kiln for, P (8) 235.
clinkerless slag, raw materials and process for, A (1) 6.
colloid-chemical character of mixtures of, A (6) 167.
colorless, composition for, A (6) 168.
crystal structure and chemistry of, A (4) 109.
discoveries in, references on, A (9) 267.
Dorsch and Merciot studies criticized, A (1) 6.
Dorax for monolithic work, A (11) 340.
facing tile, glazes for, A (6) 167.
and fire-resistant clinker, Poland clays for, A (4) 129.
fused: aluminous, mineral constitution of, II, A (11) 328.
for glass: composition of, A (1) 12; for glass industry, types of, A (1) 12; for glass joints, A (2) 60; for glass panes and ware, A (1) 11, P (6) 173.
grain sizes of specific surface of, A (1) 32.
hardening of, bound water in, A (3) 82.
heat generated by, during hardening, effect of composition, A (2) 56–57.
high-resistance, effect of lime saturation and chemical composition, A (6) 167.

Cements (continued)
high-temperature, and crushing [illegible] for refractory patching material, A [illegible] 278.
hot-patching: preliminary tests on, I, A (7) 207; for gas retorts, dry-powder [illegible] II, A (4) 119.
hydrated compounds, conditions for formation in system CaO–$Al_2O_3$–$H_2O$ [illegible] B (4) 110.
hydraulic gypsum, process for manufacture [illegible] P (11) 329.
hydraulic, lime aluminates in, determination of, A (8) 234.
inorganic, and adhesive, studies on, A [illegible] 109.
for installation of ceramic linings, A (8) [illegible]
jointing: literature review, physical and refractory properties of, I; tests on [illegible] cements, lime-ganister mixtures, II, [illegible] (4) 119; behavior of joints under tension and compression, V; permeability of fired joints, VI, A (5) 152.
kilns for. See Kilns, cement; Kilns, rotary.
Lea and Parker formula for, A (6) 167.
lime in, plant methods for determination of, A (7) 223.
lime silicates and lime aluminates, behavior in water solutions, A (3) 81–82.
magnesia content of, properties of, A [illegible] 110.
magnesian Portland, studies on, A (5) [illegible] 44.
magnesium oxychloride, P (8) 235; [illegible] on, A (4) 109.
for metallic and ceramic articles, P [illegible] 295.
for metallic and ceramic construction parts, P (3) 82.
metallurgical: constitution of [illegible] slags for, A (8) 233–34; sulfo-aluminous and supersulfated, tests on, A (7) [illegible]
for metallurgical processes, uses of, A [illegible]
metallurgical types of, and test data on, [illegible] (8) 234.
microscopic study of, A (9) 267.
mortar, blast-furnace, properties and characteristics of, A (11) 328.
mortars, frost resistance in, A (2) 82.
Na silicate, for coating glass panes to prevent dimming, P (6) 173.
ore or iron types: tabular data on [illegible] tests on hardening of cement sand mortar, VI, A (1) 6–7.
permetallurgical, composition of, A (8) [illegible]
polishing, as adhesive for abrasive grain, A (2) 54.
porcelain, Italian, analysis of, A (8) [illegible]
Portland, admixtures, absorption data, I, A (3) 81.
and aluminous: constitution of, A (1) [illegible] effect of blending, A (1) 6.
artificial formulas for, composition of, A (6) 167.
catalysis and dispersion in, effect of, A (1) 7.
chemical constitution and technical properties, A (2) 56, A (3) 82; chemical studies on, A (8) 233; chemistry of, B (1) 7.
classification and use of, A (8) [illegible]
clinker. See also Cements, clinker.
clinker: behavior of constituents of, A (6) 168; chemistry of, A (1) 7; constitution of, A (11) 328; structural characteristics of, A (1) 7.
clinker, Bogue's formula for composition of, A (9) 267.
clinker, calcium ferrites in, tests on, A (4) 109.
clinker, glass content in, method of determination, A (8) 234.
clinker, heat of formation of, and calculation of exothermic reaction, A [illegible] 198.
compound content of, A (10) 295.
concrete, with lumnite concrete, effect of sea water on, A (2) 57.
constitution of constituents, and optical and mineralogical properties, A [illegible] 328.
granulometric composition of, effect on heat of hardening and mechanical properties, A (10) 295.
high-silica, manufacture of, P (7) [illegible]
hydration and hardening of calcium aluminates and silicates, A (8) 234.
iron, for metallurgical use, A (8) [illegible]
lime, silica, alumina, and iron oxide ratios in, studies on, A (8) 233.
magnesia in, Jap. specifications for, A (4) 109–10.

Cements, Portland (continued)
magnesia in, use of, I, A (4) 109–10; effect of, II, A (6) 167–68.
[illegible]
methods of Michaelis, Mead, Bogue, Kühl, and Kind for calculations of raw material, B (8) 235.
new cementing material, properties of, A (4) 109.
[illegible]
rapid analysis of, A (8) 260.
rational composition studies, A (4) 109.
raw material calculations, methods for, B (8) 225.
raw mixtures of, effect of fluorides on thermal combination of, A (1) 6.
rotary kiln for (Spain), A (1) 7.
special: development in manufacture of, A (4) 109; tests on mangan chrome cements, VI, A (11) 328.
sulfur determination in, A (5) 160–61.
synthesis of, heat exchange of reactions in, A (1) 6.
systematic denomination of, A (2) 57.
[illegible]
continuous ovens for, A (6) 183.

Ceramic bodies (continued)
heat-resisting spools and rollers, P (6) 192.
iron in, effect on color and properties of, A (11) 343.
and metal thermal contact between, method for, P (1) 34–35.
molded, drying process for, A (3) 94.
nomograph calculations for chemical analyses of, A (4) 139.
[illegible]
X-ray studies on, in Japan, A (6) 190.
Ceramic catalyst, method of making, P (2) 58.
Ceramic coatings. See Bonds; Coatings.
Ceramic data, annual book on, B (2) 77.
Ceramic education. See also Research; Research laboratories.
ceramic school at Sèvres, A (2) 76.
at Montana School of Mines, history of, A (3) 103–104.
pottery in N. Y. secondary schools, A (1) 4.
[illegible]
Ceramic industry. See also specific types of ceramic industries throughout index.
[illegible]
Ceramic materials. See also specific types of ceramic materials throughout index.
[illegible]
Ceramic mixes. See Ceramic bodies.
dry, separation of, into component parts, A (5) 157.
Ceramic ware, (fine). See also Art and Art-ware; Delftware; Faience; Glass; Majolica; Porcelain; Pottery; Tableware.
glazing process for, P (7) 227.
in Italy, Sardinian products, A (10) 294; of Lodi, Italy, A (10) 294.
physical and chemical tests on, A (9) 281.

Ceramic ware, (general). See also specific types such as Brick; Clayware; Glass; Insulating materials; etc.
double-wall vessels, with rarefaction of air within wall spaces, P (4) 140.
enlargement or reducing dimensions of, methods for, A (3) 101.
fixing metal bolts to, P (11) 360.
"Kemite" for laboratory table tops, A (7) 225, A (10) 315.
[illegible]
Ceramics, technology and research in, contribution of mineralogy to, A (3) 97.
Cerium in borosilicate glass, P (4) 117, P (10) 299.
[illegible]
Chadwick, James, Nobel prize awarded in physics to, A (9) 288–89.
[illegible]
Chemical analysis, accuracy of, A (11) 354.
Chemical apparatus, acid-stable, natural rocks, ceramic ware, and bodies for, determination method for, A (4) 121.
[illegible]
Chemical classification of foundry steels, A.F.A. recommendations for, A (5) 145.
Chemical composition (constitution). See also Clays, chemical constitution of; Glass, chemical composition; Structure.
[illegible]
Chemical industry, glass apparatus in Germany, A (4) 114.
[illegible]
Chemical plants, modern stoneware for, A (2) 67.
Chemical raw material, Ill. fluorspar for, A (7) 219.
Chemical ware, artificial stoneware for heat treatment of, A (6) 183–84.
[illegible]
Chemistry. See also Thermochemistry.
[illegible]
chemist's year book, B (5) 164.
of clays, A (10) 309.
colloidal, application to boiler-water conditioning, A (3) 102–103.
of colored glass, studies on, I, A (6) 171; II, A (7) 201; III, A (8) 239.
elementary, for everyday use, B (8) 260.

Chemistry (continued)
inorganic and theoretical comprehensive treatise, Vol. XV, B (3) 102.
inorganic, waste and by-products of, B (1) 50.
International Union of, A (1) 49.
of minerals, layer lattice in relation to, A (10) 312.
Nobel prize to the Joliots for discovery of artificial radioactivity, A (9) 288–89.
in polishing processes, A (4) 116.
of Portland cement, A (1) 7.
practical book on, B (11) 358.
progress in 1935, B (1) 46.
Chevenard differential dilatometer for tests on faience and porcelain, A (9) 280.
Chimneys, metal, for furnaces, A (11) 345.
Chinaware. See Porcelain; Tableware.
[illegible]
Chromate-microvolumetric method for sulfate-ion determination, A (7) 223.
[illegible]
Chrome (basic lead chromate) for pigments, P (2) 75.
[illegible]
Chromium alloy castings for glass apparatus, hardening method and composition of, P (1) 18.
Classifying apparatus, vibratory type, P (7) 215.
Clay gun, electric rotary, for stopping blast-furnace tap holes, A (1) 21.
Clay plants, Diesel and gas engines in, data for power costs, A (2) 69.
factory experiences in de-airing, A (1) 30.
Clays. See also Kaolins; Shales.
[illegible]

Clays (continued)
[illegible]

Clays (continued)
[illegible]

Clayware. See also Brick; Building materials; Earthenware; Insulators; Materials; Paving materials; Pipes; Roofing [illegible]; Stoneware; Structural materials; Terra cotta; Tile.
Australian Clay Products Assn. annual meeting, A (7) 225.
balancing hollow-ware dies without drags, A (2) 69.
brick and refractory, circular tunnel kiln for firing, A (7) 216.
brick and roofing tile, electric furnace for glazing, A (6) 184.
cutting scraps for, use of, A (10) 307.
cellular, batching and mixing machine for, P (10) 303.
cellular clay materials, process for, A (8) 245.
ceramic filter media and high rates of filtration, A (10) 315.
chimney pots, P (5) 153, P (8) 232.
clay blocks, frothed, soap root for, A (7) 205–206.
clay slabs, for low-cost walls, A (2) 66.
clay-tile partition, wire mesh for lateral strength, A (7) 206.
[illegible] control of, in tunnel kiln, A (1) 35.
in construction field, importance of, A (6) 192.
crockery and fireclay ware, differences in, A (9) 279.
data from Bur. of Census, U. S. Dept. of Commerce, A (11) 359.
drain-fittings, dimensions for, Brit. Stand. Specif., A (10) 303.
efflorescence of soluble salts in, A (3) 101.
expanded, method of making, P (8) 246.
lightweight, from Tenn. clays, A (8) 257.
and marl products, production of, P (5) 150.
oxidation and loss of weight during firing, B (1) 36.
pallets in drying of, effect of, III, A (9) 282.
paving brick, fireclay brick, and fireproofing shapes, kilns for, A (9) 285.
resistance to shrinkage and cracking, P (1) 50–51.
sintering of, process for, A (2) 68.
slurry mixing, and dewatering apparatus, A (2) 70.
standard test methods for, in Germany, A (9) 274.
standard units of, dimension changes in, A (2) 62.
super-ceramic building members, A (4) 118.
temperature resistance tests for ceramic materials, A (3) 90.
Clayware apparatus. See also Apparatus, and specific types of apparatus and equipment throughout index.
aerodynamic blades for malaxing clays, A (3) 103.
automatic brick and tile cutter, P (1) 34; automatic clay-cutting device, P (4) 126.
batching and mixing machine for cellular products, P (10) 303.
continuous clay cutters, P (11) 346.
conveyers for clay pits, A (11) 344.
for cutting clay, P (7) 214.
cutting knives of aerodynamic form for, A (3) 352.
dry-press, de-airing device, A (1) 29; see also De-airing apparatus.
magnetic chain feed and separator, P (11) 347.
pallet conveyer for tile and slabs, P (11) 347.
pallets and camber, A (3) 95.
for sheering blocks from extruded column of plastic material, P (4) 126.
vacuum presses for manufacture of, plant experience with, A (9) 282.
Clayworking, "homogenizator" for, A (1) 30.
metallurgical progress in, A (5) 157.
practical, treatise on, B (1) 34.
Cleaning apparatus for ceramic materials, P (5) 154; see strainers, P (7) 215.
for iron castings, wheel-blast cleaning, A (3) 82–83.
metal-cleaning tanks, gas-immersion heating of, A (7) 199.
for metals, types of, IV, A (11) 330.
tanks, methods for, A (8) 235.
Cleaning of metals before enameling: sheet iron, II, A (8) 236; special pickling, III, A (8) 237; methods and materials for, IV, A (11) 330.
for enameling, chemical studies for, A (9) 267–68.
Cleaning solutions. See also Degreasing; Detergents.
emulsifying cleaners, A (9) 267–68.
[illegible] as basic chemical for, A (1) 8.
raw materials for, types of, A (7) 199.
for sheet-iron ware, compositions of, A (7) 199.

Clinkers, alite in, effect of, A (6) 167.
calcium oxide in, accelerated test method for, A (1) 43.
cement. See also Cements, Portland clinker.
cement: definition of, A (2) 57; Portland, $SO_3$ content in, data on, A (2) 57; structural characteristics, A (1) 7; white, process for, P (2) 58.
colorless, production of, A (6) 168.
components of, and their study, A (11) 328.
cooled, tests on, A (2) 57.
firing of, effect on properties of, A (7) 198.
lime and magnesia in, formation reactions and phase equilibria in, A (5) 161.
of slag and lime, exothermic reactions in, A (7) 198.
yellow iron-stained, from carbonaceous clay, firing and cooling of, A (4) 127.
"Clinoferrosilite," as crystals of "ferrosilite," A (8) 256.
Cloisonné of E. Tourette, A (9) 268.
Coal. See Fuels.
Coal ash. See Ashes, coal.
Coal dust. See Dusts.
Coatings. See also Abrasives; Bonds.
for abrasives, process, P (1) 3, P (5) 142.
for ceramic ware, slip for, P (5) 152.
for glass, P (10) 299.
glaze for engobe tile, production of, A (4) 131.
grain, etched vs. unetched, data on, A (2) 53.
magnesite for grog drains, B (5) 153.
metal-spraying applications, A (2) 69.
method of coating surfaces with fusible glazes, enamels, etc., P (4) 126.
for mirrors, aluminium for, controlled process, A (11) 344–45; see also Glass, mirrors; Silver solutions.
Na-silicate cements for glass panes, to prevent dimming from water-vapor, P (6) 173.
protective, for crucibles and tools for contact with molten masses, P (1) 35.
protective, for grog outlets, B (5) 153.
Cobalt and nickel colors, studies and data on, A (9) 287–88.
and potassium, colorimetric microdetermination of, A (6) 188.
Vogel test for, A (1) 43.
world sources of (1935), A (7) 217.
Coke. See Fuels, coke.
Coke ovens. See Ovens, coke; Refractories for furnaces, coke ovens.
Colloidal fuels. See Fuels.
Colloidal graphite. See also Graphite.
in water and oil as parting compound ("Aquadag" and "Oildag"), A (3) 88.
Colloidal mixtures, electrophoretic analysis of, A (7) 212.
Colloids. See also Soils, colloids in.
of chernozem group of soils, composition and constitution of, A (7) 222.
clay: double layer of, A (3) 101; electrophoresis apparatus for tests on, A (4) 133.
clayey, genesis of, in spontaneous alteration of granite in lysimetric envelope, A (2) 73.
humic, effect on physical and chemical properties of clay soils, A (7) 219.
soil: chemical and physical changes in, A (4) 129–30; structure of, I, A (4) 130.
Color apparatus. See also Colorimetric analysis; Colors.
colorimetric and photoelectric photometers, A (3) 95.
comparator, Bausch & Lomb Optical Co., P (1) 34.
Guild type, data on, A (10) 294.
photoelectric cell (electric eye) for analysis of, B (1) 33.
spectrophotometer, use of, A (4) 124.
"Synchrisiscope," adjustable microcomparator, A (1) 29.
Colorimetric analysis (colorimetry) of cobalt and potassium, A (6) 188.
of silicic acid in presence of iron, phosphorus, and fluorine, A (11) 355.
"Colorscopic" tests, Busch method for copper, chromium, cobalt, and manganese, A (8) 259.
Colors. See also Color apparatus; Colorimetric analysis; Pigments.
basic oxides for, methods and use of, A (8) 236.
for bathroom and kitchen accessories, proposed standards for, A (6) 167.
cadmium yellow and cadmium red as pigments for silicates, A (1) 43.
for cement facing tile, production of, A (6) 167.
chrome, absorption-reflection spectra data on, A (9) 287; chrome-green, discoloration of, A (9) 288; chrome-tin, pink or

Colors, chrome (continued)
crimson, absorption-reflection spectra data, A (9) 287.
in clayware, control of, in tunnel kiln, A (1) 35.
cobalt and nickel, studies and data on, A (9) 287–88.
colorimetry principles and color measurement, A (10) 294.
crystalline glazes, study of oxide content of, A (11) 327.
earth pigments for, A (7) 217–18.
for enamel: metal compounds for, P (7) 199–200; mill addition, III, A (8) 237.
ferric oxide, studies on, A (9) 288.
for flambé glazes, oxides for, A (8) 231.
for glass for narrow separating parts, P (10) 301.
for glass, yellow and yellow-brown, carbon and sulfur for, A (6) 170.
ICI colorimetric coördinate system, estimation of chromaticity differences and nearest color temperature on, A (2) 76.
matching of, principles and equipment for, A (1) 9.
measurement of, A (4) 107; physical basis of, A (11) 327; Young-Helmholtz color theory and Lange photocell for, A (11) 327.
Newton color disk for subjective studies, A (11) 327.
of opaque surfaces, spectrophotometric instrument for measurement of, A (7) 212.
red, lead uranate for underglazes, A (8) 232.
for sand-mold brick, A (9) 274.
standard, for houseware, A (3) 81.
terminology for Italian majolica, A (1) 3.
for tile glazes, chemical composition of medieval types, A (11) 342.
or whiteness of porcelain, Pulfrich photometer, for measurements on, A (2) 67–68.
yellow for production of ivory porcelain, II, A (8) 232.
Combustion, Bowser "registering meter" for control of heavy oils and tars, A (4) 127.
of carbon particles under atmospheric pressure, A (4) 127; study of gas-film structure by microsampling, A (2) 71.
combustion chambers: radiation heat exchange in, A (4) 123; for water-tube boilers, refractories for arches in, A (6) 177.
combustion control, instrument for, A (7) 213; methods and controllers for, A (3) 96.
combustion engineering, elementary manual on, B (10) 309.
"combustion level," definition of, A (5) 158.
combustion unit, modified capillary type for gas-analysis apparatus, A (11) 348.
control equipment for, and review of, A (9) 284; control system for fuel-oil and gas firing, A (4) 126–27.
in cupola operation, theory of, A (5) 152.
fuel, Hauck technical data and tables on, B (2) 73.
fuel oils, high-grade, bunker "C," and cracked-residue types, A (8) 254.
fundamental principles of, for boiler maintenance, A (1) 33.
incomplete, hydrogen factors in, A (5) 151.
in kilns, review of data on, A (1) 36.
methods of measuring efficiency of, A (1) 29.
of powdered coal, studies on, A (8) 254.
primer on, A (9) 285.
relation of temperature and pressure in gaseous explosives, A (5) 158.
secondary, in industrial furnaces, A (7) 216.
studies and diagrams for, A (2) 71.
submerged, evaporation by, dewatering clay suspensions, VI, A (11) 348.
Concrete, cast refractory, for furnace roof arch, A (10) 304.
with fired clay particles as an aggregate, P (10) 316.
and glass, construction method for, A (10) 297.
lumnite, effect of sea water on, A (2) 57.
pre-cast, colored and vibrated, for buildings, A (1) 26.
Condenser tubes, operation and maintenance of surface condensers, A (5) 163.
Condensers, high-frequency, Calit, Calan, Condensa, and Tempa for, electrical properties of, A (1) 25.
Conductivity, electrical, of thin metallic films, I, A (11) 333.
heat, of electrical conductors, A (4) 122.
heat, of solid heat insulators, A (4) 122.
thermal. See also Thermal conductivity.
thermal, of insulating materials, measurement of, A (11) 345.

Conductivity (continued)
thermal, of metals, apparatus for, A (10) 307.
thermal, of modern ceramic insulating materials, A (10) 308.
Cone method for tests on sand absorption, A (6) 180.
Cones, fusible, for firing of ceramic ware, A (8) 202.
Constants, annual tables of, and numerical data, B (1) 46.
chemical and physical, tables on, B (7) 225.
physical, of pure metals, B (1) 47.
Constitution. See Chemical composition; Structure.
Contact glasses. See Glass, optical.
Control apparatus, feeder-temperature control for increased production, A (7) 214.
grid-controlled, gaseous discharge device, A (5) 155.
time-cycle controllers, in metallic mercury switches, A (4) 125.
Control systems, time lag in, A (2) 70.
Converters, for heat treatment of refractory materials, P (8) 249; see also Refractories for converters.
Convex glass. See Glass.
Conveying apparatus, conveyer scales to weigh filter cake, A (5) 155.
Johns type, construction and operation of, A (6) 182.
sectional belt conveyers at clay pits, A (11) 344.
Copper. See also Metals; Metals for enamels.
determination of, use of fluorides in iodine titration method, A (10) 314.
potentiometric estimations of, with sodium sulfide, A (11) 335.
production and use of (1935), A (7) 218.
Cordierite, crystallization of, A (1) 46.
in refractories, use of, A (8) 248.
Core drilling. See Mining.
Corhart refractories. See Refractories.
Cornwall china clay, uses for, A (9) 285.
Cornwall stone, replacement of, by talc and feldspar, A (7) 211.
Corrosion. See also Weathering.
corrosive action on mortar strength of prismatic test pieces, A (1) 7.
of gas apparatus, resistant materials for, A (2) 71.
of metals, theory and behavior of, A (8) 236.
principles and problems involved in, A (4) 123.
resistance of sprayed stainless steel to, A (2) 70.
of $SiO_2$–$Al_2O_3$–CaO–MgO glasses, characteristics of, A (11) 332.
Corrosion-resistant apparatus, glass for, A (6) 170.
Corrugated glass sheets. See Glass, corrugated sheets.
Corundum for abrasive powders, A (10) 292.
crystals of, as source of stones in mullite tank blocks, A (3) 86, A (11) 357–58.
isomorphous lamination in, A (1) 2.
Semis-Bugs, color of, spectrographic analysis of, A (3) 79.
Costs. See also Economics; Management.
for central heating plants, A (1) 48.
of core drilling, data on, II, A (1) 38.
cost accounting in porcelain enameling, historical and standard methods, A (2) 58.
in vitreous enameling, notes on, A (10) 296.
Cowper recuperators, silica brick for, A (6) 176.
Crickx, Frans, master-glazier, A (1) 11.
Cristobalite in Crater Lake National Park, A (9) 285.
crystal structure of, A (1) 42.
quartz conversion in, studies on, II, A (1) 43.
vs. quartz in whiteware body, III, A (9) 280.
in silica brick from open-hearth furnace, A (4) 118.
and $SiO_2$·$P_2O_5$, formation of, A (8) 259.
Crucible furnaces. See Furnaces, crucible.
Crucibles. See also Refractories, crucibles.
for continuous fusion of glass, P (10) 299.
crucible mold for laboratory use, A (3) 91.
for fusing glass, Italian raw materials for, A (1) 24.
for glassmelting pot, attack on, A (8) 240.
Jena glass filter, qualitative gravimetric analysis through direct precipitation in, A (11) 356.
ovens, for glasswork, construction of, P (6) 172.
protective coating for, for contact with molten masses, P (1) 35.
small, for laboratory work, A (9) 278.

Crushing, magnetite as standard material for, A (4) 105.
theories and efficient methods for, I–II, A (2) 69.
Crushing apparatus, advances in crushing and grinding, A (3) 95.
crusher, P (9) 283; gyratory type, P (4) 126.
for crushing and mixing, P (9) 283.
grinders, and pulverizers for refractories work, B (5) 157–58.
large-size, A (5) 156.
roll shells and centers, A (2) 70.
for stone crushing and breaking, P (8) 254; for stone and ore, types of, I–II, A (11) 344.
Cryolite, artificial, and sodium fluoride, process of making, P (1) 47.
"degeneration" of, and melting-point changes, by air fusion, A (8) 259.
extraction and use of, A (6) 188.
manufacture and production of, P (6) 191.
refractive index, birefringence, and crystal forms of, A (7) 218.
Crystal grains, effect of lattice distortion on breadth of Debye-Hull lines, A (5) 160.
Crystal polymorphism. See Polymorphism.
Crystal structure of aluminum oxide, A (1) 40; of zirconium carbide and thorium oxide, X-ray studies for, A (3) 91.
of alunite and the jarosites, A (9) 285.
of barium antimonate, A (11) 353.
of boron carbide, A (11) 325.
and chemistry of cement, A (4) 109.
of gypsum, A (1) 5–6.
of hydrargillite, A (1) 38.
of the isomorphous group (pyrophosphates), A (1) 44.
of low cristobalite, A (1) 43.
of low quartz and aluminum ortho-arsenate, A (1) 43–44.
microcrystal reactions with sodium diethyldithiocarbamate, A (1) 45.
nuclear models of, A (7) 217.
relation to thermal conductivity, A (8) 249.
of sodium metaborate, A (7) 223.
studies on, A (8) 260.
X-ray studies of: from engineering standpoint, A (9) 288; 1930 to 1934, B (1) 42.
Crystal surfaces, adsorption of organic substances on: adsorption of sodium oleate and sodium nonylate on cinnabar, IV, A (1) 11.
Crystal vibration pick-up, apparatus for, and use of, A (7) 212–13.
Crystalline abrasives. See Abrasives.
Crystalline glazes. See Glazes.
Crystalline modifications of zinc hydroxide, heat content of, A (10) 312.
Crystalline silica. See Silica.
Crystallization of calcined alumina, examination of, P (1) 47.
of ordinary sodium silicate glass, studies on, A (9) 270–71.
as waterproof test for rocks and minerals, A (9) 283.
of zinc borate, A (10) 312.
Crystallized enamels. See Enamels.
Crystallography of livingstonite, A (3) 97.
Crystals, atomic arrangement in, A (7) 223.
common orientation and classification for, based on marcasite-like packing, A (4) 130.
composition changes in, studies on, A (4) 134.
concave, method of production, P (1) 18.
crystal grains, outline for examination of, A (4) 135.
crystalline powders with monochromatic radiation, diffraction diagrams for, A (9) 287.
dendritic growth of, A (1) 44.
"liquid" (meso-phases), application of theory of thermal oscillation to, A (4) 133.
and minerals, introductory study to, B (5) 160.
mixed: and divalent ions, magneto-chemical study of silver and copper, A (2) 74; formation with tin monoxide, A (3) 101.
plagioclase, "filled" with minerals, significance of, A (7) 220–21.
in refractory materials, X-ray tests on, A (9) 278.
small single, preparation of oriented polished sections of, A (1) 40.
structure-factor graphs: for analysis of, A (1) 46; progress in technique of, A (3) 101.
theory of X-ray reflection by, A (3) 102.
Cunningham and McNeill method for chrome-iron ore analysis, A (4) 135.
Cupolas. See also Refractories, cupolas.
combustion theory in, study of cupola slags, A (5) 152.
destructive factors for, A (9) 275.

Cutting fluids for turning Monel metal, A (10) 307.
Cyanite. See Kyanite.
Danburite, CaO–$B_2O_3$–$SiO_2$, [illegible] A (4) 135.
Danforth checker design and [illegible] Peterson checkerwork for the [illegible] hearth, A (3) 152.
Data, experimental. See Research, [illegible] mental data.
Davis plastometer, [illegible]
De-airing in auger [illegible] pump, A (3) 94.
[illegible]
De-airing apparatus, [illegible]
[illegible]
Debye's radiograms [illegible] 350.
Decalcomania. See [illegible]
Decolorization of glass. See [illegible] izers for.
Decomposition of ammonia-[illegible] monia-bentonite, [illegible]
[illegible]
Decomposition potential [illegible] studies on, A (7) [illegible]
Decoration. See also Art and [illegible] Ceramic ware (fine); [illegible] Glass, decorated; [illegible]
[illegible]
of pottery in Middle Ages and Renaissance, A (9) 265.

**Dusts** (*continued*)
mine, quantitative analysis of, X-ray diffraction method for, A (11) 3-6.
new publication on control of, in Germany, A (5) 164.
quantitative mineralogical analysis of, A (5) 161.
review of problems in, A (10) 315.
and sand in foundries, air-cleaning installation, A (1) 33.
silica, as cause of silicosis, A (2) 77.
silica and other types, studies on, A (4) 138-39.
in solid fuels, prevention treatment for, B (5) 159.
solubility of, in water, studies on, A (10) 315.
toxic, origin and sources of, A (8) 262.
**Dynamics of drying**, A (5) 156.

**Earth** (the), constitution of, A (8) 256; cooling of, as metallurgical problem, A (7) 218; geology of, B (1) 41.
**Earthenware.** See also *Flowerpots; Pottery; Stoneware.*
Australian production of, A (8) 262.
chrome-green underglaze for, A (9) 288.
glazed, semivitreous, production of, P (4) 122.
ivory, domestic ball clays for, B (2) 68.
ivory glazes for, coloring agents in, A (8) 232.
in Japan, Amakusa, Daido, Banke, and Tsukuda rocks for, A (4) 122.
porcelain-like, cold-binding mass for, P (7) 211.
pottery, etc., U. S. Tariff Comm. report, B (2) 68.
Rockingham, characteristics of, A (1) 4.
slip-cast, defects in, A (2) 67.
types of, for sanitary ware use, A (2) 67.
**Earthenware glazes.** See *Glazes.*
**Earths**, argillaceous, electric treatment of, A (1) 30.
colored, and ochers for paints, A (7) 217-18.
diatomaceous: for insulation, B (2) 65; origin and uses of skeletal silica, A (9) 285; researches on, in Italy, A (1) 39; uses and preparation of, I-II, A (5) 159.
fuller's: chemistry of, A (1) 37; as type of bleaching clay, A (6) 185.
rare: cerite carbonate or cerite oxalate, uses of, A (9) 286; and thorium, separation by magnesium bisulfate, A (5) 162; thorium separation in, A (9) 289; traces of elements of, determination method for, A (7) 223-24; types and use of, A (2) 56.
"red," physicomechanical and chemical characteristics of, A (7) 220.
**Economics.** See also *Costs; Management.*
Japanese trade and industry, B (1) 50.
of power, A (7) 227.
sharing profits with employees, B (2) 77.
social security records, forms for, A (7) 227.
**Education.** See *Ceramic education* and cross-references.
**Efflorescence.** See also *Brick, defects in; Florescence; Tile, defects in.*
in brick: control by soluble salts content, A (11) 330; and masonry by salts, A (1) 19; and tile, elimination of, A (4) 118.
of salts, origin and theories of, B (7) 206.
of soluble salts, A (3) 101.
on surface of colored roofing granules, prevention of, P (10) 316.
**Electric apparatus**, recorder for moisture measurement, A (1) 30.
**Electric conductors**, heat conductivity of, A (4) 122.
**Electric control**, time-cycle controllers and metallic mercury switches, A (4) 125.
**Electric discharge devices**, gaseous, glass composition for, P (10) 300.
**Electric discharge vessels**, process for, P (10) 307.
**Electric engineering**, porcelain and other ceramic insulating materials for, application of, A (9) 279.
**Electric eye** for color analysis, B (1) 33.
**Electric firing** and apparatus for. See *Firing; Furnaces, electric; Kilns, electric.*
**Electric fusion**, De Graaf method for coal-ash fusion, A (6) 184.
**Electric heating**, Kanthal (alloy) for, A (7) 212.
**Electric precipitation** of suspended particles from gases, P (10) 308.
**Electric resistances**, electrostatic method for measurement of, A (9) 282; for furnaces, types of materials for, A (7) 212.
**Electric rotary clay gun**, A (1) 21.

**Electric treatment** of argillaceous earths, A (1) 30.
**Electrochemical process** for aluminium oxide, A (7) 207.
**Electrode clamp** for furnace, P (9) 283.
**Electrodeposition** of $Mo(OH)_2$ on steel, effect of, A (4) 110.
**Electrodes**, glass, low-resistance type, A (11) 345.
iron, fusion of, in glass vacuum tubes, P (6) 173.
Marex Cresta, as test specimen for tensile strength machine, A (8) 237.
rotating, for soil analysis, A (7) 218.
**Electrodialysis** and cation-exchange studies on soils of varying organic matter content, A (7) 223.
of soils by rotating electrodes, A (7) 218.
**Electrodinas brick.** See *Refractories, silica brick.*
**Electrographic analysis** of fine crystalline silica, A (3) 85.
**Electrographite.** See *Refractories, electrographite.*
**Electrolysis** of manganese solutions, B (11) 351.
**Electrolyte coagulation** of Prussian blue sols, A (1) 44.
**Electrolytes**, colloidal, studies on, XVIII, A (9) 286.
effect on drying green brick, A (7) 205.
fluorine determination in, from magnesium manufacturing, A (7) 223.
glass-aqueous solution of, A (5) 146.
products of interaction of sodium silicates with, I-II, A (10) 313.
sodium silicate, for kaolin purification, A (1) 41.
strong, thermodynamic potential at constant volume in solutions of, A (1) 46.
swelling of soil in solution of, II, A (1) 41.
**Electrolytic measurement** of corrosiveness of soils, A (1) 48.
**Electromagnetic separators** for the ceramic industry, A (4) 123.
**Electrometallurgical industries and power** developments in Pacific Northwest, A (7) 227.
**Electrometallurgy**, Bur. Mines studies on, B (11) 351.
**Electron diffraction** by quartz glass, A (10) 312.
of thin silica glass films by transmission, A (10) 297.
**Electron diffraction method** for tests on crystalline silver, A (1) 42.
**Electron diffraction photographs, apparatus** for "optical" test of some geometrical features, A (8) 251.
**Electron microscope**, use of, A (5) 156.
**Electronic apparatus** in industry: use of photoelectric cell, II; use of Thyratron or grid-glow tube, III; grid-controlled mercury arc rectifier, IV, A (1) 30.
**Electrons**, semiconductors of, A (1) 44.
and X-rays, coherent diffusion of, A (1) 46.
**Electrophoresis apparatus** for clay colloid tests, A (4) 133; electrophoretic analysis of colloidal mixtures, A (7) 212.
**Electroplating**, thrustor control, application of, A (9) 283.
**Electrostatic method** of measuring higher resistances, A (9) 282.
**Electrotechnics**, ceramic insulating materials for, A (2) 67.
**Ellipsoids**, Brownian movement in, II, A (1) 42-43.
**Elongations**, large, exact measurements of, A (9) 282.
**Elutriation balance**, Odén's principle for construction of, A (1) 32.
**Emeralds**, synthetic and natural, comparative tests on, A (1) 37; synthetic, photomicrographs of, A (1) 41.
**Emery**, deposits in N. Y., A (1) 2.
**Emery paper.** See *Abrasives.*
**Emich's "coloroscopic" method**, A (8) 259.
**Enamel apparatus.** See also *Cleaning apparatus; Drying apparatus; Furnaces; Kilns; Spraying apparatus.*
drying and heating equipment, A (3) 83.
Schoop spray gun for spraying and patching enamel coatings, A (2) 58.
Schwartz hardness tester for impact strength, A (8) 236.
types of, A (3) 85, P (3) 85, P (9) 270.
**Enamel industry**, porcelain enameling in Japan, A (6) 169.
prevention of scrap ware, process for, A (8) 236.
vitreous, Inst. of Vitreous Enamelers, 1935 review, A (4) 111; vitreous enameling in U.S.S.R., A (8) 238; vitreous enamel practice in America, A (1) 10.

[illegible]

**Foundries** (*continued*)
apprenticeship system in: suggestions for, A (5) 164; apprenticeship survey in, A (7) 225; Falk Corp., 15 years of apprenticeship at, A (5) 163.
driers for, A (1) 8.
dust collection in, A (2) 76.
electrical heat for, advantage of, A (1) 8.
industrial health hazards in, A (4) 138.
industrial propane for flame cutting, A (7) 216.
nonferrous, modern equipment for, A (8) 237.
Ohio Foundry Co., Trenkamp contribution to enameling methods, A (9) 269.
refractories for. See *Refractories*.
sand control and tests for, A (1) 9–10, A (7) 199.
**Foundry metals**, cements for bonding sand for, A (1) 8.
**Foundry sands.** See *Sands*.
**Foundry steels**, A.F.A. Comm. recommendations on chemical classification of, A (5) 145.
**Foucault knife-edge test** for chromatic aberration measurement, A (11) 345.
**Fourmy, Jacques**, porcelain manufacturer of Andenne, A (11) 328.
**Frequenta products** and steatite, tests on, A (3) 93.
**Freundlich rule** for quantitative process of adsorption isotherms, A (8) 246.
**Frits.** See also *Enamels, frits; Glazes*.
glazes, glasses, and enamels, durability of, in service, A (5) 154.
heat-resisting, composition of, P (10) 298.
lead, and fritted glazes, acid solubility of, A (9) 280.
smelting process for, A (8) 235.
**Frost resistance.** See *Weathering*.
**Froth-diatomite brick**, thermo-insulating, A (1) 20; frothed clay blocks, A (7) 205–206.
**Fuel apparatus** for coal burning, survey of, B (9) 290; see also *Burners; Furnaces* and cross-references.
**Fuels**, anthracite: directions for firing, A (4) 126; oxidation of, A (4) 127.
boiler types, analysis and burning methods for, B (8) 258.
Brit., annual report for 1935, B (1) 36.
burning of coal, oil, gas, and refuse, combination burner for, A (10) 308.
$CaCO_3$ (chalk) addition to, effect on fusion temperature, A (1) 36.
calorific power of, nomographs for, A (2) 72.
for central heating plants, cost data on, A (1) 48.
coal, A.S.T.M. Comm. on Classification, B (7) 216.
Ark., geology and mineral resources of, B (10) 311.
bituminous, analysis of, A (11) 347.
book list and source information on, B (8) 255.
for brickworks, A (3) 96.
briquetting with sodium silicate, A (8) 234.
in Britain, B (1) 37; Brit. and American, economic and social study of, B (1) 36; Brit. bituminous, hydrogenation of, A (4) 127.
Canadian, hydrogenation tests for, A (6) 184.
coal ash from, analyses and softening temperatures of, A (11) 347.
coal-buyers manual (1935), B (9) 285.
coal-handling improvements in Ohio, A (6) 191.
and coke, Brit. standard method for analysis of, B (2) 73.
and coke, dust-prevention treatment of, B (5) 159; see also *Fuels, coke*.
constituents and uses of, B (3) 97.
curves for formulas for, B (7) 216.
distribution of, in Stourbridge area, A (7) 218.
expansion measurements during carbonization, A (2) 72.
vs. gas, for updraft and downdraft kilns, A (2) 71.
grindability and ball-mill method, A (4) 123.
high-carbonate types, ash determination in, A (11) 347.
Ill., coke from, temperature conditions in sole-flue ovens, A (7) 215.
in India, coking properties of, A (9) 284.
Ky., carbonizing properties and petrographic composition of, B (8) 255; deposits of, B (7) 216.

[illegible]

**Furnaces.** See also *Burners; Carbonization; Firing; Fuels; Kilns; Ovens; Refractories for furnaces; Retorts; Stokers; Tanks*.
with air movement vs. salt bath types, A (10) 295.
Alundum-lined, for sintered alunite, A (1) 24.
annealing, P (11) 346; controlled atmospheres in, A (1) 8, A (7) 198; heating element for, P (11) 347; see also *Annealing; Furnaces, glassmelting; Lears*.
annular gas types, building and operation of, A (5) 158.
for anthracite, firing directions for, A (4) 126.
arc, three-phase, capacity of, A (6) 180.
artificial atmosphere for heat treatment of chemical and refractories products, A (6) 183–84.
atmosphere quality recorder for, A (5) 156; atmospheres in, neutral, oxidizing, and reducing types of, A (2) 72.
bell-type, controlled-atmosphere system for, A (7) 198.
blast-: for making iron ore into pig ore, B (8) 238; measuring instruments of the Georg-Marien-Hütte, A (1) 29; see also *Refractories for furnaces*.
cement, heating methods in, summary of, A (11) 329; see also *Kilns, cement*.
chamber, construction and operation of, A (6) 183, A (6) 184.
coal, low-temperature carbonization of, A (5) 158.
combustion chamber design for, A (1) 35; combustion-chamber window for, sapphire for, A (7) 202–203; combustion control in, Bowser "registering measure" for, A (4) 127.
continuous. See also *Furnaces, enamel*.
device for conveying articles in, P (10) 308.
enamel, gas-fired radiant tubes for, A (6) 168; counter-flow, continuous furnace, firing data on, A (9) 258.
for enamels, A (8) 236.
for firing and salting stoneware, A (3) 96.
and intermittent, operation control of, A (8) 254–55.
continuous heating, P (1) 37.
copper-refinery, refractories for, A (7) 206.
crowns, formulas for, side-thrust calculation at furnace temperatures, A (1) 36.
crucible, gas-fired tilting, A (9) 275–76.
discontinuous, technique and control of, A (3) 104.
efficient use of, B (10) 309.
electric. See also *Firing; Furnaces for glassmelting, electric; Kilns, electric*.
automatic temperature control of, A (5) 158.
for color-firing of porcelain, A (11) 343.
combustion-type for microlaboratory, A (1) 30.
constructive details for various purposes, A (9) 284.
controlled-atmosphere type, A (7) 198.
convection type, airpaths and fans in, A (1) 35; convection heat-treating for light metal sheets, A (10) 296.
design and operating terms for, A (10) 309.
for enameling, data on, A (3) 82.
enameling, effect of gases on enamels from heating elements of, A (11) 330.
for firing enamel on castings, A (1) 9.
for firing pots of molten glass, conversion of gas-fired tempering furnaces for, A (11) 332.
for fusing glass, P (6) 172.
German, U. S., and British literature on, B (11) 348.
for glazing brick and roofing tile, A (6) 184.
heat transfer in, A (4) 127.
heating time and energy consumption in, A (5) 158.
for humidity control in ovens, A (4) 124.
for melting glass, P (5) 148–49, P (6) 172; melting types, and use of, A (8) 241.
for the metallurgical industry, use of, A (1) 8, A (7) 237.
muffle, P (4) 128.
for porcelain enameling, types of, A (2) 58.
refractory specifications for, A (10) 305.
resistance elements for, types of, A (7) 213; for 1500° to 1600°, P (10) 309.
review of use of A (9) 284.
silica brick of improved characteristics for, A (9) 277–78.

[illegible]

[illegible]

[illegible]

**Glass** (*continued*)
filter, absorption of, *vs.* temperature, A (5) 147.
for filters, Pyrex-brand, A (7) 201.
fire-polishing of thin ware, A (5) 146.
flexible: resins for, A (5) 147; Styroflex, for cable insulation, A (6) 192.
flint (medium), thermal control in minimum-deviation refractometry and temperature coefficients of, A (1) 15.
for food industry, chemical and physical properties of, A (2) 60.
forming hollow ware, method for, P (7) 205.
Fourcault, thickened, acceleration of drawing rate, A (8) 238; Fourcault type for windows, X-ray studies of streaks in, A (6) 171; see also *Glass apparatus, Fourcault.*
fractures by percussion, test on, A (8) 240–41.
frit fusion of, cause of bubbles in, A (4) 112.
frosting of. See *Glass, decorated, etching of.*
fused, for silicate-like objects, P (6) 178.
fused-quartz, compressibility of, at atmospheric pressure, A (9) 270.
fused silica and silica types, production of, P (11) 336.
fusion of: crucibles for, P (10) 299; and degasification of, furnace for study of, A (9) 271; studies on transformation points, A (11) 335.
"Gablonz goods" and gem imitation, specifications for, A (8) 241–42.
Galilean field glasses, P (2) 62.
*vs.* gas, energy exchange between, A (7) 216.
gases dissolved in, by vacuum fusion, determination of, A (9) 271; gases for glass-working, properties and use of, II, A (11) 332.
German: decoration of, A (9) 272; history of drinking glasses, A (5) 142.
glass-aqueous solution of electrolyte, A (5) 146.
"glass-crete," uses of, B (11) 335.
glass-metal joints, cements and putties for, A (2) 60.
glass-to-metal seals, annealing process for, P (2) 61, P (8) 244.
composition for, P (2) 62.
glass closure for metal containers, P (6) 173.
glass-strain analyzer for, A (11) 334.
metal inserts for hollow ware, P (8) 244.
process for, P (3) 89, P (4) 117, P (7) 204.
"glass," origin of the word, A (10) 298.
glass shells with indrawn rim, production of, P (4) 118.
glass wool. See *Glass, wool.*
glassy state: application of theories to special enamel properties, A (1) 8; chemical nature of, transmission studies on, A (7) 201; X-ray test on, A (8) 242.
and glazes, alteration of, by capillary method, A (8) 238–39; glasses, and enamels, stability toward chemical agents, P (11) 359.
glazing or fire-polishing thin-walled ware, A (5) 146.
glucinium for, A (1) 31.
glucose, viscosity and rigidity of, tests on, XV, A (7) 203.
glues and cements for, composition of, A (1) 12; see also *Glass, cements.*
for goggles: convex-type, production of, A (5) 146; for dust protection, A (11) 359.
grinding of, and apparatus for, I–II, A (1) 12; see also *Grinding apparatus.*
hardened. See also *Glass, safety.*
development of permanent stresses in, P (11) 337.
pressure resistance of, A (3) 86.
safety, symposium on, B (11) 335.
or tempered, process for, P (7) 205.
hardening of: with gaseous cooling agent, P (6) 174; heat treatment of, P (3) 89; in liquid baths, P (10) 301; of perforated ware, P (7) 204.
heat-absorbing: effect of ferrous iron, A (11) 332–33; efficiency of, A (11) 332–33.
heat flow in, data on, A (9) 271.
heat-resisting borosilicate, composition for, P (5) 149.
heat-treating of, P (10) 301.
helices for packing fractionating columns, construction of, A (3) 88.
history of, in Czechoslovakia, B (1) 10; history of, exhibition at Metropolitan Museum, A (2) 56, A (3) 81.
hollow, acids or other liquids for treatment of, P (6) 174.

[illegible]

[illegible]

[illegible]

[illegible]

**Grinding apparatus**, grinders (*continued*)
for knife, P (4) 107, P (8) 230.
for ½-mm. cobalt wire, A (3) 79.
oscillating type, P (6) 166.
pinhole-type, P (3) 80.
rail types, classification of, A (10) 292; for rails, P (6) 166.
screw-thread, P (2) 55.
track, P (5) 143, P (7) 195.
valve and valve-seat, P (9) 264.
for grinding or lapping bearing rolls, P (6) 166.
for grinding locomotive wheels, P (9) 264.
grindstones, roughening or sharpening of, P (9) 264.
for hard materials, P (4) 106; mills for, A (6) 181–82.
hard-metal types for glassworking, A (7) 194.
Hardgrove grindability test machine, A (1) 31.
hydraulic, P (5) 142, P (7) 195, P (9) 264; for hydraulic surface grinding, P (9) 264; wheel-feeding type, P (5) 142.
hydraulically operated steadyrest, P (9) 264.
industrial organization of a tool grindery, A (7) 194.
internal fixture, P (2) 54.
for knives and scissors, P (1) 2.
marble refacing machine, P (6) 166.
for materials grinding, P (1) 2.
mills, air-swept, P (4) 106; see also *Mills*.
mounting for wheel, P (3) 80.
perforated grinding pan with ball bearings, I, A (3) 94; ball and roller bearings, II, A (7) 213.
and polishing apparatus, for edges of glass, marble, or like plates, P (9) 264.
for lens, P (4) 107.
moldable composition for, preparation of, P (4) 107.
sheet-metal buckling, prevention of, P (4) 106.
for sheet-rolling mills, P (2) 54.
types of, P (2) 54, P (7) 195, P (8) 230, P (9) 264.
portable, P (1) 3; for blade sharpening, P (5) 142.
precision, P (8) 230.
for producing and resharpening cutter blades, P (8) 230.
for profile grinding, P (7) 195.
reciprocating table drive device, P (4) 107.
for refractories and acid-resistant material, A (4) 105.
for relief-grinding hobs, P (10) 293.
reversing mechanism for machine tool table, P (1) 3.
rock saw, Vanderwilt, A (1) 1–2.
for roll grinding, P (2) 55, P (7) 195, P (9) 264.
rollers for clay-grinding and other mills, P (7) 215; rollers and drive clutch, ball and roller bearings for, II, A (7) 213.
for screw threads, P (1) 3, P (4) 107.
segmental surface-grinding cylinders and cup wheels, P (10) 293.
for serrated cutting blades, P (2) 54.
for sharpening: beet knife, P (4) 106; rotary cutting disks, P (3) 80; saw teeth, A (7) 194; saws, P (3) 80.
speed control for, P (1) 3.
spindle drive for universal grinding machines, P (6) 166.
for spline couplings, method for, P (6) 166.
steadyrest for, P (7) 195, P (10) 293; hydraulically operated, P (9) 264.
for surface grinding, P (6) 166, P (9) 264; for surfacing annular articles, P (7) 194–95.
table reciprocating mechanism, P (7) 195.
thread-grinding machines, P (7) 195; thread-type, gage for setting internally threaded blanks, P (11) 326.
tool carriage control, P (8) 230.
for toothed wheels, P (8) 230.
Traylor mills, B (1) 34.
truing device, P (1) 3; for truing grinding wheels, P (10) 293.
for twist drills, P (11) 327.
types of, P (1) 2–3, P (2) 54–55, P (3) 79–80, P (4) 106–107, P (5) 142, P (6) 166, P (7) 194–95, P (8) 229–31, P (9) 264, P (10) 293, P (11) 326–27; American and British types, A (7) 193.
Unidan mill for hard materials, A (6) 181–82.
for valve grinding, pilot for, P (8) 230; valve-seat type, P (1) 3; for valves, P (3) 80; for valves, mushroom or poppet type, P (2) 55.
vertical type, and drier, A (8) 156.
wheel-driving mechanism for, P (11) 327.

**Grinding apparatus** (*continued*)
wheels: abrasive body for, P (7) 194; abrasive materials for, I, A (7) 193–94.
balancing of, P (4) 106.
binders in grain surface, effect of, A (2) 53.
bonded abrasive for, and method, P (4) 106.
brittle rotating disks, "fracture velocity" of, A (1) 1.
composite, method for, P (3) 80, P (4) 106; composite type, P (9) 264.
design for, P (2) 56.
diamond wheel dresser, P (8) 230.
dressing for form grinding, P (6) 166; dressing tool for, P (8) 230.
dynamic balancing in, A (2) 53.
forming or dressing of, P (11) 326.
for grinding or abrading, P (10) 293.
grindstone body for, P (7) 194.
Haynes Stellite for hard surfaces, A (1) 1.
hydraulic feeding mechanism for, P (9) 264.
materials for, P (3) 80.
method, P (2) 55, P (8) 230.
mounting for, P (3) 80.
organic binders for, A (2) 54.
for precision cylindrical grinding, A (5) 141.
profiling and dressing of, P (10) 293; for grinding screw threads, P (8) 230.
reinforced, P (7) 195.
segmental type, P (1) 2, P (1) 3, P (5) 142, P (9) 264.
shaping operative surfaces of, P (8) 230.
for truing of, P (5) 142, P (6) 166, P (7) 195, P (10) 293, P (11) 327.
types of, P (1) 2, P (8) 230, P (9) 264, P (10) 293, P (11) 326–27.
woodworking tools, A (7) 194.
**Grog**, grain size of, volume measuring apparatus for, A (1) 33.
improved working of mixes of, A (11) 345.
in soda-lime glass, process for dissolving, A (4) 115.
vitreous whiteware, for whiteware body, effect of, II, A (9) 280.
Grog brick. See *Refractories, grog brick*.
**Grogged ware**, periodic humidity drier for, A (3) 94.
**Guild color apparatus**, use of, A (10) 294.
**Gutmann centrifugal machine** for sandblasting, A (8) 252.
**Gypsum.** See also *Mortars* and cross-references.
calcined, high-strength, apparatus for production of, P (5) 144.
crystal structure of, A (1) 5–6.
dehydration of, A (1) 6.
mining and treatment of, in Germany, A (3) 82, A (7) 198.
in Nova Scotia, source and recovery of, A (11) 351.
petrofabric analysis of, A (1) 7.
world production of (1935), A (7) 218–19.

**Hackmanite**, reversible photosensitivity in, A (5) 159–60.
**Hahn emanation method** for solid-state reactions between CuO and $Fe_2O_3$ in forming copper ferrite, A (1) 45, A (2) 75.
**"Hair hygrometer"** for moisture measurements in driers, A (3) 95.
**Halite**, colorless and blue, spectrographic test on, A (4) 132.
**Halloysite** and kaolin, reaction studies on, A (6) 189.
Mo.: notes on, A (4) 131; pyrochemical changes in, B (10) 311; X-ray test of pyrochemical changes in, A (9) 287.
optical and X-ray identification of, A (1) 39–40.
palygorskite as co-crystalline clay mineral with, A (1) 40.
water content of, A (8) 258.
**Hammer mill**, P (10) 308.
**Hanovia-Muir analytic lamp** for fluorescence tests to identify and list glasses, A (1) 12.
**Hardening** of cements, heat generated by, effect of composition, A (2) 56–57; of hydraulic bonds, effect of pH value of water on, A (2) 56.
**Hardness** of abrasives: natural and manufactured, A (1) 1; resistance-measurement of, P (6) 166.
of electric-furnace products vs. natural abrasives, method, A (4) 105–106.
of enamel, Schwartz hardness tester for, A (8) 236.
German test instruments for, A (2) 69.
measurements of: fields of importance, I, A (4) 123; definition, nature, and physical properties of, II, A (5) 156; atomic

[illegible]

[illegible]

Management (continued)
rating the job and the man, A (11) 360.
scientific organization of works, A (8) 262.
training of instrument men, A (4) 139.
wage-incentive plan for porcelain enamel plants, A (10) 296.
Manganese, electrolysis of solutions of, B (11) 351.
problem of, in silicate analysis, A (6) 189, A (11) 355.
in tile, effect of, A (5) 153.
Manufacturers, Thermal Syndicate, Ltd., production of Vitreosil for laboratory and special apparatus, A (6) 170.
Margule's method for viscosity determination of system $K_2B_4O_7$—$B_2O_3$, A (11) 358.
Masonry. See also *Building materials* and cross-references.
bonding of porcelain enamel panels to, A (8) 235.
brick for bridges in Ohio, A (6) 175.
dry, process for, P (1) 20.
efflorescence of, by salts, A (1) 19.
modular, A (3) 90.
refractory, for metallurgical furnaces, P (11) 342.
reinforced brickwork: history and future in structural design, A (5) 150; for houses, B (10) 302; for steel reinforcing, A (7) 206.
and soil, impermeabilizing process for, P (9) 279.
structural tile, compressive strength of, A (5) 149.
wall designs and standard units for, A (2) 62; wall surfaces, treatment of, P (8) 246.
Materials, hard facing, studies on, A (6) 181.
wire ropes (worn), inspection and tensile tests on, A (1) 49.
Matsukawa apparatus for viscosity tests, A (1) 31.
Measuring apparatus, grinding technique of, A (7) 193.
Mecklenburg formula, validity of; studies on dynamics of adsorption, A (7) 224.
Mercury-vapor lamps. See *Lamps*.
Merwinite and periclase from refractory material, P (10) 306.
Merwinite refractories, composition for, P (10) 305, P (11) 342.
Meso-phases ("liquid crystals"), use of theory of thermal oscillation for studies on, A (4) 133.
Metal carbonates, thermodynamic data on, IV, B (6) 190–91.
Metal silicates, manufacture of, P (10) 314.
Metal vapors, calculation of specific heats and entropies of, from spectroscopic data, B (10) 314.
glass-resisting, P (10) 300.
Metallized porcelain, process for, P (7) 197.
Metallizing, metal-spraying applications, A (2) 69.
Metallography, crystal structures in metals and alloys for decorative effects, A (7) 223.
research metallographic outfit, A (2) 70.
for structure study of materials, A (1) 9.
Metallurgical cement. See *Cements*.
Metallurgy, cast-iron, hardening and tempering principles in, A (7) 199.
cements for, types for, and data on, A (8) 234.
chromite for, as refractory material, types of, A (9) 277.
in clayworking, improvements in, A (5) 157.
electric resistor furnaces for annealing and heat treatment of steel castings, A (4) 127.
electro-, data on power development in Pacific Northwest, A (7) 227.
French refractory products for, types of, A (7) 207.
hot-blast stoves, design and construction of, A (9) 275.
and ore dressing, reports on, B (8) 253.
science of, studies on cooling of the earth, A (7) 218.
studies on problems in, by National Physical Laboratory, B (5) 164.
temperature-measuring apparatus in, data on, A (1) 33.
theoretical: free energies of vaporization and vapor pressures of inorganic substances, III, B (6) 190; metal carbonates, correlations and applications of thermodynamic properties, IV, B (6) 190–91; heats of fusion of inorganic substances, V, B (5) 162; revision of the entropies of inorganic substances, 1935, VI, B (6) 191.
in welding, data on, A (6) 181.
Metals. See also *Cleaning of metals*; *Metals for enameling*.
abrasion tester for weight loss, A (4) 105.
abrasives for, types of, A (8) 229.

Metals (continued)
alloy steels for glass molds, A (4) 112.
and alloys in chemical plant construction, A (7) 212.
arc-welded plates, residual strains and stresses in, tests on, B (8) 238.
cast-iron: and cast-steel, welding of, literature review of, A (8) 238; electric welding of, A (6) 181; review of welding literature, A (9) 269; see also *Iron, cast*.
cements for use with metallic and ceramic surfaces, P (10) 295.
and ceramic materials, thermal contact between, method for, P (1) 34–35.
copper and nickel, complex ammonia ions of silica-gel adsorption of, A (2) 74.
corrosion of, theory and behavior of, A (8) 236.
critical potentials of secondary emission in, A (1) 43.
drawing and stamping compounds for, A (9) 268.
electric metallurgical furnace for shaping of, A (7) 227.
electron theory of, A (1) 44.
enamel adherence on, physicochemical conditions for, A (8) 236.
enameled, *vs.* unenameled, A (7) 199.
for glass industry, requirements of, A (9) 272.
gold and platinum, vertical-rod method for free surface energy studies, A (1) 11.
gray cast iron for glass molds, A (5) 147.
hard, for chemical industry, A (6) 182.
heat-resisting alloys, A (4) 124.
heat transmission through, data on, A (9) 285.
heat treatment of, application of protective atmospheres to, A (7) 215.
honing technique and equipment, A (5) 141.
for industrial plants, effect of service conditions on, A (8) 252.
iron (soft), nitrogen absorption during grinding of, A (5) 141.
iron ore, blast furnace for making pig ore from, B (8) 238.
light, grinding and polishing of, A (5) 141.
low-temperature carbonization for, German methods for, A (10) 296.
manganese steel for ball grinder linings, A (11) 345.
and metal alloys, crystal structures in, for decoration effects, A (7) 223.
metal bolts, fixing to ceramic articles, P (11) 360.
metal-spraying applications, A (2) 69.
molten, Fitterer thermocouple for temperature measurement of, A (1) 32.
Monel, cutting fluids for, A (10) 307.
in nature, distribution of, geochemical studies at Göttingen, A (1) 38.
nickel alloys for glassworking, A (4) 112.
nonferrous: gas fuel for melting and extrusion, A (9) 285; melting of, gas burner for, A (10) 309.
pattern making, principles and properties of, A (7) 199.
polishing abrasives and method, A (3) 79.
polishing of: Beilby layer studies on, A (10) 291; chemical nature of substances for, A (4) 116.
precious, for ceramic ware decoration, P (8) 233.
pure, physical constants of, B (1) 47.
rare, for pottery and glass decoration, A (3) 81.
rare earth, and compounds of; analysis of, A (11) 356–57.
rare earth nitrate mixtures, thermal analysis of, A (11) 356–57.
sheets, drawing compounds for, composition, chemistry, and mechanics of, A (11) 329.
soapy emulsion for cleaning of, types of, A (11) 329.
stainless-clad steel for lining tanks, A (6) 181.
stainless steel: polishing and buffing of, A (6) 165; surface-finish process, A (2) 54.
steel castings, X-ray studies and welding of, A (5) 157.
steels, and alloys, for clayworking, A (5) 157.
corrosion of, studies on, A (9) 268.
for glassware molds, A (9) 272.
grinding skin and retention of cutting edge of ground parts, A (11) 325.
rustless, influence of inclusions on polishing of, A (11) 325.
sprayed stainless type, corrosion resistant, A (2) 70.
stereotype melting, tabular data on, cost of, A (1) 33.
strength of, from physics viewpoint, A (11) 331.

**Plasticity** (*continued*)
of kaolins, effect of temperature and electrolytes on, A (3) 101.
of mineral suspensions, methods for, A (4) 133.
pendulum as source of energy for measurements of, A (11) 346.
Volarovich apparatus for clay tests, A (4) 133.
**Plating** by thermal evaporation, P (11) 338.
**Platinum**, separation and concentration of, by coprecipitation with tellurium, A (4) 134.
**Pneumatic engineering**, compressed air data for, B (2) 70.
**Pneumonoconiosis.** See *Silicosis.*
**Podzols** and brown forest soils, Tamm acid-oxalate method for weathering test, I, A (4) 131; amphoteric properties of soil colloids, II, A (1) 40; see also *Soils.*
**Poisoning**, Sb in enamels, London official tests for, A (6) 168; see also *Diseases, industrial.*
**Pola screen** for glass photographs, use of, A (1) 14.
**Polarization** of light from optical resonance of atoms, A (1) 43; polarization factor of light, A (1) 44.
**Polarization tests** on optical glass, A (7) 203.
**Polarizers**, transmission curves for, A (11) 346.
**Polarizing attachments** and oxygen-methane blast burner for spectroscopic determination of boron, A (11) 355.
**Polarizing microscope.** See *Microscopes.*
**Polaroid**, properties and use of, to prevent headlight glare, A (5) 147.
**Polaroid plates**, polarizing characteristics of, for wave-length measurements, A (11) 346.
**"Polaroid" polarizers**, data on, A (1) 32.
**Polished surfaces** of ceramic masses (roofing tile), microscopic tests on, A (6) 191–92.
**Polishing**, abrasive grain for, physical properties of, A (11) 325.
adhesion of abrasive grain to glue, effect of, A (2) 53.
artificial pumice stone for, A (11) 325.
and buffing: of metals, abrasives for, in order of hardness, toughness, and sharpness, A (8) 229; of nonferrous metals, A (8) 229, A (10) 292; of stainless steels, methods for, A (6) 165.
low-cost, requirements of, A (2) 53–54.
of metal, hard abrasives for, A (6) 165; of metal surfaces, A (3) 79.
of rustless steels, influence of inclusions on, A (11) 325.
structure of polish, Beilby layer studies on, A (10) 291.
or surface-treating of hollow ware, method for, P (4) 107.
of surfaces, microscope for tests on, A (1) 2.
**Polishing apparatus.** See also *Abrasive apparatus; Buffing apparatus; Glass apparatus for polishing; Grinding apparatus.*
automatic machines: abrasive properties of, A (11) 326; for metal polishing and buffing, A (1) 1.
and sanding apparatus, P (3) 80.
for stone polishing, P (5) 142.
types of, P (5) 142.
wheels, P (2) 55, P (9) 264; selection of, principles, A (1) 2; wheel head, preparation of, glue for, A (9) 263.
**Polishing cement** as adhesive for abrasive grains, A (2) 54.
**Pollucite**, analysis of, A (11) 352; chemical composition of, A (8) 255.
**Polyhalite**, potash in; studies on, A (6) 187.
**Polymerization** of methacrylonitrile, P (1) 18–19; resins of, data on, A (5) 147.
**Polymorphism**, composition changes in, and definition of, A (4) 134.
crystal, kinetic basis of, A (4) 134–35.
of inorganic compounds, transition studies on, A (9) 288.
**Porcelain** (fine and electrical types). See also *Art and artware; Ceramic ware (fine); Faience; Insulators; Majolica; Pottery; Tableware.*
ancient, and Meissen (18th Century), A (2) 55.
andalusite mixes for, production of, A (8) 250–51.
artificial pressed ware as competitor of, A (5) 154.
Australian, need for, A (1) 4.
Belgian (Tournai), 18th Century kiln-support jars, A (4) 107, A (11) 343.
beryl in, formula for, A (9) 285.
bone with apatite as substitute for bone ash, A (2) 67.

**Porcelain** (*continued*)
ceramic insulating ware and metal, joining of, P (5) 155.
ceramic mass for earthenware, P (7) 211.
chinaware: ground flint for bedding for, A (2) 67; problems in, A (8) 251.
and china types, casting all-kaolin bodies for, I–VII, A (7) 211.
Chinese *vs.* French celadon, A (9) 265.
classification of ceramic dinnerware, A (8) 251.
color-firing of, electric furnace for, A (11) 343.
de-airing mixes for, drying rate for, A (11) 343.
dolomitic, raw materials for, in Japan, A (3) 93.
18th Century ware of Tournai, A (4) 107, A (11) 343.
electrical, Alsimag 196 for, A (2) 67.
and chemical, zircon for, A (3) 99.
firing developments in, A (2) 72.
flow sheet for manufacturing operations, sorting and testing methods for, A (9) 280.
furnace firing of, process for, P (11) 348.
patent designs for spark plug, P (9) 267; small-scale manufacture of, A (7) 211; and spark plug core, P (8) 251.
steatite for, use of, A (5) 154–55.
English, Derby biscuit porcelain in Paget collection, A (8) 232.
European types, golden age of, B (7) 196–97.
*vs.* faience, Chevenard differential dilatometer for tests on, A (9) 280.
of Far East, handbook of, B (11) 328.
firing processes, effect on pressure resistance, color, and transparency, V, A (3) 96; conclusions, VI, A (7) 215.
French, factories and producers in France, history of, A (11) 327–28.
gas-firing without muffles, A (10) 309.
German kaolin for, types of, A (7) 211.
glass in, optical measurements of, A (4) 122.
glazed, mechanical resistance of, test method and apparatus for, A (4) 124.
glazes for, defects in, types of, A (5) 153–54.
hard porcelain conduits, advantages of, A (8) 251.
high-aluminous, inner structure of, A (1) 44.
high-tension, effect of aging on properties of, A (6) 179.
history of, in all countries, B (7) 196–97.
household, effect of composition on properties of, A (4) 122.
in Hungary, production of, A (11) 343.
for insulators, A (11) 343; resistance of, to stones and rifle bullets, A (1) 27; see also *Insulators.*
ivory, application of yellows for, II, A (8) 232.
laboratory, thermal stresses in, A (5) 155.
marks on, relation to political history, B (7) 196–97.
medieval, of Capodimonte, decadence of, A (3) 80.
metallizing process for, P (7) 197.
oxide composition of, P (11) 344.
patent designs for: ceiling lighting fixture, P (5) 143, P (7) 197; electric wall bracket, P (6) 167.
photographic process for, A (9) 266.
pink pigment for, Tô si kô for, A (2) 67.
Poshan: improvements in, A (10) 307; production of, A (7) 211.
raw materials for, in Hungary, A (8) 251.
for sanitary ware, A (2) 67.
Sèvres vases, enameled, A (1) 4.
for sheaths for thermocouples, A (4) 122.
sintering process for, A (2) 68.
spark-plug construction, P (2) 68; mica insulated, P (7) 211–12; shielded mica type, P (5) 155; two-piece center wire, P (5) 155.
suspension-insulator units, electrical characteristics of, A (3) 93.
talc in: thermal expansion and transverse strength studies on, I–II, A (5) 155; effect of addition agents on properties of talc-kaolin mixtures, III; microscopic observations, IV, A (6) 180; effect of, V–VIII, A (11) 344; tests on, A (3) 93.
vacuum presses for de-airing mixes, A (7) 214; for treatment of, A (11) 343.
vacuum treatment of mixes of, A (1) 29.
vitreous: composition for, P (7) 212; fine ceramic bodies, A (5) 154.
vitrified, sanitary ware, beginning of, A (11) 360.
white or colored, with dolomite, II, A (2) 68.

**Porcelain** (*continued*)
whiteness or color of, measurements of, A (2) 67–68; whiteness and translucence, increase of, A (1) 27–28.
yellow and gray, color oxides for, A (3) 93.
**Porcelain apparatus**, forming die, P (10) 308; see also *Whiteware apparatus* and cross-references.
**Porcelain cements.** See *Cements.*
**Porcelain Enamel Institute Forum**, A (7) 190.
**Porcelain industry**, silicosis hazard in, A (4) 139.
**Porcelain plants** of Tournai in 18th Century, A (4) 107, A (11) 343.
**Porosity** of ceramic bodies, formula and values for, A (7) 225–26.
of materials as factor of their impermeability to air, A (1) 49.
of soils, method for determination of, A (4) 131.
**Porous bodies** for filtration, manufacture of, P (7) 227.
**Porous brick.** See *Brick; Refractories, porous.*
**Porphyroid materials**, research on, A (5) 153.
**Poshan porcelain**, improvements in, A (10) 307; production of, A (7) 277.
**Positon emission**, research on, trochoidal method for, A (1) 45.
**Potash**, geologic age of deposits of, A (1) 38–39.
from polyhalite, calcination conditions and extraction behavior, relation of, A (6) 187.
**Potash-soda feldspars.** See *Feldspars.*
**Potassium**, aqueous solution of trisodium cobaltinitrite in presence of nitric acid for determination of, A (6) 188.
β-alumina of Norton Co., formula for, A (8) 259.
and cobalt, colorimetric micro-determination of, A (6) 188.
in insoluble silicates, determination of, A (7) 223.
sensitiveness of magnesium uranyl acetate reagent to, A (11) 357.
in silicates and soils, estimation of, A (11) 354.
**Potassium sulfate**, crude, and alumina, recovery from alunite, P (1) 25.
**Potentiometers** to record measurements, A (5) 156.
**Potentiometric estimations** of copper with sodium sulfide, A (11) 355.
**Pots**, clayware, chimney, P (5) 153.
glass, and floaters, arching temperature of, A (8) 240; for glassmelting, corrosion of, A (11) 332.
**Pottery.** See also *Art and artware; Ceramic ware (fine); Decoration; Design; Earthenware; Flowerpots; Porcelain.*
acidproof, production of, P (1) 26.
aged, spontaneous rupture of, A (9) 280.
alumina *vs.* flint for bedding in saggers, A (11) 344.
ancient. See also *Archeology.*
in Africa, A (1) 3; African ruins of Zimbabwe, types of, A (9) 265.
from Argentina, A (4) 107.
from Asia minor, A (2) 55.
beginnings of; shapes of, A (2) 55.
Chinese, Sung ware, discovery of, A (8) 231–32.
of Greece at Temple of Ares, A (10) 294; monochrome geometric, Metropolitan Museum, A (7) 196.
megalithic urns in Assam, A (1) 4.
Near East types, I, A (5) 142.
Persian: prehistoric type, A (10) 293; Tepe Siyalk, A (11) 338; unglazed, A (2) 56.
of Santa Fé, A (4) 107.
in Tall Chagar Bazaar, A (1) 3.
Transvaal, A (1) 3.
art bodies and modeling clays for, B (2) 56.
coarse, and whiteware, tests on Jap. clay, A (2) 67.
color decoration for firing on or beneath the glaze, P (7) 197; colored, pigment composition for, P (10) 294; see also *Colors.*
craft book on work of, B (7) 196.
culinary, types of and manufacture, A (5) 154.
decoration of, P (5) 143; poems on, A (4) 108; processes for, A (5) 142; rare metals for, A (3) 81; see also *Decoration.*
Delft, sledge model in British Museum, A (8) 231.
with dolomite, chemical composition of, I–II, A (2) 68.

**Pottery** (*continued*)
earthenware, etc., U. S. Tariff Comm. report, B (2) 68.
Egyptian and Greek, influence of, on European and Asia Minor ceramics, A (9) 265.
English types of, domestic and colonial types of, A (8) 262.
and American "silk-screen" process for, comparison of, A (9) 265.
Blue John type, A (3) 80.
18th Century, at Metropolitan Museum, A (7) 195–96.
at Metropolitan Museum, A (2) 55, A (7) 195.
new and old, exhibition of, B (4) 108.
slip-decorated, at Metropolitan, A (2) 55.
and tile, Roman kilns for, A (4) 108, A (5) 143.
of Far East, handbook of, B (11) 328.
in Fiji, A (4) 108.
gas firing of, A (5) 158.
Georgia, clay and ware of, A (2) 55–56.
heat-resisting alloys for, use of, A (9) 281.
in India, review of industry, A (4) 118.
in Ireland, A (2) 68.
Japanese clays for, and production of, A (9) 265–66.
lids or covers for, patents for, P (1) 29.
liparite, quartz porphyry, and andesite for, properties of, A (4) 122.
method of manufacture, P (8) 254, P (11) 347.
of Middle Ages and Renaissance at Rouen, A (9) 266.
plasters for, manufacture of, A (1) 7.
plastic material for, P (8) 254.
in Queensland, production of, A (1) 28.
and reference book for designers and schools, B (1) 4.
study in secondary schools, A (1) 4.
in Sweden, technical aspects of, production of, A (9) 280.
technology of, importance of, A (9) 290.
tunnel kilns for firing of, P (7) 217; for salt-glazing, P (11) 349.
of 20th Century, discussion on, B (1) 4–5.
vitrification of, A (2) 68.
**Pottery apparatus**, P (11) 346.
lathe, new type, A (3) 94.
means for support and placing during firing, P (9) 281.
mechanical equipment for, A (7) 213.
potters' lathes, P (1) 35.
potters' mangles for drying, P (2) 70.
vacuum pug mills for, types of, B (4) 126.
**Pottery industry** and potteries, in England, history of, A (6) 179; in Liverpool, description of, B (9) 281.
George, W. S., Pottery Co., horizontal handles on cups, A (7) 196.
in Germany, dust control in, A (3) 103.
in India, A (4) 118.
in Ohio, history, A (1) 4.
Rookwood, art and science in development, A (2) 55.
seasonal fluctuations and influence on costs, B (3) 104.
slurry and dewatering plant for, A (2) 70.
**Powdered material**, shaping of, P (10) 308.
**Powdered minerals**, wetting of, relation to flotation method, A (11) 345–46.
**Powders**, acid-resistant, for cement, preparation and properties of, A (6) 168.
ceramic, size distribution of, by particle-size air analyzer, A (6) 182.
corundum abrasive, preparation of, A (10) 292.
crystalline, with monochromatic radiation, diffraction diagrams for, A (9) 287.
fine crystalline, grain size of, A (5) 160.
grinding, numerical efficiency of, A (10) 292.
method of calculating mean yield of pulverization, A (2) 69.
vibrating shaking device for, granulometric composition of, A (1) 29.
**Power**, comparison of fuel-burning and hydro-power plants, economic study on, B (7) 227.
hydroelectric: developments in Wash., A (7) 227; federal power and mineral industries of western states, A (1) 48.
mechanical transmission of, A (4) 124.
**Power costs**, with Diesel and gas engines, A (2) 69; reduction of, A (2) 76.
**Power plants** in America, refractories in, A (10) 304; system for mathematical determination of efficient loading of turbines, boilers, and generating stations, A (6) 191; value of proper furnace equipment in, A (3) 92.
**Pozzolana.** See also *Cements.*
chemical and physical composition of, II, A (10) 295.

**Pozzolana** (*continued*)
clay, manufacture of, P (7) 198.
corrosion of pozzolana conglomerates, A (3) 82.
natural and artificial types, I, A (10) 295.
**Precipitants**, hexamine, for thorium separation from rare earths, A (9) 289.
**Precipitators**, electrical, construction of, A (5) 156.
electrical, for removing fine particles, A (5) 156.
thermal-type for dust sampling, A (2) 70.
**Pregl C-H determination**, apparatus for, A (11) 353.
**Pressing apparatus**, presses and other apparatus for salt-glazed stoneware, A (2) 66.
vacuum press: for hollow brick manufacture, A (9) 282; for roof tile, face brick, and hollow ware, A (9) 282.
vacuum-type, results with, use of, A (1) 32.
**Pressure-control system**, draft or overfire type, A (3) 94.
**Pressure and vacuum control**, multipurpose wide-adjustment control unit, A (2) 69.
**Pressures** for various operations, tests on, B (9) 283.
**Printing** on bottles, P (10) 301; for cylindrical tubes and glass bulbs, direct-process machine for, P (11) 346; for printing decorations, P (4) 108.
**Prussian blue**, electrolyte coagulation of, A (1) 44.
**Psychrometer**, aspiration, for measurement of temperature fluctuations, A (8) 251.
**Psychrometric chart**, air-conditioning ruler for use of, A (1) 29.
**Publications**, new, *Staub* (*Dust*), A (5) 164.
**Pucherite**, X-ray studies of, A (5) 160.
**Pug mills.** See *Mills.*
**Pulfrich photometer** for measuring whiteness and color of porcelain and stoneware, A (2) 67.
**Pulping apparatus** for minerals, P (9) 287.
**Pulpstone** for abrasive work, P (7) 195; Norton product, P (3) 80.
**Pulverization**, numerical expression of yield of, A (2) 69.
**Pulverized fuel**, Kramer method of firing, A (2) 71; see also *Fuels.*
**Pulverized materials**, conveying apparatus for, P (9) 284; process for plate glass, feldspar, and whiteware, A (9) 282–83.
**Pulverizing apparatus**, airswept pulverizer for cement manufacture, A (6) 182; with grinders and crushers, type of, B (5) 157–58.
**Pumice** in Caucasia, tests on, A (4) 130.
data of electrograms on, A (3) 85.
*vs.* kieselguhr in porous refractories, A (11) 340.
**Pumice stone**, artificial, for polishing, A (11) 325.
**Pumps** for acids, stoneware *vs.* metals and alloys for, A (9) 279.
**Puri's electrofiltration** apparatus for soils analysis, A (7) 218.
**Putties** for glass joints, A (2) 60.
magnesite, composition for porcelain insulators, A (9) 280.
**Pyrochemical changes** in Mo. halloysite, B (10) 311; X-ray tests on, A (9) 287.
**Pyrometers**, construction and operation of simple system, A (11) 344.
Diesel engine type, A (5) 155–56.
optical, high-temperature measurement with, A (9) 282.
partial radiation, calibration of, A (9) 281.
photoelectric type, for incandescent bodies, A (3) 95.
portable gradient-convection type, A (11) 346.
portable, self-contained immersion type, A (5) 157.
Pyro-surface types, B (1) 34.
**Pyrophosphates**, crystal structure of, A (1) 44.
**Pyrophyllite**, behavior on heating and existence of a "water-free pyrophyllite," IV; nature of reaction products of pyrophyllite with molten $MgCl_2$ and $CoCl_2$, V, A (10) 311.
purification of, P (5) 163.
for stoneware bodies in the electrotechnical industry, A (6) 179.
for wall-tile body, A (9) 280.
**Pyrosols.** See *Sols.*
**Pyroxene-hornblende reaction** in crystallization of artificial silicate melts, A (1) 44.
**Pyroxene peridotites**, transformation of, into siliceous and ferruginous rocks, A (3) 99.
**Pyroxenes**, pigeonite, as mineral phase of basalt, A (8) 256.

**Qualitative analysis**, semi-micro, drop reaction methods for, B (8) 261.
**Quantitative analysis**, elementary textbook on, B (8) 261.
**Quarrying.** See *Mining.*
**Quartz**, α-quartz, structure of, A (1) 46.
for artificial pumice stone for polishing, A (11) 325.
in Can. (Great Bear Lake), studies on, A (7) 219.
and chalcedony, elementary cell of, X-ray studies on, A (6) 188.
conductivity of, at high temperature, A (1) 43.
crystal structure of, A (1) 43–44.
deposits in Barge, analysis of, A (6) 187.
diamagnetic susceptibility of, size dependency of, A (5) 162.
and feldspar, comparison of resistivity, A (11) 343; quartz-feldspar dikes in P... rocks, A (1) 40.
flotation of, data on, A (5) 156–57.
fused: opaque, German construction material, A (2) 59; physical properties and use of, A (6) 171; 2.73μ adsorption band of, A (5) 162.
high-frequency resistance of, effect of temperature and frequency on, A (5) 161.
in industrial dusts, tests on, A (4) 139.
lattice constant determinations of, for Si Kα wave-length, A (10) 313.
microscopic method for identifying twinned oligoclase-andesine, A (1) 43–44.
and muscovite, classification data on, A (1) 160.
piezoelectric modulus of, variation of, as function of temperature, A (1) 46; piezoelectric properties of, studies on explosive pressures of, I–II, A (4) 135.
porphyroblasts, in siliceous hornfels, development of, A (6) 186.
of Rio de Janeiro, studies on, B (1) 42.
in rocks, micrometric, and rational analysis of, A (8) 257.
in silicates, determination of, A (5) 162.
solubility of, in hydrofluosilicic acid, A (6) 136.
thin filaments of, effect of increase strength of, A (4) 113.
**Quartz schist** (mica schist), occurrence, use and analyses of, A (9) 276.
**Quartz ware**, effect of firing process on pressure resistance, color, and transparency, V, A (3) 96; VI, A (7) 215.
intermediate glasses for sealing conductors in, P (7) 205; see also *Glass, quartz.*
**Quartzites**, deposits of, in Tolkachevski, A (9) 286.
eastern and western types, comparison of thermal conductivity and expansion of coke-oven liners from, A (11) 340.
lime adsorption from solutions by, A (9) 246.
Ovruch, for silica brick, A (9) 278.
in Wis., quarrying process for, A (1) 40.
**Quenching test** for refractories, A (6) 176–77.

**Radiation** of heat from hot gases and flame, diagrams for, A (9) 283.
radiation heat exchange in combustion chambers, tests on, A (4) 123.
radiation loss in furnace walls, effect of type of surface on, A (3) 90–91.
**"Radiesthesy"** ("pendulum sensitive rays"), for determining silica in clay and kaolin, A (2) 74.
**Radioactive emanation**, research on positron emanation, A (1) 45.
**Radiography** applied to welded boiler drums, A (3) 95; for weld tests, A (9) 269.
**Radium**, effect on colorless zirconium, studies on, A (11) 351; source of, and use in ceramics, A (9) 286.
**"Ranarex" portable gas analyzer**, A (4) 124.
**Rare earths.** See *Earths.*
**Raw materials**, airswept pulverizer for, A (6) 182.
**Rays**, heat, radiation and reflection of, directional distribution of, A (9) 273; see also *X-ray studies.*
**Reactions.** See also *Equilibriums.*
caused by "activated" alumina, A (10) 31...
high-temperature, inorganic, in absence of liquid phase, A (6) 188–89.
reaction series, reciprocal rôle of alumina in, A (1) 45.
in solid state: Hahn emanation method for study of, II, A (1) 45, A (2) 75; high temperatures: heterogeneous equilibrium and systems allied with evolution, III; compounds formed, reactions between basic and acidic oxides and carbonates and nature of form...

**Reactions** in solid state (*continued*)
compound, IV; acidic exchange in some tungstates and molybdates, VI; reaction between niobium pentoxide and tantalum pentoxide with metallic oxides and alkali-earth carbonates, VII, A (1) 45; in solid state: literature review of, I; course of reaction in, II; active states in, III; discussion of problem in connection with silicate industry, IV; bibliography, solid state reactions; literature references on, I–IV, A (10) 313.
in solid state between magnesium and iron oxides, A (9) 277.
**Reagents**, "dithizone" for lead, A (10) 312.
sodium hypo-iodate for magnesium, A (10) 313–14.
for spot tests and analysis, British list of, B (8) 261.
for tin detection, A (1) 45–46.
**Reboiling properties** of enamels. See *Enamels.*
**Recording apparatus** for furnace atmosphere tests, A (5) 156.
**Recuperators**, Cowper-type, A (6) 176; for industrial furnaces, A (1) 36; tile structure for, P (11) 342.
**"Red earths,"** physicomechanical and chemical characteristics of, A (7) 220.
**Reflection**, reflectivities of building materials for solar radiation, III, A (11) 342; of X-rays by crystals, theory of, A (3) 102; see also *Light.*
**Reflectometers**, photoelectric, Nall-method, A (1) 36.
**Refractive index**, microscopic determination of, standard liquids for, A (3) 102.
**Refractometry**, minimum-deviation, thermal control in, A (1) 15.
**Refractories**, abrasives and insulating materials, production of, P (6) 166; see also *Abrasives; Insulating materials.*
acid-Bessemer types, A (11) 339.
and acidproof ceramic products, A (4) 120.
agalmatolite, unfired, production of, A (3) 92.
alite, for glass industry, A (11) 339.
alkalis in: action of potassium chloride vapor at 1000°C, V; action of vapor of potash-silica glass at 1200°C, VI, A (5) 150.
for alloy steel melting, tests on, IV, A (10) 305.
alumina: for fine tubes, P (7) 209; fused, density of, A (1) 21; variable content of, tests on, A (3) 92; see also *Alumina.*
aluminum carbide ($Al_4C_3$), manufacture of, A (1) 23.
aluminum oxide from aqueous aluminum sulfate, electrochemical production of, A (7) 207.
American and Russian, values for, A (9) 276.
and antiacid material, carbon for, A (10) 303.
artificial, agglomerated mullite, production of, A (3) 90.
artificial atmosphere for heat treatment of, A (6) 183–84.
barium aluminum silicates for, use of, A (7) 206.
basic, composition for, P (9) 278.
basic or neutral, improvement of, P (8) 250.
batch composition for: alumina, talc, marble, and clay, P (7) 210; mixture, process for, P (7) 209; with silicon carbide, bentonite, and sodium metasilicate, P (6) 178.
bauxite, research in India, A (1) 20; see also *Bauxite.*
bauxite-soda *vs.* bauxite-soda-lime charge, A (11) 339–40.
binders: composition for, P (10) 305; soluble silicate, use of, P (6) 178.
for boiler settings, A (9) 276.
for boilers: types of, to reduce slag destruction, A (9) 277; types of slags in, A (9) 277.
bond for silica brick, P (2) 65.
bonding agent for, composition of, P (9) 278.
brick: grinding edges and surfaces of, A (4) 105; at U.S.S.R. works, properties of, A (9) 276–77.
British review of commercial practice and research in 1936, A (4) 119.
building materials, types in Poland, test methods for, A (4) 120.
calcareous and siliceous, raw materials for, P (6) 178.
calcined CaO brick, production of, P (6) 177; calcined lime, process for, P (6) 178.

**Refractories** (*continued*)
Canadian, types and application of, A (2) 63–64.
carbon, granular coke and fired clay, P (1) 25.
carbon, properties of, A (10) 303.
with carbon base, A (8) 248.
carbon bodies, graphitizing method for, P (11) 341.
cast, process of manufacture, P (2) 65, P (7) 209, P (9) 278.
cast concrete for roof arch, composition of, A (10) 304.
for casting ladles in crucibles for induction furnaces, production of, P (11) 342.
for casting pits, studies on, A (8) 246–47.
castings, forming method and cooling of, P (9) 279.
cellular product for heat insulating, P (5) 153; see also *Refractories, cements, porous.*
cement spraying for gas retort and coke-oven repairs, A (1) 22.
cements, acid types, manufacture and application, A (2) 64.
basic types, development of, A (2) 64.
batch composition for, P (8) 249.
bond for, P (8) 250.
and clinker, mixture of, for furnace linings, A (1) 24.
fire tamers, development of, B (5) 152–53.
firing tests on, A (1) 21.
jointing, preliminary tests, I; tests on silica cements, II, A (4) 119; behavior of joints under tension and compression, V; permeability of cemented and fired joints, VI, A (5) 152.
in metallurgical processes, uses of, A (3) 92.
monolithic boiler baffle, A (9) 276; monolithic refractory, for insulating wall, P (7) 210.
and mortars: I, analysis of, A (11) 340–41.
porous insulating type, P (2) 65.
powdered diabase with asbestite, A (8) 241.
preliminary tests on, I, A (7) 207; dry-powdered, for hot-patching gas retorts, II, A (4) 119.
and ramming mixes, clays and rocks for, A (4) 119.
refractory monolithic structures, preparation of, A (5) 152.
chamotte stone, protective layer for, P (6) 178.
Chasov-yar brick, porosity and chemical composition of, A (9) 276–77.
checker-brick, composition for regenerative glass furnaces, A (9) 278.
Didier-Werke or saddle-shaped, for regenerators, A (9) 275.
for open-hearth work, A (1) 21, A (6) 176.
properties and test methods for, A (8) 248.
for regenerators, P (2) 65, P (4) 121; effect of material, shape, and size on heat transfer in, A (6) 176.
checkerwork construction, P (11) 341; checkerwork design (Danforth), for the open hearth, A (5) 152; checkerwork in regenerator chambers, effect of distribution and flow of fluids in, A (1) 21.
chemical compositions and properties of, A (10) 303–04.
chrome-alumina brick: effect of alumina or calcined Indian bauxite on chrome brick, I; Turkish chrome ore and Demerara bauxite for, II, A (10) 304.
chrome-magnesia, manufacture of, P (9) 278–79.
chrome ore: with olivine, P (8) 177; olivine and magnesite in, P (7) 209.
chrome-ore concentrate, production of, P (8) 249.
chrome-silica brick, physical tests on, I–II, A (1) 21–22.
chromite, and chromite-magnesite brick: Chromodur, Radex E, Chromite I and II, Fournal, Rubinit, and Siemensite, A (9) 277.
corrosion resistance of, A (9) 277.
fired, process of manufacture, P (2) 65–66, P (9) 279.
fusion of, P (2) 65.
and Grecian magnesite, properties of, A (10) 304.
spinel, and mullite body, P (3) 92, P (10) 306.
with chromium ore, process for, P (7) 209.
clays for: in France and Germany, A (4) 120; secondary expansion in, A (11) 341; types and use of, A (4) 120.

**Refractories** (*continued*)
clinker brick, process for, P (8) 249.
and coating materials, P (6) 178; corundum, SiC, and Zr, for refractory stone, P (6) 178.
colors of, effect on emissivity of, A (10) 304.
composite body with thorium and tungsten, P (11) 341.
composition for, P (1) 25, P (2) 66.
concrete, with high-alumina cement for kilns, A (5) 152.
conductivity measurements at high temperatures, improved apparatus for, A (11) 340.
converter for heat treatment of, P (8) 249.
for converters, Thomas, dolomitic bottoms for, A (6) 176.
cordierite in, effect of, A (8) 248.
Corhart types: black and white, properties of, A (4) 119; blocks for heat-loss reduction in furnaces, A (6) 184; electrocast aluminous, manufacture and properties of, A (4) 119; physical properties of, A (3) 91.
corrosion of, quenching test for, A (6) 176–77.
corrosive action: of coal-ash slags on, A (1) 20; of slags on, test apparatus for, A (7) 206.
corundum and mullite for refractory castings, P (9) 279.
crucible mold for laboratory use, production of, A (3) 91.
crucibles: Korundiz for, A (8) 247–48; lime, for melting platinum, A (3) 91; $Li_2TiO_3$ solid solutions in, effect of, A (1) 45; raw materials for, in Italy, A (1) 24; small size for laboratory work, A (9) 278; see also *Crucibles.*
crushed, with high-temperature cement, for patching material, A (9) 278.
crushing studies under firing load, A (8) 248–49.
cupolas. See also *Refractories for furnaces, cupolas.*
cupolas: behavior under severe use, A (7) 206; slags and gases in operation of, studies on, A (5) 152; selection and care of, A (9) 275.
crystals in, X-ray method for quantitative determination of, A (9) 278.
defects in: cause of destruction during carbon black production, A (2) 64; drying cracks in fire brick, A (5) 150; flaking of continuous vertical retorts, A (4) 119; see also *Spalling.*
definitions and groups of, A (4) 120.
developments in, A (3) 91, A (9) 277, A (10) 304, A (11) 340.
diatomaceous earth products for insulation, B (2) 65.
Dinas, and silica brick: manufacture of, A (9) 275; test methods for, A (3) 91; see also *Refractories, silica brick.*
dissociation of carbon monoxide in, research on, A (2) 64.
Dolomax brick, A (8) 248.
dolomite: fritted, P (6) 177; thermochemistry and use of, for steel furnaces, A (8) 249; for Thomas converters, A (6) 176.
dolomite brick: physical properties of, A (8) 248; process for, P (6) 177–78.
dry-pressed, research in: relation of forming pressure to physical properties, B (2) 65.
dry pressing of grog ware, A (7) 206–207.
durability in service and properties of, relation of, A (4) 120–21.
elasticity and strength tests for, A (2) 64.
for electrical heating wires, composition for, P (10) 306.
electrocast *vs.* Corhart, physical properties of, A (3) 91; see also *Refractories, Corhart.*
electrodinas. See *Refractories, silica brick.*
electrographite, manufacture, properties, and application of, A (3) 91.
emissivities of, tests on, A (10) 304.
expansion of, up to 2000°C, A (1) 21.
federal specification for back-up duty and super-duty brick, B (7) 208–209.
feldspar bond for silicon-carbide grain, P (7) 209.
firebrick: classification and grading of, need for, A (8) 248; drying cracks in, cause and remedy for, A (5) 150; dry-pressed, relation of forming pressure to physical properties, B (2) 65.
fire clay for, characteristics of, A (7) 206; see also *Clays, refractory.*
fireclay brick, tensile-strength tests at Nat. Bur. Stand., A (1) 24–25.
fireproof, molded, process for, P (10) 306.
fireproof nozzles for ladles, P (2) 66.

**Refractories** (*continued*)
firing of, in circular tunnel kilns, A (7) 216.
firing of grog brick in annular gas kilns; use of gas-fired chamber furnaces, A (3) 91; firing of silica brick in gas chamber with overhead flame, A (6) 183.
firing rate of, effect on softening temperature under constant load, A (5) 151–52.
frit-kiln brick, discussion of, A (11) 340.
forsterite: composition for, P (7) 209–10; and fused magnesite, uses for, B (2) 65.
for foundries, A (7) 207; requirements of, A (4) 120.
for furnaces, for air-cooled suspended roofs, P (6) 177.
aluminum-melting, crucibles, and linings for salt-glaze stoneware kilns, A (7) 206.
arch and arch block, P (3) 92.
basic open-hearth, chrome and Grecian magnesite mixture for, I–II, A (10) 304–305.
blast-: checker brick ("hotspur") for brick, A (1) 20–21; electric rotary clay gun for, A (1) 21; grog brick for, A (5) 150; grog brick for, effect of reducing gases on, A (2) 64; methods of avoiding cracks and bad structure in, A (4) 119; ramming bottom and boshes with carbon-tar mixtures, A (1) 23–24.
boiler, design for suspended wall, A (1) 21; see also *Refractories for boilers.*
brick roofs, P (2) 65.
bridge wall, P (8) 249.
carbonizing type, studies on, A (2) 64.
cement, linings for, A (1) 24.
cement kiln linings: magnesite brick for, A (7) 208; unfired magnesite brick for, A (7) 208.
coke-oven brick, destruction of, causes and prevention of, A (1) 21.
coke-oven walls, thermal and temperature stress limits in, A (1) 23.
coke-ovens: and gas retorts, repairs in by cement spraying, A (1) 22; silica brick for, A (6) 177, A (8) 248.
construction of, P (4) 121.
copper-refinery furnace, A (7) 206.
cupolas: behavior under severe use, A (7) 206; relation of air change to cupola operation, A (4) 120.
effect of type of surface on radiation loss in, A (3) 90–91.
electric: chemical composition of, A (10) 305; special refractory brick for crowns in, A (1) 22.
enamel-muffle, requirements of, A (4) 119–20.
flat-bottom boiler type, slag tapping of, A (8) 248.
flue construction and brick stacks, A (1) 22.
and foundry practice, requirements of, A (4) 120.
frit-kiln brick, discussion of, A (11) 340.
fusing lining on interior surface, P (8) 250.
gas ovens, use of quartz brick in, A (2) 64.
for glassmelting types of equipment. See *Refractories for glassmelting furnaces.*
heat-conducting walls, P (2) 65.
heat transfer and wall structure, P (6) 177.
high-temperature insulation methods, A (4) 119.
hot-blast stoves, design and construction of, A (9) 275.
"hotspur" brick, A (1) 20–21.
insulating types. See also *Refractories, insulating.*
insulating brick for cement rotary kilns, A (3) 91; insulating lining for tool-room furnace, A (2) 70; insulation data on, A (7) 207.
lining support, P (2) 66; for home heating units, P (2) 66.
for linings, P (6) 178, P (8) 249; for cement kilns, A (3) 92; with high alumina content, A (11) 341; for rotary kilns, types of, P (2) 66, A (5) 152.
magnesite brick for rotary kilns, P (10) 305.
Martin-type, stability of hearth casings for, A (5) 152.
metallurgical: arches, zone formation in silica brick, A (7) 208; linings, composition for, A (6) 176, P (10) 305; refractory masonry for, P (11) 342; steatite *vs.* magnesia for, A (5) 154–55.
monolithic, specifications for, A (3) 91; monolithic trough tile, tests on, A (7) 208.

**Refractories for furnaces** (*continued*)
mortars for repairs in, P (6) 178.
muffle plate, P (9) 279.
Naval boiler linings, tests on, V, A (10) 305.
"Nernst" tube for expansion test, A (1) 21.
open-hearth: A.I.M.M.E. discussion of, A (1) 22; checkerwork design for, A (1) 21, A (5) 152, A (6) 176; heat exchange in regenerators, flues, valves, waste-heat boilers, A (1) 22; insulation of, at Algoma Steel Corp., A (1) 23; insulation of, to reduce heating time, A (5) 152; lining basic bottoms, I; lining acid bottoms, II, A (1) 23; roof, decomposition at high temperatures, A (7) 206; roof, rational curve for reheating of, A (8) 247; Saxpyre for, A (8) 248.
open-hearth steel, insulation for, A (8) 247; silica brick from Ovruch quartzites for, A (9) 278.
for power plant economy, A (3) 92.
rammed refractory clay, for fired body in construction of, A (9) 282.
refractory concrete, with high-alumina hydraulic cement, A (5) 152.
regenerative brickwork, P (6) 178.
revolving-type, direct reduction of iron-containing bauxites by solid carbon materials in, A (9) 275.
roof arch, cast refractory concrete for, A (10) 304; roof design in, P (1) 25.
rotary kilns, relative thermal expansion of shell, coating, and lining, A (11) 341.
Saxpyre brick, A (11) 340.
shaped bodies or refractory linings, P (10) 305.
silica-brick linings, A (6) 176.
slag, local reactions in, A (11) 340; slag-tap, tapping ash in molten state, A (9) 275.
Soviet studies on, B (1) 25.
steel-casting, physicochemical processes during destruction of, B (2) 65.
steel-melting: for casting pits, A (8) 246–47; development of, A (8) 247; thermochemistry of metallurgical dolomite for, A (8) 249.
in steelworks, slag resistance of, A (1) 24.
surface combustion burners, brick or radiants for, P (6) 178.
suspended arches for combustion chambers, A (6) 177.
tin-smelting, chrome-alumina brick for, I–II, A (10) 304.
wall, P (9) 279; and block unit, P (2) 65; body, P (11) 341; construction, P (4) 121; structure, P (1) 25.
walls: arch design for tubular boilers, A (5) 151; of furnace-heated water-tube boilers, P (11) 342; multiblock, P (8) 249; and roofs, P (7) 210; sectionally supported wall, P (4) 121; suspended, and arches, advantages of, A (9) 278; suspended, arches, and water walls, examples of, A (10) 305; water-cooled, for slag-tap furnace bottom, A (9) 278.
waste-heat loss calculations in glass furnaces, A (5) 151.
waste products for firing, effect of, A (3) 91–92.
fused alumina, density of, A (1) 21.
fused composition with chromite ore, P (2) 65.
fused diabase for HCl-resistant apparatus, A (8) 241.
fused magnesia for nonferrous metal industry, A (3) 91.
fused magnesite and quartz (forsterite), use of, B (2) 65.
for glassmelting furnaces, andalusite, kyanite, and sillimanite types, A (11) 341.
checkerbrick composition for, A (9) 278.
floaters for protecting tank walls, P (3) 89.
flux-line protection for tank furnaces, A (1) 12.
grog brick for tank blocks, A (3) 91.
heat sensitivity of, B (7) 209.
high-grade, studies on, A (1) 15.
microscope for tests on, A (3) 88.
for pots, destruction by optical glass, A (8) 240; for pots and tanks, sillimanite products, A (7) 207.
process for manufacture of, P (4) 118.
review of, A (11) 341.
silica lining for hydrochloric-reaction apparatus, A (8) 241.
stone formation in, A (10) 297.

**Refractories for glassmelting furnaces** (*continued*)
for tank blocks: cooling of, B (7) 209; insulation of, B (7) 209; procedure for, A (1) 23.
for tanks: and pots, firing charts for, A (8) 240; reactions in contact layer between refractory material in glass, A (3) 88; test methods for, A (9) 274.
walls for, P (7) 205.
glacinian for, use of, A (1) 31.
gradings for high density, A (3) 91.
granular: free-flowing, process for, P (11) 342; molded, P (6) 178; granulometric composition of, A (4) 119.
graphite and SiC, process for, P (10) 30...; see also *Refractories, electrographite.*
graphitizing carbon bodies, method for, P (11) 341.
grog, Boyd presses for dry pressing, A (7) 206–207.
clays for, from Sardinia, A (7) 208.
fired clay, firing of, A (10) 304.
from Latnynskii clays, A (9) 277.
mullitization of, A (11) 340.
talc, clinker-concrete for kiln linings, A (5) 152.
grog brick: from argillaceous schists, A (5) 150; clays for, A (4) 118–19; firing of...; effect on properties of, A (3) 91; grog, quartz, composition and physical properties of, A (8) 247; tests on, A (9) 277.
grog drains for casting melted steel, protective coating for, B (5) 153.
Harbison-Walker patents on, P (7) 209, P (11) 342; for insulation at high temperatures, B (5) 153.
heat-exchange problems, mathematical and graphical analysis of, A (9) 273.
for heat-transfer apparatus and wall structure, P (6) 177.
high-grade, plastic process for fireclay preparation, A (2) 64.
high-temperature, composition for, P (2) 65.
"hotspur" brick for blast furnaces, A (1) 21.
hydrocarbon gases in, effect of: study of effect of methane on, II, A (5) 150–51; effect of coal gas on, III, A (5) 151.
improvements in, A (5) 151.
insulating, brick, use of, A (9) 276.
cementitious, from vermiculite, P (8) 249.
for clay firing, A (7) 216.
diatomaceous earth products for, B (2) 65.
diatomites for, A (8) 256.
economic importance of, A (1) 21; use of "Insuline," A (9) 277.
fire brick in U. S., manufacture and use of, A (7) 207–208.
fire-resistant, P (11) 341.
heat resistance of, A (1) 22.
and high-temperature: clays and rocks for, A (4) 119; methods for, A (4) 119.
for insulation at high temperatures, Harbison-Walker plants for, B (5) 153.
Insulite and Amberlite, A (11) 340.
kyanite type, P (5) 153.
materials for, A (6) 176; apparatus for study at low and high temperatures, A (2) 63.
for open-hearth furnaces, A (1) 22–23.
production of, P (8) 250; test method for, II, A (10) 305.
properties and economic importance of, A (1) 21; use of Insuline and production of, A (9) 277.
thermal conductivity measurements on, A (1) 23; studies on, A (2) 64.
insulating wall, monolithic refractory cement for, P (7) 210.
insulators for spark plugs, process for, P (10) 306.
in Italy, silica-aluminous, raw materials for, A (1) 23.
Jap., for blast furnaces, tests on, A (7) 64.
kaolin and kaolin-silica mixtures, behavior under torsion at different temperatures, II, A (1) 20.
ladles, fire-proof nozzles for, P (2) 66.
lime crucibles for melting platinum, A (3) 91.
for linings and walls. See *Refractories for furnaces.*
load-test methods for, in Germany, Great Britain, and U. S., A (11) 341.
luting compound for high temperature, composition and use of, A (7) 207.
magnesia: developments in production of, A (1) 21; German raw materials for, A (5) 151; production of, P (2) 66.
magnesian brick, grain structure of, P (10) 305.

1937 Ceramic Abstracts—Subject Index 427

**Refractories** (*continued*)
magnesite: and chromite for basic open-hearth furnaces, I-II, A (10) 304; composition for, P (6) 177; production of, P (10) 305.
magnesite brick: with bauxite, P (6) 178; for rotary kilns, P (10) 305; unfired for lining cement kilns, spalling resistance of, A (7) 208.
magnesite-chrome-olivine, P (8) 249.
magnesium or magnesium alloys, process for, P (8) 249.
magnesium in, use of, P (7) 210.
magnesium oxide or magnesium compound in, process for, P (10) 306.
manufacture of, P (5) 153, P (7) 209, P (11) 341.
Merwinite, composition of, P (10) 305, P (11) 342; for Merwinite and periclase production, P (10) 306.
metallurgical: for alloy steel melting, tests on, A (10) 305; apparatus, silica brick for, A (6) 176; French types, A (7) 207; improvement in, A (8) 176.
with $Mg_2SiO_4$ (olivine), production of, P (11) 342.
molded, composition for, P (6) 178; molding blocks of, method for, P (1) 25.
Molochite china clay for alumina production, A (8) 248.
monolithic trough tile, tests on, A (7) 208.
mortar, composition of, P (7) 210.
mortars and plastics, use of, B (2) 65.
mottled silica brick, A (1) 23.
mullite: artificial agglomerated, production of, A (3) 90; for boilers, tests on, A (5) 130; properties and uses of, A (4) 119; in super-duty fireclay brick, A (1) 23; see also *Mullite*.
mullite base, studies on, A (2) 64.
mullite brick and cements, uses for, B (2) 65; thermal decomposition of, A (11) 357.
mullite content: of technical mullites and sillimanites, determination of, A (9) 278; test methods for, A (3) 92.
mullite layer on grog brick, A (11) 340.
mullite ware, Ural kyanite for, A (4) 121.
Naval Department tests for Naval boiler linings, V, A (10) 305.
nonclay, Bur. of Census, U. S. Dept. of Commerce, A (11) 359.
nonplastic: with Bakelite, for insulators, P (10) 306; high-pressure production of, P (4) 121.
olivine: and chrome ore, production of, P (6) 177, P (7) 209; for mortar composition, P (7) 210; use of, P (11) 342.
oxides, melting-point diagrams for systems with CaO and BeO, A (10) 313.
periclase and Ca orthosilicate, production of, P (10) 306; for periclase and merwinite production, P (10) 306.
permeability of, determination of, A (4) 119.
plant tests on powdered coal-fired billet furnace, A (4) 120-21.
plastic, Canadian development of, A (2) 63.
plastic process for preparing fire clay, A (2) 64.
[illegible]

[illegible]

**Refractories** (*continued*)
spalling: of frit-kiln brick, studies on, A (11) 340; panel spalling tests on insulating types, III, A (10) 305.
spalling-resistant, composition (Canadian), A (2) 63, P (4) 121.
spinel for, use of, A (8) 248; Spinella type, A (8) 248.
steatite *vs.* magnesia, A (5) 154-55; steatite, natural, use of, A (9) 276.
for steel production, since 1929, A (2) 64; "Saxpyre" brick, A (1) 22, A (8) 248, A (11) 340.
super-duty and back-up duty, federal specification for, B (7) 208-209; super-duty fireclay brick, mullite development in, A (1) 23.
for tank blocks. See *Refractories for glass-melting; Tank blocks.*
tensile properties, Young's modulus of elasticity, strength, and extensibility of, A (1) 24-25.
test methods and physical and chemical control of, A (3) 104.
tests on, symposium on, I-V, A (10) 305.
thermal conductivity: *vs.* crystal structure, A (8) 249; at high temperatures, Wilkes' method, A (9) 276.
titanium dioxide for, P (9) 279.
torsional stress at 20 to 1100°C, II, A (1) 20.
trade brands: Magnesidon, Bikorite, Dioxilite, Alusil, Chromosfor, Magnosil, tests on, A (1) 22; see also *Trade names*.
tridymite stone, production of, P (3) 92.
tuyère, P (8) 250.
for walls and linings. See *Refractories for furnaces*.
water-vapor action on silica brick at high temperatures, A (7) 206.
white and light buff, emissivity of, A (10) 304.
X-ray diffraction patterns of aluminum oxide, crystal structure of, A (1) 40; X-ray diffraction patterns of zirconium carbide and thorium oxide, A (3) 91.
zircon for, A (3) 99; powdered, and $H_3PO_4$ for casting ladles and crucibles, P (11) 342; and refractory oxides in, process for, P (10) 306.
**Refractories apparatus,** crushers, grinders, and pulverizers for, B (5) 157-58.
presses for hollow and perforated silicate brick, A (8) 248.
**Refractories plants and industries:** for Australian Glass Co., process for, A (1) 23.
in Belgium, manufacture of special products, A (5) 152.
dust elimination in, A (6) 191.
in England, review for 1936, A (4) 119; for glass plants in England and Europe, A (4) 113.
in France: development and progress in, A (8) 247; evolution and progress in, A (3) 104.
General Refractories, Ltd. (England), growth of, A (8) 247; new types of brick at, A (8) 248.
glass industry refractories, special course on, A (5) 152.
in India, review of industry, A (4) 118.
industrial status in last ten years, A (6) 177.
Newbold Silica Fire Brick Co., methods of manufacture, A (1) 23.
in 1935, progress in, A (4) 120.
for silicate brick, analysis of work of presses at, A (8) 251.
**Refractory screen-oil gas process** for high B.t.u. gas, A (2) 72.
**Refrigerators.** See *Enamels for refrigerators*.
**Regenerator tanks,** operation of, P (4) 118.
**Regenerators.** See also *Refractories, regenerators*.
checker brick for, A (9) 275.
design of brickwork chambers in, A (1) 21.
fluid flow in, effect of checkerwork design on, A (1) 21.
heat exchange in, A (1) 22.
in Russian glassworks, breakdown of, A (7) 212.
theory of, A (11) 341.
thermal effects in, factors for calculation of, A (1) 22.
**"Reguline"** as form of matter with no outward crystal face but crystalline X-ray picture, A (10) 298.
**Reinforced masonry.** See *Masonry, reinforced*.
**Research,** experimental data: annual tables of constants and numerical data, B (1) 46; comparing results of two experiments with unequal errors, A (1) 45; correlation of causal connections, Nos. 34-35, A (1) 43; regression lines in interpreting

428 Ceramic Abstracts—Subject Index Vol. 16

**Research** (*continued*)
data, Nos. 36-37; calculating correlation coefficients, methods for, No. 38, A (3) 86; methods of collecting and interpreting data, No. 39; correlation coefficient as related to experimental data, No. 40; computation and adaptation of index numbers for, No. 41, A (9) 288; weights and measures of Japan, A (1) 50.
experimental sciences, method in, B (1) 50.
functions of individual laboratories, A (9) 290.
on gloss, methods for, A (4) 107-108.
in Great Britain and Ireland, official yearbook, 1935-1936, B (5) 164.
in heavy ceramics, German standard test methods, A (9) 274.
for instrument men, training of, A (4) 139.
on metallurgical problems, B (5) 164.
National Physical Laboratory reports on, B (5) 164.
perspective and discovery, value of, A (7) 227.
process, and evolution of new technique, A (9) 290.
on refractories at Kharkov Ceramic Institute, B (1) 25.
science objectives in industrial enterprise, A (8) 262.
scientific, and modern industry, interrelation of, A (8) 262.
statistical methods for scientific workers, B (10) 214.
on whiteware at N. Y. State College of Ceramics, I-IV, A (9) 280.
**Research laboratories,** ball mills for, comparison of open and closed cycle of dry grinding in, A (7) 212; of wet grinding in, A (7) 212.
burners for gas firing, A (1) 35.
Carnegie Institute of Technology, Coal Research Lab., microchemical balance room in, A (11) 346.
cements and waxes for, properties and uses of, A (3) 82.
ceramic table tops for, A (7) 225; "Kemite" for, A (10) 315.
Geophysical Laboratory: glass composition studies, A (11) 332; studies on silicate equilibrium diagrams, A (6) 190; studies on silicate minerals and glass, A (1) 50.
glass apparatus for, A (7) 202.
Institute for Glass Research in Koniggratz, A (10) 298.
laboratory apparatus for magnetic separation of minerals, A (10) 308.
Mellon Institute of Industrial Research, A (8) 262.
microlaboratory, electric combustion furnace for, A (1) 30.
Montana School of Mines and State Bureau of Mines and Geology researches on ceramic raw materials, A (3) 98; survey of work at, A (3) 103-104.
National Bureau of Standards: load test machines at, calibration of, A (9) 281; origin, functions, and laboratory facilities of, A (10) 315; standard glass samples at, A (10) 299.
National Physical Laboratory (London), B (5) 164; report for 1935, B (1) 50; thermal conductivity studies on insulating materials, A (2) 63.
National Research Council of Canada and Dept. of Mines, A (2) 63-64.
small crucibles for, A (9) 278.
State Research Bur. for Silicate Industries (Czechoslovakia), studies at, A (3) 104.
State Research Bureau for Silicate Industry of Brünn, studies in 1933, A (1) 50.
TVA Ceramic Laboratory, ceramic apparatus, P (7) 214; TVA on N.C. kaolins, A (7) 211.
Univ. of Utah and Bur. Mines, splitting small samples accurately, A (8) 253.
**Resin-bonded abrasives.** See *Abrasives*.
**Resins,** condensation type *vs.* silicate glass, A (5) 147.
phenolic, Novolac type for abrasive stones, A (7) 193.
polymerization, *vs.* resins of condensation, A (5) 147.
synthetic: organic binders for grinding wheels, A (2) 54; for safety glass, types of, A (5) 147.
**Resistors.** See also *Heating elements*.
electrocalorigene, of electroceramic furnaces, A (7) 215-16.
metallic, glazes for, P (7) 214.
silicon-carbide: change in electrical re-

**Resistors** (*continued*)
sistance during service, B (11) 348; for electric heating furnace, B (7) 217.
types of, Kanthal A1, Silit, or Globar types, and chrome-nickel, A (7) 215-16.
**Respirators,** classification of, uses and limitations of, A (10) 308; hood-type, A (4) 124; see also *Dust apparatus*.
**Retorts,** drying and firing, effect of, on length of service in zinc distillation furnaces, A (1) 21; gas, hot patching of: preliminary tests on, I, A (7) 207; tests with dry powdered cements, II, A (4) 119; see also *Refractories, retorts*.
**Richardot, Jacques,** French sculptor and faience maker, A (11) 328.
**Richards pulsator** for minerals separation, A (7) 214.
**Ringelmann smoke chart** for smoke abatement, A (1) 36.
**Rock wool fibers** with inorganic compound for insulating material, P (6) 174.
**Rockingham ware,** characteristics of, A (1) 4.
**Rocks.** See also *Minerals; Ores; Petrography; Sandstone; Shale; Stones*.
acid-stable, natural, determination method for, A (4) 121.
Amakusa, for pottery, A (4) 122.
apatite, analysis of, A (6) 188.
Banko, for earthenware, A (4) 122.
characteristics of, as affecting abrasion in crushing machinery, A (11) 344.
chemical emission spectrum analysis of, A (3) 74.
Daido, for earthenware and semiporcelain, A (4) 122.
elastic properties of, correlation of theory and tests on, A (1) 38.
formation of, and composition of earth's crust, studies on solutions under high pressure, A (8) 260.
ground, and cements, specific surface of, A (1) 32.
hard, crushing and grinding of, A (1) 30.
igneous, crystallization of, Geophysical Lab. studies on, A (6) 190.
granites, chemical composition changes by weathering, A (8) 255.
heterogeneity of parent magma, A (11) 350.
and metamorphic, accessory minerals in, studies on, A (6) 187.
micrometric and rational analyses of, A (8) 257.
nomenclature and evaluation of, A (1) 39.
phase-rule chemical study of, B (8) 258.
Liassic and Triassic, in English Midlands, geological survey of, B (3) 100.
methods of analysis, B (11) 358-59.
and minerals, analyses of, B (8) 258.
molecular and mineral data on, A (9) 288.
optical, chemical, and mechanical tests on, B (1) 46-47.
petrology of, from South Orkney Is. and Antarctic archipelago, A (7) 220.
phosphate, superphosphate, and "metaphosphate," determination of phosphoric anhydride in, A (9) 288.
porous, impregnation of, method for, A (9) 282.
pyroxene-hornblende reaction in, A (1) 44.
sedimentary, authigenic feldspars in, A (1) 39.
semi-decomposed feldspathic ("Toseki"), use of, A (3) 98.
silicate, chromium, vanadium, and molybdenum determination in, A (11) 353.
siliceous and ferruginous, transformation of pyroxene peridotites into, A (3) 99.
structure in, accurate orientation of thin sections, A (9) 281.
Tertiary volcanic, in Colo., petrologic studies on, A (3) 98.
Tsukuda, for porcelain, A (4) 122.
Upper Devonian tonalite, occurrence of myrmekite in, A (1) 41.
volcanic type, for glass melts, A (1) 15.
**Roofing materials,** reflection coefficients of, A (11) 342.
roofing granules: prevention of blooming of, P (2) 77; colored, prevention of efflorescence on surface of, P (10) 316; manufacture, P (9) 290; see also *Tile, roofing*.
**Rotavac oil burner** for furnace control, A (8) 253.
**Rotosil,** nontransparent quartz glass, A (11) 334.
**Rowesite,** N. J. mineral, properties of, A (7) 220.
**Royal Society of Arts,** history of, A (5) 143.
**Rubber-bonded abrasives.** See *Abrasives*.

**Rubidium** on Pyrex-brand glass surfaces, effect of, A (11) 333.
**Ruby glass.** See *Glass, colored*.
**Rutile pigments.** See *Pigments*.
**Safety** in abrasive-wheel use, Brit. bulletin on, B (4) 106.
employer liability in injury cases, A (9) 191.
in glass and ceramic plants, health protection in, A (5) 164.
in glass industry, workers' protection in, A (3) 88, A (6) 191.
illumination and eye protection in brickworks, A (6) 191.
industrial health hazards and employer responsibility, A (4) 128.
methods for reduction of mine accidents, B (4) 126.
**Saggers.** See also *Refractories, saggers*.
for fine ceramics, physical characteristics of, A (1) 24; for porcelain ware in Russia, composition and characteristics of, A (9) 277.
steatite for, A (5) 154-55.
**Salmang and Frank method** for measuring thermal conductivity of SiC brick, A [illegible] 177.
**Salts,** molten: decomposition potential of, determination of, A (7) 225; solution of metals in, A (6) 189.
**Sandblast apparatus,** Gutmann centrifugal type, A (8) 252.
**Sandblasting** of vitreous enamels, A (4) 111.
**Sand-mold brick.** See *Brick*.
**Sanding apparatus,** P (3) 80.
**Sandpapers.** See *Abrasives, papers*.
**Sands,** absorption by, cone method for, A [illegible] 180.
bonding, cements for, for foundry work, A (1) 8.
deferrization of, A (7) 218; washing method for, A (8) 252.
fine, data of electrograms on, A (3) 85.
foundry: control process for, A (8) 251-36; properties of, and correct molding methods, A (7) 199; properties of, at high temperatures, A (7) 199.
glass, mining and milling methods for, B (9) 287.
glass, in Pa., 1936, A (9) 286.
granitic, and clays, distribution and origin of, A (10) 309.
iron in, spectrographic methods for tests on, A (4) 133.
Miss., size distribution of minerals in, A (3) 98.
moistening of, for homogeneous batch, A (4) 114.
molding: clay washing of, A (5) 283; durability studies on, B (1) 10; effect on surface and structure of cast iron, A (4) 111; in malleable iron foundry, test data on, A (7) 199.
monazite, thorium determination in, A (9) 289.
quartz: and ground types for enamelware, A (3) 98; magnetic separators for deferrization, A (4) 124; swelling of, A (11) 357.
silica in: determination of, A (4) 134; iron-oxide removal from, A (7) 220; purification method for, P (5) 163, P (9) 274.
tests for foundry work, A (1) 9-10.
**Sandstone,** tertiary silicate, origin of, A (7) 218.
**Sanitary ware** and semivitreous bodies, feldspar additions in, effect of, A (9) 279.
types of, A (2) 67.
vitrified porcelain, beginning of, A (11) [illegible]
**Sanitary ware, patent designs** for: bath spout, P (1) 5; bathtub, P (1) 5, P (3) [illegible] P (4) 122; enameled, discussion on, A (3) 84.
bidet, P (7) 211.
chemical toilet, P (1) 5.
combined lavatory and pedestal, P [illegible] combined toilet-paper holder and ash tray, P (2) 56.
defecator, P (9) 267; defecator and defecator with integral evacuator, P [illegible]
hot and cold water supply taps, P (11) [illegible]
lavatory, P (1) 5, P (4) 108; lavatory [illegible] P (8) 251.
self-ventilating toilet, P (1) 29.
soap dish for sinks, P (4) 123.
tank flush valve, ball-type, P (4) 123.
wash basins, baths, and closet basins, P [illegible] 29.
water closet, P (1) 5, P (1) 29.
**Sapphire** as material for combustion-chamber windows, A (7) 202-203.
**Scandinavian stoneware** of N. Krebs, A [illegible] 232.

1937 Ceramic Abstracts—Subject Index 429

[illegible]

430 Ceramic Abstracts—Subject Index Vol. 16

[illegible]

[illegible] state reaction (continued)
313; between magnesium oxide and iron [illegible], A (9) 277; see also Reactions.
[illegible] surfaces, Beilby studies on grinding, polishing, and etching of, A (10) 291.
[illegible] (solid bodies), air drying of, A (2) 68; laws of drying of, A (4) 124; physical and technical properties of, literature review of, A (6) 189.
effect of, on flow properties of dilute suspensions, A (9) 282.
[illegible] sorption by, A (1) 45.
[illegible] liquids, surfaces of, and gas, energy exchange between, A (7) 210.
[illegible] mechanics of, literature review in, A (6) 189.
[illegible] separating and grading of, from liquid suspensions, P (2) 71; from fluid suspension, method and apparatus for, P (1) 34; from liquids, apparatus for, P (6) 183.
X-ray crystal structure study on, A (9) 289.
[illegible] Pyrosols, solutions of metals in molten salts, studies on, A (6) 189.
[illegible] salts in brick, test method for, A (1) 15, A (11) 339; efflorescence of, A (3) 101; in enamels, effect during aging on scumming, A (4) 110.
[illegible] under high pressure, studies on, A (4) 200; viscosity tests on, A (1) 44.
[illegible] of refractories. See Refractories, spalling of.
[illegible] plugs. See Porcelain, general.
[illegible]fications. See also Standards.
air-flow measurement from compressors, B (7) 214.
A.S.T.M. Tentative Standard, ball-mill method on coal grindability, A (4) 123.
British standards for brick clay facing and backing, B (8) 245.
coal-ash and coke-ash analysis, B (2) 73; coal and coke ultimate analysis, B (2) 73.
for drain-fittings, A (10) 303.
for enameled copper wire, A (11) 330.
fans in mines, B (1) 33.
lime ratio in Portland cement, A (8) 233.
salt-glazed pipes and fittings, B (7) 210.
trailing cables for underground coal cutters, B (1) 33.
for building materials, new types of, A (1) 28.
for colors for kitchenware, A (6) 167.
for glass, German standards for, A (1) 12.
for mortars in coke ovens, A (9) 276.
[illegible] analysis lines, atlas of, for certain elements, B (10) 314.
[illegible]graph for ultra-violet measurements, A (1) 32.
[illegible]graphic tests of halite, colorless and blue, A (4) 132; on Siamese zircons, A (3) 93.
[illegible]graphy for tests on iron and sands, A (4) 133.
[illegible]photometer, application of, to study of peroxide method for vanadium, A (11) 355.
for color measurement of opaque surfaces, A (7) 212.
[illegible] and application of, A (4) 124.
[illegible]photometric study of phosphotungstate method for vanadium determination, A (11) 355.
[illegible]scopes for analysis, technique of, A (8) 260; for atomic study, A (5) 162.
[illegible]scopy, emission, for identification of gem-stone materials, A (9) 285; in industry, value of, A (10) 314.
[illegible] analysis, chemical emission type, A (2) 74.
"[illegible]schicht" photoelectric cell, use of, A (6) 180.
[illegible], artificial, optics and structure of, A (1) 40.
[illegible] of glazes in enamel kiln, cause and control of, A (1) 28; II, A (7) 211; see also Glazes, defects in.
[illegible], chloride volatilization of lithium from, A (10) 314.
[illegible] tests for cadmium and magnesium, A (5) 162; reagents for, B (8) 261.
[illegible] with nitrocellulose lacquers for pattern painting, A (7) 196.
[illegible] for colored enamels, P (11) 331.
[illegible]-drying process, A (11) 344.
[illegible] apparatus for drying, P (8) 253.
[illegible] gun, P (3) 96.
[illegible] porcelain enameling, water-wash spraying booths, A (9) 269.
[illegible] sprayer, A (10) 296.
[illegible] gun, P (1) 35, P (8) 254; Schoop spray gun, A (3) 58.
[illegible] vitreous enamels, A (1) 10.
[illegible] steel. See Metals, stainless steel.

Standards. See also Specifications.
colors for bathroom, A (6) 167.
for foundry steels, recommendations of A.F.A. Comm. on Chemical Classification, A (5) 145.
of metric weights and measures in China, A (6) 191.
Statistical methods for research workers, B (10) 314; see also Research.
Steam generating station, turbo-alternator for, large size, A (1) 31; steam generating unit, coal-fired, A (3) 103.
Steam-hardening of lime-sand brick, A (1) 19.
Steatite, for Alsimag 196 (insulating material), A (2) 67.
for ceramic tile, saggers, electric appliances, and heat-resisting ware, A (5) 154–55.
characteristics of bodies of, A (10) 306.
in electric porcelain, use of, A (5) 154–55.
and Frequenta products, A (3) 93.
for insulators: strength tests on, A (3) 93; tensile-strength tests on, A (9) 279.
for low coefficient of expansion products, P (10) 307.
natural, manufacture of blocks from, and use of, A (9) 276.
in porcelain mixes, use in Japan, A (7) 211.
production of, P (6) 180.
thermal disintegration of, A (3) 104.
Steel. See Metals.
Steelworks, silicate analysis of industrial dusts in, A (4) 139; see also Foundries.
Steger glaze-testing apparatus, use of, A (1) 28–29.
Stellite Haynes, for grinding hard surfaces, A (1) 1.
Stereoscope, mirror-type, for X-ray pictures, A (3) 95.
Stilbite, composition of, A (4) 130.
Stokers, automatic underfeed, A (1) 47; coal, automatic temperature controller for, A (9) 281; for economical use of low-grade coal, A (1) 50.
Stones. See also Minerals; Ores; Rocks.
Amakusa (decomposed liparite), for porcelain, A (3) 93, A (3) 98.
Carolina, use of, A (3) 97.
and ore, crushers for, types of, A (11) 344.
and slags, drying and heating apparatus for, P (6) 183.
Stoneware. See also Clayware; Earthenware; Sewer pipe.
acidproof tank, P (1) 26, P (8) 250; acid-stable, for pumps, A (9) 279.
alkali-resistant, test method for, A (6) 179.
chemical: and brick and tile for corrosion-resistant chemical equipment, A (6) 179; cement for ceramic linings in, A (6) 179.
chemical, for food industry, chemical and physical properties of, A (2) 60.
in chemical plant construction, A (2) 67.
corundum in, effect of, A (2) 66.
Danish artist, Krebs, work of, A (8) 232.
defects in: bubbles, causes of, A (3) 103; cause and effect of, A (3) 104, A (8) 250.
for drain pipes, resistance to vertical pressure, A (1) 20.
firing and salting of, continuous furnaces for, A (3) 96.
"Hygioceramo," of Andenne, A (11) 327–28.
improvements in, A (2) 66.
Italian clays for, A (4) 131.
for pipes for house connections, A (7) 225, A (9) 274.
for pipes, vs. concrete, A (4) 118; and sewers, vs. concrete, A (8) 245.
porous, silica-lime, production of, P (2) 63.
pyrophyllite, for electrotechnical industry, A (6) 179.
salt-glaze, large transport jug, A (11) 342.
salt-glazed, for pipes and fittings: Ooms machines for handling, A (1) 19; presses and other apparatus for, A (2) 66; firing operation, A (3) 96; kilns for, A (4) 121; fuel for intermittent, semicontinuous, and continuous kilns for, A (5) 153; furnaces for, A (6) 179; kilns for firing, types of, A (7) 218; salting of ware and distribution of kiln gases; combustion studies, A (9) 284–85; intermittent kilns for, A (10) 309; intermittent kilns for, and water-smoking period, A (11) 342–43.
sanitary, French clays for, and preparation of, A (2) 67.
sewer pipe, stoneware vs. cement in Australia, acid-resistant joints for, A (8) 250.
for sewers in Berlin, A (4) 118.
since 1921, physical properties of, A (2) 66.
tile: firing of, sorting and defects in, A (2) 66–67; scientific manufacture of, defects in, A (6) 179.

Stoneware (continued)
with transparent or semi-opaque glaze for sanitary ware, A (2) 67.
white, for large taps and ball mills, machining accuracy in, A (11) 342.
whiteness and color of, Pulfrich photometer for measurements of, A (2) 67–68.
Stoves, enameled, discussion on, A (3) 84.
hot-blast, design and construction of, analysis of, A (9) 275.
patent designs for: enamel gas-heater casing, P (7) 197; gas range, P (1) 5; range, P (1) 5.
Strains in glass, quantitative analyser for, A (11) 334; see also Glass, defects in.
Strength, impact, of Japanese tableware, A (3) 93; impact values, true and apparent, test methods for, A (4) 125–26.
mechanical, of steatite insulators, A (3) 93.
of 2-in. mortar cubes, effect of departure from planeness of, on compressive strength, A (6) 180–81.
Strontium and barium peroxides, structure of, A (1) 46.
celestite as source of strontium sulfate, uses of, A (1) 41.
Structural materials. See also Acoustics; Architecture; Brick; Building materials; Clayware; Flooring; Housing; Masonry; Paving materials; Roofing materials; Sewer pipe; Terra cotta; Tile.
acoustic correction material, glazed, composition for, P (7) 210; acoustical units from west Tenn. clays, A (8) 257.
blast-furnace slags, use in U.S.S.R. building industry, B (6) 192.
brick. See also Building materials.
brick (brickwork) for, P (10) 303.
acid-stable, production of, A (6) 179.
"bottom" and cull types for houses, A (5) 149–50.
brick backing and clay facing, British Standard specif. for, B (8) 245.
cavity brick, P (11) 339.
design for, P (2) 63.
glass types. See Structural materials, glass.
for large buildings, advantages of, A (6) 175.
load-supporting wall, P (2) 63.
model building type, P (6) 175.
sand-faced, and building slabs, P (6) 175.
solid building type, P (2) 63.
veneer brickwork: in Australia, A (11) 330; veneer, mold for casting supporting ledge for, P (1) 20; veneer structure, P (8) 246; veneer walls, spacing and supporting means for, P (1) 20.
wall with metal-foil insulation, A (2) 62.
water absorption of, A (6) 175.
British Building Research Board report, B (8) 245–46.
building block, P (8) 246; brick, etc., P (1) 20; interlocking type, P (2) 63, P (8) 246; and slabs, P (11) 339; and wall construction, P (8) 246.
building construction, P (3) 90; building wall, to stop transformer noise, A (1) 20.
Bur. Mines activities in field of building materials, B (5) 164.
cement: blended types, use of A (1) 7; for metallic and ceramic materials, P (3) 82.
ceramic stack (Corning Glass Works), P (9) 273.
clay-tile partition with wire mesh for lateral strength of, A (7) 206.
clayware, importance in construction field, A (6) 192.
concrete. See Concrete.
enameled, metal wall construction and corner construction, P (5) 145; see also Housing; Structural materials, porcelain enamel.
fireclay ware, engobes and glazes for, A (10) 306.
Glass, Akro, Tuf-Flex, and Enameled Tuf-Flex type, use of, A (7) 202.
all-glass constructions, A (10) 297.
for Australian building, A (8) 232.
brick, hollow type, use of, A (5) 146; brick and tile, for food-manufacturing plant, A (2) 60.
building block design, P (1) 5, P (1) 18, P (4) 117, P (6) 172; and facing tile, P (1) 17; production of, P (11) 336.
casehardened, for building, A (4) 116.
and concrete construction, method for, A (10) 297.
decorative panel, P (7) 204.
fibrous, use of, A (2) 59.
German fused (opaque) quartz, studies on, A (2) 59.

Structural materials, glass (continued)
[illegible]
for New York World's Fair, A (9) 268.
panels, bonding of, to cement or plastics, A (8) 235.
for residential and industrial buildings, A (1) 10.
for stores, colors in, A (6) 169.
varied uses for, B (1) 10.
porous masonry surfaces, waterproof protective covering for, P (8) 246.
pre-cast colored concrete and vibrated concrete, A (1) 26.
reflection coefficients of, A (11) 342.
reinforced ceramic building construction, method of assembly, P (6) 174.
reinforced masonry. See Masonry, reinforced brickwork.
sound-absorbing, P (8) 250; see also Structural materials, acoustical.
standard clay product units, changes in dimensions of, and new methods of masonry design, A (2) 62.
super-ceramic building members, A (4) 118.
terra-cotta tile facings and other ceramic products, A (8) 250.
tile. See also Tile.
construction, P (5) 155, P (8) 250, P (10) 303.
facing, P (8) 251.
fastening devices for cement foundation, P (6) 180.
hollow building, P (2) 63.
masonry, compressive strength of, A (5) 149.
roofing, A (2) 67; methods for, A (7) 210; see also Roofing materials.
supporting strip, P (1) 29.
wall-tile packing and unpacking method, P (8) 250.
types of: gray antiacid porphyroid, gray antiacid lithoceramic ware, brown porphyroid for paving, and red lithoceramic ware for facing, A (5) 153.
wall designs, and standard clay products units for, A (2) 62.
walls, low-cost, large clay slabs for, A (2) 66.
waterproof protection for porous masonry surfaces, P (8) 246; waterproof wall, P (9) 274; waterproofing of brick and tile, P (11) 343.
weatherproofing of walls, P (3) 90, P (5) 150.
Structure of clays, changes in, during peptization, A (11) 349.
of crystals (minerals), studies on, A (8) 260.
disperse, of silicium dispersoids and chalcedony, A (6) 186.
and energy of alkaline oxides, Born-Mayer theory of, A (2) 74.
in rocks, accurate orientation of thin sections, A (9) 281.
of solid bodies, X-ray crystal structure of, A (9) 289.
of solid solutions of $Fe_2O_3$ in $Mn_3O_4$, A (1) 46.
of strontium ($SrO_2$) and barium, A (1) 46.
survey of magnetic materials in relation to, A (1) 46.
of $ZrO_2$, A (1) 46.
Structure-factor graphs for crystal analysis, A (1) 46; progress in technique of, A (3) 101.
Sulfate furnaces, ceramic material for scraper plates, A (5) 163.

[illegible]
Suspensions, clay: catalytic decomposition of hydrogen peroxide by, A (10) 309; dewatering of, A (11) 348; influence of adsorbed bases on structural formation of, A (8) 259.
clay suspension resolution, P (9) 283.
clay-water, thixotropy of, Schmidt's equation for, A (7) 223.
coal-oil, "colloidal fuel," data on, A (11) 347.
dilute, effect of the solid on flow properties of, A (9) 282.
of finely divided solids, resolution of, into substantially uniform solids fractions of varying particle size, P (9) 284.
globular, in Poiseuille current, viscosity of, A (1) 44.
Swelling of soil, studies on, I, A (4) 131; II, A (1) 41.
Syenites in semivitreous ware, plant trials, II, A (6) 180.
Symposium on refractories testing, I–V, A (10) 305.
Synthesis of aggregates, studies on, II, A (4) 130.
of montmorillonite, A (3) 99.
Synthetic resins. See Resins.
Systems, $Al_2O_3$-$Fe_2O_3$-$SiO_2$-$Na_2CO_3$, reciprocal influences in, A (5) 162.
$Al_2O_3$-MgO, study of, II, A (1) 46.
anorthite-leucite-silica, diopside-leucite-silica, and carnegieite-iron oxide-silica, equilibrium diagrams for, A (6) 190.
CaO-$Al_2O_3$-$Fe_2O_3$, study of solidus and liquidus relations in, A (6) 189.
CaO-$Al_2O_3$-$H_2O$, studies on, B (4) 110.
CaO-$Al_2O_3$·$2SiO_2$-CaO·$TiO_2$·$SiO_2$-CaO·$SiO_2$, equilibrium diagram of, A (5) 161.
with CaO and BeO, melting-point diagrams for, A (10) 313.
CaO-$B_2O_3$-$SiO_2$ (danburite), liquid immiscibility of, A (4) 135; equilibrium for, A (2) 75.
CaO-$C_2S$-$C_4A_3$-$C_4AF$ (cement), studies on, A (3) 82.
CaO-$H_2O$, MgO-$H_2O$, $CaSO_4$-$H_2O$, and 3CaO·$Al_2O_3$-$H_2O$, "complete" heterogeneous equilibria in, B (5) 162.
CaO-MgO-$SiO_2$, high-temperature inorganic reactions in absence of liquid phase, A (6) 188–89.
CaO-$SiO_2$ and CaO-$Fe_2O_3$, temperature viscosity relations in, A (1) 46.
CaO-$TiO_2$-$SiO_2$ and CaO·$SiO_2$-$TiO_2$, equilibrium diagrams for, thermal analysis and micro-examination of quenched specimens of, A (5) 162.
CaO-$TiO_2$-$SiO_2$-MnO-$TiO_2$, equilibrium diagram of, A (5) 161.
chlorite, revised diagram for, A (1) 41.
Cu-Fe-S, studies on, A (8) 258.
$Fe_2O_3$-CaO (pseudobinary), dissociation pressures of, A (4) 134.
FeO-MnO-$SiO_2$, studies on, A (7) 224.
$KAlSi_3O_8$-$NaAlSi_3O_8$, viscosity formula of, A (7) 224.
$K_2B_4O_7$-$B_2O_3$, viscosity of, in fused state, A (11) 358.
$K_2O$-$SiO_2$-$Fe_2O_3$, equilibrium relations in, A (5) 161.
kaolin-feldspar-quartz and kaolin-feldspar-alumina, this section studies on, A (4) 122.

Systems (continued)
lead oxide-boric oxide, structure studies [illegible], A (8) 260.
liquid-solid, viscosities of, A (7) 224.
magnesia-alumina-silica, as dielectric materials, A (11) 354–55.
MnO-$Al_2O_3$, studies on, A (7) 224.
$Na_2SiO_3$-$PbSiO_3$-PbO, fusion diagram [illegible], A (6) 188.
NiO-ZnO-$Al_2O_3$, colors of, and data on, (9) 287–88.
$SiO_2$-$Al_2O_3$, study of, I, A (1) 46.
$SiO_2$-$Al_2O_3$-$R_2O$, reactions in, A (11) [illegible]
$SiO_2$ + FeO + $Fe_2O_3$ + CaO (+MgO) [illegible] stitution of, A (7) 222.
$SiO_2$-MgO, study of, II, A (1) 46.
slag (FeO-MnO-$SiO_2$ and MnO-$Al_2O_3$ [illegible]) studies on, A (7) 224.
SnO-CaO-$SiO_2$, triangular color charts, mixtures fired at cone 10 in, A (9) [illegible]
sodium oxide-boric oxide: phase equilibrium relationships in, A (11) 355; specific gravity and unit cell size of, correction [illegible] A (7) 222–23.
ternary, with CaO, MgO, $Al_2O_3$, $Fe_2O_3$, $SiO_2$, analysis of, A (5) 161.
$TiO_2$-MgO-$ZrO_2$, ceramic and dielectric properties of, A (1) 26–27.
titanium dioxide-sulfuric anhydride-water diagram for, A (4) 136–37.
$ZrO_2$-$SiO_2$, melting-point diagram of, A [illegible] 135.
Tableware, ceramic classification of, A (8) [illegible]
cups, horizontal handles for, A (7) 196.
dinnerware, modern, manufacture of, A [illegible] 27.
in England, history of, A (6) 179; English types of, A (8) 262.
"Five-and-Ten" china, production of, (8) 251.
glass. See Glass, patent designs on.
history of design in, new styles, A (3) [illegible]
for household and kitchen use, U.S. Tariff Comm. report, B (2) 68.
Irish, types of, A (2) 68.
Japanese, impact strength of, A (3) 93.
modern designs and colors in, A (1) 4.
patent designs for, bowl, P (1) 5.
butter tub, P (4) 108.
covered dish, P (4) 108.
creamer, P (4) 108.
cup, P (1) 5, P (4) 108, P (8) 167.
glass shapes, P (10) 294.
jam jar, P (4) 108.
jug, P (7) 197.
pie plate, P (1) 5.
pitcher, P (1) 5, P (4) 108.
plates, P (1) 5, P (2) 56, P (4) 108, P [illegible] 167, P (7) 197, P (8) 233, P (9) 267, (11) 328.
platter, P (4) 109.
purée bowl, P (1) 5.
salt and pepper shaker, P (4) 109.
sugar bowl, P (4) 109.
teacup, P (3) 81.
teapot, P (4) 109.
porcelain, composition problems in, A [illegible] 251.
semivitreous: crazing studies on, A (3) [illegible] firing tests on, B (2) 73.
silk-screen printing for, A (7) 196; see also Decoration.
slips for, relation between properties and methods for, A (8) 251.
TVA Ceramic Laboratory research on, VII, A (7) 211.
Talc in Appalachian region, history of, A (2) [illegible]
aqueous suspension of, adsorption on particles of, and its flotation, A (9) 282.
for porcelain bodies, experiments on, VIII, A (11) 344; tests on, A (3) 93.
in porcelain: thermal expansion and transverse strength of, I–II, A (5) 155; effect of addition agents on talc-kaolin mixtures, III; microscopic observations, IV, A [illegible] 180.
and soapstone: production and use of, (1) 42, A (8) 258; in Wash., B (7) 228.
and steatite for electrical porcelain, A [illegible] 154–55.
in U.S., 1936 (Bur. Mines Rept.), B (3) [illegible]
in whiteware, A (6) 180.
Talc-magnesite ores, Vt. type, flotation of, (2) 74.
Tamm acid-oxalate method for soil weathering tests, I, A (4) 131.
Tank blocks. See also Refractories for glass melting.
for glass, characteristics of, A (5) 147; [illegible] lite disintegration of, A (3) 80.
grog brick for, A (3) 91.
Tanks, acidproof, P (8) 250.

[illegible] (continued)
[illegible]melting. See also Furnaces, glass-melting, glass tanks; Pots; Refractories for glassmelting.
classification of, A (4) 112.
[illegible], floaters in, tests on, B (5) 148; [illegible], pots, and rings for, firing of, A (8) 240.
control of flow in, P (2) 62.
feeding shelf for, P (2) 62.
[illegible] for protecting tank walls, P (2) 63.
heat transfer in, data on, A (9) 271.
indicating and controlling temperatures in, P (8) 243.
models for circulation studies in, A (2) 61.
oil-fired, effect of sludge in, A (4) 127.
regenerator, and method of operating, P (4) 113.
relation between drawing temperature, flow index, and specific melting capacity, formula for, A (4) 115.
round or ellipsoid, for window and bottle glass, A (10) 298–99.
test methods for brick in, A (9) 276.
thermal and chemical activity of atmosphere in, importance of, B (6) 171.
types of, P (3) 83.
vermiculite as insulation for, A (9) 276.
lining with stainless-clad steel by lap welding, A (6) 181.
metal-cleaning, heating solutions in, gas-immersion process for, A (7) 190.
[illegible]-cracking process, tests on, A (1) 12.
[illegible], natural siliceous glasses, theory and origin of, A (8) 258; in west Australia, A (1) 41.
[illegible]metering, Metameter principle for, new electric flow meter for, A (5) 156; Selsyn-type motor for, A (5) 157.
[illegible]scope disks. See Glass, mirror; Glass, telescope disks.
[illegible] screens, silicates for, A (11) 335.
[illegible]ation, coprecipitation with, for separation and concentration of platinum, A (4) 134.
[illegible]ature control, developments in, A (3) 94; temperature controller, automatic, for coal stokers, A (9) 281; thermoelectric temperature controllers for, III, A (1) 31.
[illegible]ature measurement apparatus, laws and numerical tables for, B (1) 33–34.
the measurement and control of processing temperature, III, A (1) 31.
in metallurgy, A (1) 33.
regulator, automatic, for furnaces, A (3) 94.
for 800°C and higher, A (7) 213.
[illegible]essee Valley Authority. See Research laboratories.
[illegible], surface and interfacial, and theory of wetting, A (7) 224.
[illegible]meter, Hounsfield, for strain tests, A (3) 95.
[illegible] cotta, ancient: Mycenaean, A (2) 55; 4th Century B.C., A (2) 56.
and faience, production and uses for, A (1) 15.
[illegible] cracks, measurements of swelling for prevention of, A (7) 210.
[illegible] unglazed, A (10) 294.
[illegible] sigillata, ancient, production of, A (3) 81; manufacture of, A (1) 26.
[illegible] methods for ceramic materials, classification of, A (11) 360.
[illegible] machines under dynamic loading, calibration of, A (9) 281.
[illegible]borate and colemanite in Calif., A (7) 221.
[illegible] aluminum hydrate, action of soda in solution on, A (9) 267.
[illegible] materials from glass, physical characteristics and properties of, A (10) 298.
[illegible], Schedula of, on enamel history, A (9) 268.
[illegible] conductivity, cell unit, P (8) 250; see also Conductivity.
[illegible] expansion. See Expansion.
[illegible]chemistry of cement fabrication, A (2) 77.
[illegible]couples, calibration of, gas-tight furnace for, A (4) 123.
[illegible]-alumel, standard tables for, A (4) 123.
[illegible] types of, reliability of, A (9) 283.
[illegible] for molten metal temperatures, A (1) 32.
[illegible] materials for, test methods for, A (4) 123.
[illegible] sheaths for, A (4) 122.
[illegible]dynamic bases and technical bases of industrial furnace firing, A (6) 184.

Thermodynamic potential at constant volume in solutions of strong electrolytes, A (1) 46.
Thermodynamics of cements, rectification of heats given, A (4) 110.
of ethane, phase equilibria and hydrocarbon systems, No. 18, A (8) 254.
of metal carbonates, data on, B (6) 190–91.
principles of application to engineering processes, B (10) 314.
Thermolux glass for insulation, A (1) 12; laminated type, A (4) 113.
Thermometers, construction principles for, A (1) 33.
dial, corrosion-resistant, A (4) 123.
industrial, with "triple-lens" front, A (5) 31.
resistance type, and thermocouples for boiler operation, A (7) 213.
Thermometry, data on, B (7) 225.
liquid, developments and problems in, A (8) 240.
photothermometry for surface-temperature measurements, A (1) 32.
Thermoprene and rubber for abrasive wheels, P (2) 54.
Thermoregulator, thermionic, relay circuit for a.c. or d.c. use, A (4) 125.
Thermostats, automatic control equipment for, A (1) 32; immersion type, A (5) 156; tri-ply metals for, A (5) 157.
Thin sections, contact analysis on, for chemical determination of ore minerals, A (8) 255.
Thiocyanate test for soil reaction studies, A (4) 132.
Thomas converters, dolomitic bottoms for, A (6) 176.
Thomson, G. P., X-ray studies of polish structure, A (10) 291.
Thorium in rare earths, separation of, A (9) 289; separation of, by magnesium bisulfate, A (5) 162.
"THQ" methods and turbidimetric methods for analyzing feed and boiler waters, A (6) 192.
Thyratron or grid-glow tube, use of, III, A (1) 30.
Tile, absorption curves of, from spectra photographs, A (9) 287.
and brick, locking means for, P (1) 20.
for building, P (10) 303.
cast-iron porcelain enameled, P (2) 59.
cement facing, low-temperature glazes for, A (6) 167.
ceramic composition for, P (5) 155.
clay and concrete, reflection coefficients of, A (11) 342.
clays for, and methods for, A (1) 26.
composite vitreous and concrete stave, P (7) 210.
de-airing of clay for, A (5) 155.
defects in: cracks from firing and cooling, A (6) 183; efflorescence in, elimination of, A (4) 118; strain in paving tile, cause of, B (2) 63; warping, cause of, A (5) 150.
design for, P (2) 56.
devices for fastening in cement foundation, P (6) 180.
English manufacture of, treatise on, B (8) 246.
engobe, production of, A (4) 121.
face: effect of vacuum and soaking time on porosity and true specific gravity, A (7) 207; leadless glazes for, from Ukrainian brick clays, A (1) 26.
facing, P (8) 251.
flat: manufacture of, methods for, A (5) 153; drying and firing, A (8) 250; production of, A (5) 153.
flexural vibration for determining Young's modulus of rupture, A (7) 223.
floor: mosaic, electric firing of, A (9) 284; patent design for, P (9) 267; preparation of materials for, A (3) 92.
for fountain, mortar and calking compounds for, A (1) 26.
Fowler, for swimming pools, A (6) 179.
glazed, P (10) 306; or brick for fireplace, A (1) 26; sulfur effect on, A (8) 251; wall, warpage of, final heating, A (1) 26.
hollow building. See Structural materials.
improved working of mixes of, A (11) 345.
Lockon setting system for, A (2) 66.
production method for, P (5) 158.
roofing, P (2) 67, P (9) 279; see also Roofing materials.
clays for, A (3) 93–93.
cracks in, from firing and cooling, A (6) 183.
de-aired, manufacture of, A (1) 26.
drying cracks in, A (11) 342.
engobing, glazing, and blue-smoking of, methods for, A (7) 210.

Tile, roofing (continued)
freezing resistance of, A (11) 343.
manufacture of, B (3) 93.
mold for, production of, P (6) 179.
in Moscow, A (1) 26.
permeability to water, effect of age on, A (11) 343.
polished surfaces of, microscopic tests of, A (6) 191–92.
Roman, in England, A (9) 266.
standardization of, A (1) 26.
surface treatment of, glazes and coatings for, A (3) 93.
sintering process for, A (2) 68.
stoneware, defects in, A (6) 179; types and cause of, A (8) 250.
stoneware, firing, sorting, and study of defects in, A (2) 66–67; see also Stoneware.
structural, method for, P (1) 26; structural masonry, compressive strength of, A (5) 149.
supporting strip for, P (1) 29.
Valencia type, 14th Century, A (7) 195.
wall: discoloration of, by plant organisms, A (1) 26; pyrophyllite for, IV, A (9) 280; soft, impregnation of, A (9) 282; talc and feldspar to replace Cornwall stone, A (7) 211.
waterproofing method for, P (11) 343.
Tile apparatus, to apply color or glaze, P (4) 121, P (4) 126.
Tile structure for recuperator, P (11) 342.
Tin, specific reagents for, dimercaptobenzenes and benzene-o-dithiols, A (1) 45–46; world production of, A (7) 221.
Tinkalconite (hydrate of sodium diborate), crystal-structure studies of, A (1) 41.
Titaniferous ores in India, deposits of, A (9) 286–87.
Titanium and aluminum, analytical separation of, A (1) 42; iron, and aluminum, mixtures of, quantitative determination of, A (1) 42; rapid method for determination of, A (11) 356.
Titanium compounds in glazes, effect of, A (3) 93; purification of, P (2) 76.
Titanium dioxide for colored pigments, P (2) 76.
and litharge, calcined mixtures of, X-ray diffraction studies on, A (8) 259.
magnesium oxide, and zirconium dioxide for ceramic ware bodies, ceramic and dielectric properties of, A (1) 26–27.
method of making, P (2) 76; processes for, P (7) 225, P (10) 314.
precipitation factors affecting pigment properties, A (4) 136.
for refractory bodies, P (9) 279.
in refractory clays, determination of, A (2) 74.
Titanium oxide in ceramic industry, use of, A (2) 75; determination of, A (4) 136.
"Toseki" and Amakusa stone for whiteware, A (3) 98.
Tourmaline crystals, mica in, studies on, A (5) 160.
Tourrette, Étienne, enamel artwork of, A (9) 268.
Trade-marks and trade names, laws on, A (6) 191.
Trade names, alloys: Ardoloy, high-speed, A (7) 212; Kanthal, electrical resistance alloy, A (1) 32; Kanthal A1, for electrocalorigene resistors, A (7) 215; Kanthal, iron-aluminum-chromium-cobalt, for heating element, A (7) 212; Kanthal and Megapyr, tests on, A (8) 254; Smith No. 10, A (1) 30.
"Aquadag," water suspension, colloidal graphite, A (3) 88.
Bowser "registering measure" for furnace combustion control, for heavy oils and tars, A (4) 127.
Calit, Calan, Condensa, and Tempa for condensers, electrical properties of, A (1) 25.
Carboloy, tungsten carbide mixtures, A (4) 125.
for cements and waxes, A (3) 82.
chemically resistant materials: Plasilite, Testolite, Bakelite, A (5) 147.
"Devitrite" (silicate), B (1) 16–17.
Durax cement for monolithic work, A (11) 340.
Fitterer thermocouple, A (1) 32.
Fowler tile for swimming pools, A (6) 179.
Frequenta products, A (3) 93.
gas-analysis apparatus, Barnhart-Randall type, A (2) 69.
glass, Akro, Tuf-Flex, and Enameled Tuf-Flex, A (7) 202.
Doran, properties of, A (6) 170.

Trade names, glass (continued)
"Cetan," lithium-beryllium borate glass, A (1) 14.
and glasslike products, organic or inorganic, A (6) 192.
Holophane, process and use of, A (8) 241.
Mycalex, A (3) 88.
organic Plexi, safety type, A (5) 147; Plexiglass, A (9) 272.
Polaroid, for headlight-glare prevention, A (5) 147.
Rotosil, nontransparent quartz, A (11) 334.
Securit, A (7) 203.
"Silal," "Niresist," and "Nicrosilal," for glass molds, A (5) 147.
Solex, Pittsburgh Plate Glass Co., A (1) 12.
Styroflex, flexible, for cable insulation, A (6) 192.
Thermolux: for insulation, A (1) 12; laminated type, A (4) 113.
Vinyl resin for safety glass, A (8) 242; Vinylite X, A (7) 202.
Viscor, glass correction filter, A (5) 156.
Hardgrove grindability testing machine, A (1) 31.
"homogenizatte" for working up plastic bodies, A (1) 30.
Insulite and Celotex compared with porcelain enamel sheet steel, A (3) 84–85.
"Kemite" for laboratory table tops, A (7) 225, A (10) 315.
kieselguhr, Superfloss, for stable adsorption complex, A (4) 132.
Kleylein process for porcelain signs, A (6) 166–67.
metals, hard, for chemical use, widia, titanite, and böhlerite types of, A (6) 182.
Molochite, china clay for refractory material, A (8) 248.
Murex Cresta electrode for tensile test of weld metal, A (8) 237.
Nuvolac resins for abrasive stone, A (7) 193.
"Oildag," oil suspension, A (3) 88.
opacifiers, Albanin and Zinnolin, B (2) 58.
Orthosil solution for metal cleaning, A (1) 8.
polarizers, "Polaroid" type, use of, A (1) 32.
pressure-control, "Air-o-line" control system, A (3) 94.
"Ranarex," portable gas-analyzer, A (4) 124–25.
refractories, Chromodur, Radex E, Chromite I and II, Fournal, Rubinit, and Siemensite, A (9) 277.
HW-777, HW-111, and HW-444 brands for insulation, B (5) 153.
Insuline, A (9) 277.
Insulite and Amberlite, insulating brick, A (11) 340.
Korundis, A (8) 247–48.
Magnesidon, Bikorite, Dinolite, Absil, Chromodur, Magnosil, A (1) 22.
"Saxpyre" brick, A (1) 22; Saxpyre, Spinelle, and Dolomas, A (8) 248; Saxpyre brick for basic open-hearth and electric steel furnaces, A (11) 340.
resins, "vitreresins," "irreversible," "reversible" or "thermoplastic vitreresins," "thermohardening vitreresins," A (5) 147.
Siegler vs. borax for enamels, A (1) 10, A (6) 169.
"Synchriniscope" for comparing objects, A (1) 29.
Thermoprene for abrasive body, P (2) 54.
Triflex, 3-ply rubber for welded steel tanks, A (1) 9.
"Tymeter," single register, A (1) 30.
Tyndallometer for measuring Tyndall beam intensity, A (1) 33.
Vitreosil: electric immersion heaters for fused silica, A (4) 113; fused silica for laboratory and special apparatus, A (6) 170; for fuel burners, A (10) 309.
for waxes, A (3) 82.
Translucence and whiteness of porcelain, method for increase of, A (1) 27–28.
Transparent enamels. See Enamels, transparent.
Transparent silica ware, production of, P (8) 244–45.
Transportation and loading and unloading of brick, P (2) 71; of refractory or vitrified materials, separating and retarding relative movement of, P (2) 71.
Trenkamps in enameling history, A (9) 269.
Tricalcium silicates, heat of formation at 1300°C, A (1) 6; in street cements, effect of, A (4) 109.
"Tri-Comp" method for boiler-scale prevention, A (2) 76–77.
Tridymite stone, production and firing of, P (3) 92.

Tripolis in cement mortar, II, A (5) 143.
diatomaceous, and kaolins, in north Africa, A (2) 73.
Tube-forming apparatus, P (7) 215.
Tuckerman optical strain gage for deformation measurements on refractories, A (1) 24–25.
Tungstates and molybdates, acidic exchange in, VI, A (1) 45.
Tungsten carbide, cemented (Carboloy), thermal expansion of, A (4) 125.
Tuyère, production of, P (8) 250.
Tyndallometer, portable, for photometry A (1) 33.
Ultra-violet measurements, spectrograph for, tests on, A (1) 32.
Uaidan mill, manufacture of, A (6) 182.
Uranium minerals in France for pigments, A (9) 286.
Uviarc test for color change in glass, A (7) 202.
Vacuum feeder, P (1) 19.
Vacuum presses. See also Pressing apparatus.
for de-airing porcelain mixes, A (7) 214, A (11) 343.
for hollow brick manufacture, A (9) 282.
Vacuum and pressure apparatus, multipurpose wide-adjustment control unit, A (2) 69.
Vacuum treatment of porcelain mixes, A (1) 29.
and pressing for degasing and compressing ceramic masses, P (10) 309.
Vanadium in muscovite, properties of, A (8) 258.
peroxide method for determination of, A (11) 355.
phosphotungstate method for, spectrophotometric study, A (11) 355.
in silicate rocks, determination in, A (11) 353.
Vanadium ores in India, deposits of, A (9) 286–87.
Vanderwilt rock saw for quartz, A (1) 1–2.
Vaporization calculations, heat and free energy studies on, B (6) 190.
Vapor-treating of silicate brick, thermal balance of autoclave for, A (7) 206.
Vapors and hydrocarbon gases, P-V-T relations of, A (1) 35.
metal, glass resisting, P (10) 300.
Vases, acoustic, medieval type, A (1) 3.
"Velocity fracture," of rotating grinding disks, formula for, A (1) 1.
Ventilation, airpaths and fans in electric convection furnaces, A (1) 35; and heating, physiological study of warmth factor, B (1) 50; see also Air conditioning; Dust apparatus; Fans.
Vermiculite for cementitious insulating material, P (8) 249.
as a commercial mineral, B (10) 311.
exfoliated, with magnesium oxysulfate cement for insulation, P (8) 250.
furnace for treating, P (8) 249.
as insulation for glass tanks, A (9) 276.
Vibrating apparatus, P (5) 158; vibrating shaking device for grain-size tests, A (1) 29; vibratory classifier, P (7) 215.
Vibration, crystal, pick-up instrument for testing, A (7) 212–13.
"Vibrect" sieves and screens for dry and wet materials, A (5) 157.
Viscometry, pressure, of kaolin suspensions, A (11) 355–56.
Viscosimeters (viscometers), for ceramics, modified type, A (4) 126; laboratory-control type, A (6) 181; rotation-type, principles of, A (1) 33.
Viscosity. See also Flow; Plasticity.
for binary mixtures, formula for, A (7) 224.
of dilute suspensions, effect of solids on, A (9) 282.
of glass, plant method for measurements on, A (4) 115.
of H and Ca colloids, A (11) 357.
high, rapid method for measurement of, A (6) 181.
Ishikawa equation for nonaqueous solutions of associated liquids, A (7) 224.
of lime silicates, ferrites, and basic slags, A (1) 46.
of liquid-solid systems, relation of, A (7) 224.
and plasticity: of disperse systems: effect of temperature and electrolytes on plastic properties of kaolin, VI; plastic flow in apparatus with cylinders displaceable lengthwise, VII, A (4) 137; for study of mineral suspensions, A (4) 133.
of quartz glass, elongating rod method for, A (1) 11.
and rigidity of glucose glass, XV, A (7) 203.

Viscosity (continued)
of slags: Matsukawa apparatus for determination of, A (1) 33; physicochemical principles of, A (7) 224.
of suspensions and solutions: tests on globular suspensions in Poiseuille current, (1) 44.
of system $KAlSi_3O_8$-$NaAlSi_3O_8$ and glass at high temperature, A (7) 224; $K_2B_4O_7$-$B_2O_3$ in fused state, A (11) 358.
true dynamic, principle of measurement [illegible] A (1) 33.
Vitreosil, fused silica: for electric immersion heaters, A (4) 113; for laboratory apparatus, A (6) 170; for fuel burners, A [illegible] 309; of Thermal Syndicate, Ltd., A [illegible] 170.
Vitreous bodies, affixing foreign substances, method for, P (1) 18; chinaware, effect of clays and fluxes on vitreous properties [illegible] A (1) 27.
Vitreous enamels. See Enamels, vitreous.
Vitreous porcelain. See Porcelain.
Vitreous systems, shearing motion measurements in softening range, A (8) 252.
Vitreous ware, semivitreous, syenites in, plant trials, II, A (6) 180.
Vitrification of pottery, A (2) 68.
Vitrified materials, separating and retarding relative movement of, during transportation, method for, P (2) 71.
Vitrifying agent, feldspar, effect of grain size and firing schedule on, A (2) 67.
Vogel test for cobalt macrodetection, A (1) [illegible]
Vollrath, J. J. See Biographies.
Warping of tile. See Tile, defects in.
Washing of minerals, theoretical formula [illegible] A (6) 182.
Waste coke for firing circular kilns, A (1) [illegible]
Waste enamel. See Enamels, waste.
Waste heat for drier fans and flues, A (2) [illegible]
Water absorption of building brick, A (6) [illegible]
Water-glass, heat-stable micanite, for a [illegible] plication, A (3) 93; Winkelmann-Schott formula for calculating quality of, A [illegible] 189.
Waterproofing of brick and tile, method [illegible] P (11) 343.
Water-softening, boiler feed water treatment, A (7) 226; need for, A (1) 48.
Waters, boiler feed: analyses of, A (6) [illegible] colloidal chemistry studies on, A (3) [illegible] conditioning of, B (1) 50; de-airing, A (9) 289–90; water-softening method, A (7) 226.
bound, in hardening cements, A (3) 82.
Watt, James. See Biographies.
Waxes and cements, laboratory type, properties and uses of, A (3) 82; trade names: Apiezon wax "W," sealing wax, beeswax and rosin, soft red wax, A (3) 82.
Weathering of brick, British, handmade, machine made, B (8) 245–46.
crystallization test for weatherproof [illegible] on rocks and minerals, A (9) 283.
of feldspars, accelerated alteration of, A [illegible] 128.
frost resistance of cement mortars, A [illegible] 82.
of glass: resistance tests on, A (7) [illegible] Uviarc test for, A (7) 202.
of igneous rocks (granites), chemical changes in, A (8) 255.
of paving tile, frost and humidity tests, A (1) 19.
of porcelain enamels, exposure tests, A [illegible] 83.
of roofing tile, freezing resistance of, A [illegible] 343.
of soils, Tamm method for, I, A (4) 131.
Weights and measures of Japan, A (1) [illegible]
Weld metals. See Metals.
Welded joints, corrosion tests on, A (3) [illegible]
Welding, arc-welded plates, residual stresses and stresses in, tests on, B (8) 238.
of boiler drums, radiographs for tests [illegible] (3) 95.
of cast iron and cast steel, literature review to 1936, B (8) 238; of cast iron, electric, A (6) 181; electric, fine grain structure in welded joint of, A (1) 31.
of iron and steel joints, methods for, A [illegible] of malleable cast iron, literature review, A (9) 269.
metallurgical study of, A (6) 181.
methods and data on, A (3) 85; tests on, (3) 84.
oxyacetylene, jigs for, I, A (3) 84.
radiographic examination of welds, A [illegible] 269.
welded structures, nondestructive tests, A (6) 182.

**Wells and Stevens' method** for determination of rare alkalis, A (11) 352, A (11) 353.
**Wiring,** theoretical considerations of, A (7) 224.
**Whiteware.** See also *Ceramic ware (fine); Porcelain; Sanitary ware; Tableware.*
bentonite and ball clay additions in, effect of, A (6) 179.
casting scraps for, use of, A (10) 307.
clays for, domestic *vs.* imported, Nat. Bur. Stand. tests for, A (9) 280.
and coarse pottery, Jap. clay for, tests on, A (2) 67.
cristobalite substituted for quartz in, III, A (9) 280.
expansion of, by liquid and vapor penetration, B (2) 68.
in Japan, Amakusa, Daido, Banke, and Tsukuda rock for, A (4) 122.
patent designs for: ashtray, P (1) 5; thumb rest, P (1) 29.
raw material requirements for, A (8) 258.
research at N. Y. State College of Ceramics, I-IV, A (9) 280.
slip-cast products, defects in, A (2) 67.
talc in, A (6) 180.
vitreous, effect of vitreous grog in, A (9) 280.
vitreous, N. C. kaoline for, test on, III, A (7) 211.
vitreous body, light yellow-green body stain for, I, A (9) 280.
vitreous china bodies, physicochemical properties of, effect of clays and fluxes on, A (1) 37.
**Whiteware apparatus** at TVA Ceramic Laboratory, P (7) 214; see also *Clayware apparatus; Porcelain apparatus; Pottery apparatus; Tile apparatus.*
**Whiting,** use of chalk and limestone for, in U. S., B (9) 267.
**Wick test** at Nat. Bur. Stand. for efflorescence of building brick, A (9) 274.
**Wilkes' method** for thermal conductivity of various refractories, A (9) 276.
**Winkelmann-Schott formula,** modified, for soluble glass studies, A (6) 189.
**Winkler test,** modified, for testing dissolved $O_2$, A (9) 289–90.
**Winter, H. E.,** decorative porcelain enamel work of, A (2) 58.
**Wire ropes,** inspection and tensile tests on, A (1) 49.
**Witherite** in Brit. mineral veins, origin of, A (2) 74.
**Wouters, Joseph,** manufacturer of faience, A (11) 327.
**X-ray apparatus,** universal type, for testing materials, A (9) 283.
**X-ray studies and tests,** analysis for cement control, A (7) 198.
analysis of dicalcium silicate, A (7) 198.
for coal problems, A (6) 184.
for crystal analysis: graphic method, A (1) 46; integrating photometer for, A (11) 345; progress in, A (3) 101.
diffraction studies: on calcined mixtures of litharge and titanium dioxide, A (8) 250; for quantitative analysis of mine dusts, A (11) 356; uses and limitations of, A (10) 314; on zirconium dioxide, A (8) 259.
electron and diffraction data on kaolin and anauxite, A (8) 256.
for fine structures, stationary and portable installations for, A (1) 32.
of glassy structures, A (8) 242.
on metals, deformation and fracture in, A (11) 331.
mirror stereoscope for, A (3) 95.
on rocks, B (1) 46.
spectroscopy method for grain-size tests, A (6) 182.
of streaks in Fourcault window glass, A (6) 171.
for welded boiler drums, A (3) 95.
X-ray powder diagrams of feldspar, microphotometric studies of, A (8) 257.
**Young-Helmholtz color theory,** use of, A (11) 327.
**Young's modulus** of rupture, flexural vibration test for, A (7) 223.
**Zeiss apparatus** for expansion tests of bodies and glasses, A (3) 94–95.
**Zeolites,** composition studies on, A (6) 187.
definition and nature of, A (10) 310.
electrical conductivity of, A (1) 44.
surface behavior of, during dehydration, A (5) 160.
types and constitution of, A (4) 130.
**Zinc,** U. S. production of, A (7) 221.
**Zinc borate,** crystallization of, A (10) 312.
**Zinc hydroxide,** crystalline modifications of, heat content of, A (10) 312; stability of, A (10) 314.
**Zinc oxide,** active, studies on, A (10) 314.
for glazes, glass, and enamels, A (9) 269–70.
precipitated, manufacture of, P (4) 137.
zinc in, in presence of ammonium salts and precipitation as zinc carbonate, A (3) 100–101.
**Zinc phosphate** in cement, properties of, A (4) 110.
**Zircon** for chemical and electrical porcelain and other ceramic uses, A (3) 99.
density and structure of, A (8) 256.
deposits of, in Australia, India, and Brazil, A (1) 41.
and garnet, molecular structure of, studies on, A (8) 259–60.
outgrowths of, in Pennine region, A (2) 73.
Siamese, spectrographic tests on, A (3) 99.
and zirkite, deposits in France and studies on, A (6) 187.
**Zircon dioxide,** transformation of, A (3) 102.
**Zirconium,** arsenate method for determination of, A (11) 352.
colorless, effect of radium on, A (11) 351.
opacifying pigment, preparation of, P (8) 261.
and titanium in glazes, effect of, A (3) 93.
and titanium in semivitreous dinnerware, effect on resistance to crazing, A (3) 93.
**Zirconium compounds** in glazes, effect of, A (3) 93.
**Zirconium dioxide,** chemistry of, X-ray diffraction studies on, A (8) 259.
**Zirconium oxide,** method of making, P (5) 163; recovery process for, P (6) 191.

## WANTED: ABSTRACTERS FOR THESE JOURNALS

The following journals contain material of interest to readers of *Ceramic Abstracts.* An abstracter for any of these journals should (1) have the journal available in his personal library or in a public, laboratory, or school library to which he has access, (2) be prepared to submit the abstracts regularly each month, and (3) possess a reading knowledge of the language in which the publication is printed. Address all requests for assignments to the office of *Ceramic Abstracts*, 2525 North High St., Columbus, Ohio. Journals will be assigned to those first requesting them.

Acta Physicochimica U.R.S.S.
Anales de la Sociedad Española de Física y Química
Annales agronomiques
Archives de Minéralogie de la Société des sciences et des lettres de Varsovie
Archiv für Technisches Messen
Archiv für Wärmewirtschaft
Arts and Decoration
Bell Laboratories Record
Bibliografia Italiana
Brennstoff- und Wärmewirtschaft
Bulletin of the Chemical Society of Japan
Bulletin of the Institute of Physical and Chemical Research [Tokyo]
Bull. Acad. Roy. Belgique
Bulletin de la Section Scientifique de l'Académie Roumaine
Bulletin de la Société Chimique de France, Memoires, Documentation
Bulletin de la Société Chimique du Royaume de Yougoslavie
Canadian Machinery
Carnegie Institute of Technology, Coöperative Bulletins
Centro di Studi Ceramici
Chaleur et Industrie
Chemical Age [London]
Chemical Bulletin [Chicago]
Chemische Fabrik
Chemical Industries
Chemical Trade Journal
Chemiker-Zeitung
Clay Products News
Connoisseur
Corriere dei Ceramisti
Decorator
Dependable Highways
Design
Deutsche Goldschmiede-Zeitung
Diamant (Glas-Industrie-Zeitung)
Documentation Scientifique
Electrical Engineering
Electricité
Electronics
Engineering and Boiler House Review
Farben-Zeitung
Feuerungstechnik
Forschung auf dem Gebiete des Ingenieurwesens and Forschungsheft
Gelatine, Leim, Klebstoffe
Glückauf
Hutnik
Illustr. Ztg. Blech-ind.

Ingénieur Chimiste
Ingegnere
Ingenieria [Mexico]
Inst. Mekhanicheskoi Obrabotki Poleznuikh Isokopaemuikh Mekhanobr
Jernkontorets Annaler
Journal of Agricultural Science
Journal of the British Society of Master Glass Painters
Journal of Chemical Education
Journal of Chemical Engineering China
Journal of the Chinese Chemical Society
Journal of the Fuel Society of Japan
Journal of Hygiene
Journal and Record of Transactions of the Junior Inst. of Engineers
Jour. Roman Studies
Journal of the Tennessee Academy of Science
Journal of the Western Society of Engineers
Journal of the West of Scotland Iron and Steel Institute
Keramic Tile Journal
Khimicheskoe Mashinostroenie
Klinische Wochenschrift
Koks i Khimiya
Kunststoffe
Legkie Metally
Lerindustrien
Litelnoe Delo
Magyar Chemiai Folyóirat
Mathematischer und naturwissenschaftlicher Anzeiger der ungarischen Akademie der Wissenschaften
Mécanique
Med. du Travail
Messtechnik
Métallurgie
Metallwaren-Industrie und Galvano-Technik
Metall-Woche
Mineral Industry
Mineral'noe Syr'e
Mining Journal (Phoenix, Ariz.)
Mitt. Forschungsinst für Electro-Wärmetech (Hannover)
Mon. Phys. Phys.-Chem. Glass (Moscow)
Nachrichten von der Gesellschaft der Wissenschaften zu Göttingen, Jahresbericht über das Geschäftsjahr, Mathematischphysikalische Klasse
National Physical Laboratory, Collected Researches, Report
Natuurwetenschappelijk Tijdschrift
Nauchnye Zapiski po Sakharnoi Promyshlennosti
Nitrocellulose
Nova Acta Leopoldina
Paint Manufacture
Paint, Oil & Chemical Review
Periodico di Mineralogia (Rome)
Petroleum Engineer
Philippine Journal of Science
Proceedings of the Royal Academy of Sciences of Amsterdam
Proc. Highway Research Board
Proc. Imperial Academy [Tokyo]
Proceedings of the Iowa Academy of Science
Proc. Staffordshire Iron & Steel Institute
Przemysl Chemiczny
Pub. Nat. Bur. Econ. Research, Inc.
Refrigerating Engineering
Reichsarb.-Bl.
Repts. Imp. Ceram. Expt. Inst.
Reports of the Imperial Industrial Research Institute, Osaka, Japan
Revue de Métallurgie
Roczniki Chemji
Russko-Germanskii Vestnik Nauki i Tekhniki
Schweizer Brauerei Rundschau
Science News Letter
Sitzungberichte der Akademie der Wissenschaften in Wien, Mathematische-Naturwissenschaftliche Klasse.
Soap
Stahl und Eisen
Steam Engineer
Stone
Sveriges Geol. unders
Technische Blätter
Technisches Gemeindeblatt
Teknisk Tidskrift
Teknisk Ukeblad
Tonindustrie-Zeitung
Transactions of the Illinois State Academy of Science
Transactions of the Institution of Chemical Engineers (London)
Transactions of the Institution of Gas Engineers
Transactions of the State Institute of Applied Chemistry [U.S.S.R.]
Trudy Ivanovskogo Khimiko-Technologicheskogo Instituta
Trudy Vsesoyuznogo Mendeleevskogo S'ezda
United States Department of Agriculture Publications
Wärme
Wärme- und Kälte-Technik
Waseda Applied Chemical Society Bulletin
Zhurnal Obshchei Khimii
Zhurnal Tekhnicheskoi Fiziki
Ziegelwelt
Zitein-SO
Zeitschrift für Praktische Geologie

3 1811 01346 0210