IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CV-63-D

KAREN CAHOON, as Executrix )
of the Estate of Grace H. Webster, )
)
               Plaintiff, )
)
v. )    **ORDER**
)
EDWARD ORTON JR. CERAMIC )
FOUNDATION, METROPOLITAN LIFE )
INSURANCE COMPANY, and UNION )
CARBIDE CORPORATION, )
)
               Defendants. )

On December 3, 2019, the court heard oral argument. As explained in open court and incorporated by reference, the court DENIES defendant's motion to dismiss for lack of personal jurisdiction [D.E. 52] and GRANTS plaintiff's motion to file a sur-reply [D.E. 57].

SO ORDERED. This 3 day of December 2019.

                                            JAMES C. DEVER III
                                            United States District Judge