# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# NORTHERN DIVISION

| | |
|---|---|
| KAREN CAHOON, as Executrix of the Estate of Grace H. Webster, ) ) ) Plaintiff, ) ) ) v. ) ) EDWARD ORTON JR. CERAMIC ) FOUNDATION, METROPOLITAN LIFE ) INSURANCE COMPANY, and UNION CARBIDE) CORPORATION, ) ) Defendants. ) | **JUDGMENT IN A CIVIL CASE** **CASE NO. 2:17-CV-63-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 59], DENIES plaintiff's motion for extension of time to file expert reports [D.E. 62], and strikes the reports of Dr. Cohen, Dr. Staggs, and Dr. Spear [D.E. 63]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on February 25, 2020, and Copies To:**

| | |
|---|---|
| Audrey Snyder | (via CM/ECF electronic notification) |
| Donald P. Blydenburgh | (via CM/ECF electronic notification) |
| James Andrew Sealey | (via CM/ECF electronic notification) |
| Janet Ward Black | (via CM/ECF electronic notification) |
| Amy C. Drayton | (via CM/ECF electronic notification) |
| Keith E. Coltrain | (via CM/ECF electronic notification) |
| Christopher Barton Major | (via CM/ECF electronic notification) |
| Moffatt G. McDonald | (via CM/ECF electronic notification) |
| Scott E. Frick | (via CM/ECF electronic notification) |
| William David Conner | (via CM/ECF electronic notification) |

DATE:  
February 25, 2020

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk