IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

KAREN CAHOON, AS EXECUTRIX OF THE )
ESTATE OF GRACE WEBSTER, DECEASED, )
                                                           )
            Plaintiff, )
                                                           ) **Civil Action No.: 2:17-CV-63-D**
        vs. )
                                                           )
EDWARD ORTON, JR. CERAMIC FOUNDATION, )
METROPOLITAN LIFE INSURANCE COMPANY, and )
UNION CARBIDE CORPORATION, )
                                                           )
            Defendants. )

## ORDER

IT IS ORDERED this 12 day of May, 2020, that the Joint Motion to Hold Rulings on Pending Motions in Abeyance to Allow Finalization of Settlement IS GRANTED.

_____
United States District Court Judge