# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

KAREN CAHOON, AS EXECUTRIX OF THE )
ESTATE OF GRACE WEBSTER, DECEASED, )
                                                          Plaintiff, )
                                                          ) **Civil Action No.: 2:17-CV-63-D**
                                                          vs. )
EDWARD ORTON, JR. CERAMIC FOUNDATION, )
METROPOLITAN LIFE INSURANCE COMPANY, and )
UNION CARBIDE CORPORATION, )
                                                          Defendants. )

## ORDER

IT IS ORDERED this **9** day of **June**, 2020, that the Joint Motion to Withdraw the pending Motion to Alter Judgment, associated Memorandum in Opposition and the associated Reply IS GRANTED.

                                                                       /s/ Dover

                                                                United States District Court Judge